UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al., <br><br> Defendants. | No. 6:22-CV-049-H |

## ORDER

Before the Court is the plaintiffs' motion to waive the local counsel requirements set forth in Local Civil Rule 83.10. Dkt. No. 26. For the reasons stated in the motion, the motion is granted.

So ordered on October 19, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE