UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| **ROBERT SCHELSKE,** *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, *et al.,*<br><br>Defendants. | Case No. 6:22-cv-00049-H |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Fed. R. Civ. P. 23(a) and (b)(2), Plaintiffs Robert Schelske, Huntley W. Bakich, Jr., Zakai Bufkin, Samuel L. Conklin, Joshua J. Costroff, Samuel Galloway, Dominic O. Mell, Collin M. Morrison, Nicholas Saballa, and Peter Testa ("**Named Plaintiffs**"), on behalf of themselves and all others similarly situated, file this Motion for Class Certification and respectfully request that the Court enter an order certifying the following class under Rule 23(b)(2) of the Federal Rules of Civil Procedure:

> a class of all Army service members (to include active and reserve members, and Army National Guard, and all inductees and appointees of the Army) who (i) submitted or had pending a religious accommodation request to the Army regarding the Army's COVID-19 vaccination requirement, on or before the date of class certification, (ii) were confirmed as having had a sincerely held religious belief substantially burdened by the Army's COVID-19 vaccination requirement by or through an Army Chaplain; and (iii) have not had their religious accommodation request granted (hereinafter the "**Class**").

Plaintiffs further request that the Court enter an order appointing Plaintiffs' counsel as class counsel under Rule 23(g) of the Federal Rules of Civil Procedure as provided in the tendered proposed order.

1

Dated: November 23, 2022	Respectfully submitted,

*/s/ Aaron Siri*
Aaron Siri (admitted PHV)
Elizabeth A. Brehm (admitted PHV)
Wendy Cox (TX 24080162)
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com
ebrehm@sirillp.com
wcox@sirillp.com

Christopher Wiest (admitted PHV)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (vc)
(859) 495-0803 (f)
chris@cwiestlaw.com

Thomas Bruns (admitted PHV)
Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
(513) 312-9890 (vt)
tbruns@bcvalaw.com

John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF CONFERENCE**

Plaintiffs' counsel emailed Defendants' counsel on November 22, 2022 regarding this motion. Defendants' counsel indicated they oppose this motion.

>                     */s/ Aaron Siri*
>                     Aaron Siri

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2022, a true and correct copy of the Plaintiffs' Motion for Class Certification was served by CM/ECF on all counsel or parties of record.

                                              */s/ Aaron Siri*
                                              Aaron Siri