UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>LLOYD J. AUSTIN, III,<br>United States Secretary of Defense, *et al.*,<br><br>    *Defendants.* | No. 6:22-cv-0049-H |

## DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). As explained in the accompanying memorandum, at the direction of Congress, the Secretary of Defense rescinded the challenged military readiness requirement that members of the armed forces be vaccinated against COVID-19. This case should therefore be dismissed as moot.

Dated: January 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/ *Keri Berman*
KERI BERMAN
JOHNNY H. WALKER (D.C. Bar #991325)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12304
Washington, D.C. 20530
Tel.: (202) 514-3183 / Fax: (202) 616-8460
Email: johnny.h.walker@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, *et al.*,<br><br>　　　　*Plaintiffs,*<br><br>v.<br><br>LLOYD J. AUSTIN, III,<br>United States Secretary of Defense, *et al.*,<br><br>　　　　*Defendants.* | No. 6:22-cv-0049-H |

**PROPOSED ORDER**

Upon consideration of Defendants' motion to dismiss, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that this action is DISMISSED.

It is SO ORDERED.


Dated: _____          _____
　　　　　　　　　　　　　　　　　　JAMES WESLEY HENDRIX
　　　　　　　　　　　　　　　　　　United States District Judge