# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### SAN ANGELO DIVISION

**ROBERT SCHELSKE,** *et al,*

Plaintiffs,

v.

**LLOYD J. AUSTIN, III**, *in his official capacity as United States Secretary of Defense, et al,*

Defendants.

Case No. 6:22-cv-00049-H

## NOTICE OF FILING APPENDIX

Plaintiffs, by and through Counsel, give notice of filing the following Appendix, in support

of the Verified Amended Complaint in this action.  This appendix[1] contains the following:

| | |
|---|---|
| Exhibit 1 | Officer Record Brief for Huntley W. Bakich, Jr. dated February 1, 2023 |
| Exhibit 2 | Senior Leader Course (SLC) Welcome email for SSG Josh Costroff dated April 26, 2022 |
| Exhibit 3 | Text correspondence between Cadet Morrison and Major Patrick Nick Hagen on February 7, 2023 |
| Exhibit 4 | Declaration of Luke Chrisman and Administrative Materials |
| Exhibit 5 | FRAGO 38 to HQDA EXORD 225-21 COVID-19 Steady dated February 2, 2023 |

[1] The undersigned Counsel has redacted Personal Identifying Information pursuant to FRCP 5.2 in these materials.

Dated:  February 10, 2023

Respectfully submitted,

*/s/ Aaron Siri*
Aaron Siri (admitted PHV)
Elizabeth A. Brehm (admitted PHV)
Wendy Cox (TX 24090162)
Dana Stone (admitted PHV)
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com
ebrehm@sirillp.com
wcox@sirillp.com

1

*/s/Christopher Wiest*
Christopher Wiest (admitted PHV)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (vc)
(859) 495-0803 (f)
chris@cwiestlaw.com

Thomas Bruns (admitted PHV)
Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
(513) 312-9890 (vt)
tbruns@bcvalaw.com

John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2023, a true and correct copy of Plaintiffs' Notice of

Filing Appendix was served by CM/ECF on all counsel or parties of record.

/s/ Aaron Siri
Aaron Siri

# EXHIBIT 1

# OFFICER RECORD BRIEF

AR600-8-104    CMAAQ5-R1

| ORB TYPE | BRIEF DATE | FUNCTIONAL CATEGORY | DESIG DATE | CNTL BRANCH | COMPONENT | PAD GRADE/DOR | SSN | NAME |
|---|---|---|---|---|---|---|---|---|
| AIM | 20230201 | OPERATIONS | | AR | RA | 1LT 20201125 | XXX-XX | BAKICH HUNTLEY W |

BR DTL/EXPIRES

## SECTION I - Assignment Information

**OVERSEAS / DEPLOYMENT / COMBAT DUTY**

| End Date | CT | MO | S | T | NUMBER OF TOURS |
|---|---|---|---|---|---|
| 20220301 | KS | 08 | 1 | O | Short - 0   Long - 0 |

| | DROS | DEROS |
|---|---|---|
| | NA | NA |

eMILPO Tour Data

CBT - 0    OPN - 1    RES - 0

Dwell Start        20220301
Dwell Mo-Days    8Mo 16D

Date Dependents Arrived OS

Career Field Information - Commisioned/AMEDD/Warrant

| BR Code/MedMos1/Pmos | Fnctl Area/MedMos2/Smos |
|---|---|
| 25 | |

| BRAOC/MedMos3/Pmos Sqi | Fnctl Aoc/Smos SQI |
|---|---|
| A | |

| Skills | 00 |
|---|---|
| Basic Branch/PMOS | ARMOR |

Func ional Area SMOS

| Career Track | X | Single | | Dual |
|---|---|---|---|---|
| Primacy | X | Branch | | Functional Area |

| Prev Branch/MOS | 00 |
|---|---|

Prev Func ional Area

| Control Career Management Field | 19A00 |
|---|---|
| Projected Career Management Field | 19A00 |

Geographic Orientation

**AVIATOR QUALIFICATIONS**

| ASED | TOFDC As Of |
|---|---|
| Pilot Status | Aircraft | Qual | Aircraft | Qual | Aircraft | Qual | Aircraft | Qual |
| Rating Date | | | | | | | | |

## SECTION II - Security Data

| INVEST NACLC | |
|---|---|
| DTE NV 20150717 | DTPSCG 20150818 |

CLNC

## SECTION V - Foreign Language

| Language | L | S | R | YMPTL |
|---|---|---|---|---|

DLAT

## SECTION VI - Military Education

OBC GRAD

| Course | Year |
|---|---|
| ARMY RECONN CRSE | 2020 |
| BRADLEY CMD CERT | 2019 |

## SECTION III - Service Data

| BASD | Current PPN | Ead Current Tour |
|---|---|---|
| 20190525 | A1 | 20190525 |

| Basic Date of Apt | Cohort Yr Gp | Source of Orig Apt |
|---|---|---|
| 20190525 | FY2019 | USMA |

| Mo/Days Afcs | Mo/Afs | Type of Orig Apt |
|---|---|---|
| 000/01 | 000 | |

| Curr Svc Agrmt/Expr Date | Date of Proj/Mand Ret |
|---|---|
| | 20580912 |

| | 2LT-W01 | 1LT-CW2 | CPT-CW3 | MAJ-CW4 |
|---|---|---|---|---|
| PDOR | 20190525 | 20201125 | | |
| | LTC-CW5 | COL | BG | MG |
| PDOR | | | | |
| TDOR | LTG | GEN | | |

## SECTION VII - Civilian Education

| LEVEL COMPLETED | BACCALAUREATE |
|---|---|
| INSTITUTION | NY, USMA, WEST POINT   BS  K YR  2019 |
| DISCIPLINE | MANAGEMENT |
| INSTITUTION | YR |
| DISCIPLINE | |
| INSTITUTION | YR |
| DISCIPLINE | |

## SECTION VIII - Awards and Decorations

| NDSM - | 1 |
|---|---|
| GWTSM - | 1 |
| KDSM - | 1 |
| AFSM - | 1 |
| ASR - | 1 |
| OSR - | 1 |

## SECTION IV - Personal/Family Data

| Date of Birth | Birthplace |
|---|---|
| | USA |

| Country of Cit | Sex/Redcat |
|---|---|
| US | M  /WHITE,NOT HISP |

| No of Dependent Adults/Children | Religion |
|---|---|
| 0 | ROMAN-CATH |

| Marital Status | Spouse Birthplace/Cit |
|---|---|
| S NGLE | |

| Pulhes/Date | Height/Weight |
|---|---|
| 111111/20211201 | 72/202 |

Home of Record at Ead

Mailing Address

## SECTION X- Remarks

ASSIGNMENT CONSIDERATIONS-
PEND COVID-19 VACC ACTION

DATE LAST PHOTO

## SECTION IX - Assignment Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date of Last PCS | 20221130 | | | | | Date of Last OER | Org Zip Code 79918 | |

| ASGT | FROM | MO | UIC | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | DMOS |
|---|---|---|---|---|---|---|---|---|---|
| PROJ | 20230220 | | W6NFD5 | MCOE MAN CPTS CAREER | FT BENNIN | 1GA | TH | DUTY TITLE NOT AVAILABLE | ORSPEC- 00 |
| Current | 20221017 | | WAGPT0 | 01 0077 AR HHC HHC COMBINE | FT BLISS | 1TX | FC | STANDARD EXCESS | 25A990000 |
| 1st Prev | 20220927 | 01 | WAGPT0 | ARBN 01HHC HHC COMBINE | FT BLISS | 1TX | FC | SURPLUS SLDR | 25A000000 |
| 2nd Prev | 20220131 | 08 | WAGPT0 | INBN 01HHC COMBINED AR | FT BLISS | 1TX | FC | PLATOON LEADER | 02B003X00 |
| 3rd Prev | 20201207 | 14 | WAGPB0 | INBN 01CO B ARMOR COMP | FT BLISS | 1TX | FC | PLATOON LEADER | 19A000000 |
| 4th Prev | 20200724 | 04 | WAGPT0 | INBN 01HHC COMBINED AR | FT BLISS | 1TX | FC | LIAISON OFFICER | 11A000000 |
| 5th Prev | 20200318 | 04 | W6NFNA | W6NF 199TH 16TH CAV 2D SQ | FT BENNIN | 1GA | TC | INCOMING PERSONNEL | 19A000000 |
| 6th Prev | 20191017 | 05 | W6NFNB | W6NF 16TH CAV 2D SQDN CO | FT BENNIN | 1GA | TC | INCOMING PERSONNEL | 19A000000 |
| 7th Prev | 20190822 | 01 | W6NFNA | W6NF 199TH 16TH CAV 2D SQ | FT BENNIN | 1GA | TC | INCOMING PERSONNEL | 19A000000 |
| 8th Prev | | | | | | | | | |
| 9th Prev | | | | | | | | | |
| 10 h Prev | | | | | | | | | |
| 11 h Prev | | | | | | | | | |
| 12 h Prev | | | | | | | | | |
| 13 h Prev | | | | | | | | | |
| 14 h Prev | | | | | | | | | |
| 15 h Prev | | | | | | | | | |
| 16 h Prev | | | | | | | | | |
| 17 h Prev | | | | | | | | | |
| 18th Prev | | | | | | | | | |
| 19 h Prev | | | | | | | | | |

RECSTA: G

5

# EXHIBIT 2

2



Josh Costroff

Tue 1/31/2023 11:07 PM

To: Wendy Co    wco  @sirillp.com

📎 11 attachments (4 MB)

ENCL 2 (Packing Li t) pdf  ENCL 11 (SRMS Job Aid) pdf  Ma ter Ro ter xl x  ENCL 8 (USAICOE ALC AUP) pdf  SLC Welcome Letter
May Cycle 2022 pdf  ENCL 6 (COVID Precaution ) pdf  ENCL 10 (Pre Execution Checkli t) pdf  (ENCL  5) USAICoE TASKORD 22
090 (08FEB22) FHAZ Continued COVID 19 Steady State Operation  pdf  ENCL 9 (Meal Entitlement CAC Update) pdf  ENCL 4 (FH
Training Travel Guidance June 2019) pdf  ENCL 3 SRMS STUDENT RECORD CHECKLIST pdf

--------- Forwarded message ---------
From: **Ray, Brian W SFC USARMY ICOE (USA)** <brian.w.ray14.mil@army.mil>
Date: Tue, Apr 26, 2022, 3:35 PM
Subject: SLC Class 20–020; 2nd PLATOON SLC welcome letter
To: Costroff, Joshua J SSG USARMY 10 SFG (USA) <joshua.j.costroff.mil@army.mil>, Bautista, Daniel S
SSG USARMY 704 MI BDE (USA) <

>, Gonzalez, Christian R SSG USARMY ICOE (USA)
>, Walker, Damara R SSG USARMY 704 MI BDE (USA)
>, Jackson, Angela R SSG USARMY DLIFLC (USA)
>, Huling, Kiel M SSG USARMY 500 MI BDE (USA)
>, Coronado, Gilbert S III SSG USARMY 1 MDTF (USA)
>, Sittig, Alan M SSG USARMY 504 MI BDE (USA)
>, Arnold, Matthew E SSG USARMY ICOE (USA)
>, Wood, Michael L SSG USARMY 704 MI BDE (USA)
>, Dang, Tam H MIL USARMY 500 MI BDE (USA)
>, Bennett, Robert T III SSG USARMY ICOE (USA)
>, Maple, Marcus S MIL USARMY ICOE (USA)
>, Lara, Anthony P SSG USARMY 513 MI BDE (USA)
>, Otano, Tifani D SSG USARMY (USA) <

>

All,

Congratulations on your SLC reservation. I am SFC Brian Ray, SLC's Senior Small Group Leader.

7

Attached is the Welcome Letter, a master roster, and other enclosures to ensure you are ready for SLC. Your report date is 31 May 2022, day one is 01 June 2022, and the graduation day is 12 July 2022. Please thoroughly read the Welcome letter in its entirety, for it identifies requirements and due dates.

**Please fill out the attached master roster and upload it into SMRS as soon as possible.** Once you upload the master roster into SMRS, please reply to the CC'd cadre and let us know. We will consider your reply as an acknowledgment of this Welcome Letter email.

NLT 20 May 2022, email me your DOD Cyber Awareness Challenge (located at https://cs.signal.army.mil/login.asp) and USAICoE Network Acceptable Use Policy (AUP) (enclosure 8) sign on the same day you complete your Cyber Awareness.

**OCONUS** students, when possible, please reply with your projected arrival date.

Prerequisite documents (see ENCL 3 for more information)
  Master Roster **(Upload in SMRS ASAP and reply to CC d cadre when done)**
  USAICoE Network Acceptable Use Policy (AUP) **sign the AUP on the same day you complete your cyber awareness** (enclosure 8) (email to me by **20May22**)
  DOD Cyber Awareness Challenge (located at https://cs.signal.army.mil/login.asp) (email to me by **20May22**)
  Copy of Orders (Upload in SRMS by 27May22)
  TASS Pre e ecution Checklist (TRADOC Form 350 18 2 R E, JUN 2018) **signed by you and by the first Commander in the Chain of Command**. (Upload in SMRS by 27May22)
  SRB (Upload in SMRS by 27May22
  Last passing DA Form 705 (Upload in SMRS by 27May22)
  Passing DA Form 5500/5501 (Upload in SMRS by 27May22)
  Physical Profile DA Form 3349 if applicable (Upload in SMRS by 27May22)
  COVID 19 Vaccination card (Upload in SMRS by 27May22)
  SGLV/DD93 within one year or carry student through graduation date (Upload in SMRS by 27May22)

Let us know if there are any questions.

VR,
SFC Ray  Brian
Office
Cell

# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| **ROBERT SCHELSKE,** *et al,* | |
| *Plaintiffs,* | |
| v. | Case No. 6:22-cv-00049-H |
| **LLOYD J. AUSTIN, III**, *et al,* | |
| *Defendants.* | **DECLARATION OF COLLIN MORRISON** |

## <u>DECLARATION OF COLLIN MORRISON</u>

Pursuant to 28 U.S.C. §1746, the undersigned, Collin Morrison, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Collin Morrison, and I am a Plaintiff in the above captioned matter.

2. The materials attached hereto (two text message screenshots) in this exhibit are true and accurate copies of the text messages that I sent and received from my Tactical Officer, Major Patrick Nick Hagen, on February 7, 2023. The text messages are related to my request for official written confirmation that my GOMOR would not be filed in my official military personnel record.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

1

X _____

Collin Morrison

Executed on 9 February 2023

1:13

 

MAJ Hagen

> Is there any concrete document or memo that supports any of what you said? Not at all that I'm doubting your words, just really hoping to have documented evidence I won't have to worry about a gomor.
> No rush. I just thought of that this evening... thanks again

No. I submitted your signed GOMOR and then after that we were all told to hold any action because you are part of that whole federal litigation thing, right?

I assume (not a lawyer here) if the case doesn't go well, the army *could* continue all the adverse action against unvaxxed persons, but right now that whole case is about that being unjust I thought.

