UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al., <br><br> Defendants. | No. 6:22-CV-049-H |

## ORDER

Before the Court is the plaintiffs' Unopposed Motion for an Extension of Time to Respond to the Motion to Dismiss and Leave to File Excess Pages. Dkt. No. 91. The motion is granted. It is ordered that the plaintiffs file their response by no later than February 15, 2023. The response may be up to 30 pages in length.

So ordered on February 10, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE