UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ROBERT SCHELSKE,** et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense, et al,<br><br>         Defendants. | Case No. 6:22-cv-00049-H |

## NOTICE/REQUEST TO UPDATE CLASS DEFINITION AND ADD CLASS REPRESENTATIVE

Plaintiffs modify their request for a class definition as follows: Those persons who: (i) submitted a religious accommodation request to the Army from the Army's COVID-19 vaccination requirement, where the request was submitted or was pending at any time from August 1, 2021 to present; (ii) were confirmed as having a sincerely held religious belief substantially burdened by the Army's COVID-19 vaccination requirement by or through Army Chaplain(s); (iii) either (a) had their requested accommodation denied; or (b) did not have a final decision or action on that request by the Army Surgeon General or Assistant Secretary of the Army for Manpower and Reserve Affairs; and (iv) had adverse actions taken against them or suffered some other adverse consequence due to their refusal to vaccinate, which has not been fully removed or corrected as of February 10, 2023.

Plaintiffs further seek to add Luke Chrisman, Plaintiff in the Amended Complaint, as a class representative.

Dated: February 13, 2023                                  Respectfully submitted,

/s/Aaron Siri_____
Aaron Siri (Admitted PHV)
Elizabeth A. Brehm (Admitted PHV)
Wendy Cox (Admitted Texas Bar No.24080162)
Dana Stone (Admitted PHV)
SIRI | GLIMSTAD LLP
200 Park Avenue, 17th Floor
New York, NY 10166
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com
ebrehm@sirillp.com
wcox@sirillp.com
dstone@sirillp.com

/s/Christopher Wiest_____
Christopher Wiest (Admitted PHV)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (c)
(859) 495-0803 (f)
chris@cwiestlaw.com

Thomas B. Bruns (Admitted PHV)
BCVA Law
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
(513) 312-9890 (t)
tbruns@bcvalaw.com

*/s/ John C. Sullivan*
John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I certify that I have served a copy of the foregoing Notice, via CM/ECF, this 13 day of February, 2023.

                 /s/Christopher Wiest_____
                 Christopher Wiest (Admitted PHV)