UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ROBERT SCHELSKE, et al.,

    Plaintiffs,

v.

LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al.,

    Defendants.

No. 6:22-CV-049-H

## ORDER

Before the Court is the defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Amended Complaint and to File a Reply in Support of Defendants' Motion to Dismiss. Dkt. No. 97. For the reasons stated in the motion, the motion is granted. It is therefore ordered that defendants shall file both (1) a response to the plaintiffs' Amended Complaint (Dkt. No. 92), and (2) a reply in support of their Motion to Dismiss (Dkt. No. 88) by no later than March 10, 2023. Any responsive pleading and any reply filed by that date shall be deemed timely.

So ordered on February 21, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE