# EXHIBIT 1



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY GARRISON ITALY
UNIT 31401, BOX 41
APO AE 09630

AMIM-ITH-M                                                                                                  6 MARCH 2023

MEMORANDUM FOR SSG GALLOWAY, SAMUEL K., 1526169499, ORDER #0004116424.00 115971824

SUBJECT: PCS Orders Addendum

1. This document must be presented along with your PCS orders.
2. Service member is authorized shipment of HHG and POV in accordance with JTR. If you plan to ship personal property at government expense, contact your local transportation office to arrange for shipment immediately upon receipt of these orders. To schedule your move, visit https://www.militaryonesource.mil/moving-housing/moving/pcs-and-militarymoves/  and sign in to DPS.
3. All pcs travelers are authorized two pieces of checked baggage, not to exceed 50 lbs. per bag. This allowance of 2 pieces @ 50 lbs. per pcs is in addition to any free checked baggage allowance the carrier provides. Travelers should be directed to contact the air carrier to determine their free checked baggage allowance. The cost of shipping this baggage must be initially borne by the traveler. However, it is a reimbursable expense that may be charged to the soldiers GTCC. The soldier must request and retain receipts for the shipment of baggage. These receipts must be provided when submitting the final travel voucher. For additional flight baggage information and military exceptions, please contact the government commercial travel office at commercial: (39) 0444-714905 DSN 314-6344905.
4. Use of the Individual Billing Account (IBA)/Government Travel Charge Card (GTCC) is authorized.
5. Soldier is on assignment to a brigade combat team or other deployable unit. Soldier must arrive at the gaining command worldwide deployable. Losing command must ensure DNA sample is on file and that the following are current prior to departure: periodic health assessment, dental readiness screening, immunizations, HIV testing, and family care plan.
6. Eligible soldiers and family members must be available to receive a full covid-19 vaccination series from the same manufacturer within a 45-day window at the same duty location. If receiving a 2 dose series, personnel must have 45 days of time on station remaining to receive the first dose of the vaccine.  Personnel with less than 45 days of time on station remaining may decline this vaccine to meet the established reporting window at the new duty location.

ORDER #0004116424.00 115971824 **USAG ITALY MILITARY PERSONNEL DIVISION 6 MARCH 2023**

7. The POC for this memorandum is: usarmy.usag-italy.id-europe.list.mpd@army.mil.

//bf//

```
***************************
*      OFFICIAL       *
*         MPD           *
*      USAG ITALY     *
***************************
```

WILLIAM E. PERSINGER
Chief, Military Personnel Division

2