UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LLOYD J. AUSTIN, III, <br> United States Secretary of Defense, *et al.*, <br><br> *Defendants.* | No. 6:22-cv-0049-H |

## PROPOSED ORDER

Upon consideration of Defendants' motion to dismiss and the memoranda in support thereof and in opposition thereto, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the Plaintiffs' amended complaint, ECF No. 92, is DISMISSED.

It is SO ORDERED.

This is a final and appealable order.

Dated: _____

                                                              JAMES WESLEY HENDRIX
                                                              United States District Judge