UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ROBERT SCHELSKE, *et al.*,

               *Plaintiffs,*

        v.

LLOYD J. AUSTIN, III,
United States Secretary of Defense, *et al.*,

               *Defendants.*

No. 6:22-cv-0049-H


**APPENDIX TO DEFENDANTS'
COMBINED MEMORANDUM IN SUPPORT OF THEIR MOTION TO
DISMISS THE AMENDED COMPLAINT AND REPLY IN SUPPORT
OF THEIR MOTION TO DISMISS THE INITIAL COMPLAINT**

# CONTENTS

*Page*

**Declarations**

Declaration of Colonel Kevin Mahoney................................................................. A001

Declaration of Michael Suarez............................................................................... A022

Declaration of Cynthia Thomas.............................................................................. A026

**Rescission Guidance**

FRAGO 35 (Dec. 30, 2022) .................................................................................... A028

FRAGO 36 (Jan. 5, 2023) ...................................................................................... A036

Sec'y of Def. Mem. (Jan. 10, 2023)....................................................................... A043

FRAGO 37 (Jan. 11, 2023) .................................................................................... A045

Force Health Protection Guidance Rev. 4 (Jan. 30, 2023).................................... A053

FRAGO 38 (Feb. 2, 2023)....................................................................................... A074

Dep. Sec'y of Def. Mem. (Feb. 24, 2023).............................................................. A087

Sec'y of Army Mem. (Feb. 24, 2023)..................................................................... A089

EXORD 174-23 (Mar. 7, 2023).............................................................................. A095

**Miscellaneous**

Cadet Zaikai Bufkin Academic Transcripts (Feb. 15, 2023)................................. A109

Staff Sergeant Samuel Galloway PCS Addendum (corrected) (Mar. 6, 2023)...................... A111

\*     \*     \*

Dated: March 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/ Johnny Walker
KERI BERMAN
JOHNNY H. WALKER (D.C. Bar #991325)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12304
Washington, D.C. 20530
Tel.: (202) 514-3183 / Fax: (202) 616-8460
Email: johnny.h.walker@usdoj.gov

*Counsel for Defendants*

## DECLARATION OF COLONEL KEVIN J. MAHONEY

I, Colonel Kevin J. Mahoney, hereby state and declare as follows:

1.      I am currently employed by the U.S. Army as the Chief, G-33 Operations Division, Office of The Army Surgeon General (OTSG) and U.S. Army Medical Command (MEDCOM), located in Falls Church, Virginia. I have held this position since June 14, 2021. As part of my official duties, I am a senior medical plans and operations officer on the Army staff, representing The Surgeon General (TSG) to the Army operations staff for medical aspects of Army missions. In this capacity I assist in developing the Army plans to implement directives related to COVID-19 and vaccination efforts. I am part of a team that facilitates the processing, evaluation, and adjudication of requests for exemptions from vaccination requirements for reasons of religious accommodation as well as for medical reasons. I consolidate the current status of requests received for processing and keep Army senior leaders informed.

2.      This declaration is based on my personal knowledge, as well as knowledge made available to me during the routine execution of my official duties.  Attached to this declaration are authentic copies of relevant military regulations, instructions, and directives, referenced throughout.

### Mandatory Coronavirus Disease 2019 (COVID-19) Vaccination

3.      On August 24, 2021, the Secretary of Defense issued a directive ordering the Secretaries of the Military Departments to immediately begin full vaccination of all members of the Armed Forces under Department of Defense (DoD) authority on active duty or in the Ready Reserve, including the National Guard (Secretary of Defense Memorandum,

**A001**

"Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members," dated August 24, 2021) ("the directive").

4.      Under the directive, Service members are considered fully vaccinated two weeks after completing the second dose of a two-dose COVID-19 vaccine series (e.g., Moderna, Pfizer-BioNTech (COMIRNATY®), or Novavax vaccines) or two weeks after receiving a single-dose COVID-19 vaccine (e.g., Johnson & Johnson/Janssen vaccine). Those Service members with a history of previous COVID-19 infection are not exempt from the full vaccination requirement.

5.      In accordance with the directive, mandatory vaccination against COVID-19 will only use vaccines that have received full licensure from the U.S. Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance. However, Service Members are considered fully vaccinated for purposes of the mandate when they are voluntarily vaccinated using another vaccine that has been granted either FDA Emergency Use Authorization (EUA) or World Health Organization Emergency Use Listing. The directive authorizes the Military Departments to promulgate appropriate guidance to execute the stated objectives. It further directs that mandatory vaccination requirements will be implemented consistent with DoD Instruction (DoDI) 6205.02, "DoD Immunization Program," dated July 23, 2019. Finally, the directive states that Military Departments should use existing policies and procedures to manage the mandatory vaccination of Service members to the extent practicable, and that mandatory vaccination of Service members will be subject to any identified contraindications, as well as any administrative or other exemptions established in Military Department policy.

**Army Policy Gives Commanders Authority to Immunize Soldiers**

6.     The DoD requires that all members of the military maintain physical and mental fitness to enable them to carry out their missions. As part of its Directive to the Military Services outlining Force Health Protection measures, DoDD 6200.04, the DoD has directed the Services to administer immunizations. Maintaining a fully immunized force ensures that Service Members are able to meet any vaccination requirements for deployment, as explained in paragraph 8 below. It also helps to minimize the need for medical attention for Soldiers who are deployed or otherwise serving in an austere environment and to minimize any absence from work from severe illness and hospitalization. The implementation of Force Health Protection measures, to include immunization programs, ensures that the Military Services establish, sustain, restore, and improve the health of their forces so that they can carry out DoD's mission of providing combat-credible military forces needed to deter war and protect the security of the United States.

7.     The Military Vaccination Program and associated Army immunization programs, which include the processes and procedures by which vaccines and vaccinations are managed, as well as those by which vaccines are administered and exemption requests are reviewed and adjudicated, are implemented in accordance with several DoD, Defense Health Agency (DHA), Multi-Service, and Army Instructions, Regulations, and other publications. In particular, Army Regulation (AR) 600-20, "Army Command Policy," dated July 24, 2020, authorizes Commanders to administer immunizations to Soldiers that are required by the Multi-Service Regulation (AR 40–562, BUMEDINST 6230.15B, AFI 48–110_IP, CG COMDTINST M6230.4G), "Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases," dated October 7, 2013, or "other legal directive," unless Soldiers are

medically or administratively exempted from the immunization requirements.  AR 600-20, paragraph 5-4.g.(2) reads that Commanders will continually educate Soldiers "concerning the intent and rationale behind both routine and theater-specific or threat-specific military immunization requirements."  Furthermore, "The intent of this authorization is to protect the health and overall effectiveness of the command, as well as the health and medical readiness of the individual Soldier."

8.      In order to maximize lethality and readiness of the joint force, all Service members are expected to be deployable. Combatant Commanders (CCMDs) oversee military operations in a specific regional area or "theater." Each CCMD determines which immunizations are required to deploy into their theater of operations. Being fully vaccinated against COVID-19 is required by every CCMD.[1] If a soldier is not fully vaccinated against COVID-19 or otherwise does not meet a CCMD's theater entry requirements, he or she must obtain an exception to policy from the CCMD Commander before deploying to that theater of operations. Exceptions to policy are made only at the discretion of the CCMD and are not guaranteed.

9.      On September 14, 2021, the U.S. Army implemented the Secretary of Defense's August 24, 2021 directive by way of Fragmentary Order 5 (FRAGO 5) to Headquarters Department of the Army (HQDA) Execution Order (EXORD) 225-21, "COVID-19 Steady State Operations."[2]  Per FRAGO 5, paragraph 3.D.8.B.4., involuntary (i.e., forcible) COVID-19 immunization is prohibited.

---

[1] The mandatory immunization requirements for each CCMD can be found at https://www.health.mil/MHSHome/Military%20Health%20Topics/Health%20Readiness/Immunization%20Healthcare/Vaccine%20Recommendations/Vaccine%20Recommendations%20by%20AOR#EUCOM.

[2]  The Army has since published FRAGOs 6-34, which include various additions and modifications to FRAGO 5.  Although none of those orders alter the substantive requirements of

**Army Implementation Order for Mandatory COVID-19 Vaccination**

10.     Pursuant to FRAGO 5, per paragraph 3.B.3, every Soldier who is not otherwise exempt will be fully vaccinated against COVID-19 to ensure Soldiers and units are ready to fight and win.  As the order makes clear in paragraph 3.B.3, "[t]his is a readiness, health, and welfare priority for the total Army."  Paragraph 3.B.3 further reads that because the Secretary of Defense has issued a lawful order, "the Army has a responsibility to ensure good order and discipline."

11.     Per FRAGO 5, paragraph 3.B.3.A.1, the Army is executing the mandatory COVID-19 vaccination order in two phases:  phase 1 began immediately upon the publication of FRAGO 5, and phase 2 began on February 3, 2022.  In accordance with paragraph 3.D.8, the Army will conduct mandatory COVID-19 vaccination operations of unvaccinated Soldiers with an FDA-approved vaccine and continue voluntary vaccination with other vaccines authorized for emergency use.  Per paragraph 3.D.8.B.1, Commanders will vaccinate all Soldiers who are not otherwise exempt.  Soldiers requesting an exemption are not required to receive the vaccine pending the final decision on their exemption request.  Likewise, paragraph 3.D.8.B.1.F notes Commanders will not take adverse action against Soldiers with pending exemption requests.

12.     FRAGO 5 paragraph 3.D.8.B.5 provides that if a Soldier declines immunization, the Commander will counsel the Soldier in writing, then direct the Soldier to view a mandatory educational video on the benefits of the vaccine.  Following the mandatory video, the Soldier's

---

the provisions of FRAGO 5 cited throughout this declaration, FRAGOs 6-34 are attached to this declaration for completeness.  To the extent that FRAGOs 6-34 include notable procedural changes, they are cited accordingly below.  Any reference to a "FRAGO" herein refers to a Fragmentary Order to HQDA EXORD 225-21.

Commander "will order the Soldier to comply with the order to receive the vaccine." Paragraph 3.D.8.B.5.A reads that if the Soldier declines again, the immediate Commander will direct the Soldier to meet with a medical professional (i.e., physician, physician assistant, or nurse practitioner) to further discuss the benefits of vaccination and address the Soldier's concerns. The Soldier's Commander will then again order the Soldier to receive the vaccine. If the Soldier declines immunization again, the Commander will consult with their servicing legal advisor.

**<u>Army Procedures Allow Soldiers to Seek Immunization Exemptions</u>**

13.    Soldiers may request exemptions from immunizations. There are two types of exemptions: medical and administrative. FRAGO 5, paragraph 3.D.8.B.6.A reads that for medical exemptions, healthcare providers will determine a medical exemption based on the health of the vaccine candidate and the nature of the immunization under consideration. Per the Multi-Service Regulation (AR 40–562, BUMEDINST 6230.15B, AFI 48–110_IP, CG COMDTINST M6230.4G), paragraph 2-6a, medical exemptions may be temporary (up to 365 days) or permanent. Once a temporary exemption expires, the Soldier is required to become compliant with any vaccine requirements or request further extensions of the temporary exemption. Per paragraphs 2-6a(1)(a)-(c) of this same regulation, general examples of medical exemptions include (1) the underlying health condition of the vaccine candidate (e.g., based on immune competence, pharmacologic or radiation therapy, pregnancy and/or previous adverse response to immunization), (2) evidence of immunity based on serologic tests, documented infection, or similar circumstances, and (3) if an individual's clinical case is not readily definable. Per AR 40-562 para. 2-6a(4), medical exemptions will be revoked when no longer clinically necessary.

A006

14.     Exemptions are not presumptive in nature, but rather are granted after review of an individual's circumstances and the nature of the request on a case-by-case basis.  For example, as stated in FRAGO 5 paragraph 3.D.8.B.6, Soldiers with previous infections or positive serology are not automatically exempt from full vaccination requirements and should consult with their healthcare provider.  To date, the Army does not consider previous infections or positive serology a basis for exemption from the COVID-19 vaccine.[3]

15.     Per FRAGO 5, paragraph 3.D.8.B.6.A, for all medical exemptions, Soldiers should consult with their healthcare provider.  If the provider indicates a temporary exemption is valid, he or she will approve it.  If, on the other hand, no temporary exemption is identified, the provider will disapprove the request and administer the vaccine if the Soldier agrees to voluntarily receive it.  If the Soldier declines to be vaccinated by the healthcare provider, the Soldier will be referred back to his or her Commander for further action.  Appropriate exemption codes indicating temporary or permanent reasons for medical exemption are to be annotated in the individual's Service-specific Immunization Tracking System. Any adverse events following receipt of a vaccine are to be reported to the Department of Health and Human Services' Vaccine Adverse Event Reporting System (VAERS). Medical exemption codes are to be revoked if they are no longer clinically warranted.

16.     As stated in FRAGO 5, paragraph 3.D.8.B.6.A.1 and 3.D.8.B.6.A.2, the approval authority for permanent medical exemptions is the TSG.  TSG has delegated this authority to Regional Health Command-Commanding Generals (RHC-CG), with no further delegation

---

[3] "Serology" or "antibody" tests detect the presence of antibodies of the COVID-19 virus and can help identify individuals who have previously been infected with COVID-19. According to the FDA, serology or antibody tests *cannot* establish if an individual currently has COVID-19 or if an individual has immunity that will prevent contracting COVID-19 in the future.

authorized.  All requests for permanent medical exemptions must be staffed to the RHC-CG with the healthcare provider's recommendation either to approve or deny the permanent exemption.  If the RHC-CG disapproves a permanent medical exemption, the Soldier can appeal to TSG, who is the final appeal authority.[4]  If TSG disapproves the permanent medical exemption and the Soldier still refuses vaccination, the Commander will consult with his or her legal advisor. As of November 2, 2022, 591 soldiers currently have temporary medical exemptions and 58 soldiers have received permanent medical exemptions. Of the soldiers who have received permanent medical exemptions, the most common basis for the exemption approvals is due to medically documented adverse reactions after the first dose.

17.      The provisions of FRAGOs 5, 6, and 9 also address the procedures for Soldiers to submit requests for administrative exemptions, which include religious exemptions.

18.      ANNEX BBB to FRAGO 6 implements the general procedures for administrative exemptions outlined in AR 40-562.  With respect to religious exemptions specifically, FRAGO 6, paragraph 3.D.8.B.6.B implements the procedures outlined in Appendix P-2b of AR 600-20, which describes the requirements for processing requests for religious exemptions from immunizations.  In particular, Soldiers who believe their religious practices conflict with immunization requirements may request an exemption through command channels, which is processed by their Company Commander, or other immediate Commander, through their battalion, brigade, division, and General Court-Martial Convening Authority (typically a General Officer) Commanders to TSG.  The Commanders within the Soldier's chain of command are not permitted to approve or deny requests for religious exemptions from immunizations.  Exemption requests are submitted in Army memorandum format.  AR 600-

---

[4] TSG delegated this authority to the Deputy Army Surgeon General.

A008

20, Appendix P-2b(1) notes exemption requests must include the Soldier's name, rank, military occupational specialty, and a description of the religious tenet or belief that is contrary to the immunization.  Other documentation, such as a letter from a religious leader, is optional, but may assist Commanders in evaluating the request.

19.     Per AR 600-20, Appendix P-2b(2), once such a request is submitted, the Commander will arrange for an in-person or telephonic interview between the Soldier and the assigned unit chaplain.  The chaplain must provide a memorandum that summarizes the interview and addresses the religious basis and sincerity of the Soldier's request.  The chaplain is not required to recommend approval or disapproval, but may do so.  Memoranda from other chaplains or religious leaders may accompany the request as optional attachments, but do not meet the requirement for interview by the assigned unit chaplain.

20.     Additionally, when a religious exemption request is submitted, a licensed healthcare provider must counsel the Soldier to ensure that he or she is making an informed decision.  Pursuant to AR 600-20, Appendix P-2b(3), the healthcare provider should address, at a minimum, specific information about the disease concerned; specific vaccine information, including the benefits and risks of vaccination; and the potential risks of infection that may be incurred by unimmunized individuals.  AR 600-20, Appendix P-2b(4) notes that likewise, the Soldier's Commander must counsel the Soldier and recommend approval or denial of the exemption request.  The Commander must also counsel the Soldier that noncompliance with immunization requirements may adversely impact their deployability, assignment, or domestic

and international travel,[5] and that the exemption may be revoked under imminent risk conditions.

21.     FRAGO 6, paragraph 3.D.8.B.6.B, notes TSG is the only approval or disapproval authority for religious immunization exemption requests and the Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA (M&RA)) is the final appeal authority.  On August 11, 2022, the Secretary of the Army issued a memorandum authorizing TSG to delegate his approval authority for religious immunization exemption requests for the mandatory COVID-19 vaccines to the Deputy Surgeon General (DSG) for the Army National Guard and to the DSG for the Army Reserves.  On August 30, 2022, TSG delegated his approval authority in accordance with the Secretary's August 11, 2022 memorandum.  Per FRAGO 9, paragraph 3.D.8.B.6.B.2, and in accordance with the August 30, 2022 delegation, exemption requests are routed through the chain of command to TSG or his designees for decision.  The Commander, through the General Court-Martial Convening Authority, must review the request and recommend approval or denial to TSG, and must address the factors of military necessity.  A legal review must also accompany the request, and upon completion, the packet must be uploaded into the Army's system of record for tracking such requests.  FRAGO 5, paragraph 3.D.8.B.6.C. states that as with medical exemption requests, Soldiers with pending requests for religious immunization exemptions are temporarily deferred from immunization, pending the disposition of their request or any appeal of a denied request.  That is to say, the Army will

---

[5] Under FRAGO 6, government funded official travel by Soldiers who were not fully vaccinated was limited to mission critical travel.  The determination of whether travel is mission critical has been delegated by the Secretary to the Undersecretary of the Army and is not further delegable. Under FRAGO 33, the Undersecretary of the Army provided an update to this travel policy and authorized Soldiers who are not fully vaccinated to travel in connection with a permanent change of station (i.e. moving from one duty station to another).

A010

not take any adverse action against a Soldier who has an exemption request pending or on appeal.

22.     As for the criteria by which religious exemption requests are resolved, AR 600-20 sets forth the Army's policy.  As stated in paragraph 5-6a of that Regulation, "The Army places a high value on the rights of its Soldiers to observe tenets of their respective religions or to observe no religion at all; while protecting the civil liberties of its personnel to the greatest extent possible, consistent with its military requirements."  Thus, pursuant to federal law and Department of Defense Instruction (DoDI) 1300.17, "Religious Liberty in the Military Services," dated September 1, 2020, requests for religious accommodations from a military policy, practice, or duty that substantially burdens a Soldier's exercise of religion may be denied only when the government action furthers a compelling government interest and is the least restrictive means of furthering that compelling government interest.  Per AR 600-20, paragraph 5-6a(2), it is the Soldier's responsibility to demonstrate he or she has a sincerely held religious belief and that the government policy, practice, or duty substantially burdens their religious exercise.  As it relates to the religious exemption process described above, that may be accomplished through the Soldier's request and the chaplain's interview.

23.     If the Soldier demonstrates a sincerely held religious belief and a substantial burden on his or her religious exercise, then the Army will only require COVID-19 vaccination if the Commander or other official demonstrates how the government action furthers a compelling government interest and is the least restrictive means of furthering that interest.  As reflected in AR 600-20, paragraph 5-6a(4), a religious exercise includes any exercise of religion, whether or not compelled by, or central to, a system of religious belief.  Likewise, compelling governmental interests may include safety, health, good order, discipline, uniformity, national

security, and mission accomplishment.  All requests for religious exemptions must be assessed

on a case-by-case basis.  Likewise, each request must be considered based on its unique facts,

the nature of the requested religious exemption, the effect of approval or denial on the Soldier's

exercise of religion, and the effect of approval or denial on military necessity.  Per AR 600-20,

Appendix P-2b(5), and in accordance with the August 30, 2022 designation, TSG or his

designees will approve or disapprove each religious exemption request and return the decision

to the Soldier's Commander through command channels, at which point the Soldier may appeal

to the ASA (M&RA) for a final decision.  As with the exemption request itself, the chaplain's

review, and the chain of command's recommendations, all decisions by TSG or his designees

and the ASA (M&RA) are memorialized in memorandum format, not in specific forms.

24.     The authorities described above are also set forth in Army Directive 2021-33,

"Approval and Appeal Authorities for Military Medical and Administrative Immunization

Exemptions" dated September 24, 2021.  In addition, FRAGO 5 (ANNEX XX) contains a

depiction of the exemption process described above, as well as sample counseling statements

(ANNEX NN and OO) for Commanders to use if a Soldier initially declines immunization.

FRAGO 5, paragraphs 3.D.8.B.1 and 3.D.8.B.4 again note that Soldiers requesting an

exemption are not required to receive the COVID-19 vaccine while the final decision on their

exemption request is pending and that involuntary (i.e., forcible) immunizations are prohibited.

25.     To date, TSG or his designees have approved 38 requests for religious

accommodation for the COVID-19 vaccine and ASA M&RA has approved 22 appeals of

TSG's denial decisions, for a total of 60 approved permanent religious exemptions.  Each of

these actions is addressed on an individual basis, and no uniform policy of presumptive

approval or denial exists.   Approximately 40% of Soldiers with approved religious

A012

accommodation requests had an approved separation date within 12 months at the time of TSGs decision, and approximately 60% of Soldiers with approved accommodation requests did not have a pending separation date at the time of decision.

26.     The Army's Office of the Chief of Public Affairs regularly publishes COVID-19 vaccination rates and exemption requests.[6] The data published includes statistics for the number of temporary exemptions that have been approved. Temporary exemptions from vaccination for both medical and administrative reasons are entered at the unit level by a commander's authority and may be for a variety of reasons.  ANNEX SSSS to HQDA EXORD 225-21 provides commanders with guidance for granting temporary exemptions from the COVID-19 vaccine. Administrative exemptions primarily reflect Soldiers who are in the process of requesting a permanent religious accommodation.  The number of temporary administrative exemptions includes Soldiers who have initiated a religious accommodation request at the local level but have not yet completed submission through their chain of command to HQDA.   Therefore, the number of temporary administrative exemptions consistently reflect higher numbers of pending religious accommodation requests than the number of requests received at HQDA.   Once adjudicated, pursuant to ANNEX SSSS commanders are directed to remove temporary exemptions and proceed in accordance with the accommodation decision.  Temporary medical exemptions reflect Soldiers who are pending adjudication of a permanent medical exemption, as well as any Soldier whose medical provider determined that a temporary medical exemption is warranted.  This decision is made between the patient and provider and the reason for the temporary medical exemption is not centrally

---

[6] See, e.g., "Department of the Army Updates Total Army COVID-19 Vaccination Statistics," https://www.army.mil/article/259919/department_of_the_army_updates_total_army_covid_19_v accination_statistics

tracked.  Of the 13,471 temporary exemptions as of November 4, 2022, approximately 13,000 were administrative, reflecting pending religious accommodation requests, and just over 600 were medical, reflecting either a pending permanent request or a temporary medical condidtion.

**Adverse Administrative Actions Will Only Be Taken Against Soldiers Who Refuse Full Vaccination and Have No Exemption, Pending Exemption Request, or Appeal**

27.     As described above, the Army has provided Soldiers the opportunity to seek medical and administrative exemptions, to include religious accommodations, from the requirement to be vaccinated. However, for those who do not seek an exemption or who have their exemption requests denied and still refuse to be immunized, the Army has outlined an approach for the administration of adverse actions to further good order and discipline and the health of the force These actions will be considered and adjudicated on a case-by-case basis.[7] After following the steps in paragraph 10 above, if a Soldier refuses vaccination and does not have a pending medical or administrative exemption request, commanders must carry out certain administrative steps based on the Soldier's refusal to comply with a lawful order.  Each of these steps can be lengthy, and all are accompanied by significant administrative due process.

28.     Under FRAGO 5, paragraph 3.D.8.B.1.D, commanders must request that a General Officer Memorandum of Reprimand (GOMOR) be initiated for all Soldiers refusing vaccination who are not pending a final decision regarding an exemption request. The processes and procedures for issuing a GOMOR are governed by Army Regulation 600-37,

---

[7] To Include National Guard and Reserve Soldier's after the National Guard and Reserve Component mandatory vaccination deadline of 30 June 2022.

14

**A014**

"Unfavorable Information," dated October 2, 2020.  When a General Officer notifies a Soldier of a GOMOR, that Soldier is provided an opportunity to respond to the information in the reprimand.  Once the Soldier has been afforded an opportunity to respond, the issuing General Officer will then decide whether to file the GOMOR in the Soldier's permanent file held within the Army Military Human Resources Records (AMHRR) system, or whether to file it temporarily in the Soldier's "local" file to be destroyed upon the Soldier's departure from their current command.

29.     After a filing decision is made, the Soldier may appeal a decision to file a GOMOR in their AMHRR, or request to transfer it to the restricted portion of his or her personnel file. Appeals are presented to the Department of the Army Suitability Evaluation Board (DASEB), which has the authority to revise, alter, or remove the unfavorable information if it is determined to be untrue or unjust.  AR 600-37 ¶¶ 6-2, 6-3, 7-1, 7-7.  Further, a Soldier may appeal an adverse DASEB decision to the Army Board for Correction of Military Records (ABCMR).  Chapter 2 of AR 15-185, "Army Board for Correction of Military Records," dated March 31, 2006, contains the policy and procedures for applying to the ABCMR for the purpose of correcting military records.  Pursuant to 10 U.S.C. §1552, and per AR 15-185, paragraph 2-2a., the ABCMR may correct Department of the Army records, including GOMORs, in order to remove an error or injustice. This includes the authority to remove a GOMOR entirely from a Soldier's records, which would eliminate future consideration of the removed record by promotion or other selection boards.

30.     In addition to a reprimand, under FRAGO 22 paragraph 3.B.7, commanders must initiate separation or disenrollment proceedings for Active Soldiers, National Guard or Reserve Soldiers serving for more than thirty days on Active Duty orders issued under Title 10 of the

A015

U.S. Code, U.S. Military Academy Cadets, and Senior Reserve Officer's Training Corps (SROTC) Cadets who refuse the lawful order to vaccinate and do not have an approved or pending exemption request.  Under Army Directive 2022-02, "Personnel Actions for Active Duty Soldiers Who Refuse the COVID-19 Vaccination Order and Accession Requirements for Unvaccinated Individuals" dated January 31, 2022, the characterization of service for Soldiers separated for refusing the lawful order to be vaccinated will be no less than an Honorable or General (under honorable conditions) characterization of service.

31.     Separation of enlisted Soldiers is governed by AR 635-200, "Active Duty Enlisted Administrative Separations," dated June 28, 2021.  Enlisted Administrative Separation begins when the Soldier is formally notified in writing of the commander's intent to separate them. Those Soldiers with less than six years of total active and reserve service are afforded the opportunity to consult with military counsel, to submit statements on their own behalf, and to obtain copies of the information that will be sent to the separation authority supporting the proposed separation.  Soldiers with more than six years of total active and reserve service may opt to have their separation adjudicated by an Administrative Separation Board.

32.     If the Soldier elects an Administrative Separation board, the Soldier's command must then notify them of the time and place of the hearing at least 15 days prior to its commencement.  The Soldier may submit requests for additional delays, which will be granted if warranted to ensure a full and fair hearing. Soldiers being considered for separation are entitled to be represented by appointed military counsel at no expense to them or civilian counsel at his or her own expense and are afforded an opportunity to submit evidence and arguments on their own behalf, request witnesses, examine witnesses who testify before the board, and challenge evidence offered against them.  Of note, expert medical testimony

A016

routinely may be presented in the form of affidavits, however, if the Soldier desires to present such evidence, he is entitled to have the witnesses appear in person if they are reasonably available. At the conclusion of the board proceedings, the board members make a recommendation to the appropriate approval authority as to whether separation is warranted. If separation is recommended, the approval authority may accept the board's recommendation and separate the Soldier or may elect to retain the Soldier despite the board's recommendation to the contrary. If the board recommends to retain the Soldier, the separation authority is bound by this decision. If a board recommends separation for a Soldier who has completed more than 18 years of active military service, that recommendation must be forwarded through the Commander of U.S. Army Human Resources Command to the Secretary of the Army, or their designee, for decision on whether the Soldier will be separated.

33. Separation of officers is governed by Army Regulation 600-8-24, "Officer Transfers and Discharges," dated February 8, 2020. Army Officers are "permitted to serve in the Army because of the special trust and confidence the President and the nation have placed [in their attributes] . . . [and are] expected to display responsibility commensurate to this special trust and confidence. However, an officer who will not or cannot maintain those standards will be separated." AR 600-8-24, 4-1.

34. Commissioned officers on the Active Duty List with less than 6 years active commissioned service; commissioned Reserve officers with less than 6 years commissioned service; and warrant officers who have less than 3 years' service since original appointment in their present component are probationary officers and are afforded the following rights prior to any elimination: Notification by the General Officer Show Cause Authority (GOSCA) of the reasons supporting elimination and factual allegations supporting them; their right to tender

17

a resignation in lieu of elimination or to apply for retirement if eligible; their right to consult with counsel; and their right to rebut the reasons given for elimination to the GOSCA in writing within thirty calendar days.  If the GOSCA finds that elimination is not warranted, they may close the case and retain the officer.  If the GOSCA finds elimination is warranted, they will forward the action to the Deputy Assistant Secretary of the Army (Review Boards) (DASA (RB)) who, acting for the Secretary of the Army, may direct retention, discharge, or referral to a Board of Inquiry.

35.     Non-probationary officers on the active duty list are afforded the additional procedural due process of a Board of Inquiry (BOI) to determine whether their facts and circumstances warrant elimination.  The BOI is made up of three officers senior in rank to the officer pending elimination.  The BOI's purpose is to give officers a fair and impartial hearing to determine if the officer will be retained in the Army.  The BOI affords the officer the right to be represented by appointed military counsel at no expense to them or civilian counsel at his or her own expense, to examine the government's evidence against them, to present evidence to the board rebutting or mitigating the allegations against them—including raising religious freedom defenses or otherwise contesting any conclusions by the ASA (M&RA) regarding a religious exemption request—to cross-examine the government's witnesses, to call witnesses on their own behalf, and to testify before the board if they so choose.

36.     At the conclusion of the BOI, the board's findings and recommendations are sent to the GOSCA.  If the board recommends retention, the GOSCA closes the case without further action, and the officer returns to duty.  If, on the other hand, the BOI recommends elimination, the GOSCA makes their own recommendation to retain or eliminate the officer to the final approval authority, the DASA (RB).

37.     Ultimately, both officers and enlisted personnel processed for involuntary separation have extensive administrative due process rights throughout the proceedings. Soldiers may appeal a discharge decision to the Army Discharge Review Board (ADRB), which under 10 U.S.C § 1553 and Army Regulation 15-180 is authorized to review the character, reason, and authority of a discharge of any Soldier of the Regular Army, the Army Reserve, or the National Guard discharged from active military service.  A Soldier may apply for a discharge review at any time within 15 years of the Soldier's date of discharge.  Applicants may appeal an ARDB records review decision using a process called "personal appearance review."

38.     In addition to the rights described above, a Soldier may appeal adverse separation board decisions, including ARDB records review decisions and BOI decisions, to the Army Board for Correction of Military Records (ABCMR).  Pursuant to 10 U.S.C. § 1552, and Army Regulation 15-185, Army Board for Correction of Military Records, 2-2a (Mar. 31, 2006), the ABCMR may correct Army records in order to remove an error or injustice.  This includes the authority to entirely remove an involuntary separation action from a Soldier's records.

39.     The Secretary of the Army has withheld to her level, the authority to impose any non-judicial or judicial actions based solely on vaccine refusal.  Put another way, only the Secretary may punish a Soldier through a Court Martial, or through non-judicial punishment under Article 15 of the Uniform Code of Military Justice, for their refusal to be vaccinated against COVID-19.

