UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, *et al.*,<br><br>                    *Plaintiffs,*<br><br>          v.<br><br>LLOYD J. AUSTIN, III,<br>United States Secretary of Defense, *et al.*,<br><br>                    *Defendants.* | No. 6:22-cv-0049-H |

**SUPPLEMENTAL APPENDIX TO DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

Dated: April 7, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Branch Director

_/s/ Johnny Walker_____
KERI BERMAN
JOHNNY H. WALKER (D.C. Bar #991325)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12304
Washington, D.C. 20530
Tel.: (202) 514-3183 / Fax: (202) 616-8460
Email: johnny.h.walker@usdoj.gov

*Counsel for Defendants*

## SECOND DECLARATION OF MICHAEL C. SUAREZ

I, Michael C. Suarez, hereby state and declare as follows:

1.  I am currently employed by the U.S. Army as the Chief, Officer Promotions-Special Actions / The Adjutant General Directorate for the Army's Human Resources Command, located in Fort Knox, Kentucky. I have held this position since June 2021. As part of my official duties, I manage and maintain oversight of all delay of promotion actions which include processing Promotion Review Boards, Special Selection Review Boards and Command Review Boards, and preparing these actions for DA Secretariat boards. In this capacity, I have access to information regarding Army personnel records and databases and can see whether a flag has been imposed on a particular service member.

2.  This declaration is based on my personal knowledge, as well as knowledge made available to me during the routine execution of my official duties.

3.  I have reviewed the Amended Complaint in the matter of *Robert Schelske, et al. v. Lloyd J. Austin, III, et al.*, Case No. 6:22-cv-00049-H, which I understand is currently pending in the Western District of Texas. Based on my review of that Amended Complaint, I understand that the matter involves First Lieutenant Huntley Bakich, Staff Sergeant Joshua Costroff, Staff Sergeant Samuel Galloway, Staff Sergeant Robert Shelske, Staff Sergeant Peter Testa, Cadet Zakai Bufkin, Cadet Samuel L. Conklin, Cadet Dominic O. Mell, Cadet Collin M. Morrison, and Cadet Nicholas Saballa. Based on my review of Army records and databases, as well as a review of records from a United States Military Academy (USMA) database, I know that none of these Soldiers or cadets are currently flagged, with the exception of Staff Sergeant Galloway, who is flagged for exceeding the Army Body Composition Program standards as outlined in Army Regulation 600–9, "The Army Body Composition Program," and Cadet Mell, who is flagged for academic deficiency. While our databases do not reflect the status of USMA cadets, my knowledge of personnel

1

**A113**

restrictions for these cadets is informed by database records provided by USMA. Those records are attached as Exhibit A to this declaration.

4.   I have also reviewed communications from Army personnel at Fort Huachuca, Fort Bliss, and with the 173rd Airborne Brigade. Based on my review of those communications, I know that First Lieutenant Huntley Bakich, Staff Sergeant Joshua Costroff, Staff Sergeant Samuel Galloway, Staff Sergeant Robert Shelske, and Staff Sergeant Peter Testa never received a General Officer Memorandum of Reprimand (GOMOR) due to their Covid-19 vaccination status. With respect to the cadets, I have reviewed memoranda provided by USMA confirming that previously issued GOMORs have been rescinded or withdrawn. Those records are attached as Exhibit B to this declaration.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2023, in Fort Knox, Kentucky

SUAREZ.MICHA Digitally signed by
EL.CHRISTOPHE SUAREZ.MICHAEL.CHRIST
OPHER.1024522640
R.1024522640 Date: 2023.04.06 17:29:18
-04'00'

Michael C. Suarez
Chief, Officer Promotions-Special Actions
Human Resources Command
United States Army
Fort Knox, Kentucky

2

**A114**

# Exhibit A

**A115**

**Academic Affairs & Registrar Services (AARS) Out-Processing Info**
**Transaction Date:** 07/20/2022   **Reason:** LEAVE_ADMIN   **Type:** MEDICAL
**Remarks:**



