UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al., <br><br> Defendants. | No. 6:22-CV-049-H |

### ORDER

Before the Court is the parties' Joint Motion for an Extension of Time to Submit Joint Supplemental Notice. Dkt. No. 119. For the reasons stated in the motion, the motion is granted. The parties shall have until July 14, 2023, to file the joint supplemental notice previously requested by the Court. *See* Dkt. No. 115.

So ordered on July 5, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE