UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al., <br><br> Defendants. | No. 6:22-CV-049-H |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

In advance of the Court's resolution of the pending Motion to Dismiss (Dkt. No. 105), the Court sets a telephonic status conference for July 21, 2023, at 9:30 a.m. CST. The parties shall be prepared to confirm to what extent Plaintiff Chrisman has engaged in the administrative process for review of his discharge and, if he has not yet engaged in that process, whether he intends to do so in the future. Plaintiff Chrisman must be present on the call. Dial-in information will be disseminated to the parties by email prior to the conference.

So ordered on July 10, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE