UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ROBERT SCHELSKE, *et al.*,

*Plaintiffs,*

v.

LLOYD J. AUSTIN, III,
United States Secretary of Defense, *et al.*,

*Defendants.*

No. 6:22-cv-0049-H

**JOINT MOTION FOR EXTENSION OF TIME**

The parties respectfully request an extension of 30 days for all pending or upcoming deadlines. Good cause exists to grant this motion.

1. The Court's September 14, 2023, Memorandum Opinion and Order, ECF No. 139, granted in part and denied in part Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, ECF No. 105.

2. The parties have conferred and have agreed to engage in settlement negotiations concerning remaining claims within the next 30 days.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' responsive pleading to Plaintiffs' First Amended Complaint is currently due on September 28, 2023. Additional deadlines could arise within the next 30 days that could be avoided through resolution of the parties' negotiations, preserving the resources of the parties and the Court.

The parties thus respectfully request an extension of 30 days for all deadlines. A proposed order has been attached for the Court's convenience.

Date: September 27, 2023

Respectfully Submitted,

*/s/ Aaron Siri* .
Aaron Siri (Admitted *Pro Hac Vice*)
Elizabeth A. Brehm
(Admitted *Pro Hac Vice*)
Wendy Cox (TX 24090162)
Dana Smith (Admitted *Pro Hac Vice*)
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091 (v)
(646) 417-5967 (f)

aaron@sirillp.com
ebrehm@sirillp.com
wcox@sirillp.com
dstone@sirillp.com

*/s/Christopher Wiest*
Christopher Wiest (Admitted *Pro Hac Vice*)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (vc)
(859) 495-0803 (f)
chris@cwiestlaw.com

Thomas Bruns (Admitted *Pro Hac Vice*)
Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
(513) 312-9890 (vt)
tbruns@bcvalaw.com

John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com
*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

JOSHUA E. GARDNER
Special Counsel

/s/ Keri L. Berman
ANDREW E. CARMICHAEL
KERI L. BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11206
Washington, DC 20530
Tel.: (202) 514-3183 / Fax: (202) 305-7538
Email: keri.l.berman@usdoj.gov
*Counsel for Defendants*