UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| LUKE T. CHRISMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al.,<br><br>    Defendants. | No. 6:22-CV-049-H |

**ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Before the Court is the defendants' Unopposed Motion to Withdraw Zachary A. Avallone as Counsel. Dkt. No. 142. The Court grants the motion. Keri Berman will continue to serve as counsel for the defendants. Zachary A. Avallone is relieved of his obligations and duties to this Court as counsel for the defendants in this case.

So ordered on October 20, 2023.

                                            _____
                                            JAMES WESLEY HENDRIX
                                            UNITED STATES DISTRICT JUDGE