IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| LUKE T. CHRISMAN, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 6:22-CV-00049-H |
| | § | |
| LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

On October 30, 2023, the United States District Judge referred this case to the undersigned United States Magistrate Judge to conduct mediation. ECF No. 146. The undersigned presently has the following dates available for mediation: December 5, 7, 12, or 14, 2023.

No later than **Tuesday, November 7, 2023,** the parties shall file a joint notice, signed by all parties' counsel, informing the Court of a mutually agreeable date for mediation. If the parties cannot agree on a specific date, the Court will schedule the mediation at its discretion. The joint notice must also state the individuals who will participate in the mediation on behalf of each party. The mediation will take place **in-person at the George H. Mahon Federal Building, 1205 Texas Avenue, Lubbock, Texas**, *unless* (1) all parties agree to conduct the mediation by Zoom or a similar video-teleconferencing format, and (2) the Court, in its discretion, determines that a mediation conducted remotely would be more conducive to potential settlement of this action.

**SO ORDERED.**

Dated: November 2, 2023.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE