UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| **LUKE CHRISMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense, et al.,<br><br>Defendants. | Case No. 6:22-cv-00049-H |

## AGREED ORDER RESOLVING CLAIMS

Plaintiff, Luke Chrisman, through Counsel, and Defendants, Lloyd J. Austin, III, Christine Wormuth, Yvette Bourcicot, Raymond Dingle, and the United States, through Counsel, enter the following Agreed Order:

1. Defendants shall make the following corrections to the military records of Plaintiff Chrisman, without prejudice to Plaintiff Chrisman's ability to independently seek further correction of records before the Army Board for Correction of Military Records if he so chooses. The below listed corrections shall be made within 30 days of the execution of this Agreed Order. Plaintiff Chrisman must notify Defendants within 7 days of receiving notice that the below corrections have been made if he believes the resulting records are not in conformity with the terms of this Order.

A. Correction to Plaintiff Chrisman's Form DD-214, under paragraph 1 shall include:

    i.    Upgrade of Plaintiff Chrisman's discharge characterization to "Honorable."

    ii.    Correction of the narrative explanation provided for Plaintiff Chrisman's separation to "Secretarial Authority."

    iii.    Correction of Plaintiff Chrisman's separation code to correspond with the corrected narrative explanation.

    iv.    Correction of Plaintiff Chrisman's reentry code to "1."

B. Defendants shall remove other adverse actions on Plaintiff Chrisman's military records related to the substance of this matter, including removal of Plaintiff Chrisman's General Officer Memorandum of Reprimand.

2.    The Court will retain jurisdiction to enforce paragraph 1 of this Agreed Order, and will retain jurisdiction to determine any motion for attorney fees and litigation costs/expenses brought by the Plaintiffs.

3.    All other or remaining claims in this matter, except for claims for attorney fees and litigation costs/expenses, including under 42 U.S.C. § 1988, which the Court reserves jurisdiction on, are hereby DISMISSED WITH PREJUDICE.

4.    Plaintiffs shall have 45 days, until January 22, 2024, to file any motion for attorney fees and litigation costs/expenses related to this matter, after which L.R. 7.1 shall apply.

IT IS SO ORDERED:

*/s/ James W. Hendrix*
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

Have seen and agree:

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron Siri | BRIAN M. BOYNTON |
| Aaron Siri (Admitted Pro Hac Vice) | Principal Deputy Assistant Attorney General |
| Elizabeth A. Brehm | |
| (Admitted Pro Hac Vice) | ALEXANDER K. HAAS |
| Wendy Cox (TX 24090162) | Branch Director |
| Dana Smith (Admitted Pro Hac Vice) | |
| SIRI \| GLIMSTAD LLP | JOSHUA E. GARDNER |
| 745 Fifth Avenue, Suite 500 | |

New York, NY 10151  
(212) 532-1091 (v)  
(646) 417-5967 (f)  
aaron@sirillp.com  
ebrehm@sirillp.com  
wcox@sirillp.com  
dstone@sirillp.com  

/s/Christopher Wiest  
Christopher Wiest (Admitted Pro Hac Vice)  
Chris Wiest, Atty at Law, PLLC  
25 Town Center Boulevard, Suite 104  
Crestview Hills, KY 41017  
(513) 257-1895 (vc) (859) 495-0803 (f)  
chris@cwiestlaw.com  

Thomas Bruns (Admitted Pro Hac Vice)  
Bruns, Connell, Vollmar & Armstrong, LLC  
4555 Lake Forest Drive, Suite 330  
Cincinnati, OH 45242 (513) 312-9890 (vt)  
tbruns@bcvalaw.com  

John C. Sullivan  
S|L LAW PLLC  
Texas Bar Number: 24083920  
610 Uptown Boulevard, Suite 2000  
Cedar Hill, Texas 75104  
(469) 523–1351 (v) (469) 613-0891 (f)  
john.sullivan@the-sl-lawfirm.com  
Attorneys for Plaintiffs  

/s/ Andrew E. Carmichael  
ANDREW E. CARMICHAEL  
Senior Trial Counsel  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street NW, Rm. 11206  
Washington, DC 20530  
Tel.: (202) 514-3346 / Fax: (202) 616-8470  
Email: andrew.e.carmichael@usdoj.gov  
Counsel for Defendants