UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| LUKE T. CHRISMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al.,<br><br>    Defendants. | No. 6:22-CV-049-H |

## ORDER

Before the Court is the plaintiff's consent motion for leave to file excess pages. Dkt. No. 153. The motion is granted. It is ordered that the plaintiff's brief in support of his motion for attorneys' fees and costs may be up to 35 pages in length. The defendants' response may also be up to 35 pages in length.

So ordered on January 18, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE