UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**LUKE T. CHRISMAN,** *individually and on behalf of all others similarly situated,*

    *Plaintiffs*,

v.

**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense, *et al.*,

    *Defendants.*

Case No. 6:22-cv-00049-H

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

COME NOW Plaintiffs, by and through counsel, in accordance with 42 U.S.C. § 1983, 42 U.S.C. § 1988, and Rule 54.1 of the Local Uniform Civil Rules of the Northern District of Texas, and respectfully move for an award of attorneys' fees and costs reasonably incurred in the above-captioned matter. Plaintiffs submit the accompanying memorandum of points and authorities, with the exhibits attached hereto and described below, in support of this motion.

| **Exhibit A** | Declaration of Johnathan F. Mitchell<br>- <u>Exhibit 1</u>: Resume of Johnathan F. Mitchell |
|---|---|
| **Exhibit B** | Declaration of Aaron Siri<br>- <u>Exhibit 1</u>: Itemization of expenses and time expended for Siri & Glimstad LLP |
| **Exhibit C** | Declaration of Christopher Wiest<br>- <u>Exhibit 1</u>: Christopher Wiest Curriculum Vitae<br>- <u>Exhibit 2</u>: Itemization of expenses and time expended for Christopher Wiest |
| **Exhibit D** | Declaration of Thomas Bruns<br>- <u>Exhibit 1</u>: Thomas Bruns Curriculum Vitae<br>- <u>Exhibit 2</u>: Itemization of expenses and time expended for Thomas Bruns |
| **Exhibit E** | Declaration of John Sullivan<br>- <u>Exhibit 1</u>: John Sullivan Curriculum Vitae<br>- <u>Exhibit 2</u>: Itemization of expenses and time expended for John Sullivan |
| **Exhibit F** | Declaration of Robert Schelske |
| **Exhibit G** | Declaration of Luke Chrisman |
| **Exhibit H** | *Franciscan All., Inc. v. Becerra*, Dkt. 224-2 |

| | |
|---|---|
| Date: January 22, 2024 | Respectfully submitted, |

*/s/Aaron Siri*
Aaron Siri (admitted PHV)
Elizabeth A. Brehm (admitted PHV)
Wendy Cox (TX 24090162)
Dana Smith (admitted PHV)
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com
ebrehm@sirillp.com
wcox@sirillp.com
dsmith@sirillp.com

*/s/Christopher Wiest*
Christopher Wiest (admitted PHV)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (v)
(859) 495-0803 (f)
chris@cwiestlaw.com

*/s/Thomas Bruns*
Thomas Bruns (admitted PHV)
Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
(513) 312-9890 (v)
tbruns@bcvalaw.com

*/s/John C. Sullivan*
John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, a true and correct copy of Plaintiffs' Motion for Attorneys' Fees And Costs was served by CM/ECF on all counsel or parties of record.

                                                      */s/Aaron Siri*
                                                     Aaron Siri