If the courts come back and say a mandate is illegal, then I'd bet no GOMOR. But if they say DoD can make a vaccine mandate, then I bet the action continues because it's still disobeying a legal order.

All that to say I don't think I have

  iMessage 

1:13

MAJ Hagen

No. I submitted your signed GOMOR and then after that we were all told to hold any action because you are part of that whole federal litigation thing, right?

I assume (not a lawyer here) if the case doesn't go well, the army *could* continue all the adverse action against unvaxxed persons, but right now that whole case is about that being unjust I thought.

If the courts come back and say a mandate is illegal, then I'd bet no GOMOR. But if they say DoD can make a vaccine mandate, then I bet the action continues because it's still disobeying a legal order.

All that to say I don't think I have any email mentioning the GOMOR was not being actioned. I think the RTO had just come by and told me given the case going to court

Yesterday 10:51 PM

Thanks!

Read 3:48 AM

iMessage

# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

**ROBERT SCHELSKE,** *et al,*

Plaintiffs,

v.

Case No. 6:22-cv-00049-H

**LLOYD J. AUSTIN, III,** *in his official*
*capacity as United States Secretary of Defense,*
*et al,*

Defendants.

## DECLARATION OF LUKE TYLER CHRISMAN

I, Luke Chrisman, do hereby declare as follows:

1.     I am over the age of 18 years, have personal knowledge of the matters set forth in this

Declaration, and if called upon to testify to them, I would and could do so competently.

2.     I was a Private First Class (PFC) in the United States Army from September 1, 2020,

to November 25, 2022.  I served in the Army for just over 2 years as a 31B (Military Police), and my

last duty station prior to my involuntary separation was Camp Casey Korea.  I now live at

Fort Leonard Wood, Missouri with my mother and father.

3.     I have submitted herewith my religious accommodation paperwork, including my

accommodation request, my initial denial, my appeal denial and all other decisional materials that I

was able to obtain.  I have also submitted a copy of my General Officer Memorandum of Reprimand

(GOMOR), my Certificate of Release or Discharge from Active Duty (DD214), and all other pre-

decisional, and final decision materials that I was able to obtain.

4.     The materials attached hereto concerning my request for religious accommodation and

my involuntary separation are true and accurate copies of materials submitted in the ordinary course

of business of the United States Army and are related to my religious accommodation request and

1

the Department of the Army's vaccine order and my ultimate involuntary separation.

5.    On September 8, 2021, I submitted my request for religious accommodation.   That request was denied on February 1, 2022 by Lieutenant General Raymond S. Dingle. I appealed that denial on November 18, 2021.   My appeal was denied on June 16, 2022, by the Acting Assistant Secretary of the Army, Secretary Bourcicot.

6.    Prior to submitting my request for religious accommodation, I was ordered to vaccinate and threatened with administrative action and punitive action under the Uniform Code of Military Justice.

7.    After my appeal was denied, I was given another order by my commander to be vaccinated with the currently available COVID-19 vaccines.   On that counseling statement I wrote, "I am not refusing or disobeying an order to being vaccinated. I am seeking protection under the religious freedoms [sic] restoration act of 1993."

8.    On June 30, 2022, my commander, CPT Kristopher A. Reed initiated a flag against me for "Adverse Action (A)." On July 14, 2022, I was given a GOMOR for my alleged failure to follow a lawful order to receive the currently available COVID-19 vaccine.

9.    After I submitted my rebuttal to the GOMOR, Brigadier General Frederick L. Crist made the decision to file my GOMOR in my Military Human Resource Record ("AMHRR"). Immediately after, CPT Reed initiated action to involuntarily separate me from the Army for the commission of a serious offense. On November 28, 2022, I was separated from the Army and given a General, Under Honorable Conditions characterization of service with the reason for separation listed as "MISCONDUCT (SERIOUS OFFENSE)."

10.   I also have natural immunity to COVID-19 having contracted and recovered from the virus in October 2019 and  November 2022.

11.   During my religious accommodation process, I was treated differently than other

2

soldiers who were vaccinated. I felt as though I was marked with the black plague. However, there were a couple of non-commissioned officers (NCO's) and my platoon leader who respected my religious beliefs, while many others mocked me and treated me differently. While waiting for my religious accommodation decision, I was ordered to submit to COVID testing twice a week. I was also forced to wear a mask, while vaccinated service members were rewarded for their compliance by being allowed to go mask-free indoors. I felt that this was an effort to make me feel like I was disjoined from other service members.

12. To the best of my recollection, from September 2020, through August 2021, the Department of the Army, my unit, and those in my career field and with my duties were able to perform our duties and accomplish mission objectives, notwithstanding the lack of a vaccine to COVID-19 or the occurrence of COVID-19 generally in the community and in the Army. We were able to deploy and operate in forward locations and accomplish our mission notwithstanding COVID-19. My unit was able to adapt and overcome the challenges of COVID-19.

13. On January 20, 2022, I went to an interview for a paralegal position in Waynesville, Missouri. During the interview, I was asked about my discharge characterization from the Army and why my DD214 stated that my reason for separation was "Misconduct (Serious Offense)." I explained to the interviewer that this is what the Army gives those who were unable to receive the currently available COVID-19 vaccination due to someone's religious beliefs. I was very embarrassed and humiliated that I had to answer that question because I served my country with honor and was an outstanding soldier. I feel like the Army is still using my religious beliefs against me to further punish and humiliate me, and that this harm will continue every time I apply for a position or anything else that requires my DD214.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief

3

and that such facts are made based on my personal knowledge.

Executed on _02/09/23_ .

Luke Chrisman

**CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES**
**THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.**
**ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID**

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) CHRISMAN, LUKE TYLER | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER ███ ██ ████ |
|---|---|---|

| 4a. GRADE, RATE OR RANK PFC | 4b. PAY GRADE E03 | 5. DATE OF BIRTH (YYYYMMDD) ████████ | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY ST LOUIS, MISSOURI | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) ████████████ |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 0055MPMP COMPANY (GS) P1 | b. STATION WHERE SEPARATED CAMP CASEY TC, KOREA, AP 96224-0018 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED N/A | 10. SGLI COVERAGE    NONE AMOUNT: $ 400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 31B10 MILITARY POLICE - 1 YRS 9 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2020 | 09 | 01 |
| | b. SEPARATION DATE THIS PERIOD | 2022 | 11 | 25 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0002 | 02 | 25 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0001 | 09 | 04 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 05 | 11 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2020 | 09 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) NATIONAL DEFENSE SERVICE MEDAL//KOREA DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON //OVERSEAS SERVICE RIBBON//NOTHING FOLLOWS | 14. MILITARY EDUCATION (Course title, number of weeks, and months and year completed) COMBAT LIFE SAVERS COURSE, 1 WEEK, 2021// MILITARY POLICE, 21 WEEKS, 2021//NOTHING FOLLOWS |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | X NO |
|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | X NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: _____ ) NA | YES | X NO |

| 16. DAYS ACCRUED LEAVE PAID  32.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

| 18. REMARKS ///////////////////////////////////////////////////////////////////////////////////////////// BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20200722-20200831//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE//MEMBER IS ENTITLED TO NO SEPARATION PAY//NOTHING FOLLOWS |
|---|

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) ████████████ | b. NEAREST RELATIVE (Name and address - include ZIP Code) ████████████ |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)_____ MO OFFICE OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | NO |

| 21a. MEMBER SIGNATURE ESIGNED BY: CHRISMAN.LUKE.TYLER.█ | b. DATE (YYYYMMDD) 20221123 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: YANG.KYONG.MI.1090483982 KYONG MI YANG, MPD SITE MANAGER | b. DATE (YYYYMMDD) 20221110 |
|---|---|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) UNDER HONORABLE CONDITIONS (GENERAL) |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-200 | 26. SEPARATION CODE JKQ | 27. REENTRY CODE 3 |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION MISCONDUCT (SERIOUS OFFENSE) |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials)  LTC |
|---|---|

**DD FORM 214, AUG 2009**    PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC    **MEMBER - 4**



**DEPARTMENT OF THE ARMY**
55TH MILITARY POLICE COMPANY
UNIT#15393
APO AP 96224-5393

EANC-PAC-Z                                            08 September 2021

MEMORANDUM FOR Commander, 55th Military Police Company, 94th Military Police Battalion, USAG Casey, ROK, 96224-5393

SUBJECT: Request for Religious Accommodation – PFC Chrisman, Luke T., 55th Military Police Company, USAG Casey, ROK, 96224-5393

1. I request religious accommodation to not be required to receive a vaccination for COVID-19 in accordance with the standards provided in Army Regulation 600-20.

2. This request is based on my faith, morals, beliefs and practices which serve as a mandate to abstain from any medicines which are the product of immoral production, and the religious advisory of the medical workers of the Christian Church against the COVID-19 vaccine.

It is God's word, which is truth, which lays the foundation of my belief and trust in Him. 2 Timothy 3:16 says – "All scripture is given by the inspiration of God." I cannot, in good conscience, receive this vaccine as I see it as a threat to me, both spiritually and physically. I am of the belief that receiving any COVID-19 vaccine would be participating in the sin of abortion. According to the bible, in Exodus 21:22, "If men strive and hurt a woman with child, he shall be surely punished." This punishment comes as a result of the intentional ending of life, that God has given thoughts of peace without evil, and whom He deems worthy of a future with "an expected end", Jeremiah 29:28.

I further believe it to be deplorable to use the methods of so-called fetal therapy, in which the human fetus on various stages of its development is aborted and used in attempts to treat various diseases and to rejuvenate an organism. God knows all of us before we are born, before He even "formed us in the womb", Jeremiah 1:5. According to Princeton University a "zygote" is a living organism and represents the beginning of human life where the egg, or oocyte, is impregnated by a sperm and where the "man and woman become one flesh", Genesis 2:24. Abortion is a cardinal sin and, as a Christian, I cannot find any justification for it even if someone may possibly benefit from the destruction of a conceived human life. Contributing inevitably to an ever-widening spread and commercialization of abortion, this practice presents an example of glaring immorality and is criminal.

To date there are twenty-four known coronavirus vaccines in which all of them, including Moderna and Pfizer and BioNTech (now named Comirnaty) vaccines, were protein tested using the abortion-derived cell line HEK-293. This information is enumerated by the Lozier Institute and is recorded by the Cold Spring Harbor Laboratory. Mankind must reject, on moral grounds, all COVID-19 vaccines that have *any* connection to aborted preborn baby cells. This condemns every available COVID vaccine. One cannot be forced to violate their own moral codes and Under Title VII of

20

SUBJECT: Request for Religious Accommodation -- PFC LUKE, CHRISMAN T., 55th Military Police Company, USAG Casey, ROK, 96224-5393

the Civil Right Act of 1964, religious exemptions must be accommodated where a reasonable accommodation exists without undue hardship to the employer. According to traditional Christian moral theology (as opposed to revisionist variations so common today), certain actions (means to ends) are objectively, intrinsically evil under any circumstances—most notably, abortion, rape, incest, child abuse, physical torture, and deliberate targeting of non-combatants in war. Believers in Christ know the price that must be paid for anyone who participates in these grave evils, even if they are FDA Approved.

This mandate greatly concerns me, and I feel my readiness and functionality will be hindered if under any obligation to receive a vaccine against coronavirus. My "body is the temple of the Holy Ghost", 1 Corinthians 6:19. After recording fifty-three deaths in the 1970s, the Swine-Flu vaccine was discontinued. There have been more COVID-19 vaccine related deaths than all current known vaccines combined over the past thirty years, when the Vaccine Adverse Events Reporting System (VAERS) was activated. Such a mandate as this will undoubtedly have lasting emotional and psychological impacts through violation of my convictions and will ultimately impact my physical health. I stand strong in faith because "greater is He who is in me, than he who is the world", 1 John 4:4.

It is not only my right to not be subject to the COVID vaccine, but my duty as a Christian to reject it. This vaccine is contradictory to my faith regardless of how it is viewed. It cannot be justified and may even lead to our eternal spiritual destruction. It is for these reasons that I am requesting, through the appropriate channels, Religious Accommodations to the COVID vaccine mandate.

I understand that I must continue to comply with all current Army Regulations for all non-accommodated Soldiers unless I am notified that my request is approved. If my request is disapproved, I may continue to serve without an accommodation, or I may request initiating the separation process. I also understand that an approved accommodation continues throughout my army career, but may be suspended, modified, or revoked by appropriate authorities when required by military necessity.

4. The point of contact for this request is the undersigned at ███████████ or luke.t.chrisman.mil@mail.mil.

*Luke Chrisman*

LUKE T. CHRISMAN
PFC/USA
55TH MILITARY POLICE COMPANY

## DEVELOPMENTAL COUNSELING FORM
For use of this form, see ATP 6-22.1; the proponent agency is TRADOC.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC-301, Departmental Regulations; 10 USC 3013, Secretary of the Army.

**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.

**ROUTINE USES:** The DoD Blanket Routine Uses set forth at the beginning of the Army's compilation of systems or records notices also apply to this system.

**DISCLOSURE:** Disclosure is voluntary.

### PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Date of Counseling |
|---|---|---|
| Chrisman, Luke | E3/PFC | 20210927 |

| Organization | Name and Title of Counselor |
|---|---|
| 55th Military Police Company, 94th Military Police Battalion | Reed, Kristopher A., Company Commander |

### PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** *(Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)*

On 24 August 2021, the Secretary of Defense directed the Secretary of the Army to begin full vaccination of the U.S. Army against the COVID-19 disease.

On 10 September 2021, you declined to receive the COVID-19 vaccine.

### PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

[The following is sample language for the counseling required by AR 600-20, paragraph 5-4g(3). Please note that this counseling must be tailored to the specific facts of the case. Prior to issuing this counseling, Commanders will consult with their servicing Judge Advocate].

1. The purpose of the COVID-19 vaccines is to prevent the spread of the COVID-19 disease.

2. The COVID-19 disease may be present in a possible area of operation.

3. The COVID-19 vaccines are safe and effective at preventing the COVID-19 disease and reducing the risk of severe illness and death. COVID-19 vaccines reduce the risk of people spreading the virus that causes COVID-19. While you may have side effects after your vaccination, these are normal and should go away within a few days. It typically takes 2 weeks after vaccination for the body to build protection (immunity) against the virus that causes COVID-19. You are not fully vaccinated until 2 weeks after the second dose of a 2-dose vaccine or 2 weeks after a single dose vaccine. You can learn more about the COVID-19 vaccines at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html. Additionally, you may discuss any concerns you have about receiving the vaccine with medical professionals.

4. You are hereby ordered to become fully vaccinated with a COVID-19 vaccine that has received full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance NLT 31 October 2021, subject to the availability of vaccines. This is a lawful order. Failure to obey this order may result in punitive or adverse administrative action. Voluntary immunization with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements prior to, or after receiving this order, constitutes compliance with this order.