40.     To date, the Army has not issued guidance on Administrative Actions for members of the National Guard and Reserve Component who refuse mandatory COVID-19 vaccination.  However, pursuant to the Secretary of Defense's memorandum of November 30, 2021,

"Coronavirus Disease 2019 Vaccination for Members of the National Guard and the Ready Reserve," implemented by the Army in FRAGOs 13 and 26, there will be no DoD funding for pay for National Guard and Reserve Soldiers who did not comply with the vaccination requirement by July 1, 2022 and who do not have a pending or approved exemption request. Further, those National Guard and Reserve Soldiers will not be allowed to participate in drills, training, or other duty conducted in a Title 10 or Title 32 U.S. Code status.  As with the Active Component, any National Guard or Reserve Soldier with a pending or approved Religious Accommodation or Medical Exemption request is not affected by this policy and will be allowed to serve as they did prior to the vaccine mandate.  Further, these policies do not apply to members of the National Guard serving in a purely State Active Duty status preforming State military service.

## DoD Inspector General Memorandum

41.     I understand that a June 2, 2022, memorandum from the Department of Defense Inspector General concerning the Military Services' processing of religious accommodation requests by service members seeking exemptions from COVID-19 vaccination was transmitted from the Secretary of Defense to the Department of Defense Undersecretary for Personnel and Readiness on September 2, 2022, with instructions to take appropriate action in coordination with the Service Secretaries.  The memo contains no explanation of its underlying data or methodology and is not consistent with my observations of how the Army processes religious accommodation requests.

42.     The various steps involved in the adjudication of religious accommodation requests for exemption from the COVID-19 vaccine mandate, as outlined in paragraphs 17-24 above, represent dozens of hours of staff work, beginning when the request is initially submitted to

20

A020

the soldier's command and continuing up through TSG's careful consideration of the request and his decision. OTSG has a number of dedicated staff working full-time to process the requests.

43.     TSG carefully considers the entire request and applies all pertinent laws, policies, and regulations, including the Religious Freedom Restoration Act, Department of Defense Instruction 1300.17: Religious Liberty in the Military Service, Army Regulation 600-20: Army Command Policy, and EXORD 225-21. Prior to making the final decision, TSG has a privileged conversation with his legal advisor during which he receives legal advice regarding the application of the above laws, policies, and regulations to the individual soldier's accommodation request.

44.     I am aware that this declaration may be filed in multiple cases for the purpose of defending the Secretary of Defense's directive to vaccinate Service members against COVID-19.

***************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2022, in Falls Church, Virginia

MAHONEY.KEVIN.JAM Digitally signed by
ES███████ MAHONEY.KEVIN.JAMES
Date: 2022.11.08 15:44:10 -05'00'

Kevin J. Mahoney
Colonel, U.S. Army,
Office of the Surgeon General,
U.S. Army Medical Command,
Falls Church, Virginia

## DECLARATION OF MICHAEL C. SUAREZ

I, Michael C. Suarez, hereby state and declare as follows:

1.      I am currently employed by the U.S. Army as the Chief, Officer Promotions-Special Actions / The Adjutant General Directorate for the Army's Human Resources Command, located in Fort Knox, Kentucky. I have held this position since June 2021. As part of my official duties, I manage and maintain oversight of all delay of promotion actions which include processing Promotion Review Boards, Special Selection Review Boards and Command Review Boards, and preparing these actions for DA Secretariat boards. Also, responsible for imposing a Headquarters, Department of the Army (HQDA) flag (FLAG F) for delay of promotion or removal from a selection list based on directives issued by the Directorate, Military Personnel Management (DMPM) for officers that are withheld from a promotion scroll due to adverse/derogatory information discovered during post-board screenings, open investigations or active unit-placed flags. In this capacity, I have access to information regarding Army personnel records and databases.

2.      This declaration is based on my personal knowledge, as well as knowledge made available to me during the routine execution of my official duties.

3.      I have reviewed the Amended Complaint in the matter of *Robert Schelske, et al. v. Lloyd J. Austin, III, et al.*, Case No. 6:22-cv-00049-H, which I understand is currently pending in the Western District of Texas. Based on my review of that Amended Complaint, I understand that the matter involves First Lieutenant Huntley Bakich, Staff Sergeant Joshua Costroff, and Staff Sergeant Robert Shelske, among others. Based on my review of Army records and databases and my communication with other employees of Army Human Resources Command I know the following.

1

A022

4.      First Lieutenant Bakich is currently in a promotable status. On November 23, 2022 the Army released the Fiscal Year 2022 promotion list for Active Duty Captains. First Lieutenant Bakich's name appears on that list, which is attached to this Declaration as Exhibit 1. Current projections indicate that 1LT Bakich should be promoted in May 2023. A review of Army databases indicates that there is nothing currently that would prevent him from promoting as scheduled.

5.      Staff Sergeants Costroff and Schelske were examined by the Sergeant First Class evaluation board on February 1, 2022, after which they were ranked on the Order of Merit List for their occupation series – 35S Signals Collection Analyst. Once the evaluation board meets, a Soldier's board file cannot be altered. Any subsequent accomplishments will not be reviewed until the next board, which for Staff Sergeants Costroff and Schelske was held on January 18, 2023. The results of that evaluation board will be released in May 2023.

****************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2023, in Fort Knox, Kentucky



Michael C. Suarez
Chief, Officer Promotions-Special Actions
Human Resources Command
United States Army
Fort Knox, Kentucky

2

**A023**

**FY22 Captain, Army Competitive Categories, Fully Qualified Certification Results**
**Release:  23 Nov 2022**



**Suarez Decl. Ex. 1**

2809   BAKICH HUNTLEY W                                AR

## DECLARATION OF CYNTHIA D. THOMAS

I, Cynthia D. Thomas, hereby state and declare as follows:

1.     I am currently employed by the U.S. Army as a Paralegal Specialist for the Army Review Boards Agency (ARBA), located in Arlington, Virginia. I have held this position since November 21, 2021. As part of my official duties, I screen and process all Ad Hoc and Grade Determination Board cases, interface with installation Office of the Staff Judge Advocates, Army Physical Disability Agency, and Army Human Resources Command, as well as assign court remand cases and gather required documents from the Public Access to Court Electronic Records (PACER). In this capacity, I have access to information regarding individuals who are seeking, or have previously requested, correction of their Army records, including but not limited to information contained in ARBA's case tracking database. This database includes records related to all petitions filed with the Army Discharge Review Board (ADRB) as well as the Army Board for Correction of Military Records (ABCMR).

2.     This declaration is based on my personal knowledge, as well as knowledge made available to me during the routine execution of my official duties.

3.  I have reviewed the Amended Complaint in the matter of *Robert Schelske, et al. v. Lloyd J. Austin, III, et al.*, Case No. 6:22-cv-00049-H, which I understand is currently pending in the Northern District of Texas. Based on my review of that Amended Complaint, I understand that the matter involves First Lieutenant Huntly Bakich, Staff Sergeant Peter Testa, Staff Sergeant Joshua Costroff, Staff Sergeant Robert Schelske, Staff Sergeant Samuel Galloway, Cadet Zakai Bufkin, Cadet Samuel Conklin, Cadet Dominic Mell, Cadet Collin Morrison, Cadet Nicholas Saballa, and Mr. Luke Chrisman. I have reviewed ARBA records and can confirm that Mr. Chrisman has not requested an upgrade to his characterization of service. Based on my review, I can further confirm

that neither Mr. Chrisman nor any of the above-named Soldiers and Cadets have petitioned for correction of any of their military records.

****************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8 March 2023, in Accokeek, Maryland

THOMAS.CYNTHIA.D Digitally signed by
ENISE THOMAS.CYNTHIA.DENISE
Date: 2023.03.08 14:16:04 -05'00'

Cynthia D. Thomas
Paralegal Specialist
Army Review Boards Agency
United States Army
Arlington, Virginia

A027

## UNCLAS CUI

# HQDA EXORD 225-21 (FRAGO 35) COVID-19 STEADY STATE OPERATIONS

**Originator:** DA WASH NGTON DC

**DTG:** 300101Z Dec 22

**Prec:** P io ity

**To:** ARL NGTON NAT ONAL CEMETERY ARL NGTON VA, ARNG NGB COMOPS ARL NGTON VA, ARNG NGB J3 JOC WASH NGTON DC, ARNGRC ARL NGTON VA, ARNGRC WATCH ARL NGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUST N TX, CDR ATEC ABERDEEN PROV NG GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASK NG D V FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFF CER FT BRAGG NC, CDR MDW J3 FT MCNA R DC, CDR MDW JFHQ NCR FT MCNA R DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUST S VA, CDR TRADOC DCS G 3 5 7 OPNS CTR FT EUST S VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFF CER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDR NSCOM FT BELVO R VA, CDR NSCOM OC FT BELVO R VA, CDRMDW WASH NGTON DC, CDRUSACE WASH NGTON DC, CDRUSACYBER FT BELVO R VA, CDRUSACYBER G3 FT BELVO R VA, CDRUSACYBER G33 FT BELVO R VA, CDRUSAE GHT G3 CUROPS SEOUL KOR, CDRUSAE GHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSACYBER WATCH OFF CER FT BELVO R VA, CDRUSARPAC CG FT SHAFTER H , CDRUSARPAC FT SHAFTER H , COMDT USAW C CARL SLE BARRACKS PA, HQ MCOM FT SAM HOUSTON TX, HQ NSCOM OC FT BELVO R VA, HQ SDDC CMD GROUP SCOTT AFB L, HQ SDDC OPS MSG CNTR SCOTT AFB L, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASH NGTON DC, HQDA CSA WASH NGTON DC, HQDA EXEC OFF CE WASH NGTON DC, HQDA MCOM OPS D V WASH NGTON DC, HQDA SEC ARMY WASH NGTON DC, HQDA SECRETAR AT WASH NGTON DC, HQDA SURG GEN WASH NGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASH NGTON DC, SMDC ARSTRAT CG ARL NGTON VA, SMDC ARSTRAT G3 ARL NGTON VA, SUPER NTENDENT USMA WEST PO NT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERAT ONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER H , CDR USAREUR AF W ESBADEN GE, CDR SETAF AF V CENZA T

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASH NGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASH NGTON DC, HQDA AOC G3 DAMO OD D R OPS READ AND MOB WASH NGTON DC

```
CUI//
CONTROLLED BY: HQDA DCS, G 3/5/7
CONTROLLED BY: DAMO OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC DANIEL D. HEFFNER 703 692 2804

SUBJECT: (CUI) FRAGO 35 HQDA EXORD 225 21 COVID 19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/SSS// NO CHANGE.
REF//TTT/ (U) [ADD] FRAGO 34 TO HQDA EXORD 225 21 COVID 19 STEADY
STATE OPERATIONS, DTG 282124Z OCT 22//

1. (U) SITUATION.

1.A. THROUGH 1.Q. NO CHANGE.

1.R. (CUI) [ADD] THE JAMES M. INHOFE NATIONAL DEFENSE AUTHORIZATION
ACT FOR FISCAL YEAR 2023 (NDAA), ENACTED ON 23 DEC 2022, REQUIRES
THAT THE DEPARTMENT OF DEFENSE RESCIND THE COVID 19 VACCINATION ORDER
(ANNEX FF) NOT LATER THAN 30
DAYS AFTER THE DATE OF ENACTMENT. THE DEPARTMENT OF DEFENSE IS
REVIEWING ITS COMPREHENSIVE APPROACH TO PROTECT THE HEALTH AND
READINESS OF THE MILITARY AND CIVILIAN WORKFORCE. COMMANDS WILL
IMMEDIATELY SUSPEND PROCESSING AND INITIATING
```

## UNCLAS CUI

**UNCLAS CUI**

INVOLUNTARY ENLISTED SEPARATION AND OFFICER ELIMINATION ACTIONS THAT
ARE BASED SOLELY ON A SOLDIER S REFUSAL TO COMPLY WITH THE DOD
COVID 19 VACCINATION ORDER. COMMANDS WILL CONTINUE TO ADHERE TO OTHER
PREVIOUSLY PUBLISHED POLICIES
REGARDING THE ARMY S RESPONSE TO COVID 19 PENDING FURTHER GUIDANCE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION.

3.B.1. THROUGH 3.B.8. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU).

3.C.1.A. THROUGH 3.C.1.L. NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (DARNG).

3.C.2.A. THROUGH 3.C.2.L. NO CHANGE.

3.C.2.M. THROUGH 3.C.2.M.3. [RESCIND]

3.C.2.N. THROUGH 3.C.2.Q.1. NO CHANGE.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL
UNITED STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.L. NO CHANGE.

3.C.3.M. THROUGH 3.C.3.M.3 [RESCIND]

3.C.3.N. THROUGH 3.C.33.A.1. NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.27.J. NO CHANGE.

3.D.28. (CUI) [ADD] COMMANDERS WILL IMMEDIATELY SUSPEND THE
PROCESSING AND INITIATION OF ANY INVOLUNTARY ENLISTED SEPARATION OR
OFFICER ELIMINATION ACTIONS BASED SOLELY ON A SOLDIER S REFUSAL TO
COMPLY WITH THE DOD COVID 19 VACCINATION
ORDER. COMMANDERS WILL NOT TAKE ANY FINAL ACTIONS ON INVOLUNTARY
SEPARATIONS ALREADY IN PROGRESS PENDING ADDITIONAL GUIDANCE. FOR
THOSE OFFICER ELIMINATIONS ALREADY IN PROGRESS, GENERAL OFFICER SHOW
CAUSE AUTHORITIES WILL SUSPEND
FORWARDING THE ACTIONS TO THE COMMANDING GENERAL, HUMAN RESOURCES
COMMAND. THE UNITED STATES MILITARY ACADEMY AND U.S. ARMY CADET
COMMAND WILL SUSPEND CADET SEPARATION AND DISENROLLMENT PROCEEDINGS
IAW APPLICABLE REGULATIONS AND
POLICIES.

3.D.28.A. (CUI) [ADD] FOR SEPARATION OR ELIMINATION ACTIONS
(INCLUDING FOR SOLDIERS ON TRANSITION LEAVE) WHERE THE SEPARATION
AUTHORITY HAS ALREADY DIRECTED SEPARATION AND SEPARATION ORDERS HAVE
BEEN ISSUED, SEPARATION AUTHORITIES WILL

**UNCLAS CUI**

**UNCLAS CUI**

IMMEDIATELY TAKE ACTION TO REVOKE THE SEPARATION ORDERS AND DD 214
(IF ISSUED PRIOR TO THE SEPARATION DATE ON THE DD 214). COMMANDERS
WILL NOTIFY SOLDIERS AND OFFICERS ON TRANSITION LEAVE OF THEIR
ABILITY TO REQUEST VOLUNTARY EXCESS
LEAVE IN ORDER TO AVOID ANY HARDSHIP ASSOCIATED WITH A RETURN TO DUTY
OR REVOCATION OF SEPARATION ORDERS. SOLDIERS WILL USE THE PROCEDURES
FOUND IN AR 600 8 10, PARAS. 5 8 AND 6 3 TO REQUEST EXCESS LEAVE.

3.D.28.B. (CUI) [ADD] ENLISTED SOLDIERS ALREADY PENDING INVOLUNTARY
SEPARATION MAY SUBMIT A REQUEST TO VOLUNTARILY SEPARATE IAW AR
635 200, CHAPTER 15. SUCH REQUESTS WILL BE FORWARDED TO THE ASSISTANT
SECRETARY OF THE ARMY (MANPOWER
AND RESERVE AFFAIRS). PURSUANT TO AR 635 200, PARA. 15 2B, THE
COMMAND WILL INCLUDE THEIR RECOMMENDATIONS PRIOR TO FORWARDING THE
ACTION. OFFICERS ALREADY PENDING AN ELIMINATION ACTION MAY SUBMIT AN
UNQUALIFIED RESIGNATION PURSUANT TO
AR 600 8 24. THE REQUEST FOR VOLUNTARY SEPARATION/UNQUALIFIED
RESIGNATION SHOULD STATE THE BASIS OF THE REQUEST, INCLUDING ANY
UNUSUAL CIRCUMSTANCES OR HARDSHIPS CAUSED BY SUSPENSION OF PENDING
INVOLUNTARY SEPARATION (SOLDIER HAS
SHIPPED HHGS, MOVED FAMILY MEMBERS IN ANTICIPATION OF SEPARATION,
SECURED CIVILIAN EMPLOYMENT, ETC.). THIS PARAGRAPH ALSO APPLIES TO
SOLDIERS AND OFFICERS ON TRANSITION LEAVE.

3.D.28.C. (CUI) [ADD] DCS, G 1 AND US ARMY HUMAN RESOURCES COMMAND
WILL IMMEDIATELY TAKE ACTION TO ENSURE THAT NO SOLDIER IS CONSIDERED
FOR SEPARATION BY THE QUALITATIVE MANAGEMENT PROGRAM BOARD BASED
SOLELY ON REFUSAL TO COMPLY WITH
THE DOD COVID 19 VACCINATION ORDER UNTIL FURTHER GUIDANCE IS
PUBLISHED.

3.D.29. (CUI) [ADD] THE FY2023 NDAA DOES NOT ADDRESS THE SECRETARY OF
DEFENSE S DIRECTIVE REGARDING COVID 19 VACCINATION FOR MEMBERS OF THE
NATIONAL GUARD AND READY RESERVE (ANNEX AAAA). COMMANDS WILL CONTINUE
TO ADHERE TO ANNEX AAAA
AND TO PARAGRAPHS 3.D.21 3.D.23 UNLESS AND UNTIL ANNEX AAAA IS
SUPERSEDED OR RESCINDED BY THE SECRETARY OF DEFENSE.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (CUI) SIGNAL.

5.B.1. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 POINTS OF
CONTACT (POC). HQDA COVID 19 OPT AT
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.COVID OPT@ARMY.MIL.

5.B.1.A. (CUI) G 1 POC IS USARMY.PENTAGON.HQDA.MBX.PCCIMA04@ARMY.MIL,
(703) 697 4246.

5.B.1.B. (CUI) G 2 POC IS MR. MATTHEW ROGERS,
MATTHEW.D.RODGERS5.CIV@ARMY.MIL, (703) 695 1394.

5.B.1.C. (CUI) G 4 POCS ARE LTC RAY JAKLITSCH JR. (MEDLOG TF),
RAYMOND.F.JAKLITSCH2.MIL@ARMY.MIL, (703) 693 6704 OR ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614 2159.

5.B.1.D. (CUI) LABORATORY RESPONSE NETWORK POC IS COL MICHAEL
BUKOVITZ, RHC E LABORATORY CONSULTANT,

**UNCLAS CUI**

**UNCLAS CUI**

MICHAEL.A.BUKOVITZ.MIL@HEALTH.MIL, (314) 590 8178.

5.B.1.E. (CUI) USAMEDCOM PUBLIC HEALTH POCS IS COL RICK CHAVEZ,
RODRIGO.CHAVEZ5.MIL@HEALTH.MIL, (703) 681 3017 OR COL
BENJAMIN PALMER, BENJAMIN.N.PALMER.MIL@HEALTH.MIL, (703) 681 2424.

5.B.1.F. (CUI) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,
STEVEN.B.CERSOVSKY.CIV@HEALTH.MIL, (410) 436 4311.

5.B.1.G. (CUI) ARMY PUBLIC AFFAIRS POC IS MR. BRYCE DUBEE,
BRYCE.S.DUBEE.CIV@ARMY.MIL, (703) 545 7469.

5.B.1.H. (CUI) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ MICHAEL
PETRUSIC, MICHAEL.PETRUSIC.MIL@ARMY.MIL, (703) 614 4281.

5.B.1.I. (CUI) ARMY NATIONAL GUARD POC IS LTC MATTHEW PAQUIN,
MATTHEW.R.PAQUIN.MIL@ARMY.MIL, (703) 607 5581.

5.B.1.J. (CUI) UNITED STATES ARMY RESERVE POCS MAJ CHARLES VINEY,
CHARLES.P.VINEY.MIL@ARMY.MIL, (703) 806 7790 OR LTC ROBERT KURTTS,
ROBERT.L.KURTTS.MIL@ARMY.MIL, (703) 614 5271.

5.B.1.K. (CUI) OFFICE OF THE SURGEON GENERAL POC IS COL KEVIN
MAHONEY, KEVIN.J.MAHONEY.MIL@HEALTH.MIL, (703) 681 4655.

5.B.1.L. (CUI) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT
AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL,
(703) 614 1680.

5.B.1.M. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY CIVILIAN PERSONNEL
(DASA CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL,
(703) 344 8047.

5.B.1.N. (CUI) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE
ASSISTANT TO THE SECRETARY OF THE ARMY POC:
USARMY.BELVOIR.HQDA OAA.MBX.ARMY HQDA CONFERENCES INBOX@ARMY.MIL.

5.B.1.O. (CUI) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION,
LOGISTICS AND TECHNOLOGY) POC IS COL JONATHAN ALLEN,
JONATHAN.E.ALLEN10.MIL@ARMY.MIL, (703) 614 3177.

5.B.1.P. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY MILITARY PERSONNEL
(DASA MP) POC IS COL JON A. CLAUSEN, JON.A.CLAUSEN.MIL@ARMY.MIL,
(703) 697 4665, AND MS. FRANCES
RIVERA, FRANCES.A.RIVERA2.CIV@ARMY.MIL, (703) 693 1909.

5.B.1.Q. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.R. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGESCORONAVIRUS%20(COVID 19).ASPX

SIPR PORTAL:

**UNCLAS CUI**

## UNCLAS CUI

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONPAGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.DOMS OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.AOC DOMS TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS FORMALLY RESCINDED OR SUPERSEDED.

ATTACHMENTS:
ANNEX A   [RESCINDED]
ANNEX B   [RESCINDED]
ANNEX C   COVID 19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D   HQDA COVID 19 POSITIVE CASE AND ROM TRACKER.
ANNEX E   [RESCINDED]
ANNEX F   [RESCINDED]
ANNEX G   [RESCINDED]
ANNEX H   [RESCINDED]
ANNEX I   [RESCINDED]
ANNEX J   IMPLEMENTATION OF REQUIRED COVID 19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K   TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L   DOD COVID TASK FORCE, COVID 19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M   CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N   DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O   [RESCINDED]
ANNEX P   DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q   UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD
CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS," 31 DECEMBER 2020.

ANNEX R   SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE
LIMITED PURPOSE OF RECEIVING CORONAVIRUS
DISEASE 2019 VACCINATIONS," 03 JUNE 2021.
ANNEX S   [RESCINDED]
ANNEX T   [RESCINDED]
ANNEX U   SECRETARY OF ARMY MEMORANDUM, "USE OF MASKS AND DELEGATION
OF AUTHORITY TO GRANT EXCEPTIONS," 24 FEBRUARY 2021.
ANNEX V   [RESCINDED]
ANNEX W   POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X   UNDER SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES," 07
MAY 2021.
ANNEX Y   UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND
ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z   [RESCINDED]
ANNEX AA   [RESCINDED]
ANNEX BB   [RESCINDED]
ANNEX CC   CDC GUIDANCE FOR IMPLEMENTING COVID 19 PREVENTION
STRATEGIES, 27 JULY 2021.

## UNCLAS CUI

**UNCLAS CUI**

PAGE 6 OF 8

ANNEX DD   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1419,
"(J&J) JANSSEN COVID 19 VACCINE SHELF LIFE EXTENSION," 28 JULY 2021.
ANNEX EE   COVID 19 VACCINATION REQUIREMENT REPORT.
ANNEX FF   SECRETARY OF DEFENSE MEMORANDUM, "MANDATORY CORONAVIRUS
DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS",
24 AUGUST 2021.
ANNEX GG   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1463,
"PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21  1425,
"UPDATED COVID 19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.
ANNEX II   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1454,
"ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,"
13 AUGUST 2021.
ANNEX JJ   ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS)
MEMORANDUM, "MANDATORY VACCINATION OF SERVICE MEMBERS USING THE
PFIZER BIONTECH COVID 19 AND COMIRNATY COVID 19 VACCINES," 14
SEPTEMBER 2021.
ANNEX KK   DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR
CERTIFICATION OF VACCINATION," OCTOBER 2021.
ANNEX LL   VACCINE INFORMATION FACT SHEET.
ANNEX MM   [RESCINDED]
ANNEX NN   SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO   SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP   EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING
VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ   EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR   ABBOTT BINAXNOW COVID 19 AG CARD PRODUCT EXPIRY UPDATE,
MAY 2021.
ANNEX SS   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
PFIZER BIONTECH/COMIRNATY COVID 19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID 19 VACCINE, MRNA) AND
PFIZER BIONTECH COVID 19 VACCINE TO PREVENT
CORONAVIRUS DISEASE 2019 (COVID 19), 27 SEPTEMBER 2021.
ANNEX XX   REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY   COVID 19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ   PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA   REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID 19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB   ARMY DIRECTIVE 2021 33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC   SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD   SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED
10 NOVEMBER 2021.
ANNEX EEE   [RESCINDED]
ANNEX FFF   OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER

**UNCLAS CUI**

A033

# UNCLAS CUI

2021.
ANNEX GGG   [RESCINDED]
ANNEX HHH   DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
ANNEX III   ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS
MEMORANDUM, "UPDATED GUIDANCE ON CO ADMINISTRATION OF CORONAVIRUS
DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ   UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND
BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK   [RESCINDED].
ANNEX LLL   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1613,
"DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM   DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE,
"COVERAGE FOR INJURIES RESULTING FROM THE COVID 19 VACCINATION
MANDATE FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)
  REVISION 2   DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE
2019 VACCINATION
ATTESTATION, SCREENING TESTING, AND VACCINATION VERIFICATION," 8
NOVEMBER 2021.
ANNEX OOO   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (#
2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID 19
VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE NOTIFICATION, MANDATORY COVID 19 VACCINATION FOR FEDERAL
EMPLOYEES."
ANNEX PPP   DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO
THE COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ   DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE
COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR   OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER
AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR
NON USMEPCOM ACCESSIONS," 22 OCTOBER 2021.
ANNEX SSS   DEFENSE LOGISTICS AGENCY, "COVID 19 HOME TEST KITS
ORDERING PROCEDURES," 19 NOVEMBER 2021.
ANNEX TTT   MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF
UNVACCINATED PERSONNEL."
ANNEX UUU   ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR
EMPLOYEE PURCHASED COVID 19 SELF TESTS."
ANNEX VVV   SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR
UNVACCINATED INDIVIDUALS.
ANNEX WWW   PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF
TRAVEL FOR UNVACCINATED INDIVIDUALS   VERSION 2.
ANNEX XXX   SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS.
ANNEX YYY   SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO
CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ   SOLDIER COVID 19 VACCINATION REFUSALS, GOMORS, AND RELIEF
FROM DUTY REPORT.
ANNEX AAAA   SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE
2019 VACCINATION FOR MEMBERS OF THE NATIONAL GUARD AND THE READY
RESERVE," 30 NOVEMBER 2021.
ANNEX BBBB   COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.
ANNEX CCCC   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
ACKNOWLEDGEMENT OF RECEIPT OF
REQUEST FOR EXEMPTION FROM THE COVID 19 VACCINATION REQUIREMENT (NAME
OF EMPLOYEE)."
ANNEX DDDD   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

# UNCLAS CUI

**UNCLAS CUI**

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE ORDER, MANDATORY
CORONAVIRUS 19(COVID 19) TESTING."
ANNEX EEEE   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
COUNSELING AND EDUCATION
PERIOD NOTIFICATION, MANDATORY COVID 19 VACCINATION FOR FEDERAL
EMPLOYEES."
ANNEX FFFF   [RESCINDED]
ANNEX GGGG   [RESCINDED]
ANNEX HHHH   ARMY COVID 19 VACCINATION EXEMPTION REPORT.
ANNEX IIII   USMA CADET COVID 19 VACCINATION STATUS REPORT.
ANNEX JJJJ   IMPACT ASSESSMENT INSTRUCTIONS FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX KKKK   IMPACT ASSESSMENT TEMPLATE FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX LLLL   [RESCINDED]
ANNEX MMMM   SECRETARY OF THE ARMY DIRECTIVE 2022 02 (PERSONNEL
ACTIONS FOR ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER AND ACCESSION REQUIREMENTS FOR UNVACCINATED INDIVIDUALS), 31
JANUARY 2022.
ANNEX NNNN   ALARACT 009/2022, "EXECUTION GUIDANCE FOR ACCESSIONS AND
ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION ORDER," 2
FEBRUARY 2022.
ANNEX OOOO   [RESCINDED]
ANNEX PPPP   UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)
MEMORANDUM, "GUIDANCE ON ELIGIBILITY FOR A CORONAVIRUS DISEASE 2019
VACCINE BOOSTER DOSE," 17 DECEMBER 2021.
ANNEX QQQQ   [RESCINDED]
ANNEX RRRR   [RESCINDED]
ANNEX SSSS   SOLDIER COVID 19 ADMINISTRATIVE ACTION QUICK REFERENCE
CARD.
ANNEX TTTT   DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON)
IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.
ANNEX UUUU   DELEGATION OF AUTHORITY FOR CONSOLIDATED DEPARTMENT OF
DEFENSE CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTIONS GUIDANCE,
25 MAY 2022.
ANNEX VVVV   [RESCINDED]
ANNEX WWWW   ASD(HA) MANDATORY VACCINATION USING THE MODERNA AND
SPIKEVAX COVID 19 VACCINES, 03 MAY 22.
ANNEX XXXX   CLARIFICATION OF THE SECRETARY OF DEFENSE MEMORANDUM ON
THE CORONAVIRUS DISEASE 2019 VACCINATION FOR MEMBERS OF THE NATIONAL
GUARD AND THE READY RESERVE, 07 JUNE 2022.
ANNEX YYYY  INFORMATION REGARDING AVAILABLE COVID 19 VACCINE OPTIONS.
ANNEX ZZZZ  UNVACCINATED SOLDIERS INTENDING TO RECEIVE THE NOVAVAX
VACCINE REPORT.
ANNEX AAAAA  INFORMATION PAPER ON THE NOVAVAX COVID 19 VACCINE FOR
MEDICAL PROVIDERS.
ANNEX BBBBB   MMQC 22 1365 NOVAVAX.
ANNEX CCCCC   COVID 19 VACCINATION OPTIONS FLYER.
ANNEX DDDDD   CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE
2019 FORCE HEALTH PROTECTION GUIDANCE   REVISION 3.
ANNEX EEEEE   ENCL 1 FINAL LITIGATION HOLD ORDER REMINDER.
ANNEX FFFFF   COVID LITIGATION HOLD UPDATE.
ANNEX GGGGG   MMQC 22 1463 BIVALENT BOOSTERS.
ANNEX HHHHH   IP BIVALENT VACCINE BOOSTERS.
ANNEX IIIII   UNDER SECRETARY OF THE ARMY UPDATED GUIDANCE ON
OFFICIAL TRAVEL DATED, 17 OCT 2022.
ANNEX JJJJJ   UPDATED GUIDANCE ON OFFICIAL TRAVEL MATRIX.
ANNEX KKKKK   SAMPLE DA FORM 4856 FOR TRANSFERRED RAR.