### Cadet Admin Data

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Name** | BUFKIN, ZAKAI JAMES | **Cadet ID** | ■■■ | **Status** | A (Leave) | **GY** | 2023 | **Co** H3 |
| **R-Day** | 01 Jul 2019 | **Duty Code** | | **Gender** | Male | **DOB** | ■■■ | |
| **Phone** | ■■■ | **Honor Cert** | No | **Late Grad** | No | | | |
| **Email** | ■■■ | **Major** | EIT2 | **Eng Seq** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **QPA/APS AYT 2022-2 Stats:** | **QPA Term** | 0.864 | **APS Term** | 0.734 | |
| **QPA/APS Cumulative Stats:** | **QPA Cum** | 1.849 | **APS Cum** | 1.794 | |
| **Category Credit Hrs (Completed):** | **BS** | 15.00 | **ET** 12.50 | **MA** | 19.00 |
| **Category Credit Hrs (Planned):** | **BS** | 15.00 | **ET** 12.50 | **MA** | 19.00 |

| H3 Co TACs | Advisor | Code | Type | Description |
|---|---|---|---|---|
| | | | | |

**Of Special Note:**

- **GRAD RISK:** LAW ; CORE REQUIREMENT NOT SATISFIED; CORE
- **GRAD RISK:** OFFICERSHIP ; CORE REQUIREMENT NOT SATISFIED; CORE
- **GRAD RISK:** MS/MX; MIL. SCI. REQUIREMENT NOT SATISFIED; MS
- **GRAD RISK:** 30 COURSES FOUND; COURSE COUNT FAILED; CORE
- **GRAD RISK:** ; LIFE TIME SPORTS NOT SELECTED; PE(CORE)
- **GRAD RISK:** 1.849; CQPA BELOW PEG POINTS; CORE
- **GRAD RISK:** EITS Electives 1 out of 7; FOS/MAJ1 DIRECTED TRACK NOT SATISFIED; FOS
- **GRAD RISK:** Integrative Experience for the Major 0 out of 2; FOS/MAJ1 DIRECTED TRACK NOT SATISFIED; FOS
- **GRAD RISK:** Required Courses 0 out of 1; FOS/MAJ1 DIRECTED TRACK NOT SATISFIED; FOS
- **GRAD RISK:** Foundation Option 2 - Electrical Engineering; FOS/MAJ1 GROUP ELECTIVE NOT SATISFIED; FOS
- **GRAD RISK:** HAS 5 OUT OF 16 Courses Required for Graduation; FOS/MAJ TOTAL COUNT NOT SATISFIED; FOS
- **GRAD RISK:** ; CTLT/DCLT NOT SATISFIED; MD
- **GRAD RISK:** ; MIL DEV SCH NOT SATISFIED; MD
- **GRAD RISK:** ; CLDT NOT SATISFIED; MD

**Current Flags:**

---

**Honor Cases:**

---

**Flag History:**

| Effective Date | Type | Circumstance | Privilege Authority | Restrictions | Remarks | Date Lifted |
|---|---|---|---|---|---|---|
| 23 Feb 22 | | Academic 6-10-15 Week "F" grade | | Cadets are considered deficient when: Posted failing grade (Academic, Military, or Physical) within their profile on the Academy Management System (AMS) at the graded week marks. Deficient cadets immediately lose all privileges, this includes, but, is not limited to the loss of the privilege of operating and maintaining a personally owned vehicle, pass, off-post privileges (OPPs), walking privileges, voluntary extracurricular trip section privileges, the wear of Cadet Casual and/or civilian clothes, as applicable. | At 15 weeks, Cadet had a posted F in CS484 with 42% complete, CY350 with 75% complete, EE350 with 62% complete, and SS307 with 67% complete. RTOs retain approval authority for posted academic grade deficiencies when a Cadet has an F and over 30% of a course in a semester is complete. | 25 Jun 22 |
| 16 Mar 22 | | Conduct - Regs USMA | | IAW BTD Policy Letter #8- Loss of Privileges until the completion of all tour hours. | CDT received Summarized Article 10 and was awarded 5 Tour Hours (0 suspended). | 29 Mar 22 |
| 01 Dec 21 | | Academic 6-10-15 Week "F" grade | | IAW BTD Policy Letter 8: 5b. Deficient cadets immediately lose all privileges, this includes, but, is not limited to the loss of the privilege of operating and maintaining a personally owned vehicle, pass, off-post privileges (OPPs), walking privileges, voluntary extracurricular trip section privileges, the wear of Cadet Casual and/or civilian clothes, as applicable. Pg7c(3): RTOs retain approval authority for posted academic grade deficiencies when a Cadet has an F and over 30% of a course in a semester is complete. | IAW BTD Policy Letter 8 Cadets are considered deficient when: Posted failing grade (Academic, Military, or Physical) within their profile on the Academy Management System (AMS) at the graded week marks. At 15 WK grades, CDT failed SS201 with 45% completion. | 03 Jan 22 |
| 16 Nov 21 | | Conduct - Regs USMA | | IAW BTD Policy Letter #8- Loss of Privileges until the completion of all hours. | CDT received Summarized Article 10 and was awarded 5 Tour Hours (0 suspended). | 23 Nov 21 |
| 28 Sep 21 | | Academic 6-10-15 Week "F" grade | | IAW BTD Policy Letter 8: 5b. Deficient cadets immediately lose all privileges, this includes, but, is not limited to the loss of the privilege of operating and maintaining a personally owned vehicle, pass, off-post privileges (OPPs), walking privileges, voluntary extracurricular trip section privileges, the wear of | IAW BTD Policy Letter 8 Cadets are considered deficient when: Posted failing grade (Academic, Military, or Physical) within their profile on the Academy Management System (AMS) at the graded week marks. At 6 WK grades, CDT failed CY355 with 10% completion and SS201 with 18% completion. | 27 Oct 21 |