5. If you believe you should be granted a medical exemption, then discuss this with your health care provider. If you have already been vaccinated, you must provide valid proof of vaccination for inclusion in your medical records. If you wish to submit an administrative exemption request under AR 40-562, including a request for a religious accommodation, you must request it through your chain-of-command. Soldiers with active pending immunization exemption requests will not be immunized or subjected to adverse action for refusal to receive the vaccine, pending the outcome of their request or any appeal of a denied request. If you continue to refuse to be immunized after final denial of your exemption request/appeal, you will be in violation of my order in paragraph 4 above. You are further advised IAW AR 600-20, Appendix P-2b(4) that noncompliance with immunization requirements may adversely impact deployability, assignment, or international travel and that exemptions may be revoked under imminent risk conditions.

I am counseling you for the conduct noted above. Continued conduct of this nature may result in initiation of a bar to reenlistment, administrative action to include your separation from the service, and/or punitive action under the UCMJ. If this conduct continues, action may be initiated to involuntarily separate you from the service under AR 635-200. If you are involuntarily separated, you could receive an Honorable, General Under Honorable Conditions, or Other Than Honorable discharge. If you receive an Honorable Discharge or an Other Than Honorable Discharge, you may be disqualified for most benefits resulting from your military service. If you receive a General Under Honorable Conditions Discharge or an Other Than Honorable Discharge, you may be disqualified from reenlisting in the service for same period and you may be ineligible for many, if not all, veterans benefits to include but not limited to the Montgomery G.I. Bill and post-9/11 G.I. Bill. If you receive a General Under Honorable Conditions or Other Than Honorable Discharge, you may face difficulty obtaining civilian employment as employers may have low regard for less than Honorable discharges.

### OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

**DA FORM 4856, JUL 2014**  PREVIOUS EDITIONS ARE OBSOLETE.  Page 1 of 2
APD LC v1.04ES

**Plan of Action** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal[s]. The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below))*

MANDATORY VACCINATION DECLINATION:

(1) NLT 3 duty days after receipt of this counseling, the Service member will watch an educational video on the benefits of vaccination. The video is available at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html. _LC_ (SM initial when complete) _____ (CDR initial when complete)

(2) NLT 3 duty days after the Service member watches the mandatory video, the immediate commander directs the Service member to comply with the order on page 1, paragraph 4. _LC_ (SM initial when complete) _____ (CDR initial when complete)

(3) If the SM continues to refuse immunization, the commander directs the Soldier to meet with a medical professional (physician, physician assistant, or nurse practitioner) to discuss the vaccine and any concerns. _LC_ (SM initial when complete) _____ (CDR initial when complete)

(4) NLT 3 duty days after the Service member consults with a medical professional, the immediate commander directs the Service member to comply with the order on page 1, paragraph 4. _LC_ (SM initial when complete) _____ (CDR initial when complete)

TEMPORARY OR PERMANENT MEDICAL EXEMPTION REQUESTS:

(1) If requesting a temporary or permanent medical exemption, the Service member will contact the Service member's Primary Care Manager (PCM) or equivalent (physician, physician assistant, or nurse practitioner) NLT 3 duty days after receipt of this counseling. The Service member will schedule the next available appointment with the PCM or equivalent. _____ (SM initial when complete) _____ (CDR initial when complete) The appointment is _____

(2) If the request for a temporary medical exemption is denied, the Service member may request a second opinion NLT 3 duty days after notification of the denial. The denial authority will provide information on requesting a second opinion. _____ (SM initial when complete) _____ (CDR initial when complete)

(3) If the Commanding General, Regional Health Command denies the permanent medical exemption request, the Service member may appeal to The Surgeon General (TSG) through command channels NLT 3 duty days after notification of the denial. _____ (SM initial when complete) _____ (CDR initial when complete)

RELIGIOUS EXEMPTION REQUESTS:

(1) If requesting a religious exemption, the Service member will submit a written request for a religious exemption IAW AR 600-20, Appendix P-2b(1) to the immediate commander NLT 3 duty days after receipt of this counseling. _LC_ (SM initial when complete) _____ (CDR initial when complete)

(2) The commander will arrange an interview with the assigned unit Chaplain or other Chaplain determined by the senior Chaplain present, NLT 3 duty days after the commander receives the Service member's request for a religious exemption. _LC_ (SM initial when complete) _____ (CDR initial when complete)

(3) The commander will arrange for a PCM or equivalent to counsel the Service member to ensure the Service member is making an informed decision IAW AR 600-20, Appendix P-2b(3) _LC_ (SM initial when complete) _____ (CDR initial when complete)

(4) If TSG denies the request, the Service member may appeal to the Assistant Secretary of the Army (Manpower and Reserve Affairs) through command channels NLT 3 duty days after notification of the denial. _____ (SM initial when complete) _____ (CDR initial when complete)

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [✓] I agree   [ ] disagree with the information above.

Individual counseled remarks:

Signature of Individual Counseled: *Luke Christman*         Date: _20210927_

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Leaders will ensure Service member has the opportunity to discuss any request for an administrative or medical exemption with the chain-of-command, medical, Chaplain, and/or legal professionals, as appropriate.

Signature of Counselor: _____         Date: _27 Sep 2021_

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

| Counselor: | Individual Counseled: | Date of Assessment: |
|---|---|---|

**Note:** Both the counselor and the individual counseled should retain a record of the counseling.

DA FORM 4856, JUL 2014

Page 2 of 2
APD LC v1.04ES



**DEPARTMENT OF THE ARMY**
OFFICE OF THE SURGEON GENERAL
7700 ARLINGTON BOULEVARD
FALLS CHURCH, VA 22042-5140

DASG-ZA                                                                    1 8 NOV 2021

MEMORANDUM THRU Commanding General, 19th Expeditionary Sustainment Command (ESC)

FOR PFC Luke Chrisman, HHC, 94th Military Police Battalion, 19th Expeditionary Sustainment Command (ESC)

SUBJECT: Denial of Request for Religious Accommodation

1. I reviewed your religious accommodation request for an immunization exemption from the COVID-19 vaccine. Your request for exemption from the COVID-19 vaccine is denied.

2. I considered and reviewed your request, based on your Christian faith and your concerns about fetal cells. I note the Chaplain's findings that your request concerns about the COVID vaccine are sincerely based on your religious beliefs. I weighed this when considering your credibility and the sincerity of your request.

3. Additionally, I considered the local transmission rates and medical resources available in Korea. In your case, I find that vaccination is the least restrictive means to further the Department of the Army's compelling government interests, which include protecting your health, the health of the force, and ensuring mission accomplishment. I specifically note your duties as a 31B military police officer in the Korean Theater. Your duties require you to regularly interact with members of the command across a wide geographic area, as well as members of the Republic of Korea (ROK) Army. Furthermore, given that you to live in the barracks with other members of the command, if you were to contract COVID-19, you could quickly and easily spread it to a significant portion of the 19th ESC. Similarly, if you were to contract COVID-19 and spread it to members of the Korean public or augmented troops from the ROK Army, it could create serious diplomatic concerns. The COVID-19 vaccine is the least restrictive means to prevent these issues and accomplish the Army mission.

4. You may appeal this decision through your chain of command to the Assistant Secretary of the Army for Manpower & Reserve Affairs. You have seven duty days from notification of my decision to submit matters.

RAYMOND S. DINGLE
Lieutenant General, U.S. Army
The Surgeon General and
Commanding General, USAMEDCOM



**DEPARTMENT OF THE ARMY**
HEADQUARTERS AND HEADQUARTERS DETACHMENT
94TH MILITARY POLICE BATTALION
UNIT #15709
APO AP 96271-5228

EANC-PHD-Z

MEMORANDUM FOR Commander, Headquarters and Headquarters Detachment, 94th Military Police Battalion APO AP 96271-5228

SUBJECT: Acknowledgement of Receipt of the Denial of Request for Religious Accommodation

1. I have read and understand the Denial of Request for Religious Accommodation by the Surgeon General and Commanding General, USAMEDCOM dated 18 November 2021, which I received on _29 Nov 2021 1605_.

LUKE CHRISMAN
PFC, U.S. Army
Respondent

On _____, PFC Chrisman was presented with the Denial of Request for Religious Accommodation by the Surgeon General and Commanding General, USAMEDCOM dated 18 November 2021, and refused to acknowledge by signature.

_____
_____
_____



**DEPARTMENT OF THE ARMY**
55TH MILITARY POLICE COMPANY
UNIT 15303
APO AP 96224-5393

EANC-PMB-PFZ                                            03 December 2021

MEMORANDUM FOR Assistant Secretary of the Army for Manpower & Reserve Affairs

SUBJECT: Appeal to Denied Request for Religious Accommodation for Exemption from Immunizations – PFC Chrisman, Luke T., 55th Military Police Co, Camp Casey, Korea 96224, 31B/MP

1. I am appealing The Surgeon General's (TSG) decision to deny my request for religious accommodation from immunizations in accordance with the standards provided in Army Regulation (AR) 600-20, Appendix P-2.

2. This appeal is based on not only on my sincerely held religious beliefs but also on the fact that TSG does not appear to be fully informed of the specifics surrounding my service to this country I do not believe his office considered my religious convictions.

My conviction remains that COVID-19 vaccines require the abortion-derived fetal cell line HEK-293 in their production and testing. Therefore, based on my faith, morals, beliefs and practices which serve as a mandate to abstain from any product of immoral production, I must seek religious accommodations against the COVID-19 vaccine. Furthermore, because of the immoral and unethical practices overshadowing these vaccines, it is my duty not to comply with this mandate as it violates my Oath of Enlistment to support and defend the Constitution of the United States which guarantees our religious freedoms, among other freedoms.

The denial memo sent to me by TSG suggests that my Christian faith was not given any consideration at all. Instead what I read was clearly from the vantage point of someone who is multiple levels removed from my current situation within the 55th MP Company and Camp Casey, Korea. I truly believe that the TSG never actually reviewed my request but rather only reviewed the denial memo which was, prepared by a staff member, prior to signing. I further believe that if this is the standard operating procedure for viewing all requests like mine, then none would be approved, and begs the question; why have the request process at all? Please, all I want to do is serve my country.

The threat to the "significant portion of the 19th Expeditionary Sustainment Command (ESC)" is in fact from those who are vaccinated. I am a lesser threat than those who are vaccinated. A latest Center for Disease Control analysis shows that Provincetown, Mass (one of the most vaccinated areas of the US) shows 74% of COVID cases occurred in the vaccinated population. I have been stationed in Korea now for nine months and consistently see only the vaccinated test positive for COVID. I have consistently tested negative for all the tests I have received. If I were vaccinated, it would destroy my spirit and I would be more susceptible to contracting COVID, just as my teammates are. Throughout our daily work routine, all manner of COVID protection

ATSN-CZ (600-20f)
SUBJECT:  Appeal to Denied Request for Religious Accommodation for Exemption from
Immunizations – PFC Chrisman, Luke T., 55th Military Police Co, Camp Casey, Korea
96224

measures are in place. The USA and ROK Army both, are masked, social distanced,
and sanitize work spaces as we go.

I am saddened by the thought of my service being cut short because of something
that violates my Christian faith, freedoms, and the Constitution. It is unlawful to mandate
any vaccine that is not FDA approved. Currently the Comirnaty vaccine is the only one
with federal approval, but is not available in America or to US Soldiers in Korea. As a
fifth generation service member, and son of a current service member, all I have ever
wanted to do is honor God and my family through the service I give my country. Just as
Gideon was called upon by the Lord to save Israel from the Midinaites (Judges 6:11-
16), the Lord has called upon me to be a warrior for what is right and lawful.

God demands that I "stand fast in the faith, be brave, and be strong" (1 Corn 16:13). I
pray that deep beliefs like mine, as well as those like me, will be honored and
respected. I am set to depart the peninsula at the end of February 2022 and will report
to my next duty station by April 2022. Please allow me to continue serving and progress
through the ranks. I am honor bound and duty filled to live the oath I have sworn. To
support and defend our Constitution is what God has called me to do. I sincerely restate
my request for religious accommodation from immunizations for COVID-19.

3. The point of contact for this request is the undersigned at █████████ or
luke.t.chrisman.mil@army.mil.

LUKE T. CHRISMAN
PFC/USA
Military Police

2



**DEPARTMENT OF THE ARMY**
55TH MILITARY POLICE COMPANY
UNIT #15393
APO AP 96224-5393

EANC-PAC-Z                                          08 December 2021

MEMORANDUM THRU Commander, 94th Military Police Battalion, Unit #15709, APO AP 96271

FOR Commanding General 19 Expeditionary Sustainment Command, Camp Henry, Republic of Korea

SUBJECT: Appeal for Religious Accommodation Denial – PFC Luke Chrisman, 55th Military Police Company, ▮▮▮▮▮▮▮

1. On 23 November 2021, I received PFC Chrisman's Denial of Request for Religious Accommodation for exemption from the COVID Vaccine mandate. On 29 November 2021 I provided notification to PFC Chrisman and he signed an acknowledgement of receiving the denial. A copy of the noted documents are enclosed.

2. PFC Chrisman is seeking to appeal his Denial of Religious Accommodation to be exempt from receiving the COVID-19 vaccination in accordance with Secretary of Defense directive, dated 24 August 2021, and DoD Instruction 6205.02 (DoD Immunization Program).

3. CH (CPT) Caruso interviewed PFC Chrisman on 09 September 2021. A copy of the interview memorandum is attached.

4. No facts have changed from PFC Chrisman's original request for religious accommodation.

5. In response to PFC Chrisman's appeal I have considered the following:

   a. PFC Chrisman's assertion that he is a "lesser threat than those who are vaccinated," and only those who are vaccinated in the 55th Military Police Company are testing positive. At the time of writing, the Company is 99% vaccinated, with PFC Chrisman being the only Soldier without a single dose. While true that others who are vaccinated have become COVID positive, the overwhelming majority of the unit is vaccinated and therefore cannot be used as a comparable metric.

   b. PFC Chrisman states that the mandated vaccine is not the FDA approved 'Comirnaty' and is not available at Camp Casey, Republic of Korea. PFC Chrisman has been notified that 'Comirnaty' is the name that Pfizer chose to name their vaccine after approval and is the same vaccine being previously used under the FDA Emergency Use Authorization with the name 'Pfizer'. At the time of writing, Comirnaty is the only vaccine available at Camp Casey.

6. I recommend disapproval of the appeal. The COVID-19 virus, and its variants, have continued to degrade unit readiness. Without the maximum participation in the vaccine

28

COVID-19 will continue to mutate and find its way into the unit formation. Continued, long term, military service requires close contact with your fellow Soldiers. Military Police have an even higher level of interactions with the Garrison and local community. While mask mandates, sanitary practices, and social distancing have provided some defense again the virus, a stronger approach must be done to ensure the protection of the force and allow for a return to normal military operations.