**UNCLAS CUI**

**UNCLAS CUI**

# HQDA EXORD 225-21 (FRAGO 36) COVID-19 STEADY STATE OPERATIONS

**Originator:** DA WASH NGTON DC

**DTG:** 052256Z Ja  23

**Prec:** P io ity

**To:** ARL NGTON NAT ONAL CEMETERY ARL NGTON VA, ARNG NGB COMOPS ARL NGTON VA, ARNG NGB J3 JOC WASH NGTON DC, ARNGRC ARL NGTON VA, ARNGRC WATCH ARL NGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUST N TX, CDR ATEC ABERDEEN PROV NG GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASK NG D V FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFF CER FT BRAGG NC, CDR MDW J3 FT MCNA R DC, CDR MDW JFHQ NCR FT MCNA R DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUST S VA, CDR TRADOC DCS G 3 5 7 OPNS CTR FT EUST S VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFF CER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDR NSCOM FT BELVO R VA, CDR NSCOM OC FT BELVO R VA, CDRMDW WASH NGTON DC, CDRUSACE WASH NGTON DC, CDRUSACYBER FT BELVO R VA, CDRUSACYBER G3 FT BELVO R VA, CDRUSACYBER G33 FT BELVO R VA, CDRUSAE GHT G3 CUROPS SEOUL KOR, CDRUSAE GHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSACYBER WATCH OFF CER FT BELVO R VA, CDRUSARPAC CG FT SHAFTER H , CDRUSARPAC FT SHAFTER H , COMDT USAW C CARL SLE BARRACKS PA, HQ  MCOM FT SAM HOUSTON TX, HQ  NSCOM  OC FT BELVO R VA, HQ SDDC CMD GROUP SCOTT AFB  L, HQ SDDC OPS MSG CNTR SCOTT AFB  L, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASH NGTON DC, HQDA CSA WASH NGTON DC, HQDA EXEC OFF CE WASH NGTON DC, HQDA  MCOM OPS D V WASH NGTON DC, HQDA SEC ARMY WASH NGTON DC, HQDA SECRETAR AT WASH NGTON DC, HQDA SURG GEN WASH NGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASH NGTON DC, SMDC ARSTRAT CG ARL NGTON VA, SMDC ARSTRAT G3 ARL NGTON VA, SUPER NTENDENT USMA W EST PO NT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERAT ONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER H , CDR USAREUR AF W  ESBADEN GE, CDR SETAF AF V CENZA  T

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASH NGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASH NGTON DC, HQDA AOC G3 DAMO OD D R OPS READ AND MOB WASH NGTON DC

```
CUI//
CONTROLLED BY: HQDA DCS, G 3/5/7
CONTROLLED BY: DAMO OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC DANIEL D. HEFFNER 703 692 2804

SUBJECT: (CUI) FRAGO 36 HQDA EXORD 225 21 COVID 19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/TTT// NO CHANGE.
REF//UUU/ (U) [ADD] FRAGO 35 TO HQDA EXORD 225 21 COVID 19 STEADY
STATE OPERATIONS, DTG 300101Z DEC 22//

1. (U) SITUATION. NO CHANGE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION.

3.B.1. THROUGH 3.B.8. NO CHANGE.
```

**UNCLAS CUI**

**A036**

# UNCLAS CUI

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU). NO
CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.28.C. NO CHANGE.

3.D.29. (CUI) [RESCIND]

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (CUI) SIGNAL.

5.B.1. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 POINTS OF
CONTACT (POC). HQDA COVID 19 OPT AT
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.COVID OPT@ARMY.MIL.

5.B.1.A. (CUI) G 1 POC IS USARMY.PENTAGON.HQDA.MBX.PCCIMA04@ARMY.MIL,
(703) 697 4246.

5.B.1.B. (CUI) G 2 POC IS MR. MATTHEW ROGERS,
MATTHEW.D.RODGERS5.CIV@ARMY.MIL, (703) 695 1394.

5.B.1.C. (CUI) G 4 POCS ARE LTC RAY JAKLITSCH JR. (MEDLOG TF),
RAYMOND.F.JAKLITSCH2.MIL@ARMY.MIL, (703) 693 6704 OR ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614 2159.

5.B.1.D. (CUI) LABORATORY RESPONSE NETWORK POC IS COL MICHAEL
BUKOVITZ, RHC E LABORATORY CONSULTANT,
MICHAEL.A.BUKOVITZ.MIL@HEALTH.MIL, (314) 590 8178.

5.B.1.E. (CUI) USAMEDCOM PUBLIC HEALTH POCS IS COL RICK CHAVEZ,
RODRIGO.CHAVEZ5.MIL@HEALTH.MIL, (703) 681 3017 OR COL
BENJAMIN PALMER, BENJAMIN.N.PALMER.MIL@HEALTH.MIL, (703) 681 2424.

5.B.1.F. (CUI) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,
STEVEN.B.CERSOVSKY.CIV@HEALTH.MIL, (410) 436 4311.

5.B.1.G. (CUI) ARMY PUBLIC AFFAIRS POC IS MR. BRYCE DUBEE,
BRYCE.S.DUBEE.CIV@ARMY.MIL, (703) 545 7469.

5.B.1.H. (CUI) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ MICHAEL
PETRUSIC, MICHAEL.PETRUSIC.MIL@ARMY.MIL, (703) 614 4281.

5.B.1.I. (CUI) ARMY NATIONAL GUARD POC IS LTC MATTHEW PAQUIN,
MATTHEW.R.PAQUIN.MIL@ARMY.MIL, (703) 607 5581.

5.B.1.J. (CUI) UNITED STATES ARMY RESERVE POCS MAJ CHARLES VINEY,
CHARLES.P.VINEY.MIL@ARMY.MIL, (703) 806 7790 OR LTC ROBERT KURTTS,
ROBERT.L.KURTTS.MIL@ARMY.MIL, (703) 614 5271.

5.B.1.K. (CUI) OFFICE OF THE SURGEON GENERAL POC IS COL KEVIN
MAHONEY, KEVIN.J.MAHONEY.MIL@HEALTH.MIL, (703) 681 4655.

5.B.1.L. (CUI) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT

# UNCLAS CUI

# UNCLAS CUI

PAGE 3 OF 7

AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL,
(703) 614 1680.

5.B.1.M. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY CIVILIAN PERSONNEL
(DASA CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL,
(703) 344 8047.

5.B.1.N. (CUI) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE
ASSISTANT TO THE SECRETARY OF THE ARMY POC:
USARMY.BELVOIR.HQDA OAA.MBX.ARMY HQDA CONFERENCES INBOX@ARMY.MIL.

5.B.1.O. (CUI) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION,
LOGISTICS AND TECHNOLOGY) POC IS COL JONATHAN ALLEN,
JONATHAN.E.ALLEN10.MIL@ARMY.MIL, (703) 614 3177.

5.B.1.P. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY MILITARY PERSONNEL
(DASA MP) POC IS COL JON A. CLAUSEN, JON.A.CLAUSEN.MIL@ARMY.MIL,
(703) 697 4665, AND MS. FRANCES
RIVERA, FRANCES.A.RIVERA2.CIV@ARMY.MIL, (703) 693 1909.

5.B.1.Q. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.R. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGESCORONAVIRUS%20(COVID 19).ASPX

SIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONPAGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.DOMS OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.AOC DOMS TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS FORMALLY RESCINDED OR SUPERSEDED.

ATTACHMENTS:
ANNEX A   [RESCINDED]
ANNEX B   [RESCINDED]
ANNEX C   COVID 19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D   HQDA COVID 19 POSITIVE CASE AND ROM TRACKER.
ANNEX E   [RESCINDED]
ANNEX F   [RESCINDED]
ANNEX G   [RESCINDED]
ANNEX H   [RESCINDED]
ANNEX I   [RESCINDED]
ANNEX J   IMPLEMENTATION OF REQUIRED COVID 19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K   TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.

# UNCLAS CUI

**UNCLAS CUI**

PAGE 4 OF 7

ANNEX L   DOD COVID TASK FORCE, COVID 19 TESTING PROTOCOLS, 08 MARCH 2021.
ANNEX M   CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N   DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY 2021.
ANNEX O   [RESCINDED]
ANNEX P   DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q   UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS," 31 DECEMBER 2020.

ANNEX R   SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS," 03 JUNE 2021.
ANNEX S   [RESCINDED]
ANNEX T   [RESCINDED]
ANNEX U   SECRETARY OF ARMY MEMORANDUM, "USE OF MASKS AND DELEGATION OF AUTHORITY TO GRANT EXCEPTIONS," 24 FEBRUARY 2021.
ANNEX V   [RESCINDED]
ANNEX W   POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X   UNDER SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES," 07 MAY 2021.
ANNEX Y   UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z   [RESCINDED]
ANNEX AA   [RESCINDED]
ANNEX BB   [RESCINDED]
ANNEX CC   CDC GUIDANCE FOR IMPLEMENTING COVID 19 PREVENTION STRATEGIES, 27 JULY 2021.
ANNEX DD   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1419, "(J&J) JANSSEN COVID 19 VACCINE SHELF LIFE EXTENSION," 28 JULY 2021.
ANNEX EE   COVID 19 VACCINATION REQUIREMENT REPORT.
ANNEX FF   SECRETARY OF DEFENSE MEMORANDUM, "MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS", 24 AUGUST 2021.
ANNEX GG   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1463, "PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21  1425, "UPDATED COVID 19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.
ANNEX II   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1454, "ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS," 13 AUGUST 2021.
ANNEX JJ   ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS) MEMORANDUM, "MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER BIONTECH COVID 19 AND COMIRNATY COVID 19 VACCINES," 14 SEPTEMBER 2021.
ANNEX KK   DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR CERTIFICATION OF VACCINATION," OCTOBER 2021.
ANNEX LL   VACCINE INFORMATION FACT SHEET.
ANNEX MM   [RESCINDED]
ANNEX NN   SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO   SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP   EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ   EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING

**UNCLAS CUI**

**UNCLAS CUI**

ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR   ABBOTT BINAXNOW COVID 19 AG CARD PRODUCT EXPIRY UPDATE,
MAY 2021.
ANNEX SS   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
PFIZER BIONTECH/COMIRNATY COVID 19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID 19 VACCINE, MRNA) AND
PFIZER BIONTECH COVID 19 VACCINE TO PREVENT
CORONAVIRUS DISEASE 2019 (COVID 19), 27 SEPTEMBER 2021.
ANNEX XX   REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY   COVID 19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ   PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA   REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID 19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB   ARMY DIRECTIVE 2021 33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC   SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD   SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED
10 NOVEMBER 2021.
ANNEX EEE   [RESCINDED]
ANNEX FFF   OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
ANNEX GGG   [RESCINDED]
ANNEX HHH   DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
ANNEX III   ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS
MEMORANDUM, "UPDATED GUIDANCE ON CO ADMINISTRATION OF CORONAVIRUS
DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ   UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND
BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK   [RESCINDED].
ANNEX LLL   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1613,
"DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM   DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE,
"COVERAGE FOR INJURIES RESULTING FROM THE COVID 19 VACCINATION
MANDATE FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)
  REVISION 2   DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE
2019 VACCINATION ATTESTATION,
SCREENING TESTING, AND VACCINATION VERIFICATION," 8 NOVEMBER 2021.
ANNEX OOO   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (#
2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID 19
VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE NOTIFICATION, MANDATORY COVID 19 VACCINATION FOR FEDERAL

**UNCLAS CUI**

## UNCLAS CUI

EMPLOYEES."
ANNEX PPP   DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO
THE COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ   DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE
COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR   OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER
AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR
NON USMEPCOM ACCESSIONS," 22 OCTOBER 2021.
ANNEX SSS   DEFENSE LOGISTICS AGENCY, "COVID 19 HOME TEST KITS
ORDERING PROCEDURES," 19 NOVEMBER 2021.
ANNEX TTT   MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF
UNVACCINATED PERSONNEL."
ANNEX UUU   ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR
EMPLOYEE PURCHASED COVID 19 SELF TESTS."
ANNEX VVV   SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR
UNVACCINATED INDIVIDUALS.
ANNEX WWW   PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF
TRAVEL FOR UNVACCINATED INDIVIDUALS   VERSION 2.
ANNEX XXX   SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS.
ANNEX YYY   SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO
CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ   SOLDIER COVID 19 VACCINATION REFUSALS, GOMORS, AND RELIEF
FROM DUTY REPORT.
ANNEX AAAA   SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE
2019 VACCINATION FOR MEMBERS OF THE NATIONAL GUARD AND THE READY
RESERVE," 30 NOVEMBER 2021.
ANNEX BBBB   COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.
ANNEX CCCC   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
ACKNOWLEDGEMENT OF RECEIPT OF
REQUEST FOR EXEMPTION FROM THE COVID 19 VACCINATION REQUIREMENT (NAME
OF EMPLOYEE)."
ANNEX DDDD   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE ORDER, MANDATORY
CORONAVIRUS 19(COVID 19) TESTING."
ANNEX EEEE   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
COUNSELING AND EDUCATION PERIOD
NOTIFICATION, MANDATORY COVID 19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX FFFF   [RESCINDED]
ANNEX GGGG   [RESCINDED]
ANNEX HHHH   ARMY COVID 19 VACCINATION EXEMPTION REPORT.
ANNEX IIII   USMA CADET COVID 19 VACCINATION STATUS REPORT.
ANNEX JJJJ   IMPACT ASSESSMENT INSTRUCTIONS FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX KKKK   IMPACT ASSESSMENT TEMPLATE FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX LLLL   [RESCINDED]
ANNEX MMMM   SECRETARY OF THE ARMY DIRECTIVE 2022 02 (PERSONNEL
ACTIONS FOR ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER AND ACCESSION REQUIREMENTS FOR UNVACCINATED INDIVIDUALS), 31
JANUARY 2022.
ANNEX NNNN   ALARACT 009/2022, "EXECUTION GUIDANCE FOR ACCESSIONS AND
ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION ORDER," 2
FEBRUARY 2022.
ANNEX OOOO   [RESCINDED]
ANNEX PPPP   UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)

## UNCLAS CUI

# UNCLAS CUI

MEMORANDUM, "GUIDANCE ON ELIGIBILITY FOR A CORONAVIRUS DISEASE 2019
VACCINE BOOSTER DOSE," 17 DECEMBER 2021.
ANNEX QQQQ   [RESCINDED]
ANNEX RRRR   [RESCINDED]
ANNEX SSSS   SOLDIER COVID 19 ADMINISTRATIVE ACTION QUICK REFERENCE
CARD.
ANNEX TTTT   DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON)
IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.
ANNEX UUUU   DELEGATION OF AUTHORITY FOR CONSOLIDATED DEPARTMENT OF
DEFENSE CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTIONS GUIDANCE,
25 MAY 2022.
ANNEX VVVV   [RESCINDED]
ANNEX WWWW   ASD(HA) MANDATORY VACCINATION USING THE MODERNA AND
SPIKEVAX COVID 19 VACCINES, 03 MAY 22.
ANNEX XXXX   CLARIFICATION OF THE SECRETARY OF DEFENSE MEMORANDUM ON
THE CORONAVIRUS DISEASE 2019 VACCINATION FOR MEMBERS OF THE NATIONAL
GUARD AND THE READY RESERVE, 07 JUNE 2022.
ANNEX YYYY   INFORMATION REGARDING AVAILABLE COVID 19 VACCINE OPTIONS.
ANNEX ZZZZ   UNVACCINATED SOLDIERS INTENDING TO RECEIVE THE NOVAVAX
VACCINE REPORT.
ANNEX AAAAA   INFORMATION PAPER ON THE NOVAVAX COVID 19 VACCINE FOR
MEDICAL PROVIDERS.
ANNEX BBBBB   MMQC 22 1365 NOVAVAX.
ANNEX CCCCC   COVID 19 VACCINATION OPTIONS FLYER.
ANNEX DDDDD   CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE
2019 FORCE HEALTH PROTECTION GUIDANCE   REVISION 3.
ANNEX EEEEE   ENCL 1 FINAL LITIGATION HOLD ORDER REMINDER.
ANNEX FFFFF   COVID LITIGATION HOLD UPDATE.
ANNEX GGGGG   MMQC 22 1463 BIVALENT BOOSTERS.
ANNEX HHHHH   IP BIVALENT VACCINE BOOSTERS.
ANNEX IIIII   UNDER SECRETARY OF THE ARMY UPDATED GUIDANCE ON
OFFICIAL TRAVEL DATED, 17 OCT 2022.
ANNEX JJJJJ   UPDATED GUIDANCE ON OFFICIAL TRAVEL MATRIX.
ANNEX KKKKK   SAMPLE DA FORM 4856 FOR TRANSFERRED RAR.

# UNCLAS CUI



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

**JAN 10 2023**

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                            COMMANDERS OF THE COMBATANT COMMANDS
                            DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:  Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019
                  Vaccination Requirements for Members of the Armed Forces

        I am deeply proud of the Department's work to combat the coronavirus disease 2019
(COVID-19).  Through your leadership, we have improved the health of our Service members
and the readiness of the Force, and we have provided life-saving assistance to the American
people and surged support to local health care systems and agencies at all levels of government.
The Department has helped ensure the vaccination of many Americans, while simultaneously
providing critical and timely acquisition support for life-saving therapeutics, tests, and treatments
for COVID-19.  We have demonstrated the ability to support and defend the Nation under the
most trying of circumstances.

        The Department will continue to promote and encourage COVID-19 vaccination for all
Service members.  The Department has made COVID-19 vaccination as easy and convenient as
possible, resulting in vaccines administered to over two million Service members and 96 percent
of the Force — Active and Reserve — being fully vaccinated.  Vaccination enhances operational
readiness and protects the Force.  All commanders have the responsibility and authority to
preserve the Department's compelling interests in mission accomplishment.  This responsibility
and authority includes the ability to maintain military readiness, unit cohesion, good order and
discipline, and the health and safety of a resilient Joint Force.

        On December 23, 2022 the James M. Inhofe National Defense Authorization Act
(NDAA) for Fiscal Year (FY) 2023 was enacted.  Section 525 of the NDAA for FY 2023
requires me to rescind the mandate that members of the Armed Forces be vaccinated against
COVID-19, issued in my August 24, 2021 memorandum, "Mandatory Coronavirus Disease 2019
Vaccination of Department of Defense Service Members."  I hereby rescind that memorandum.
I also hereby rescind my November 30, 2021 memorandum, "Coronavirus Disease 2019
Vaccination for Members of the National Guard and the Ready Reserve."

        No individuals currently serving in the Armed Forces shall be separated solely on the
basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on
religious, administrative, or medical grounds.  The Military Departments will update the records
of such individuals to remove any adverse actions solely associated with denials of such
requests, including letters of reprimand.  The Secretaries of the Military Departments will further
cease any ongoing reviews of current Service member religious, administrative, or medical
accommodation requests solely for exemption from the COVID-19 vaccine or appeals of denials
of such requests.

Religious liberty is a foundational principle of enduring importance in America, enshrined in our Constitution and other sources of Federal law. Service members have the right to observe the tenets of their religion or to observe no religion at all, as provided in applicable Federal law and Departmental policy. Components shall continue to apply the uniform standards set forth in DoD Instruction 1300.17, "Religious Liberty in the Military Services."

Other standing Departmental policies, procedures, and processes regarding immunizations remain in effect. These include the ability of commanders to consider, as appropriate, the individual immunization status of personnel in making deployment, assignment, and other operational decisions, including when vaccination is required for travel to, or entry into, a foreign nation.

For Service members administratively discharged on the sole basis that the Service member failed to obey a lawful order to receive a vaccine for COVID-19, the Department is precluded by law from awarding any characterization less than a general (under honorable conditions) discharge. Former Service members may petition their Military Department's Discharge Review Boards and Boards for Correction of Military or Naval Records to individually request a correction to their personnel records, including records regarding the characterization of their discharge.

The Under Secretary of Defense for Personnel and Readiness shall issue additional guidance to ensure uniform implementation of this memorandum, as appropriate.

The Department's COVID-19 vaccination efforts will leave a lasting legacy in the many lives we saved, the world-class Force we have been able to field, and the high level of readiness we have maintained, amidst difficult public health conditions. Our efforts were possible due, first and foremost, to the strength and dedication of our people. I remain profoundly greatful to the men and women of the Department of Defense for their efforts to protect our Force, the Department of Defense community, and to aid the American people.

2

## UNCLAS CUI

# HQDA EXORD 225-21 (FRAGO 37) COVID-19 STEADY STATE OPERATIONS

| | |
|---|---|
| **Originator:** | DA WASH NGTON DC//AOC |
| **Office:** | AOC |
| **DTG:** | 112341Z Ja  23 |
| **Prec:** | P io ity |
| **To:** | ARL NGTON NAT ONAL CEMETERY ARL NGTON VA, ARNG NGB COMOPS ARL NGTON VA, ARNG NGB J3 JOC WASH NGTON DC, ARNGRC ARL NGTON VA, ARNGRC WATCH ARL NGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUST N TX, CDR ATEC ABERDEEN PROV NG GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASK NG D V FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFF CER FT BRAGG NC, CDR MDW J3 FT MCNA R DC, CDR MDW JFHQ NCR FT MCNA R DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUST S VA, CDR TRADOC DCS G 3 5 7 OPNS CTR FT EUST S VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFF CER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDR NSCOM FT BELVO R VA, CDR NSCOM OC FT BELVO R VA, CDRMDW WASH NGTON DC, CDRUSACE WASH NGTON DC, CDRUSACYBER FT BELVO R VA, CDRUSACYBER G3 FT BELVO R VA, CDRUSACYBER G33 FT BELVO R VA, CDRUSAE GHT G3 CUROPS SEOUL KOR, CDRUSAE GHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFF CER FT BELVO R VA, CDRUSARPAC CG FT SHAFTER H , CDRUSARPAC FT SHAFTER H , COMDT USAWC CARL SLE BARRACKS PA, HQ  MCOM FT SAM HOUSTON TX, HQ  NSCOM  OC FT BELVO R VA, HQ SDDC CMD GROUP SCOTT AFB  L, HQ SDDC OPS MSG CNTR SCOTT AFB  L, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASH NGTON DC, HQDA CSA WASH NGTON DC, HQDA EXEC OFF CE WASH NGTON DC, HQDA  MCOM OPS D V WASH NGTON DC, HQDA SEC ARMY WASH NGTON DC, HQDA SECRETAR AT WASH NGTON DC, HQDA SURG GEN WASH NGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASH NGTON DC, SMDC ARSTRAT CG ARL NGTON VA, SMDC ARSTRAT G3 ARL NGTON VA, SUPER NTENDENT USMA WEST PO NT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERAT ONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER H , CDR USAREUR AF W ESBADEN GE, CDR SETAF AF V CENZA  T |
| **CC:** | HQDA AOC DAMO ODO OPS AND CONT PLANS WASH NGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASH NGTON DC, HQDA AOC G3 DAMO OD D R OPS READ AND MOB WASH NGTON DC |
| **Attachments:** | ANNEX LLLLL  Sec  eta y of Defe  se Me   o COV D Vax Ma   date Rescissio   10 JAN 2023 (003) pdf |

CUI//
CONTROLLED BY: HQDA DCS, G 3/5/7
CONTROLLED BY: DAMO OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC DANIEL D. HEFFNER 703 692 2804

SUBJECT: (CUI) FRAGO 37 HQDA EXORD 225 21 COVID 19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/TTT// NO CHANGE.
REF//VVV/ (U) [ADD] FRAGO 36 TO HQDA EXORD 225 21 COVID 19 STEADY
STATE OPERATIONS, DTG 052256Z JAN 23//

1. (U) SITUATION.

1.A. THROUGH 1.F. (U) NO CHANGE.

1.G. [RESCIND]

1.H. THROUGH 1.R. (U) NO CHANGE.

1.S. (U) [ADD] THE SECRETARY OF DEFENSE MEMORANDUM, "RESCISSION OF
AUGUST 24, 2021 AND NOVEMBER 30, 2021 CORONAVIRUS DISEASE 2019

## UNCLAS CUI

# UNCLAS CUI

VACCINATION REQUIREMENTS FOR MEMBERS OF THE ARMED FORCES", 10 JAN
2023
(ANNEX LLLLL) RESCINDS ANNEX FF ("MANDATORY CORONAVIRUS DISEASE 2019
VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS") AND ANNEX AAAA

("CORONAVIRUS DISEASE 2019 VACCINATION FOR MEMBERS OF THE NATIONAL
GUARD AND THE READY RESERVE").

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION.

3.B.1. THROUGH 3.B.2. (U) NO CHANGE.

3.B.3. THROUGH 3.B.3.A.1. [RESCIND]

3.B.3.B. THROUGH 3.B.8. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU).

3.C.1.A. THROUGH 3.C.1.L. (U) NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (USARNG).

3.C.2.A. THROUGH 3.C.2.E. NO CHANGE.

3.C.2.F. [RESCIND]

3.C.2.G. THROUGH 3.C.2.Q.1. (U) NO CHANGE.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL UNITED

STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.D. (U) NO CHANGE.

3.C.3.E. [RESCIND]

3.C.3.F. THROUGH 3.C.33.A.1. (U) NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.7.H. (U) NO CHANGE.

3.D.8. [RESCIND]

3.D.8.A. THROUGH 3.D.20. (U) NO CHANGE.

3.D.21. THROUGH 3.D.23. [RESCIND]

3.D.24. THROUGH 3.D.29. (U) NO CHANGE.

3.D.30. (CUI) [ADD] COMMANDS WILL IMMEDIATELY SUSPEND INITIATING OR
TAKING FINAL ACTION ON ADVERSE ADMINISTRATIVE ACTIONS BASED SOLELY ON

# UNCLAS CUI

## UNCLAS CUI

A SOLDIER S REFUSAL TO COMPLY WITH THE RESCINDED MANDATE. FURTHER
INSTRUCTIONS FOR THESE ACTIONS WILL BE PROVIDED IN A NEW
COMPREHENSIVE
COVID 19 EXORD TO BE PUBLISHED FOLLOWING RECEIPT OF IMPLEMENTING
GUIDANCE FROM THE DEPARTMENT OF DEFENSE.

3.D.31. (CUI) [ADD] IAW ANNEX LLLLL, THE DEPARTMENT OF THE ARMY WILL
CEASE ANY ONGOING REVIEWS OF CURRENT MEDICAL OR ADMINISTRATIVE
EXEMPTION REQUESTS (INCLUDING RELIGIOUS ACCOMMODATION REQUESTS)
SOLELY
FOR EXEMPTION FROM THE COVID 19 VACCINE. HQDA WILL PROVIDE FURTHER
DISPOSITION GUIDANCE; ACCORDINGLY, COMMANDS WILL NOT AT THIS TIME
INDEPENDENTLY CANCEL OR TERMINATE AT THEIR LEVEL ANY MEDICAL OR
ADMINISTRATIVE EXEMPTION REQUESTS (INCLUDING RELIGIOUS ACCOMMODATION
REQUESTS) THAT ARE CURRENTLY IN PROGRESS.
3.D.32. (CUI) [ADD] COMMANDS WILL CONTINUE TO COMPLY WITH THE
LITIGATION HOLD/RECORDS FREEZE REQUIREMENTS IN PARAGRAPHS 1.Q,
3.C.1.J
THROUGH 3.C.1.J.2, 3.C.2.P THROUGH 3.C.2.P.2, 3.C.3.O THROUGH
3.C.3.O.2, 3.C.30.A.9 THROUGH 3.C.30.A.9.B, 3.C.30.C.1, AND 3.D.27
THROUGH 3.D.27.J.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (CUI) SIGNAL.

5.B.1. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 POINTS OF
CONTACT (POC). HQDA COVID 19 OPT AT USARMY.PENTAGON.HQDA DCS G 3 5
7.MBX.COVID OPT@ARMY.MIL.

5.B.1.A. (CUI) G 1 POC IS USARMY.PENTAGON.HQDA.MBX.PCCIMA04@ARMY.MIL,

(703) 697 4246.

5.B.1.B. (CUI) G 2 POC IS MR. MATTHEW ROGERS,
MATTHEW.D.RODGERS5.CIV@ARMY.MIL, (703) 695 1394.

5.B.1.C. (CUI) G 4 POCS ARE LTC RAY JAKLITSCH JR. (MEDLOG TF),
RAYMOND.F.JAKLITSCH2.MIL@ARMY.MIL, (703) 693 6704 OR ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614 2159.

5.B.1.D. (CUI) LABORATORY RESPONSE NETWORK POC IS COL MICHAEL
BUKOVITZ, RHC E LABORATORY CONSULTANT,
MICHAEL.A.BUKOVITZ.MIL@HEALTH.MIL, (314) 590 8178.

5.B.1.E. (CUI) USAMEDCOM PUBLIC HEALTH POCS IS COL RICK CHAVEZ,
RODRIGO.CHAVEZ5.MIL@HEALTH.MIL, (703) 681 3017 OR COL
BENJAMIN PALMER, BENJAMIN.N.PALMER.MIL@HEALTH.MIL, (703) 681 2424.

5.B.1.F. (CUI) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,

STEVEN.B.CERSOVSKY.CIV@HEALTH.MIL, (410) 436 4311.

5.B.1.G. (CUI) ARMY PUBLIC AFFAIRS POC IS MR. BRYCE DUBEE,
BRYCE.S.DUBEE.CIV@ARMY.MIL, (703) 545 7469.

5.B.1.H. (CUI) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ MICHAEL
PETRUSIC, MICHAEL.PETRUSIC.MIL@ARMY.MIL, (703) 614 4281.

## UNCLAS CUI

# UNCLAS CUI

PAGE 4 OF 8

5.B.1.I. (CUI) ARMY NATIONAL GUARD POC IS LTC MATTHEW PAQUIN, MATTHEW.R.PAQUIN.MIL@ARMY.MIL, (703) 607 5581.

5.B.1.J. (CUI) UNITED STATES ARMY RESERVE POCS MAJ CHARLES VINEY, CHARLES.P.VINEY.MIL@ARMY.MIL, (703) 806 7790 OR LTC ROBERT KURTTS, ROBERT.L.KURTTS.MIL@ARMY.MIL, (703) 614 5271.

5.B.1.K. (CUI) OFFICE OF THE SURGEON GENERAL POC IS COL KEVIN MAHONEY, KEVIN.J.MAHONEY.MIL@HEALTH.MIL, (703) 681 4655.

5.B.1.L. (CUI) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614 1680.

5.B.1.M. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY CIVILIAN PERSONNEL (DASA CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL,

(703) 344 8047.

5.B.1.N. (CUI) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE

ASSISTANT TO THE SECRETARY OF THE ARMY POC: USARMY.BELVOIR.HQDA OAA.MBX.ARMY HQDA CONFERENCES INBOX@ARMY.MIL.

5.B.1.O. (CUI) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS AND TECHNOLOGY) POC IS COL JONATHAN ALLEN, JONATHAN.E.ALLEN10.MIL@ARMY.MIL, (703) 614 3177.

5.B.1.P. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY MILITARY PERSONNEL (DASA MP) POC IS COL JON A. CLAUSEN, JON.A.CLAUSEN.MIL@ARMY.MIL, (703) 697 4665, AND MS. FRANCES RIVERA, FRANCES.A.RIVERA2.CIV@ARMY.MIL, (703) 693 1909.

5.B.1.Q. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.R. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 CRISIS ACTION TEAM INFO:

NIPR PORTAL: HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES ORONAVIRUS%20(COVID 19).ASPX

SIPR PORTAL: HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP GE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB: USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.DOMS OPERATIONS@ARMY.MIL

DOMS SIPR OMB: USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.AOC DOMS TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026, UNLESS

# UNCLAS CUI

# UNCLAS CUI

FORMALLY RESCINDED OR SUPERSEDED.

ATTACHMENTS:
ANNEX A   [RESCINDED]
ANNEX B   [RESCINDED]
ANNEX C   COVID 19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D   HQDA COVID 19 POSITIVE CASE AND ROM TRACKER.
ANNEX E   [RESCINDED]
ANNEX F   [RESCINDED]
ANNEX G   [RESCINDED]
ANNEX H   [RESCINDED]
ANNEX I   [RESCINDED]
ANNEX J   IMPLEMENTATION OF REQUIRED COVID 19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K   TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L   DOD COVID TASK FORCE, COVID 19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M   CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED
COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N   DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O   [RESCINDED]
ANNEX P   DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE
19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q   UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD
CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS," 31 DECEMBER 2020.

ANNEX R   SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE
LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS,"
03 JUNE 2021.
ANNEX S   [RESCINDED]
ANNEX T   [RESCINDED]
ANNEX U   SECRETARY OF ARMY MEMORANDUM, "USE OF MASKS AND DELEGATION
OF AUTHORITY TO GRANT EXCEPTIONS," 24 FEBRUARY 2021.
ANNEX V   [RESCINDED]
ANNEX W   POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X   UNDER SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES," 07
MAY
2021.
ANNEX Y   UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND
ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z   [RESCINDED]
ANNEX AA   [RESCINDED]
ANNEX BB   [RESCINDED]
ANNEX CC   CDC GUIDANCE FOR IMPLEMENTING COVID 19 PREVENTION
STRATEGIES, 27 JULY 2021.
ANNEX DD   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1419, "
(J&J) JANSSEN COVID 19 VACCINE SHELF LIFE EXTENSION," 28 JULY 2021.
ANNEX EE   COVID 19 VACCINATION REQUIREMENT REPORT.
ANNEX FF   [RESCIND]
ANNEX GG   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1463,
"PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21  1425,
"UPDATED COVID 19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.