**A117**

| | | | | |
|---|---|---|---|---|
| | | Cadet Casual and/or civilian clothes, as applicable. pg7c(5): Company Tactical Officers are delegated approval authority for academic deficiencies when a cadet has an F and less than 30% of the course is completed. | | |
| 22 Feb 21 | Academic Probation | Deficient cadets immediately lose all privileges. This includes but is not limited to the loss of the privilege of operating and maintaining a personally owned vehicle, pass, OPPs, walking privileges, voluntary extracurricular trip section privileges, the wear of Cadet Casual and/or civilian clothes, etc. Reinstatement of privileges may be considered relative to progress and adjustment. | Flagged for Academic Probation based on a 21-1 term APST of 1.00. Cadets deficient in APSC will be placed on academic probation for the following term. Cadets whose APST is below 1.67 will also be placed on academic probation for the following term. Cadets are removed from academic probation at the end of the next term in which both their cumulative and term averages exceed the PEG points in the table. Grades earned in the Summer Term Academic Program (STAP) may raise the APSC above the required peg point and remove a cadet from probation. In order to be removed from academic probation for term performance, however, cadets must achieve better than 1.67 in a full academic term (16 weeks). | 17 May 21 |
| 29 Sep 20 | Academic 6-10-15 Week "F" grade | USCC SOP "Privileges and authority for withdrawal and granting of privileges a. Deficient cadets immediately lose all privileges. Deficient cadets are not authorized driving, pass, OPP, and voluntary extracurricular trip section privileges. Exceptions to this provision for privileges and trip section participation are authorized by the Brigade Tactical Officer delegable to the Regimental Tactical Officer. | 6 Week Grades: 3x Fs (CY355 at 8% Complete, MS200 at 15% Complete, PL100 at 18% Complete) | 21 Dec 20 |
| 10 Apr 20 | Academic 6-10-15 Week "F" grade | USCC SOP "Privileges and authority for withdrawal and granting of privileges Deficient cadets immediately lose all privileges. Deficient cadets are not authorized driving, pass, OPP, and voluntary extracurricular trip section privileges. Exceptions to this provision for privileges and trip section participation are authorized by the Brigade Tactical Officer delegable to the Regimental Tactical Officer. | 10WK grades: 1 x F in EV205 at 39% completed. | 19 Jun 20 |
| 30 Sep 19 | Academic 6-10-15 Week | USCC SOP "Privileges and authority for withdrawal and | 6WK grades: 1 x F in MS100 at 23% completed. | 08 Oct |

**A118**

19

F grade

granting of privileges a.
Deficient cadets immediately
lose all privileges. Deficient
cadets are not authorized
driving, pass, OPP, and
voluntary extracurricular trip
section privileges. Exceptions to
this provision for privileges and
trip section participation are
authorized by the Brigade
Tactical Officer delegable to the
Regimental Tactical Officer.