7. The Point of Contact for this memorandum is CPT Reed, Kristopher at ▮▮▮▮▮▮ or kristopher.a.reed2.mil@army.mil.

Digitally signed by
REED.KRISTOPHER.ARIC.▮▮▮▮
Date: 2021.12.08 20:43:17 +09'00'

Encls                                KRISTOPHER A. REED
Soldier Appeal Memo                  CPT, MP
Acknowledgement Memo                 Commanding

**19TH EXPEDITIONARY SUSTAINMENT COMMAND**

**APPEAL OF RELIGIOUS ACCOMADATION DENIAL**

## <u>TABLE OF CONTENTS</u>

19TH ESC COMMANDING GENERAL RECOMMENDATION

CHAIN OF COMMAND RECOMMENDATION

SOLDIER'S MEMORANDUM

DENIAL OF REQUEST FOR RELIGIOUS ACCOMMODATION

ACKNOWLEDGEMENT OF RECEIPT



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 19TH EXPEDITIONARY SUSTAINMENT COMMAND
UNIT # 15015
APO AP 96218-5015

EANC-CG

DEC 1 9 2021

MEMORANDUM FOR The Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA(M&RA)).

SUBJECT:  Appeal of Religious Accommodation Denial –PFC Luke T. Chrisman, 55th Military Police Company, 94th Military Police Battalion APO AP 96224-5393

1. I have reviewed the subject appeal and, after careful consideration, I recommend:

    a. ☐ Approval.

    b. ☒ Diaspproval.

2. Point of contact for this memorandum is the 19th ESC Staff Judge Advocate at DSN ▮▮▮▮▮ or christopher.c.walte.mil@army.mil.

STEVEN L. ALLEN
Brigadier General, USA
Commanding

31

## Chain of Command Recommendations to the ASA(M&RA) RE Appeal of Religious Accommodation Denial

| | |
|---|---|
| **TO:** CDR, 94th MP BN, MSC-K | **DATE:** 20211215 |
| **SOLDIER'S NAME:** CHRISMAN, LUKE | **SOLDIER'S RANK:** PFC |
| **SOLDIER'S UNIT:** 55th MP CO, 94th MP BN | |

I have reviewed the appeal and any accompanying documentation (if applicable), and evaluated the case on its own merits. I recommend:

( [ ] ) Approval

( [✓] ) Disapproval

| **NAME OF COMPANY COMMANDER**<br>CPT Kristopher A. Reed | **SIGNATURE OF COMPANY COMMANDER**<br>Digitally signed by REED.KRISTOPHER.ARIC.<br>Date: 2021.12.15 17:19:55 +09'00' | |
|---|---|---|
| **TO:** CDR, MSC-K, 19TH ESC | **FROM:** CDR, 55TH MP CO | **DATE:** 12/16/21 |

I have reviewed the appeal and any accompanying documentation (if applicable), and evaluated the case on its own merits. I recommend:

( [ ] ) Approval

( [✓] ) Disapproval

| **NAME OF BATTALION COMMANDER**<br>LTC W. Scott Chalkley | **SIGNATURE OF BATTALION COMMANDER**<br>Digitally signed by CHALKLEY.WALTER.SCOTT<br>Date: 2021.12.16 11:01:35 +09'00' | |
|---|---|---|
| **TO:** GCMCA, 19TH ESC | **FROM:** CDR, MSC-K, 19TH ESC | **DATE:** 12/16/21 |

I have reviewed the appeal and any accompanying documentation (if applicable), and evaluated the case on its own merits. I recommend:

( [ ] ) Approval

( [✓] ) Disapproval

| **NAME OF BRIGADE COMMANDER**<br>COL Dennis L. Shelden | **SIGNATURE OF BRIGADE COMMANDER**<br>Digitally signed by SHELDEN.DENNIS.<br>Date: 2021.12.16 11:07:48 +09'00' | |
|---|---|---|



**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
MANPOWER AND RESERVE AFFAIRS
111 ARMY PENTAGON
WASHINGTON, DC 20310-0111

SAMR (600-20f)

1 8 JUN 2022

MEMORANDUM THRU Commanding General, 19th Expeditionary Sustainment
Command (ESC), Unit #15015, APO, AP 96218-5015

FOR PFC Luke T. Chrisman, 55th Military Police Company, Unit #15393, APO, AP
96224-5393

SUBJECT: Denial of Appeal for Religious Accommodation Request for an Immunization
Exemption

1. Your appeal of The Surgeon General's denial of your religious accommodation
request for an immunization exemption for the COVID-19 vaccination is denied. This
decision is final.

2. I considered your appeal and reviewed your specific case. This included an
examination of your chain of command's recommendations for disapproval, your unit
Chaplain's finding that you hold a sincere religious belief, and your current duties and
role as a Military Police (31B). Your chain of command noted your military duties require
you to regularly interact with members of the command across a wide geographic area,
as well as members of the Republic of Korea (ROK) Army. Additionally, I considered the
Director of the Public Health Directorate's assessment, risk of exposure and
transmission, and medical resources available at the 19th Expeditionary Sustainment
Command (ESC), Camp Henry, Korea. Further, I considered all matters you submitted,
both in your original request for exemption and in your appeal. When rendering my
decision, I took into account the sincerity of your religious beliefs regarding the COVID-
19 vaccine.

3. Having weighed all these factors, in your case I have determined that vaccinating you
is the least restrictive means to further the Army's compelling governmental interests of
protecting the health of the force, ensuring Servicemembers are medically fit and ready
to deploy worldwide, while minimizing the risk to, and maximizing the success of, a
plethora of dangerous and critical missions. I find that alternatives such as masking and
social distancing are insufficient because while they may provide some protection in the
most optimal of circumstances, they do not provide protection from the likelihood or
increased risk of serious illness, hospitalization, and death in the event of infection.
Additionally, I took into account your chain of command statements that MPs have a
higher level of interactions with the Garrison and local community than other Soldiers in
the area.

4. I urge you to reconsider your position regarding this vaccination. Immunizations in
general and the COVID-19 vaccine in particular are a safe and effective means of

SAMR (600-20f)
SUBJECT: Denial of Appeal for Religious Accommodation Request for Immunization
Exemption

reducing the risk of serious illness or death as a result of infection by a vaccine-
preventable disease. Your local Military Treatment Facility and your chain of command
both have abundant information available to help you to understand the safety of this
vaccine and to answer any religious concerns you might have regarding it.

5. If you elect not to receive the COVID-19 vaccine after notification of this denial, you
may be processed for separation under applicable regulations or face other adverse
action.

YVETTE K. BOURCICOT
Acting Assistant Secretary of the Army
(Manpower and Reserve Affairs)

2

## DEVELOPMENTAL COUNSELING FORM
For use of this form, see ATP 6-22.1; the proponent agency is TRADOC

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

| | |
|---|---|
| AUTHORITY: | 5 USC 301, Departmental Regulations, 10 USC 3013, Secretary of the Army. |
| PRINCIPAL PURPOSE: | To assist leaders in conducting and recording counseling data pertaining to subordinates. |
| ROUTINE USES: | The DoD Blanket Routine Uses set forth at the beginning of the Army's compilation of systems or records notices also apply to this system |
| DISCLOSURE: | Disclosure is voluntary. |

### PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Date of Counseling |
|---|---|---|
| Chrisman, Luke | E3/PFC | 20220630 |

| Organization | Name and Title of Counselor |
|---|---|
| 55th Military Police Company, 94th Military Police Battalion | Reed, Kristopher A., Company Commander |

### PART II - BACKGROUND INFORMATION

Purpose of Counseling: (Leader states the reason for the counseling, e.g. Performance/Professional or Event-Oriented counseling, and includes the leader's facts and observations prior to the counseling.)

Event Oriented Counseling

Notification of Denial for Permanent Exemption to COVID-19 Vaccination

### PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

The purpose of this counseling is to inform you that your appeal of The Surgeon General's decision to deny your religious accommodation regarding the COVID-19 vaccination has been reviewed by the Assistant Secretary of the Army for Manpower and Reserve Affairs. Your appeal was disapproved on 16 June 2022.

You are hereby ordered to become fully vaccinated against COVID-19. Failing to do so will categorize your refusal as failure to obey a lawful order.

If you elect to receive the COVID-19 Vaccination, it will be received at the first available opportunity.

If you do not elect to receive the COVID-19 Vaccination, you will be flagged for adverse action and be recommended for administrative punishment via a General Officer Memorandum of Reprimand IAW HQDA EXORD 225-21. Continued refusal will result in initiation of involuntary separation under AR 635-200, Chapter 14-12c (Commission of a Serious Offense).

At this time the Service Member DOES / DOES NOT agree to comply with the order to become fully vaccinated against COVID-19. SM IN LC

At this time the Service member DOES / DOES NOT refuse to become fully vaccinated against COVID-19. SM IN LC

I am counseling you for the conduct noted above. Continued conduct of this nature may result in initiation of a bar to reenlistment, administrative action to include your separation from service, and/or punitive action under the UCMJ. If this conduct continues, action may be initiated to involuntarily separate you from the service under AR 635-200. If you are involuntarily separated, you could receive an Honorable, General Under Honorable Conditions, or Other than Honorable discharge. If you receive an Honorable discharge, you will be qualified for most benefits resulting from your military service. If you receive a General Under Honorable Conditions discharge or an Other than Honorable discharge, you may be disqualified from reenlisting in the service for some period of time and you may be ineligible for many, if not all, veterans benefits to include but not limited to the Montgomery G.I. Bill and post-9/11 G.I. Bill. If you receive a General Under Honorable Conditions or Other than Honorable Discharge, you may face difficulty obtaining civilian employment as employers may have a low regard for less than Honorable discharges.

### OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

**DA FORM 4856, JUL 2014**   PREVIOUS EDITIONS ARE OBSOLETE.   Page 1 of 2
APD LC v1.04ES

**Plan of Action** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below))*

•SM has been briefed and provided a copy of the denial of religious accommodation from COVID-19 Vaccination. SM IN _LC_

•SM understands a refusal to become fully vaccinated against COVID-19 will result in administrative punishment and possible involuntary separation. SM IN _LC_

•SM understands that becoming fully vaccinated against COVID-19 will not require any additional action once SM is considered fully vaccinated. SM IN _LC_

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [✓] I agree    [ ] I disagree with the information above.

Individual counseled remarks:

*I am not refusing or disobeying an order to being vaccinated. I am seeking protection under the religious freedoms act restoration act of 1993.*

Signature of Individual Counseled: _[signature]_                     Date: _20220630_

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*
1. Provide SM with the opportunity to visit the Camp Casey TMC to consult with medical providers about taking the vaccine.
2. Ensure SM is aware of the Army regulations in regards to separation.
3. Provide SM with escort for separation proceedings, if applicable.

Signature of Counselor: _[signature]_                     Date: _20220630_

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

Counselor:                     Individual Counseled:                     Date of Assessment:

**Note: Both the counselor and the individual counseled should retain a record of the counseling.**

DA FORM 4856, JUL 2014                     Page 2 of 2
                                           APD LC v1.04ES

36

## REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (Flag)
For use of this form, see AR 600-8-2; the proponent agency is DCS, G-1.

### SECTION I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. DATE OF RANK | e. SPECIALTY/PMOSC | f. COMPONENT |
|---|---|---|---|---|---|
| Chrisman, Luke T. | | PFC | 09/01/2020 | 31B | RA |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. UIC | i. FLAGGED SOLDIER'S EMAIL ADDRESS (.gov or .mil) |
|---|---|---|
| 55th Military Police Company, PACOM | WBX2AA | luke.t.chrisman.mil@army.mil |

| j. HR OFFICE CONTROLLING FLAGGING ACTION | k. TELEPHONE NUMBER | l. THIS ACTION IS TO: |
|---|---|---|
| 94th Military Police Battalion, PACOM | | ✓ INITIATE A FLAG (Sections II and IV only) |
| | | ☐ REMOVE A FLAG (Sections III and IV only) |

### SECTION II - INITIATE A FLAG

**a. NON-TRANSFERABLE FLAG**

✓ A FLAG IS INITIATED, EFFECTIVE   20220630   FOR THE FOLLOWING REASON:

| | |
|---|---|
| ✓ Adverse Action (A) | ☐ JAG Lack of License or Certification (O) |
| ☐ Involuntary Separation - field initiated (B) | ☐ Deny Auto Promotion to PV2/PFC/SPC (P) |
| ☐ Referred OER, AER, or Relief for Cause NCOER (D) | ☐ Lautenberg Amendment (Q) |
| ☐ Security Violation or Loss of Security Clearance (E) | ☐ Administratively Non-deployable for Retention (R) |
| ☐ HQDA - Delay of Promotion or Removal from a Selection List (F) | ☐ No Family Care Plan (S) |
| ☐ AMEDD Lack of License or Certification (I) | ☐ Deny Auto Promotion to 1LT/CW2 (T) |
| ☐ Commander's Investigation (L) | ☐ Drug Abuse (U) |
| ☐ Law Enforcement Investigation (M) | ☐ Alcohol Abuse (V) |
| ☐ Reserve Components Non-compliance with 10 USC §10206 (N) | ☐ HQDA - Involuntary Separation (W) |

**b. TRANSFERABLE FLAG**

☐ ACFT Failure (J)       ☐ Army Body Composition Program (K)       ☐ Punishment Phase (H)
Date Punishment Complete: _____

### SECTION III - REMOVE A FLAG

**a. FLAG TO REMOVE**

☐ A FLAG (Two-Digit Flag Code) _____ , WITH AN EFFECTIVE DATE OF _____ ) IS HEREBY REMOVED.

EFFECTIVE DATE OF THIS FLAG REMOVAL IS _____ , FOR THE FOLLOWING REASON:

**b. DISPOSITION**

☐ Final Action Favorable (C)       ☐ Final Action Unfavorable (D)       ☐ Final Action Specified (E)       ☐ Erroneous (Z)

### SECTION IV - AUTHENTICATION

| a. UNIT COMMANDER'S NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. UIC | e. COMPONENT |
|---|---|---|---|---|
| Kristopher A. Reed | | CPT | WBX2AA | RA |

| f. UNIT, ORG., STATION, ZIP CODE/APO, MAJOR COMMAND | g. UNIT COMMANDER'S EMAIL ADDRESS (.gov or .mil) | | |
|---|---|---|---|
| 55th Military Police Company, PACOM APO, AP 96224-5393 | kristopher.a.reed2.mil@army.mil | | |
| | h. UNIT COMMANDER'S SIGNATURE | i. DATE | |
| | REED.KRISTOPHER.ARIC.1123964 Digitally signed by REED.KRISTOPHER.ARIC.1123964108 Date: 2023.01.30 10:18:15 -10'00' | 20220630 | |

### SECTION V - VALIDATION (Required for any Flag over 6 months old)

| a. BN COMMANDER'S NAME (Last, First, Middle Initial) | b. DoD ID No. | c. RANK | d. UIC | e. COMPONENT |
|---|---|---|---|---|
| Foster, Adrian L. | | LTC | WBW6AA | RA |

| f. UNIT, ORG., STATION, ZIP CODE/APO, MAJOR COMMAND | g. BN COMMANDER'S EMAIL ADDRESS (.gov or .mil) | |
|---|---|---|
| 94th Military Police Battalion, PACOM APO AP 96271-5709 | adrian.l.foster.mil@army.mil | |
| | h. BN COMMANDER'S SIGNATURE | i. DATE |

DA FORM 268, APR 2021          PREVIOUS EDITIONS ARE OBSOLETE.          Page 1 of 2
APD AEM v1.00ES

INSTRUCTIONS FOR COMPLETING DA FORM 268 (REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (Flag)

**SECTION I - Administrative Data.**
a. Name: Enter the Soldier's full name (last, first, middle initial) - All capital letters.
b. DOD ID No: Enter the Soldier's 10-digit DOD ID number (located on the reverse side of the CAC).
c. Rank: Enter the Soldier's three-character rank (for example, MAJ, CPT, WO1, CW3, SFC, or SPC).
d. Date of Rank: Enter the Soldier's current DOR (YYYYMMDD).
e. Specialty/MOSC: Enter the AOC codes for commissioned officers (for example, 12A/42H) (see DA Pam 611-21). For warrant officers and enlisted personnel, enter the PMOS (see section I, DA Form 4037 (ORB) and enlisted record brief appropriately).
f. Component: Enter the Soldier's component "RA," "USAR" or "ARNG".
g. Unit Information: Enter the Soldier's complete unit address, organization, station, zip code or APO, and major command.
h. UIC: Enter the Soldier's six-character unit identification code.
i. Flagged Soldier's e-mail address: Enter the official .gov or .mil only.
j. HR office controlling flagging action: Enter the office information that is initiating or removing the Flag.
k. Telephone number: Enter the complete office phone number, DSN or commercial, for the office listed in block j.
l. Check the corresponding box to either Initiate a new Flag or close an existing Flag.