# UNCLAS CUI

# UNCLAS CUI

ANNEX II   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1454,
"ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,"
13 AUGUST 2021.
ANNEX JJ   ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS)
MEMORANDUM,
"MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER BIONTECH
COVID 19 AND COMIRNATY COVID 19 VACCINES," 14 SEPTEMBER 2021.
ANNEX KK   DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR
CERTIFICATION OF VACCINATION," OCTOBER 2021.
ANNEX LL   VACCINE INFORMATION FACT SHEET.
ANNEX MM   [RESCINDED]
ANNEX NN   SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO   SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP   EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING
VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ   EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR   ABBOTT BINAXNOW COVID 19 AG CARD PRODUCT EXPIRY UPDATE,
MAY
2021.
ANNEX SS   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
PFIZER BIONTECH/COMIRNATY COVID 19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID 19 VACCINE, MRNA) AND PFIZER
BIONTECH COVID 19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID
19), 27 SEPTEMBER 2021.
ANNEX XX   REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY   COVID 19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ   PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA   REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID 19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB   ARMY DIRECTIVE 2021 33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC   SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD   SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED
10 NOVEMBER 2021.
ANNEX EEE   [RESCINDED]
ANNEX FFF   OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
ANNEX GGG   [RESCINDED]
ANNEX HHH   DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
ANNEX III   ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS
MEMORANDUM, "UPDATED GUIDANCE ON CO ADMINISTRATION OF CORONAVIRUS
DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ   UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND

# UNCLAS CUI

## UNCLAS CUI

BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK   [RESCINDED].
ANNEX LLL   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1613,
"DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM   DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE,
"COVERAGE FOR INJURIES RESULTING FROM THE COVID 19 VACCINATION
MANDATE
FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)

   REVISION 2   DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE

2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION
VERIFICATION," 8 NOVEMBER 2021.
ANNEX OOO   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (#
2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID 19
VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY
COVID 19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX PPP   DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO
THE COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ   DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE
COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR   OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER

AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR
NON USMEPCOM ACCESSIONS," 22 OCTOBER 2021.
ANNEX SSS   DEFENSE LOGISTICS AGENCY, "COVID 19 HOME TEST KITS
ORDERING PROCEDURES," 19 NOVEMBER 2021.
ANNEX TTT   MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF
UNVACCINATED PERSONNEL."
ANNEX UUU   ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR
EMPLOYEE PURCHASED COVID 19 SELF TESTS."
ANNEX VVV   SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR
UNVACCINATED INDIVIDUALS.
ANNEX WWW   PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF
TRAVEL FOR UNVACCINATED INDIVIDUALS   VERSION 2.
ANNEX XXX   SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS.
ANNEX YYY   SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO
CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ   SOLDIER COVID 19 VACCINATION REFUSALS, GOMORS, AND RELIEF

FROM DUTY REPORT.
ANNEX AAAA   [RESCIND]
ANNEX BBBB   COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.
ANNEX CCCC   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
ACKNOWLEDGEMENT OF RECEIPT OF REQUEST FOR EXEMPTION FROM THE COVID 19

VACCINATION REQUIREMENT (NAME OF EMPLOYEE)."
ANNEX DDDD   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE ORDER, MANDATORY CORONAVIRUS 19(COVID 19) TESTING."
ANNEX EEEE   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR

## UNCLAS CUI

# UNCLAS CUI

EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
COUNSELING AND EDUCATION PERIOD NOTIFICATION, MANDATORY COVID 19
VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX FFFF   [RESCINDED]
ANNEX GGGG   [RESCINDED]
ANNEX HHHH   ARMY COVID 19 VACCINATION EXEMPTION REPORT.
ANNEX IIII   USMA CADET COVID 19 VACCINATION STATUS REPORT.
ANNEX JJJJ   IMPACT ASSESSMENT INSTRUCTIONS FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX KKKK   IMPACT ASSESSMENT TEMPLATE FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX LLLL   [RESCINDED]
ANNEX MMMM   SECRETARY OF THE ARMY DIRECTIVE 2022 02 (PERSONNEL
ACTIONS FOR ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER AND ACCESSION REQUIREMENTS FOR UNVACCINATED INDIVIDUALS), 31
JANUARY 2022.
ANNEX NNNN   ALARACT 009/2022, "EXECUTION GUIDANCE FOR ACCESSIONS AND

ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION ORDER," 2
FEBRUARY 2022.
ANNEX OOOO   [RESCINDED]
ANNEX PPPP   UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)
MEMORANDUM, "GUIDANCE ON ELIGIBILITY FOR A CORONAVIRUS DISEASE 2019
VACCINE BOOSTER DOSE," 17 DECEMBER 2021.
ANNEX QQQQ   [RESCINDED]
ANNEX RRRR   [RESCINDED]
ANNEX SSSS   SOLDIER COVID 19 ADMINISTRATIVE ACTION QUICK REFERENCE
CARD.
ANNEX TTTT   DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON)
IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.
ANNEX UUUU   DELEGATION OF AUTHORITY FOR CONSOLIDATED DEPARTMENT OF
DEFENSE CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTIONS GUIDANCE,
25
MAY 2022.
ANNEX VVVV   [RESCINDED]
ANNEX WWWW   ASD(HA) MANDATORY VACCINATION USING THE MODERNA AND
SPIKEVAX COVID 19 VACCINES, 03 MAY 22.
ANNEX XXXX   [RESCIND]
ANNEX YYYY   INFORMATION REGARDING AVAILABLE COVID 19 VACCINE OPTIONS.
ANNEX ZZZZ   UNVACCINATED SOLDIERS INTENDING TO RECEIVE THE NOVAVAX
VACCINE REPORT.
ANNEX AAAAA   INFORMATION PAPER ON THE NOVAVAX COVID 19 VACCINE FOR
MEDICAL PROVIDERS.
ANNEX BBBBB   MMQC 22 1365 NOVAVAX.
ANNEX CCCCC   COVID 19 VACCINATION OPTIONS FLYER.
ANNEX DDDDD   CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE
2019 FORCE HEALTH PROTECTION GUIDANCE   REVISION 3.
ANNEX EEEEE   ENCL 1 FINAL LITIGATION HOLD ORDER REMINDER.
ANNEX FFFFF   COVID LITIGATION HOLD UPDATE.
ANNEX GGGGG   MMQC 22 1463 BIVALENT BOOSTERS.
ANNEX HHHHH   IP BIVALENT VACCINE BOOSTERS.
ANNEX IIIII   UNDER SECRETARY OF THE ARMY UPDATED GUIDANCE ON
OFFICIAL
TRAVEL DATED, 17 OCT 2022.
ANNEX JJJJJ   UPDATED GUIDANCE ON OFFICIAL TRAVEL MATRIX.
ANNEX KKKKK   SAMPLE DA FORM 4856 FOR TRANSFERRED RAR.
ANNEX LLLLL   [ADD] SECRETARY OF DEFENSE MEMO COVID VAX MANDATE
RESCISSION   10 JAN 2023.

# UNCLAS CUI



**UNDER SECRETARY OF DEFENSE**
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

**JAN 3 0 2023**

PERSONNEL AND
READINESS

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
     COMMANDERS OF THE COMBATANT COMMANDS
     DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:  Consolidated Department of Defense Coronavirus Disease 2019 Force Health
    Protection Guidance – Revision 4

   Effective immediately, the preamble, executive summary, and sections 1.3, 1.4, 2.1, 3.3,
4.1-4.4, 5.1-5.5, 5.9-5.10, 5.12, 6, 7.1-7.7, and 9 of the "Consolidated Department of Defense –
Coronavirus Disease 2019 Force Health Protection Guidance," (August 29, 2022 version) are
amended as attached.  The complete document with amendments is also available at
https://www.defense.gov/Spotlights/Coronavirus-DOD-Response/Latest-DOD-Guidance/.

   Where applicable, these changes end coronavirus disease 2019 (COVID-19) screening
testing based on vaccination status; end the requirement to ask about COVID-19 vaccination
status; update protocols for individuals exposed to someone with COVID-19; no longer require
workplace occupancy limits for each Health Protection Condition levels; and modify travel
guidance.

   Components should engage with unions to ensure any bargaining obligations pursuant to
chapter 71 of title 5, U.S. Code, are satisfied.  Additionally, DoD Components should review in-
place agreements and are encouraged to bring any conflicting provisions into compliance at the
earliest possible opportunity.

   Please direct any questions or comments to the following email address:
dha.ncr.ha-support.list.policy-hrpo-kmc-owners@health.mil.

            Gilbert R. Cisneros, Jr.

Attachment:
As stated

Attachment

1. *The preamble is amended as follows:*

This guidance issued by the Under Secretary of Defense for Personnel and Readiness (USD(P&R)) presents a uniform and consolidated DoD policy for the Department's response to the coronavirus disease 2019 (COVID-19) pandemic and serves as the DoD COVID-19 Workplace Safety Plan.[1]  Implementation of this guidance will comply with: **1) applicable court orders, Presidential directives, and Office of Management and Budget (OMB) and Safer Federal Workforce Task Force guidance; and 2)** applicable labor obligations to the extent such obligations do not hinder the DoD Components' ability to carry out their missions during this public health emergency.  Prior delegations and exceptions made pursuant to the rescinded references remain valid unless rescinded by the authorizing official.  Individual sections of this guidance will be updated as necessary by the USD(P&R).  **Commanders and supervisors may implement additional, more stringent requirements with respect to masking and physical distancing, as appropriate, to mitigate risk.**

* * *

Furthermore, this guidance consolidates, incorporates, and rescinds the following policy and guidance:

* * *

- **Assistant Secretary of Defense for Readiness Memorandum, "Continued Implementation of the Occupational Safety and Health Administration Emergency Temporary Standard for Healthcare during the Coronavirus Disease 2019 Pandemic," August 19, 2022.**

2. *The Executive Summary is amended as follows:*

The DoD is committed to providing safe working environments across the entire DoD enterprise, which consists of an approximately 2.9 million-person global workforce deployed or stationed in nearly 150 countries, including military Service members and their families, and DoD civilian and contractor personnel that work in a highly complex and large number of diverse and unique environments.  This force health protection (FHP) Guidance ("Guidance") was developed to protect the DoD workforce, **which consists of Service members, DoD civilian employees,** contractor personnel, other occupants, and visitors (collectively referred to as "personnel") before, during, and after our orderly and final return to the physical workplace ("final reentry").  The Guidance is intended to meet the direction of the President's EOs[2] and guidance from the Safer Federal Workforce Task Force ("Task Force") and ~~OMB~~**the Office of Management and Budget**,[3,4] and articulate steps the DoD has been and will be taking to halt the spread of COVID-19.  **To ensure consistent application throughout DoD, if the Eos and guidance change, DoD Components will wait for DoD to update this consolidated guidance before implementing any changes.**

* * *

**A054**

DoD has long recognized the threat posed by pandemics and disease outbreaks and has previously issued guidance, planning, and policy documents to prepare for and respond to such threats.  The DoD also recognizes that successfully managing the COVID-19 pandemic requires the flexibility to adapt to changing conditions (e.g., variants, and disease prevalence or virulence) and new information (e.g., evolving best health and safety practices).  **DoD continues to promote the importance of taking vaccines and boosters to protect our people against the adverse impacts of COVID-19.  The Department also recognizes that wearing high-quality masks, testing, and improved ventilation are other factors to reduce COVID-19 exposure risks.**

*3.  Section 1.3 is amended as follows:*

HPCON level determinations for COVID-19 are based on the CDC COVID-19 Community Levels reported by the CDC,[8] which include screening levels that make use of new case-rates and health and health care systems-related information.  HPCON Levels A, B, and C correspond directly to CDC COVID-19 Community Levels of low, medium, and high ~~community transmission~~, respectively.[9], [10]

* * *

**Footnotes:**

[8] An overview of the CDC COVID-19 Community Levels is available at: https://www.cdc.gov/coronavirus/2019-ncov/science/community-levels html.
[9] County Community Levels are available for U.S. States and territories is available at: https://www.cdc.gov/coronavirus/2019-ncov/science/community-levels.html.  Find community levels by "State or Territory" and then by "County or Metro Area."  Jurisdictions which are not counties, such as the District of Columbia, also are listed under "County or Metro Area."  The Pentagon is in Arlington County, Virginia.
[10] **The CDC COVID-19 Community Levels do not apply in healthcare settings, such as hospitals and retirement homes.  Instead, healthcare settings should continue to use community transmission rates and continue to follow CDC's infection prevention and control recommendations for healthcare settings, as long as they are more restrictive than FHP guidance.**

**Table 1 of section 1.3 is amended as follows:**

a.  In the second column under HPCON D, the fifth paragraph is amended as follows:

"Military Health System (MHS) health care capability and utilization (percent and trend): Degradation of MHS capabilities requiring Crisis Status operations; and >95 percent staffed bed occupancy; or >50 percent military medical treatment facility (MTF) staff in isolation or quarantine ~~or unvaccinated~~; or >60 percent staff absent who provide urgent or emergent care; and Local emergency departments on divert or inability of civilian health care to absorb excess MHS patients; or Clinical or appointment capability reduced >60 percent in key departments."

b.  In the third column under HPCON D:

**A055**

Item "a" is deleted and the remaining items re-lettered.

~~a.   Less than 25 percent of normal occupancy in the workplace, or the minimum required on site for essential operations that must be conducted in person.~~

A new "f" is added and the remaining items are re-lettered:_  "**f.  Schools operated by Department of Defense Education Activity (DoDEA) will operate remotely.**"

Footnote 12, associated with item h, is amended as follows: "[12]For information about masking ~~and screening testing~~ at the various HPCON levels, refer to sections ~~2.1 and~~ 5.3."

c.  In the third column under HPCON C, "a," "b," and "c" are deleted and the remaining items re-lettered:

~~a.  Less than 50 percent of normal occupancy in the workplace.~~
~~b.  Consider limiting visitor access to the installation for non-essential mission-related/operational activities.~~
~~c.  Limit social gatherings to less than 50 percent facility/room occupancy.~~

d.  In the third column under HPCON B:

Item "a" is deleted and the remaining items re-lettered:

~~a.  Less than 80 percent of normal occupancy in the workplace.~~

Item "b" is amended as follows:

**a.  Reduce potential workplace SARS-CoV-2 exposures through telework, remote work, flexible scheduling, and other methods, as appropriate.** ~~Permit liberal telework where possible, especially for individuals who self-identify as immunocompromised or being at high risk for severe disease.~~

A new "c" is added and the remaining item re-lettered:

**c.  Each installation and DoD facility will post signage at building entrances and in common areas of DoD owned and controlled facilities and post information on websites as appropriate encouraging individuals, regardless of vaccination status, to consider avoiding crowding, and physically distancing themselves from others in indoor common, areas, meeting rooms, and high-risk settings.**

f.  In the third column under HPCON A:

Item "a" is deleted and the remaining items re-lettered.

~~a. Less than 100 percent of normal occupancy in the workplace, with telework as appropriate.~~

Item "d" is amended as follows:

"**c.**  DoDEA schools will operate following CDC recommendations and guidelines specific to schools as implemented in operational procedures and guidance from the Director, DoDEA.[13]  ~~**Children are not required to mask.**~~ Any DoD guidance that is more stringent than CDC guidance must be followed."

Footnote added to "d":  **[13] https://www.dodea.edu/covid-operations.cfm.**

*4.  Section 1.4 is amended as follows:*

**1.4.  TELEWORK** ~~**WORKPLACE OCCUPANCY LEVELS WITHIN THE HPCON FRAMEWORK.**~~

~~**Workplace occupancy limits for each HPCON level are included as measures in Table 1.  The workplace occupancy levels in Table 1 are ceilings, not goals.  Reduced workplace occupancy may be achieved through telework, remote work, flexible scheduling, and other methods, as appropriate.**~~

At HPCON A or higher, **or when a DoD civilian employee is required to remain out of the workplace under section 5.5,** DoD Components are granted an exception to policy from Enclosure 3, Paragraph 3.j.(2) of Department of Defense Instruction 1035.01, "Telework Policy," and may allow DoD civilian employees to telework with a child or other person requiring care or supervision present at home.  **DoD civilian employees must still account for work and non-work hours during their tour of duty and take appropriate leave (paid or unpaid) to account for time spent away from normal work-related duties to care for a child or other person requiring care or supervision.**

~~**DoD Component heads have the authority to grant exemptions for workplace occupancy limits that are required for national security and the success of critical missions.  DoD Component heads, other than the Secretaries of the MILDEPs, may delegate this workplace occupancy limit authority in writing to a level no lower than a general/flag officer or Senior Executive Service (SES) member (or equivalent).  Secretaries of the MILDEPs may delegate workplace occupancy limit exemption authority in writing to a level no lower than an O-6 installation commander.  The DA&M has workplace occupancy limit exemption authority for all DoD Components located on the Pentagon Reservation and other facilities within the National Capital Region managed by Washington Headquarters Services.  This authority may be delegated at the discretion of the DA&M.  DLA has workplace occupancy limit exemption authority for four locations.[14]  When considering a workplace occupancy limit exemption, those with exemption authority must take into account the ability to maintain distance between personnel and other public health and workplace safety measures contained in this Guidance.**~~

~~**A record of all workplace occupancy limit exemptions will be retained by the exemption authority for the duration of the pandemic and until returning to HPCON 0 and provided for awareness to the public health office concerned and to the installation commander, if different from the exemption authority.  FHP measures and other**~~

**A057**

~~appropriate mitigation measures shall be used rigorously in all areas and especially in~~
~~areas for which an occupancy exemption has been grant.~~

~~[14] DLA Land & Maritime (Columbus, OH), DLA Distribution HQ (New Cumberland, PA), DLA Aviation~~
~~(Richmond, VA), and DLA Distribution (San Joaquin, CA).~~

*5.  Title of section 2 and section 2.1 are amended as follows:*

# SECTION 2:  VACCINATION ~~VERIFICATION AND MEASURES BASED ON VACCINATION STATUS~~

## 2.1.  VACCINATION **– GENERAL** ~~AND TESTING REQUIREMENTS~~.

**Leaders at all levels should encourage Service members, DoD civilian employees, DoD contractor personnel, and others affiliated with DoD to be up to date on their COVID-19 vaccinations.**

1.  Service members:

Service members (members of the Armed Forces under DoD authority on active duty or in the Selected Reserve, including members of the National Guard) are **strongly encouraged** ~~required~~ to be ~~fully vaccinated against~~ **up to date with** COVID-19 **vaccination, including booster doses** ~~subject to any identified contraindications, any administrative or other exemptions established in DoD policy, and any applicable court orders~~.

**To ensure an accurate medical record,** Service members' vaccination status will be ~~validated~~ **maintained** utilizing their Military Service-specific Individual Medical Readiness (IMR) system.  If a Service member has been vaccinated against COVID-19 outside the military health system, that Service member must ~~show official proof~~ **provide documentation** of his or her COVID-19 vaccination ~~status~~ to update the IMR system.

~~Once the applicable mandatory vaccination date has passed, COVID-19 screening testing is required at least weekly for Service members who are not fully vaccinated, including those who have an exemption request under review or who are exempted from COVID-19 vaccination and are entering a DoD facility located in a county or equivalent jurisdiction where the CDC COVID-19 Community Level is high or medium.  Service members who are not on active duty and who also are DoD civilian employees or DoD contractor personnel must follow the applicable requirements in section 2.3 for DoD civilian employees or in section 2.4 for DoD contractor personnel.~~

2.  DoD civilian employees:

* * *

A058

~~At least weekly COVID-19 testing is required for those DoD civilian employees who are not fully vaccinated when the CDC COVID-19 Community Level is high or medium in the county or equivalent jurisdiction where the DoD facility is located.  DoD civilian employees who are not fully vaccinated and who telework or work remotely on a full-time basis are not subject to weekly testing, but must provide a negative result (from a test performed within the prior 72 hours) for entry into a DoD facility located in the county where the COVID-19 Community Level is high or medium.~~

~~* * *~~

~~If they have not already done so, supervisors of DoD civilian employees must ask DoD civilian employees whether they are fully vaccinated.  Employees who indicate they are fully vaccinated must provide proof of that vaccination status to their supervisors. Acceptable proof includes:~~

~~a.   A copy of the COVID-19 Vaccination Record Card (CDC Form MLS-319813_r, published on September 3, 2020);~~
~~b.   A copy of medical records documenting the vaccination;~~
~~c.   A copy of immunization records from a public health or State immunization information system; or~~
~~d.   A copy of any other official documentation containing the data points required to be verified by the supervisor.~~

~~When necessary for implementing FHP measures related to workplace access in section 5.5, supervisors of DoD civilian employees may ask DoD civilian employees whether they are up-to-date with COVID-19 vaccinations.  If there is a supervisory concern about the accuracy of the DoD civilian employee's response, DoD civilian employees are required to provide proof of up-to-date vaccination status.  Supervisors must not inquire about disabilities when asking DoD civilian employees about up-to-date vaccination status.~~

~~* * *~~

3.  DoD contractor personnel:

~~Vaccination requirements for DoD contractor personnel are outlined in several references.[16]  In implementing EO 14042, the DoD will comply with all relevant court orders.~~

~~Onsite DoD contractor personnel will complete the DD Form 3150, "Contractor Personnel and Visitor Certification of Vaccination";[17] maintain a current completed copy; and show it to authorized DoD personnel upon request when they work at a DoD facility where the CDC COVID-19 Community Level is high or medium.  Failure to complete the DD Form 3150 may result in denying DoD contractor personnel access to the DoD facility to which access is sought.  Onsite DoD contractor personnel who are not fully vaccinated against COVID-19, because they are not performing under a covered contract that requires COVID-19 vaccination, due to a legally required accommodation, or who decline~~

6

~~to provide information about their COVID 19 vaccination status, will be subject to COVID 19 screening testing at least weekly when the CDC COVID 19 Community Level for the facility in which they work is high or medium. DoD contractor personnel who refuse required COVID 19 screening testing will be denied access to DoD facilities.~~

~~For purposes of the requirements regarding providing information about vaccination status and screening testing, "contractor personnel" are those individuals issued a credential by DoD that affords the individual recurring access to DoD facilities, classified herein as "credentialed recurring access" (CRA) (e.g., Common Access Cardholders) who are performing under a contract or subcontract between their employer and the DoD. "Contractor personnel" do not include employees of DoD contractors or subcontractors receiving ad hoc access to DoD facilities (e.g., delivery personnel, taxi services) or employees of DoD contractors or subcontractors who have access to the grounds of, but not the buildings on, DoD installations (e.g., contract groundskeepers, fuel delivery personnel, household goods transportation personnel).~~

DoD Components should not take any steps to require contractors and subcontractors to implement the vaccination requirement for contractor personnel in Executive Order 14042, nor should they include in new solicitations or enforce in existing contracts (or task orders or delivery orders) any clauses implementing EO 14042.

~~[16] Safer Federal Workforce Task Force, "COVID 19 Workplace Safety: Guidance for Federal Contractors and Subcontractors," September 24, 2021; Principal Director for Defense Pricing and Contracting Memorandum, "Class Deviation 2021 O0009 Ensuring Adequate COVID 19 Safety Protocols for Federal Contractors," October 1, 2021; EO 14042, "Ensuring Adequate COVID Safety Protocols for Federal Contractors," September 9, 2021.~~
~~[17] https://www.esd.whs.mil/Portals/54/Documents/DD/forms/dd/dd3150.pdf.~~

4. Official visitors:

"Official visitors" are non-DoD individuals seeking access, one time or recurring, in association with the performance of official DoD business (such as to attend a meeting), but who do not have **"credentialed recurring access"** (CRA) **(e.g., Common Access Cardholders)**. "Official visitors" do not include personnel receiving ad hoc access to DoD facilities (e.g., delivery personnel, taxi services); individuals who have access to the grounds of, but not the buildings on, DoD installations (e.g., contract groundskeepers, fuel delivery personnel, household goods transportation personnel); personnel accessing DoD buildings unrelated to the performance of DoD business (e.g., residential housing); or  personnel accessing DoD facilities to receive a public benefit (e.g., commissary; exchange; public museum; air show; military medical treatment facility; Morale, Welfare, and Recreation resources).

~~Official visitors will complete DD Form 3150; maintain a current completed DD Form 3150; and show it to authorized DoD personnel, upon request when they are visiting a DoD facility where the CDC COVID 19 Community Level is high or medium. Failure to complete the DD Form 3150 may result in denial of an official visitor's access to the DoD facility to which access is sought. Service members not on active duty or active duty for training are also subject to the requirements in this paragraph.~~

A060

~~When visiting a DoD facility where the CDC COVID-19 Community Level is high or medium, official visitors who are not fully vaccinated against COVID-19, or who decline to provide information about their vaccination status, must show an electronic or paper copy of negative results from an FDA-authorized or approved COVID-19 test administered no earlier than 72 hours prior to their visit. If unable to show a negative COVID-19 test result, the official visitor may be provided onsite self-testing, if available, or will be denied access to the DoD facility (or facilities) to which access is sought. Service members who are not on active duty or on active duty for training at the time of their official visit are subject to the requirements in this paragraph.~~

*6. Section 3.3 is amended as follows:*

     * * *

DoD contractor personnel suspected of having contracted COVID-19, or for whom testing is required for workplace surveillance or official travel, may be offered screening testing, subject to available funding, if such testing is necessary to support mission requirements and is consistent with applicable contracts. ~~For example, if testing is explicitly called for under the contract; or if testing is required to access a DoD facility and the contractor personnel must access the DoD facility to perform under the contract. DoD contracting officers may also modify existing contracts to require contractors to test their personnel, or to permit DoD to test their personnel, as necessary to support mission requirements and subject to available funding.~~

*7. Section 4.1 is rescinded.*

*8. Section 4.2 is amended as follows:*

     * * *

- Contact tracing of confirmed COVID-19 positive cases to infected persons**, as described in section 4.4** ~~in accordance with all applicable Federal, State, local, and DoD requirements~~.

*9. Section 4.3 is amended as follows:*

     * * *

- DoD Components may, in consultation with public health advisors, conduct **surveillance and** screening testing of Service members to reduce risk in **select high-risk** congregate settings, on ships, at training sites, during events, or in remote locations where early identification, isolation, and quarantine are important.

A061

Screening testing protocols may involve testing of all Service members prior to participation in an event (such as an exercise or training evolution) with or without testing during the event.  Finally, screening testing may be performed using a surveillance protocol in which a specified percentage of randomly selected Service members are tested during regular intervals over a period of heightened vulnerability such as when case rates are very high or medical resources are in high demand.

1. **Execute the screening testing requirement with FDA approved or authorized COVID-19 self-collection kits or self-tests.  Testing should be performed primarily onsite at the installation or facility with proper supervision and documentation of testing results.  If onsite COVID-19 screening testing is not feasible, as an alternative self-testing may be performed at home or in other locations.  (Note: these COVID-19 self-tests do not require a health care provider's clinical care order and are, therefore, considered an over-the-counter test and do not require medical support to complete).**

2. **Establish guidance for where and how these tests will be distributed and conducted, and how results are to be reported.**

3. **After COVID-19 screening testing procedures are established,** Service members **subject to screening testing are required to have a negative COVID-19 screening test result for entry into a DoD facility. If the COVID-19 screening test is administered onsite, the test will be administered before Service members go to their work areas. Service members who have tested positive and do not have symptoms are exempted from regular screening testing for 30 days following the documented date of their initial positive test of COVID-19.  Documented proof of this positive test date shall be provided upon request.**

- Voluntary testing of eligible family members, DoD civilian employees, and DoD contractor personnel (if appropriate and permitted in accordance with applicable contracts) who, if infected with COVID-19, could impact the DoD workforce and missions, may be conducted in support of the DoD's effort to interrupt transmission of the virus among our populations.  Testing will be conducted based on availability and managed at the DoD Component level.  **DoD civilian employees and DoD contractor personnel with CRA with positive COVID-19 screening tests will be offered, but not required to take, FDA approved or authorized confirmatory laboratory-based molecular (i.e., polymerase chain reaction) testing paid for by the relevant DoD Component.  Contact tracing and mitigation measures will be conducted in accordance with sections 4.4 and 5.5.**

*10.  Section 4.4 is amended as follows:*

**4.4.  COVID-19 CONTACT TRACING ~~AND TESTING~~.**

~~DoD Components will conduct contact tracing on all COVID-19 cases identified through testing activities and prioritize investigation of COVID-19 cases, clusters, and outbreaks involving high-risk congregate settings, unusual clusters of cases, and considered for novel or emerging variants that pose a significant risk for severe disease, hospitalization, or death.  Follow-on quarantine or isolation measures and testing will be implemented as indicated.__DoD Components will conduct contact tracing on all COVID-19 cases identified in health care settings and certain high-risk congregate settings, unusual clusters of cases, and cases involving novel or emerging variants that pose a significant risk for severe disease, hospitalization, or death.  In identifying certain settings in which to conduct contact tracing, DoD Component public health emergency officers should consider data reported to local and State public health entities and surveillance programs administered by the DoD and other Federal agencies.__

*11.  Section 5.1 is amended as follows:*

\* \* \*

- ~~Avoid close contact (within 6 feet of any individual for a total of 15 minutes or more over a 24-hour period) with people.~~
- __Consider exposure risks.__

\* \* \*

- ~~Launder or replace masks regularly__Use dry, clean masks__ to promote good hygiene.~~

\* \* \*

~~b.   Installations will post signage about specific measures applicable to the installation, such as mask wearing and physical distancing requirements, and on installation websites, as appropriate.~~

*12.  Section 5.2 is rescinded.*

10

**A063**

*13.  Section 5.3. is amended as follows:*

* * *

- When the CDC COVID-19 Community Level[1] is high in the county or equivalent jurisdiction where a DoD installation or facility is located, indoor mask-wearing is required for all individuals, including Service members, DoD civilian employees, onsite DoD contractor personnel (collectively, "DoD personnel"), and visitors, regardless of vaccination status.  **Each installation and DoD facility will post signage at building entrances and in common areas of DoD owned and controlled facilities when the CDC COVID-19 Community Level is high indicating that masks are required.**

* * *

- Individuals may choose to wear a mask regardless of the **CDC** COVID-19 Community Level.

* * *

11. When individuals are enrolled in a respiratory protection program and are wearing a respirator during the performance of duties requiring respiratory protection. **Components that want to distribute N95 respirators to personnel must follow an OSHA respiratory protection program.**

* * *

   **d.**  Transcription:  ~~All individuals must wear a mask on DoD aircraft, boats and other maritime conveyances, and buses traveling into, within, or out of the United States, and indoor DoD transportation hubs, regardless of vaccination status and the CDC COVID-19 Community Levels.  Masks are optional in outdoor areas of these conveyances (if such outdoor areas exist on the conveyance) or while outdoors at transportation hubs, if these areas are uncrowded.  Masking requirements apply whether the DoD aircraft, boats and other maritime conveyances, and buses are located inside or outside the United States, but exclude these conveyances and other tactical vehicles and craft in their operational environment.  It is recommended that individuals wear a mask in Government cars, vans, or other low occupancy transportation assets, regardless of the CDC COVID-19 Community Level.~~**It is recommended that all individuals wear masks on DoD conveyances (e.g., aircraft, maritime vessels, and buses) and in Government cars, vans, or other low occupancy transportation assets when more than one person is present.**

   **e.**  Notwithstanding the above, ~~and regardless of the CDC Community Level, masks must be worn by~~ **masking of patients, visitors, and** personnel working in DoD health care facilities (including military medical, dental, and veterinary treatment facilities) **will occur** in

---

[1] See section 1.3 for information about CDC COVID-19 Community Levels.