**A119**

## Cadet Admin Data

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | CONKLIN, SAMUEL LEE | **Cadet ID** | ███████ **Status** | C (Active) | **GY** | 2025 **Co** F2 |
| **R-Day** | 27 Jun 2021 | **Duty Code** | TM LDR 1 **Gender** | Male | **DOB** | ████████ |
| **Phone** | ██████ | **Honor Cert** | No **Late Grad** | No | | |
| **Email** | ████████████ | **Major** | MEN2 **Minor** | AER0N | **Eng Seq** | |

|  |  | | |  | | | |
|---|---|---|---|---|---|---|---|
| **QPA/APS AYT 2023-1 Stats:** | **QPA Term** | 3.380 | **APS Term** | 3.366 | | | |
| **QPA/APS Cumulative Stats:** | **QPA Cum** | 3.425 | **APS Cum** | 3.420 | | | |
| **Category Credit Hrs (Completed):** | **BS** | 8.00 | **ET** | 8.00 | **MA** | 13.00 | |
| **Category Credit Hrs (Planned):** | **BS** | 14.50 | **ET** | 68.00 | **MA** | 19.00 | |

| F2 Co TACs | Advisor | Code | Type | Description |
|---|---|---|---|---|
| ██████████ | ██████████ | | | |

**Of Special Note:**

**Current Flags:**

**Honor Cases:**

**Flag History:**
NONE

## Cadet Admin Data

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | MELL, DOMINIC OWEN | **Cadet ID** | ▮ | **Status** | C (Active) | **GY** 2024 **Co** F1 | |
| **R-Day** | 13 Jul 2020 | **Duty Code** | SQD LDR | **Gender** | Male | **DOB** ▮ | |
| **Phone** | ▮ | **Honor Cert** | No | **Late Grad** | No | | |
| **Email** | ▮ | **Major** | FLF1 | **Eng Seq** | IN | | |

|  |  |  |  |
|---|---|---|---|
| **QPA/APS AYT 2023-1 Stats:** | **QPA Term** 2.241 | **APS Term** 2.169 | |
| **QPA/APS Cumulative Stats:** | **QPA Cum** 2.252 | **APS Cum** 2.199 | |

| | | | | | |
|---|---|---|---|---|---|
| **Category Credit Hrs (Completed):** | **BS** 14.50 | **ET** 6.50 | **MA** 9.00 |
| **Category Credit Hrs (Planned):** | **BS** 14.50 | **ET** 12.50 | **MA** 12.00 |

| F1 Co TACs | Advisor | Code | Type | Description |
|---|---|---|---|---|
| ▮ | | | | |

**Of Special Note:**
- **GRAD RISK:** Tasks 56,33,34,36,54,126; MPRT NOT SATISFIED; MD

**Current Flags:**

| Effective Date | Type | Circumstance | Privilege Authority | Restrictions | Remarks |
|---|---|---|---|---|---|
| 27 Feb 23 | Academic | 3.c.(1)(a) A six, ten, or fifteen-week grade report reflecting a failing grade (F) and less than 30% of a course in a semester is complete. | CO TAC | 5b Deficient cadets immediately lose all privileges. This includes, but is not limited to, the loss of the privilege of operating and maintaining a personally owned vehicle, pass, off-post privileges (OPPs), walking privileges, voluntary extracurricular trip section privileges, the wear of Black and Gold attire and/or civilian clothes, as applicable. | IAW BTD Policy Letter 5 Cadets are considered deficient when: Posted failing grade (Academic, Military, or Physical) within their profile on the Academy Management System (AMS) at the graded week marks. |

**Honor Cases:**

**Flag History:**

| Effective Date | Type | Circumstance | Privilege Authority | Restrictions | Remarks | Date Lifted |
|---|---|---|---|---|---|---|
| 06 Oct 22 | | Academic 6-10-15 Week | | Loss of privilege to include, pass, OPPs, | F at six week grades with over 20% of the course | 02 Dec |