**SECTION II - Initiate a Flag.**
a. Non-Transferable Flag initiation: Select the box for "this action is to Initiate a Flag" (Section I, I), enter the effective date (YYYYMMDD) of the Flag (Section II, a), and select the corresponding box to identify what type of non-transferable Flag is being initiated.
b. Transferable Flag initiation: Select the box for "this action is to Initiate a Flag" (Section I, I), enter the effective date (YYYYMMDD) of the Flag (Section II, a), and select the corresponding box to identify what type of transferable Flag is being initiated. If selection is for Flag code H - Punishment phase, indicate the punishment completion date (YYYYMMDD) in the space provided.

**SECTION III - Remove a Flag.**
a. Select the box for this action is to remove a Flag (Section I, I). Enter the two-character Flag code that is being removed (for example, AA, KA, UA) along with it's effective date (YYYYMMDD). Enter the effective date (YYYYMMDD) for this Flag removal.
b. Disposition: Select the box for the appropriate report type code removing the Flag as:

   **C - Final Report - Favorable.** Prepare this report when -
     1. An investigation results in no substantiated findings or changes are dropped.
     2. Soldier is exonerated, or when absolutely no disciplinary action is taken.
     3. Do not use this report code for ACFT or ABCP flag removals.

   **D - Final Report - Unfavorable.** Prepare this report when -
     1. The investigation finds substantiated charges or allegations; or •
     2. The punishment is completed. Punishment includes locally filed GOMOR or LOR.
     3. Do not use this report code for ACFT or ABCP flag removals.

   **E - Final Report - Specified.** Prepare this report when -
     1. The Soldier with an active Flag for ACFT failure passes a record ACFT (Flag code J).
     2. The Soldier with an active Flag for ABCP non-compliance subsequently meets the Army body composition standard (Flag code K).
     3. The Commander's decision to block an automatic promotion is removed (Flag codes P and T).
     4. The Soldier's conviction is expunged, pardoned, or set aside by competent authority (Flag code Q).
     5. The Soldier receives an approved waiver, from the appropriate HQ, for the administrative reason for nondeployability (Flag code R).
     6. The Soldier's Family care plan is certified (Flag code S).
     7. The Soldier's license or certification is restored for AMEDD or JAG (Flag codes I, O).
     8. The Reserve Component Soldier completes a periodic health assessment IAW 10 USC §10206 (Flag code N).

   **Z - Erroneous Report.** Prepare this report to remove a Flag that has been deemed to have been emplaced erroneously.

**SECTION IV - Authentication.**
a.-i. Commander's information, date, and digital signature.

**SECTION V - Validation.**
a.-i. Battalion level or higher commander validation is required for any Flag over 6 months old. Enter the information, date, and digital signature.

**General Notes:**
1. Flags are input into the appropriate HR system of record (SOR) within 3 working days of the Flag initiation. Failure to update the SOR within 3 working days does not invalidate the Flag.
2. Flagged Soldiers will be counseled, in writing, within 3 working days of the Flag initiation and provided a copy of the DA Form 268. Failure to counsel within 3 working days does not invalidate the Flag.
3. Transferable Flags on PCSing Soldiers must be uploaded to the AMHRR temporary administrative folder IAW AR 600-8-104, para 1-6b.
4. Documentation showing the successful completion of and removal from the ABCP must be uploaded to the Soldier's AMHRR temporary administrative folder IAW AR 600-8-104 para 1-6b.



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 19TH EXPEDITIONARY SUSTAINMENT COMMAND
UNIT # 15015
APO AP 96218-5015

EANC-CG

14 July 2022

MEMORANDUM FOR PFC Luke T. Chrisman, 55th Military Police Company, 94th
Military Police Battalion APO AP 96224

SUBJECT: General Officer Memorandum of Reprimand

1. You are reprimanded for failing to follow a lawful order to receive the COVID-19
vaccine.

2. On 30 June 2022, you were provided a final opportunity to obey a lawful order to
receive the COVID-19 vaccine. You failed to follow this order.

3. Your disobedience raises serious questions about your fitness for continued service
in the U.S. Army. Good order and discipline requires all Soldiers, regardless of rank or
position, to obey any and all lawful orders. The order to receive the vaccination is for the
purpose of protecting the health and readiness of the force. By receiving the vaccine,
you protect not only yourself, but your fellow Soldiers and other members of the
community. Your decision to disobey this order represents a departure of the selfless
service and professionalism expected of all Soldiers in our formations.

4. This is an administrative reprimand imposed under the provisions of Army Regulation
(AR) 600-37 and not as punishment under Article 15, Uniform Code of Military Justice.
You are advised that in accordance with AR 600-37, paragraph 3-5b, I am considering
whether to direct this reprimand be filed permanently in your Army Military Human
Resource Record. Prior to making my filing decision, I will consider any matters you
submit in extenuation, mitigation, or rebuttal. You will be provided, by separate cover, a
copy of the evidence which forms the basis for this reprimand. You will immediately
acknowledge receipt of this reprimand in writing. You will forward any matters you wish
me to consider through your chain of command within seven calendar days, using the
format prescribed in AR 600-37, paragraph 3-7.

CRIST.FREDERI Digitally signed by
CK.LOUIS. CRIST.FREDERICK.LOUIS.
Date 2022.07.14 13:06:19 -09'00'

FREDERICK L. CRIST
Brigadier General, USA
Commanding



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 19TH EXPEDITIONARY SUSTAINMENT COMMAND
UNIT # 15015
APO AP 96218-5015

EANC-PBC-Z

MEMORANDUM FOR Commander, Headquarters, 19th Expeditionary Sustainment Command, APO AP 96218-5015

SUBJECT: Acknowledgement of Receipt of Reprimand

1. I have read and understand the reprimand, which I received on

2. I acknowledge that I have the opportunity to respond by submitting matters in extenuation, mitigation, or rebuttal. If I choose to submit written matters, I understand that I must submit them to my immediate commander within seven calendar days.

3. I elect (initial):

[ ] Not to submit any matters.

[ ] To submit written matters within seven calendar days. I understand that if I select this option, but do not submit written matters within the time prescribed, I waive my right to respond.

LUKE T. CHRISMAN
PFC, USA
Respondent

On _____, PFC Chrisman was presented with the reprimand issued by the Commander, Headquarters, 19th Expeditionary Sustainment Command Unit # 15015, APO AP 96218-5015 dated _____, and refused to acknowledge by signature.

_____

_____



**DEPARTMENT OF THE ARMY**
55TH MILITARY POLICE COMPANY
UNIT# 15393
APO, AP 96224-5393

EANC-PAC-Z                                                                     21 July 2022

MEMORANDUM FOR

Commander, United States Army Human Resources Command, ATTN: Army Soldier
Records Branch (AHRC-PDR-R), 1600 Spearhead Division Avenue, Department 420,
Fort Knox Kentucky 40121-5402.

SUBJECT: Request to locally file the General Officer Memorandum of Reprimand for
PFC Luke T. Chrisman

1. I, PFC Luke Chrisman, received a General Officer Memorandum of Reprimand
(GOMOR) from Brigadier General Frederick L. Crist, and it was read to me by my
commanding officer, Captain Kristopher A. Reed on 14 July 2022. I am respectfully
requesting this GOMOR be filed locally rather than permanently.

2. The GOMOR implies that my faithfulness to God and my religious beliefs (improperly
characterized as "disobedience") raises serious questions about my fitness for
continued service in the U.S. Army. My immediate chain of command regards me as a
very obedient, hardworking, self-sacrificing, and mission-focused Soldier. My pursuit of
religious protection against the COVID-19 vaccine mandate is in fact an act of
obedience to my faith and my God which is the foundation of my service to our country.

3. The GOMOR continues, stating "good order and discipline is required of all Soldiers
regardless of rank or position." I completely agree and believe good order and discipline
is required for every Soldier. General George Washington recognized the need for good
order and discipline, and also that soldiers may have "higher duties" that require their
obedience, first and foremost: "While we are zealously performing the duties of good
Citizens and Soldiers we certainly ought not to be inattentive to the higher duties of
Religion—To the distinguished Character of Patriot, it should be our highest Glory to
add the more distinguished Character of Christian." See General Orders, 2 May 1778,
George Washington, *available at*
https://founders.archives.gov/documents/Washington/03-15-02-0016.

4. All who have served with me over the past two years will attest that I have never
been disobedient or had misconduct of any kind and that I embody the very definition of
good order and discipline. My efforts seeking religious accommodations have been
because the process of using aborted fetal cell lines in creating the COVID-19 vaccines
violates my sincerely held religious beliefs. I am not disobeying orders. I am merely
seeking protection under the Religious Freedom Restoration Act of 1993, a law that
applies to the Army and this religious accommodation process.

5. Since the vaccine mandate on the military, we now know the vaccines are not the
least restrictive means of furthering compelling governmental interests. The data from

41

EANC-PAC-Z
SUBJECT: Request to locally file the General Officer Memorandum of Reprimand for
PFC Luke T. Chrisman

the Vaccine Adverse Event Reporting System (VAERS) tracking harm to vaccine
recipients, therapeutics, additional mitigation measures, approved ETPs for
unvaccinated travels and deployments, and a memo from the US Space Force General
prove that my readiness will not be negatively impacted by not being vaccinated.

6. I restate my request for religious accommodation to the COVID-19 vaccine and to
continue service to my country. If not, I restate my request that the GOMOR I have
received be filed locally.

7. In support of my request for local filing, I submit that clarity from the federal courts
will be forthcoming for Soldiers and the Army, much as clarity from the federal courts
has come for Sailors and Airmen in the form of court orders finding the Navy was
unlawfully denying religious accommodations; and finding the Air Force was unlawfully
denying religious accommodations. Both court orders prohibited further unlawful
treatment of service members and required the respective Services to halt further
disciplinary measures. When the Army likewise receives its federal court order requiring
it to treat religious accommodation requests with the appropriate dignity and respect, a
local filing of this GOMOR will permit my career to be more readily restored. The
reversal of a local filing (rather than a permanent filing) will also be less embarrassing to
the Army as a Service.

8. Point of contact for this request is the undersigned at luke.chrisman.mil@army.mil or
DSN 755-2760.



LUKE T. CHRISMAN
PFC, USA
Military Police

2

42



**DEPARTMENT OF THE ARMY**
**HEADQUARTERS, 19TH EXPEDITIONARY SUSTAINMENT COMMAND**
**UNIT # 15015**
**APO AP 96218-5015**

EANC-CG

02 August 2022

MEMORANDUM FOR Commander, United States Army Human Resources Command, ATTN: Army Soldier Records Branch (AHRC-PDR-R), 1600 Spearhead Division Avenue, Department 420, Fort Knox, Kentucky 40121-5402

SUBJECT: Filing Determination on Reprimand

1. I have carefully considered the enclosed reprimand of PFC Luke T. Chrisman, 55th Military Police Company, 94th Military Police Battalion, the circumstances of the misconduct, and all matters submitted by the Soldier in defense, extenuation or mitigation, if any, along with recommendations of subordinate commanders.

2. I direct that this reprimand be:

☐ Withdrawn and destroyed.

☐ Placed temporarily in the Soldier's local unit file with all enclosures. The reprimand will remain in this file for 18 months or until the Soldier is reassigned to another general court-martial jurisdiction, whichever is sooner. After the expiration date, the Soldier's immediate commander can be contacted to ensure removal.

☑ Placed permanently in the Soldier's Army Military Human Resource Record (AMHRR). All enclosures will be forwarded with the reprimand for filing as appropriate.



FREDRICK L. CRIST
Brigadier General, USA
Commanding

## GOMOR Filing Recommendations

| TO: CDR, 94TH MP BN | FROM: CDR, 55TH MP CO | DATE: | 21 July 2022 |
|---|---|---|---|
| NAME: CHRISMAN, LUKE T. | RANK: PFC | SSN: XXX-XX-XXXX | |

UNIT: 55TH MILITARY POLICE COMPANY, 94TH MILITARY POLICE BATTALION

I recommend filing this reprimand in the Soldier's:

☐    Withdraw and destroy the reprimand.

☐    Place the reprimand temporarily in the Soldier's local unit file for a period of 18 months or until the Soldier is reassigned outside your GCMCA jurisdiction.

☑    Permanently file the reprimand in the Soldier's AMHRR.

Comments: While this is PFC Chrisman's only misconduct and he has previously shown to be a capable Soldier, his actions constitute a refusal to follow a Lawful Order. The order to receive the Covid-19 Vaccine is shown to be legal, moral, and ethical and his refusal, despite his personal beliefs, harms the good order and discipline of the unit. I recommend this GOMOR be permanently filed.

| NAME OF COMMANDER | SIGNATURE OF COMMANDER REED.KRISTOPHE |
|---|---|
| CPT KRISTOPHER A. REED | R.ARIC |

| TO: CDR, MSC-K | FROM: CDR, 94TH MP BN | DATE: | 25 Jul 2022 |
|---|---|---|---|

I recommend filing this reprimand in the Soldier's:

☐    Withdraw and destroy the reprimand.

☐    Place the reprimand temporarily in the Soldier's local unit file for a period of 18 months or until the Soldier is reassigned outside your GCMCA jurisdiction.

☑    Permanently file the reprimand in the Soldier's AMHRR.