A064

accordance with ~~requirements specified in 29 CFR § 1910.502 and in accordance with OSHA and~~ CDC guidelines.[22]  ~~Masks will be worn by visitors and patients to DoD military medical and dental treatment facilities except while undergoing medical examinations or procedures that interfere with those activities.~~

> Footnote added: **[22] "Interim Infection Prevention and Control Recommendations for Healthcare Personnel During the Coronavirus Disease 2019 (COVID-19) Pandemic," September 23, 2022. Available at: https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-recommendations.html.**

*14.  Section 5.4 is amended as follows:*

       * * *

**Management of Close Contacts of a Case ~~(as determined by contact tracing)~~:**[23]

- ~~Quarantine is not required for Service members who are close contacts and who are up to date with an FDA licensed or authorized COVID 19 vaccine, or a World Health Organization Emergency Use Listing COVID 19 vaccine.  Regardless of vaccination status, c~~**C**lose contacts **identified through contact tracing or through exposure** must wear a mask around others **indoors** for 10 days, even if mask wearing is not otherwise required by DoD guidance~~, and if practical~~**, Service members in the workplace must** test ~~on day~~ **at least once after** 5 **full days** following exposure.  If symptoms develop, then the individual must get tested and isolate until test results are complete.
- ~~Close contact Service members who are not up to date with the COVID 19 vaccine must quarantine for 5 days.  The Service member should wear a mask at all times when around other individuals, regardless of those individuals' vaccination status, and even if mask wearing is not otherwise required by DoD guidance.  Testing should occur on day 5 after exposure.  If no symptoms develop, quarantine may end after 5 days, but the Service member must continue to wear a mask around others for an additional 5 days (i.e., masks must be worn for a total of 10 days after exposure, including the time in quarantine).  If any symptoms develop at any time, the individual should be tested for COVID 19 and advised to isolate.~~
- ~~Exceptions to the above protocols for asymptomatic Service members with potential exposure based on close contact who are not fully vaccinated, and whose presence is required in the workplace, may be considered in cases of mission essential activities that must be conducted on site.  This exception may be granted in writing by the first general/flag officer, SES member, or equivalent, in the chain of command/chain of supervision or, for those locations that do not have general/flag officers or SES leaders, by O 6 installation commanders.  Vaccination status of the Service member should be considered in granting an exception, as more risk will be assumed in granting an exception for a Service member who is not fully vaccinated.  Service members who develop signs or symptoms consistent with COVID 19 during the duty period, he/she will be ordered to return to quarters and provided instructions for compliance with this guidance.  Service members granted an exception must comply with the following practices for 5 days after the last exposure:~~

**A065**

- o ~~Obtain a COVID-19 test on calendar day 5;~~
- o ~~Conduct daily COVID-19 symptom screening with temperature checks;~~
- o ~~Wear a mask in the workplace for 10 calendar days after exposure, even if mask wearing is not otherwise required by DoD guidance;~~
- o ~~Practice hand and cough hygiene;~~
- o ~~Refrain from sharing headsets or other objects used near the face;~~
- o ~~Continue to physically distance as much as possible; and~~
- o ~~Clean and disinfect their workspace daily~~

- In all situations, for a full 10 days after ~~last contact with a confirmed case~~ exposure, Service members must continue to self-monitor, and practice strict adherence to all non-pharmaceutical intervention mitigation strategies, and~~, if not fully vaccinated,~~ wear masks, avoid crowds and practice physical distancing, hand and cough hygiene, maintain adequate indoor ventilation, and perform environmental cleaning and disinfection.  In addition, Service members located outside the United States identified as close contacts must follow host-nation policies, as applicable.

~~Testing Quarantined Individuals Who Develop Symptoms:~~

~~Test eligible Service members in quarantine who develop symptoms commonly associated with COVID-19.~~

- ~~If laboratory positive:  The Service member becomes a case and must be isolated (see above).~~
- ~~If laboratory negative:  The Service member must continue to follow procedures for quarantine as outlined above.~~

* * *

- If Service members become symptomatic during this time frame ~~(whether or not they are a close contact of a case)~~ they must self-isolate immediately and ~~be evaluated by a health care provider~~ retest to determine if they ~~may~~ have been re-infected with SARS-CoV-2 or if symptoms are caused by another etiology.  Isolation ~~may be warranted during this time~~ is required, particularly if symptoms developed within 10 days after ~~close contact~~ exposure with to an individual who has contracted COVID-19.

* * *

~~Contacts of Contacts:  There is no indication to quarantine asymptomatic Service members who are contacts of contacts; they should continue to self-monitor for symptoms.~~

13

**A066**

*15.  Section 5.5 is amended as follows:*

\* \* \*

b.  ~~Regardless of COVID-19 vaccination status, p~~Personnel who test positive for COVID-19 will remain out of the workplace for 5 days ~~(day 0 is the day symptoms started or date of specimen collection if asymptomatic)~~.  **To calculate the recommended time frames, day 0 is the day tested if no symptoms, or the date symptoms started.  Personnel who test positive for COVID-19** ~~Individuals~~ may return to the DoD workplace ~~after 5 days~~, if either: (1) they have no symptoms; or (2) if they are ~~afebrile~~ **fever-free** for more than 24 hours **(without the use of fever-reducing medication)** and any remaining symptoms are resolving. Mask wearing must continue in the workplace for an additional 5 days (for a total of 10 days post-positive result), even if mask wearing otherwise is not required by DoD guidance.

c.  Personnel ~~with potential exposure~~ **exposed** to COVID-19 ~~based on close contact with a person who has a laboratory-confirmed, clinically diagnosed, or presumptive case of COVID-19~~ will notify their supervisor.

1.  ~~Asymptomatic personnel with potential exposure to COVID-19 based on close contact who are:  (1) not fully vaccinated; or (2) are not up-to-date with the COVID-19 vaccine will remain out of the workplace for 5 days.  Regardless of vaccination status, a~~**A**symptomatic personnel ~~with potential exposure~~ **exposed** to COVID-19 ~~close contact~~ must wear a mask in the workplace for 10 days, even if mask wearing otherwise is not required by DoD guidance.

2.  ~~In cases of mission-essential activities that must be conducted on site, asymptomatic personnel with potential exposure to COVID-19 based on close contact, who otherwise would need to remain out of the workplace, may be granted an exception to continue to work on site provided they remain asymptomatic, do not have a positive test for COVID-19, and comply with the following key practices for 5 days after the last exposure:~~

- ~~Obtain a COVID-19 test on day 5;~~
- ~~Conduct daily pre-screening with temperature checks;~~
- ~~Wear a mask in the workplace for 10 days after exposure, even if mask wearing is not otherwise required by DoD guidance,~~
- ~~Practice hand and cough hygiene;~~
- ~~Refrain from sharing headsets or other objects used near the face;~~
- ~~Continue to physically distance as much as possible; and~~
- ~~Clean and disinfect their workspaces daily.~~

~~This exception may be granted by the first general/flag officer or member of the SES, or equivalent, in the chain of command/chain of supervision or, for those locations that do not have general/flag officers or SES leaders, by O-6 installation commanders.  If the individual develops signs or symptoms consistent with COVID-19 during the duty period, he/she will be sent home immediately.~~

14

**A067**

* * *

**d.  DoD civilian employees who are remaining out of the workplace because of COVID-19 symptoms and who are waiting for a test result may telework if able to do so.  If they are unable to or do not feel well enough to telework, they may request sick leave, use accrued annual leave or other forms of earned paid time off (e.g., compensatory time off or credit hours), or use unpaid leave, as appropriate.  Weather and safety leave is unavailable in this situation, but to mitigate exposure risks in the workplace, and on a limited basis, up to 1 day of administrative leave may be offered to DoD civilian employees who have COVID-19 symptoms and are remaining out of the workplace while actively seeking to be tested.**

**e.  DoD civilian employees who test positive for COVID-19 may telework during the 5 days they are required to remain out of the workplace if able to do so.  If they are unable to or do not feel well enough to telework, they may request sick leave, use accrued annual leave or other forms of paid time off (e.g., compensatory time off or credit hours), or use unpaid leave in this situation, as appropriate.  Weather and safety leave is not available in this situation.**

*16.  Section 5.9 is amended as follows:*

The SARS-CoV-2 virus is transmitted mainly by large respiratory droplets, but infected individuals generate aerosols and droplets across a large range of sizes and concentrations. There is no need to shut down air HVAC, air handling systems, or air vents to prevent the spread of COVID-19 within a building.  Increasing indoor air movement and ventilation is a cornerstone of COVID-19 transmission mitigation strategy.  Ensure existing HVAC systems in buildings are functioning properly, ensure the amount of outside air supplied to the HVAC system is maximized to the extent appropriate and compatible with the HVAC systems' capabilities, and ensure the use of air filters that have a Minimum Efficiency Reporting Value-13 or higher filter where the system can accommodate this type of filtration efficiency.  In addition to the requirements for existing HVAC systems, building managers should consider other measures to improve ventilation ~~in accordance with~~ **as set forth in** CDC guidance ~~(e.g., opening windows and doors to let in outside air) at:~~ **(**(https://www.cdc.gov/coronavirus/2019-ncov/community/ventilation.html**) and guidance from American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE; https://www.ashrae.org/file%20library/technical%20resources/ashrae%20journal/2020journaldocuments/72-74_ieq_schoen.pdf).**

*17.  Section 5.10 is amended as follows:*

**a.  General workplace:**  COVID-19 is a recordable occupational illness if a worker contracts the virus as a result of performing his or her occupational duties and if all of the following conditions are met:  (1) COVID-19 illness is a confirmed case; (2) contraction of COVID-19 is work-related as described in 29 CFR § 1904.5 (this condition will

A068

require a determination by the commander or supervisor who may require input from the worker's health care provider); (3) the case of illness satisfies the requirement as a recordable illness as set forth in 29 CFR § 1904.7 (e.g., medical treatment beyond first aid is required, the number of calendar days away from work meets the stated threshold).[2]

**b.  Health care providers:  Adhere to COVID-19 illness recordkeeping and reporting procedures contained in 29 CFR §§ 1910.502(q)(2)(ii), 1910.502 (q)(3), and 1910.502(r).**

*18.  Section 5.12 is amended as follows:*

If workers are planning to conduct maintenance in a residence where a person who is known or suspected to have contracted COVID-19 resides and the maintenance is necessary and cannot be delayed, the resident should be asked to remove all items that would impede the work of the maintenance personnel.  The resident should clean the area of any dirt, debris, dust, etc. that would impact the effectiveness of surface disinfectant used by maintenance personnel.  Workers should maintain a **the maximum possible** distance ~~of at least 6 feet~~ from the resident who is known to have or suspected of having contracted COVID-19, and ask that the resident remain in a separate room while maintenance is conducted.  If a separate room for the resident is unavailable and the worker is unable to ~~remain 6 feet in~~ **physically** distance from the resident during the work, appropriate protective equipment for ~~close contact~~ **exposure risks** must be worn by the worker.  If necessary, clean and disinfect the work area following the procedures for personnel protection described in section 5.8.

*19.  Section 6 is amended as follows:*

~~For any planned in-person meetings, events, and conferences (referred collectively herein as "meetings") sponsored by DoD with more than 50 participants in a county or equivalent jurisdiction where the CDC COVID-19 Community Level is high, the meeting organizer will obtain advance written approval from the DoD or Office of the Secretary of Defense (OSD) Component head concerned to hold the meeting.  The DoD or OSD Component head concerned may delegate this authority in writing to their Principal Deputy (or equivalent) but no lower.  For the Pentagon Reservation, the approval authority is the DA&M and this authority may not be further delegated.~~

~~For any in-person meetings in a county or equivalent jurisdiction where the CDC COVID-19 Community Level is high or medium, the meeting organizer will require all attendees, including Service members and DoD civilian employees, to show a completed DD Form 3150, "Contractor Personnel and Visitor Certification of Vaccination" and will follow the applicable requirements in section 5.2 for physical distancing.  For any in-person meetings in a county or equivalent jurisdiction where the CDC COVID-19 Community~~

---

[2] The reporting requirements are described in more detail in DoDI 6055.07, "Mishap Notification, Investigation, Reporting, and Record Keeping," and at: https://www.osha.gov/recordkeeping.

~~level is low, the meeting organizers will follow the applicable requirements in section 5.2 for physical distancing.~~

~~In-person attendees who are not fully vaccinated, or who decline to provide information about their vaccination status, may not attend the meeting if they do not show the meeting organizer proof of a negative FDA approved or authorized COVID-19 test completed no earlier than 72 hours prior to the meeting, and at least weekly if the meeting is greater than one week in duration.  Meetings do not include military training and exercise events conducted by MILDEPs.~~

**For any planned in-person meetings, events, and conferences (referred collectively herein as "meetings") sponsored by DoD in a county or equivalent jurisdiction where the CDC COVID-19 Community Level is high or medium, the meeting organizer will require all attendees, including Service members and DoD civilian employees, to physically distance and will limit attendance as necessary to maintain physical distance.  Where the CDC COVID-19 Community Level is high, meeting organizers will require all attendees to wear high-quality masks.  Meetings do not include military training and exercise events conducted by MILDEPs.**

*20.  Section 7.1 is amended as follows:*

**In all cases, no personnel may engage in official travel if they have tested positive for COVID-19 and have not yet met the criteria for discontinuing isolation, they are symptomatic, or they are pending COVID-19 test results.  After discontinuing isolation, personnel should avoid official travel until 10 calendar days after their symptoms started or the date of their positive test.  If these personnel must travel on days 6 through 10, they must properly wear a well-fitting mask when they are around others for the entire duration of travel, even if mask wearing is not otherwise required by DoD guidance.  Official travel should also be delayed if, in the past 10 days, an individual has been exposed to someone who has tested positive for, and/or been symptomatic of, COVID-19.  Prior to travel, all official travelers should be educated on how to self-monitor and what actions to take if one develops signs or symptoms consistent with COVID-19 or contracts COVID-19.**

~~Fully vaccinated individuals are not restricted from official travel, both domestic and international.  Individuals who are not fully vaccinated, or who decline to provide information about their vaccination status, are limited to mission-critical official travel, both domestic and international.  "Mission-critical" will be determined by the traveler's DoD or OSD Component head, who may delegate this authority in writing to the Component's Principal Deputy (or equivalent) but no lower.  For the purpose of this FHP guidance, travel associated with permanent changes of station, travel in connection with Authorized or Ordered Departures issued by the Department of State, or travel in evacuations ordered by the appropriate DoD official is deemed to be "mission-critical."~~

During all official travel, travelers will follow all applicable Federal, State, local, and commercial air carrier requirements, and applicable HN requirements as a means to respect HN law.  ~~In addition to completion of required or recommended ROM, a~~**A**dditional requirements

A070

may be necessary when traveling to, or from, locations outside, and within, the United States~~,~~. **T**~~t~~ravelers will follow any requirements in the Electronic Foreign Clearance Guide pertaining to entry, movement, or operations into a HN.  Travelers will also refer and adhere to local updates in HN for travel and movement within the HN.

~~**For travel via military airlift (contracted or organic), Aerial Point of Embarkation (APOE) health screening is mandatory.  Travelers who have a medical issue identified during screening or who refuse to be screened at the APOE may be denied travel.**~~

~~**The waiver authority available to the Secretaries of the MILDEPs, heads of OSD Components, Chief of the National Guard Bureau, and Commanders of the GCCs for official travel is specified in section 7.4.**~~  Travel that is limited to transit between, and through, foreign countries contained wholly within a single GCC area of responsibility, and between GCC areas of responsibility, is not subject to this memorandum and will be managed by each relevant GCC or GCCs as appropriate.

*21.  Section 7.2 is rescinded.*

*22.  Section 7.3 is rescinded and replaced with the following:*

**7.2.  ROM REQUIREMENTS**

**ROM after arrival at the travel destination may or may not be required by the HN. Travelers should consult the Electronic Foreign Clearance Guide (https://www.fcg.pentagon.mil/fcg.cfm) and check with the MILDEPs and GCCs for current information.**

*23.  Section 7.4 is rescinded.*

*24.  Section 7.5 is rescinded and replaced with the following:*

**7.3.  OFFICIAL TRAVEL FROM THE UNITED STATES TO A FOREIGN COUNTRY.**

**1.  Service Members and DoD civilian employees:**

**Service members and DoD civilian employees must follow all requirements imposed by the GCC with responsibility over the destination geographic area, including all applicable HN procedures as a means to respect HN law, and all requirements of the Electronic Foreign Clearance Guide.**

**2.  DoD family members:**

A071

**Service members must attest that, to the best of their knowledge, their family members have followed the same requirements as those set forth for Service members in this guidance.  Failure to do so may result in delay or cancellation of previously authorized travel.  This attestation requirement will be incorporated into travel orders issued to Service members.**

**3.  DoD contractor personnel**

**DoD contracting officers will ensure that all contracts that include performance outside the United States require DoD contractor personnel to comply with the country entry requirements of the respective GCC.**

*25.  Section 7.6 is re-numbered as section 7.4.*

*26.  Section 7.7 is rescinded.*

*27.  Section 9 is amended as follows:*

~~Close contact.  Close contact is defined as someone who was within 6 feet of a person who has contracted COVID-19 for a cumulative total of 15 minutes or more over a 24 hour period starting from 2 days before illness onset (or, for asymptomatic patients, 2 days prior to test specimen collection) until the time the patient is isolated and irrespective of whether the person with COVID-19 or the contact of such a person was wearing a face covering or mask or respiratory personal protective equipment.~~

**Exposed.  Persons are considered to be exposed to COVID-19 if they were less than 6 feet away from an infected person (laboratory-confirmed or a clinical diagnosis) for a total of 15 minutes or more over a 24-hour period, unless both parties were wearing masks or respirators.  Individuals and supervisors may also assign the "exposed" classification below the thresholds above based on the following additional criteria:**

- **Cough or heavy breathing:  Was the infected person coughing, singing, shouting, or breathing heavily?  Activities like coughing, singing, shouting and breathing heavily due to exertion increase the risk of transmission.**
- **Symptoms:  Did the infected person have symptoms at the time?  Being around people who are symptomatic increases the risk of transmission.**
- **Ventilation and filtration: How well-ventilated was the space?  Risk of transmission is increased in poorly ventilated vehicles or rooms.**
- **Physical Distance:  Crowded settings can raise the likelihood of being close to someone with COVID-19.  Keep in mind that while maintaining a distance beyond 6 feet of an infected person will limit exposures from larger droplets, exposures can occur beyond 50 feet based on ventilation, masking, and other factors.**

A072

* * *

**Fully vaccinated.**

An individual is considered "fully vaccinated" when at least 2 weeks have elapsed after a second dose of a two-dose COVID-19 vaccine series (e.g., PfizerBioNTech/Comirnaty, ~~or~~ Moderna/Spikevax**, or Novavax** vaccines), or 2 weeks after receiving a single dose of a one-dose COVID-19 vaccine (e.g., Johnson & Johnson's Janssen vaccine) that are:  (1) fully licensed **(approved)** or authorized ~~or approved~~ by the FDA; **or** (2) listed for emergency use on the World Health Organization Emergency Use Listing (e.g., AstraZeneca/Oxford)~~; or (3) approved for use in a clinical vaccine trial for which vaccine efficacy has been independently confirmed (e.g., Novavax)~~.

An individual is "not fully vaccinated" if the individual either has not completed the ~~full~~ COVID-19 vaccination **primary** dose series; or declines to provide his or her COVID-19 vaccination status and declines to provide any requested proof of that status.

* * *

**Mask.**  Acceptable masks **high-quality** are non-medical disposable masks; masks made with **layered** breathable fabric (such as cotton); masks made with tightly woven fabric that does not let light pass through when held up to a light source; masks with two or three layers; masks with inner filter pockets, or, on a voluntary basis in non-medical settings, an N95-type filtering face piece. A good practice is to wear a disposable mask underneath a cloth mask for added protection as long as this does not interfere with breathing. Novelty or non-protective masks, masks with ventilation valves, bandanas, and face shields are not authorized as a substitute for masks.  ~~Masks must fit snugly around the nose and chin with no large gaps around the sides of the face.~~**Masks must be well fitting and worn correctly and consistently (around the nose and chin)**.

**Physically distance.  Maintain separation between individuals and prevent crowding in areas.**

* * *

**Up-to-Date.**  A person has received all recommended COVID-19 vaccines, including any booster dose(s) recommended when eligible.  **Booster doses are recommended, but are not required.**

## UNCLAS CUI

# **CORRECTED COPY** FRAGO 38 TO HQDA EXORD 225-21 COVID-19 STEADY

| | |
|---|---|
| **Originator:** | DA WASH NGTON DC |
| **TOR:** | 02/02/2023 19 56 50 |
| **DTG:** | 021954Z Feb 23 |
| **Prec:** | P io ity |
| **DAC:** | Ge e a |
| | ARL NGTON NAT ONAL CEMETERY ARL NGTON VA, ARNG NGB COMOPS ARL NGTON VA, ARNG NGB COMOPS ARL NGTON VA, ARNG NGB J3 JOC WASH NGTON DC, ARNG NGB J3 JOC WASH NGTON DC, ARNGRC ARL NGTON VA, ARNGRC ARL NGTON VA, ARNGRC WATCH ARL NGTON VA, ARNGRC WATCH ARL NGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUST N TX, CDR ARMY FUTURES COMMAND AUST N TX, CDR ATEC ABERDEEN PROV NG GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASK NG D V FT BRAGG NC, CDR FORSCOM DCS G3 CENTRAL TASK NG D V FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFF CER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFF CER FT BRAGG NC, CDR MDW J3 FT MCNA R DC, CDR MDW J3 FT MCNA R DC, CDR MDW JFHQ NCR FT MCNA R DC, CDR MDW JFHQ NCR FT MCNA R DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUST S VA, CDR TRADOC CG FT EUST S VA, CDR TRADOC DCS G 3 5 7 OPNS CTR FT EUST S VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USAREUR AF W ESBADEN GE, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFF CER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRHRC G3 DCSOPS FT KNOX KY, CDR NSCOM FT BELVO R VA, CDR NSCOM FT BELVO R VA, CDR NSCOM OC FT BELVO R VA, CDR NSCOM OC FT BELVO R VA, CDRMDW WASH NGTON DC, CDRMDW WASH NGTON DC, |
| **To:** | CDRUSACE WASH NGTON DC, CDRUSACE WASH NGTON DC, CDRUSAC DC FT BELVO R VA, CDRUSAC DC FT BELVO R VA, CDRUSACYBER FT BELVO R VA, CDRUSACYBER G3 FT BELVO R VA, CDRUSACYBER G33 FT BELVO R VA, CDRUSAE GHT G3 CUROPS SEOUL KOR, CDRUSAE GHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFF CER FT BELVO R VA, CDRUSARPAC G FT SHAFTER H , CDRUSARPAC FT SHAFTER H , COMDT USAWC CARL SLE BARRACKS PA, COMDT USAWC CARL SLE BARRACKS PA, HQ  MCOM FT SAM HOUSTON TX, HQ  MCOM FT SAM HOUSTON TX, HQ  NSCOM  OC FT BELVO R VA, HQ SDDC CMD GROUP SCOTT AFB  L, HQ SDDC CMD GROUP SCOTT AFB  L, HQ SDDC OPS MSG CNTR SCOTT AFB  L, HQ SDDC OPS MSG CNTR SCOTT AFB  L, HQ USARSO FT SAM HOUSTON TX, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASH NGTON DC, HQDA CSA WASH NGTON DC, HQDA EXEC OFF CE WASH NGTON DC, HQDA  MCOM OPS D V WASH NGTON DC, HQDA SEC ARMY WASH NGTON DC, HQDA SECRETAR AT WASH NGTON DC, HQDA SURG GEN WASH NGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASH NGTON DC, SMDC ARSTRAT CG ARL NGTON VA, SMDC ARSTRAT CG ARL NGTON VA, SMDC ARSTRAT G3 ARL NGTON VA, SUPER NTENDENT USMA WEST PO NT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERAT ONS FT BRAGG NC, USAR DCS G33 OPERAT ONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER H |
| **CC:** | HQDA AOC DAMO ODO OPS AND CONT PLANS WASH NGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASH NGTON DC, HQDA AOC G3 DAMO OD D R OPS READ AND MOB WASH NGTON DC |
| **Attachments:** | ANNEX MMMMM  Co so idated Depa t e t of Defe se Co o avi us Disease 2019 Fo ce Hea t P otectio  Guida ce Revisio  4 pdf |

```
PAAUZATZ RUEADWD3795 0331956 UUUU  RUIAAAA RUEADWD.
ZNR UUUUU
P 021954Z FEB 23
FM DA WASHINGTON DC
TO RUJAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUJAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUJAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUJAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC ARLINGTON VA
RUJAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUJAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
```

## UNCLAS CUI

## UNCLAS CUI

```
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUJAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUJAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUJAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUJAAAA/CDR MDW JFHQ NCR FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ NCR FT MCNAIR DC
RUJAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUJAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUJAAAA/CDR TRADOC DCS G 3 5 7 OPNS CTR FT EUSTIS VA
RUJAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USAREUR AF WIESBADEN GE
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUJAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUJAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUEPINM/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUEPINF/CDRINSCOMIOC FT BELVOIR VA
RUJAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRMDW WASHINGTON DC
RUJAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUJAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUJAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUJAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUJAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUJAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUJAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUJAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUJAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUJAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
```

## UNCLAS CUI

## UNCLAS CUI

PAGE 3 OF 13

```
RUJAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUJAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUJAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUJAAAA/NGB WASHINGTON DC
RUJAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUJAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUJAAAA/SUPERINTENDENT USMA WEST POINT NY
RUJAAAA/SURGEON GEN FALLS CHURCH VA
RUJAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR AROC FT BRAGG NC
RUJAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUJAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/**CORRECTED COPY** FRAGO 38 TO HQDA EXORD 225 21 COVID 19 STEADY
STATE OPERATIONS
CUI//
CONTROLLED BY: HQDA DCS, G 3/5/7
CONTROLLED BY: DAMO OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC DANIEL D. HEFFNER 703 692 2804

SUBJECT: (CUI) **CORRECTED COPY** FRAGO 38 TO HQDA EXORD 225 21
COVID
19 STEADY STATE OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/VVV// NO CHANGE.
REF//WWW/ (U) [ADD] FRAGO 37 TO HQDA EXORD 225 21 COVID 19 STEADY
STATE OPERATIONS, DTG 112341Z JAN 23//

1. (U) SITUATION.

1.A. THROUGH 1.L. (U) NO CHANGE.

1.M. (U) [CHANGE TO READ]   THIS ORDER IMPLEMENTS THE UNDERSECRETARY
OF DEFENSE FOR PERSONNEL AND READINESS (USD(P&R)) MEMORANDUM,
"CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019 FORCE
HEALTH PROTECTION GUIDANCE REVISION 4" DATED 30 JANUARY 2023 (ANNEX
MMMMM).

1.N. THROUGH 1.S. (U) NO CHANGE.

2. (U) MISSION. NO CHANGE.
```

## UNCLAS CUI

**UNCLAS CUI**

PAGE 4 OF 13

3. (U) EXECUTION.

3.A. (U) COMMANDER S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION.

3.B.1. THROUGH 3.B.7. (U) NO CHANGE.

3.B.7.A. (U) [RESCIND]

3.B.7.A.1. (U) NO CHANGE.

3.B.7.A.2. (U) [RESCIND]

3.B.7.B. THROUGH 3.B.8. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU).

3.C.1.A. THROUGH 3.C.1.A.1. (U) NO CHANGE.

3.C.1.B. (U) [RESCIND]

3.C.1.B.1. (U) [RESCIND]

3.C.1.B.1.A. (U) [RESCIND]

3.C.1.B.1.B. (U) [RESCIND]

3.C.1.B.1.C. (U) [RESCIND]

3.C.1.B.1.D. (U) [RESCIND]

3.C.1.B.2. (U) [RESCIND]

3.C.1.C. THROUGH 3.C.1.D. (U) NO CHANGE.

3.C.1.E. (U) [RESCIND]

3.C.1.E.1. THROUGH 3.C.1.L. (U) NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (USARNG).

3.C.2.A. THROUGH 3.C.2.Q.1. (U) NO CHANGE.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL UNITED

STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.P.1. (U) NO CHANGE.

3.C.4. THROUGH 3.C.17. (U) NO CHANGE.

3.C.18. (U) SUPERINTENDENT, U.S. MILITARY ACADEMY (USMA).

3.C.18.A. (U) NO CHANGE.

3.C.18.B. (U) [RESCIND]

**UNCLAS CUI**

## UNCLAS CUI

3.C.19. THROUGH 3.C.29.C. NO CHANGE.

3.C.30. (U) DEPUTY CHIEFS OF STAFF, HEADQUARTERS DEPARTMENT OF THE ARMY (HQDA DCS).

3.C.30.A. (U) HQDA, DEPUTY CHIEF OF STAFF G 1.

3.C.30.A.1. THROUGH 3.C.30.A.4. NO CHANGE.

3.C.30.A.5. (U) [RESCIND]

3.C.30.A.6. (U) [RESCIND]

3.C.30.A.7. (U) [RESCIND]

3.C.30.A.8. (U) [RESCIND]

3.C.30.A.9. THROUGH 3.C.31.B.1. (U) NO CHANGE.

3.C.32. ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)).

3.C.32.A. THROUGH 3.C.33.A.1. (U) NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. (U) [CHANGE TO READ] IAW ANNEX MMMMM, INSTALLATION COMMANDERS MUST CHANGE THE HPCON LEVEL NO LATER THAN TWO WEEKS AFTER THE CDC COMMUNITY LEVEL HAS BEEN ELEVATED, UNLESS THE INSTALLATION COMMANDER DOCUMENTS, IN WRITING, A COMPELLING RATIONALE TO MAINTAIN THE CURRENT

HPCON LEVEL AFTER COORDINATION WITH THE INSTALLATION PUBLIC HEALTH EMERGENCY OFFICER.

3.D.1.A. THROUGH 3.D.1.C. (U) NO CHANGE.

3.D.1.C.1. (U) [CHANGE TO READ] READ AND COMPLY WITH ANNEX TTTT, DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON) IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.

3.D.1.C.2. (U) [CHANGE TO READ] HPCON LEVELS CORRESPOND TO CDC COVID 19 COMMUNITY LEVELS. HPCON LEVELS A, B, AND C CORRESPOND DIRECTLY TO CDC COVID 19 COMMUNITY LEVELS OF LOW, MEDIUM, AND HIGH, RESPECTIVELY.

CDC COVID 19 COMMUNITY LEVELS CAN BE FOUND AT: HTTPS://WWW.CDC.GOV/CORONAVIRUS/2019 COV/SCIENCE/COMMUNITYLEVELS.HTML

3.D.1.C.2.A. (U) NO CHANGE.

3.D.1.C.2.B. (U) [CHANGE TO READ] HPCON A REPRESENTS LOW CDC COVID 19

COMMUNITY LEVEL RISK.

3.D.1.C.2.C. (U) [CHANGE TO READ] HPCON B REPRESENTS MEDIUM CDC COVID 19 COMMUNITY LEVEL RISK.

3.D.1.C.2.D. (U) [CHANGE TO READ] HPCON C REPRESENTS HIGH CDC COVID 19 COMMUNITY LEVEL RISK.

3.D.1.C.2.E. (U) [CHANGE TO READ] HPCON D REPRESENTS HIGH CDC

## UNCLAS CUI

A078

## UNCLAS CUI

COVID 19
COMMUNITY LEVEL RISK, WITH DEGRADED AVAILABILITY OF MEDICAL
COUNTERMEASURES, AND SUBSTANTIAL LOSS OF MEDICAL CAPABILITY.

3.D.1.C.3. THROUGH 3.D.2.C. (U) NO CHANGE.

3.D.2.D. (U) [RESCIND]

3.D.2.E. THROUGH 3.D.14.A. (U) NO CHANGE.

3.D.15. (U) [ADD] PURSUANT TO SECTION 7.1 OF ANNEX MMMMM, USD(P&R)
HAS
RESCINDED THE PROHIBITION ON NOT FULLY VACCINATED INDIVIDUALS
CONDUCTING ANY OFFICIAL TRAVEL NOT DEEMED MISSION CRITICAL. EFFECTIVE

IMMEDIATELY, NOT FULLY VACCINATED INDIVIDUALS MAY CONDUCT ANY
OFFICIAL
TRAVEL THAT IS APPROPRIATE UNDER THE JOINT TRAVEL REGULATIONS, AND
NOT
OTHERWISE PROHIBITED BY ARMY REGULATION OR FORCE HEALTH PROTECTION
GUIDANCE REVISION 4.