**A121**

| | | | | |
|---|---|---|---|---|
| | "F" grade | | complete | 22 |
| 28 Mar 22 | Academic 6-10-15 Week "F" grade | You are failing SS201 at 37%. You are having issues academically and need to seek AI with instructors and assistance/tutoring within Company. Loss of pass, POV, OPP, walking privileges, alcohol, civilian clothes, and voluntary extracurricular trip section privileges unless authorized by the Company TAC Team. Mandatory participation in ESP six days a week (Sunday – Friday). | You are failing SS201 at 37%. You are having issues academically and need to seek AI with instructors and assistance/tutoring within Company. Loss of pass, POV, OPP, walking privileges, alcohol, civilian clothes, and voluntary extracurricular trip section privileges unless authorized by the Company TAC Team. Mandatory participation in ESP six days a week (Sunday – Friday). | 16 May 22 |
| 25 Oct 21 | Academic 6-10-15 Week "F" grade | Loss of pass, POV, OPP, walking privileges, alcohol, civilian clothes, and voluntary extracurricular trip section privileges unless authorized by the Company TAC Team. Mandatory participation in ESP six days a week (Monday – Saturday). | You are failing CH275 at 49% and have a "D" in SS202 at 17%. You are having issues academically and need to seek AI with instructors and assistance/tutoring within Company. | 09 Dec 21 |
| 28 Sep 21 | Academic 6-10-15 Week "F" grade | Loss of pass, POV, OPP, walking privileges, alcohol, civilian clothes, and voluntary extracurricular trip section privileges unless authorized by the Company TAC Team. Mandatory participation in ESP six days a week (Monday – Saturday). | You are Failing CH275 at 19%. You have a D in SS302 at 16%. You are having issues academically and need to seek AI with instructors and assistance/tutoring within Company. | 25 Oct 21 |
| 12 Mar 21 | Academic 6-10-15 Week "F" grade | Loss of pass, POV, OPP, walking privileges, alcohol, civilian clothes, and voluntary extracurricular trip section privileges unless authorized by the Company TAC Team. Mandatory participation in ESP six days a week (Monday – Saturday). Maintain Corps Squad OR Club Privileges. | You are Failing PL 100 at 18%. You have a "D" in HI105 at 15%. You are having issues academically and need to seek AI with instructors and assistance/tutoring within Company. | 01 Apr 21 |

**A122**

## Cadet Admin Data

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Name** | MORRISON, COLLIN MICHAEL | **Cadet ID** | ▮▮▮▮ | **Status** | C (Active) | **GY** | 2025 | **Co** E1 |
| **R-Day** | 27 Jun 2021 | **Duty Code** | TM LDR 3 | **Gender** | Male | **DOB** | ▮▮▮▮ | |
| **Phone** | ▮▮▮▮ | **Honor Cert** | No | **Late Grad** | No | | | |
| **Email** | ▮▮▮▮ | **Major** | PYL1 | **Eng Seq** | IN | | | |

| | | | | | |
|---|---|---|---|---|---|
| **QPA/APS AYT 2023-1 Stats:** | **QPA Term** | 3.018 | **APS Term** | 2.991 | |
| **QPA/APS Cumulative Stats:** | **QPA Cum** | 2.686 | **APS Cum** | 2.693 | |
| **Category Credit Hrs (Completed):** | **BS** | 8.00 | **ET** | 2.00 | **MA** 12.50 |
| **Category Credit Hrs (Planned):** | **BS** | 14.50 | **ET** | 12.50 | **MA** 15.50 |

| E1 Co TACs | Advisor | Code | Type | Description |
|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | | | |

**Of Special Note:**

**Current Flags:**

**Honor Cases:**

**Flag History:**
NONE

**A123**

## Cadet Admin Data

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name** | SABALLA, NICHOLAS KUPA'AIKAHANAPONO | **Cadet ID** | ███████ | **Status** | C (Active) | **GY** | 2025 | **Co** | F2 |
| **R-Day** | 27 Jun 2021 | **Duty Code** | TM LDR 3 | **Gender** | Male | **DOB** | ████████ | | |
| **Phone** | ███████ | **Honor Cert** | No | **Late Grad** | No | | | | |
| **Email** | ████████████ | **Major** | ECN2 | **Eng Seq** | CY | | | | |

|  | | | | |
|---|---|---|---|---|
| **QPA/APS AYT 2023-1 Stats:** | **QPA Term** | 3.474 | **APS Term** | 3.530 |
| **QPA/APS Cumulative Stats:** | **QPA Cum** | 3.313 | **APS Cum** | 3.317 |

| | BS | | ET | | MA | |
|---|---|---|---|---|---|---|
| **Category Credit Hrs (Completed):** | BS | 10.50 | ET | 2.00 | MA | 16.50 |
| **Category Credit Hrs (Planned):** | BS | 14.50 | ET | 15.00 | MA | 19.50 |

| F2 Co TACs | Advisor | Code | Type | Description |
|---|---|---|---|---|
| ████████ | ████████ | | | |