Comments:_____

| NAME OF COMMANDER | SIGNATURE OF COMMANDER |
|---|---|
| LTC ADRIAN L. FOSTER | |

| TO: CG, 19TH ESC | FROM: CDR, MSC-K | DATE: | 26 July 2022 |
|---|---|---|---|

I recommend filing this reprimand in the Soldier's:

☐    Withdraw and destroy the reprimand.

☐    Place the reprimand temporarily in the Soldier's local unit file for a period of 18 months or until the Soldier is reassigned outside your GCMCA jurisdiction.

☑    Permanently file the reprimand in the Soldier's AMHRR.

Comments: This Soldier refused to follow a legal order

| NAME OF COMMANDER | SIGNATURE OF COMMANDER SHELDEN.DENNIS.L.I Digitally signed by SHELDEN.DENNIS.L.I Date 2022.07.26 20:24 |
|---|---|
| COL DENNIS L. SHELDEN | |



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 19TH EXPEDITIONARY SUSTAINMENT COMMAND
UNIT # 15015
APO AP 96218-5015

EANC-PBC-Z

MEMORANDUM FOR Commander, Headquarters, 19th Expeditionary Sustainment Command, APO AP 96218-5015

SUBJECT: Acknowledgment of Filing Determination of Reprimand

I have been served with the filing determination on a General Officer Memorandum of Reprimand (GOMOR), dated 2 August 2022. I understand that this GOMOR has been filed in my Army Military Human Resource Record (AMHRR).

LUKE T. CHRISMAN
PFC, USA
Respondent

45



DEPARTMENT OF THE ARMY
55TH MILITARY POLICE COMPANY
94TH MILITARY POLICE BATTALION
APO AP 96224

EANC-PAC-Z

MEMORANDUM FOR PFC Luke T. Chrisman, XXX-XX-███, 55th Military Police
Company, 94th Military Police Battalion, APO AP 96224

SUBJECT: Notification of Separation under AR 635-200, Chapter 14-12c, Commission
of a Serious Offense, PFC Luke T. Chrisman, 55th Military Police Company, 94th
Military Police Battalion, APO AP 96224

1. Under the provisions of AR 635-200, Chapter 14-12c, I am initiating action to
separate you for Commission of a Serious Offense. The reason for my proposed action
is: On 30 June 2022, you were provided a final opportunity to receive the COVID-19
vaccine. You failed to follow this order.

2. I am recommending that your service be characterized as (INITIAL OPTION):

    (☑) Honorable.

    (  ) General, under honorable conditions.

3. My recommendation and your reply will be submitted to the Commander,
Headquarters, Materiel Support Command-Korea, APO AP 96260, who is the
separation authority for separations with a characterization of General, under honorable
conditions. If the Commander, MSC-K, recommends retention or a characterization of
service of Honorable, this action will be forwarded to the Commander, 19th
Expeditionary Sustainment Command, who will make a decision in your case.

4. The intermediate commander(s) and the separation authorities are not bound by my
recommendation as to characterization of service. The separation authorities may direct
that your service be characterized as General, under honorable conditions, or that your
service be characterized as Honorable. Additionally, the intermediate commander(s), or
the Commander, MSC-K, may recommend that you be retained.

5. If my recommendation is approved, the proposed separation could result in
discharge, release from active duty to a Reserve component, or release from custody
and control of the Army.

6. You have the right to consult with consulting counsel and civilian counsel at
no expense to the Government within a reasonable time (not less than three duty days).

EANC-PAC-Z
SUBJECT: Notification of Separation under AR 635-200, Chapter 14-12c, Commission of a Serious Offense, PFC Luke T. Chrisman, 55th Military Police Company, 94th Military Police Battalion, APO AP  96224

7. You may submit written statements in your behalf.

8. You may obtain copies of documents that will be sent to the separation authority supporting the proposed separation. (Classified documents may be summarized.)

9. You are entitled to a hearing before an administrative board if you have six or more years of active and reserve military service at the time of separation is initiated.

10. You may waive the rights listed above in paragraphs 6, 7, 8, and 9 in writing, and you may withdraw any such waiver at any time prior to the date the separation authority orders, directs, or approves your separation.

11. If entitled to have your case heard by an administrative separation board, you may submit a conditional waiver of that right.

12. You will receive counseling concerning earned education benefits as required by law (10 USC 1142(b)).

13. If applicable, recoupment of the unearned portion of your enlistment or reenlistment bonus is required by law (37 USC 308).

14. You may be required to undergo a complete medical examination, in accordance with AR 635-200, paragraph 1-32, and AR 40-501, table 8-2, if it has been more than one year since your last examination. If an exam is required by the above authorities and it has been less than one year, but more than six months since your last examination, you will complete a DA Form 3081 (Periodic Medical Examination Statement of Exemption).

15. You are required to undergo a mental status evaluation in accordance with AR 40-501.

2

EANC-PAC-Z
SUBJECT:  Notification of Separation under AR 635-200, Chapter 14-12c, Commission
of a Serious Offense, PFC Luke T. Chrisman, 55th Military Police Company, 94th
Military Police Battalion, APO AP  96224

16. Execute the attached acknowledgment and return it within seven duty days from the
date of your receipt of this memorandum. Any statement you desire to submit in your
behalf must reach me within seven duty days after you receive this letter, unless you
request and receive an extension for good cause shown. Unless an extension is
granted, failure to respond within seven duty days will constitute a waiver of the rights in
paragraphs 6, 7, 8, and 9.

Encls
as

KRISTOPHER A. REED
CPT, MP
Commanding

3



DEPARTMENT OF THE ARMY
55TH MILITARY POLICE COMPANY
94TH MILITARY POLICE BATTALION
APO AP 96224

EANC-PAC-Z

MEMORANDUM FOR Commander, 55th Military Police Company, 94th Military Police Battalion, APO AP 96224

SUBJECT: Acknowledgment of Receipt of Separation Notice, Chapter 14-12c

I acknowledge receipt of the foregoing notice from my commander that informs me of the basis for the contemplated action to separate me under AR 635-200, Chapter 14-12c, and of the rights available to me. I have been advised of my right to consult with counsel prior to submitting my election of rights. I understand that unless an extension is granted, failure to respond within seven duty days will constitute a waiver of the rights in paragraphs 5, 6, 7, and 8 of the notice of separation memorandum.

DATE SIGNED: 2022 1014

LUKE T. CHRISMAN
PFC, U.S. Army
Respondent



**DEPARTMENT OF THE ARMY**
55TH MILITARY POLICE COMPANY
94TH MILITARY POLICE BATTALION
APO AP 96224

EANC-PAC-Z

MEMORANDUM FOR Commander, 55th Military Police Company, 94th Military Police Battalion, APO AP 96224

SUBJECT: Election of Rights Regarding Separation Under AR 635-200, Chapter 14-12c, Commission of a Serious Offense, PFC Luke T. Chrisman, XXX-XX-███, 55th Military Police Company, 94th Military Police Battalion, APO AP 96224

1. I have been advised by my consulting counsel of the basis for the contemplated action to separate me for Commission of a Serious Offense under AR 635-200, Chapter 14-12c and its effects; of the rights available to me; and of the effect of any action taken by me in waiving my rights. I understand that if I have less than six years of total active and reserve military service on the date of initiation of recommendation for separation, I am not entitled to have my case heard by an administrative separation board unless I am being considered under Other Than Honorable conditions.

2. I **am not entitled to** consideration of my case by an administrative separation board.

3. I have been advised of my right to submit a conditional waiver of my right to have my case considered by an administrative separation board.

4. I **am not entitled to** personal appearance before an administrative separation board.

5. Statements in my own behalf **(are) (are not)** submitted herewith **(Encl____)**.

6. I **(request) (waive)** consulting counsel and representation by military counsel and/or civilian counsel at no expense to the Government.

7. I understand that my willful failure to appear before the administrative separation board by absenting myself without leave will constitute a waiver of my rights to personal appearance before the board. I further understand that if I am entitled to an administrative separation board, the board may be conducted in my absence and my case may be presented by counsel.

8. I understand that I may expect to encounter substantial prejudice in civilian life if a General (under honorable conditions) discharge is issued to me. I further understand that as the result of issuance of a discharge that is less than honorable, I may be ineligible for many or all benefits as a veteran under both Federal and State laws and

EANC-PAC-Z
SUBJECT: Election of Rights Regarding Separation Under AR 635-200, Chapter 14-
12c, Commission of a Serious Offense, PFC Luke T. Chrisman, XXX-XX-███ 55th
Military Police Company, 94th Military Police Battalion, APO AP  96224

that I may expect to encounter substantial prejudice in civilian life.  I understand that if I
receive a discharge/character of service that is less than honorable, I may make
application to the Army Discharge Review Board or the Army Board for Correction of
Military Records for upgrading; however, I realize that an act of consideration by either
board does not imply that my discharge will be upgraded.

9.  I understand that I may, until the date the separation authority orders, directs, or
approves my separation, withdraw this waiver and request that an administrative
separation board hear my case.

10.  I **(have) (have not)** filed an unrestricted report of sexual assault within twenty-four
months of initiation of the separation action.

11.  (To be answered only if the Soldier answered the previous question affirmatively) I
**(do) (do not)** believe the separation was a direct or indirect result of the sexual assault.

12.  (To be answered only if the Soldier answered the previous questions affirmatively) I
**(do) (do not)** believe the separation was an act of reprisal for filing an unrestricted
sexual assault report.

13.  I understand that if I am being considered for separation for fraudulent entry, my
enlistment may be voided under certain circumstances and that all pay and allowances
will be suspended immediately upon verification of the fraudulent entry.

14.  I further understand that I may be ineligible to apply for enlistment in the United
States Army for a period of up to two years after discharge.

15.  I have retained a copy of this statement.


DATE SIGNED: _2022 1018_

LUKE T. CHRISMAN
PFC, USA
Respondent

2

51

EANC-PAC-Z
SUBJECT: Election of Rights Regarding Separation Under AR 635-200, Chapter 14-
12c, Commission of a Serious Offense, PFC Luke T. Chrisman, XXX-XX    , 55th
Military Police Company, 94th Military Police Battalion, APO AP 96224

Having been advised by me of the basis for his/her contemplated separation and
its effects, the rights available to him/her, the right to waive of his/her rights, PFC
Chrisman personally made the choices indicated in the foregoing statement.


DATE SIGNED: _____          _____

                                 Advising Counsel's Signature

                                 _____

                                 Advising Counsel's Printed Name

                                 _____

                                 Advising Counsel's Rank, Branch

                                 _____

                                 Advising Counsel's Duty Position


## (OPTIONAL WAIVER TO CONSULT COUNSEL)

Before completing my election of rights, I was afforded the opportunity to consult with
appointed counsel for consultation, or military counsel my own choice, if they are
reasonably available; or civilian counsel at my own expense. I choose to decline the
opportunity.


DATE SIGNED: _____          _____

                                 LUKE T. CHRISMAN
                                 PFC, USA
                                 Respondent

3

For Official Use Only

## ENLISTED RECORD BRIEF

| BRIEF DATE | NAME | | | RANK - DOR | | PMOS | SSN | COMPONENT |
|---|---|---|---|---|---|---|---|---|
| 20220711 | CHRISMAN, LUKE TYLER | | | PFC   20200901 | | 31B | XXX-XX- | REGULAR |

| SECTION I – Assignment Information | | | SECTION II – Security Data | | SECTION III – Service Data | | | | SECTION IV – Personal/Family Data | |
|---|---|---|---|---|---|---|---|---|---|---|

**SECTION I – Assignment Information**

| OS/Deployment Combat Duty | | #S - | 0 |
|---|---|---|---|
| Start-End Date | CT MO TS TT | #L - | 0 |

| | | # | M |
|---|---|---|---|
| | C | 0 | 0 |
| | Q | 0 | 0 |
| | R | 0 | 0 |
| | TOT. 0 | | |

| Dwell Time | | DEROS 20220621 |
|---|---|---|
| Start | | DROS |
| Month - Days | 0 Mo 0 Days | |

Date Dependents Arrived OS

| PMOS | 31B | SQI | 0 |
|---|---|---|---|
| SMOS | | PDSI/YRMO | / |
| Bonus MOS | | ASI | 00 |

Bonus Enlist Elig Dt
Promotion Points/YRMO
Prev Promotion Points/YRMO

| Prom Seq# | | Prom Select Dt |
|---|---|---|

Promotion MOS

| ASVAB | Test # / Dt | | ASVAB 09 | / 20200701 |
|---|---|---|---|---|
| GT | 102 | ELEC | 107 | FOOD | 107 | TECH | 107 |
| ADMIN | 108 | FA | 108 | COMMO | 107 | |
| CMBT | 109 | MECH | 106 | MAINT | 107 | |

Delay Separation Reason

| AEA / Dt | | L / |
|---|---|---|

| Flag Code | | Flag Start Dt | Flag Expiration Dt |
|---|---|---|---|
| BA | | 20220628 | |
| AA | | 20220630 | |

| Date of Loss | | Date of Last PCS 20210221 |
|---|---|---|

**SECTION II – Security Data**

| CLNC SEC | | DTPSCG 20200828 |
|---|---|---|
| PSIC | ANACI-T3 | DTPSIC 20200826 |
| PSII | | DTPSII |

**SECTION V – Foreign Language**

| Language | Read | Listen | Speak |
|---|---|---|---|
| | - | - | - |

DLAB

**SECTION VI – Military Education**

| MEL/MES | / |
|---|---|

| Course | | ACH | Year |
|---|---|---|---|
| COMBAT LIFE SAVERS CRS | | | 2021 |

BMQ  20210825/DA Form 85 M249L May 17/180

Correspondence CRS Total # Hrs 26

**SECTION III – Service Data**

| BASD 20200901 | | PEBD 20200901 | BESD 20200901 |
|---|---|---|---|
| DTPSCG | ETS 20250831 | DIEMS 20200901 | Reenl Elig/Prohib 8V |
| # Days Lost | | AGCM Dt | AGCM Elig Dt 20230831 |

| | PVT | PV2 | PFC | SPC - CPL |
|---|---|---|---|---|
| DOR | | | 20200901 | |
| | SGT | SSG | SFC | MSG - 1SG |
| DOR | | | | |
| DOR | SGM - CSM | | | |

**SECTION VII – CIVILIAN Education**

| Level Completed 4 YRS HS | | | Yr 2020 |
|---|---|---|---|
| OESG | HIGH SCHOOL DIPLOMA | | |
| Institution | | | Yr |
| Discipline | | | |
| Institution | | | Yr |
| Discipline | | | |