3.D.15.A. (U) NO CHANGE.

3.D.15.B. (U) [RESCIND]

3.D.15.B.1. THROUGH 3.D.15.B.1.H. (U) NO CHANGE.

3.D.15.B.2. (U) [RESCIND]

3.D.15.B.2.A. (U) [RESCIND]

3.D.15.B.2.B. (U) [RESCIND]

3.D.15.B.2.C. (U) [RESCIND]

3.D.15.B.2.C.1 (U) [RESCIND]

3.D.15.B.2.C.2 (U) [RESCIND]

3.D.15.B.2.C.3 (U) [RESCIND]

3.D.15.B.2.D. THROUGH 3.D.15.B.3.J. (U) NO CHANGE.

3.D.15.B.3.K. (U) [CHANGE TO READ] SOLDIERS WHO ARE FLAGGED IN
ACCORDANCE WITH ANNEX YYY WILL NOT PCS.

3.D.15.B.3.K.1. (U) [RESCIND]

3.D.15.B.3.K.2. (U) [RESCIND]

3.D.15.B.3.K.2.A. (U) [RESCIND]

3.D.15.B.3.K.2.B. (U) [RESCIND]

3.D.15.B.3.K.2.C. (U) [RESCIND]

3.D.15.B.3.K.3. (U) [RESCIND]

3.D.15.B.3.K.3.A. (U) [RESCIND]

3.D.15.B.3.K.4. (U) [RESCIND]

## UNCLAS CUI

## UNCLAS CUI

3.D.15.B.3.K.6. (U) [RESCIND]

3.D.15.B.3.K.6. (U) [RESCIND]

3.D.15.B.4. THROUGH 3.D.15.B.6. (U) NO CHANGE.

3.D.15.C. (U) [RESCIND]

3.D.15.C.1. (U) [RESCIND]

3.D.15.C.2. (U) [RESCIND]

3.D.15.C.3. (U) [RESCIND]

3.D.15.C.4. (U) [RESCIND]

3.D.15.D. THROUGH 3.D.18.A. (U) NO CHANGE.

3.D.19. (U) [RESCIND]

3.D.19.A. (U) [RESCIND]

3.D.20. (U) [RESCIND]

3.D.20.A. THROUGH 3.D.25. (U) NO CHANGE.

3.D.26. (U) [CHANGE TO READ] COMMANDERS AND SUPERVISORS WILL READ AND

COMPLY WITH ANNEX MMMMM, CONSOLIDATED DEPARTMENT OF DEFENSE
CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTION GUIDANCE   REVISION
4, FOR ALL FORCE HEALTH PROTECTION POLICIES AND PROCEDURES.

3.D.27. THROUGH 3.D.32. (U) NO CHANGE.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (CUI) SIGNAL.

5.B.1. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 POINTS OF
CONTACT (POC). HQDA COVID 19 OPT AT USARMY.PENTAGON.HQDA DCS G 3 5
7.MBX.COVID OPT@ARMY.MIL.

5.B.1.A. (CUI) G 1 POC IS USARMY.PENTAGON.HQDA.MBX.PCCIMA04@ARMY.MIL,

(703) 697 4246.

5.B.1.B. (CUI) G 2 POC IS MR. MATTHEW ROGERS,
MATTHEW.D.RODGERS5.CIV@ARMY.MIL, (703) 695 1394.

5.B.1.C. (CUI) G 4 POCS ARE LTC RAY JAKLITSCH JR. (MEDLOG TF),
RAYMOND.F.JAKLITSCH2.MIL@ARMY.MIL, (703) 693 6704 OR ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614 2159.

5.B.1.D. (CUI) LABORATORY RESPONSE NETWORK POC IS COL MICHAEL
BUKOVITZ, RHC E LABORATORY CONSULTANT,
MICHAEL.A.BUKOVITZ.MIL@HEALTH.MIL, (314) 590 8178.

## UNCLAS CUI

# UNCLAS CUI

PAGE 8 OF 13

5.B.1.E. (CUI) USAMEDCOM PUBLIC HEALTH POCS IS COL RICK CHAVEZ,
RODRIGO.CHAVEZ5.MIL@HEALTH.MIL, (703) 681 3017 OR COL
BENJAMIN PALMER, BENJAMIN.N.PALMER.MIL@HEALTH.MIL, (703) 681 2424.

5.B.1.F. (CUI) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,

STEVEN.B.CERSOVSKY.CIV@HEALTH.MIL, (410) 436 4311.

5.B.1.G. (CUI) MR PUBLIC AFFAIRS POC IS MR. BRYCE DUBEE,
BRYCE.S.DUBEE.CIV@ARMY.MIL, (703) 545 7469.

5.B.1.H. (CUI) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ MICHAEL
PETRUSIC, MICHAEL.PETRUSIC.MIL@ARMY.MIL, (703) 614 4281.

5.B.1.I. (CUI) ARMY NATIONAL GUARD POC IS LTC MATTHEW PAQUIN,
MATTHEW.R.PAQUIN.MIL@ARMY.MIL, (703) 607 5581.

5.B.1.J. (CUI) UNITED STATES ARMY RESERVE POCS MAJ CHARLES VINEY,
CHARLES.P.VINEY.MIL@ARMY.MIL, (703) 806 7790 OR LTC ROBERT KURTTS,
ROBERT.L.KURTTS.MIL@ARMY.MIL, (703) 614 5271.

5.B.1.K. (CUI) OFFICE OF THE SURGEON GENERAL POC IS COL KEVIN
MAHONEY,
KEVIN.J.MAHONEY.MIL@HEALTH.MIL, (703) 681 4655.

5.B.1.L. (CUI) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT
AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL,
(703) 614 1680.

5.B.1.M. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY CIVILIAN PERSONNEL
(DASA CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL,

(703) 344 8047.

5.B.1.N. (CUI) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE

ASSISTANT TO THE SECRETARY OF THE ARMY POC: USARMY.BELVOIR.HQDA
OAA.MBX.ARMY HQDA CONFERENCES INBOX@ARMY.MIL.

5.B.1.O. (CUI) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION,
LOGISTICS
AND TECHNOLOGY) POC IS COL JONATHAN ALLEN,
JONATHAN.E.ALLEN10.MIL@ARMY.MIL, (703) 614 3177.

5.B.1.P. (CUI) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY MILITARY PERSONNEL
(DASA MP) POC IS COL JON A. CLAUSEN, JON.A.CLAUSEN.MIL@ARMY.MIL,
(703)
697 4665, AND MS. FRANCES RIVERA, FRANCES.A.RIVERA2.CIV@ARMY.MIL,
(703) 693 1909.

5.B.1.Q. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.R. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
ORONAVIRUS%20(COVID 19).ASPX

# UNCLAS CUI

## UNCLAS CUI

SIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
GE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.DOMS OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.AOC DOMS TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS
FORMALLY RESCINDED OR SUPERSEDED.


ATTACHMENTS:
ANNEX A   [RESCINDED]
ANNEX B   [RESCINDED]
ANNEX C   COVID 19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D   [RESCIND]
ANNEX E   [RESCINDED]
ANNEX F   [RESCINDED]
ANNEX G   [RESCINDED]
ANNEX H   [RESCINDED]
ANNEX I   [RESCINDED]
ANNEX J   IMPLEMENTATION OF REQUIRED COVID 19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K   TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L   DOD COVID TASK FORCE, COVID 19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M   CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED
COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N   DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O   [RESCINDED]
ANNEX P   DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE
19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q   UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD
CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS," 31 DECEMBER 2020.

ANNEX R   SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE
LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS,"
03 JUNE 2021.
ANNEX S   [RESCINDED]
ANNEX T   [RESCINDED]
ANNEX U   SECRETARY OF ARMY MEMORANDUM, "USE OF MASKS AND DELEGATION
OF AUTHORITY TO GRANT EXCEPTIONS," 24 FEBRUARY 2021.
ANNEX V   [RESCINDED]
ANNEX W   POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X   UNDER SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES," 07
MAY
2021.
ANNEX Y   UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND

## UNCLAS CUI

**UNCLAS CUI**

ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z    [RESCINDED]
ANNEX AA    [RESCINDED]
ANNEX BB    [RESCINDED]
ANNEX CC    CDC GUIDANCE FOR IMPLEMENTING COVID 19 PREVENTION
STRATEGIES, 27 JULY 2021.
ANNEX DD    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1419, "
(J&J) JANSSEN COVID 19 VACCINE SHELF LIFE EXTENSION," 28 JULY 2021.
ANNEX EE    COVID 19 VACCINATION REQUIREMENT REPORT.
ANNEX FF    [RESCINDED]
ANNEX GG    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1463,
"PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21  1425,
"UPDATED COVID 19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.
ANNEX II    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1454,
"ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,"
13 AUGUST 2021.
ANNEX JJ    ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS)
MEMORANDUM,
"MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER BIONTECH
COVID 19 AND COMIRNATY COVID 19 VACCINES," 14 SEPTEMBER 2021.
ANNEX KK    [RESCIND]
ANNEX LL    VACCINE INFORMATION FACT SHEET.
ANNEX MM    [RESCINDED]
ANNEX NN    SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO    SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP    EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING
VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ    EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR    ABBOTT BINAXNOW COVID 19 AG CARD PRODUCT EXPIRY UPDATE,
MAY
2021.
ANNEX SS    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
PFIZER BIONTECH/COMIRNATY COVID 19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW    MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID 19 VACCINE, MRNA) AND PFIZER
BIONTECH COVID 19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID
19), 27 SEPTEMBER 2021.
ANNEX XX    REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY    COVID 19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ    PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA    REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID 19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB    ARMY DIRECTIVE 2021 33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC    SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD    SAFER FEDERAL WORKFORCE TASK FORCE, COVID 19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED

**UNCLAS CUI**

# UNCLAS CUI

10 NOVEMBER 2021.
ANNEX EEE   [RESCINDED]
ANNEX FFF   OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
ANNEX GGG   [RESCINDED]
ANNEX HHH   DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
ANNEX III   ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS
MEMORANDUM, "UPDATED GUIDANCE ON CO ADMINISTRATION OF CORONAVIRUS
DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ   UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND
BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK   [RESCINDED].
ANNEX LLL   MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1613,
"DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM   DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE,
"COVERAGE FOR INJURIES RESULTING FROM THE COVID 19 VACCINATION
MANDATE
FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)

  REVISION 2   DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE

2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION
VERIFICATION," 8 NOVEMBER 2021.
ANNEX OOO   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G 1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (#
2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID 19
VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY
COVID 19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX PPP   DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO
THE COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ   DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE
COVID 19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR   OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER

AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR
NON USMEPCOM ACCESSIONS," 22 OCTOBER 2021.
ANNEX SSS   DEFENSE LOGISTICS AGENCY, "COVID 19 HOME TEST KITS
ORDERING PROCEDURES," 19 NOVEMBER 2021.
ANNEX TTT   MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF
UNVACCINATED PERSONNEL."
ANNEX UUU   ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR
EMPLOYEE PURCHASED COVID 19 SELF TESTS."
ANNEX VVV   [RESCIND]
ANNEX WWW   [RESCIND]
ANNEX XXX   [RESCIND]
ANNEX YYY   SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO
CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ   [RESCIND]
ANNEX AAAA   [RESCINDED]
ANNEX BBBB   COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.
ANNEX CCCC   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
ACKNOWLEDGEMENT OF RECEIPT OF REQUEST FOR EXEMPTION FROM THE COVID 19

# UNCLAS CUI

**A084**

# UNCLAS CUI

PAGE 12 OF 13

VACCINATION REQUIREMENT (NAME OF EMPLOYEE)."
ANNEX DDDD   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE ORDER, MANDATORY CORONAVIRUS 19(COVID 19) TESTING."
ANNEX EEEE   ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE

AFFAIRS, ASSISTANT G 1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID 19 VACCINATION REQUIREMENT, "SUBJECT:
COUNSELING AND EDUCATION PERIOD NOTIFICATION, MANDATORY COVID 19
VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX FFFF   [RESCINDED]
ANNEX GGGG   [RESCINDED]
ANNEX HHHH   ARMY COVID 19 VACCINATION EXEMPTION REPORT.
ANNEX IIII   [RESCIND]
ANNEX JJJJ   IMPACT ASSESSMENT INSTRUCTIONS FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX KKKK   IMPACT ASSESSMENT TEMPLATE FOR CIVILIAN EXEMPTION
REQUESTS.
ANNEX LLLL   [RESCINDED]
ANNEX MMMM   SECRETARY OF THE ARMY DIRECTIVE 2022 02 (PERSONNEL
ACTIONS FOR ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION
ORDER AND ACCESSION REQUIREMENTS FOR UNVACCINATED INDIVIDUALS), 31
JANUARY 2022.
ANNEX NNNN   ALARACT 009/2022, "EXECUTION GUIDANCE FOR ACCESSIONS AND

ACTIVE DUTY SOLDIERS WHO REFUSE THE COVID 19 VACCINATION ORDER," 2
FEBRUARY 2022.
ANNEX OOOO   [RESCINDED]
ANNEX PPPP   UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)
MEMORANDUM, "GUIDANCE ON ELIGIBILITY FOR A CORONAVIRUS DISEASE 2019
VACCINE BOOSTER DOSE," 17 DECEMBER 2021.
ANNEX QQQQ   [RESCINDED]
ANNEX RRRR   [RESCINDED]
ANNEX SSSS   SOLDIER COVID 19 ADMINISTRATIVE ACTION QUICK REFERENCE
CARD.
ANNEX TTTT   DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON)
IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.
ANNEX UUUU   DELEGATION OF AUTHORITY FOR CONSOLIDATED DEPARTMENT OF
DEFENSE CORONAVIRUS DISEASE 2019 FORCE HEALTH PROTECTIONS GUIDANCE,
25
MAY 2022.
ANNEX VVVV   [RESCINDED]
ANNEX WWWW   ASD(HA) MANDATORY VACCINATION USING THE MODERNA AND
SPIKEVAX COVID 19 VACCINES, 03 MAY 22.
ANNEX XXXX   [RESCINDED]
ANNEX YYYY   INFORMATION REGARDING AVAILABLE COVID 19 VACCINE OPTIONS.
ANNEX ZZZZ   UNVACCINATED SOLDIERS INTENDING TO RECEIVE THE NOVAVAX
VACCINE REPORT.
ANNEX AAAAA   INFORMATION PAPER ON THE NOVAVAX COVID 19 VACCINE FOR
MEDICAL PROVIDERS.
ANNEX BBBBB   MMQC 22 1365 NOVAVAX.
ANNEX CCCCC   COVID 19 VACCINATION OPTIONS FLYER.
ANNEX DDDDD   [RESCIND]
ANNEX EEEEE   ENCL 1 FINAL LITIGATION HOLD ORDER REMINDER.
ANNEX FFFFF   COVID LITIGATION HOLD UPDATE.
ANNEX GGGGG   MMQC 22 1463 BIVALENT BOOSTERS.
ANNEX HHHHH   IP BIVALENT VACCINE BOOSTERS.
ANNEX IIIII   UNDER SECRETARY OF THE ARMY UPDATED GUIDANCE ON
OFFICIAL
TRAVEL DATED, 17 OCT 2022.

# UNCLAS CUI

**UNCLAS CUI**

```
ANNEX JJJJJ   [RESCIND]
ANNEX KKKKK   SAMPLE DA FORM 4856 FOR TRANSFERRED RAR.
ANNEX LLLLL   SECRETARY OF DEFENSE MEMO COVID VAX MANDATE RESCISSION

10 JAN 2023.
ANNEX MMMMM   [ADD] CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS
DISEASE 2019 FORCE HEALTH PROTECTION GUIDANCE   REVISION 4.
BT
#3795




NNNN
Received  rom AUTODIN 021956Z Feb 23
```

**UNCLAS CUI**

**DEPUTY SECRETARY OF DEFENSE**
**1010 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1010**

FEB 2 4 2023

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                  COMMANDERS OF THE COMBATANT COMMANDS
                  DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Guidance for Implementing Rescission of August 24, 2021 and November 30, 2021
             Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed
             Forces

       In today's rapidly changing global security environment, vaccines continue to play a
critical role in assuring a ready and capable force that is able to rapidly deploy anywhere in the
world on short notice. Department leadership is committed to ensuring the safety of our Service
members and will continue to promote and encourage vaccinations for all Service members
along with continued use of other effective mitigation measures. This includes monitoring
changing public health conditions, relevant data, and geographic risks; and updating policies and
processes as required to maintain the strategic readiness of our forces and our ability to defend
national security interests around the globe.

       This memorandum provides additional guidance to ensure uniform implementation of
Secretary of Defense Memorandum, "Rescission of the August 24, 2021 and November 30, 2021
Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces,"
January 10, 2023 (January 10, 2023 memorandum).

       As required by section 525 of the James M. Inhofe National Defense Authorization Act
for Fiscal Year 2023, the January 10, 2023 memorandum rescinded the August 24, 2021 and
November 30, 2021 Secretary of Defense mandates that members of the Armed Forces be
vaccinated against the coronavirus disease 2019 (COVID-19) and thereby also rendered all DoD
Component policies, directives, and guidance implementing those vaccination mandates as no
longer in effect as of January 10, 2023. These include, but are not limited to, any COVID-19
vaccination requirements or related theater entry requirements and any limitations on
deployability of Service members who are not vaccinated against COVID-19.

       DoD Component policies, directives, and guidance have not been operative since the
January 10, 2023 memorandum was issued, regardless of the status of the DoD Component
conforming guidance. DoD Component heads shall formally rescind any such policies,
directives, and guidance as soon as possible, if they have not done so already. DoD Component
heads shall certify to the Under Secretary of Defense for Personnel and Readiness in writing that
these actions have been completed no later than March 17, 2023.

       The January 10, 2023 memorandum recognizes that other standing Departmental policies,
procedures, and processes regarding immunizations remain in effect, including the ability of
commanders to consider, as appropriate, the individual immunization status of personnel in
making deployment, assignment, and other operational decisions, such as when vaccination is

OSD001649-23/CMD002077-23

**A087**

required for travel to, or entry into, a foreign nation. This continues to be the case, in accordance with the guidance below.

The Department's Foreign Clearance Guide will be updated to reflect that DoD personnel must continue to respect any applicable foreign nation vaccination entry requirements, including those for COVID-19. Other than to comply with DoD Foreign Clearance Guidance, DoD Component heads and commanders will not require a Service member or group of Service members to be vaccinated against COVID-19, nor consider a Service member's COVID-19 immunization status in making deployment, assignment, and other operational decisions, absent establishment of a new immunization requirement in accordance with the process described below. It is my expectation that any requests to the Assistant Secretary of Defense for Health Affairs (ASD(HA)) for approval to initiate mandatory immunizations of personnel against COVID-19 will be made judiciously and only when justified by compelling operational needs and will be as narrowly tailored as possible.

Department of Defense Instruction (DoDI) 6205.02, "DoD Immunization Program," July 23, 2019, will be updated as follows to establish a process requiring the Secretary of a Military Department, the Director of a Defense Agency or DoD Field Activity that operates medical clinics, or the Commandant of the Coast Guard, to submit a request for approval to initiate, modify, or terminate mandatory immunizations of personnel. Effective immediately, I direct the following action:

Paragraph 2.11. of DoDI 6205.02 is revised by adding a new subsection g., which will read:

"Submit requests to the ASD(HA) for approval to initiate, modify, or terminate mandatory immunizations of personnel and voluntary immunizations of other eligible beneficiaries determined to be at risk from the effects of deliberately released biological agents or naturally occurring infectious diseases of military or national importance."

The Commander of a Combatant Command must submit a request for approval to initiate, modify, or terminate mandatory immunizations of personnel through the Joint Staff, consistent with existing processes specified in DoDI 6205.02.

The Director of Administration and Management will make the revision directed above as a conforming change to the version of DoDI 6205.02 published on the DoD Issuances website.

2

A088



**SECRETARY OF THE ARMY**
**WASHINGTON**

2 4 FEB 2023

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT:  Army Policy Implementing the Secretary of Defense Coronavirus Disease 2019 (COVID-19) Vaccination Mandate Rescission

1.  References. See enclosure 1.

2.  On 10 Jan 23, the Secretary of Defense rescinded the COVID-19 vaccination mandate across the Department of Defense (DoD).  Accordingly, I hereby rescind all Department of the Army policies specifically associated with the implementation of the COVID-19 vaccination mandate.  This includes rescinding references d, e, f, g, h, and i.

3.  No currently serving Soldier[1] shall be separated based solely on their refusal to receive the COVID-19 vaccine if they sought an exemption on religious, administrative, or medical grounds.  I want to reinforce that the Department of the Army will:

   a.  Cease any ongoing reviews of current Soldiers' religious, administrative, or medical exemption requests if those requests are solely for the COVID-19 vaccine. These specific pending requests are deemed resolved through the elimination of the COVID-19 vaccination mandate.

   b.  Update the records of Soldiers who requested an exemption for the COVID-19 vaccine to remove or correct any adverse actions associated with denials of such requests, as well as favorably remove any flags associated with those adverse actions.

   c.  No longer require the COVID-19 vaccine for accessions.  Those currently in, or seeking admission to pre-commissioning programs, are no longer required to receive the COVID-19 vaccine.

   d.  In addition to the elimination of travel restrictions directed in reference c, remove any remaining travel restrictions based solely on COVID-19 vaccination status. Other standing Department of the Army policies, procedures, and processes regarding immunization and travel remain in effect, including combatant command, country clearance, and theater entry specific requirements.

---

[1] For the purposes of this policy, the term Soldier refers to Soldiers currently serving in the Regular Army (RA), Army National Guard (ARNG) / Army National Guard of the United States (ARNGUS), and U.S. Army Reserve (USAR); cadets at the United States Military Academy (USMA); cadet candidates at the United States Military Academy Preparatory School (USAMPS); and cadets in the Senior Reserve Officers' Training Corps (SROTC).

SUBJECT:  Army Policy Implementing the Secretary of Defense Coronavirus Disease 2019 (COVID-19) Vaccination Mandate Rescission

4.  To prevent any inconsistent disciplinary action based on past actions during the pandemic, I continue to withhold the authority to impose any non-judicial and judicial actions based solely on a Soldier's refusal to receive the COVID-19 vaccine while the mandate was in effect.

5.  Furthermore, I am issuing the following guidance for updating the records and adjudicating pending exemption requests for Soldiers who sought an exemption.

    a.  Completed / Denied Exemption Requests.  Personnel records for Soldiers who sought, but were denied, an exemption on religious, administrative, or medical grounds to the COVID-19 vaccination requirement will be updated as follows:

        (1)   Pending Separations.  Effective immediately, Commanders will rescind all pending involuntary separation actions pursuant to reference d.  The Soldier's flag (Flag Code B) will be closed as *favorable*.

        (2)   Suspension of Favorable Actions (Flags).  Effective immediately, U.S. Army Human Resource Command (HRC), in coordination with the Deputy Chief of Staff G-1 (DCS G-1) will *favorably* close the flag for Soldiers who sought an exemption and are flagged (Flag Code A) for failure to comply with the lawful order to receive the COVID-19 vaccination.

        (3)   General Officer Memoranda of *Reprimand* (GOMOR).  Effective immediately, HRC, in coordination with DCS G-1, will remove GOMORs from a Soldier's Army Military Human Resource Record (AMHRR) if the GOMOR was issued for the failure to comply with the lawful order to receive the COVID-19 vaccine and the Soldier previously sought an exemption.

        (a)   Filing authorities will immediately withdraw and destroy locally filed GOMORs issued for the failure to comply with the lawful order to receive the COVID-19 vaccine for Soldiers who previously sought an exemption.

        (b)   GOMORs that have been issued for the failure to comply with the lawful order to receive the COVID-19 vaccine where the Soldier previously sought an exemption, but are not yet filed, will be rescinded.

        (4)   Bars to Continued Service.  Effective immediately, HRC, in coordination with DCS G-1, will remove all bars to continued service if the bar was based on the Soldier's failure to comply with the lawful order to receive the COVID-19 vaccination and the Soldier previously sought an exemption.

        (5)   Evaluation Reports.  Within 30 days of the publication of this policy, HRC, in coordination with DCS G-1, will contact the Soldier and their rating chain if a negative

2

**A090**

SUBJECT:  Army Policy Implementing the Secretary of Defense Coronavirus Disease 2019 (COVID-19) Vaccination Mandate Rescission

evaluation report was based on the Soldier's failure to comply with the lawful order to receive the COVID-19 vaccine and the Soldier previously sought an exemption.

 (a)   Soldiers, working with their rating chain, will determine if the evaluation should be maintained, modified, or removed from Soldier's AMHRR to achieve the most advantageous outcome for the Soldier.

 (b)   For evaluations that are pending but not yet filed, rating officials will remove annotations documenting vaccine refusal that were included in the evaluation pursuant to reference d.

 (6)   Adverse Actions Referencing Additional Misconduct.  As stated above, HRC, in coordination with DCS G-1, will update personnel records to remove all adverse actions for Soldiers who sought, but were denied, an exemption on religious, administrative, or medical grounds to the COVID-19 vaccination requirement.  If the adverse action was taken due to other instances of misconduct, Commanders may initiate adverse actions based on the other misconduct not associated with the failure to comply with the lawful order to receive the COVID-19 vaccine.

 (7)   Reporting.  Within 45 days of the publication of this policy, HRC will report the actions taken to update Soldiers' personnel records.  The General Court Martial Convening Authority (GCMCA) or equivalent authority will validate the report within 15 days of receipt from HRC.  Soldiers who were inadvertently excluded in the report will notify their GCMCA.

 b.  Pending Exemption Requests.  Rescission of the DoD COVID-19 vaccination mandate eliminates the need for the Army to adjudicate pending exemption requests based on religious, administrative, or medical grounds.

 (1)   Notification.  Within 30 days of the publication of this policy, the Office of the Surgeon General (OTSG), in coordination with the Assistant Secretary of the Army (Manpower and Reserve Affairs) (ASA(M&RA)), will notify Soldiers who sought an exemption (or appealed a denied exemption) solely for the COVID-19 vaccination mandate that no further action will be taken.  The Soldier will be notified through the GCMCA or equivalent authority that submitted the request. Commanders will notify each Soldier in writing within seven days of receipt of notification.

 (2)   Multiple Vaccine Exemption Requests.  Within 30 days of the effective date of this policy, Soldiers who sought exemption to other mandatory vaccines along with their request for exemption from the COVID-19 vaccine must resubmit their request if they continue to seek an exemption from the other vaccines.

 (a)   Soldiers who submitted multiple vaccine exemption requests did not consistently provide information related to non-COVID vaccine requests. To ensure fair

3

**A091**

SUBJECT:  Army Policy Implementing the Secretary of Defense Coronavirus Disease 2019 (COVID-19) Vaccination Mandate Rescission

and expeditious processing of these requests, request for exemption should be specific to the vaccine and must address how receipt of each vaccine substantially burdens the Soldier's exercise of religion.

(b)   To expedite the process, Soldiers are not required to receive additional counseling or training/education by a Chaplain or Medical Provider if the request is re-submitted within 30 days of notification. The new request must otherwise comply with the existing processes contained in Army Regulation (AR) 600-20, *Army Command Policy*, Appendix P-2.

(c)   Commanders will ensure resubmissions are processed within 30 days. Commanders have the authority to determine if a new command recommendation is warranted based on the information in the request.

(3)  Reporting.  On a monthly basis, GCMCAs or equivalent authorities will report the number of Soldiers notified and the projected number of resubmissions.  OTSG will validate and report the number of exemption requests and appeals adjudicated to include the number of approvals and denials in each category.

6.  Former Soldiers may petition the Army Discharge Review Board and the Army Board for Correction of Military Records to request corrections to their personnel records, including records regarding the characterization of their discharge.

7.  Additional Army policy and guidance to effect this rescission and implement DoD policy will be issued by the Assistant Secretary of the Army (Manpower and Reserve Affairs) as necessary and appropriate.

8.   I am proud of the efforts the Department of the Army has taken to respond to the COVID-19 pandemic. We will continue to promote and encourage COVID-19 vaccination for all personnel to ensure readiness, facilitate mission accomplishment, and protect our force.

Encls                                          Christine E. Wormuth

DISTRIBUTION:
Principal Officials of Headquarters, Department of the Army
Commander
    U.S. Army Forces Command
    U.S. Army Training and Doctrine Command
(CONT)

4

**A092**

SUBJECT: Army Policy Implementing the Secretary of Defense Coronavirus Disease 2019 (COVID-19) Vaccination Mandate Rescission

DISTRIBUTION: (CONT)
    U.S. Army Materiel Command
    U.S. Army Futures Command
    U.S. Army Pacific
    U.S. Army Europe and Africa
    U.S. Army Central
    U.S. Army North
    U.S. Army South
    U.S. Army Special Operations Command
    Military Surface Deployment and Distribution Command
    U.S. Army Space and Missile Defense Command/Army Strategic Command
    U.S. Army Cyber Command
    U.S. Army Medical Command
    U.S. Army Intelligence and Security Command
    U.S. Army Corps of Engineers
    U.S. Army Military District of Washington
    U.S. Army Test and Evaluation Command
    U.S. Army Human Resources Command
Superintendent, U.S. Military Academy
Commandant, U.S. Army War College
Director, U.S. Army Civilian Human Resources Agency
Executive Director, Military Postal Service Agency
Superintendent, Arlington National Cemetery
Director, U.S. Army Acquisition Support Center

CF:
Principal Cyber Advisor
Director of Business Transformation
Commander, Eighth Army

A093

# REFERENCES

a.  Section 525 of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023.

b.  Secretary of Defense memorandum (Rescission of August 24, 2021, and November 30, 2021, Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces), 10 January 2023.

c.  Consolidated Department of Defense Coronavirus Disease 2019 Force Health Protection Guidance, Revision 4, 30 January 2023.

d.  Army Directive 2022-02 (Personnel Actions for Active-Duty Soldiers Who Refuse the COVID-19 Vaccination Order and Accession Requirements for Unvaccinated Individuals), 31 January 2022.

e.  Secretary of the Army Memorandum (Flagging and Bars to Continued Service of Soldiers Who Refuse the COVID-19 Vaccination Order), 16 November 2021.

f.  Secretary of the Army Memorandum (Unvaccinated Cadets at the United States Military Academy and United States Army Senior Reserve Officers' Training Corps), 14 December 2021.

g.  Secretary of the Army Memorandum (Delegation of Authority for Consolidated Department of Defense Coronavirus Disease 2019 Force Health Protection Guidance), 25 May 2022.

h.  Under Secretary of the Army Memorandum (Updated Guidance on Official Travel), 17 October 2022.

i.  All Army Activities (ALARACT) Message 009/2022 (Execution Guidance for Accessions and Active-Duty Soldiers Who Refuse the COVID-19 Vaccination Order), 2 February 2022.

j.  Army Regulation 600-8-2 (Suspension of Favorable Personnel Actions (FLAG)).

k.  Army Regulation 600-20 (Army Command Policy).

l.  Army Regulation 600-37 (Unfavorable Information).

m. Army Regulation 601-280 (Army Retention Program).

n.  Army Regulation 623-3 (Evaluation Reporting System).