**Of Special Note:**

**Current Flags:**

**Honor Cases:**

**Flag History:**
NONE

**A124**

# Exhibit B

A125



OFFICE OF THE COMMANDANT
**UNITED STATES MILITARY ACADEMY**
WEST POINT, NEW YORK 10996-5000

MACC

MAR 3 1 2023

MEMORANDUM FOR Commander, Army Human Resources Command, Army Soldier Records Branch (AHRC-PDR-R), 1600 Spearhead Division Avenue, Department 420, Fort Knox, Kentucky 40121-5402

SUBJECT: Filing Determination on Letter of Reprimand

1. I have carefully considered the enclosed reprimand of Cadet Zakai J. Bufkin, XXX-XX-5018, Hotel Company, 3rd Regiment, United States Corps of Cadets, the circumstances of the misconduct, and all matters submitted by the Soldier in defense, extenuation, or mitigation along with the recommendation of the subordinate commanders.

2. I direct that this reprimand be:

[✓] Withdrawn and destroyed.

[ ] Placed temporarily in the Soldier's local unit file with all enclosures. The reprimand will remain in this file for 18 months or until the Soldier is assigned to another general court-martial jurisdiction, whichever is sooner.

[ ] Placed permanently in the Soldier's Army Military Human Resource Record (AMHRR). All enclosures will be forwarded with the reprimand for filing as appropriate.

QUANDER.MARK.
CHRISTOPHER.10
19048736

Digitally signed by
QUANDER.MARK.CHRISTOPHE
R.1019048736
Date: 2023.03.30 19:35:12 -04'00'

Encl

MARK C. QUANDER
BG, U.S. Army
Commandant of Cadets

CF:
CDT Zakai Bufkin (w/ encls)
Unit Chain of Command (w/o encls)

**A126**



OFFICE OF THE COMMANDANT
**UNITED STATES MILITARY ACADEMY**
WEST POINT, NEW YORK  10996-5000

MACC

MAR 3 1 2023

MEMORANDUM FOR Commander, Army Human Resources Command, Army Soldier Records Branch (AHRC-PDR-R), 1600 Spearhead Division Avenue, Department 420, Fort Knox, Kentucky  40121-5402

SUBJECT:  Filing Determination on Letter of Reprimand

1. I have carefully considered the enclosed reprimand of Cadet Samuel L. Conklin, XXX-XX-7525, Foxtrot Company, 2nd Regiment, United States Corps of Cadets, the circumstances of the misconduct, and all matters submitted by the Soldier in defense, extenuation, or mitigation along with the recommendation of the subordinate commanders.

2. I direct that this reprimand be:

   [✓] Withdrawn and destroyed.

   [  ] Placed temporarily in the Soldier's local unit file with all enclosures. The reprimand will remain in this file for 18 months or until the Soldier is assigned to another general court-martial jurisdiction, whichever is sooner.

   [  ] Placed permanently in the Soldier's Army Military Human Resource Record (AMHRR). All enclosures will be forwarded with the reprimand for filing as appropriate.

QUANDER.MARK.
CHRISTOPHER.10
19048736
Digitally signed by
QUANDER.MARK.CHRISTOPHE
R.1019048736
Date: 2023.03.30 19:35:42 -04'00'

Encl

MARK C. QUANDER
BG, U.S. Army
Commandant of Cadets

CF:
CDT Samuel Conklin (w/ encls)
Unit Chain of Command (w/o encls)

**A127**

**OFFICE OF THE COMMANDANT**
## UNITED STATES MILITARY ACADEMY
**WEST POINT, NEW YORK  10996-5000**

MACC                                                                28 March 2023

MEMORANDUM FOR Commander, Army Human Resources Command, Army Soldier Records Branch (AHRC-PDR-R), 1600 Spearhead Division Avenue, Department 420, Fort Knox, Kentucky  40121-5402

SUBJECT: Filing Determination on Letter of Reprimand Revocation, CDT Dominic Mell

1. On 25 August 2022, I directed that the Letter of Reprimand of Cadet Dominic Mell, XXX-XX-1572, dated 12 August 2022, be placed permanently in the Cadet's Army Military Human Resource Record (AHMRR), due to the Cadet's refusal to receive the COVID-19 vaccine.