Number Of Semester Hours Completed   0

**Technical Certification**

| Course Name | | Dt Certified | Dt Expires |
|---|---|---|---|

**SECTION VIII – Awards and Decorations**

| NDSM | 1 |
|---|---|
| KDSM | 1 |
| ASR | 1 |

**SECTION IV – Personal/Family Data**

| Date of Birth 20020615 | | Birthplace TN |
|---|---|---|
| Country of Citz US | | Sex/Race XXXX/XXXX |

| No of Dependent Adults/Children | | Religion |
|---|---|---|
| / | | CHR NO DENOM |

| Marital Status | | Spouse Birthplace/Citz |
|---|---|---|
| SINGLE | | |

| EFMP Dt | | #Cmd Sponsored | 0 |
|---|---|---|---|

| Last Phy Exam | PULHES | Physical Category |
|---|---|---|
| 20211214 | 111111 | |

| MRC | MRRC | Dplyble | Height/Weight |
|---|---|---|---|
| MRG2 IM HR | | N | 69/170 |
| ACFT Dt | P/F | Score | Cat | APFT Dt | P/F | Score |
| | /// | | | | // | |

Home of Record
FORT LEONARD WOOD, MO

Mailing Address  121 HUMPHRY STREET, FORT
LEONARD WOOD, MO, 65473-0000

Mil Spouse SSN/MPC  /
Svc Comp / DoD  /
Emergency Data Verified Date 20211122

**SECTION X - Remarks**

HIV YRMO 202007
Date Last Photo
MMRB ReBd/Dt

ASCO
L4 - PENDING COVID-19 VACCINATION ACTION
P1 - SUSPENSION OF FAVORABLE PERSONNEL ACTION

**SECTION IX – Assignment Information**

Date of Last NCOER

| ASGT | FROM | MO | UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | DMOS | ASI | LANG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROJ | | | | | | | | | | | |
| Current | 20210730 | | WBX2AA | 0055MPMP COMPANY | CAMP CASE | KS | P1 | MILITARY POLICE | 31B1O | 00 | |
| 1st Prev | 20210223 | | WBX2AA | 0055MPMP COMPANY | CAMP CASE | KS | P1 | MILITARY POLICE | 31B1O | 00 | |
| 2nd Prev | 20210222 | | WDCSC1 | 0019CSREPL INBOUND | CAMP HENR | KS | P1 | INCOMING PERSONNEL | 31B1O | 00 | YY |
| 3rd Prev | 20200929 | | W44K82E | CO A 787TH MP BN TR | FT LEONAR | TC | | RA TRAINEE | 1 | | YY |
| 4th Prev | 20200929 | | W0VL3W | 43RD AG BN ES RECEPTION | FT LEONAR | TC | | RA TRAINEE | 1 | | YY |
| 5th Prev | 20200901 | | W195ES | MEPS ST LOUIS | ST LOUIS | AP | | | | | |

Privacy Act Data In Accordance With Privacy Act of 1974
Dispose of this Property

# EXHIBIT 5

UNCLAS CUI

# **CORRECTED COPY** FRAGO 38 TO HQDA EXORD 225-21 COVID-19 STEADY

**Originator:** DA WASH NGTON DC
**TOR:** 02/02/2023 19 56 50
**DTG:** 021954Z Feb 23
**Prec:** P io ity
**DAC:** Ge e a
ARL NGTON NAT ONAL CEMETERY ARL NGTON VA, ARNG NGB COMOPS ARL NGTON VA, ARNG NGB COMOPS ARL NGTON VA, ARNG NGB J3 JOC WASH NGTON DC, ARNG NGB J3 JOC WASH NGTON DC, ARNGRC ARL NGTON VA, ARNGRC ARL NGTON VA, ARNGRC WATCH ARL NGTON VA, ARNGRC WATCH ARL NGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUST N TX, CDR ARMY FUTURES COMMAND AUST N TX, CDR ATEC ABERDEEN PROV NG GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASK NG D V FT BRAGG NC, CDR FORSCOM DCS G3 CENTRAL TASK NG D V FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFF CER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFF CER FT BRAGG NC, CDR MDW J3 FT MCNA R DC, CDR MDW J3 FT MCNA R DC, CDR MDW JFHQ NCR FT MCNA R DC, CDR MDW JFHQ NCR FT MCNA R DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUST S VA, CDR TRADOC CG FT EUST S VA, CDR TRADOC DCS G 3 5 7 OPNS CTR FT EUST S VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USAREUR AF W ESBADEN GE, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFF CER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRHRC G3 DCSOPS FT KNOX KY, CDR NSCOM FT BELVO R VA, CDR NSCOM FT BELVO R VA, CDR NSCOM OC FT BELVO R VA, CDR NSCOM OC FT BELVO R VA, CDRMDW WASH NGTON DC, CDRMDW WASH NGTON DC,
**To:** CDRUSACE WASH NGTON DC, CDRUSACE WASH NGTON DC, CDRUSAC DC FT BELVO R VA, CDRUSAC DC FT BELVO R VA, CDRUSACYBER FT BELVO R VA, CDRUSACYBER G3 FT BELVO R VA, CDRUSACYBER G33 FT BELVO R VA, CDRUSAE GHT G3 CUROPS SEOUL KOR, CDRUSAE GHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFF CER FT BELVO R VA, CDRUSARPAC G CFT SHAFTER H , CDRUSARPAC FT SHAFTER H , COMDT USAWC CARL SLE BARRACKS PA, COMDT USAWC CARL SLE BARRACKS PA, HQ  MCOM FT SAM HOUSTON TX, HQ  MCOM FT SAM HOUSTON TX, HQ  NSCOM  OC FT BELVO R VA, HQ SDDC CMD GROUP SCOTT AFB  L, HQ SDDC CMD GROUP SCOTT AFB  L, HQ SDDC OPS MSG CNTR SCOTT AFB  L, HQ SDDC OPS MSG CNTR SCOTT AFB  L, HQ USARSO FT SAM HOUSTON TX, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASH NGTON DC, HQDA CSA WASH NGTON DC, HQDA EXEC OFF CE WASH NGTON DC, HQDA  MCOM OPS D V WASH NGTON DC, HQDA SEC ARMY WASH NGTON DC, HQDA SECRETAR AT WASH NGTON DC, HQDA SURG GEN WASH NGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASH NGTON DC, SMDC ARSTRAT CG ARL NGTON VA, SMDC ARSTRAT CG ARL NGTON VA, SMDC ARSTRAT G3 ARL NGTON VA, SUPER NTENDENT USMA WEST PO NT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERAT ONS FT BRAGG NC, USAR DCS G33 OPERAT ONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER H
**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASH NGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASH NGTON DC, HQDA AOC G3 DAMO OD D R OPS READ AND MOB WASH NGTON DC
**Attachments:** ANNEX MMMMM  Co so idated Depa t e t of Defe se Co o avi us Disease 2019 Fo ce Hea t P otectio  Guida ce Revisio  4 pdf

```
PAAUZATZ RUEADWD3795 0331956 UUUU  RUIAAAA RUEADWD.
ZNR UUUUU
P 021954Z FEB 23
FM DA WASHINGTON DC
TO RUJAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUJAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUJAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUJAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC ARLINGTON VA
RUJAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUJAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
```

UNCLAS CUI

PAGE 2 OF 13

```
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUJAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUJAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUJAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUJAAAA/CDR MDW JFHQ NCR FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ NCR FT MCNAIR DC
RUJAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUJAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUJAAAA/CDR TRADOC DCS G 3 5 7 OPNS CTR FT EUSTIS VA
RUJAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USAREUR AF WIESBADEN GE
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUJAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUJAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUEPINM/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUEPINF/CDRINSCOMIOC FT BELVOIR VA
RUJAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRMDW WASHINGTON DC
RUJAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUJAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUJAAAA/CDRUSACYBER FT BELVOIR VA
RUJAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUJAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUJAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUJAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUJAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUJAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUJAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUJAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
```

# UNCLAS CUI

PAGE 3 OF 13

```
RUJAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUJAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUJAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUJAAAA/NGB WASHINGTON DC
RUJAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUJAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUJAAAA/SUPERINTENDENT USMA WEST POINT NY
RUJAAAA/SURGEON GEN FALLS CHURCH VA
RUJAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR AROC FT BRAGG NC
RUJAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUJAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/**CORRECTED COPY** FRAGO 38 TO HQDA EXORD 225 21 COVID 19 STEADY
STATE OPERATIONS
CUI//
CONTROLLED BY: HQDA DCS, G 3/5/7
CONTROLLED BY: DAMO OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC DANIEL D. HEFFNER 703 692 2804


SUBJECT: (CUI) **CORRECTED COPY** FRAGO 38 TO HQDA EXORD 225 21
COVID
19 STEADY STATE OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/VVV// NO CHANGE.
REF//WWW/ (U) [ADD] FRAGO 37 TO HQDA EXORD 225 21 COVID 19 STEADY
STATE OPERATIONS, DTG 112341Z JAN 23//

1. (U) SITUATION.

1.A. THROUGH 1.L. (U) NO CHANGE.

1.M. (U) [CHANGE TO READ]   THIS ORDER IMPLEMENTS THE UNDERSECRETARY
OF DEFENSE FOR PERSONNEL AND READINESS (USD(P&R)) MEMORANDUM,
"CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019 FORCE
HEALTH PROTECTION GUIDANCE REVISION 4" DATED 30 JANUARY 2023 (ANNEX
MMMMM).

1.N. THROUGH 1.S. (U) NO CHANGE.

2. (U) MISSION. NO CHANGE.
```

# UNCLAS CUI

**UNCLAS CUI**

3. (U) EXECUTION.

3.A. (U) COMMANDER S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION.

3.B.1. THROUGH 3.B.7. (U) NO CHANGE.

3.B.7.A. (U) [RESCIND]

3.B.7.A.1. (U) NO CHANGE.

3.B.7.A.2. (U) [RESCIND]

3.B.7.B. THROUGH 3.B.8. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU).

3.C.1.A. THROUGH 3.C.1.A.1. (U) NO CHANGE.

3.C.1.B. (U) [RESCIND]

3.C.1.B.1. (U) [RESCIND]

3.C.1.B.1.A. (U) [RESCIND]

3.C.1.B.1.B. (U) [RESCIND]

3.C.1.B.1.C. (U) [RESCIND]

3.C.1.B.1.D. (U) [RESCIND]

3.C.1.B.2. (U) [RESCIND]

3.C.1.C. THROUGH 3.C.1.D. (U) NO CHANGE.

3.C.1.E. (U) [RESCIND]

3.C.1.E.1. THROUGH 3.C.1.L. (U) NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (USARNG).

3.C.2.A. THROUGH 3.C.2.Q.1. (U) NO CHANGE.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL UNITED

STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.P.1. (U) NO CHANGE.

3.C.4. THROUGH 3.C.17. (U) NO CHANGE.

3.C.18. (U) SUPERINTENDENT, U.S. MILITARY ACADEMY (USMA).

3.C.18.A. (U) NO CHANGE.

3.C.18.B. (U) [RESCIND]

**UNCLAS CUI**

## UNCLAS CUI

3.C.19. THROUGH 3.C.29.C. NO CHANGE.

3.C.30. (U) DEPUTY CHIEFS OF STAFF, HEADQUARTERS DEPARTMENT OF THE ARMY (HQDA DCS).

3.C.30.A. (U) HQDA, DEPUTY CHIEF OF STAFF G 1.

3.C.30.A.1. THROUGH 3.C.30.A.4. NO CHANGE.

3.C.30.A.5. (U) [RESCIND]

3.C.30.A.6. (U) [RESCIND]

3.C.30.A.7. (U) [RESCIND]

3.C.30.A.8. (U) [RESCIND]

3.C.30.A.9. THROUGH 3.C.31.B.1. (U) NO CHANGE.

3.C.32. ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)).

3.C.32.A. THROUGH 3.C.33.A.1. (U) NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. (U) [CHANGE TO READ] IAW ANNEX MMMMM, INSTALLATION COMMANDERS MUST CHANGE THE HPCON LEVEL NO LATER THAN TWO WEEKS AFTER THE CDC COMMUNITY LEVEL HAS BEEN ELEVATED, UNLESS THE INSTALLATION COMMANDER DOCUMENTS, IN WRITING, A COMPELLING RATIONALE TO MAINTAIN THE CURRENT

HPCON LEVEL AFTER COORDINATION WITH THE INSTALLATION PUBLIC HEALTH EMERGENCY OFFICER.

3.D.1.A. THROUGH 3.D.1.C. (U) NO CHANGE.

3.D.1.C.1. (U) [CHANGE TO READ] READ AND COMPLY WITH ANNEX TTTT, DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON) IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.

3.D.1.C.2. (U) [CHANGE TO READ] HPCON LEVELS CORRESPOND TO CDC COVID 19 COMMUNITY LEVELS. HPCON LEVELS A, B, AND C CORRESPOND DIRECTLY TO CDC COVID 19 COMMUNITY LEVELS OF LOW, MEDIUM, AND HIGH, RESPECTIVELY.

CDC COVID 19 COMMUNITY LEVELS CAN BE FOUND AT: HTTPS://WWW.CDC.GOV/CORONAVIRUS/2019 COV/SCIENCE/COMMUNITYLEVELS.HTML

3.D.1.C.2.A. (U) NO CHANGE.

3.D.1.C.2.B. (U) [CHANGE TO READ] HPCON A REPRESENTS LOW CDC COVID 19

COMMUNITY LEVEL RISK.

3.D.1.C.2.C. (U) [CHANGE TO READ] HPCON B REPRESENTS MEDIUM CDC COVID
19 COMMUNITY LEVEL RISK.

3.D.1.C.2.D. (U) [CHANGE TO READ] HPCON C REPRESENTS HIGH CDC COVID 19
COMMUNITY LEVEL RISK.

3.D.1.C.2.E. (U) [CHANGE TO READ] HPCON D REPRESENTS HIGH CDC

## UNCLAS CUI

## UNCLAS CUI

COVID 19
COMMUNITY LEVEL RISK, WITH DEGRADED AVAILABILITY OF MEDICAL
COUNTERMEASURES, AND SUBSTANTIAL LOSS OF MEDICAL CAPABILITY.

3.D.1.C.3. THROUGH 3.D.2.C. (U) NO CHANGE.

3.D.2.D. (U) [RESCIND]

3.D.2.E. THROUGH 3.D.14.A. (U) NO CHANGE.

3.D.15. (U) [ADD] PURSUANT TO SECTION 7.1 OF ANNEX MMMMM, USD(P&R)
HAS
RESCINDED THE PROHIBITION ON NOT FULLY VACCINATED INDIVIDUALS
CONDUCTING ANY OFFICIAL TRAVEL NOT DEEMED MISSION CRITICAL. EFFECTIVE

IMMEDIATELY, NOT FULLY VACCINATED INDIVIDUALS MAY CONDUCT ANY
OFFICIAL
TRAVEL THAT IS APPROPRIATE UNDER THE JOINT TRAVEL REGULATIONS, AND
NOT
OTHERWISE PROHIBITED BY ARMY REGULATION OR FORCE HEALTH PROTECTION
GUIDANCE REVISION 4.

3.D.15.A. (U) NO CHANGE.

3.D.15.B. (U) [RESCIND]

3.D.15.B.1. THROUGH 3.D.15.B.1.H. (U) NO CHANGE.