Enclosure 1

**A094**

**UNCLAS CUI**

## HQDA EXORD 174-23 (part 1)

**Originator:** DA WASH NGTON DC

**DTG:** 071257Z Ma  23

**Prec:** P io ity

**To:** ARL NGTON NAT ONAL CEMETERY ARL NGTON VA, ARNG NGB COMOPS ARL NGTON VA, ARNG NGB J3 JOC WASH NGTON DC, ARNGRC ARL NGTON VA, ARNGRC WATCH ARL NGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUST N TX, CDR ATEC ABERDEEN PROV NG GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASK NG D V FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFF CER FT BRAGG NC, CDR MDW J3 FT MCNA R DC, CDR MDW JFHQ NCR FT MCNA R DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUST S VA, CDR TRADOC DCS G 3 5 7 OPNS CTR FT EUST S VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFF CER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDR NSCOM FT BELVO R VA, CDR NSCOM OC FT BELVO R VA, CDRMDW WASH NGTON DC, CDRUSACE WASH NGTON DC, CDRUSACYBER FT BELVO R VA, CDRUSACYBER G3 FT BELVO R VA, CDRUSACYBER G33 FT BELVO R VA, CDRUSAE GHT G3 CUROPS SEOUL KOR, CDRUSAE GHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFF CER FT BELVO R VA, CDRUSARPAC CG FT SHAFTER H , CDRUSARPAC FT SHAFTER H , COMDT USAWC CARL SLE BARRACKS PA, HQ  NETCOM FT SAM HOUSTON TX, HQ  NSCOM  OC FT BELVO R VA, HQ SDDC CMD GROUP SCOTT AFB  L, HQ SDDC OPS MSG CNTR SCOTT AFB  L, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASH NGTON DC, HQDA CSA WASH NGTON DC, HQDA EXEC OFF CE WASH NGTON DC, HQDA  MCOM OPS D V WASH NGTON DC, HQDA SEC ARMY WASH NGTON DC, HQDA SECRETAR AT WASH NGTON DC, HQDA SURG GEN WASH NGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASH NGTON DC, SMDC ARSTRAT CG ARL NGTON VA, SMDC ARSTRAT G3 ARL NGTON VA, SUPER NTENDENT USMA WEST PO NT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR DCS G33 OPERAT ONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER H , CDR USAREUR AF W ESBADEN GE, CDR SETAF AF V CENZA  T

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASH NGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASH NGTON DC, HQDA AOC G3 DAMO OD D R OPS READ AND MOB WASH NGTON DC

**Attachments:** HQDA EXORD 174 23 COV D 19 POST MANDATE RESC SS ON OPERAT ONS docx, ANNEX A  Sec eta y of Defe  se Me  o COV D Vax Ma  date Rescissio   10 JAN 2023 pdf, ANNEX B  Co  so idated DOD COV D 19 Fo  ce Hea t  P otectio  Guida  ce  Revisio  4, 30 JAN 2023 pdf

UNCLASSIFIED//

CUI//
CONTROLLED BY: HQDA DCS, G 3/5/7
CONTROLLED BY: DAMO OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC DANIEL D. HEFFNER 703 692 2804

SUBJECT: (CUI) HQDA EXORD 174 23 COVID 19 POST MANDATE RESCISSION
OPERATIONS//

(U) REFERENCES.

REF//A/ (U) DEPARTMENT OF DEFENSE INSTRUCTION 6200.02, "APPLICATION
OF
FOOD AND DRUG ADMINISTRATION RULES TO DEPARTMENT OF DEFENSE FORCE
HEALTH PROTECTION PROGRAM," 27 FEB 2008//
REF//B/ (U) DODI 6200.03 "PUBLIC HEALTH MANAGEMENT WITHIN THE DOD,"
28
MAR 2019//
REF//C/ (U) ARMY REGULATION 600 20, ARMY COMMAND POLICY, 24 FEB
2020//
REF//D/ (U) ARMY REGULATION 40 562, "IMMUNIZATIONS AND
CHEMOPROPHYLAXIS FOR THE PREVENTION OF INFECTIOUS DISEASES," 07 OCT
2013//

**UNCLAS CUI**

**UNCLAS CUI**

REF//E/ (U) ARMY REGULATION 40 61 MEDICAL LOGISTICS, 26 JAN 2005//
REF//F/ (U) ARMY REGULATION 600 77, ADMINISTRATIVE MANAGEMENT OF
WOUNDED, ILL, OR INJURED SOLDIERS, 05 MAR 2019//
REF//G/ (U) HQDA EXORD 225 21 COVID 19 STEADY STATE OPERATIONS, DTG
291631Z JUN 21 AND ALL FRAGOS (HEREBY RESCINDED)//
REF//H/ (U) UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

TEXAS, MEMORANDUM OPINION AND ORDER, FEDS FOR MEDICAL FREEDOM, ET
AL.,
PLAINTIFFS, V. JOSEPH R. BIDEN, JR., ET AL., DEFENDANTS, JAN 21,
2022//
REF//I/ (U) ALARACT 054/2022   RETENTION OF TEXT MESSAGES ON
GOVERNMENT FURNISHED EQUIPMENT, 09 AUG 2022//
REF//J/ (U) DODI 5015.02 DOD RECORDS MANAGEMENT PROGRAM, 24 FEB
2015//
REF//K/ (U) DODI 8170.01 ONLINE INFORMATION MANAGEMENT AND ELECTRONIC

MESSAGING, 02 JAN 2019//
REF//L/ (U) DODI 6205.02 DOD IMMUNIZATION PROGRAM, 23 JUL 2019//
REF//M/ (U) ARMY DIRECTIVE 2021 33   APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY MEDICAL AND ADMINISTRATIVE IMMUNIZATION EXEMPTIONS, 24
SEP 2021//
REF//N/ (U) DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO
ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021//
REF//O/ (U) SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION

OF AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021//


1. (U) SITUATION.

1.A. (U) THIS ORDER RESCINDS HQDA EXORD 225 21 AND ESTABLISHES A NEW
BASELINE FOR ARMY FORCE HEALTH PROTECTION WITH RESPECT TO COVID 19.
IT INCLUDES GUIDANCE REGARDING RESCISSION OF THE SERVICEMEMBER
VACCINE
MANDATE, CURRENT DOD FORCE HEALTH PROTECTION GUIDANCE, COVID
LITIGATION HOLD INSTRUCTIONS, AND COVID 19 OPERATIONAL PLANNING TEAM
TRANSITION TASKS. ARMY LEADERSHIP REMAINS COMMITTED TO ENSURING THE
SAFETY OF OUR SOLDIERS AND WILL CONTINUE TO PROMOTE AND ENCOURAGE
VACCINATIONS FOR ALL SERVICE MEMBERS ALONG WITH CONTINUED USE OF
OTHER
EFFECTIVE MITIGATION MEASURES.

1.B. (U) PURSUANT TO THE SECRETARY OF DEFENSE S RESCISSION OF THE DOD

COVID 19 VACCINATION MANDATE (ANNEX A), ON 24 FEBRUARY 2023 THE
SECRETARY OF THE ARMY RESCINDED ALL DEPARTMENT OF THE ARMY POLICIES
SPECIFICALLY ASSOCIATED WITH IMPLEMENTATION OF THE MANDATE (ANNEX D).

1.C. (U) THE UNDERSECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
(USD(P&R)) MEMORANDUM, "CONSOLIDATED DEPARTMENT OF DEFENSE
CORONAVIRUS
DISEASE 2019 FORCE HEALTH PROTECTION GUIDANCE   REVISION 4 (FHPG REV
4)(ANNEX B), IMPLEMENTS CURRENT HEALTH PROTECTION GUIDANCE.

2. (U) MISSION. COMMANDERS, ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU) IMPLEMENT

DOD COVID 19 VACCINE MANDATE RESCISSION GUIDANCE AND CURRENT FORCE
HEALTH PROTECTION MEASURES IN ORDER TO TRANSITION TO POST PANDEMIC

**UNCLAS CUI**

**UNCLAS CUI**

PAGE 3 OF 14

OPERATIONS.

3. (U) EXECUTION.

3.A. (U) COMMANDER S INTENT. THE PURPOSE OF THIS ORDER IS TO
ESTABLISH POST PANDEMIC COVID 19 GUIDANCE AND ESTABLISH NEW
EXPECTATIONS FOLLOWING COVID 19 VACCINE MANDATE RESCISSION.

3.A.1. (U) KEY TASKS:

3.A.1.A. (U) ASSURE THE FORCE S PROTECTION AGAINST COVID 19 BY
ENCOURAGING VACCINATION AND IMPLEMENTATION OF DOD FORCE HEALTH
PROTECTION GUIDANCE.

3.A.1.B. (U) EXECUTE AN ORDERLY AND RESPONSIBLE CLOSURE OF ALL
PENDING
COVID 19 VACCINE EXEMPTION REQUESTS AS WELL AS ENFORCEMENT ACTIONS.

3.A.1.C. (U) ESTABLISH EXPECTATIONS FOR FORCE HEALTH PROTECTION
BEHAVIOR IN THE WORKPLACE FOLLOWING RESCISSION OF THE COVID 19
VACCINATION MANDATE.

3.A.2. (U) END STATE: COVID 19 RESPONSIBILITIES ARE SUCCESSFULLY
TRANSITIONED TO APPROPRIATE HQDA STAFF, COMMANDS HAVE IMPLEMENTED
POST MANDATE RESCISSION GUIDANCE AND FORCE HEALTH PROTECTION
MEASURES,
AND THE ARMY HAS TRANSITIONED TO POST PANDEMIC OPERATIONS.

3.B. (U) CONCEPT OF THE OPERATION.

3.B.1. (U) READ AND COMPLY WITH ANNEX B, CONSOLIDATED DOD COVID 19
FORCE HEALTH PROTECTION GUIDANCE   REVISION 4.

3.B.2. (U) READ AND COMPLY WITH ANNEX C, DOD GUIDANCE FOR
IMPLEMENTING
RESCISSION OF COVID 19 VACCINATION REQUIREMENTS FOR MEMBERS OF THE
ARMED FORCES, 24 FEB 2023.

3.B.3. (U) READ AND COMPLY WITH ANNEX D, SECRETARY OF THE ARMY COVID
POLICIES RESCISSION MEMO, 24 FEB 2023. ANNEX D PROVIDES SPECIFIC
GUIDANCE RELATED TO THE ARMY S RESPONSE TO THE COVID 19 IN THE FOLLOWING
AREAS: VACCINATION EXEMPTION REQUESTS, ADVERSE ACTIONS AND PERSONNEL
RECORDS OF SOLDIERS WHO SOUGHT EXEMPTIONS, ACCESSIONS, AND TRAVEL.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU).

3.C.1.A. (U) COMMANDS WILL ADJUST THEIR HEALTH PROTECTION CONDITION
(HPCON) LEVEL IAW ANNEX B, FHPG REV 4.

3.C.1.A.1. (U) COMMANDS WILL SUBMIT CHANGES IN THEIR HPCON LEVEL TO
THE U.S. ARMY WATCH BY CCIR WITHIN 12 HOURS. SUBMIT TO U.S. ARMY
WATCH
AT: USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL.

3.C.1.B. (U) WITHIN 7 DAYS OF RECEIPT OF THE NOTICE DESCRIBED IN
PARAGRAPH 3.C.16.A. FROM OTSG, ACOM/ASCC/DRUS THROUGH GENERAL COURT
MARTIAL CONVENING AUTHORITIES (GCMCA) OR EQUIVALENT AUTHORITIES WILL
NOTIFY SOLDIERS WHO SOUGHT AN EXEMPTION (OR APPEALED A DENIED
EXEMPTION) SOLELY FOR THE COVID 19 VACCINATION MANDATE THAT NO

**UNCLAS CUI**

A097

## UNCLAS CUI

FURTHER
ACTION WILL BE TAKEN ON THEIR REQUESTS. NOTIFICATION WILL BE MADE IN
WRITING.

3.C.1.B.1. (U) COMMANDERS WILL REVIEW ANY RESUBMITTED REQUESTS FOR
EXEMPTION TO OTHER MANDATORY VACCINES FOR COMPLIANCE WITH AR 600 20
AND PROCESS RELIGIOUS ACCOMMODATION REQUESTS TO OTSG VIA ETMS2 WITHIN

30 DAYS OF RECEIPT. COMMANDERS MUST RESOLVE PACKET DEFICIENCIES
BEFORE
RESUBMISSION TO OTSG.

3.C.1.B.2. (U) NLT THE 5TH OF EACH MONTH, FROM APRIL AUGUST 2023,
ACOM/ASCC/DRUS WILL REPORT FOR ALL SUBORDINATE UNITS THE NUMBER OF
SOLDIERS NOTIFIED AND THE PROJECTED NUMBER OF SOLDIERS WHO WILL
RESUBMIT REQUESTS FOR OTHER MANDATORY VACCINATIONS TO OTSG USING
ANNEX
E (TOTAL SOLDIERS NOTIFIED AND RESUBMISSIONS).

3.C.1.B.2.A. (U) ANNEX E WILL BE EMAILED TO USARMY.NCR.HQDA
OTSG.MBX.MEDCOM OPS COVID 19 TASK FORCE MBO@HEALTH.MIL.

3.C.1.C. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT A COVID 19 VACCINE
EXEMPTION, ACOM/ASCC/DRUS, THROUGH GCMCAS OR EQUIVALENT AUTHORITIES,
WILL IMMEDIATELY RESCIND ANY GOMORS PENDING FILING DECISION, AND
WITHDRAW FROM SOLDIER FILES ANY LOCALLY FILED GOMORS ISSUED FOR
FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE COVID 19
VACCINE.

3.C.1.D. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION,
COMMANDERS WILL RESCIND ALL PENDING INVOLUNTARY SEPARATION ACTIONS
AND
FAVORABLY CLOSE THE SOLDIER S FLAG (FLAG CODE B) FOR FAILURE TO
COMPLY
WITH THE LAWFUL ORDER TO RECEIVE THE COVID 19 VACCINE.

3.C.1.E. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION,
COMMANDERS WILL ENSURE THAT RATING OFFICIALS REMOVE ANY ANNOTATIONS
IN
PENDING BUT NOT YET FILED EVALUATION REPORTS THAT ARE BASED ON A
SOLDIER S FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE
COVID 19 VACCINE.

3.C.1.F. (U) DISSEMINATE THE ADMINISTRATIVE ACTIONS VALIDATION REPORT

RECEIVED FROM HRC (AS DESCRIBED IN PARAGRAPH 3.C.21.C.) TO GCMCAS OR
EQUIVALENT AUTHORITIES.

3.C.1.F.1. (U) ACOM/ASCC/DRUS, THROUGH GCMCAS OR EQUIVALENT
AUTHORITIES, WILL VALIDATE THAT ALL REQUIRED ACTIONS TO UPDATE
PERSONNEL RECORDS FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION
HAVE
BEEN TAKEN WITHIN 15 DAYS OF RECEIPT OF THE VALIDATION REPORT IN
PARAGRAPH 3.C.21.C. FROM ACOM/ASCC/DRU G 1S.

3.C.1.F.2. (U) COMMANDERS WILL ENSURE THAT CURRENTLY SERVING SOLDIERS

WHO SOUGHT AN EXEMPTION AND WHO RECEIVED A NEGATIVE EVALUATION REPORT

BASED SOLELY ON FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE
THE
COVID 19 VACCINE BUT WERE NOT CONTACTED BY HRC EVALUATION APPEALS

## UNCLAS CUI

**UNCLAS CUI**

PAGE 5 OF 14

TEAM
FOR ASSISTANCE WITH RESOLUTION, WILL CONTACT THE EVALUATIONS BRANCH
APPEALS TEAM FOR ASSISTANCE.

3.C.1.F.2.A. (U) POINT OF CONTACT FOR EVALUATIONS APPEALS TEAM:
USARMY.KNOX.HRC.MBX.TAGD EVAL APPEALS@ARMY.MIL.

3.C.1.G. (U) IN COORDINATION WITH HRC, CLOSE FLAGS FOR SOLDIERS WHO
ARE CURRENTLY FLAGGED (FLAG CODE A) SOLELY PER THE PROVISIONS OF THE
RESCINDED 16 NOV 21 SECRETARY OF THE ARMY PRINCIPAL OFFICIAL GUIDANCE

"FLAGGING AND BARS TO CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE
COVID 19 VACCINATION ORDER." FLAGS IMPOSED PURSUANT TO AR 600 8 2
WILL
BE REMOVED WHEN APPROPRIATE UNDER SECTION 2 9 OF THAT REGULATION.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (USARNG).

3.C.2.A. (U) WITHIN 7 DAYS OF RECEIPT OF THE NOTICE DESCRIBED IN
PARAGRAPH 3.C.16.A. FROM OTSG, ACOM/ASCC/DRUS, THROUGH GCMCAS OR
EQUIVALENT AUTHORITIES, WILL NOTIFY SOLDIERS WHO SOUGHT AN EXEMPTION
(OR APPEALED A DENIED EXEMPTION) SOLELY FOR THE COVID 19 VACCINATION
MANDATE THAT NO FURTHER ACTION WILL BE TAKEN ON THEIR REQUESTS.
NOTIFICATION WILL BE MADE IN WRITING.

3.C.2.A.1. (U) COMMANDERS WILL REVIEW ANY RESUBMITTED REQUESTS FOR
EXEMPTION TO OTHER MANDATORY VACCINES FOR COMPLIANCE WITH AR 600 20
AND PROCESS RELIGIOUS ACCOMMODATION REQUESTS TO OTSG VIA ETMS2 WITHIN

30 DAYS OF RECEIPT. COMMANDERS MUST RESOLVE PACKET DEFICIENCIES
BEFORE
RESUBMISSION TO OTSG.

3.C.2.A.2. (U) NLT THE 5TH OF EACH MONTH, FROM APRIL AUGUST 2023,
REPORT THE NUMBER OF SOLDIERS NOTIFIED AND THE PROJECTED NUMBER OF
SOLDIERS WHO WILL RESUBMIT REQUESTS FOR OTHER VACCINATIONS TO OTSG
USING ANNEX E (TOTAL SOLDIERS NOTIFIED AND RESUBMISSIONS).

3.C.2.A.3. (U) ANNEX E WILL BE EMAILED TO USARMY.NCR.HQDA
OTSG.MBX.MEDCOM OPS COVID 19 TASK FORCE MBO@HEALTH.MIL.

3.C.2.B. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT A COVID 19 VACCINE
EXEMPTION, ACOM/ASCC/DRUS, THROUGH GCMCAS OR EQUIVALENT AUTHORITIES,
WILL IMMEDIATELY RESCIND ANY GOMORS PENDING FILING DECISION, AND
WITHDRAW FROM SOLDIER FILES ANY LOCALLY FILED GOMORS ISSUED FOR
FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE COVID 19
VACCINE.

3.C.2.C. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION,
COMMANDERS WILL RESCIND ALL PENDING INVOLUNTARY SEPARATION ACTIONS
AND
FAVORABLY CLOSE THE SOLDIER S FLAG (FLAG CODE B) FOR FAILURE TO
COMPLY
WITH THE LAWFUL ORDER TO RECEIVE THE COVID 19 VACCINE.

3.C.2.D. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION,
COMMANDERS WILL ENSURE THAT RATING OFFICIALS REMOVE ANY ANNOTATIONS
IN
PENDING BUT NOT YET FILED EVALUATION REPORTS THAT ARE BASED ON A
SOLDIER S FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE
COVID 19 VACCINE.

**UNCLAS CUI**

## UNCLAS CUI

PAGE 6 OF 14

3.C.2.E. (U) DISSEMINATE THE ADMINISTRATIVE ACTIONS VALIDATION REPORT

RECEIVED FROM HRC (AS DESCRIBED IN PARAGRAPH 3.C.21.C.) TO GCMCAS OR
EQUIVALENT AUTHORITIES.

3.C.2.F. (U) ARNG WILL VALIDATE THAT ALL REQUIRED ACTIONS TO UPDATE
PERSONNEL RECORDS FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION
HAVE
BEEN TAKEN WITHIN 15 DAYS OF RECEIPT OF THE VALIDATION REPORT IN
PARAGRAPH 3.C.21.C FROM HRC.

3.C.2.F.1. (U) COMMANDERS WILL ENSURE THAT CURRENTLY SERVING SOLDIERS

WHO SOUGHT AN EXEMPTION AND WHO RECEIVED A NEGATIVE EVALUATION REPORT

BASED SOLELY ON FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE
THE
COVID 19 VACCINE, BUT WERE NOT CONTACTED BY HRC, EVALUATION APPEALS
TEAM FOR ASSISTANCE WITH RESOLUTION, WILL CONTACT THE EVALUATIONS
BRANCH APPEALS TEAM FOR ASSISTANCE.

3.C.2.F.1.A. (U) POINT OF CONTACT FOR EVALUATIONS APPEALS TEAM:
USARMY.KNOX.HRC.MBX.TAGD EVAL APPEALS@ARMY.MIL.

3.C.2.G. (U) IN COORDINATION WITH HRC, CLOSE FLAGS FOR SOLDIERS WHO
ARE CURRENTLY FLAGGED (FLAG CODE A) SOLELY PER THE PROVISIONS OF THE
RESCINDED 16 NOV 21 SECRETARY OF THE ARMY PRINCIPAL OFFICIAL GUIDANCE

"FLAGGING AND BARS TO CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE
COVID 19 VACCINATION ORDER." FLAGS IMPOSED PURSUANT TO AR 600 8 2
WILL
BE REMOVED IAW THE REQUIREMENTS OF AR 600 8 2.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL UNITED

STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. (U) WITHIN 7 DAYS OF RECEIPT OF THE NOTICE DESCRIBED IN
PARAGRAPH 3.C.16.A. FROM OTSG, GCMCAS OR EQUIVALENT AUTHORITIES WILL
NOTIFY SOLDIERS WHO SOUGHT AN EXEMPTION (OR APPEALED A DENIED
EXEMPTION) SOLELY FOR THE COVID 19 VACCINATION MANDATE THAT NO
FURTHER
ACTION WILL BE TAKEN ON THEIR REQUESTS. NOTIFICATION WILL BE MADE IN
WRITING.

3.C.3.A.1. (U) COMMANDERS WILL REVIEW ANY RESUBMITTED REQUESTS FOR
EXEMPTION TO OTHER MANDATORY VACCINES PER COMPLIANCE WITH AR 600 20
AND PROCESS RELIGIOUS ACCOMMODATION REQUESTS TO OTSG VIA ETMS2 WITHIN

30 DAYS OF RECEIPT. COMMANDERS MUST RESOLVE PACKET DEFICIENCIES
BEFORE
RESUBMISSION TO OTSG.

3.C.3.A.2. (U) NLT THE 5TH OF EACH MONTH, FROM APRIL AUGUST 2023,
REPORT THE NUMBER OF SOLDIERS NOTIFIED AND THE PROJECTED NUMBER OF
SOLDIERS WHO WILL RESUBMIT REQUESTS FOR OTHER VACCINATIONS TO OTSG
USING ANNEX E (TOTAL SOLDIERS NOTIFIED AND RESUBMISSIONS).

3.C.3.A.3. (U) ANNEX E WILL BE EMAILED TO USARMY.NCR.HQDA
OTSG.MBX.MEDCOM OPS COVID 19 TASK FORCE MBO@HEALTH.MIL.

3.C.3.B. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT A COVID 19 VACCINE

## UNCLAS CUI

**UNCLAS CUI**

EXEMPTION, ACOM/ASCC/DRUS, THROUGH GCMCAS OR EQUIVALENT AUTHORITIES,
WILL IMMEDIATELY RESCIND ANY GOMORS PENDING FILING DECISION, AND
WITHDRAW FROM SOLDIER FILES ANY LOCALLY FILED GOMORS ISSUED FOR
FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE COVID 19
VACCINE.

3.C.3.C. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION,
COMMANDERS WILL RESCIND ALL PENDING INVOLUNTARY SEPARATION ACTIONS
AND
FAVORABLY CLOSE THE SOLDIER S FLAG (FLAG CODE B) FOR FAILURE TO
COMPLY
WITH THE LAWFUL ORDER TO RECEIVE THE COVID 19 VACCINE.

3.C.3.D. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION,
COMMANDERS WILL ENSURE THAT RATING OFFICIALS REMOVE ANY ANNOTATIONS
IN
PENDING BUT NOT YET FILED EVALUATION REPORTS THAT ARE BASED ON A
SOLDIER S FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE
COVID 19 VACCINE.

3.C.3.E. (U) DISSEMINATE THE ADMINISTRATIVE ACTIONS VALIDATION REPORT

RECEIVED FROM HRC (AS DESCRIBED IN PARAGRAPH 3.C.21.C.) TO GCMCAS OR
EQUIVALENT AUTHORITIES.

3.C.3.F. (U) USAR WILL VALIDATE THAT ALL REQUIRED ACTIONS TO UPDATE
PERSONNEL RECORDS FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION
HAVE
BEEN TAKEN WITHIN 15 DAYS OF RECEIPT OF THE VALIDATION REPORT IN
PARAGRAPH 3.C.21.C FROM HRC.

3.C.3.F.1. (U) COMMANDERS WILL ENSURE THAT CURRENTLY SERVING SOLDIERS

WHO SOUGHT AN EXEMPTION AND WHO RECEIVED A NEGATIVE EVALUATION REPORT

BASED SOLELY ON FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE
THE
COVID 19 VACCINE, BUT WERE NOT CONTACTED BY HRC, EVALUATION APPEALS
TEAM FOR ASSISTANCE WITH RESOLUTION, WILL CONTACT THE EVALUATIONS
BRANCH APPEALS TEAM FOR ASSISTANCE.

3.C.3.F.1.A. (U) POINT OF CONTACT FOR EVALUATIONS APPEALS TEAM:
USARMY.KNOX.HRC.MBX.TAGD EVAL APPEALS@ARMY.MIL.

3.C.3.G. (U) IN COORDINATION WITH HRC, CLOSE FLAGS FOR SOLDIERS WHO
ARE CURRENTLY FLAGGED (FLAG CODE A) SOLELY PER THE PROVISIONS OF THE
RESCINDED 16 NOV 21 SECRETARY OF THE ARMY PRINCIPAL OFFICIAL GUIDANCE

"FLAGGING AND BARS TO CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE
COVID 19 VACCINATION ORDER." FLAGS IMPOSED PURSUANT TO AR 600 8 2
WILL
BE REMOVED IAW THE REQUIREMENTS OF AR 600 8 2.

3.C.4. (U) COMMANDER, U.S. ARMY FORCES COMMAND (USAFORSCOM). TBD.

3.C.5. (U) COMMANDER, U.S. ARMY TRAINING AND DOCTRINE COMMAND
(USATRADOC). TBD.

3.C.6. (U) COMMANDER, U.S. ARMY MATERIEL COMMAND (USAMC). TBD.

3.C.7. (U) COMMANDER, U.S. ARMY FUTURES COMMAND (USAFC). TBD.

**UNCLAS CUI**

## UNCLAS CUI

3.C.8. (U) COMMANDER, U.S. ARMY CENTRAL (USARCENT). TBD.

3.C.9. (U) COMMANDER, U.S. ARMY EUROPE AND AFRICA (USAREUR AF). TBD.

3.C.10. (U) COMMANDER, U.S. ARMY NORTH (USARNORTH). TBD.

3.C.11. (U) COMMANDER, U.S. ARMY PACIFIC (USARPAC). TBD.

3.C.12. (U) COMMANDER, U.S. ARMY SOUTH (USARSOUTH). TBD.

3.C.13. (U) COMMANDER, U.S. ARMY CYBER COMMAND (USARCYBER). TBD.

3.C.14. (U) COMMANDER, U.S. ARMY SPACE AND MISSILE DEFENSE COMMAND (USASMDC). TBD.

3.C.15. (U) COMMANDER, MILITARY SURFACE DEPLOYMENT AND DISTRIBUTION COMMAND (SDDC). TBD.

3.C.16. (U) COMMANDER, U.S. ARMY MEDICAL COMMAND (USAMEDCOM).

3.C.16.A. (U) NLT 26 MAR 23, OTSG WILL NOTIFY THE GCMCAS (OR EQUIVALENT AUTHORITIES) OF SOLDIERS WHO SOUGHT AN EXEMPTION (OR APPEALED A DENIED EXEMPTION) SOLELY FOR COVID 19 VACCINATION MANDATE THAT NO FURTHER ACTION WILL BE TAKEN ON THE SOLDIERS  REQUESTS.

3.C.16.B. (U) OTSG WILL VALIDATE ANNEX E MONTHLY REPORTS ON THE NUMBER
OF SOLDIERS NOTIFIED AND THE PROJECTED NUMBER OF RESUBMISSIONS, AND REPORT CONSOLIDATED DATA TO ASA(M&RA).

3.C.17. (U) COMMANDER, MILITARY DISTRICT OF WASHINGTON (MDW). TBD.

3.C.18. (U) SUPERINTENDENT, U.S. MILITARY ACADEMY (USMA). TBD.

3.C.19. (U) COMMANDER, U.S. ARMY INTELLIGENCE AND SECURITY COMMAND (USINSCOM). TBD.

3.C.20. (U) COMMANDER, U.S. ARMY CRIMINAL INVESTIGATION COMMAND (USACIDC). TBD.

3.C.21. (U) COMMANDER, U.S. ARMY HUMAN RESOURCES COMMAND (USAHRC).

3.C.21.A. (U) EFFECTIVE IMMEDIATELY AND PURSUANT TO ANNEX D, HRC WILL

TAKE THE FOLLOWING ACTIONS WITH RESPECT TO CURRENTLY SERVING SOLDIERS:

3.C.21.A.1. (U) IN COORDINATION WITH COMMANDERS, CLOSE FLAGS FOR SOLDIERS WHO ARE CURRENTLY FLAGGED (FLAG CODE A) PER THE PROVISIONS OF
THE RESCINDED 16 NOV 21 SECRETARY OF THE ARMY PRINCIPAL OFFICIAL GUIDANCE "FLAGGING AND BARS TO CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID 19 VACCINATION ORDER." THESE FLAGS WILL BE CLOSED FAVORABLY FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION.

3.C.21.A.2. (U) REMOVE GOMORS FROM A SOLDIER S ARMY MILITARY HUMAN RESOURCE RECORD (AMHRR) IF THE GOMOR WAS ISSUED FOR THE FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE COVID 19 VACCINE AND THE SOLDIER PREVIOUSLY SOUGHT AN EXEMPTION.

3.C.21.A.3. (U) IN COORDINATION WITH COMMANDS, REMOVE BARS TO CONTINUED SERVICE IF THE BAR WAS BASED ON THE SOLDIER S FAILURE TO

## UNCLAS CUI

**UNCLAS CUI**

COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE COVID 19 VACCINE AND THE SOLDIER PREVIOUSLY SOUGHT AN EXEMPTION.

3.C.21.B. (U) CURRENTLY SERVING SOLDIERS, WHO SOUGHT AN EXEMPTION TO THE COVID 19 VACCINE AND WHO RECEIVED A NEGATIVE EVALUATION REPORT BASED SOLELY ON FAILURE TO COMPLY WITH THE LAWFUL ORDER TO RECEIVE THE
COVID 19 VACCINE, WILL BE CONTACTED BY HRC, EVALUATION APPEALS TEAM NLT 26 MARCH 2023 FOR ASSISTANCE WITH RESOLUTION.

3.C.21.B.1. (U) POINT OF CONTACT FOR EVALUATIONS POLICY TEAM:
USARMY.KNOX.HRC.MBX.TAGD EVAL POLICY@ARMY.MIL.

3.C.21.B.2. (U) POINT OF CONTACT FOR EVALUATIONS APPEALS TEAM:
USARMY.KNOX.HRC.MBX.TAGD EVAL APPEALS@ARMY.MIL.

3.C.21.C. (U) HRC WILL IMMEDIATELY FACILITATE UPDATE OF PERSONNEL RECORDS TO REMOVE ALL ADVERSE ACTIONS FOR SOLDIERS WHO SOUGHT, BUT WERE DENIED, AN EXEMPTION TO THE COVID 19 VACCINATION REQUIREMENT.

3.C.21.C.1. (U) NLT 10 APR 2023, HRC WILL REPORT ACTIONS TAKEN TO UPDATE PERSONNEL RECORDS FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION TO THE ACOM/ASCC/DRU G 1S FOR DISTRIBUTION AND VALIDATION TO
THE APPROPRIATE GCMCA OR EQUIVALENT AUTHORITY.

3.C.21.C.2. (U) HRC WILL CONTINUE TO UPDATE PERSONNEL RECORDS FOR SOLDIERS WHO REQUIRE ADDITIONAL UPDATES AS REPORTED BY ACOM/ASCC/DRUS

AS DESCRIBED IN PARAGRAPHS 3.C.1.F., 3.C.2.E., AND 3.C.3.E.