2. In accordance with the Secretary of the Army's guidance, published in her 24 February 2023 memorandum, I hereby revoke my decision to file the GOMOR permanently and rescind the GOMOR entirely.

ENCL                                          MARK C. QUANDER
Memorandum, SA, 24 Feb 23                      Brigadier General, U.S. Army
                                               Commandant of Cadets

**A128**



**OFFICE OF THE COMMANDANT**
# UNITED STATES MILITARY ACADEMY
WEST POINT, NEW YORK  10996-5000

MACC

MAR 3 1 2023

MEMORANDUM FOR Commander, Army Human Resources Command, Army Soldier Records Branch (AHRC-PDR-R), 1600 Spearhead Division Avenue, Department 420, Fort Knox, Kentucky  40121-5402

SUBJECT:  Filing Determination on Letter of Reprimand

1. I have carefully considered the enclosed reprimand of Cadet Collin M. Morrison, XXX-XX-7276, Echo Company, 1st Regiment, United States Corps of Cadets, the circumstances of the misconduct, and all matters submitted by the Soldier in defense, extenuation, or mitigation along with the recommendation of the subordinate commanders.

2. I direct that this reprimand be:

[✓] Withdrawn and destroyed.

[ ] Placed temporarily in the Soldier's local unit file with all enclosures. The reprimand will remain in this file for 18 months or until the Soldier is assigned to another general court-martial jurisdiction, whichever is sooner.

[ ] Placed permanently in the Soldier's Army Military Human Resource Record (AMHRR). All enclosures will be forwarded with the reprimand for filing as appropriate.

QUANDER.MARK.
CHRISTOPHER.10
19048736
Digitally signed by QUANDER.MARK.CHRISTOPHER.1019048736
Date: 2023.03.30 19:38:05 -04'00'

Encl

MARK C. QUANDER
BG, U.S. Army
Commandant of Cadets

CF:
CDT Collin Morrison (w/ encls)
Unit Chain of Command (w/o encls)

**A129**



OFFICE OF THE COMMANDANT
**UNITED STATES MILITARY ACADEMY**
WEST POINT, NEW YORK  10996-5000

MACC

MAR 3 1 2023

MEMORANDUM FOR Commander, Army Human Resources Command, Army Soldier Records Branch (AHRC-PDR-R), 1600 Spearhead Division Avenue, Department 420, Fort Knox, Kentucky  40121-5402

SUBJECT:  Filing Determination on Letter of Reprimand

1. I have carefully considered the enclosed reprimand of Cadet Nicholas K. Saballa, XXX-XX-7799, Foxtrot Company, 2nd Regiment, United States Corps of Cadets, the circumstances of the misconduct, and all matters submitted by the Soldier in defense, extenuation, or mitigation along with the recommendation of the subordinate commanders.

2. I direct that this reprimand be:

[ ✓ ] Withdrawn and destroyed.

[   ] Placed temporarily in the Soldier's local unit file with all enclosures. The reprimand will remain in this file for 18 months or until the Soldier is assigned to another general court-martial jurisdiction, whichever is sooner.

[   ] Placed permanently in the Soldier's Army Military Human Resource Record (AMHRR). All enclosures will be forwarded with the reprimand for filing as appropriate.

QUANDER.MARK.CHRISTOPHER.1019048736
Digitally signed by QUANDER.MARK.CHRISTOPHER.1019048736
Date: 2023.03.30 19:36:46 -04'00'

Encl

MARK C. QUANDER
BG, U.S. Army
Commandant of Cadets

CF:
CDT Nicholas Saballa (w/ encls)
Unit Chain of Command (w/o encls)

**A130**