3.D.15.B.2. (U) [RESCIND]

3.D.15.B.2.A. (U) [RESCIND]

3.D.15.B.2.B. (U) [RESCIND]

3.D.15.B.2.C. (U) [RESCIND]

3.D.15.B.2.C.1 (U) [RESCIND]

3.D.15.B.2.C.2 (U) [RESCIND]

3.D.15.B.2.C.3 (U) [RESCIND]

3.D.15.B.2.D. THROUGH 3.D.15.B.3.J. (U) NO CHANGE.

3.D.15.B.3.K. (U) [CHANGE TO READ] SOLDIERS WHO ARE FLAGGED IN
ACCORDANCE WITH ANNEX YYY WILL NOT PCS.

3.D.15.B.3.K.1. (U) [RESCIND]

3.D.15.B.3.K.2. (U) [RESCIND]

3.D.15.B.3.K.2.A. (U) [RESCIND]

3.D.15.B.3.K.2.B. (U) [RESCIND]

3.D.15.B.3.K.2.C. (U) [RESCIND]

3.D.15.B.3.K.3. (U) [RESCIND]

3.D.15.B.3.K.3.A. (U) [RESCIND]

3.D.15.B.3.K.4. (U) [RESCIND]

## UNCLAS CUI

PAGE 7 OF 13

3.D.15.B.3.K.6. (U) [RESCIND]

3.D.15.B.3.K.6. (U) [RESCIND]

3.D.15.B.4. THROUGH 3.D.15.B.6. (U) NO CHANGE.

3.D.15.C. (U) [RESCIND]

3.D.15.C.1. (U) [RESCIND]

3.D.15.C.2. (U) [RESCIND]

3.D.15.C.3. (U) [RESCIND]

3.D.15.C.4. (U) [RESCIND]

3.D.15.D. THROUGH 3.D.18.A. (U) NO CHANGE.

3.D.19. (U) [RESCIND]

3.D.19.A. (U) [RESCIND]

3.D.20. (U) [RESCIND]

3.D.20.A. THROUGH 3.D.25. (U) NO CHANGE.

3.D.26. (U) [CHANGE TO READ] COMMANDERS AND SUPERVISORS WILL READ AND

COMPLY WITH ANNEX MMMMM, CONSOLIDATED DEPARTMENT OF DEFENSE
CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTION GUIDANCE   REVISION
4, FOR ALL FORCE HEALTH PROTECTION POLICIES AND PROCEDURES.

3.D.27. THROUGH 3.D.32. (U) NO CHANGE.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (CUI) SIGNAL.

5.B.1. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 POINTS OF
CONTACT (POC). HQDA COVID 19 OPT AT USARMY.PENTAGON.HQDA DCS G 3 5
7.MBX.COVID OPT@ARMY.MIL.

5.B.1.A. (CUI) G 1 POC IS USARMY.PENTAGON.HQDA.MBX.PCCIMA04@ARMY.MIL,

(703) 697 4246.

5.B.1.B. (CUI) G 2 POC IS MR. MATTHEW ROGERS,
MATTHEW.D.RODGERS5.CIV@ARMY.MIL, (703) 695 1394.

5.B.1.C. (CUI) G 4 POCS ARE LTC RAY JAKLITSCH JR. (MEDLOG TF),
RAYMOND.F.JAKLITSCH2.MIL@ARMY.MIL, (703) 693 6704 OR ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614 2159.

5.B.1.D. (CUI) LABORATORY RESPONSE NETWORK POC IS COL MICHAEL
BUKOVITZ, RHC E LABORATORY CONSULTANT,
MICHAEL.A.BUKOVITZ.MIL@HEALTH.MIL, (314) 590 8178.

## UNCLAS CUI

PAGE 8 OF 13

5.B.1.E. (CUI) USAMEDCOM PUBLIC HEALTH POCS IS COL RICK CHAVEZ, RODRIGO.CHAVEZ5.MIL@HEALTH.MIL, (703) 681 3017 OR COL BENJAMIN PALMER, BENJAMIN.N.PALMER.MIL@HEALTH.MIL, (703) 681 2424.

5.B.1.F. (CUI) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,

STEVEN.B.CERSOVSKY.CIV@HEALTH.MIL, (410) 436 4311.

5.B.1.G. (CUI) ARMY PUBLIC AFFAIRS POC IS MR. BRYCE DUBEE, BRYCE.S.DUBEE.CIV@ARMY.MIL, (703) 545 7469.

5.B.1.H. (CUI) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ MICHAEL PETRUSIC, MICHAEL.PETRUSIC.MIL@ARMY.MIL, (703) 614 4281.

5.B.1.I. (CUI) ARMY NATIONAL GUARD POC IS LTC MATTHEW PAQUIN, MATTHEW.R.PAQUIN.MIL@ARMY.MIL, (703) 607 5581.

5.B.1.J. (CUI) UNITED STATES ARMY RESERVE POCS MAJ CHARLES VINEY, CHARLES.P.VINEY.MIL@ARMY.MIL, (703) 806 7790 OR LTC ROBERT KURTTS, ROBERT.L.KURTTS.MIL@ARMY.MIL, (703) 614 5271.

5.B.1.K. (CUI) OFFICE OF THE SURGEON GENERAL POC IS COL KEVIN MAHONEY, KEVIN.J.MAHONEY.MIL@HEALTH.MIL, (703) 681 4655.

5.B.1.L. (CUI) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614 1680.

5.B.1.M. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY CIVILIAN PERSONNEL (DASA CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL,

(703) 344 8047.

5.B.1.N. (CUI) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE

ASSISTANT TO THE SECRETARY OF THE ARMY POC: USARMY.BELVOIR.HQDA OAA.MBX.ARMY HQDA CONFERENCES INBOX@ARMY.MIL.

5.B.1.O. (CUI) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS AND TECHNOLOGY) POC IS COL JONATHAN ALLEN, JONATHAN.E.ALLEN10.MIL@ARMY.MIL, (703) 614 3177.

5.B.1.P. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY MILITARY PERSONNEL (DASA MP) POC IS COL JON A. CLAUSEN, JON.A.CLAUSEN.MIL@ARMY.MIL, (703) 697 4665, AND MS. FRANCES RIVERA, FRANCES.A.RIVERA2.CIV@ARMY.MIL, (703) 693 1909.

5.B.1.Q. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.R. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 CRISIS ACTION TEAM INFO:

NIPR PORTAL: HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES ORONAVIRUS%20(COVID 19).ASPX

## UNCLAS CUI

**UNCLAS CUI**

SIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
GE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.DOMS OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.AOC DOMS TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS
FORMALLY RESCINDED OR SUPERSEDED.


ATTACHMENTS:
ANNEX A    [RESCINDED]
ANNEX B    [RESCINDED]
ANNEX C    COVID 19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D    [RESCIND]
ANNEX E    [RESCINDED]
ANNEX F    [RESCINDED]
ANNEX G    [RESCINDED]
ANNEX H    [RESCINDED]
ANNEX I    [RESCINDED]
ANNEX J    IMPLEMENTATION OF REQUIRED COVID 19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K    TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L    DOD COVID TASK FORCE, COVID 19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M    CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED
COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N    DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O    [RESCINDED]
ANNEX P    DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE
19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q    UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD
CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS," 31 DECEMBER 2020.

ANNEX R    SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE
LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS,"
03 JUNE 2021.
ANNEX S    [RESCINDED]
ANNEX T    [RESCINDED]
ANNEX U    SECRETARY OF ARMY MEMORANDUM, "USE OF MASKS AND DELEGATION
OF AUTHORITY TO GRANT EXCEPTIONS," 24 FEBRUARY 2021.
ANNEX V    [RESCINDED]
ANNEX W    POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X    UNDER SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES," 07
MAY
2021.
ANNEX Y    UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND

**UNCLAS CUI**

**UNCLAS CUI**

ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z    [RESCINDED]
ANNEX AA    [RESCINDED]
ANNEX BB    [RESCINDED]
ANNEX CC    CDC GUIDANCE FOR IMPLEMENTING COVID 19 PREVENTION
STRATEGIES, 27 JULY 2021.
ANNEX DD    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1419, "
(J&J) JANSSEN COVID 19 VACCINE SHELF LIFE EXTENSION," 28 JULY 2021.
ANNEX EE    COVID 19 VACCINATION REQUIREMENT REPORT.
ANNEX FF    [RESCINDED]
ANNEX GG    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1463,
"PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21  1425,
"UPDATED COVID 19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.
ANNEX II    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1454,
"ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,"
13 AUGUST 2021.
ANNEX JJ    ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS)
MEMORANDUM,
"MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER BIONTECH
COVID 19 AND COMIRNATY COVID 19 VACCINES," 14 SEPTEMBER 2021.
ANNEX KK    [RESCIND]
ANNEX LL    VACCINE INFORMATION FACT SHEET.
ANNEX MM    [RESCINDED]
ANNEX NN    SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO    SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP    EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING
VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ    EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR    ABBOTT BINAXNOW COVID 19 AG CARD PRODUCT EXPIRY UPDATE,
MAY
2021.
ANNEX SS    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
PFIZER BIONTECH/COMIRNATY COVID 19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID 19 VACCINE, MRNA) AND PFIZER
BIONTECH COVID 19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID
19), 27 SEPTEMBER 2021.
ANNEX XX    REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY    COVID 19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ    PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA    REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID 19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB    ARMY DIRECTIVE 2021 33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC    SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD    SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED

**UNCLAS CUI**

# UNCLAS CUI

10 NOVEMBER 2021.
ANNEX EEE   [RESCINDED]
ANNEX FFF   OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
ANNEX GGG   [RESCINDED]
ANNEX HHH   DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
ANNEX III   ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS
MEMORANDUM, "UPDATED GUIDANCE ON CO ADMINISTRATION OF CORONAVIRUS
DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ   UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND
BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK   [RESCINDED].
ANNEX LLL   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1613,
"DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM   DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE,
"COVERAGE FOR INJURIES RESULTING FROM THE COVID 19 VACCINATION
MANDATE
FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)

  REVISION 2   DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE

2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION
VERIFICATION," 8 NOVEMBER 2021.
ANNEX OOO   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (#
2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID 19
VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY
COVID 19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX PPP   DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO
THE COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ   DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE
COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR   OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER

AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR
NON USMEPCOM ACCESSIONS," 22 OCTOBER 2021.
ANNEX SSS   DEFENSE LOGISTICS AGENCY, "COVID 19 HOME TEST KITS
ORDERING PROCEDURES," 19 NOVEMBER 2021.
ANNEX TTT   MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF
UNVACCINATED PERSONNEL."
ANNEX UUU   ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR
EMPLOYEE PURCHASED COVID 19 SELF TESTS."
ANNEX VVV   [RESCIND]
ANNEX WWW   [RESCIND]
ANNEX XXX   [RESCIND]
ANNEX YYY   SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO
CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ   [RESCIND]
ANNEX AAAA   [RESCINDED]
ANNEX BBBB   COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.
ANNEX CCCC   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
ACKNOWLEDGEMENT OF RECEIPT OF REQUEST FOR EXEMPTION FROM THE COVID 19

# UNCLAS CUI

## UNCLAS CUI

PAGE 12 OF 13

VACCINATION REQUIREMENT (NAME OF EMPLOYEE)."
ANNEX DDDD   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE ORDER, MANDATORY CORONAVIRUS 19(COVID 19) TESTING."
ANNEX EEEE   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
COUNSELING AND EDUCATION PERIOD NOTIFICATION, MANDATORY COVID 19
VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX FFFF   [RESCINDED]
ANNEX GGGG   [RESCINDED]
ANNEX HHHH   ARMY COVID 19 VACCINATION EXEMPTION REPORT.
ANNEX IIII   [RESCIND]
ANNEX JJJJ   IMPACT ASSESSMENT INSTRUCTIONS FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX KKKK   IMPACT ASSESSMENT TEMPLATE FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX LLLL   [RESCINDED]
ANNEX MMMM   SECRETARY OF THE ARMY DIRECTIVE 2022 02 (PERSONNEL
ACTIONS FOR ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER AND ACCESSION REQUIREMENTS FOR UNVACCINATED INDIVIDUALS), 31
JANUARY 2022.
ANNEX NNNN   ALARACT 009/2022, "EXECUTION GUIDANCE FOR ACCESSIONS AND

ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION ORDER," 2
FEBRUARY 2022.
ANNEX OOOO   [RESCINDED]
ANNEX PPPP   UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)
MEMORANDUM, "GUIDANCE ON ELIGIBILITY FOR A CORONAVIRUS DISEASE 2019
VACCINE BOOSTER DOSE," 17 DECEMBER 2021.
ANNEX QQQQ   [RESCINDED]
ANNEX RRRR   [RESCINDED]
ANNEX SSSS   SOLDIER COVID 19 ADMINISTRATIVE ACTION QUICK REFERENCE
CARD.
ANNEX TTTT   DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON)
IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.
ANNEX UUUU   DELEGATION OF AUTHORITY FOR CONSOLIDATED DEPARTMENT OF
DEFENSE CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTIONS GUIDANCE,
25
MAY 2022.
ANNEX VVVV   [RESCINDED]
ANNEX WWWW   ASD(HA) MANDATORY VACCINATION USING THE MODERNA AND
SPIKEVAX COVID 19 VACCINES, 03 MAY 22.
ANNEX XXXX   [RESCINDED]
ANNEX YYYY   INFORMATION REGARDING AVAILABLE COVID 19 VACCINE OPTIONS.
ANNEX ZZZZ   UNVACCINATED SOLDIERS INTENDING TO RECEIVE THE NOVAVAX
VACCINE REPORT.
ANNEX AAAAA   INFORMATION PAPER ON THE NOVAVAX COVID 19 VACCINE FOR
MEDICAL PROVIDERS.
ANNEX BBBBB   MMQC 22 1365 NOVAVAX.
ANNEX CCCCC   COVID 19 VACCINATION OPTIONS FLYER.
ANNEX DDDDD   [RESCIND]
ANNEX EEEEE   ENCL 1 FINAL LITIGATION HOLD ORDER REMINDER.
ANNEX FFFFF   COVID LITIGATION HOLD UPDATE.
ANNEX GGGGG   MMQC 22 1463 BIVALENT BOOSTERS.
ANNEX HHHHH   IP BIVALENT VACCINE BOOSTERS.
ANNEX IIIII   UNDER SECRETARY OF THE ARMY UPDATED GUIDANCE ON
OFFICIAL
TRAVEL DATED, 17 OCT 2022.

## UNCLAS CUI

**UNCLAS CUI**

```
ANNEX JJJJJ   [RESCIND]
ANNEX KKKKK   SAMPLE DA FORM 4856 FOR TRANSFERRED RAR.
ANNEX LLLLL   SECRETARY OF DEFENSE MEMO COVID VAX MANDATE RESCISSION

10 JAN 2023.
ANNEX MMMMM   [ADD] CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS
DISEASE 2019 FORCE HEALTH PROTECTION GUIDANCE   REVISION 4.
BT
#3795




NNNN
Received  rom AUTODIN 021956Z Feb 23
```

**UNCLAS CUI**