3.C.21.D. (U) ASSIGNMENT CONSIDERATION (ASCO) CODES. HRC WILL CENTRALLY REMOVE THE ASCO L4 "PENDING COVID 19 VACCINATION ACTION" AND
THE ASCO LE "APPROVED COVID 19 VACCINATION EXEMPTION" FOR REGULAR ARMY
SOLDIERS FROM THE INTEGRATED PERSONNEL AND PAY SYSTEM   ARMY (IPPS A).

3.C.22. (U) COMMANDER, U.S. ARMY CORPS OF ENGINEERS (USACE). TBD.

3.C.23. (U) COMMANDER, U.S. ARMY TEST AND EVALUATION COMMAND (USATEC).
TBD.

3.C.24. (U) DIRECTOR, U.S. ARMY ACQUISITION SUPPORT CENTER (USAASC).
TBD.

3.C.25. (U) COMMANDER, U.S. ARMY SPECIAL OPERATIONS COMMAND (USASOC).

TBD.

3.C.26. (U) COMMANDANT, U.S. ARMY WAR COLLEGE (USAWC). TBD.

3.C.27. (U) SUPERINTENDENT, ARLINGTON NATIONAL CEMETERY (ANC). TBD.

3.C.28. (U) DIRECTOR, CIVILIAN HUMAN RESOURCES AGENCY (CHRA). TBD.

3.C.29. (U) ASSISTANT SECRETARY OF THE ARMY, ACQUISITIONS, LOGISTICS AND TECHNOLOGY (ASA(ALT)). TBD.

3.C.30. (U) DEPUTY CHIEFS OF STAFF, HEADQUARTERS DEPARTMENT OF THE

**UNCLAS CUI**

PAGE 10 OF 14

ARMY (HQDA DCS).

3.C.30.A. (U) HQDA, DEPUTY CHIEF OF STAFF G 1 (DCS G 1).

3.C.30.A.1. (U) DCS G 1, WILL SUPPORT HRC WITH PARAGRAPHS 3.C.21.A.1.

THROUGH 3.C.21.C.1.

3.C.30.B. (U) HQDA, DEPUTY CHIEF OF STAFF G 4. TBD.

3.C.30.C. (U) HQDA, DEPUTY CHIEF OF STAFF G 6. TBD.

3.C.31. (U) DIRECTOR OF THE ARMY STAFF (DAS). TBD.

3.C.32. (U) ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS (ASA(M&RA)). TBD.

3.C.33. (U) ASSISTANT SECRETARY OF THE ARMY FOR FINANCIAL MANAGEMENT
AND COMPTROLLER (ASA(FM&C)). TBD.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. (U) THE SECRETARY OF THE ARMY WITHHOLDS THE AUTHORITY TO
IMPOSE
NONJUDICIAL AND JUDICIAL ACTIONS BASED SOLELY ON A SOLDIER S REFUSAL
TO RECEIVE THE COVID 19 VACCINE WHILE THE MANDATE WAS IN EFFECT.

3.D.2. (U) FOR SOLDIERS WHO PREVIOUSLY SOUGHT AN EXEMPTION,
COMMANDERS
WILL NOT INITIATE NEW ADVERSE ADMINISTRATIVE ACTIONS AND WILL RESCIND

ALL PENDING ADVERSE ACTIONS THAT ARE BASED ON FAILURE TO COMPLY WITH
THE LAWFUL ORDER TO RECEIVE THE COVID 19 VACCINE WHILE THE MANDATE
WAS
IN EFFECT. WHERE A RESCINDED ACTION WAS BASED ON MULTIPLE INSTANCES
OF
MISCONDUCT, COMMANDERS MAY INITIATE NEW ADVERSE ACTIONS BASED ON
OTHER
MISCONDUCT NOT ASSOCIATED WITH REFUSING THE COVID 19 VACCINATION
ORDER.

3.D.3. (U) O/A 15 MAR 2023, THE HQDA COVID 19 OPERATIONAL PLANNING
TEAM (OPT) WILL DISSOLVE AND COVID 19 RELATED STAFF RESPONSIBILITIES
WILL RETURN TO THE APPROPRIATE HQDA FUNCTIONAL STAFF IAW EXISTING
POLICY AND REGULATIONS.

3.D.4. (U) IAW ANNEX B, FHPG REV 4, INSTALLATION COMMANDERS MUST
CHANGE THE HPCON LEVEL NLT 2 WEEKS AFTER THE CDC COMMUNITY LEVEL HAS
BEEN ELEVATED, UNLESS THE INSTALLATION COMMANDER DOCUMENTS, IN
WRITING, A COMPELLING RATIONALE TO MAINTAIN CURRENT HPCON LEVEL AFTER

COORDINATION WITH THE INSTALLATION PUBLIC HEALTH EMERGENCY OFFICER.

3.D.4.A. (U) INSTALLATION COMMANDERS RETAIN AUTHORITY TO DETERMINE
HPCON LEVELS AND ADJUST FORCE HEALTH PROTECTION MEASURES WITHIN ANY
HPCON LEVEL BASED ON MISSION, OTHER RISK CONSIDERATIONS, AND IN
CONSULTATION WITH THEIR PUBLIC HEALTH EMERGENCY OFFICER AND MEDICAL
TREATMENT FACILITY COMMANDER, IAW ANNEX F, DELEGATION OF AUTHORITY
FOR
HPCON IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.

3.D.5. (U) COMMANDERS CRITICAL INFORMATION REQUIREMENTS (CCIR).

A104

## UNCLAS CUI

3.D.5.A. (U) DEATH OF A DA MEMBER (UNIFORMED, DEPENDENT, CIVILIAN, OR

CONTRACTOR) THAT IS A RESULT OF PRESUMED OR CONFIRMED COVID 19
INFECTION. PROVIDE AMPLIFYING DETAILS INCLUDING EXTENT OF TREATMENT
PRIOR TO DEATH (I.E. MEMBER IN TREATMENT AT LOCAL HOSPITAL, IN
VOLUNTARY ISOLATION, ETC.).

3.D.5.B. (U) ANY CHANGE TO HPCON LEVEL MUST BE REPORTED WITHIN 12
HOURS.

3.D.5.C. (U) ANSWERS TO CCIRS WILL BE SENT TO
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.MIL.

3.D.6. (U) REQUESTS FOR INFORMATION (RFIS). EFFECTIVE 15 MAR 2023,
COVID 19 RFIS WILL BE SENT TO OTSG OPERATIONS AT USARMY.NCR.HQDA
OTSG.MBX.MEDCOM OPS COVID 19 TASK FORCE MBO@HEALTH.MIL. OTSG WILL
CENTRALLY MANAGE AND COORDINATE RESPONSES.

3.D.7. (U) READ AND COMPLY WITH ANNEX H, LITIGATION HOLD CONCERNING
MANDATORY COVID 19 VACCINE, AND ANNEX I, COVID RECORDS FREEZE UPDATE.

THESE DOCUMENTS DESCRIBE ARMY WIDE LITIGATION HOLD AND RECORDS FREEZE

REQUIREMENTS DUE TO ONGOING AND POTENTIAL LITIGATION IN FEDERAL
COURTS
REGARDING THE RESCINDED COVID 19 MANDATORY VACCINATION ORDER FOR
SERVICE MEMBERS AND CIVILIAN EMPLOYEE VACCINE MANDATE. THE CLARIFYING

INSTRUCTIONS IN THIS ORDER SUPERSEDE INSTRUCTIONS AND/OR GUIDANCE IN
ANNEX H AND I WHEN THERE IS CONFLICTING INFORMATION.

3.D.7.A. (U) ALL HQDA ORGANIZATIONS WERE PREVIOUSLY DIRECTED TO
SEARCH, SEGREGATE, RETAIN, AND PRESERVE ALL RECORDS CREATED OR
COMPILED ON OR AFTER 01 JANUARY 2021 THAT ARE POTENTIALLY RELEVANT TO

ONGOING AND FUTURE LITIGATION REGARDING THE COVID 19 VACCINE MANDATES

FOR SERVICE MEMBERS AND CIVILIAN EMPLOYEES.

3.D.7.B. (U) THERE IS NO REQUIREMENT TO SUBMIT ANY LISTS,
SPREADSHEETS, OR CATALOGS OF ANY RECORDS IDENTIFIED PURSUANT TO ANNEX

H AND ANNEX I AT THIS TIME. THE US ARMY LEGAL SERVICES
AGENCY/LITIGATION DIVISION WILL CONTACT COMMANDS THROUGH COMMAND
STAFF
JUDGE ADVOCATES (SJA) IF SUBMISSION OF RESPONSIVE DOCUMENTS IS
REQUIRED. ANNEX H, PARAGRAPH 7 (DOCUMENT ALL RECORDS UNCOVERED IN
YOUR
SEARCHES) IS NOT A REQUIREMENT AT THIS TIME.

3.D.7.C. (U) ALL HQDA ORGANIZATIONS MUST TAKE ALL REQUIRED STEPS TO
CEASE THE ROUTINE DESTRUCTION OF RECORDS THAT MAY INCLUDE DOCUMENTS
RESPONSIVE TO THIS REQUIREMENT. TAKE STEPS TO PRESERVE ALL HELD
RECORDS DURING UPCOMING DATA MIGRATIONS. IAW ALARACT 054/2022, ALL
PERSONNEL MUST RETAIN TEXT MESSAGES RELEVANT TO OFFICIAL BUSINESS
MADE
OR RECEIVED ON GOVERNMENT FURNISHED EQUIPMENT/MOBILE DEVICES.
SUBORDINATE COMMANDS AND ORGANIZATIONS WILL PUT INTO PLACE MEASURES
TO
COLLECT AND RETAIN ANY POTENTIALLY RELEVANT RECORDS FROM PERSONNEL
PRIOR TO THEIR PCS, TRANSFER, SEPARATION, OR RETIREMENT.

## UNCLAS CUI

## UNCLAS CUI

PAGE 12 OF 14

3.D.7.D. (U) THESE REQUIREMENTS ALSO APPLY TO CONTRACTING OFFICER REPRESENTATIVES FOR RECORDS PERTAINING TO CONTRACTOR EMPLOYEES. THE REQUIREMENTS ALSO APPLY TO NON APPROPRIATED FUNDS INSTRUMENTALITIES.

3.D.7.E. (U) THE REQUIREMENT TO SEARCH, SEGREGATE, RETAIN, AND PRESERVE RELEVANT RECORDS IS AN ONGOING OBLIGATION UNTIL RESCINDED.

3.D.8. (U) IAW ANNEX C, OTHER THAN TO COMPLY WITH DOD FOREIGN CLEARANCE GUIDANCE, COMMANDERS WILL NOT REQUIRE A SERVICE MEMBER OR GROUP OF SERVICE MEMBERS TO BE VACCINATED AGAINST COVID 19, NOR CONSIDER A SERVICE MEMBER S COVID 19 IMMUNIZATION STATUS IN MAKING DEPLOYMENT, ASSIGNMENT, AND OTHER OPERATIONAL DECISIONS, ABSENT ESTABLISHMENT OF A NEW IMMUNIZATION REQUIREMENT.

3.D.9. (U) SEE ANNEX G FOR ADDITIONAL INSTRUCTIONS PERTAINING TO PERSONNEL ACTIONS.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (U) SIGNAL.

5.B.1. (U) PROPONENT FOR THIS EXORD AND SUBSEQUENT FRAGOS IS THE OFFICE OF THE SURGEON GENERAL.

5.B.1.A. (U) REQUESTS FOR INFORMATION (RFIS)   EFFECTIVE 15 MAR 2023,

COVID 19 RFIS WILL BE SENT TO OTSG OPERATIONS AT USARMY.NCR.HQDA OTSG.MBX.MEDCOM OPS COVID 19 TASK FORCE MBO@HEALTH.MIL.

5.B.2. (U) COVID RELATED CCIRS WILL BE SENT TO THE ARMY WATCH AT USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.MIL.

5.B.3. (U) G 1 POC IS USARMY.PENTAGON.HQDA.MBX.PCCIMA04@ARMY.MIL, (703) 697 4246.

5.B.4. (U) G 2 POC IS MR. MATTHEW ROGERS, MATTHEW.D.RODGERS5.CIV@ARMY.MIL, (703) 695 1394.

5.B.5. (U) G 4 POC IS LTC RAY JAKLITSCH JR. (MEDLOG TF), RAYMOND.F.JAKLITSCH2.MIL@ARMY.MIL, (703) 693 6704.

5.B.6. (U) LABORATORY RESPONSE NETWORK POC IS COL MICHAEL BUKOVITZ, MRC E LABORATORY CONSULTANT, MICHAEL.A.BUKOVITZ.MIL@HEALTH.MIL, (314) 590 8178.

5.B.7. (U) USAMEDCOM FORCE HEALTH PROTECTION POC IS COL BENJAMIN PALMER, BENJAMIN.N.PALMER.MIL@HEALTH.MIL, (703) 681 2424.

5.B.8. (U) ARMY PUBLIC AFFAIRS POC IS MR. BRYCE DUBEE, BRYCE.S.DUBEE.CIV@ARMY.MIL, (703) 545 7469.

5.B.9. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ MICHAEL PETRUSIC, MICHAEL.PETRUSIC.MIL@ARMY.MIL, (703) 614 4281.

5.B.10. (U) ARMY NATIONAL GUARD POC IS LTC MATTHEW PAQUIN, MATTHEW.R.PAQUIN.MIL@ARMY.MIL, (703) 607 5581.

## UNCLAS CUI

**UNCLAS CUI**

5.B.11. (U) UNITED STATES ARMY RESERVE POCS MAJ CHARLES VINEY,
CHARLES.P.VINEY.MIL@ARMY.MIL, (703) 806 7790 OR LTC ROBERT KURTTS,
ROBERT.L.KURTTS.MIL@ARMY.MIL, (703) 614 5271.

5.B.12. (U) OFFICE OF THE SURGEON GENERAL POC IS COL JESSE DELGADO,
JESSE.DELGADO16.MIL@HEALTH.MIL, (703)681 1518 AND COL KEVIN MAHONEY,
KEVIN.J.MAHONEY.MIL@HEALTH.MIL, (703)681 4655.

5.B.13. (U) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT
AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL,
(703) 614 1680.

5.B.14. (U) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY CIVILIAN PERSONNEL
(DASA CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL,
(703) 344 8047.

5.B.15. (U) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE
ASSISTANT TO THE SECRETARY OF THE ARMY POC:
USARMY.BELVOIR.HQDA OAA.MBX.ARMY HQDA CONFERENCES INBOX@ARMY.MIL.

5.B.16. (U) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION,
LOGISTICS AND TECHNOLOGY) POCS: MR. RONALD CREVECOEUR,
RONALD.CREVECOEUR.CIV@MAIL.MIL, (703) 614 3062 AND COL ERIC
BJORKLUND,
ERIC.R.BJORKLUND.MIL@ARMY.MIL, (703) 614 3177.

5.B.17. (U) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY MILITARY PERSONNEL
(DASA MP) POC IS COL CRAIG A. NORTON, CRAIG.A.NORTON.MIL@ARMY.MIL,
(703) 697 4665, AND MS. FRANCES RIVERA,
FRANCES.A.RIVERA2.CIV@ARMY.MIL, (703) 693 1909.

5.B.18. (U) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.19. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID 19 OPERATIONAL
PLANNING TEAM INFO ON THE BOLTE PORTAL:

NIPR PORTAL:
(U)
HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
CORONAVIRUS%20(COVID 19).ASPX

SIPR PORTAL:
(U)
HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
GE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
(U) USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.DOMS OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
(U) USARMY.PENTAGON.HQDA DCS G 3 5 7.MBX.AOC DOMS TEAM@MAIL.SMIL.MIL

DEPARTMENT OF DEFENSE   LATEST DOD COVID 19 GUIDANCE:
(U) HTTPS://WWW.DEFENSE.GOV/SPOTLIGHTS/CORONAVIRUS DOD
RESPONSE/LATEST DOD GUIDANCE/

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2028,
UNLESS

**UNCLAS CUI**

**UNCLAS CUI**

PAGE 14 OF 14


FORMALLY RESCINDED OR SUPERSEDED.


ATTACHMENTS:

ANNEX A   SECRETARY OF DEFENSE MEMO COVID VAX MANDATE RESCISSION, 10
JAN 2023.
ANNEX B   CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019

FORCE HEALTH PROTECTION GUIDANCE   REVISION 4, 30 JAN 2023.
ANNEX C   DOD GUIDANCE FOR IMPLEMENTING RESCISSION OF AUGUST 24, 2021

AND NOVEMBER 30, 2021 CORONAVIRUS DISEASE 2019 VACCINATION
REQUIREMENTS FOR MEMBERS OF THE ARMED FORCES, 24 FEB 2023.
ANNEX D   SECRETARY OF THE ARMY COVID POLICIES RESCISSION MEMO, 24
FEB
2023.
ANNEX E   TOTAL SOLDIERS NOTIFIED AND RESUBMISSIONS.
ANNEX F   DELEGATION OF AUTHORITY FOR HEALTH PROTECTION (HPCON)
IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 25 MAY 2022.
ANNEX G   PERSONNEL ANNEX TO EXORD 174 23 (COVID 19 POST MANDATE
RESCISSION OPERATIONS).
ANNEX H   REMINDER OF LITIGATION HOLD CONCERNING MANDATORY COVID 19
VACCINE FOR SERVICE MEMBERS, CIVILIAN EMPLOYEES, AND CONTRACTORS.
ANNEX I   COVID RECORDS FREEZE UPDATE.
ANNEX J   IMPLEMENTATION OF REQUIRED COVID 19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE WILL BE PUBLISHED AT A LATER DATE.

**UNCLAS CUI**

**A108**



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY GARRISON ITALY
UNIT 31401, BOX 41
APO AE 09630

AMIM-ITH-M                                                    6 MARCH 2023

MEMORANDUM FOR SSG GALLOWAY, SAMUEL K., 1526169499, ORDER #0004116424.00
115971824

SUBJECT: PCS Orders Addendum

1. This document must be presented along with your PCS orders.
2. Service member is authorized shipment of HHG and POV in accordance with JTR. If you plan to ship personal property at government expense, contact your local transportation office to arrange for shipment immediately upon receipt of these orders. To schedule your move, visit https://www.militaryonesource.mil/moving-housing/moving/pcs-and-militarymoves/ and sign in to DPS.
3. All pcs travelers are authorized two pieces of checked baggage, not to exceed 50 lbs. per bag. This allowance of 2 pieces @ 50 lbs. per pcs is in addition to any free checked baggage allowance the carrier provides. Travelers should be directed to contact the air carrier to determine their free checked baggage allowance. The cost of shipping this baggage must be initially borne by the traveler. However, it is a reimbursable expense that may be charged to the soldiers GTCC. The soldier must request and retain receipts for the shipment of baggage. These receipts must be provided when submitting the final travel voucher. For additional flight baggage information and military exceptions, please contact the government commercial travel office at commercial: (39) 0444-714905 DSN 314-6344905.
4. Use of the Individual Billing Account (IBA)/Government Travel Charge Card (GTCC) is authorized.
5. Soldier is on assignment to a brigade combat team or other deployable unit. Soldier must arrive at the gaining command worldwide deployable. Losing command must ensure DNA sample is on file and that the following are current prior to departure: periodic health assessment, dental readiness screening, immunizations, HIV testing, and family care plan.

**ORDER** #0004116424.00 115971824 **USAG ITALY MILITARY PERSONNEL DIVISION 6 MARCH 2023**

6.   The POC for this memorandum is: usarmy.usag-italy.id-europe.list.mpd@army.mil.

//bf//

```
***************************
*      OFFICIAL       *
*        MPD          *
*     USAG ITALY      *
***************************
```

WILLIAM E. PERSINGER
Chief, Military Personnel Division

**A110**





ACADEMIC RECORD OF: **ZAKAI JAMES BUFKIN**                                  DATE: **15 FEB 23**

CLASS OF: **2023**

ENTERED: **01 JUL 19**

| COURSE NUMBER | COURSE TITLE | CREDIT HOURS | LETTER GRADE | COURSE NUMBER | COURSE TITLE | CREDIT HOURS | LETTER GRADE |
|---|---|---|---|---|---|---|---|
| **VALIDATIONS** | | | | **5TH TERM 2020-2021** | | | |
| MA104 | CALCULUS I | | V | PL300 | MILITARY LEADERSHIP | 3 00 | C |
| | | | | **QPA** | **CUR** 2 00    **CUM** 2 01 | | |
| **SUMMER TERM 2019-2020** | | | | | | | |
| MD100 | CADET BASIC TRAINING | 0 00 | P | **SUMMER TERM 2021-2022** | | | |
| **QPA** | **CUR** 0 00    **CUM** 0 00 | | | MD300 | WEST POINT DETAIL CHAIN OF CMD | 0 00 | B- |
| | | | | **QPA** | **CUR** 0 00    **CUM** 2 01 | | |
| **1ST TERM 2019-2020** | | | | | | | |
| EN101 | COMPOSITION | 3 00 | B- | **1ST TERM 2021-2022** | | | |
| HI101 | ARMY REPUB: LEADING CITZ SOLD | 3 00 | C+ | CH275 | BIOLOGY | 4 00 | C+ |
| IT105 | INTRO TO COMPUTING & INFO TECH | 3 00 | C+ | CY355 | CYBER FOUNDATIONS - COMPUTING | 3 00 | C- |
| LC203 | CHINESE I (STANDARD) | 4 00 | B | EE360 | DIGITAL LOGIC W/ EMBEDDED SYS | 3 50 | D |
| MA103 | MATH MODELING/INTRO CALCULUS | 4 50 | C+ | MD301 | 2ND CLASS MILITARY PERF I | 0 00 | C- |
| MD101 | 4TH CLASS MILITARY PERF I | 0 00 | C+ | MS300 | PLATOON OPERATIONS | 1 50 | B+ |
| MS100 | INTRODUCTION TO WARFIGHTING | 1 50 | C- | PH205 | PHYSICS I | 4 00 | C- |
| PE116 | BOXING | 0 50 | C | SS201 | ECONOMICS-PRINCIPLES/PROBLEMS | 3 00 | C- |
| RS101 | STUDENT SUCCESS COURSE | 0 50 | P | **QPA** | **CUR** 1 82    **CUM** 2 04 | | |
| **QPA** | **CUR** 2 46    **CUM** 2 46 | | | | | | |
| | | | | **2ND TERM 2021-2022** | | | |
| **2ND TERM 2019-2020** | | | | CS484 | COMPUTER NETWORKS | 3 00 | F |
| CH101 | GENERAL CHEMISTRY I | 4 00 | C- | CY350 | NETWORK ENGR & MGT | 3 00 | F |
| EN102 | LITERATURE | 3 00 | C | EE350 | BASIC ELECTRICAL ENGINEERING | 3 00 | F |
| HI108E | RGNL STUD WORLD HIST - E  ASIA | 3 00 | B- | HI302 | HIST OF MIL ART 1900- PRESENT | 3 00 | B- |
| LC204 | CHINESE II (STANDARD) | 4 00 | B- | MD302 | 2ND CLASS MILITARY PERF II | 0 00 | C- |
| MD102 | 4TH CLASS MILITARY PERF II | 0 00 | C | PE360 | COMBAT APPLICATIONS | 0 50 | C+ |
| **QPA** | **CUR** 2 24    **CUM** 2 37 | | | PE450 | ARMY FITNESS DEVELOPMENT | 1 50 | C- |
| | | | | SS307 | INTERNATIONAL RELATIONS | 3 00 | D |
| **3RD TERM 2019-2020** | | | | **QPA** | **CUR** 0 86    **CUM** 1 85 | | |
| PE215 | FUNDAMENTALS/PERSONAL FITNESS | 1 50 | C+ | | | | |
| **QPA** | **CUR** 2 33    **CUM** 2 37 | | | | | | |
| **SUMMER TERM 2020-2021** | | | | | | | |
| MD200 | CADET FIELD TRAINING | 0 00 | C+ | | | | |
| ML200 | THIRD CLASS WARFIGHTING LAB | 0 00 | B | | | | |
| **QPA** | **CUR** 0 00    **CUM** 2 37 | | | | | | |
| **1ST TERM 2020-2021** | | | | | | | |
| CY300 | PROGRAMMING FUNDAMENTALS | 3 00 | D | | | | |
| CY355 | CYBER FOUNDATIONS - COMPUTING | 3 00 | F | | | | |
| MA205 | CALCULUS II | 4 00 | D | | | | |
| MA206 | PROBABILITY & STATISTICS | 3 00 | C | | | | |
| MD201 | 3RD CLASS MILITARY PERF I | 0 00 | C+ | | | | |
| MS200 | FUNDAMENTALS OF SMALL UNIT OPS | 1 50 | F | | | | |
| PE117 | MILITARY MOVEMENT | 0 50 | C+ | | | | |
| PL100 | GENERAL PSYCHOLOGY FOR LEADERS | 3 00 | D | | | | |
| **QPA** | **CUR** 0 95    **CUM** 1 89 | | | | | | |
| **2ND TERM 2020-2021** | | | | | | | |
| CS384 | DATA STRUCTURES | 3 00 | D | | | | |
| EV203 | PHYSICAL GEOGRAPHY | 3 00 | C | | | | |
| MA372 | INTRODUCTION TO DISCRETE MATH | 3 00 | C | | | | |
| MD202 | 3RD CLASS MILITARY PERF II | 0 00 | C | | | | |
| MS200 | FUNDAMENTALS OF SMALL UNIT OPS | 1 50 | B+ | | | | |
| PE320 | SURVIVAL SWIMMING - ELEMENTARY | 0 50 | C | | | | |
| PY201 | PHILOSOPHY & ETHICAL REASONING | 3 00 | B- | | | | |
| SS202 | AMERICAN POLITICS | 3 00 | B | | | | |
| **QPA** | **CUR** 2 24    **CUM** 2 02 | | | | | | |

Transcript is valid only if academy seal and signature of the registrar are affixed  This student has authorized the release of this information to you  Further release to a third party is prohibited by law without the student's written consent

**A111**

**OFFICE OF THE DEAN**
**ACADEMIC AFFAIRS AND REGISTRAR SERVICES**
**UNITED STATES MILITARY ACADEMY**
**WEST POINT, NEW YORK  10996-5000**

## TRANSCRIPT EXPLANATION – <u>Classes of 2022 through Present</u>

<u>Accreditation.</u> The United States Military Academy is accredited by the Middle States Commission on Higher Education, 1007 North Orange Stree t, 4th Floor, MB #166, Wilmington, DE 19801. (267-284-5011) The Middle States Commission on Higher Education is an institutional ac crediting agency recognized by the U.S. Secretary of Education and the Council for Higher Education Accreditation. The following USMA majors are and have been continuously accred ited by the Engineering Accreditation Commission of ABET, http://www.abet.org since the initial date shown: Chemical Engineering, October 1, 2012; Civil Engineering, October 1, 1985; Electrical Engineering, October 1, 1985; Engineering Management, October 1, 1985; Environmental Engineering, October 1, 1995; Mechanical Engineering, October 1, 1985; Nuclear Engineering, October 1 2007; Systems Engineering, October 1, 1995.  The following USMA majors are and have been continuously accredited by the Computing Accreditation Commission of ABET, http://www.abet.org since the initial date shown: Computer Science, October 1, 1997; Information Technology, October 1, 2007. The USMA major, Geospatial Information Science, is accredited by the United States Geospatial Intelligence Foundation, http://www.usgif.org, continuously since May 1, 2010. The Chemistry Major with Honors track is approved by the Committee on Professional Training of the American Chemical Society  continuously since April 25, 2013.

<u>Grades.</u> Standard letter grades, A+ through F are used at the United States Military Academy. Several other grades with special meanings may be shown on a transcript. "V" represents course validation (see below); "W" is withdrawal; "NC" is no credit; and "T" represents transfer credit for Se mester Abroad Courses. Satisfactory completion of specified requirements will cause a subsequent entry of a letter grade.

<u>Credit Hour.</u> Courses are weighted by the number of attendances in a semester of approximately sixteen weeks. One classroom hour normally requires two hours of out of class preparation time. A course meeting 40 times in a semester carries a credit hour weight of 3.0.  One laboratory hour normally requires one half hour of out of class preparation time. Thus, a course of 40 lessons and 7 two -hour labs carries a credit hour weight of 3.5.

<u>Scholastic Average (QPA).</u> Quality points are assigned to letter grades as shown below. The Cumulative Quality Point Average (CQPA) is a weighted average computed using the course credit hours and quality points earned:   CQPA = The sum of the Quality points * Credit hours / the sum of the Credit hours.

| Grade | Quality Points | Grade | Quality Points | Grade | Quality Points | Grade | Quality Points |
|-------|---------------|-------|---------------|-------|---------------|-------|---------------|
| A+ | 4.33 | B+ | 3.33 | C+ | 2.33 | D | 1.00 |
| A | 4.00 | B | 3.00 | C | 2.00 | F | 0.00 |
| A- | 3.67 | B- | 2.67 | C- | 1.67 | | |

<u>Grade Replacement.</u> Cadets may be allowed to remediate one or more grades of "D" or "F" in an academic course by repeating that course. In such cases, both the original and new grade received will always remain on the transcript as a part of the historical record, but the credit hours and qual ity points earned on the subsequent attempt will recalculate the CQPA in the new term the replacement course was taken.

<u>Graduate Requirements.</u> To graduate, a cadet must successfully complete a minimum of 40 academic courses of 3.0 or higher credit hours (validated and remedial courses do not count towards this requirement) and achieve a CQPA of at least 2.00.  The course requirement consists of a prescribed core curriculum and the course requirements for a major; successful completion of Military Science and Physical Education requiremen ts; and demonstrated standards of conduct, moral qualities, traits of character and leadership. All graduates are awarded a Bachelor of Science Degree.

<u>Distinguished Cadet.</u> Cadets who demonstrate academic excellence by achieving a YQPA greater than or equ al to the top 15th percentile of the prior class's performance. Distinguished Cadets must carry a full academic load and have not received an F or NC grade (except for an NC in physical education for medical reasons) for courses taken during the Academic Year to which the award pertains. An annotation of Distinguished Cadet is reflected on the academic trans cript.

<u>Dean's List.</u> Cadets earning a term QPA of at least 3.00 are awarded Dean's List recognition for that term. Cadets who receive a grade of "F" or "NC" and still have a term QPA of at least 3.00 are <u>not</u> awarded Dean's List recognition, with the exception that cadets receiving an "NC" grade in a Physical Education course for in jury or medical reasons will not be so penalized.

<u>Latin Honors.</u> The Latin Honors standards, beginning with the Class of 2021 (May  2021 graduation), are determined based on the previous year's graduating class performance. Cadets are provided with clear Cadet Performance Score (CPS) goals at the beginning of the First-Class Year based on the previous year's graduating class performance.

The Latin Honors Distinction is awarded on the transcript for cumulative excellence in all four cadet pillars – Academic, Military, Physical, and Character – and should not be confused with the Academic Majors "with Honors" distinction, which reflects excellence in the major and often additional c oursework above the minimum 40 courses required for the B.S. degree.

<u>Latin Honors Standards based on Cadet Performance Score (CPS) as defined here – https://courses.westpoint.edu/:</u>
- summa cum laude "with highest praise" in the Top 5% of the graduating class by CPS
- magna cum laude "with great praise" in the Top 6-20% of the graduating class by CPS
- cum laude "with praise" in the Top 21-35% of the graduating class by CPS

<u>Validation.</u> Validation is the waiver of enrollment in a prescribed course based on prior satisfactory completion of an equivalent course,  or satisfactory demonstration of content knowledge and skills to the department concerned. Courses validated are recorded on the transcript with a "V" grade. The credit hour content of validated courses, as published in the Academic Program, are recognized as contributing appropriate disciplinary content towards meeting program matic rigor and may be applied for accreditation purposes.

Transcript is valid only if academy seal and signature of the registrar are affixed  This student has authorized the release
of this information to you  Further release to a third party is prohibited by law without the student's written consent