## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **LUKE T. CHRISMAN,** *individually and on behalf of all others similarly situated,*<br><br>    *Plaintiffs*,<br><br> v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense, *et al.*,<br><br>    *Defendants.* | Case No. 6:22-cv-00049-H |

### APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION
### FOR ATTORNEYS' FEES AND COSTS

Plaintiffs file their Appendix in Support of their Motion for Attorneys' Fees and Costs. The

Appendix consists of the following:

| Appendix Page Nos. | Description |
|---|---|
| 4 – 20 | Exhibit A - Declaration of Johnathan F. Mitchell<br> -   <u>Exhibit 1</u>: Resume of Johnathan F. Mitchell |
| 21 – 70 | Exhibit B - Declaration of Aaron Siri<br> -   <u>Exhibit 1</u>: Itemization of expenses and time expended for Siri & Glimstad LLP |
| 71 – 92 | Exhibit C - Declaration of Christopher Wiest<br> -   <u>Exhibit 1</u>: Christopher Wiest Curriculum Vitae<br> -   <u>Exhibit 2</u>: Itemization of expenses and time expended for Christopher Wiest |
| 93 – 125 | Exhibit D - Declaration of Thomas Bruns<br> -   <u>Exhibit 1</u>: Thomas Bruns Curriculum Vitae<br> -   <u>Exhibit 2</u>: Itemization of expenses and time expended for Thomas Bruns |
| 126 – 139 | Exhibit E - Declaration of John Sullivan<br> -   <u>Exhibit 1</u>: John Sullivan Curriculum Vitae<br> -   <u>Exhibit 2</u>: Itemization of expenses and time expended for John Sullivan |
| 140 – 142 | Exhibit F – Declaration of Robert Schelske |

| 143 – 145 | Exhibit G – Declaration of Luke Chrisman |
|:---:|:---|
| 146 – 153 | Exhibit H – *Franciscan All., Inc. v. Becerra*, Dkt, 224-2 |

Dated: January 22, 2024

Respectfully submitted,

*/s/Aaron Siri*
Aaron Siri (admitted PHV)
Elizabeth A. Brehm (admitted PHV)
Wendy Cox (TX 24090162)
Dana Smith (admitted PHV)
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com
ebrehm@sirillp.com
wcox@sirillp.com
dsmith@sirillp.com

Christopher Wiest (admitted PHV)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (vc)
(859) 495-0803 (f)
chris@cwiestlaw.com

Thomas Bruns (admitted PHV)
Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
(513) 312-9890 (vt)
tbruns@bcvalaw.com

John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com
*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 22, 2024, a true and correct copy of Appendix in Support of Plaintiffs' Motion For Attorneys' Fees And Costs was served by CM/ECF on all counsel or parties of record.

*/s/Aaron Siri*_____
Aaron Siri

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| **LUKE CHRISMAN**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense, et al.,<br><br>Defendants. | Case No. 6:22-cv-00049-H |

## DECLARATION OF JONATHAN F. MITCHELL

1.  My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2.  I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct. I render the opinions herein to a reasonable degree of legal certainty.

3.  My résumé is attached as Exhibit 1 to this declaration. As reflected in that attachment, I graduated law school from the University of Chicago Law School in 2001, and then clerked for Judge J. Michael Luttig of the U.S. Court of Appeals for the Fourth Circuit and for Justice Antonin Scalia of the Supreme Court of the United States. I then served as an Attorney-Adviser in the Office of Legal Counsel of the United States Department of Justice from 2003 through 2006, and I taught at Georgetown University Law Center, the University of Chicago Law School, and George Mason University.

4.  I have practiced law in Texas for 13 years, and I have been a member of the Texas bar since 2010. I served as the Solicitor General of Texas from 2010 to 2015.

5.  I am admitted to practice in Texas; Pennsylvania; the District of Columbia; Washington; the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas; the United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania; the United States District Court for the Western District of Washington; the United States District Court for the District of Columbia; the United States District Courts for the Northern and Central Districts of Illinois; the United States Courts of Appeals for the D.C., Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; and the Supreme Court of the United States.

6.  I am presently a principal at Mitchell Law PLLC, where I routinely practice in the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, as well as practicing appellate work throughout the country, including in the United States Supreme Court, where I have appeared and argued in five cases, with two additional arguments scheduled for next month.

7.  I am familiar with the fees charged by attorneys who practice complex civil litigation in the Northern District of Texas that includes similar novel and challenging issues presented in this case. In particular, I am familiar with fees charged by attorneys who practice cases involving civil rights. I have successfully litigated civil-rights cases throughout Texas myself, including in federal courts.

8.  I am familiar with the work of the Plaintiffs' counsel, including their work in other nationally significant matters. I have reviewed the docket report

Mitchell Declaration                                                                 Page 2 of 7

and the material decisions for this particular case. I have also reviewed the declarations of the Plaintiffs' counsel, and curricula vitae, their respective years of practice, experience, and invoices attached thereto.

9.  I have also reviewed the declarations of plaintiffs Mr. Chrisman and SSgt Schelske, concerning their inability to obtain counsel local to San Angelo or Lubbock who were willing to take on this representation. My knowledge of practitioners in those markets, and the complexity of this litigation, is consistent with their experience. This litigation required special expertise to handle and, more significantly, to prevail in. There are no practitioners that I am aware of, based in San Angelo or Lubbock, who have the requisite skill or experience to handle a matter such as this litigation.

10. There are firms in the Northern District of Texas who had the capacity to handle this matter, specifically certain of the larger firms located in Fort Worth or Dallas, or First Liberty Institute, located in Plano, Texas (which handled similar litigation against Navy officials).

11. After review of the docket, it is clear this case was vigorously litigated by the Department of Justice, and therefore demanded substantial experience, expertise, and sophistication, as well as a large team—resources that normally can be brought to bear only by a national firm. But even if they could have afforded them, the plaintiffs here could not have retained any of the larger firms in the Dallas market because those firms would not have taken on litigation of this type.

12. I am familiar with the rates of experienced litigators in the Dallas–Fort Worth market. I have first-hand knowledge of Dallas litigators who were charging $1,750 per hour at least a year ago (and whose rates are higher this year).

13. I have reviewed draft invoices for this matter reflecting that Plaintiffs' counsel charged between $975 to $825 an hour for lead trial attorneys, $775 an hour for more junior attorneys, and $240 per hour for paralegals.

14. In the Northern District of Texas, and specifically within the Dallas/Plano/Fort Worth market,[1] an hourly rate of $975 is reasonable—as are the lower proposed rates—for attorneys with the experience and skillset required to litigate this matter, and even attorneys with less experience charge hourly fees at or above this range. Lower rates are charged for state-court work or less complex cases, but not for litigators with the experience of the Plaintiffs' counsel in this matter or for the type of litigation that this matter involved.

15. Having practiced in a wide variety of cases, including those involving religious-freedom claims such as this one, I know and understand the market for experienced litigators handling the type of work being evaluated.

16. Based on my experience as a lawyer who handles complex and civil rights litigation, it is my opinion that the requested hourly rates are reasonable and in line with rates charged by other comparable plaintiffs' attorneys in this legal market based on their respective years of experience, and are comparable to, and within the range of fees charged by lawyers of comparable experience and skill who have been licensed for the period of time that Plaintiffs' attorneys were when the work in this matter was performed.

17. I also take note of the national significance of the constitutional issues raised by the plaintiffs and advocated for by their attorneys in this litigation.

---

[1] For run-of-the-mill civil-rights cases in the San Angelo/Lubbock market, which this case was plainly not, $600 an hour for partners and $485 for associates is within the market and approximately what was awarded by the court in 2021, with an inflationary adjustment. *Vestas-American Wind Tech., Inc. v. Salazar,* 2021 WL 1399296 (N.D. Tex. Feb. 1, 2021); *see also Vestas-American Wind Tech., Inc. v. Salazar*, 2021 WL 1398972 (N.D. Tex. Mar. 12, 2021).

I also recognize that not many attorneys are willing to take on civil-rights cases such as litigated in this matter. Simply put, Plaintiffs' counsel advocated for a position that does not appear to be shared by the majority of Americans. Though I do not assign a dollar amount to these considerations, I do note their importance to the question and to the appropriate amount of legal fees in this case.

18. I am also familiar with the fee application recently approved in *Franciscan Alliance, Inc. v. Becerra*, 2023 WL 4462049 (N.D. Tex. July 11, 2023). I believe that case is a fair comparator to this one. Although the $1,200 hourly rate there was based on the D.C. market, hourly rates in Dallas are comparable with D.C. rates for work in federal court on complex class-action issues. The rates requested here are thus well within the range of what would be customary in the Dallas market for similar litigation.

19. I have also undertaken to review the time and billing entries submitted by Plaintiffs' counsel. My review of these entries and billing rates indicate that the hours worked and fees requested comport with, and are reasonable in light of the factors contained in *Johnson v. Georgia Highway Exp., Inc.*, 488 F.2d 714 (5th Cir. 1974) and *Shipes v. Trinity Indus.*, 987 F. 2d 311, 319 (5th Cir. 1993) insofar as they: (1) accurately reflect the time and labor reasonably required in the prosecution of this matter; (2) capture the novelty and difficulty of the questions involved; (3) account for the skill required to perform the work properly; (4) factor in the opportunity costs for Plaintiffs' counsel to take this case and decline other work; (5) accurately reflect the fees customarily charged by others for similar legal services; (6) take into consideration whether the fee was fixed or contingent; (7) factors in relevant time limitations; (8) duly consider the amount involved and the results obtained; (9) reflect the experience, reputation, and ability of Plaintiffs' counsel; (10) take into

consideration the undesirability of the case (including the fact that Plaintiffs—as a small and insular minority with religious objections to vaccination that are not shared by the majority of the population—were unable to find attorneys willing to represent them in their area); (11) factor in the nature and length of the professional relationship with the client; and (12) reflect due consideration to awards in similar cases. Applying the *Johnson* factors warrants an upward adjustment in this case.

20. In my professional opinion, the total hours spent on this matter—involving complex and novel legal issues, in protracted litigation with class certification issues, with multiple named plaintiffs against multiple government Defendants with asymmetric resources, with often time-sensitive deadlines—were reasonable, necessary, and appropriate for this litigation. I have reviewed the billing of the attorneys on this case, and I believe the work itself as described is consistent with what would be reasonable and necessary in the respective positions in which these attorneys were handling the legal needs of our clients.

21. I also note that Plaintiffs' counsel eliminated a large portion of duplicative, unnecessary, or inappropriate charges from their respective time sheets, taking into account that other attorneys or firms may arguably have devoted fewer resources to the case and not achieved the same results.

22. Further, it is my opinion to a reasonable degree of certainty that any substantial reduction of an award of the attorney fees sought in this matter would have a substantial chilling effect on the vindication of constitutional and civil rights in the future in this District. Congress enacted 42 U.S.C. § 1988 to ensure that constitutional rights would be vindicated by competent counsel. Therefore, I do not believe that substantial deduction would be appropriate.

Mitchell Declaration                                                          Page 6 of 7

23. I have likewise reviewed the out-of-pocket costs and find those to be reasonable and customary in the industry.

24. Finally, a review of the time entries reveals that the time and work were appropriate for the tasks being performed.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Dated: January 21, 2024

Jonathan F. Mitchell

# EXHIBIT 1

# JONATHAN F. MITCHELL

111 Congress Avenue, Suite 400 • Austin, Texas 78701
(512) 686-3940 • jonathan@mitchell.law
http://ssrn.com/author=791842

---

### EDUCATION

J.D., The University of Chicago Law School, with high honors, 2001
- Articles Editor, *The University of Chicago Law Review*
- Order of the Coif
- Joseph Henry Beale Prize for Legal Research and Writing

B.A., Wheaton College (IL), summa cum laude, 1998

---

### CLERKSHIPS

| | |
|---|---|
| Justice Antonin Scalia, Supreme Court of the United States | 2002–2003 |
| Judge J. Michael Luttig, U.S. Court of Appeals for the Fourth Circuit | 2001–2002 |

---

### EXPERIENCE

Mitchell Law PLLC                                                                2018–present
*Principal*

Stanford Law School                                                            2015–2017
*Visiting Professor of Law*

Hoover Institution                                                                2015–2016
*Visiting Fellow*

University of Texas at Austin School of Law
*Searle Visiting Professor of Law*                                          2015
*Adjunct Professor*                                                             2010–2014

Solicitor General of Texas                                                    2010–2015

George Mason University School of Law                              2008–2010
*Assistant Professor of Law*

University of Chicago Law School                                        2006–2008
*Visiting Assistant Professor*

Georgetown University Law Center                                          2006
*Visiting Researcher*

Office of Legal Counsel, U.S. Department of Justice            2003–2006
*Attorney-Adviser*

---

### PUBLICATIONS

*The Writ-of-Erasure Fallacy*,
  104 VA. L. REV. 933 (2018)

*Textualism and the Fourteenth Amendment*,
  69 STAN. L. REV. 1237 (2017)

*Remembering the Boss*,
  84 U. CHI. L. REV. 2291 (2017)

*Judicial Review and the Future of Federalism*,
  49 ARIZ. ST. L.J. 1091 (2017)

*Commentary, Capital Punishment and the Courts*,
  120 HARV. L. REV. FORUM 269 (2017)

*Stare Decisis and Constitutional Text*,
  110 MICH. L. REV. 1 (2011)

*Reconsidering Murdock: State-Law Reversals as Constitutional Avoidance*,
  77 U. CHI. L. REV. 1335 (2010)

*Legislating Clear-Statement Regimes in National-Security Law*,
  43 GA. L. REV. 1059 (2009)

*Apprendi's Domain*,
  2006 SUP. CT. REV. 297

*Why Was Roe v. Wade Wrong?*,
  book chapter in Geoffrey R. Stone and Lee Bollinger, eds., *Roe v. Dobbs: The Past, Present, and Future of a Constitutional Right to Abortion* (Oxford 2023)

### SUPREME COURT ORAL ARGUMENTS

*Garland v. Cargill*, No. 21-588 (to be argued in March 2024)
  • Will argue on behalf of bump-stock owner challenging BATF's bump-stock ban

*United States v. Texas*, No. 21-588 (argued November 1, 2021)
  • Argued on behalf of intervenor-defendants in Biden Administration's lawsuit over Texas's SB 8; Supreme Court dismissed the writ of certiorari as improvidently granted

*Campbell–Ewald Co. v. Gomez*, No. 14-857 (argued October 14, 2015)
  • Argued on behalf of class-action plaintiff who opposed defendant's attempt to moot the case by offering money solely to the class representative; Supreme Court ruled 6-3 in our favor and held that the defendant's tactics did not moot the class action

*Utility Air Regulatory Group v. EPA*, No. 12-1146 (argued February 24, 2014)
  • Argued on behalf of States challenging the Obama Administration's greenhouse-gas regulations; Supreme Court ruled partly in our favor in a 5-4 vote

*EPA v. EME Homer City Generation*, No. 12-1182 (argued December 10, 2013)
  • Argued on behalf of States challenging Obama Administration's cross-state air-pollution rule; Supreme Court ruled against us in a 6-2 vote

*Gonzalez v. Thaler*, No. 10-895 (argued November 2, 2011)
  • Argued on behalf of Texas in a habeas case involving AEDPA's statute of limitations; Supreme Court ruled in our favor 8-1; Justice Scalia dissented on jurisdictional grounds

## SUPREME COURT MERITS BRIEFS AUTHORED

*United States v. Texas*, No. 21-588
- Represented intervenor-defendants in Biden Administration's lawsuit over the Texas Heartbeat Act; Supreme Court dismissed the writ of certiorari as improvidently granted

*Whole Woman's Health v. Jackson*, 142 S. Ct. 522 (2021)
- Represented Mark Lee Dickson, a pastor sued by Texas abortion providers; Supreme Court unanimously dismissed all claims against Mr. Dickson for lack of standing

*Campbell–Ewald Co. v. Gomez*, 577 U.S. 153 (2016)
- Represented class-action plaintiff who opposed the defendant's attempt to moot the case by offering monetary relief solely to the class representative; Supreme Court ruled 6-3 in our favor and held that the defendant's tactics did not moot the class action

*Walker v. Texas Division, Sons of Confederate Generals*, 576 U.S. 200 (2015)
- Defended the constitutionality of Texas's refusal to issue specialty license plates featuring the confederate battle flag; Supreme Court sided with us in a 5-4 vote

*Texas Dep't of Housing and Community Affairs v. ICP*, 576 U.S. 519 (2015)
- Represented Texas housing agency arguing that the Fair Housing Act makes no allowance for disparate-impact liability; Supreme Court disagreed in a 5-4 vote

*Utility Air Regulatory Group v. EPA*, 573 U.S. 302 (2014)
- Represented States challenging the Obama Administration's greenhouse-gas regulations; Supreme Court ruled partly in our favor in a 5-4 vote

*EPA v. EME Homer City Generation*, 572 U.S. 489 (2014)
- Represented States challenging Obama Administration's cross-state air-pollution rule; Supreme Court ruled against us in a 6-2 vote

*Gonzalez v. Thaler*, 565 U.S. 134 (2012)
- Represented Texas in a habeas case involving AEDPA's statute of limitations; Supreme Court ruled in our favor 8-1; Justice Scalia dissented on jurisdictional grounds

## REPRESENTATIVE SUPREME COURT AMICUS BRIEFS

*Vitagliano v. County of Westchester*, No. 23-74 (petition-stage)
- Authored petition-stage amicus on behalf of Texas Right to Life and America First Legal urging the Supreme Court to overrule *Hill v. Colorado*, 530 U.S. 703 (2000)

*Students for Fair Admission*, 600 U.S. 181 (2023)
- Authored amicus arguing that Title VI and the Equal Protection Clause should not be interpreted as co-extensive, and urging Court to find racial preferences in college admissions unlawful solely under Title VI without reaching the equal-protection issue

*Moore v. Harper*, 600 U.S. 1 (2023)
- Authored amicus arguing that 2 U.S.C. § 2a(c) constrains remedial discretion of state courts when they impose congressional maps in response to constitutional violations

*Kennedy v. Bremerton*, 142 S. Ct. 2407 (2022)
- Authored amicus urging the Supreme Court to dis-incorporate the Establishment Clause and overrule *Lemon v. Kurtzman*, 403 U.S. 602 (1971)

*Dobbs v. Jackson Women's Health Center*, 597 U.S. 215 (2022)
- Authored amicus on behalf of Texas Right to Life and America First Legal urging the Supreme Court to overrule *Roe v. Wade*, 410 U.S. 113 (1973)

*New York State Rifle & Pistol Ass'n Inc. v. Bruen*, 597 U.S. 1 (2022)
- Authored amicus on behalf of National Shooting Sports Foundation urging the Supreme Court to disapprove New York's "proper cause" licensing regime

*June Medical Services LLC v. Russo*, 140 S. Ct. 2103 (2020)
- Authored amicus on behalf of Family Research Council urging the Supreme Court to reject third-party standing for abortion providers and overrule *Whole Woman's Health v. Hellerstedt*, 579 U.S. 582 (2016)

*Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S. Ct. 2183 (2020)
- Authored amicus on behalf of New Civil Liberties Alliance urging the Supreme Court to overrule *Humphrey's Executor v. United States*, 295 U.S. 602 (1935)

*Worman v. Healy*, No. 19-404 (petition-stage)
- Authored petition-stage amicus on behalf of National Shooting Sports Foundation urging the Supreme Court to resolve the standard of review that should apply to laws that prohibit semiautomatic firearms or standard-capacity magazines

*Remington v. Soto*, No. 19-168 (petition-stage)
- Authored petition-stage amicus on behalf of National Shooting Sports Foundation urging the Supreme Court to review the Connecticut Supreme Court's interpretation of the "predicate exception" in the Protection of Lawful Commerce in Arms Act

*Whole Woman's Health v. Hellerstedt*, 579 U.S. 582 (2016)
- Authored amicus on behalf of University Faculty for Life and Texas Alliance for Life urging the Supreme Court to reject abortion providers' challenge to Texas's HB2 on the grounds of insufficient evidence and res judicata

*Armstrong v. Exceptional Child Center*, 575 U.S. 320 (2015)
- Authored amicus on behalf of Texas and other states arguing that the Medicaid Act is incapable of "preempting" state law and that the Supremacy Clause does not create a private right of action for individuals to sue state officials who violate state law

*Zivotofsky v. Kerry*, 576 U.S. 1 (2015)
- Authored amicus on behalf of Texas defending the constitutionality of statute allowing Jerusalem-born U.S. citizens to have "Israel" listed as their place of birth on passports

*Shelby County v. Holder*, 570 U.S. 529 (2013)
- Authored amicus on behalf of Texas describing how the Obama Administration's Department of Justice abused the preclearance regime in the Voting Rights Act

*Alleyne v. United States*, 570 U.S. 99 (2013)
- Authored amicus on behalf of Texas and other states urging the Court not to extend the holding of *Apprendi v. New Jersey*, 530 U.S. 466 (2000), and criticizing *Apprendi*'s historical analysis

*Wos v. E.M.A.*, 568 U.S. 627 (2013)
- Authored amicus on behalf of Texas and other states arguing that the Medicaid Act is incapable of "preempting" state law, because a state does not violate federal law merely by acting in a manner that might cause federal money to be withheld

*Messerschmidt v. Millender*, 565 U.S. 535 (2012)
- Authored amicus on behalf of Texas and other states arguing that a qualified-immunity defense should be coextensive with the good-faith exception to the exclusionary rule, and that the Ninth Circuit erred by automatically equating a violation of the warrant clause with a violation of an individual's fourth amendment rights

*Greene v. Fisher*, 565 U.S. 34 (2011)
- Authored amicus on behalf of Texas and other states arguing that the *Teague* exceptions were not incorporated into 28 U.S.C. § 2254(d)

REPRESENTATIVE LITIGATION IN THE U.S. COURTS OF APPEALS

*Barber v. Bryant*, 860 F.3d 345 (5th Cir. 2017) (argued)
- Successfully defended the constitutionality of Mississippi's religious-freedom law (HB 1523); Fifth Circuit dismissed plaintiffs' claims for lack of standing

*Braidwood Management Inc. v. Becerra*, No. 23-10326 (5th Cir.) (to be argued)
- Representing citizens and business owners in an Appointments Clause challenge to the Affordable Care Act's preventive-care coverage mandates; case pending in Fifth Circuit

*Braidwood Management Inc. v. EEOC*, 70 F.4th 914 (5th Cir. 2023) (argued)
- Successfully sued EEOC under the Religious Freedom Restoration Act for failing to exempt employers who object to homosexual and transgender behavior from *Bostock*

*Davis v. Abbott*, No. 781 F.3d 207 (5th Cir. 2015) (argued)
- Successfully appealed an award of attorneys' fees that had been awarded to plaintiffs in a redistricting lawsuit brought against Texas officials

*Deanda v. Becerra*, No. 23-10159 (5th Cir.) (argued)
- Representing plaintiffs suing Secretary Becerra for claiming that Title X "preempts" Texas's parental-consent laws; case argued in the Fifth Circuit and awaiting decision

*Fraternal Order of Police v. Springfield*, No. 23-3165 (3rd Cir.) (to be argued)
- Representing police officers in First Amendment lawsuit against township that prohibited display of the "Thin Blue Line American Flag" on township property

*Friends of George's Inc. v. Mulroy*, No. 23-5611 (6th Cir.) (amicus)
- Authored amicus criticizing district-court ruling that facially enjoined enforcement of Tennessee's anti-drag-show law on "overbreadth" grounds

*Hecox v. Little*, No. 20-35813 (9th Cir.) (amicus)
- Authored amicus supporting Idaho's petition for re-hearing en banc over its women's sports law; argued that the district court never entered an injunction and that the private civil-enforcement provisions of the law remain in effect

*HM Florida-Orl, LLC v. Griffin*, No. 23-12160 (11th Cir.) (amicus)
- Authored amicus criticizing district-court ruling that facially enjoined enforcement of Florida's anti-drag-show law on "overbreadth" grounds

*L.W. v. Skrmetti*, 83 F.4th 460 (6th Cir.) (amicus)
- Authored amicus attacking plaintiffs' standing to challenge Tennessee law protecting children from gender-transitioning treatments, as well as the universal remedy issued by the district court; Sixth Circuit agreed and vacated preliminary injunction

*Little v. Llano County*, No. 23-50224 (5th Cir.) (argued)
- Representing Llano County in lawsuit brought by library patrons who accused the county librarian of weeding library books containing nudity or LGBTQ content; awaiting ruling from Fifth Circuit

*Lowery v. Texas A&M University*, No. 23-20481 (5th Cir.) (to be argued)
- Representing a professor suing Texas A&M University for discriminating against whites and Asians in its faculty hiring

*Neese v. Becerra*, No. 23-10078 (5th Cir.) (to be argued)
- Representing doctors and medical professionals challenging Biden Administration's interpretation of section 1557 of the Affordable Care Act; case pending in Fifth Circuit

*Planned Parenthood v. Abbott*, 734 F.3d 406 (5th Cir. 2013) (emergency stay)
- Successfully obtained a stay of district-court injunction against Texas law requiring abortionists to hold hospital-admitting privileges, allowing law to take immediate effect

*Planned Parenthood v. Abbott*, 748 F.3d 583 (5th Cir. 2014) (argued)
- Successfully defended the constitutionality of Texas laws requiring abortion providers to hold hospital-admitting privileges and restricting the use of abortion-inducing drugs

*Sons of Confederate Veterans v. Vandergriff*, 759 F.3d 388 (5th Cir. 2014) (argued)
- Unsuccessfully argued in Fifth Circuit that Texas could refuse to issue specialty license plates featuring the confederate battle flag; Supreme Court later reversed in a 5-4 vote

*Texas Medical Providers v. Lakey*, 667 F.3d 570 (5th Cir. 2012) (argued)
- Successfully defended the constitutionality of Texas's ultrasound law

*The Aransas Project v. Shaw*, 775 F.3d 641 (5th Cir. 2014) (argued)
- Successfully defended Texas state officials in lawsuit that accused them of violating the Endangered Species Act

*Umphress v. Hall*, No. 20-11216 (5th Cir.) (argued)
- Representing county judge who brought First Amendment claim against members of the state commission on judicial conduct for threatening judges who refuse to perform same-sex marriage ceremonies; awaiting ruling from Fifth Circuit

*Voting for America v. Steen*, 732 F.3d 382 (5th Cir. 2013) (argued)
- Successfully defended the constitutionality of Texas's voter-registration laws

---

**OTHER REPRESENTATIVE LITIGATION (ONGOING)**

*Bolduc v. Amazon.com Inc.*, No. 4:22-cv-00615-ALM (E.D. Tex.)
- Representing plaintiff suing Amazon for discriminating against whites and Asians in its "delivery service partners" program; case is pending in the district court

*Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.)
- Representing four pro-life residents of Texas who were sued by Texas abortion funds in an attempt to challenge SB 8; case is pending in the district court

*Hensley v. State Commission on Judicial Conduct*, No. 23-CV-0375 (SCOTEX)
- Representing a justice of the peace who sued the state commission on judicial conduct after it disciplined her for recusing herself from same-sex marriage ceremonies on account of her Christian faith; awaiting ruling from Supreme Court of Texas

*Jackson v. Wright*, No. 23-CV-0375 (Galveston County, Texas)
- Representing a UNT music professor who was disciplined after he published a journal article criticizing a black musicologist; the Fifth Circuit rejected UNT's sovereign-immunity defense and case is pending in the district court

*Roberts v. Progressive Preferred Insurance*, No. 1:23-cv-01597-PAG (E.D. Ohio)
- Representing plaintiff suing Progressive Insurance for discriminating against non-black-owned small businesses when awarding grants; case is pending in the district court

*San Antonio Family Ass'n v. San Antonio*, No. 2023CI22459 (Bexar County, Texas)
- Representing taxpayers suing San Antonio over its creation of a "Reproductive Justice Fund," which will award taxpayer money to organizations that pay the travel costs and related expenses of women seeking out-of-state abortions; case is pending in trial court

*Sefelino v. Community Coll. of Morris Cty.*, No. 2:23-cv-01595-MEF-LDW (D.N.J.)
- Representing college student who was suspended and removed from campus for speaking and preaching against homosexuality; case is pending in the district court

*Silva v. Noyola*, No. 23-CV-0375 (Galveston County, Texas)
- Representing father of an aborted fetus in wrongful-death lawsuit brought against three women who illegally provided abortion pills to his then-wife; case is pending in the district court

---

*Stewart v. Texas Tech University*, No. 5:23-cv-00007-H (N.D. Tex.)
- Representing white medical-school applicant suing each of Texas's state medical schools for discriminating against whites and Asians in student admissions; case is pending in the district court

*Texas Right to Life v. Van Stean*, No. 23-0468 (Supreme Court of Texas)
- Representing Texas Right to Life in lawsuits brought by abortion providers and abortion funds over its website that invited members of the public to report violations of the Texas Heartbeat Act; case is pending in the Supreme Court of Texas

*Zimmerman v. City of Austin*, No. D-1-GN-19-005930 (Travis County)
- Representing taxpayer suing Austin over its decision to give taxpayer money to abortion funds; case is pending in the district court

---

**OTHER REPRESENTATIVE LITIGATION (COMPLETED)**

*Davis v. Sharp*, 656 F. Supp. 3d 687 (W.D. Tex. 2023)
- Successfully defended four pro-life residents of Texas who were sued by Wendy Davis in an attempt to have the Texas Heartbeat Act declared unconstitutional; district court dismissed for lack of standing

*DeOtte v. Azar*, No. 4:18-cv-00825-O (N.D. Tex.)
- Successfully sued HHS under the Religious Freedom Restoration Act over insufficient religious exemptions to the Contraceptive Mandate; Fifth Circuit vacated injunction as moot after the Trump Administration's rules took effect in 2020

*Garcia v. Carroll Indep. Sch. Dist.*, No. 153-319405-20 (Tarrant County, Texas)
- Successfully sued Carroll ISD over its attempt to implement a "cultural competence action plan" in violation of the Texas Open Meeting Act; the school district settled the case, withdrew the plan, and paid our attorneys' fees

*Great Northern Resources v. Coba*, No. 3:20-cv-01866-IM (D. Oregon)
- Successfully sued Oregon officials over their racially discriminatory distribution of pandemic aid; the state settled on a class-wide basis and paid our attorneys' fees

*Lilith Fund v. Dickson*, 662 S.W.3d 355 (Tex. 2023)
- Successfully defended pastor Mark Lee Dickson in three defamation lawsuits brought by Texas abortion funds; the Supreme Court of Texas granted our anti-SLAPP motion, requiring the abortion funds to pay Mr. Dickson's costs and attorneys' fees

*Planned Parenthood v. Lubbock*, No. 542 F. Supp. 465 (N.D. Tex. 2021)
- Served as court-appointed amicus in lawsuit brought by Planned Parenthood over a Lubbock abortion ban that was enforceable solely by private citizen suits; district court dismissed case for lack of standing because the city did not enforce the ban

---

**BAR ADMISSIONS**

District of Columbia, Pennsylvania, Texas, Washington
Supreme Court of the United States
U.S. Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, and District of Columbia Circuits
U.S. District Court for the District of Columbia
U.S. District Courts for the Northern and Central Districts of Illinois
U.S. District Courts for the Eastern, Middle, and Western Districts of Pennsylvania
U.S. District Courts for Northern, Southern, Eastern, and Western Districts of Texas
U.S. District Court for the Western District of Washington

## REFERENCES

**Hon. James D. Blacklock**
Associate Justice
Supreme Court of Texas
201 West 14th Street #104
Austin, TX 78711
(512) 463-1344
jimmy.blacklock@gov.texas.gov

**Richard A. Epstein**
Laurence A. Tisch Professor of Law
New York University School of Law
40 Washington Square South, 409A
New York, NY 10012
(212) 992-8858
richard.epstein@nyu.edu

**Jack L. Goldsmith**
Henry L. Shattuck Professor of Law
Harvard Law School
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 495-3136
jgoldsmith@law.harvard.edu

**Ashley C. Keller**
Partner
Keller Postman LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
(312) 741-5222
ack@kellerlenkner.com

**J. Michael Luttig**
Counselor and
Special Advisor
The Coca-Cola Company
1 Coca Cola Plaza NW
Atlanta, GA 30313
(847) 770-5618
jluttig@coca-cola.com

**Michael W. McConnell**
Richard and Frances Mallery
Professor of Law
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305-8610
(650) 736-1326
mcconnell@law.stanford.edu

**Adam K. Mortara**
Manager
Lawfair LLC
40 Burton Hills Boulevard, Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

**Hon. Andrew S. Oldham**
Judge, U.S. Court of Appeals
for the Fifth Circuit
903 San Jacinto Boulevard, Room 440
Austin, Texas 78701
(512) 676-2690
andrew_oldham@ca5.uscourts.gov

**Nicholas Quinn Rosenkranz**
Professor of Law
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-9322
nqr@law.georgetown.edu

**David A. Strauss**
Gerald A. Ratner Distinguished Service
Professor of Law
University of Chicago Law School
1111 E. 60th Street
Chicago, IL 60637
(773) 702-9601
d-strauss@uchicago.edu

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, *et al.*,<br><br>　　　　　　　　*Plaintiffs,*<br><br>　　　　v.<br><br>LLOYD J. AUSTIN, III,<br>United States Secretary of Defense, *et al.*,<br><br>　　　　　　　*Defendants.* | No. 6:22-cv-0049-H |

## DECLARATION OF ATTORNEY AARON SIRI IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS

I, Aaron Siri, declare as follows:

1.     I am an adult over 18 years of age and am an attorney duly licensed to practice law before all courts of the States of New York and Arizona. I am managing partner of the law firm of Siri & Glimstad LLP ("**the Firm**") and counsel for Plaintiffs in the above-referenced action. I make this declaration in support of Plaintiffs' Opposed Motion for Attorneys' Fees and Costs in the above-referenced action. The following facts are within my personal and professional knowledge and, if called as a witness herein, I can and will competently testify thereto.

2.     I submit this declaration in support of Plaintiffs' Opposed Motion for Attorneys' Fees and Costs pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 1988, and Rule 54.1 of the Local Uniform Civil Rules of the Northern District of Texas.

3.     In my capacity as the managing partner of the Firm and counsel in this case, I supervised the legal team at the Firm representing Plaintiffs, which included a team of partners, associates, and paralegals, and was also responsible for reviewing filings and other work product related to this case.

22

4.     Given my role, I will address my own credentials as well as those of Elizabeth Brehm, Partner; Wendy Cox, Associate Attorney; Dana Smith, Associate Attorney; and Gina Mannella, Paralegal. Although my firm had ten staff members who worked on and billed to this matter, we are only seeking reimbursement for these four individuals and for me.

5.     I have firsthand knowledge of the Firm's billing policies and hourly rates.

6.     A detailed itemized list of time entries and costs is attached hereto as Exhibit 1, "Itemization of Expenses and Time Expended by Siri & Glimstad LLP."

7.     Based on my professional experience, it is my opinion that the hours and rates requested in the fee application are appropriate and were necessary to obtain the results achieved.

***The Firm***

8.     The Firm has extensive experience in vaccine policy and litigation with approximately 40 professionals who regularly handle vaccine-related matters, including, for example: regularly representing individuals injured by vaccines in the Vaccine Injury Compensation Program within the United States Federal Court of Claims; representing individuals who seek a vaccine exemption as an employee, a student, an immigrant, or military servicemember; obtaining injunctive relief preventing discrimination against those with religious beliefs against receiving a vaccine, including a class wide injunction against the Air Force's discrimination against its members who had beliefs contrary to obtaining a Covid-19 vaccine; representing parents who oppose government attempts to take away their right to make medical decision on behalf of their children, including obtaining an injunction against a D.C. law that permitted healthcare workers to vaccinate children 11 years of age and older without parental

2

consent; and regularly bringing claims against federal health agencies to obtain transparency, including obtaining an order requiring FDA to release the documentation it relied upon to license Pfizer's and Moderna's Covid-19 vaccines and obtaining an order requiring CDC to release its Covid-19 vaccine V-safe data.

9.      The firm has offices throughout the country and practices in those jurisdictions including New York, Los Angeles, Miami, Phoenix, Detroit, Austin, and Washington, D.C.

10.     Given that this matter deals with vaccines, and because it is not typically seen as a lucrative practice area, at the time of filing the Complaint, there were a limited number of qualified law firms willing to represent clients seeking to challenge the United States military concerning its treatment of religious exemptions to the Covid-19 vaccine mandate.

11.     The Firm did not charge hourly fees to the clients in this matter and the fee arrangement with the clients assigns any attorneys' fee award to the attorneys. The Firm's hourly rates are reasonable under both the New York Rules of Professional Conduct 1.5(a) and Texas Disciplinary Rules of Professional Conduct 1.4, in that they are not excessive and accurately reflect the time, labor, skill and expertise required to competently represent Plaintiffs in this action. The fees requested are competitive and not outside the bounds of legal fees in the Fifth Circuit geographical area considering the experience level of the attorneys, the specialty nature of this litigation, the complexity of the issues at hand, and the fact that the Firm allocated legal time for this expedited matter to the exclusion of other matters.

3

*Billers' Qualifications*

      A.  Aaron Siri

12.    I have been the managing partner of the Firm, or its predecessor entity, since 2011. I graduated from University of California, Berkeley School of Law in 2005. From 2004 to 2005, I clerked for the Chief Justice of the Supreme Court of Israel, was an attorney at Latham & Watkins LLP from 2005 to 2010, and I was admitted to the New York Bar in 2005 and to the Arizona Bar in 2020. I have practiced and argued in multiple state and federal courts in civil rights matters, class actions, and commercial disputes both at the trial and appellate level. For the past seven-plus years, my practice has heavily focused on vaccine policy work, including cases concerning civil rights.

13.    Representative vaccine related matters include: *Doster v. Kendall*, No. 22-3702 (S.D. Ohio) (obtained class wide injunction prohibiting the Air Force from discriminating against service members that have a religious conviction that prohibits receiving a Covid-19 vaccine); *Public Health and Medical Professionals for Transparency v. Food and Drug Administration*, No. 21-1058 (N.D.Tx.) and *Public Health & Med. Pros. for Transparency v. FDA*, No. 4:22-cv-00915 (N.D. Tex. May 9, 2023) (successfully obtaining an order compelling the FDA to timely produce all data within Pfizer's COVID-19 vaccine's biologic product file); *Informed Consent Action Network v. Centers for Disease Control and Prevention*, No. 1:22- cv-00481 (W.D.Tx.) (successfully obtained check-the-box data from the CDC's v-safe program created to characterize the safety profile of Covid-19 vaccines); *Freedom Coalition of Doctors for Choice v. CDC*, No. 2:23-cv-00102-Z (N.D. Tex. Jan. 5, 2024) (successfully obtained order granting the free-text data

4

from the CDC's v-safe program for Covid-19 vaccines); *S.V. v. San Diego Unified School District*, No. 37-2021-00043172 (Superior Court of California, Count of San Diego) (obtained permanent injunction against the San Diego Unified School District's rule requiring the Covid-19 vaccine to attend school); *In re DTP Vaccine*, International Criminal Court (petitioning the International Criminal Court with regard to deaths resulting from use of the DTP vaccine in developing countries); *In Re: Occupational Safety and Health Administration, Interim Final Rule*, No. 21A259 (U.S. Supreme Court) (representing Betten Chevrolet in challenging OSHA's Covid-19 vaccine or test rule for companies with over 100 employees); *Bosarge v. Edney* No. 1:22-cv233 (S.D. Miss. Aug. 29, 2023) (overturned more than forty years of precedent by obtaining a statewide permanent injunction restoring religious exemptions to childhood vaccinations in public schools); *Barry v. Secretary of Health and Human Services*, No. 12-vv-00039 (Court of Federal Claims) (represented medical professional against the Secretary of HHS in claim that influenza vaccine caused her dysautonomia which resulted in a confidential settlement); *Massoyan-Artinian v. Bharel*, No. 2084CV02924 (Commonwealth of Massachusetts, Superior Court) (challenged state health departments flu shot mandate for school and universities which was withdrawn on date opposition due to motion for preliminary injunction); *Mazer v. The District of Columbia Department of Health*, No. 21-cv-01782 (D.D.C.) (successfully challenging a D.C. law that permits minors 11 years and older to obtain a vaccine without parental consent).

14.   Representative complex litigation matters not involving vaccines include: *Massie et.al v. Centers for Disease Control and Prevention* 1:22-cv-31(W.D. Ken. 2022) (represented 17 members of United States Congress against a travel mask-mandate imposed by the CDC); *Golden*

5

*Gate Yacht Club v. Societe Nautique De Geneve*, 856 N.Y.S.2d 24 (N.Y. Sup. Ct. 2007) *order*

*reinstated* 12 N.Y.3d 248 (2009) (successfully disqualifying a Spanish yacht club and qualifying

an American yacht club as the challenger for the America's Cup and numerous successful

subsequent contempt motions); *Amboy Bus Co. v. Klein*, Index No. 105004/2010 (N.Y. Sup. Ct.)

(Article 78 petition relating to allocation of approximately one billion dollars among the N.Y.C.

school busing contractors resulting in a favorable expedited settlement); Representing leaseholder

of the retail portions of the World Trade Center in an arbitration related to insurance coverage

arising out of its destruction; *Compurun, Inc. v. Famitech Inc.*, No. 708713/2014 (Queens Sup.

Ct.) (obtained dismissal of action claiming purported ownership of large parcels in Queens,

recently sold for roughly $50 million, upon which a $1.5 billion redevelopment project had

commenced); *In re Sledziejowski*, Adv. Pro. Nos. 13-08321; 13-08323; *et al.* (Bankr. S.D.N.Y.)

(representing victims in six separate adversarial proceedings seeking non-dischargeability of

millions of dollars in debt); *Garthon Business Inc. v. Stein*, No. 653715/2014 (N.Y. Sup. Ct.)

(successful trial court and appellate practice resulting in dismissal of an action seeking $16 million

based on claims related to the construction of a steel plant in the Republic of Kazakhstan); *Ultra*

*Trading International Ltd.,* No. 651672/2014 (N.Y. Sup. Ct.) and 655777/2016 (N.Y. Sup. Ct.)

(obtained temporary restraining orders prohibiting the further movement of approximately 35,000

pounds of cashews which quickly resulted in favorable settlements); *Buchanan v. Sirius XM Radio,*

*Inc.*, Case No. 3:17-cv-00728 (N.D. Tex.) (appointed co-class counsel in a case alleging TCPA

violations which resulted in a settlement of $25,000,000); *Thomas v. Dun & Bradstreet*

*Credibility Corp.*, Case No. 15-cv-3194 (S.D. Cal.) (appointed co-class counsel in a case alleging

TCPA violations which resulted in a settlement of $10,500,000); *Gatto v. Sentry Services, Inc., et al.*, Case No. 13 CIV 05721 (S.D.N.Y.) (appointed co-class counsel in a case involving ERISA claims relating to an ESOP which resulted in a settlement of $11,138,938).

15.     An appropriate rate for my services is $975.00 per hour.

        B. Elizabeth Brehm

16.     Attorney Elizabeth Brehm graduated from: Boston University in 2001, receiving a Bachelor of Arts in Childhood Elementary; Long Island University in 2004, receiving a Master of Science in Computers in Education; and Hofstra University School of Law, graduating *magna cum laude*, in 2008.   She was admitted to the New York State Bar in 2009 and has practiced before numerous courts in New York and multiple other states, both at the trial and appellate level. She has more than 13 years of litigation experience. Ms. Brehm joined the Firm as an associate in 2020 and became a partner at the start of 2022. Prior to that, she focused on antitrust and securities class action litigation. For close to four years, she has worked almost exclusively on vaccine-related policy and litigation work. *See, e.g.*, *Public Health & Med. Pros. for Transparency v. FDA*, No. 4:22-cv-00915 (N.D. Tex. May 9, 2023); *Betten Chevrolet, Inc. v. Department of Labor, OSHA*, 142 S. Ct. 892 (2022); *Let Them Choose v San Diego Unified Sch. Dist.*, 85 Cal.App.5th 693 (Cal. Ct. App. 2022); *Booth v. Bowser*, 597 F. Supp. 3d 1 (D.D.C. 2022); *Public Health & Med. Pros. for Transparency v. FDA*, No. 4:21-cv-01058 (N.D. Tex. Jan. 6, 2022); *Massoyan-Artinian v Bharel*, Mass. Super. Ct., No. 2084-CV-02924 (Suffolk County Dec. 18, 2020); *Freedom Coalition of Doctors for Choice v. CDC*, No. 2:23-cv-00102-Z (N.D. Tex. Jan. 5, 2024). An appropriate rate for Elizabeth Brehm is at least $975 per hour.

7

C. <u>Wendy Cox</u>

17..      Attorney Wendy Cox received her Bachelor of Science in Nursing at Norwich University in 1997. She received her law degree from the University of New York at Buffalo in 2005. She has more than 16 years of experience as a practicing attorney for the United States Army, including: serving as an Operational Law Attorney in Baghdad, Iraq in 2006; a Senior Criminal Litigator in Fort Hood, Texas from 2006-2008; a Supervising Attorney at Brooke Army Medical Center in San Antonio, Texas from 2009-20012; a Chief Attorney of Federal Litigation for the 4th Infantry Division from 2012-2013; a Supervising Attorney for the 4th Infantry Division from 2013-2014; an associate professor at West Point from 2014-2016; a Supervising Attorney for the United States Army Medical Command from 2016-2018; and an attorney in the Office of Soldiers' Counsel from 2019-2021. After retiring from the military, Ms. Cox joined Siri & Glimstad, where she assisted in the firm's vaccine policy and exemption cases, specifically those pertaining to military servicemembers. Ms. Cox's extensive military legal experience has undoubtedly added tremendous value to her representation of Plaintiffs in this action. Her knowledge of military law and processes proved highly beneficial and allowed her to serve as the best client liaison for the matter. An appropriate rate for Wendy Cox is $875 per hour.

D. <u>Dana Smith</u>

18.      Attorney Dana Smith received her Bachelor of Arts in Romance Languages from the University of North Carolina at Chapel Hill in 2008. She graduated *cum laude* from the North Carolina Central University School of Law and was admitted to practice in the State of North Carolina in 2016. From 2016 to 2021, she practiced criminal defense law, child welfare law, family

8

law, and personal injury law at a general practice firm. These matters involved representing clients in various criminal and civil proceedings, such as misdemeanor defense, juvenile delinquency, probation violation, child support contempt, child support establishment, emergency custody, temporary and permanent custody, equitable distribution, post-separation support, alimony, social services child removal proceedings, termination of parental rights proceedings, and general civil litigation pertaining to personal injury, negligence, and breach of contract claims. From 2021-2022, Ms. Smith worked as an appeals referee for the North Carolina Division of Employment Security, where she conducted unemployment appeals hearings in a judicial capacity and issued written opinions. During her time with the State of North Carolina she presided over more than 1,500 appeal hearings and, as such, is experienced with the constitutional aspects of employment law. Ms. Smith joined Siri & Glimstad in 2022 and exclusively assists with the firm's vaccine policy cases. An appropriate rate for Dana Smith is $775.00 per hour.

       E. <u>Gina Mannella</u>

19.    Gina Mannella is a paralegal at the Firm with over 29 years of experience. After graduating with a diploma in legal assistant studies from Fox College in Illinois, Ms. Mannella focused on workers' compensation, family law, medical malpractice and office management. Prior to joining the Firm, Ms. Mannella was employed for 9 years with McCallister Law Group, LLC, where she assisted in class action, medical malpractice, and personal injury lawsuits as well serving as the firm's office manager. Ms. Mannella assists in the firm's religious exemption, employment law, and class action matters. An appropriate rate for Gina Mannella is $240.00 per hour.

9

### *Hours Billed*

20.     In pursuit of this matter from inception through obtaining the final consent order, the Firm's legal team billed 1,026.8 hours on this case, excluding time spent on the instant motion.

21.     Following is a summary of each Firm biller and his or her total time billed in this case. The requested hourly rates represent the Firm's current billing rates and customary fees charged for similar litigation:

| Professional | Role | Hours |
|---|---|---|
| Aaron Siri | Managing Partner | 61 |
| Elizabeth Brehm | Partner | 34.9 |
| Wendy Cox | Associate | 512.5 |
| Dana Smith | Associate | 180.9 |
| Gina Mannella | Paralegal | 189.8 |
| Nickey Tenney | Paralegal | 42.1 |
| Ursula Smith | Attorney | 1.6 |
| Walker Moller | Attorney | .5 |
| Christopher Czaplak | Attorney | 3.4 |
| Kimberly Hertz | Paralegal | .1 |

22.     In a showing of good faith, and to avoid any dispute with their billing records, Plaintiffs' counsel at Siri & Glimstad performed an extensive review for billing entries that may appear unnecessary, duplicative, or otherwise potentially objectional, and reduced the time on same to zero, even though the entries may have been appropriate. Furthermore, to further reduce grounds for any dispute, Plaintiffs' counsel have only requested attorneys' fees for five of the ten legal professionals in the Firm who have worked on this case. The Firm has not billed for 114.5 hours of its time. *See* Exhibit 1, "Itemization of Expenses and Time Expended by Siri & Glimstad LLP." Plaintiffs are only requesting compensation for the following work performed:

10

| Professional | Role | Rate | Hours | Total |
|---|---|---|---|---|
| Aaron Siri | Managing Partner | $975 | 61 | $59,475.00 |
| Elizabeth Brehm | Partner | $975 | 31.9 | $31,102.50 |
| Wendy Cox | Associate | $875 | 500.1 | $437,587.50 |
| Dana Smith | Associate | $775 | 174.5 | $135,237.50 |
| Gina Mannella | Paralegal | $240 | 144.8 | $34,752.00 |
| **Total** | | | | $698,154.50 |

*Other Considerations:*

23.     The Firm's involvement in this case spanned a period of nearly two years and the litigation involved ten named Plaintiffs with varying religious beliefs. The case also involved multiple governmental defendants with substantial, near unlimited legal resources at their disposal. Both of these facts significantly increased the complexity and therefore the number of hours compared to a single-plaintiff and single-defendant case. Furthermore, the Firm did not seek reimbursement for any fees or costs from Plaintiffs.

24.     Even given the aforementioned qualifications of the professionals who worked on this case, this litigation was exceptionally challenging. It involved complex and novel issues of constitutional law, each of which was intensely challenged by defense counsel. Therefore, staffing this case adequately and appropriately was necessary.

25.     Challenging vaccination requirements on religious grounds, especially during a pandemic, increased the unpopularity and difficulty of this case. Prior to Covid-19, strong Supreme Court support for vaccine mandates had endured for over a century. (*See Jacobson v. Massachusetts*, 197 U.S. 11 (1905).) Given the unpopular nature of challenges involving vaccine mandates, there are not many attorneys willing to take on matters like the instant case.

11

26.     Due to their expertise and substantial resources, the Government was prevailing in the majority of contemporaneous challenges involving military vaccine mandates. Therefore, a high degree of specialization and skill was necessary to overcome its arguments.

27.     Each attorney's unique experience was considered when staffing this case to ensure that work was performed as efficiently as possible. Tasks were delegated to more junior attorneys whenever possible. However, many pleadings and motions required high-level strategy and analysis and, as such, required extensive involvement from more experienced attorneys. For similar reasons, most litigation decisions were made as a team and critical motions and pleadings were reviewed by different counsel from the perspective of their varied experiences. Billing judgment was exercised at all times and hours were billed contemporaneously.

28.     In light of the substantial workload of this case due to its novel nature, the number of plaintiffs and defendants involved, and the aggressive posture taken by both sides, Plaintiffs' counsel were forced to focus their resources almost exclusively on this case for the hours reflected in the attached itemized time entries to the exclusion of other work.

29.     This litigation bears significant comparisons to *Franciscan All., Inc. v. Becerra*, 2023 U.S. Dist. LEXIS 118561 (NDND 2023), in which the Court noted that RFRA claims, particularly those involving challenges to federal policy, "participate in a market requiring more specialized and sophisticated legal services." In *Becerra*, the Court awarded fees for similarly experienced attorneys, with similar claims, against similar federal Defendants, at over $1,000 per hour. See *Becerra*, 7:16-cv-00108-O, at Doc. 224-2. We are seeking rates less than $1,000 per hour.

12

30.     The expenses incurred by the Firm relating to this matter total $11,156.96. These expenses were necessary to the resolution of this case. They are mostly for airfare and hotel costs related to the preliminary injunction hearing and subsequent mediation.

31.     Plaintiffs have made their intention of seeking attorneys' fees clear from the start of this litigation as they requested attorneys' fees in the original Complaint. (Dkt. 1 at 21.)

32.     Accordingly, Plaintiffs respectfully request that the Court grant their Motion for Attorneys' Fees and Costs, totaling $709,311.46 (comprising $698,154.50 in fees and $11,156.96 in costs).

Dated: January 22, 2024                    */s/Aaron Siri*
                                           Aaron Siri

13

# EXHIBIT 1

INVOICE

# Siri | Glimstad

**09193-ICAN-Bakich - Army RFRA Litigation**

**SERVICES:**

| Date | User | Description | Hours | Rate ($) | Total |
|------|------|-------------|-------|----------|-------|
| 8/29/2022 | Christopher Czaplak | E-MAIL CORRESPONDENCE WITH W. COX REGARDING DECLARATION | 0.2 | $ - | $ - |
| 8/30/2022 | Christopher Czaplak | E-MAIL CORRESPONDENCE WITH W. COX, A. SIRI, AND C. WIEST | 0.8 | $ - | $ - |
| 8/31/2022 | Christopher Czaplak | E-MAIL CORRESPONDENCE WITH WENDY COX REGARDING COMPLAINT AND DECLARATION | 0.6 | $ - | $ - |
| 9/1/2022 | Gina Mannella | EDIT AND SEND ENGAGEMENT LETTER TO H. BAKICH (.1); CREATE ADMINISTRATIVE MATERIALS PDF FILES (.2) | 0.3 | $ - | $ - |
| 9/1/2022 | Wendy Cox | DRAFT AND SEND EMAIL TO PLAINTIFF (0.3); REVIEW DECLARATION FOR D. MELL (1.1) | 1.4 | $ 875.00 | $ 1,225.00 |
| 9/2/2022 | Gina Mannella | REVIEW SUBMISSION FROM P. TESTA AND ORGANIZE DOCUMENTS INTO ADMINISTRATIVE MATERIALS PDF DOCUMENT (.9) | 0.9 | $ 240.00 | $ 216.00 |
| 9/2/2022 | Wendy Cox | REVISE DECLARATIONS (0.7); ZOOM CALL WITH A. SIRI, E. BREHM, AND C. WIEST (1.0); PHONE CALL WITH CLIENT (0.6) | 2.3 | $ 875.00 | $ 2,012.50 |
| 9/5/2022 | Wendy Cox | REVIEW AND REVISE DECLARATION FROM TESTA, MELL, BAKICH (0.8); READ AND RESPOND TO TEAM EMAILS (0.4) | 1.2 | $ 875.00 | $ 1,050.00 |
| 9/6/2022 | Christopher Czaplak | E-MAIL CORRESPONDENCE WITH CO-COUNSEL REGARDING Z. BUFKIN DECLARATION | 0.3 | $ - | $ - |
| 9/6/2022 | Wendy Cox | READ AND RESPOND TO TEAM EMAILS (0.7); REVIEW DECLARATION FOR SABALLA (0.2); EMAIL TO PLAINTIFF (0.1) | 1 | $ 875.00 | $ 875.00 |
| 9/7/2022 | Elizabeth Brehm | DISCUSS CASE STRATEGY WITH TEAM | 0.2 | $ - | $ - |
| 9/7/2022 | Gina Mannella | SEND ENGAGEMENT LETTER TO CADET COLLIN MORRISON AND UPLOAD HIS CHAPLAIN LETTER TO ADMINISTRATIVE MATERIAL FILE (.3) | 0.3 | $ 240.00 | $ 72.00 |
| 9/7/2022 | Wendy Cox | READ AND RESPOND TO EMAILS (0.8); PHONE CALL WITH C. MORRISON (0.5); ATTORNEY ZOOM WITH C. WIEST, E. BREHM, T. BRUNS, A. SIRI (1.0); DRAFT COMPLAINT (1.3); RESEARCH (0.6); PHONE CALL WITH DEPARTMENT OF JUSTICE ATTORNEYS (0.5) | 4.7 | $ 875.00 | $ 4,112.50 |
| 9/8/2022 | Christopher Czaplak | E-MAIL CORRESPONDENCE WITH CO-COUNSEL W. COX AND PLAINTIFF ZAKAI BUFKIN | 0.9 | $ - | $ - |
| 9/8/2022 | Gina Mannella | REVISE ADMINISTRATIVE MATERIALS PDF DOCUMENTS FOR D. MELL AND P. TESTA | 0.4 | $ 240.00 | $ 96.00 |
| 9/8/2022 | Wendy Cox | REVIEW MEMORANDUM OF LAW IN SUPPORT OF PRELIMINARY INJUNCTION (2.8); DRAFT COMPLAINT (4.5) | 7.3 | $ 875.00 | $ 6,387.50 |
| 9/9/2022 | Christopher Czaplak | E-MAIL CORRESPONDENCE WITH W. COX REGARDING Z. BUFKIN INTERVIEW AND INTERVIEW NOTES | 0.6 | $ - | $ - |
| 9/9/2022 | Gina Mannella | REVIEW PLAINTIFF INTAKE FORMS FOR HISTORY OF COVID INFECTION (.2); CALL WITH W. COX REGARDING FILING OF COMPLAINT (.3); PERFORM REDACTIONS ON PLAINTIFF ADMINISTRATIVE MATERIALS PDF DOCUMENTS IN PREPARATION FOR INCLUSION IN COURT FILING (1.4) | 1.9 | $ 240.00 | $ 456.00 |
| 9/9/2022 | Wendy Cox | DRAFT COMPLAINT (1.5); READ AND RESPOND TO EMAILS FROM PLAINTIFFS (0.5); REVIEW AND REVISE MEMORANDUM OF LAW FOR TEMPORARY RESTRAINING ORDER (2.3) | 4.3 | $ 875.00 | $ 3,762.50 |
| 9/12/2022 | Elizabeth Brehm | REVIEW AND RESPOND TO W. COX EMAIL, REVIEW TEAM EMAILS (0.1) | 0.1 | $ - | $ - |
| 9/12/2022 | Gina Mannella | CALL WITH W. COX REGARDING FILING OF COMPLAINT (.7); CREATE APPENDIX OF EXHIBITS (1.0) | 1.7 | $ 240.00 | $ 408.00 |
| 9/12/2022 | Wendy Cox | DRAFT AND SEND EMAIL TO A. SIRI, E. BREHM, T. BRUNS, C. WIEST (0.2); WORK ON MOTION FOR PRELIMINARY INJUNCTION (3.5); PHONE CALL WITH C. WIEST (0.5); REVISE COMPLAINT AND REVIEW ALL PLAINTIFF DECLARATIONS FROM C. WIEST AND T. BRUNS (2.4) | 6.6 | $ 875.00 | $ 5,775.00 |
| 9/13/2022 | Elizabeth Brehm | REVIEW AND EDIT COMPLAINT (0.9); REVIEW IG MEMO FROM W. COX (0.5); DISCUSS WITH TEAM OVER EMAIL (0.2) | 1.6 | $ 975.00 | $ 1,560.00 |
| 9/13/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS (1.7); PHONE CALL WITH G. MANNELLA (0.7); PHONE CALL WITH PROSPECTIVE PLAINTIFF (0.8) | 3.2 | $ 875.00 | $ 2,800.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/14/2022 | Elizabeth Brehm | EMAILS WITH W. COX CONCERNING LOCAL COUNSEL (0.1); TWO ZOOM MEETINGS WITH W. COX AND C. WIEST TO DISCUSS STRATEGY OF CASE AND PLAINTIFFS (0.6) | 0.7 | $ 975.00 | $ 682.50 |
| 9/14/2022 | Wendy Cox | WORK ON COMPLAINT (1.5); REVIEW DECLARATION FOR NEW PLAINTIFF (0.7) | 2.2 | $ 875.00 | $ 1,925.00 |
| 9/18/2022 | Wendy Cox | REVISE COMPLAINT | 1.6 | $ 875.00 | $ 1,400.00 |
| 9/19/2022 | Gina Mannella | FORMAT AND PROOFREAD COMPLAINT; DRAFT CIVIL COVER SHEET AND SUMMONS (2.8); CALL WITH W. COX REGARDING STATUS OF FILING DOCUMENTS (.1) | 2.9 | $ 240.00 | $ 696.00 |
| 9/19/2022 | Gina Mannella | EDIT DECLARATIONS WITH REVISED COMPLAINT CAPTION (1.2) | 1.2 | $ 240.00 | $ 288.00 |
| 9/19/2022 | Wendy Cox | PHONE CALL WITH U. SMITH ABOUT POSSIBLE WHISTLEBLOWER PROTECTION (0.5); PHONE CALL WITH PLAINTIFF (0.6); WORK ON COMPLAINT (1.8); PHONE CALLS WITH PLAINTIFF E. VANCE (0.7) | 3.6 | $ 875.00 | $ 3,150.00 |
| 9/20/2022 | Gina Mannella | CALL WITH W. COX TO DISCUSS STATUS OF DOCUMENTS (.1); DRAFT NEW DOCUMENTS FOR MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT OF PRELIMINARY INJUNCTION; REVISE DECLARATION DOCUMENTS FOR PLAINTIFFS (4.0) | 4.1 | $ 240.00 | $ 984.00 |
| 9/20/2022 | Ursula Smith | REVIEW AND EDIT COMPLAINT | 1.6 | $   - | $   - |
| 9/20/2022 | Wendy Cox | READ AND RESPOND TO EMAILS WITH TEAM AND PLAINTIFFS (1.1); PHONE CALL WITH G. MANNELLA (0.5); REVIEW DECLARATION FOR Z. BUFKIN (0.8); DRAFT VERIFICATION TEMPLATE (0.9) | 3.3 | $ 875.00 | $ 2,887.50 |
| 9/21/2022 | Gina Mannella | REVISE CAPTION AND REPLACE ON ALL DOCUMENTS (3.1); PROOFREAD COMPLAINT (.7); DRAFT PRO HAC VICE APPLICATIONS FOR A. SIRI, E. BREHM, AND W. COX (3.4); DRAFT SUMMONSES (1.0); REVIEW DOCUMENTS AND REVISE AS NEEDED (.2) | 8.4 | $ 240.00 | $ 2,016.00 |
| 9/21/2022 | Wendy Cox | REVISE COMPLAINT (0.6) | 0.6 | $ 875.00 | $ 525.00 |
| 9/22/2022 | Elizabeth Brehm | REVIEW AND EDIT PLAINTIFF DECLARATIONS (0.3); EMAILS WITH W. COX ABOUT SAME (0.1) | 0.4 | $ 975.00 | $ 390.00 |
| 9/22/2022 | Gina Mannella | CALL WITH W. COX REGARDING ORGANIZATION AND REVISION OF DOCUMENTS FOR FILING OF COMPLAINT (1.4) | 1.4 | $ 240.00 | $ 336.00 |
| 9/22/2022 | Wendy Cox | PHONE CALL WITH D. MELL (0.8); PHONE CALL G. MANNELLA (0.4); REVISE MOTION FOR PRELIMINARY INJUNCTION AND THE MEMORANDUM OF LAW (1.7) | 2.9 | $ 875.00 | $ 2,537.50 |
| 9/23/2022 | Elizabeth Brehm | CALL AND EMAIL WITH N. TENNEY ABOUT TRACKING AND CALENDARING FOR THE CASE ONCE FILED (0.2); REVIEW AND EDIT PLAINTIFF DECLARATIONS (0.8) | 1 | $ 975.00 | $ 975.00 |
| 9/23/2022 | Gina Mannella | CALL WITH W. COX REGARDING DECLARATIONS AND VERIFICATIONS TO CLIENTS (.3) | 0.3 | $ 240.00 | $ 72.00 |
| 9/23/2022 | Nicky Tenney | EMAILS WITH W. MOLLER AND W. COX (.6); EMAILS WITH E. BREHM AND G. MANNELLA AND CALL WITH E. BREHM (.2) | 0.8 | $   - | $   - |
| 9/23/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM E. BREHM AND W. MOLLER (.6); REVISE ALL FILING DOCUMENTS WITH LOCAL COUNSEL (1.5); READ AND RESPOND TO EMAILS FROM PLAINTIFFS (1.5) | 3.6 | $ 875.00 | $ 3,150.00 |
| 9/26/2022 | Elizabeth Brehm | EMAILS WITH W. MOLLER ABOUT LOCAL COUNSEL AND BECOMING ADMITTED | 0.1 | $   - | $   - |
| 9/26/2022 | Gina Mannella | RESEARCH ███████████ FOR W. COX (.5); REVISE INITIATING DOCUMENTS WITH J. SULLIVAN INFORMATION (1.7); CALL WITH W. COX (.3); SEND DECLARATIONS AND COMPLAINT TO PLAINTIFFS FOR SIGNATURE AND REVIEW (1.9); PRINT SCAN AND OCR PLAINTIFF DECLARATIONS AND SAVE TO CLIO FOLDERS (.9); SEND VERIFICATIONS TO PLAINTIFFS (.4); READ AND RESPOND TO EMAIL CORRESPONDENCE (.7) | 6.4 | $ 240.00 | $ 1,536.00 |
| 9/26/2022 | Nicky Tenney | EMAILS WITH W. MOLLER, W. COX AND G. MANNELLA REGARDING NEED FOR PRO HAC VICE APPLICATIONS (0.7); REVIEW PLEADINGS AND FORMS FOR INITIAL FILING AND EMAILS WITH G. MANNELLA (1.0) | 1.7 | $   - | $   - |
| 9/26/2022 | Wendy Cox | FINALIZE DECLARATIONS (2.8); SEND FINAL DRAFT OF COMPLAINT AND PI TO E. BREHM, C. WIEST, T. BRUNS, AND A. SIRI FOR REVIEW (0.2); PHONE CALL WITH G. MANNELLA (0.3); READ AND RESPOND TO EMAIL WITH E. BREHM (0.2); PHONE CALL. WITH H. BAKICH (0.2); REVISE DECLARATION H. BAKICH (0.1); SEND DECLARATION TO H. BAKICH AND D. MELL WITH VERIFICATION FOR SIGNATURE (0.4); DRAFT AND SEND EMAIL TO ALL PLAINTIFFS (0.4) | 4.6 | $ 875.00 | $ 4,025.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/27/2022 | Gina Mannella | RESEND DECLARATIONS TO D. MELL AND H. BAKICH; PRINT SCAN OCR AND DOWNLOAD SIGNED DECLARATIONS AND VERIFICATIONS (2.6); EMAILS WITH W. COX AND N. TENNEY REGARDING FILING OF COMPLAINT (.4); PREPARE DISCLOSURE STATEMENT (.6) | 3.6 | $ 240.00 | $ 864.00 |
| 9/27/2022 | Nicky Tenney | EMAILS WITH G. MANNELLA AND W. COX REGARDING CASE INITIATING DOCUMENTS (.6) | 0.6 | $ - | $ - |
| 9/27/2022 | Wendy Cox | FINALIZE D. MELL'S DECLARATION (0.3); REVISE COMPLAINT (0.2); EMAIL TO G. MANNELLA (0.1); EMAILS TO H. BAKICH (0.4) | 1 | $ 875.00 | $ 875.00 |
| 9/28/2022 | Elizabeth Brehm | DISCUSS STATUS OF CASE WITH W. COX (0.2); REVIEW AND EDIT COMPLAINT (1.0) | 1.2 | $ - | $ - |
| 9/28/2022 | Gina Mannella | DOCUMENT REVISIONS (1.5) | 1.5 | $ 240.00 | $ 360.00 |
| 9/28/2022 | Nicky Tenney | EMAILS WITH E. BREHM (.2) | 0.2 | $ - | $ - |
| 9/28/2022 | Wendy Cox | REVISE COMPLAINT AND APPENDIX (3.4);DRAFT AND SEND EMAIL TO G. MANNELLA (0.1) | 3.5 | $ 875.00 | $ 3,062.50 |
| 9/29/2022 | Elizabeth Brehm | REVIEW AND RESPOND TO W. COX EMAIL ABOUT COMPLAINT (0.1); CALL WITH W. COX TO DISCUSS PLAINTIFFS AND OVERALL CASE STRATEGY (0.3); EMAIL LOCAL COUNSEL TO COORDINATE PREPARATION OF FILING (0.1) | 0.5 | $ 975.00 | $ 487.50 |
| 9/29/2022 | Gina Mannella | EMAILS WITH W. COX AND J. SULLIVAN REGARDING FILING OF COMPLAINT (.1); SEND INITIATING DOCUMENTS TO W. COX AND J. SULLIVAN FOR REVIEW (.1) | 0.2 | $ 240.00 | $ 48.00 |
| 9/29/2022 | Wendy Cox | REVISE COMPLAINT (2.2); READ AND RESPOND TO EMAILS FROM E. BREHM AND PLAINTIFFS (0.5); PHONE CALL WITH G. MANNELLA AND J. SULLIVAN REGARDING FILING (0.3); REVISE APPENDIX FOR FILING (0.5); PHONE CALL WITH J. COSTROFF (0.2) EDIT DECLARATION FOR J. COSTROFF (0.3) | 4 | $ 875.00 | $ 3,500.00 |
| 9/30/2022 | Elizabeth Brehm | DISCUSS COMPLAINT WITH A. SIRI, EMAIL W. COX ABOUT SAME (0.2) | 0.2 | $ - | $ - |
| 9/30/2022 | Gina Mannella | REVIEW J. SULLIVAN EDITS ON COMPLAINT (.2) | 0.2 | $ 240.00 | $ 48.00 |
| 9/30/2022 | Gina Mannella | CALL WITH W. COX REGARDING ACTION ITEMS (.5); SEND ENGAGEMENT LETTER COMPLAINT AND VERIFICATION TO J. COSTROFF FOR REVIEW AND SIGNATURE (.3) | 0.8 | $ 240.00 | $ 192.00 |
| 9/30/2022 | Nicky Tenney | EMAILS WITH W. COX AND G. MANNELLA REGARDING PRO HAC VICE APPLICATIONS | 0.2 | $ - | $ - |
| 9/30/2022 | Wendy Cox | REVIEW AND ACCEPT CHANGES MADE BY J. SULLIVAN TO COMPLAINT (0.8); DRAFT AND SEND EMAILS TO C. WIEST AND E. BREHM REGARDING CHANGES TO COMPLAINT AND VENUE (0.4); REVISE COMPLAINT, APPENDIX, AND J. COSTROFF DECLARATION (1.0); PHONE CALL WITH J. COSTROP (0.1) | 2.3 | $ 875.00 | $ 2,012.50 |
| 9/30/2022 | Wendy Cox | PHONE CALL C. WIEST TO DISCUSS FILING (0.2); EMAIL PLAINTIFFS AN UPDATE ABOUT CASE (0.1) | 0.3 | $ 875.00 | $ 262.50 |
| 9/30/2022 | Wendy Cox | PHONE CALL WITH C. WIEST AND J. SULLIVAN TO DISCUSS ███████ | 0.3 | $ 875.00 | $ 262.50 |
| 10/2/2022 | Gina Mannella | DOWNLOAD SIGNED DECLARATIONS; SAVE SAME TO PLAINTIFF FOLDERS (.4); SCAN OCR AND SAVE SIGNED DECLARATIONS (.6); COMBINE DECLARATIONS WITH ADMINISTRATIVE MATERIALS DOCUMENTS AND REDACT SAME FOR APPENDIX EXHIBITS (.6) | 1.6 | $ - | $ - |
| 10/3/2022 | Gina Mannella | CALLS WITH W. COX AND J. SULLIVAN REGARDING FILING OF COMPLAINT (.8); COMBINE DECLARATIONS WITH ADMINISTRATIVE MATERIALS AND ASSEMBLE APPENDIX OF EXHIBITS; EMAIL CORRESPONDENCE WITH W. COX AND J. SULLIVAN REGARDING SAME (3.6); PROOFREAD ALL DOCUMENTS AND REVISE AS NEEDED (3.0); PREPARE ALL DOCUMENTS FOR FILING; FILE SAME (3.2) | 10.6 | $ 240.00 | $ 2,544.00 |
| 10/3/2022 | Nicky Tenney | UPDATE ATTORNEY ADMISSIONS FOR W. MOLLER AND W. COX (.5); EMAILS WITH G. MANNELLA REGARDING WORD FORMATTING (.1); CALLS WITH G. MANNELLA REGARDING ECF FILING (.3) | 0.9 | $ - | $ - |
| 10/3/2022 | Wendy Cox | READ AND RESPOND TO EMAILS REGARDING CASE FROM PLAINTIFFS (0.6); PHONE CALLS WITH G. MANNELLA TO DISCUSS FILING (0.6); REVIEW FINAL COMPLAINT (2.4); READ AND RESPOND TO EMAILS FROM J. SULLIVAN (0.8); PHONE CALL B. BAKICH (0.3); REVIEW FINAL APPENDIX (0.8); FINALIZE PRELIMINARY INJUNCTION (0.2); EDIT DECLARATION FOR Z. BUFKIN (0.4) | 6.1 | $ 875.00 | $ 5,337.50 |
| 10/4/2022 | Gina Mannella | ASSEMBLE VERIFICATIONS FOR FILING AND FILE SAME (.6); REVISE APPENDIX (.7); EMAILS WITH W. COX AND N. TENNEY REGARDING SERVICE (1.0); EMAILS WITH W. COX AND N. TENNEY REGARDING FILING OF APPENDIX (.2); PRINT AND ASSEMBLE FILED DOCUMENTS FOR SERVICE BY CERTIFIED AND PRIORITY MAIL; TRAVEL TO POST OFFICE FOR DELIVERY OF SAME (4.3) | 6.8 | $ 240.00 | $ 1,632.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/4/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.5); EMAILS WITH W. COX (.1); REVIEW AND EDIT APPENDIX (1.0); CALL AND EMAILS WITH G. MANNELLA REGARDING SERVICE OF SUMMONS AND COMPLAINT (.5); CALL WITH W. COX REGARDING SERVICE AND FILING OF DOCUMENTS (.2); EMAILS WITH G. MANNELLA REGARDING E-FILING (.1); ECF FILING, DOWNLOAD, SAVE AND CIRCULATE (.2); ADD SELF TO RECEIVE ECFS AND ECF DOWNLOAD AND SAVE (.1) | 2.7 | $   - | $   - |
| 10/4/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM Z. BUFKIN (0.2); REVIEW APPENDIX FILING FOR Z. BAKAI (0.3) | 0.5 | $ 875.00 | $   437.50 |
| 10/4/2022 | Wendy Cox | PHONE CALL WITH G. MANNELLA REGARDING APPENDIX (0.3); READ AND RESPOND TO EMAILS FROM PLAINTIFFS (0.3) | 0.6 | $ 875.00 | $   525.00 |
| 10/4/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM LOCAL COUNSEL J. SULLIVAN (0.3) | 0.3 | $ 875.00 | $   262.50 |
| 10/4/2022 | Wendy Cox | REVISE PRELIMINARY INJUNCTION MOTION AND DRAFT ORDER | 1.7 | $ 875.00 | $ 1,487.50 |
| 10/5/2022 | Gina Mannella | PRINT AND PACKAGE NOTICE OF APPENDIX FOR SERVICE VIA CERTIFIED AND PRIORITY MAIL; TRAVEL TO POST OFFICE FOR DELIVERY (4.8); UPDATE ACTION ITEMS LIST (1.1); DRAFT PRO HAC VICE APPLICATIONS FOR C. WIEST AND T. BRUNS; SEND SAME FOR REVIEW (.3) | 6.2 | $   - | $   - |
| 10/5/2022 | Wendy Cox | REVISE AND UPDATE PRELIMINARY INJUNCTION MEMORANDUM OF LAW (3.5); READ AND RESPOND TO EMAILS (0.3) | 3.8 | $ 875.00 | $ 3,325.00 |
| 10/6/2022 | Dana Stone Smith | REVIEW DOD INSTRUCTION MANUAL ON RELIGIOUS LIBERTY IN THE MILITARY SERVICES (1.5); PHONE CALL WITH W. COX TO DISCUSS CASE AND NEXT STEPS (.5) | 2 | $ 775.00 | $ 1,550.00 |
| 10/6/2022 | Gina Mannella | CALL WITH W. COX REGARDING CURRENT STATUS OF WORK ON MATTER (.2) | 0.2 | $   - | $   - |
| 10/6/2022 | Wendy Cox | EMAIL DRAFT OF PI TO LOCAL COUNSEL J. SULLIVAN (0.1); READ AND RESPOND TO PLAINTIFF EMAILS (0.7); PHONE CALL WITH G. MANNELLA (0.2); READ AND REVIEW EMAIL FROM T. BRUNS (0.2) | 1.2 | $ 875.00 | $ 1,050.00 |
| 10/6/2022 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT CASE | 0.5 | $   - | $   - |
| 10/7/2022 | Dana Stone Smith | REVIEW ALL DOCUMENTS CONTAINED IN APPENDIX | 3.2 | $ 775.00 | $ 2,480.00 |
| 10/7/2022 | Wendy Cox | READ AND RESPOND TO EMAILS | 0.5 | $ 875.00 | $   437.50 |
| 10/9/2022 | Wendy Cox | REVISE PRELIMINARY INJUNCTION AND MEMORANDUM OF LAW | 0.5 | $ 875.00 | $   437.50 |
| 10/10/2022 | Gina Mannella | ASSEMBLE PRO HAC VICE APPLICATION FOR C. WIEST (.3); REDACT PERSONAL INFORMATION ON ANTIBODY REPORTS FOR H. BAKICH AND P. TESTA FOR EXHIBITS (.2) | 0.5 | $   - | $   - |
| 10/10/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS (0.2); WORK ON DECLARATIONS FOR PI (0.4) REVISE PI (1.0) | 1.6 | $ 875.00 | $ 1,400.00 |
| 10/11/2022 | Gina Mannella | TRACK SERVICE OF COMPLAINT APPENDIX AND ALL OTHER FILINGS ON DEFENDANTS THROUGH USPS (.7); DOWNLOAD SAME TO CLIO (.1); EMAILS WITH W. COX AND N. TENNEY REGARDING SAME (.2); CALL WITH W. COX REGARDING FILING OF DOCUMENTS AND INCOMING INTAKES (.5); PROOF AND SEND DECLARATIONS TO H. BAKICH AND P. TESTA (.4) | 1.9 | $   - | $   - |
| 10/11/2022 | Nicky Tenney | PREPARE AFFIDAVIT OF SERVICE SAMPLE (.1); EMAIL SAME TO G. MANNELLA (.1); EMAILS WITH W. COX AND G. MANNELLA REGARDING SERVICE (.1) | 0.3 | $   - | $   - |
| 10/11/2022 | Wendy Cox | REVISE PI (5); PHONE CALL WITH G. MANNELLA ABOUT FILING ISSUES (0.3) | 5.3 | $ 875.00 | $ 4,637.50 |
| 10/12/2022 | Gina Mannella | PREPARE BAKICH DECLARATION FOR EXHIBIT TO MOTION (.3); DRAFT AFFIDAVIT OF SERVICE; SEND TO N. TENNEY AND W. COX FOR REVIEW (2.5); REVISE AFFIDAVIT AND SEND TO N. TENNEY AND W. COX (.3); PREPARE EXHIBITS TO AFFIDAVIT OF SERVICE (1.0); REVISE AFFIDAVIT OF SERVICE INTO SEPARATE DOCUMENTS WITH EXHIBITS; FILE SAME (1.7); PREPARE PRO HAC VICE DOCUMENTS FOR FILING (.4) | 6.2 | $ 240.00 | $ 1,488.00 |
| 10/12/2022 | Nicky Tenney | EMAILS WITH G. MANNELLA AND W. COX (.3); DRAFT PROOF OF SERVICE SAMPLE (.2); EDIT PROOF OF SERVICE (.2); RULES CHECK (.4); CALENDAR (.2) | 1.3 | $   - | $   - |
| 10/12/2022 | Walker Moller | REVIEW FILE (.1); COMMUNICATIONS WITH G. MANNELLA REGARDING LOCAL RULE 83.11 (.2); COMMUNICATIONS WITH E. BREHM ON SAME (.2) | 0.5 | $   - | $   - |
| 10/12/2022 | Wendy Cox | FINALIZE PRELIMINARY INJUNCTION (2.9); EMAIL C. WIEST, T. BRUNS, AND E. BREHM DRAFT (0.2); PHONE CALL WITH G. MANNELLA ABOUT POSSIBLE FILING ISSUE (0.3) | 3.4 | $ 875.00 | $ 2,975.00 |
| 10/12/2022 | Wendy Cox | PHONE CALL WITH D. MELL | 0.2 | $ 875.00 | $   175.00 |
| 10/12/2022 | Wendy Cox | REVIEW FILING FOR G. MANNELLA (0.2); PHONE CALL WITH G. MANNELLA (0.1) | 0.3 | $   - | $   - |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2022 | Gina Mannella | FINALIZE AND PREPARE PRO HAC VICE APPLICATIONS AND PROPOSED ORDER FOR FILING; FILE SAME (1.6); EMAILS WITH J. SULLIVAN AND W. COX (.4); PROOF MOTION TO PROCEED AND PREPARE PROPOSED ORDER; FILE SAME (1.0); CALL WITH N. TENNEY (.2); PREPARE P. TESTA DECLARATION FOR EXHIBIT (.6) | 3.8 | $ 240.00 | $      912.00 |
| 10/13/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.4); EMAILS WITH G. MANNELLA (.2) | 0.6 | $      - | $         - |
| 10/13/2022 | Wendy Cox | PHONE CALL WITH C. WIEST (0.3); REVISE PI (3.2) | 3.5 | $ 875.00 | $   3,062.50 |
| 10/14/2022 | Wendy Cox | PHONE CALL WITH S. GALLOWAY (0.3); DRAFT EMAIL TO DOJ FOR CONFERENCE (0.3) | 0.6 | $ 875.00 | $      525.00 |
| 10/16/2022 | Wendy Cox | REVIEW AND AMEND INJUNCTION CHANGES (0.4) | 0.4 | $ 875.00 | $      350.00 |
| 10/17/2022 | Elizabeth Brehm | REVIEW AND EDIT NOTICE OF MOTION (0.1); REVIEW AND EDIT PROPOSED ORDER (0.1); REVIEW AND EDIT MEMORANDUM OF LAW (0.6), RETURN TO W. COX | 0.8 | $ 975.00 | $      780.00 |
| 10/17/2022 | Gina Mannella | PROOFREAD PRELIMINARY INJUNCTION DOCUMENTS (1.1); MAKE REVISIONS TO PRELIMINARY INJUNCTION DOCUMENTS (.3); FINALIZE PRELIMINARY INJUNCTION MOTION (.2); EMAILS TO J. SULLIVAN REGARDING ISSUES WITH PRELIMINARY INJUNCTION MEMORANDUM DOCUMENT (.2); PROOFREAD AND MAKE REVISIONS TO MEMORANDUM OF LAW DOCUMENT (.7); CREATE TABLE OF CONTENTS FOR MEMORANDUM OF LAW (1.3); CREATE TABLE OF AUTHORITIES FOR MEMORANDUM OF LAW (1.2); EMAIL ALL PRELIMINARY INJUNCTION MOTION DOCUMENTS TO J. SULLIVAN W. COX AND N. TENNEY FOR REVIEW (.1); CALL WITH W. COX REGARDING PRELIMINARY INJUNCTION MOTION DOCUMENTS (.3) | 5.4 | $ 240.00 | $   1,296.00 |
| 10/17/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2) | 0.2 | $      - | $         - |
| 10/17/2022 | Wendy Cox | FINALIZE PI AND EMAIL FILE TO J. SULLIVAN (1.7) | 1.7 | $ 875.00 | $   1,487.50 |
| 10/17/2022 | Wendy Cox | PHONE CALL WITH B. SCHELSKE ABOUT REPRIMAND BEING SERVED TODAY (0.4); REVISE PI AFTER E. BREHM COMMENTS AND ADDITIONS (1) | 1.4 | $ 875.00 | $   1,225.00 |
| 10/17/2022 | Wendy Cox | PHONE CALLS WITH J. SULLIVAN DISCUSSING PRELIMINARY INJUNCTION DOCUMENTS AND EMAIL TO DOJ (0.4); PHONE CALLS WITH G. MANNELLA TO DISCUSS PI FILING ISSUES (0.4) | 0.8 | $ 875.00 | $      700.00 |
| 10/18/2022 | Gina Mannella | PROOFREAD PRELIMINARY INJUNCTION DOCUMENTS (.3); REVISE PRELIMINARY INJUNCTION DOCUMENTS (.5); EMAIL SAME TO W. COX FOR REVIEW (.1); EMAIL DOCUMENTS TO N. TENNEY FOR FURTHER PROOFREADING AND FILING (.1) | 1 | $ 240.00 | $      240.00 |
| 10/18/2022 | Nicky Tenney | REVIEW EMAILS WITH ATTORNEY TEAM AND G. MANNELLA (.1); EDIT PLEADINGS (1.9); EMAILS WITH G. MANNELLA, W. COX AND J. SULLIVAN (.1); CALL WITH W. COX (.1); EDIT PLEADINGS (.4); ECF FILING, DOWNLOAD, SAVE AND CIRCULATE (.2); RULES CHECK (.1); EMAIL PROPOSED ORDER TO JUDGE (.1) | 3 | $      - | $         - |
| 10/18/2022 | Wendy Cox | REVIEW FINAL INJUNCTION | 2.6 | $ 875.00 | $   2,275.00 |
| 10/19/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $      - | $         - |
| 10/20/2022 | Gina Mannella | FILE EXHIBITS (.3) | 0.3 | $ 240.00 | $       72.00 |
| 10/20/2022 | Nicky Tenney | EMAILS WITH G. MANNELLA, W. COX AND J. SULLIVAN (.1); ECF DOWNLOAD, SAVE AND CIRCULATE (.1); CALENDAR (.2) | 0.4 | $      - | $         - |
| 10/20/2022 | Wendy Cox | READ AND RESPOND TO EMAILS REGARDING FILING (0.2); PHONE CALL WITH G. MANNELLA (0.3) | 0.5 | $      - | $         - |
| 10/20/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM CLIENTS AND OTHER ATTORNEYS AND PARALEGALS | 0.5 | $      - | $         - |
| 10/21/2022 | Gina Mannella | EMAILS WITH W. COX REGARDING LETTER RECEIVED BY S. GALLOWAY FROM COMMANDER (.2) | 0.2 | $ 240.00 | $       48.00 |
| 10/21/2022 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT DISCOVERY | 0.5 | $ 875.00 | $      437.50 |
| 10/24/2022 | Wendy Cox | ORGANIZE CASE FILE | 0.2 | $      - | $         - |
| 10/31/2022 | Wendy Cox | READ AND RESPOND TO EMAIL FROM S. GALLOWAY | 0.1 | $ 875.00 | $       87.50 |
| 11/1/2022 | Gina Mannella | DOWNLOAD ADDITIONAL PLAINTIFFS DOCUMENTS TO CLIO FOR FUTURE FILING (.5); ORGANIZE PLAINTIFFS DOCUMENTS FOLDERS (.5); UPDATE ACTION ITEMS LIST (.8) | 1.8 | $      - | $         - |
| 11/1/2022 | Wendy Cox | READ AND RESPOND TO EMAILS S. GALLOWAY (0.4); PHONE CALL WITH S. GALLOWAY REGARDING DENIAL OF APPEAL (0.4); REVIEW MEDICAL EXEMPTION MEMO FOR S. GALLOWAY (0.6) | 1.4 | $ 875.00 | $   1,225.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/2022 | Dana Stone Smith | PHONE CALL WITH W. COX TO DISCUSS SUBPOENAS AND NOTICE TO SUPPLEMENT (.4); EMAIL C. WIEST REQUESTING WORD VERSION OF MOTION TO SUPPLEMENT (.1); DRAFT NOTICE OF FACTUAL DEVELOPMENT AND SEND TO W. COX FOR REVIEW WITH COMMENTS (.6) | 1.1 | $ 775.00 | $ 852.50 |
| 11/2/2022 | Elizabeth Brehm | ATTEND TEAM ZOOM TO DISCUSS UPCOMING DEADLINES AND EXPEDITED DISCOVERY | 0.3 | $  - | $  - |
| 11/2/2022 | Wendy Cox | REVIEW SUPPLEMENTAL FACTUAL DEVELOPMENT FILING | 0.3 | $ 875.00 | $ 262.50 |
| 11/2/2022 | Wendy Cox | REVIEW NEW ARMY ALARECT | 0.6 | $ 875.00 | $ 525.00 |
| 11/3/2022 | Dana Stone Smith | REVIEW SUGGESTED REVISIONS TO NOTICE OF SUPPLEMENTAL FACTUAL DEVELOPMENT BY W. COX AND MAKE REVISIONS (.3); SEND TO G. MANNELLA FOR PROOFING AND FINALIZATION (.1); PHONE CALL WITH W. COX TO DISCUSS DECLARATION AND FILING OF NOTICE OF SUPPLEMENTAL FACTS (.4); FINALIZE NOTICE AND SEND TO CLIENT FOR REVIEW AND SIGNATURE (.5); REVIEW EXECUTED DOCUMENT RECEIVED FROM CLIENT AND TO G. MANNELLA FOR FILING (.3) | 1.6 | $ 775.00 | $ 1,240.00 |
| 11/3/2022 | Gina Mannella | CALLS WITH W. COX REGARDING NOTICE AND DECLARATION TO BE FILED FOR S. GALLOWAY (.3); PROOFREAD AND MAKE REVISIONS TO NOTICE (.9); EMAIL NOTICE AND DECLARATION TEMPLATE TO W. COX AND D. STONE (.1); EMAIL TO D. STONE REGARDING DECLARATION DOCUMENT (.1) | 1.6 | $ 240.00 | $ 384.00 |
| 11/3/2022 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT SUBMISSION OF NOTICE OF FACTUAL DEVELOPMENT (0.3); REVIEW FILING SUBMISSION (0.1) | 0.4 | $ 875.00 | $ 350.00 |
| 11/3/2022 | Wendy Cox | READ AND RESPOND TO EMAIL FROM Z. BUFKIN | 0.2 | $ 875.00 | $ 175.00 |
| 11/4/2022 | Gina Mannella | FINALIZE NOTICE DECLARATION AND EXHIBITS FOR FILING (.7) | 0.7 | $ 240.00 | $ 168.00 |
| 11/4/2022 | Kimberly Hertz | RECEIPT AND REVIEW OF ECF NOTIFICATION; DOWNLOAD AND SAVE SAME | 0.1 | $  - | $  - |
| 11/6/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.2 | $ 875.00 | $ 175.00 |
| 11/7/2022 | Dana Stone Smith | REVIEW VARIOUS EMAILS FROM G. MANNELLA REGARDING NOTICE OF ADDITIONAL FACTS FILING (.4); PHONE CALL WITH W. COX TO DISCUSS WORK ASSIGNMENTS (0.1) | 0.5 | $ 775.00 | $ 387.50 |
| 11/7/2022 | Gina Mannella | ASSEMBLE NOTICE AND ATTACHMENTS FOR FILING (.2); SEND SAME TO W. COX AND D. STONE FOR REVIEW (.1); CALL WITH W. COX REGARDING FILING OF NOTICE (.2); FINALIZE S. GALLOWAY DECLARATION FOR FILING (.3); SEND ALL DOCUMENTS TO J. SULLIVAN FOR REVIEW (.1); CALL WITH W. COX REGARDING FINAL NOTICE DOCUMENTS FOR FILING (.1); FINALIZE ALL NOTICE DOCUMENTS FOR FILING (.2); FILE SAME (.4) | 1.6 | $ 240.00 | $ 384.00 |
| 11/7/2022 | Wendy Cox | PHONE CALL WITH D. STONE REGARDING FILING OF SUPPLEMENTAL FACTUAL DEVELOPMENT | 0.1 | $ 875.00 | $ 87.50 |
| 11/7/2022 | Wendy Cox | REVIEW SUPPLEMENTAL FILING DOCUMENTS | 0.2 | $ 875.00 | $ 175.00 |
| 11/7/2022 | Wendy Cox | RESEARCH FOR REPLY TO DEFENDANTS RESPONSE TO PRELIMINARY INJUNCTION | 1.4 | $ 875.00 | $ 1,225.00 |
| 11/8/2022 | Nicky Tenney | REVIEW RECENT CASE ACTIVITY (.1) | 0.1 | $  - | $  - |
| 11/8/2022 | Nicky Tenney | CASE REVIEW THROUGH PACER (.2); EMAILS WITH W. COX REGARDING CALENDARING OF PRELIMINARY INJUNCTION (.1) | 0.3 | $  - | $  - |
| 11/8/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2) | 0.2 | $  - | $  - |
| 11/8/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM S. GALLOWAY ABOUT HIS MEDICAL EXEMPTION REQUEST | 0.2 | $ 875.00 | $ 175.00 |
| 11/8/2022 | Wendy Cox | RESEARCH PRIOR CASES FOR REPLY MOTION | 1.1 | $ 875.00 | $ 962.50 |
| 11/9/2022 | Wendy Cox | PHONE CALL WITH B. BAKICH | 0.3 | $ 875.00 | $ 262.50 |
| 11/9/2022 | Wendy Cox | READ AND REVIEW DEFENDANTS RESPONSE BRIEF | 4.6 | $ 875.00 | $ 4,025.00 |
| 11/10/2022 | Dana Stone Smith | PHONE CALL WITH W. COX TO DISCUSS MEMORANDUM IN OPPOSITION TO REQUEST FOR PRELIMINARY INJUNCTION (.9); REVIEW DEFENDANT'S MEMORANDUM IN OPPOSITION TO REQUEST FOR PRELIMINARY INJUNCTION (2.3); REVIEW EMAIL FROM PLAINTIFF B. SCHELSKE SENT BY W. COX (.2) | 3.4 | $ 775.00 | $ 2,635.00 |
| 11/10/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $  - | $  - |
| 11/10/2022 | Wendy Cox | PHONE CALL WITH D. STONE TO DISCUSS REPLY TO DEFENDANTS OPPOSITION MOTION | 0.9 | $ 875.00 | $ 787.50 |
| 11/10/2022 | Wendy Cox | REVIEW OF DECLARATIONS IN OPPOSITION TO PRELIMINARY INJUNCTION (1.9); DRAFT AND SEND EMAILS TO PLAINTIFFS (0.2) | 2.1 | $ 875.00 | $ 1,837.50 |
| 11/11/2022 | Aaron Siri | ZOOM MEETING WITH W. COX, T. WIEST, D. STONE, AND T. BRUNS | 0.5 | $ 975.00 | $ 487.50 |

| Date | Name | Description | Hours | Rate | | Amount | |
|---|---|---|---|---|---|---|---|
| 11/11/2022 | Dana Stone Smith | REVIEW EMAIL AND ATTACHMENTS SENT BY W. COX REGARDING DISENGAGEMENT WITH PLAINTIFF Z. BUFKIN (.5); REVIEW EMAIL AND ATTACHMENTS FROM W. COX REGARDING NOTICE OF FACTUAL DEVELOPMENTS FOR S. CONKLIN AND C. MORRISON, RESPOND WITH FOLLOW-UP QUESTIONS REGARDING DENIAL DATES (.5); PHONE CALL WITH W. COX TO DISCUSS FACTUAL DEVELOPMENT AND RESPONSE TO DEFENDANT'S MEMORANDUM (.6); DRAFT NOTICE OF FACTUAL DEVELOPMENT FOR PLAINTIFFS S. CONKLIN AND C. MORRISON (1.1); TEAM ZOOM MEETING (.5) | 3.2 | $ 775.00 | $ | 2,480.00 | |
| 11/11/2022 | Gina Mannella | REVIEW EMAIL FROM W. COX AND D. STONE REGARDING UPCOMING SUPPLEMENTAL FILING FOR S. CONKLIN (.1) CALL WITH W. COX REGARDING FORMAT FOR REPLY BRIEF DOCUMENT (.3); REVISE REPLY BRIEF DOCUMENT WITH STYLE HEADINGS (.5); CALL WITH W. COX REGARDING COMPARISON OF DENIAL DOCUMENTS (.2) | 1.1 | $ 240.00 | $ | 264.00 | |
| 11/11/2022 | Wendy Cox | RESEARCH FOR REPLY BRIEF | 0.4 | $ 875.00 | $ | 350.00 | |
| 11/11/2022 | Wendy Cox | WORK ON DRAFT TO REPLY TO DEFENDANT'S OPPOSITION TO PI MOTION (3.6); PHONE CALLS WITH G. MANNELLA AND D. STONE ABOUT INTERROGATORIES AND RESEARCH (1.2) | 4.8 | $ 875.00 | $ | 4,200.00 | |
| 11/11/2022 | Wendy Cox | ZOOM MEETING WITH A. SIRI, T. WIEST, D. STONE, AND T. BRUNS | 0.5 | $ 875.00 | $ | 437.50 | |
| 11/13/2022 | Wendy Cox | DRAFT RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL FACTS | 1.1 | $ 875.00 | $ | 962.50 | |
| 11/13/2022 | Wendy Cox | DRAFT AND SEND EMAIL TO D. STONE REGARDING MOTION FOR LIMITED DISCOVERY | 0.5 | $ 875.00 | $ | 437.50 | |
| 11/13/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM B. SCHELSKE | 0.2 | $ 875.00 | $ | 175.00 | |
| 11/13/2022 | Wendy Cox | RESEARCH ON MOTION FILE AMENDED PLEADING | 0.6 | $ 875.00 | $ | 525.00 | |
| 11/13/2022 | Wendy Cox | CONDUCT CASE LAW RESEARCH AND DRAFT PI REPLY TO OPPOSITION | 3.2 | $ 875.00 | $ | 2,800.00 | |
| 11/14/2022 | Dana Stone Smith | REVIEW AND RESPOND TO EMAIL FROM W. COX REGARDING MOTION FOR LIMITED DISCOVERY (.3); RESEARCH MOTION FOR LIMITED DISCOVERY (.8); DRAFT MOTION FOR LIMITED DISCOVERY (1.5); REVIEW EMAIL FROM B. SCHELSKE REGARDING MEDICAL EXEMPTION REQUEST (.3) | 2.9 | $ 775.00 | $ | 2,247.50 | |
| 11/14/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $    - | $ | - | |
| 11/14/2022 | Wendy Cox | WORK ON DRAFT REPLY TO OPPOSITION TO PI | 6.2 | $ 875.00 | $ | 5,425.00 | |
| 11/15/2022 | Aaron Siri | PHONE CALL WITH W. COX AND D. STONE REGARDING EXPEDITED MOTION FOR DISCOVERY | 0.8 | $ 975.00 | $ | 780.00 | |
| 11/15/2022 | Dana Stone Smith | PHONE CONFERENCE WITH A. SIRI AND W. COX TO DISCUSS MOTION FOR LIMITED DISCOVERY (.8) FINALIZE MOTION FOR EXPEDITED DISCOVERY AND SEND TO W. COX FOR REVIEW (1.2); RESEARCH FOR MOTION FOR EXPEDITED DISCOVERY BRIEF (2.0); REVIEW AND RESPOND TO EMAIL FROM W. COX WITH DRAFT OF DISCOVERY REQUEST LETTER TO OPPOSING COUNSEL (.3) | 4.3 | $ 775.00 | $ | 3,332.50 | |
| 11/15/2022 | Gina Mannella | DOWNLOAD INITIAL AND FINAL DENIAL DOCUMENTS FOR PLAINTIFFS AND COMPARE FOR CHANGES (2.4); COMPARE CADET LETTERS (.3); CALL WITH W. COX REGARDING COMPARISONS AND FILING PRO HAC VICE MOTION FOR D. STONE (.2) | 2.9 | $    - | $ | - | |
| 11/15/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); UPDATE CALENDAR (.1) | 0.2 | $    - | $ | - | |
| 11/15/2022 | Wendy Cox | PHONE CALL WITH A. SIRI AND D. STONE REGARDING EXPEDITED MOTION FOR DISCOVERY | 0.8 | $ 875.00 | $ | 700.00 | |
| 11/15/2022 | Wendy Cox | PHONE CALL WITH C. SCHELSKE | 0.6 | $ 875.00 | $ | 525.00 | |
| 11/15/2022 | Wendy Cox | PHONE CALL WITH LOCAL COUNSEL J. SULLIVAN TO DISCUSS EXPEDITED DISCOVERY MOTION | 0.2 | $ 875.00 | $ | 175.00 | |
| 11/15/2022 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT EXPEDITED REQUEST FOR DISCOVERY | 0.2 | $    - | $ | - | |
| 11/15/2022 | Wendy Cox | DRAFT EMAIL TO DOJ AND SEND TO ATTORNEYS FOR REVIEW (0.4); REVIEW MOTION FOR LIMITED DISCOVERY (0.6); PHONE CALL WITH J. SULLIVAN REGARDING EMAIL TO DOJ (0.1); PHONE CALL WITH D. STONE ABOUT EMAIL AND MOTION FOR LIMITED DISCOVERY (0.2) | 1.3 | $ 875.00 | $ | 1,137.50 | |
| 11/15/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS, A. SIRI, C. WIEST, D. STONE, AND G. MANNELLA (1.1); PHONE CALL WITH G. MANNELLA (0.2) | 1.3 | $ 875.00 | $ | 1,137.50 | |
| 11/15/2022 | Wendy Cox | RESEARCH FOR REPLY TO OPPOSITION TO PI MOTION | 0.9 | $ 875.00 | $ | 787.50 | |
| 11/15/2022 | Wendy Cox | WORK ON DRAFT FOR OPPOSITION FOR PI | 2.1 | $ 875.00 | $ | 1,837.50 | |
| 11/16/2022 | Aaron Siri | ZOOM WITH TEAM TO DISCUSS DISCOVERY, PRELIMINARY INJUNCTION (0.2) | 0.2 | $ 975.00 | $ | 195.00 | |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2022 | Dana Stone Smith | REVIEW EMAIL FROM W. COX WITH PROPOSED REVISIONS TO MOTION FOR EXPEDITED DISCOVERY (.5); REVIEW ORDER DENYING MOTION FOR STAY PENDING APPEAL FROM DOSTER CASE FOR USEFUL LANGUAGE (.8); REVISE AND REDRAFT MOTION FOR LIMITED DISCOVERY WITH MEMORANDUM OF LAW BRIEF AND ARGUMENT SECTION (2.7); RESEARCH FOR LIMITED DISCOVERY SENT BY C. WIEST (.8); PHONE CALL WITH W. COX TO DISCUSS MOTION AND REPLY (.5) | 5.3 | $ 775.00 | $ 4,107.50 |
| 11/16/2022 | Elizabeth Brehm | ATTEND ZOOM WITH TEAM TO DISCUSS DISCOVERY, PRELIMINARY INJUNCTION | 0.2 | $ 975.00 | $ 195.00 |
| 11/16/2022 | Gina Mannella | REVIEW OF EMAILS FROM W. COX TO POTENTIAL CLIENTS (.1); EMAILS WITH W. COX AND D. STONE REGARDING PRO HAC VICE MOTION FOR D. STONE (.2); PREPARE PRO HAC VICE APPLICATION FOR D. STONE (.6); PREPARE LETTER TO REQUEST CERTIFICATE OF GOOD STANDING FOR D. STONE (.4); SEND SAME TO D. STONE FOR REVIEW AND SIGNATURE (.1) | 1.4 | $        - | $        - |
| 11/16/2022 | Wendy Cox | PHONE CALL WITH S. GALLOWAY AND DRAFT AND SEND EMAIL TO S. GALLOWAY | 0.4 | $ 875.00 | $ 350.00 |
| 11/16/2022 | Wendy Cox | FINAL DRAFT OF DECLARATION AND PLAINTIFFS RESPONSE TO NOTICE OF SUPPLEMENTAL FACTS | 0.5 | $ 875.00 | $ 437.50 |
| 11/16/2022 | Wendy Cox | PHONE CALL WITH D. STONE REGARDING MOTION AND REPLY | 0.4 | $ 875.00 | $ 350.00 |
| 11/16/2022 | Wendy Cox | DRAFT AND SEND EMAIL TO DOJ (0.3); FINALIZE AND SEND DECLARATION TO S. GALLOWAY (0.2) | 0.5 | $ 875.00 | $ 437.50 |
| 11/16/2022 | Wendy Cox | CONTINUE DRAFT OF REPLY TO DEFENDANTS OPPOSITION MOTION TO PI | 2.7 | $ 875.00 | $ 2,362.50 |
| 11/17/2022 | Dana Stone Smith | REVIEW AND REVISE PLAINTIFFS' REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION (3.5) PHONE CALL WITH W. COX TO DISCUSS REPLY AND MOTION REVISIONS (.4); SEND REVISED MOTION TO W. COX FOR REVIEW (.1); REVIEW EMAIL FROM OPPOSING COUNSEL REGARDING DISCOVERY PRODUCTION (.2) | 4.2 | $ 775.00 | $ 3,255.00 |
| 11/17/2022 | Gina Mannella | EMAILS WITH W. COX AND J. SULLIVAN REGARDING RESPONSE FOR FILING (.2); PROOFREAD AND MAKE REVISIONS TO RESPONSE (.7); CALLS WITH N. TENNEY AND W. COX REGARDING REVISIONS (.1); FILE RESPONSE TO DEFENDANTS NOTICE (.2) | 1.2 | $ 240.00 | $ 288.00 |
| 11/17/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $        - | $        - |
| 11/17/2022 | Wendy Cox | PHONE CALLS WITH D. STONE REGARDING REPLY AND MOTION FOR DISCOVERY | 0.7 | $ 875.00 | $ 612.50 |
| 11/17/2022 | Wendy Cox | REVIEW AND REVISE MOTION FOR LIMITED DISCOVERY | 1.6 | $ 875.00 | $ 1,400.00 |
| 11/17/2022 | Wendy Cox | REVIEW COMMENTS ON REPLY TO MOTION FOR PI FROM D. STONE AND AMEND DOCUMENT (1.5); PHONE CALL WITH J. SULLIVAN ABOUT CASE (0.2) | 1.7 | $ 875.00 | $ 1,487.50 |
| 11/17/2022 | Wendy Cox | PHONE CALL WITH G. MANNELLA REGARDING SUPPLEMENTAL FILING | 0.2 | $ 875.00 | $ 175.00 |
| 11/18/2022 | Aaron Siri | ZOOM CALL WITH C. WIEST, E. BREHM, W. COX, T. BRUNS, D. STONE ABOUT REQUEST FOR DISCOVERY (0.3) | 0.3 | $ 975.00 | $ 292.50 |
| 11/18/2022 | Dana Stone Smith | REVIEW SUGGESTED REVISIONS TO MOTION FOR EXPEDITED DISCOVERY BY W. COX (.6); MAKE SUGGESTED REVISIONS AND EMAIL REVISED DOCUMENTS TO C. WIEST AND T. BRUNS FOR REVIEW (.5); DRAFT COVID-19 ANTIBODY DECLARATIONS FOR PLAINTIFFS C. MORRISON, R. SCHELSKE, AND N. SABALLA (1.1); PHONE CALL WITH W. COX TO DISCUSS MOTION AND REPLY (.4); PHONE CALL WITH W. COX TO DISCUSS REVISIONS TO REPLY AND RESPONSE TO J. WALKER REGARDING REQUESTED DISCOVERY (.5) | 3.1 | $ 775.00 | $ 2,402.50 |
| 11/18/2022 | Elizabeth Brehm | ATTEND ZOOM MEETING WITH C. WIEST, T. BRUNS, AND W. COX TO DISCUSS DISCOVERY WITH PRELIMINARY INJUNCTION (0.3) | 0.3 | $ 975.00 | $ 292.50 |
| 11/18/2022 | Nicky Tenney | REVIEW CALENDARING RULES AND EMAILS WITH W. COX (.1) | 0.1 | $        - | $        - |
| 11/18/2022 | Wendy Cox | PHONE CALL WITH C. WIEST (0.2); WORK ON RESPONSE TO DOJ (0.7) | 0.9 | $ 875.00 | $ 787.50 |
| 11/18/2022 | Wendy Cox | PHONE CALL WITH C. WIEST (0.1); OBTAIN INFORMATION FOR REPLY AND EMAIL TO C. WIEST (0.8); PHONE CALLS TO B. SCHELSKE AND C. MORRISON ABOUT ADDITIONAL INFORMATION (0.2) | 1.1 | $ 875.00 | $ 962.50 |
| 11/18/2022 | Wendy Cox | PHONE CALL WITH D. STONE TO DISCUSS EVIDENTIARY MOTION | 0.3 | $ 875.00 | $ 262.50 |
| 11/18/2022 | Wendy Cox | REVISE REPLY BRIEF (1.2); ZOOM CALL WITH C. WIEST, A. SIRI, E. BREHM, T. BRUNS, D. STONE ABOUT REQUEST FOR DISCOVERY (0.3); DRAFT AND SEND EMAIL TO DOJ (0.2) | 1.7 | $ 875.00 | $ 1,487.50 |
| 11/20/2022 | Wendy Cox | EDIT DECLARATIONS FOR S. GALLOWAY AND R. SCHELSKE (0.5); EMAIL DECLARATION TO G. GALLOWAY (0.1) | 0.6 | $ 875.00 | $ 525.00 |
| 11/20/2022 | Wendy Cox | ORGANIZE PRINTED OPPOSITION MOTION WITH EXHIBITS INTO BINDERS | 0.5 | $        - | $        - |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/2022 | Dana Stone Smith | REVIEW EMAIL FROM J. SULLIVAN REGARDING DRAFT REPLY (.2); REVIEW SUGGESTED CHANGES TO REPLY BY C. WIEST (.9); REVIEW EMAIL FROM OPPOSING COUNSEL REGARDING INFORMATION REQUEST (.1) | 1.2 | $ 775.00 | $ 930.00 |
| 11/21/2022 | Elizabeth Brehm | REVIEW AND EDIT REPLY BRIEF | 1.3 | $ 975.00 | $ 1,267.50 |
| 11/21/2022 | Gina Mannella | | 1.3 | $ 240.00 | $ 312.00 |
| | | PROOFREAD AND EDIT MOTION FOR LEAVE TO FILE (.5); PREPARE CERTIFICATE OF CONFERENCE AND PROPOSED ORDER (.5); SEND ALL FILING DOCUMENTS TO W. COX FOR REVIEW (.1); FILE MOTION FOR LEAVE TO FILE (.2) | | | |
| 11/21/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 11/21/2022 | Wendy Cox | PHONE CALLS WITH C. WIEST ABOUT CASE (0.5); PHONE CALL WITH Z. BUFKIN (0.3) | 0.8 | $ 875.00 | $ 700.00 |
| 11/21/2022 | Wendy Cox | PHONE CALL WITH C. WIEST AND R. SCHELSKE (0.3) | 0.3 | $ 875.00 | $ 262.50 |
| 11/21/2022 | Wendy Cox | DRAFT MOTION FOR EXTENSION OF PAGE LIMIT | 0.7 | $ 875.00 | $ 612.50 |
| 11/21/2022 | Wendy Cox | PHONE CALL WITH J. SULLIVAN ABOUT PAGE EXTENSION REQUEST (0.1); PHONE CALL WITH C. WIEST (0.2) | 0.3 | $ 875.00 | $ 262.50 |
| 11/22/2022 | Aaron Siri | TURN REPLY BRIEF (1.3); SEND EDITS TO THE TEAM (0.1); CALLS REGARDING SAME (0.6) | 2 | $ 975.00 | $ 1,950.00 |
| 11/22/2022 | Dana Stone Smith | REVIEW FINAL REPLY BRIEF EDITS SENT BY A. SIRI | 0.9 | $ - | $ - |
| 11/22/2022 | Elizabeth Brehm | REVIEW TEAM EMAILS CONCERNING FINALIZING AND FILING REPLY BRIEF (0.5); CALL WITH W. COX TO DISCUSS CITATIONS IN FINAL BRIEF (0.1); EMAILS WITH TEAM ABOUT FIRM CV FOR CLASS CERTIFICATION FILING (0.1); REVIEW AND EDIT FIRM CV FOR CLASS CERTIFICATION FILING (0.2) | 0.9 | $ - | $ - |
| 11/22/2022 | Gina Mannella | | 5.7 | $ - | $ - |
| | | CALL WITH W. COX REGARDING FILING OF REPLY BRIEF (.4); EMAIL TO N. TENNEY REGARDING SAME (.1); CONFIRM ECF FILING STATUS FOR A. SIRI IN NORTHERN DISTRICT OF TEXAS (.2) RESEARCH LOCAL RULES AND CALL ECF HELP DESK TO CLARIFY FILING REQUIREMENTS (.3); CONVERT FIRM CURRICULUM VITAE FROM PDF TO WORD DOCUMENT AND SEND TO E. BREHM (.4); REVISE FIRM CURRICULUM VITAE WITH D. STONE INFORMATION (.2); PROOF AND ASSEMBLE REPLY BRIEF FOR FILING (3.5); SEND TO W. COX AND N. TENNEY FOR REVIEW (.1); PREPARE REPLY BRIEF FOR FILING AND FILE SAME (.5) | | | |
| 11/22/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); REVIEW REPLY BRIEF (.1); CALLS AND EMAILS WITH G. MANNELLA AND W. COX REGARDING REPLY BRIEF (.2); EDIT REPLY BRIEF (1.0) | 1.4 | $ - | $ - |
| 11/22/2022 | Wendy Cox | | 1 | $ 875.00 | $ 875.00 |
| | | REVISE DECLARATION FOR B. SCHELSKE (0.5); DRAFT AND SEND EMAILS TO B. SCHELSKE (0.2); ZOOM CALL WITH A. SIRI, E. BREHM, C. WIEST, W. MOLLER (0.3) | | | |
| 11/22/2022 | Wendy Cox | PHONE CALL WITH C. WIEST REGARDING CLASS CERT MOTION (0.3); PHONE CALL WITH A. SIRI (0.1); PHONE CALL WITH G. MANNELLA ABOUT FILING OF REPLY (0.4) | 0.8 | $ 875.00 | $ 700.00 |
| 11/22/2022 | Wendy Cox | DRAFT PARAGRAPH FOR REPLY BRIEF AND CLASS CERT MOTION | 1 | $ 875.00 | $ 875.00 |
| 11/22/2022 | Wendy Cox | PHONE CALL WITH D. STONE REGARDING DISCOVERY (0.3) | 0.3 | $ 875.00 | $ 262.50 |
| 11/22/2022 | Wendy Cox | FINAL REVIEW OF REPLY BRIEF | 0.9 | $ 875.00 | $ 787.50 |
| 11/22/2022 | Wendy Cox | REVIEW CLASS CERTIFICATION MOTION AND MEMO OF LAW; (2.0); READ AND RESPOND TO TEAM EMAILS (1.0) | 3 | $ 875.00 | $ 2,625.00 |
| 11/22/2022 | Wendy Cox | WORK ON REVISION TO RESUME/CURRICULUM VITAE | 0.9 | $ - | $ - |
| 11/22/2022 | Wendy Cox | READ AND RESPOND TO EMAILS ABOUT CITATION ISSUES IN REPLY (0.4); PLAINTIFFS SABALLA AND COSTROFF RECEIVING GOMOR'S (0.2) | 0.6 | $ 875.00 | $ 525.00 |
| 11/22/2022 | Wendy Cox | FINALIZE REPLY BRIEF WITH EXHIBITS FOR FILING | 1.2 | $ 875.00 | $ 1,050.00 |
| 11/23/2022 | Aaron Siri | REVIEW AND EDIT DRAFT MOTION FOR CLASS CERTIFICATION AND REVIEW CERTAIN CASES CITED THEREIN AND COMMUNICATIONS REGARDING SAME WHILE REVIEWING (3.3); CONFERENCE CALLS WITH TEAM RELATED TO CLASS CERT AND CLASS PI FILING (.7); ADDITIONAL RESEARCH RELATED TO ISSUES RAISED DURING SAME (.6); EDIT AND FINALIZE AND SEND DRAFT FIRM CV TO C. WIEST (.5); REVIEW MOTION FOR PRELIMINARY INJUNCTION AND CALLS REGARDING SAME (.8); CALLS WITH E. BREHM, C. WIEST AND W. COX REGARDING VARIOUS FILING ISSUES (1.1) | 7 | $ 975.00 | $ 6,825.00 |
| 11/23/2022 | Dana Stone Smith | REVIEW CLASS CERTIFICATION BRIEF (.7); TEAM STRATEGY MEETING (.5); PREPARE NOTICE OF FACTUAL DEVELOPMENT REGARDING GOMOR AND SEND TO W. COX FOR REVIEW (.5) | 1.7 | $ 775.00 | $ 1,317.50 |
| 11/23/2022 | Elizabeth Brehm | REVIEW AND EDIT CLASS CERTIFICATION MOTION (0.2); REVIEW AND EDIT CLASS CERTIFICATION MEMORANDUM OF LAW IN SUPPORT OF MOTION (0.9); REVIEW AND EDIT PRELIMINARY INJUNCTION NOTICE OF MOTION (.5) | 1.6 | $ 975.00 | $ 1,560.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/2022 | Gina Mannella | PROOF AND ASSEMBLE MOTION FOR CLASS CERTIFICATION AND MEMO IN SUPPORT AND PROPOSED ORDER FOR FILING (6.2) | 6.2 | $ 240.00 | $ 1,488.00 |
| 11/23/2022 | Nicky Tenney | REVIEW EMAIL FROM G. MANNELLA REGARDING FILING (.1); EMAILS WITH G. MANNELLA AND W. COX AND E. BREHM REGARDING PLEADINGS THAT NEED TO BE FILED (.1); EDIT PLEADINGS (.3); EMAILS WITH W. COX REGARDING SAME (.1); ECF FILING, DOWNLOAD, SAVE AND CIRCULATE (.1); EDIT PLEADINGS (1.0); EMAILS AND CALLS WITH W. COX REGARDING SAME (.1); REVIEW AND EDIT PLEADINGS (.7); EMAILS WITH G. MANNELLA AND W. COX REGARDING SAME (.1); ECF FILING, DOWNLOAD, SAVE AND CIRCULATE (.4); PROPOSED ORDERS EMAILED TO JUDGE (.1); UPDATE DRAFTS IN CLIO (.1) | 3.2 | $ - | $ - |
| 11/23/2022 | Wendy Cox | TEAMS MEETING WITH A. SIRI AND E. BREHM (0.1); READ AND RESPOND TO EMAILS REGARDING CLASS DEFINITION (0.4) | 0.5 | $ 875.00 | $ 437.50 |
| 11/23/2022 | Wendy Cox | FORMAT FIRM CV FOR CLASS CERTIFICATION MOTION WITH G. MANNELLA ON ZOOM | 1.4 | $ - | $ - |
| 11/23/2022 | Wendy Cox | PHONE CALL WITH Z. BUFKIN (0.2); READ AND RESPOND TO EMAILS FROM CO-COUNSEL AND PLAINTIFFS (0.3) | 0.5 | $ 875.00 | $ 437.50 |
| 11/23/2022 | Wendy Cox | REVIEW MOL IN SUPPORT OF CLASS PI | 2 | $ 875.00 | $ 1,750.00 |
| 11/23/2022 | Wendy Cox | TEAM MEETING WITH A. SIRI ABOUT CASE ISSUES (0.4); TEAM MEETING WITH A. SIRI, C. WIEST, T. BRUNS, AND E. BREHM ABOUT CASE (0.5); READ AND RESPOND TO EMAILS ON CLASS DEFINITION AND OTHER CASE ISSUES (0.8); PHONE CALL WITH D. STONE REGARDING NOTICE OF SUPPLEMENTAL FACTUAL DEVELOPMENT (0.2) | 1.9 | $ 875.00 | $ 1,662.50 |
| 11/23/2022 | Wendy Cox | REVIEW AND REVISE FACTUAL DEVELOPMENT NOTICE (0.5); REVIEW AND EMAIL WITH G. MANNELLA AND N. TENNEY ABOUT CLASS CERTIFICATION AND CLASS PI REQUEST AND FACTUAL DEVELOPMENT NOTICE (2.2) | 2.7 | $ 875.00 | $ 2,362.50 |
| 11/24/2022 | Nicky Tenney | RULES CHECK (.1); CALENDAR MOTIONS (.3) | 0.4 | $ - | $ - |
| 11/28/2022 | Dana Stone Smith | REVIEW NOTICE OF ERRATUM AND VARIOUS TEAM EMAILS REGARDING SAME | 0.4 | $ - | $ - |
| 11/28/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 11/28/2022 | Wendy Cox | FINALIZE M. COLANTONIO DISCOVERY PRODUCTION | 0.6 | $ 875.00 | $ 525.00 |
| 11/28/2022 | Wendy Cox | READ AND EDIT N. SABALLA'S REPLY TO HIS GENERAL OFFICER REPRIMAND | 1 | $ 875.00 | $ 875.00 |
| 11/29/2022 | Gina Mannella | DRAFT LETTER FOR D. STONE CERTIFICATE OF GOOD STANDING (.5); SEND SAME TO K. HERTZ FOR CHECK AND MAILING (.1); CALL WITH K. HERTZ REGARDING RETURN ENVELOPE (.1) | 0.7 | $ - | $ - |
| 11/29/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.5 | $ 875.00 | $ 437.50 |
| 11/30/2022 | Aaron Siri | ZOOM MEETING WITH E. BREHM, W. COX, D. STONE, C. WIEST, T. BRUNS AND G. MANNELLA TO DISCUSS CASE ISSUES | 0.3 | $ 975.00 | $ 292.50 |
| 11/30/2022 | Elizabeth Brehm | ATTEND TEAMS CALL TO DISCUSS NEXT STEPS ON CASE AND EXTENSION ON PAGE LIMIT FOR REPLY | 0.3 | $ 975.00 | $ 292.50 |
| 11/30/2022 | Wendy Cox | ZOOM MEETING WITH A. SIRI, E. BREHM, D. STONE, C. WIEST, T. BRUNS AND G. MANNELLA TO DISCUSS CASE ISSUES | 0.3 | $ 875.00 | $ 262.50 |
| 12/1/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 12/2/2022 | Dana Stone Smith | PHONE CALL WITH W. COX TO COORDINATE DISCOVERY FOLDERS AND SYNCHRONIZE OTHER DOCUMENTS TO CLIO | 0.5 | $ - | $ - |
| 12/2/2022 | Wendy Cox | EMAIL WITH J. COSTROFF ABOUT EXTENSION ISSUE | 0.1 | $ 875.00 | $ 87.50 |
| 12/4/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.2 | $ 875.00 | $ 175.00 |
| 12/5/2022 | Dana Stone Smith | PHONE CALL WITH W. COX TO DISCUSS ███████████ AND IMPLICATIONS TO CLASS ACTION SUIT (.8); RESEARCH ██████ IN CLASS ACTIONS ████████████████ (.8) | 1.6 | $ 775.00 | $ 1,240.00 |
| 12/5/2022 | Wendy Cox | DRAFT NOTICE OF SUBSEQUENT FACTUAL DEVELOPMENTS FOR PLAINTIFF C. MELL AND EMAIL TO C. WIEST | 1.6 | $ 875.00 | $ 1,400.00 |
| 12/5/2022 | Wendy Cox | PHONE CALL WITH D. MELL ABOUT HIS SITUATION WITH WEST POINT SEPARATION AND POSSIBLE TRO | 0.2 | $ 875.00 | $ 175.00 |
| 12/6/2022 | Dana Stone Smith | REVIEW NOTICE OF FACTUAL DEVELOPMENT EMAILED BY W. COX | 0.2 | $ - | $ - |
| 12/6/2022 | Elizabeth Brehm | REVIEW AND RESPOND TO C. WIEST EMAILS ABOUT REQUESTED EXTENSION FROM GOVERNMENT (0.2) | 0.2 | $ 975.00 | $ 195.00 |
| 12/6/2022 | Wendy Cox | REVIEW DECLARATION OF COLONEL RUTHERFORD (0.5);  DRAFT EMAIL TO E. BREHM. C. WIEST, T. BRUNS, D. STONE, A. SIRI, AND J. SULLIVAN REGARDING TRIGGER POINT FOR TRO (0.2) | 0.7 | $ 875.00 | $ 612.50 |
| 12/6/2022 | Wendy Cox | REVISE NOTICE OF FACTUAL DEVELOPMENT AND EMAIL TO C. WIEST FOR REVIEW | 1.1 | $ 875.00 | $ 962.50 |
| 12/6/2022 | Wendy Cox | READ AND RESPOND TO PLAINTIFFS EMAILS | 0.4 | $ 875.00 | $ 350.00 |
| 12/7/2022 | Dana Stone Smith | DRAFT NOTICE OF FACTUAL DEVELOPMENT FOR C. MORRISON (.5) | 0.5 | $ 775.00 | $ 387.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/7/2022 | Gina Mannella | REVIEW DEFENDANTS ECF FILING (.4); PROOFREAD AND REVISE D. MELL NOTICE OF SUPPLEMENTAL FACTS FOR FILING AND SEND TO W. COX FOR FINAL REVIEW (.7); EMAILS WITH W. COX REGARDING DOCUMENTS FOR FILING (.4); FILE NOTICE FOR D. MELL (.2); PROOFREAD AND REVISE C. MORRISON NOTICE OF SUPPLEMENTAL FACTS AND SEND TO W. COX FOR FINAL REVIEW (.3); FILE C. MORRISON NOTICE (.2) | 2.2 | $ 240.00 | $ 528.00 |
| 12/7/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.3) | 0.3 | $ - | $ - |
| 12/7/2022 | Wendy Cox | PHONE CALL WITH D. MELL ABOUT RECOUPMENT RESPONSE AND SUPPLEMENTAL FILING DECLARATION (0.2); EMAIL SENT TO PLAINTIFF ABOUT PHONE CALL (0.1) | 0.3 | $ 875.00 | $ 262.50 |
| 12/7/2022 | Wendy Cox | PHONE CALL WITH D. STONE TO DISCUSS SUPPLEMENTAL FILINGS | 0.3 | $ 875.00 | $ 262.50 |
| 12/7/2022 | Wendy Cox | FINAL REVIEW OF SUPPLEMENTAL FACTUAL DEVELOPMENT FILING DOCUMENTS (0.5); EMAIL TO G. MANNELLA FOR FILING (0.1) | 0.6 | $ 875.00 | $ 525.00 |
| 12/7/2022 | Wendy Cox | REVIEW AND REVISE NOTICE OF SUBSEQUENT FACTUAL DEVELOPMENT FOR GOMOR (0.8); EMAIL TO G. MANNELLA (0.1) | 0.9 | $ 875.00 | $ 787.50 |
| 12/8/2022 | Aaron Siri | REVIEW COURT ENTRIES REGARDING MEETING TODAY (0.1);  CONFERENCE CALL WITH INTERNAL TEAM AND CO-COUNSEL REGARDING CALL WITH THE COURT TODAY (0.5); CALL WITH COURT (0.7); FOLLOW-UP DISCUSSION REGARDING HEARING AND RESEARCH RELATED TO SAME (.5) | 1.8 | $ 975.00 | $ 1,755.00 |
| 12/8/2022 | Dana Stone Smith | ZOOM MEETINGS REGARDING PI HEARING (1.0) | 1 | $ 775.00 | $ 775.00 |
| 12/8/2022 | Elizabeth Brehm | TEAM ZOOM CALL TO PREPARE FOR COURT CONFERENCE (0.5); ATTEND COURT TELEPHONIC CONFERENCE (0.7); TEAM ZOOM AFTER COURT CALL TO DISCUSS PRELIMINARY INJUNCTION HEARING (0.5) | 1.7 | $ 975.00 | $ 1,657.50 |
| 12/8/2022 | Gina Mannella | | 1.2 | $ - | $ - |
| | | TEXTS AND EMAILS WITH W. COX AND D. STONE REGARDING D. STONE CERTIFICATE OF GOOD STANDING (.1); CALL WITH W. COX REGARDING UPLOADING PLAINTIFFS DOCUMENTS TO DROPBOX (.3); CREATE PLAINTIFF FOLDERS IN DROPBOX AND UPLOAD PLAINTIFF DOCUMENTS TO RESPECTIVE FOLDERS (.7); REVIEW EMAIL FROM N. TENNEY CONTAINING JUDGES ORDER (.1) | | | |
| 12/8/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); CALL WITH W. COX (.1) | 0.2 | $ - | $ - |
| 12/8/2022 | Wendy Cox | READ AND RESPOND TO EMAIL FROM JUDGE HENDRIX'S CLERK | 0.2 | $ 875.00 | $ 175.00 |
| 12/8/2022 | Wendy Cox | | 0.2 | $ 875.00 | $ 175.00 |
| | | PHONE CALL WITH T. BRUNS REGARDING SCHEDULING OF POSSIBLE PI HEARING | | | |
| 12/8/2022 | Wendy Cox | | 0.1 | $ 875.00 | $ 87.50 |
| | | PHONE CALL WITH D. MELL REGARDING SCHEDULING FOR POSSIBLE PI HEARING | | | |
| 12/8/2022 | Wendy Cox | PHONE CALL WITH R. SCHELSKE REGARDING SCHEDULING FOR PI HEARING | 0.1 | $ 875.00 | $ 87.50 |
| 12/8/2022 | Wendy Cox | PHONE CALL WITH N. TENNEY ABOUT SCHEDULING PHONE CONFERENCE | 0.1 | $ 875.00 | $ 87.50 |
| 12/8/2022 | Wendy Cox | PHONE CALL WITH G. MANNELLA REGARDING DROPBOX UPDATE FOR CASE | 0.3 | $ - | $ - |
| 12/8/2022 | Wendy Cox | | 1 | $ 875.00 | $ 875.00 |
| | | ZOOM CALL WITH E. BREHM, A. SIRI, C. WIEST, T. BRUNS, AND D. STONE TO PREP FOR JUDGES SCHEDULING CALL AT 3 PM AND THEN AGAIN AFTER THE CALL (1.0) | | | |
| 12/8/2022 | Wendy Cox | CONFERENCE CALL WITH JUDGE HENDRIX, DEFENDANTS ATTORNEY AND PLAINTIFF ATTORNEYS | 0.7 | $ 875.00 | $ 612.50 |
| 12/8/2022 | Wendy Cox | PHONE CALL WITH D. MELL ABOUT HEARING ON DECEMBER 16, 2022 | 0.2 | $ 875.00 | $ 175.00 |
| 12/8/2022 | Wendy Cox | PHONE CALL WITH B. SCHELSKE ABOUT PI HEARING NEXT FRIDAY, DECEMBER 16 2022 | 0.2 | $ 875.00 | $ 175.00 |
| 12/8/2022 | Wendy Cox | PHONE CALL WITH C. WIEST AND POTENTIAL WITNESS FOR PI HEARING ON DECEMBER 16 2022 | 0.8 | $ 875.00 | $ 700.00 |
| 12/8/2022 | Wendy Cox | RESEARCH ON GOVERNMENT WITNESS SUBPOENA ISSUE AND TEXT OF ACT RESCINDING THE MILITARY VACCINE MANDATE | 1.2 | $ 875.00 | $ 1,050.00 |
| 12/9/2022 | Aaron Siri | EDIT DRAFT EMAIL TO DOJ AND DISCUSSIONS RELATED TO SAME | 0.7 | $ 975.00 | $ 682.50 |
| 12/9/2022 | Dana Stone Smith | REVIEW NDAA VACCINE MANDATE LANGUAGE (.2) ZOOM MEETING TO DISCUSS OPPOSING COUNSEL'S EMAIL REQUESTING FURTHER DELAY ON HEARING (.5); PHONE CALL WITH W. COX TO DISCUSS HEARING PREP (.4); REVIEW VARIOUS EMAILS FROM GROUP WITH RESPONSIVE EMAIL DRAFT (.9) REVIEW RESEARCH SUMMARY FROM W. COX ON POST-DISCHARGE PROCEDURES (.4); REVIEW PRELIMINARY INJUNCTION HEARING ORDER (.2); PREP SUBPOENA FOR J. GARWACKI AND SEND TO W. COX FOR REVIEW (.4) | 3 | $ 775.00 | $ 2,325.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/9/2022 | Gina Mannella | EMAILS WITH W. COX REGARDING RESERVATION OF CONFERENCE ROOM FOR HEARING ON DECEMBER 16 (.3); CALLS TO RESIDENCE INN REGARDING CONFERENCE ROOM (.2); CALLS WITH W. COX AND OTHER HOTELS IN THE AREA REGARDING RESERVATION OF CONFERENCE ROOM (1.5); REVIEW OF ECF COURT ORDER REGARDING HEARING (.1); REVIEW CONTRACT FROM HILTON GARDEN INN REGARDING CONFERENCE ROOM (.2);  REVIEW CONTRACT FROM COURTYARD INN REGARDING CONFERENCE ROOM RESERVATION AND SEND SAME TO W. COX (.3) | 2.6 | $ - | $ - |
| 12/9/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.3); CALENDAR (.2); CALL WITH WENDY REGARDING POTENTIAL CALENDARING (.1); REVIEW PLEADINGS (.1) | 0.7 | $ - | $ - |
| 12/9/2022 | Wendy Cox | REVIEW CLIENT FILES IN PREPARATION FOR PI HEARING | 0.9 | $ 875.00 | $ 787.50 |
| 12/9/2022 | Wendy Cox | ZOOM CALL WITH C. WIEST, A. SIRI, T. BRUNS, D. STONE ABOUT DOJ EMAIL TO POSTPONE PI HEARING | 0.5 | $ 875.00 | $ 437.50 |
| 12/9/2022 | Wendy Cox | PHONE CALL WITH G. MANNELLA ABOUT CONFERENCE ROOM RESERVATION FOR PI HEARING PREP | 0.4 | $ - | $ - |
| 12/9/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM TEAM AND PLAINTIFFS (3.1); PHONE CALL WITH C. WIEST AND A. SIRI REGARDING RESPONSE TO DOJ (0.1); CALL WITH T. BRUNS REGARDING JUDGE'S ORDER (0.2) | 3.4 | $ 875.00 | $ 2,975.00 |
| 12/9/2022 | Wendy Cox | ZOOM WITH A. SIRI, C. WIEST, J. SULLIVAN, T. BRUNS REGARDING RESPONSE TO DOJ'S EMAIL TO DELAYING PI HEARING | 0.8 | $ 875.00 | $ 700.00 |
| 12/9/2022 | Wendy Cox | REVIEW AND EDIT PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE | 0.4 | $ 875.00 | $ 350.00 |
| 12/9/2022 | Wendy Cox | DRAFT AND SEND UPDATE EMAIL TO PLAINTIFFS | 0.6 | $ 875.00 | $ 525.00 |
| 12/10/2022 | Gina Mannella | EMAIL TO HILTON GARDEN INN DECLINING CONFERENCE ROOM RESERVATION | 0.1 | $ - | $ - |
| 12/10/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 12/10/2022 | Wendy Cox | READ AND RESPOND TO EMAIL ABOUT PI HEARING PREPARATION. | 0.5 | $ 875.00 | $ 437.50 |
| 12/11/2022 | Aaron Siri | VARIOUS CONFERENCE CALLS WITH INTERNAL AND CO-COUNSEL TO PREPARE FOR HEARING | 2.4 | $ 975.00 | $ 2,340.00 |
| 12/11/2022 | Dana Stone Smith | REVIEW VARIOUS EMAILS FROM W. COX AND C. WIEST REGARDING WITNESS PREPARATION, EXHIBITS, AND SUBPOENAS(1.0); TEAM ZOOM MEETING (1.8) | 2.8 | $ 775.00 | $ 2,170.00 |
| 12/11/2022 | Dana Stone Smith | REVIEW DEFENDANT'S MOTION FOR LEAVE TO COMBINE RESPONSES TO PLAINTIFFS' MOTIONS AND FILE EXCESS PAGES (.3); REVIEW DEFENDANTS' EXHIBITS 6 AND 7 AND EMAIL COMMENTARY FROM A. SIRI (.5); REVIEW MOTION IN LIMINE ORDER (.1); REVIEW EXHIBIT 1 (331 PAGES) (1.7); REVIEW TRANSCRIPTS FROM THE MARINE CORPS PRELIMINARY INJUNCTION AND AIR FORCE TRO HEARINGS (2.5) | 5.1 | $ 775.00 | $ 3,952.50 |
| 12/11/2022 | Dana Stone Smith | REVIEW PLAINTIFFS' MOTION IN LIMINE (.5); REVIEW DEFENDANTS' OPPOSITION TO MOTION IN LIMINE (.6); RESEARCH BACKGROUND INFORMATION FOR JUDGE HENDRIX FOR TEAM AND CIRCULATE (.8) | 1.9 | $ 775.00 | $ 1,472.50 |
| 12/11/2022 | Elizabeth Brehm | ATTEND ZOOM WITH TEAM TO DISCUSS PRELIMINARY HEARING INJUNCTION | 1.8 | $ 975.00 | $ 1,755.00 |
| 12/11/2022 | Gina Mannella | TEAM ZOOM MEETING REGARDING PRELIMINARY INJUNCTION HEARING ON DECEMBER 16 | 1.8 | $ 240.00 | $ 432.00 |
| 12/11/2022 | Gina Mannella | REDACT PERSONALLY IDENTIFIABLE INFORMATION FROM EXHIBITS FOR PRELIMINARY HEARING AND UPLOAD TO DROPBOX | 1.2 | $ - | $ - |
| 12/11/2022 | Wendy Cox | ZOOM CALL WITH D. STONE, A. SIRI, G. MANNELLA, E. BREHM, C. WIEST, T. BRUNS TO PREPARE FOR PI HEARING ON 16 DECEMBER | 1.8 | $ 875.00 | $ 1,575.00 |
| 12/11/2022 | Wendy Cox | WORK ON DEMONSTRATIVE EVIDENCE FOR PI HEARING | 1.6 | $ 875.00 | $ 1,400.00 |
| 12/11/2022 | Wendy Cox | READ, DRAFT AND SEND EMAILS TO ARMY PLAINTIFFS AND THOSE TESTIFYING AT THE PI HEARING | 0.4 | $ 875.00 | $ 350.00 |
| 12/12/2022 | Aaron Siri | CONFERENCE CALL WITH INTERNAL AND CO-COUNSEL REGARDING DEMONSTRATIVES FOR HEARING | 1 | $ 975.00 | $ 975.00 |
| 12/12/2022 | Dana Stone Smith | RESPOND TO J. GARWACKI REGARDING SUBPOENA QUESTIONS (.2); PHONE CALL WITH W. COX TO DISCUSS CHART EDITS (.3); PROOF NUMBERS ON CHARTS (.5); CONDUCT  REVIEW OF RELIGIOUS ACCOMMODATION GRAPHIC CHART AND SEND CORRECTIONS TO W. COX (1.0); REVIEW DOSTER TRANSCRIPTS (2.0); REVIEW DEFICIENCY LETTER DRAFT FROM C. WIEST (.5); REVIEW EXHIBITS FOR PRELIMINARY INJUNCTION HEARING (1.5); ZOOM MEETING TO DISCUSS GRAPHIC EXHIBITS (1.0) FOLLOW-UP ZOOM WITH W. COX AND G. MANNELLA TO DISCUSS EXHIBIT PREPARATION (.5); SEND FOLLOW UP EMAIL TO TEAM WITH UP TO DATE LIST OF WHICH PLAINTIFFS WILL AND WILL NOT ATTEND HEARING (.2); PREVIEW AND EMAIL FINALIZED GRAPHIC CHARTS TO B. LINBERG (.2) | 7.9 | $ 775.00 | $ 6,122.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2022 | Elizabeth Brehm | ATTEND TEAMS MEETING WITH W. COX TO DISCUSS ARMY VACCINATION STATISTICS AND CHARTS TO CREATE (0.3); ATTEND TEAM ZOOM TO REVIEW CHARTS FOR EXHIBITS FOR PRELIMINARY HEARING (0.3); ATTEND SECOND TEAMS MEETING TO DISCUSS FINALIZING EXHIBITS AND CHARTS WITH UNDERLYING DATA (0.3) | 0.9 | $ 975.00 | $ 877.50 |
| 12/12/2022 | Gina Mannella | EMAILS WITH W. COX AND D. STONE REGARDING SERVICE OF SUBPOENA (.4); CALLS WITH COURTROOM DEPUTY TO ARRANGE IT TOUR FOR HEARING (.2); EMAILS WITH W. COX AND C. WIEST REGARDING EXHIBIT BINDERS (.1); ASSEMBLY OF EXHIBIT BINDERS (4.6); ZOOM MEETING WITH ATTORNEYS REGARDING HEARING (1.0); CALL AND TEXTS WITH W. COX AND D. STONE REGARDING EXHIBIT 9 CHARTS AND PLAINTIFFS ATTENDANCE AT HEARING (.5); REVISE RULE 1001 EXHIBIT AND SEND TO C. WIEST FOR REVIEW (1.0) | 7.8 | $ 240.00 | $ 1,872.00 |
| 12/12/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $    - | $    - |
| 12/12/2022 | Wendy Cox | WORK ON GRAPH CHARTS AND ENTER DATA FOR CHARTS FOR PI HEARING | 4.5 | $ 875.00 | $ 3,937.50 |
| 12/12/2022 | Wendy Cox | ATTEND ZOOM WITH A. SIRI, E. BREHM, T. BRUN, D. STONE, C. WIEST REGARDING CHARTS FOR HEARING | 1.1 | $ 875.00 | $ 962.50 |
| 12/12/2022 | Wendy Cox | ZOOM WITH D. STONE AND G. MANNELLA TO DISCUSS FINALIZING DISCOVERY CHARTS AND EXCEL SPREADSHEET | 0.5 | $ 875.00 | $ 437.50 |
| 12/12/2022 | Wendy Cox | FINALIZE EXHIBITS 8 AND 9 | 1.1 | $ 875.00 | $ 962.50 |
| 12/12/2022 | Wendy Cox | ZOOM CALL WITH 18 PLAINTIFFS | 1 | $ 875.00 | $ 875.00 |
| 12/12/2022 | Wendy Cox | PHONE CALL WITH C. WIEST ABOUT WITNESSES | 0.1 | $ 875.00 | $ 87.50 |
| 12/12/2022 | Wendy Cox | PHONE CALLS TO PLAINTIFFS REGARDING THEIR AVAILABILITY FOR THE PI HEARING | 0.7 | $ 875.00 | $ 612.50 |
| 12/13/2022 | Aaron Siri | CONFERENCE CALL WITH INTERNAL AND CO-COUNSEL REGARDING RESPONDING TO OPPOSING COUNSEL REQUEST AND TO REVIEW DEMONSTRATIVE AND OTHER HEARING CONSIDERATIONS | 1.2 | $ 975.00 | $ 1,170.00 |
| 12/13/2022 | Dana Stone Smith | REVIEW UPDATED CHARTS FROM B. LINBERG AND CIRCULATE TO GROUP (.3); ZOOM MEETING TO EDIT RESPONSIVE EMAIL TO OPPOSING COUNSEL (1.2) | 1.5 | $ 775.00 | $ 1,162.50 |
| 12/13/2022 | Elizabeth Brehm | ATTEND TEAM ZOOM TO FINALIZE EXHIBITS AND DISCUSS WITNESS PREPARATION FOR PRELIMINARY INJUNCTION HEARING (0.2); REVIEW AND RESPOND TO TEAM EMAILS CONCERNING WITNESSES AND LENGTHS OF BRIEFS FOLLOWING DOJ'S REQUEST FOR EXTENSION (0.3) | 0.5 | $ 975.00 | $ 487.50 |
| 12/13/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2) | 0.2 | $    - | $    - |
| 12/13/2022 | Wendy Cox | ZOOM WITH A. SIRI, E. BREHM, D. STONE, C. WIEST, T. BRUNS TO DISCUSS CHARTS | 0.2 | $ 875.00 | $ 175.00 |
| 12/13/2022 | Wendy Cox | PHONE CALL WITH S. GALLOWAY ABOUT POSSIBLE ATTENDANCE AT THE HEARING | 0.3 | $ 875.00 | $ 262.50 |
| 12/13/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM TEAM | 1.8 | $ 875.00 | $ 1,575.00 |
| 12/13/2022 | Wendy Cox | ZOOM CALL WITH A. SIRI, E. BREHM, T. BRUNS, G. MANNELLA, AND C. WIEST REGARDING CHARTS AND SUBPOENA ISSUE | 1 | $ 875.00 | $ 875.00 |
| 12/13/2022 | Wendy Cox | PHONE CALL WITH Z. BUFKIN REGARDING APPEARANCE AT THE PI HEARING AND TRAVEL ARRANGEMENTS | 0.3 | $ 875.00 | $ 262.50 |
| 12/13/2022 | Wendy Cox | PHONE CALLS WITH WITNESS | 0.7 | $ 875.00 | $ 612.50 |
| 12/13/2022 | Wendy Cox | RESEARCH ON SUBPOENA ISSUE (0.9); EMAILS TO CO-COUNSEL ON SUBPOENA ISSUE (0.3); PHONE CALL WITH T. BRUNS REGARDING SUBPOENA ISSUE (0.4); DRAFT AND SEND EMAIL TO DOJ REGARDING WITNESS LIST (0.3) | 1.9 | $ 875.00 | $ 1,662.50 |
| 12/13/2022 | Wendy Cox | DRAFT AND SEND EMAIL TO CO-COUNSEL REGARDING WITNESSES FOR DOJ | 0.2 | $ 875.00 | $ 175.00 |
| 12/13/2022 | Wendy Cox | PHONE CALLS WITH G. MANNELLA REGARDING DISCOVERY AND PLAINTIFF TRAVEL | 0.3 | $ 875.00 | $ 262.50 |
| 12/13/2022 | Wendy Cox | PREPARE FOR PI INJUNCTION HEARING | 0.3 | $ 875.00 | $ 262.50 |
| 12/13/2022 | Wendy Cox | PHONE CALL WITH POTENTIAL WITNESS FOR PI HEARING | 0.2 | $ 875.00 | $ 175.00 |
| 12/14/2022 | Aaron Siri | CALLS, DISCUSSIONS, AND EMAILS TO ADDRESS VARIOUS ISSUES RELATED TO UPCOMING HEARING INCLUDING MOTION IN LIMINE, PREPARING WITNESSES, AND RELATED MATTERS | 3.4 | $ 975.00 | $ 3,315.00 |
| 12/14/2022 | Elizabeth Brehm | CALL WITH A. SIRI AND C. WIEST ABOUT MOTION TO FILE WITH COURT CONCERNING EXHIBITS (0.3); REVIEW AND EDIT MOTION TO COURT CONCERNING EXHIBITS (0.4); CALL WITH A. SIRI TO DISCUSS PREPARATION FOR HEARING AND WITNESSES (0.4) | 1.1 | $ 975.00 | $ 1,072.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2022 | Gina Mannella | REVISE D. STONE PRO HAC VICE APPLICATION FOR FILING AND DRAFT PROPOSED ORDER (.2); CALL TO CLERK REGARDING PROCEEDING WITHOUT LOCAL COUNSEL (.1); FILE D. STONE PRO HAC VICE MOTION (.3); ARRANGE FLIGHT FOR H. BAKICH (.6); ARRANGE HOTEL RESERVATION FOR H. BAKICH (.3); CALL WITH W. COX REGARDING TRAVEL ARRANGEMENTS (.4); RESEARCH FLIGHTS FOR Z. BUFKIN (.6); EMAILS AND CALLS TO Z. BUFKIN REGARDING FLIGHT RESERVATIONS (.4); CALL WITH P. TESTA REGARDING FLIGHT RESERVATION (.1); ARRANGE FLIGHT AND HOTEL RESERVATIONS FOR P. TESTA (.9); EMAILS TO H. BAKICH REGARDING FLIGHT CONFIRMATION EMAIL (.1); CALL AMERICAN AIRLINES TO CORRECT H. BAKICH NAME ON FLIGHT (.3); SCAN AND SEND FLIGHT ITINERARY TO H. BAKICH (.1); ENTER OPPOSING COUNSEL CONTACT INFORMATION TO CLIO (.1) | 4.5 | $     - | $     - |
| 12/14/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.5); CALL WITH W. COX (.2) | 0.7 | $     - | $     - |
| 12/14/2022 | Wendy Cox | RESEARCH ON SUBPOENA ISSUE FOR GOVERNMENT WITNESS | 1.1 | $ 875.00 | $ 962.50 |
| 12/14/2022 | Wendy Cox | PHONE CALL WITH POTENTIAL WITNESS FOR PI HEARING | 0.4 | $ 875.00 | $ 350.00 |
| 12/14/2022 | Wendy Cox | PHONE CALLS WITH A. SIRI AND C. WIEST ABOUT CASE AND PI HEARING WITNESSES | 0.5 | $ 875.00 | $ 437.50 |
| 12/14/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.8 | $ 875.00 | $ 700.00 |
| 12/14/2022 | Wendy Cox | PHONE CALLS EMAILS WITH C. WIEST REGARDING MOTION IN LIMINE | 0.4 | $ 875.00 | $ 350.00 |
| 12/14/2022 | Wendy Cox | REVIEW EMAILS AND MOTION IN LIMINE | 0.2 | $ 875.00 | $ 175.00 |
| 12/14/2022 | Wendy Cox | PREPARE DOCUMENTS FOR PI HEARING | 1 | $ 875.00 | $ 875.00 |
| 12/14/2022 | Wendy Cox | REVIEW PI HEARING EXHIBITS FOR J. COSTROFF AND DRAFT OUTLINE | 1.4 | $ 875.00 | $ 1,225.00 |
| 12/14/2022 | Wendy Cox | REVIEW TRANSCRIPTS FROM PREVIOUS CASES TO PREPARE FOR PI HEARING | 1.2 | $ 875.00 | $ 1,050.00 |
| 12/15/2022 | Aaron Siri | TRAVEL TO LUBBOCK, TX AND REVIEW DECLARATIONS AND OUTLINE NOTES AND CONTINUE TO PREPARE FOR HEARING DURING SAME INCLUDING MEETING WITH CO-COUNSEL IN LUBBOCK TO CONTINUE TO PREPARE | 4.6 | $ 975.00 | $ 4,485.00 |
| 12/15/2022 | Gina Mannella | BOOK FLIGHT FOR Z. BUFKIN AND MAKE HOTEL RESERVATION (.6); CALL COURTYARD TO ALERT THEM REGARDING LATE CHECK INS FOR H. BAKICH P. TESTA AND Z. BUFKIN (.1); REVIEW DEFENDANTS ECF FILINGS (.6); SEND FLIGHT AND HOTEL ITINERARIES TO Z. BUFKIN (.1) | 1.4 | $     - | $     - |
| 12/15/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.4); REVIEW PLEADING (.1); PREPARE EXHIBITS AND EMAIL SAME WITH ORDER TO A. SIRI AND E. BREHM (.4) | 0.9 | $     - | $     - |
| 12/15/2022 | Wendy Cox | PREPARE FOR PI HEARING AND PREPARE WITNESSES | 14 | $ 875.00 | $ 12,250.00 |
| 12/16/2022 | Aaron Siri | PRE-HEARING DISCUSSIONS WITH CLIENTS AND CO-COUNSEL AND TRAVEL TO HEARING (1.2); ATTEND HEARING AND OUTLINE REBUTTAL POINTS AND PERFORM VARIOUS RELATED TASKS DURING SAME AND RETURN TRAVEL FROM SAME TO AUSTIN, TX (7.6) | 8.8 | $ 975.00 | $ 8,580.00 |
| 12/16/2022 | Wendy Cox | PI HEARING (6.0); PREP FOR PI HEARING (0.5); TRAVEL FROM PI HEARING (7.0) | 13.5 | $ 875.00 | $ 11,812.50 |
| 12/19/2022 | Dana Stone Smith | REVIEW DEFENDANTS' MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION AND CLASS PRELIMINARY INJUNCTION (1.0); DRAFT MOTION FOR EXPEDITED DISCOVERY AND MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MEMORANDUM (4.2); PHONE CALL WITH W. COX TO DISCUSS HEARING AND MOTIONS (.2); REVIEW DEFENDANTS' APPENDIX TO MEMORANDUM IN OPPOSITION TO CLASS MOTION (.9); REVIEW PROPOSED REVISIONS TO DISCOVERY MOTION FROM TEAM (.7); REVIEW ARMY FC HEARING FOOTAGE FOR TIMESTAMP PIN CITE (.5); DRAFT PROPOSED ORDER AND CIRCULATE TO GROUP (.4) | 7.9 | $ 775.00 | $ 6,122.50 |
| 12/19/2022 | Gina Mannella | EMAILS TO J. COSTROFF AND B. SCHELSKE REGARDING EXPENSE REIMBURSEMENT FOR TRAVEL TO PRELIMINARY HEARING (.2); REVIEW EMAILS AND RECEIPTS FROM J. COSTROFF AND B. SCHELSKE AND SEND TO K. HERTZ (.3); EMAIL TO J. COSTROFF AND R. SCHELSKE TO CONFIRM MAILING ADDRESS (.1); CALL WITH W. COX REGARDING DISCOVERY MOTION AND TRANSCRIPT (.3); CALL TO COURT REPORTER REGARDING TRANSCRIPT OF PRELIMINARY HEARING (.1); REVIEW LOCAL RULES FOR DISCOVERY MOTION FOR W. COX AND D. STONE (.2); TEXTS AND EMAILS WITH W. COX AND D. STONE REGARDING DISCOVERY MOTION AND NOTICE OF DEPOSITION (.6); EMAILS WITH J. COSTROFF REGARDING SCHEDULING ZOOM MEETING WITH A. SIRI (.3); UPLOAD DOCUMENTS FROM D. MELL TO CLIO AND DROPBOX FOLDERS (.2) | 2.3 | $     - | $     - |
| 12/19/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2) | 0.2 | $     - | $     - |
| 12/19/2022 | Wendy Cox | PHONE CALL WITH D. STONE REGARDING REQUEST FOR EXPEDITED DISCOVERY | 0.4 | $ 875.00 | $ 350.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2022 | Wendy Cox | REVIEW PLAINTIFFS' MOTION FOR EXPEDITED CLASS DISCOVERY | 1.6 | $ 875.00 | $ 1,400.00 |
| 12/19/2022 | Wendy Cox | PHONE CALL WITH Z. BUFKIN CONCERNING ██████████ | 0.3 | $ 875.00 | $ 262.50 |
| 12/19/2022 | Wendy Cox | REVIEW MOTION FOR EXTENSION | 0.4 | $ 875.00 | $ 350.00 |
| 12/19/2022 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.4 | $ 875.00 | $ 350.00 |
| 12/19/2022 | Wendy Cox | REVIEW PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | 1 | $ 875.00 | $ 875.00 |
| 12/19/2022 | Wendy Cox | PHONE CALL WITH G. MANNELLA TO DISCUSS FILING ISSUES | 0.3 | $ 875.00 | $ 262.50 |
| 12/20/2022 | Elizabeth Brehm | REVIEW EMAIL AND DECLARATION FROM ARMY CHAPLAIN FROM OTHER CASE AND DISCUSS WITH A. SIRI | 0.2 | $ 975.00 | $ 195.00 |
| 12/21/2022 | Aaron Siri | READ AND DISCUSS JUDGE'S DECISION ON THE PRELIMINARY INJUNCTION (0.5); REVIEW CLASS CERTIFICATION DISCOVERY REQUESTS (0.3); ATTEND TEAMS MEETING TO DISCUSS POTENTIAL CLASS DISCOVERY (1.2); REVIEW VARIOUS PAPERS IN THE ACTION, INCLUDING CLASS BRIEFINGS, TRANSCRIPT, EXHIBITS AND DECISION AND CONSIDER ISSUE OF POTENTIAL EXPEDITED DISCOVERY (2.6) | 4.6 | $ 975.00 | $ 4,485.00 |
| 12/21/2022 | Dana Stone Smith | REVIEW EMAIL TO J. WIEST REGARDING DISCOVERY MOTION (.4); REVIEW VARIOUS EMAILS FROM POTENTIAL ARMY CLASS MEMBERS (.5); REVIEW CLASS DISCOVERY REQUEST EDITS FROM W. COX AND RESPONSIVE COMMENTS FROM C. WIEST (.5); CONFERENCE CALL WITH OPPOSING COUNSEL AND FOLLOW UP CALL WITH A. SIRI AND T. BRUNS (.7); REVIEW PRELIMINARY INJUNCTION DECISION AND ORDER (1.2); TEAMS MEETING TO DISCUSS CLASS DISCOVERY ISSUE AND REPLY BRIEF (1.1) | 4.4 | $ 775.00 | $ 3,410.00 |
| 12/21/2022 | Elizabeth Brehm | READ AND DISCUSS JUDGE'S DECISION ON THE PRELIMINARY INJUNCTION (0.5); REVIEW CLASS CERTIFICATION DISCOVERY REQUESTS (0.3); ATTEND TEAMS MEETING TO DISCUSS POTENTIAL CLASS DISCOVERY (1.2); REVIEW D. STONE SUMMARY OF CALL WITH DOJ TO DISCUSS DISCOVERY (0.1); COORDINATE PAYMENT FOR TRANSCRIPT FROM PRELIMINARY INJUNCTION HEARING (0.2) | 2.3 | $ 975.00 | $ 2,242.50 |
| 12/21/2022 | Gina Mannella | EMAILS WITH TEAM REGARDING SCHEDULING STRATEGY MEETING (.4); ATTEND TEAM STRATEGY MEETING (1.2); CALLS AND EMAILS TO JUDGE HENDRIX COURT REPORTER (.3); EMAIL TRANSCRIPT TO TEAM (.1); CALL WITH N. TENNEY REGARDING PRELIMINARY HEARING EXHIBITS FOR A. SIRI (.1);  EMAILS WITH W. COX REGARDING SUBJECT MATTER OF STRATEGY MEETING (.3) | 2.4 | $ 240.00 | $ 576.00 |
| 12/21/2022 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.3); CALL AND EMAILS WITH A. SIRI AND G. MANNELLA (.1) | 0.4 | $  - | $  - |
| 12/21/2022 | Wendy Cox | REVIEW PRELIMINARY INJUNCTION DECISION (1.2); DRAFT EMAIL AND SEND TO ARMY PLAINTIFFS (0.2) | 1.4 | $ 875.00 | $ 1,225.00 |
| 12/22/2022 | Aaron Siri | PREPARE FOR CONFERENCE CALL WITH INTERNAL AND CO-COUNSEL REGARDING CLASS BRIEFING (1.2); CALL WITH INTERNAL AND CO-COUNSEL REGARDING CLASS BRIEFING AND FOLLOW UP RESEARCH REGARDING SAME (1); OUTLINE INSERTS FOR THE REPLY BRIEFS (1.3) | 3.5 | $ 975.00 | $ 3,412.50 |
| 12/22/2022 | Dana Stone Smith | ZOOM MEETING TO DISCUSS REPLY BRIEF AND CLASS DISCOVERY (.5); INITIAL DRAFT OF PRELIMINARY INJUNCTION HEARING TRANSCRIPT SUMMARY (6.5) | 7 | $ 775.00 | $ 5,425.00 |
| 12/22/2022 | Elizabeth Brehm | ATTEND ZOOM MEETING TO DISCUSS CLASS DISCOVERY ISSUE AND REPLY FOR CLASS CERTIFICATION (0.7); REVIEW EMAILS FROM DOJ AND TEAM CONCERNING DISCOVERY FOR CLASS CERTIFICATION, DISCUSS WITH A. SIRI (0.2) | 0.9 | $ 975.00 | $ 877.50 |
| 12/22/2022 | Gina Mannella | TEAM ZOOM MEETING (.5); REVIEW SUMMARY OF MEETING WITH DEFENSE COUNSEL (.1); REVIEW JUDGE HENDRIX ORDER (.1) | 0.7 | $ 240.00 | $ 168.00 |
| 12/22/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); CALENDAR (.1) | 0.2 | $  - | $  - |
| 12/23/2022 | Gina Mannella | CREATE CONTACT FOR OPPOSING COUNSEL Z. AVALLONE AND LINK TO MATTER | 0.1 | $  - | $  - |
| 12/25/2022 | Aaron Siri | TURN DRAFT OF REPLY BRIEF AND RESEARCH VARIOUS FACTUAL AND LEGAL POINTS IN SAME | 4.2 | $ 975.00 | $ 4,095.00 |
| 12/26/2022 | Wendy Cox | REVIEW AND COMMENT ON REPLY FOR CLASS CERTIFICATION AND INJUNCTION | 3 | $ 875.00 | $ 2,625.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/2022 | Dana Stone Smith | REVIEW AND REVISE REPLY BRIEF AND CIRCULATE TO GROUP (2.3); REVIEW VARIOUS EMAILS FROM TEAM SUGGESTING EDITS TO REPLY BRIEF (.3); RESEARCH CASE LAW TO SUPPORT ADVERSE INFERENCE RULE (1.0); RESPOND TO VARIOUS EMAILS FROM E. BREHM REGARDING REPLY BRIEF REVISIONS (1.1); REVIEW EMAIL EXHIBITS SENT BY A. SIRI (.5) SEND FINAL DRAFT TO G. MANNELLA FOR TABLE ADDITION (.1) | 5.3 | $ 775.00 | $ 4,107.50 |
| 12/27/2022 | Elizabeth Brehm | REVIEW AND EDIT REPLY BRIEF FOR CLASS CERTIFICATION AND CLASSWIDE PRELIMINARY INJUNCTION | 2.2 | $ 975.00 | $ 2,145.00 |
| 12/27/2022 | Gina Mannella | EMAILS WITH D. STONE AND N. TENNEY REGARDING REPLY BRIEF | 0.1 | $ - | $ - |
| 12/27/2022 | Gina Mannella | PROOFREAD AND ADD HEADINGS AND MARK CITATIONS IN REPLY BRIEF (3.3); CALL WITH W. COX REGARDING NEW VERSION OF REPLY (.3) | 3.6 | $ 240.00 | $ 864.00 |
| 12/27/2022 | Wendy Cox | REVIEW CASE LAW AND EMAIL ADDITIONAL QUOTES FOR CLASS PI AND CERTIFICATION REPLY BRIEF | 0.8 | $ 875.00 | $ 700.00 |
| 12/27/2022 | Wendy Cox | PHONE CALL WITH G. MANNELLA AND REVIEW FINAL REPLY DRAFT | 0.3 | $ 875.00 | $ 262.50 |
| 12/28/2022 | Aaron Siri | REVIEW COMPARE CHANGES BETWEEN LAST DRAFT I CIRCULATED AND ONE SENT BY C. WIEST AND ALSO REVIEW COMPARE BETWEEN LAST C. WIEST DRAFT AND ALL EDITS THEREAFTER AND CALLS WITH E. BREHM TO FINALIZE PAPERS FOR FILING | 2.4 | $ 975.00 | $ 2,340.00 |
| 12/28/2022 | Dana Stone Smith | EMAIL G. MANNELLA TO INQUIRE ABOUT STATUS OF TABLES IN REPLY BRIEF AND SEND LATEST VERSIONS WITH INSTRUCTIONS TO RECONCILE (.3); RESPOND TO EMAILS FROM E. BREHM REGARDING EXHIBITS (.2) REVIEW J. SULLIVAN REVISIONS TO DRAFT (.8); REVIEW DOD PUBLIC AFFAIRS GUIDANCE SENT BY W. COX (.9) | 2.2 | $ - | $ - |
| 12/28/2022 | Elizabeth Brehm | EMAILS WITH TEAM TO DISCUSS CURRENT REPLY BRIEF (0.2); REVIEW REPLY BRIEF (0.5); READ PRELIMINARY HEARING TRANSCRIPT (1.4); EMAIL TEAM TO PREPARE EXHIBIT FOR REPLY BRIEF (0.1); REVIEW AND EDIT PROPOSED FINAL VERSION OF BRIEF AND EXHIBIT, WORK WITH TEAM TO FINALIZE AND COORDINATE FILING (1.4) | 3.6 | $ 975.00 | $ 3,510.00 |
| 12/28/2022 | Gina Mannella | PROOFREAD REPLY BRIEF AND MARK HEADINGS AND CITATIONS FOR TABLE OF CONTENTS AND TABLE OF AUTHORITIES AND MAKE NECESSARY REVISIONS ON TABLES | 5.2 | $ 240.00 | $ 1,248.00 |
| 12/28/2022 | Gina Mannella | CALL WITH N. TENNEY REGARDING PROOFING OF BRIEF (.2); CALL WITH W. COX REGARDING REPLY BRIEF (.3); PREPARE EXHIBIT TO REPLY BRIEF AND SEND TO W. COX AND E. BREHM FOR REVIEW (.2); EMAILS WITH W. COX REGARDING CITATIONS IN BRIEF (.2); REVISE EXHIBIT AND SEND TO W. COX AND E. BREHM FOR REVIEW (.3); TEXTS AND EMAILS WITH N. TENNEY W. COX AND E. BREHM REGARDING REVISIONS TO REPLY BRIEF AND FINALIZING DOCUMENT FOR FILING (1.3) | 2.5 | $ 240.00 | $ 600.00 |
| 12/28/2022 | Nicky Tenney | PROOF AND CITE CHECK PLEADING (5.0); EMAILS WITH W. COX, E. BREHM AND G. MANNELLA REGARDING SAME (.2); ECF FILING, DOWNLOAD, SAVE AND CIRCULATE (.3) | 5.5 | $ - | $ - |
| 12/28/2022 | Wendy Cox | FINALIZE REPLY ADDING J. SULLIVAN S CHANGES TO THE FINAL REPLY FROM C. WIEST | 2.5 | $ 875.00 | $ 2,187.50 |
| 12/28/2022 | Wendy Cox | REVIEW INFORMATION FOR CASE ON DOD PUBLIC AFFAIRS GUIDANCE POST COVID-19 VACCINATION MANDATE | 0.8 | $ 875.00 | $ 700.00 |
| 12/28/2022 | Wendy Cox | PHONE CALL WITH G. MANNELLA ABOUT REPLY BRIEF QUESTIONS ON CITATIONS | 0.3 | $ - | $ - |
| 12/28/2022 | Wendy Cox | PHONE CALL AND EMAILS WITH N. TENNEY AND E. BREHM REGARDING CITATIONS TO TRANSCRIPT AND OTHER REPLY CITATION ISSUES | 1.1 | $ - | $ - |
| 12/28/2022 | Wendy Cox | FINAL REVIEW AND FILING OF REPLY TO CLASS CERTIFICATION/PI OPPOSITION | 0.7 | $ 875.00 | $ 612.50 |
| 12/29/2022 | Aaron Siri | REVIEW NOTICE FILED BY ARMY AND COMMUNICATIONS WITH INTERNAL TEAM AND CO-COUNSEL REGARDING SAME | 1 | $ 975.00 | $ 975.00 |
| 12/29/2022 | Dana Stone Smith | REVIEW FINAL FILED VERSION OF REPLY BRIEF (.8); ZOOM MEETING WITH W. COX TO DISCUSS SUPPLEMENTAL FILING (.5) | 1.3 | $ 775.00 | $ 1,007.50 |
| 12/29/2022 | Gina Mannella | CALL TO SERVICEMEMBER C. CARTER FOLLOWING VOICEMAIL MESSAGE (.2); EMAILS WITH SERVICEMEMBER K. BULLOCK REGARDING LITIGATION (.3); REVIEW DEFENDANTS NOTICE TO COURT AND EMAILS FROM TEAM REGARDING SAME (.3) | 0.8 | $ 240.00 | $ 192.00 |
| 12/29/2022 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); REVIEW PLEADING (.1); CREATE SIRI LINK AND EMAIL TO A. SIRI (.1) | 0.3 | $ - | $ - |
| 12/29/2022 | Wendy Cox | DRAFT SUPPLEMENTAL FILING | 2.5 | $ 875.00 | $ 2,187.50 |
| 12/29/2022 | Wendy Cox | RESEARCH ON EXTENSION ISSUE FOR J. COSTROFF | 1.5 | $ 875.00 | $ 1,312.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/29/2022 | Wendy Cox | TEAMS MEETING WITH D. STONE TO DISCUSS CASE ISSUES AND DEFENDANTS ECF FILING | 1 | $ 875.00 | $ 875.00 |
| 12/29/2022 | Wendy Cox | DRAFT EMAIL WITH QUESTIONS TO EMAIL TO DOJ CONCERNING CONTINUED ADVERSE ACTIONS | 0.5 | $ 875.00 | $ 437.50 |
| 12/30/2022 | Dana Stone Smith | | 1.5 | $ 775.00 | $ 1,162.50 |
| | | REVIEW EMAILS FROM C. WIEST, A. SIRI, AND W. COX REGARDING DEFENDANTS' NOTICE OF SEPARATION PAUSE (.3); REVIEW PROPOSED SUPPLEMENTAL FILING DRAFT FROM W. COX (.4); REVIEW DEFENDANT'S NOTICE OF SEPARATION PAUSE (.3); REVIEW PROPOSED EMAIL TO OPPOSING COUNSEL FROM W. COX AND RESPOND TO GROUP WITH SUGGESTED REVISIONS (.5) | | | |
| 12/30/2022 | Wendy Cox | FINALIZE DRAFT EMAIL TO DOJ | 0.3 | $ 875.00 | $ 262.50 |
| 1/1/2023 | Wendy Cox | READ, REVIEW, AND MODIFY EMAIL TO DOJ BETWEEN C. WIEST, E. BREHM, T. BRUNS, AND A. SIRI | 1.6 | $ 875.00 | $ 1,400.00 |
| 1/2/2023 | Aaron Siri | ZOOM CALL REGARDING FOLLOW-UP WITH DOJ | 0.5 | $ 975.00 | $ 487.50 |
| 1/2/2023 | Dana Stone Smith | TEAM ZOOM MEETING TO DISCUSS EMAIL TO DOJ | 0.5 | $ 775.00 | $ 387.50 |
| 1/2/2023 | Wendy Cox | ZOOM WITH D. STONE, C. WIEST, A. SIRI ABOUT EMAIL TO DOJ (0.5); FINAL REVIEW OF EMAIL TO DOJ (1.0) | 1.5 | $ 875.00 | $ 1,312.50 |
| 1/3/2023 | Dana Stone Smith | REVIEW EMAIL TO OPPOSING COUNSEL AND ATTACHMENTS (1.1); PHONE CALL WITH W. COX TO DISCUSS POTENTIAL DAMAGES CLAIMS (.3) | 1.4 | $ 775.00 | $ 1,085.00 |
| 1/3/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.9 | $ 875.00 | $ 787.50 |
| 1/3/2023 | Wendy Cox | REVIEW DISCOVERY PRODUCTION 4 | 2.6 | $ 875.00 | $ 2,275.00 |
| 1/4/2023 | Aaron Siri | ATTEND ZOOM MEETING WITH TEAM TO DISCUSS EMAIL SENT, CLASS RELIEF NEEDED, JOINT STATUS REPORT (0.8) | 0.8 | $ 975.00 | $ 780.00 |
| 1/4/2023 | Dana Stone Smith | REVIEW INTAKE TEMPLATE AND QUESTIONS FOR RFRA CASES SENT BY W. COX (.3) EMAIL SUGGESTED REVISIONS (.3); REVIEW FLIERS SENT BY W. COX (.1) RESEARCH RFRA DAMAGES CLAIMS (1.2); TEAM ZOOM MEETING (.9) | 2.8 | $ 775.00 | $ 2,170.00 |
| 1/4/2023 | Elizabeth Brehm | ATTEND ZOOM MEETING WITH TEAM TO DISCUSS EMAIL SENT, CLASS RELIEF NEEDED, JOINT STATUS REPORT (0.8) | 0.8 | $ 975.00 | $ 780.00 |
| 1/4/2023 | Gina Mannella | ATTEND TEAM ZOOM MEETING (.3) | 0.3 | $ 240.00 | $ 72.00 |
| 1/4/2023 | Wendy Cox | SET UP ZOOM MEETING FOR 2023 AND SEND CALENDAR INVITES TO A. SIRI, E. BREHM, D. STONE, C. WIEST, T. BRUNS, AND G. MANNELLA | 0.3 | $ - | $ - |
| 1/4/2023 | Wendy Cox | RESEARCH MOOTNESS ISSUE | 0.4 | $ 875.00 | $ 350.00 |
| 1/4/2023 | Wendy Cox | ZOOM CALL WITH A. SIRI, E. BREHM, C. WIEST, T. BRUNS, D. STONE, AND G. MANNELLA | 0.8 | $ 875.00 | $ 700.00 |
| 1/4/2023 | Wendy Cox | READ AND RESPOND TO EMAIL | 0.1 | $ 875.00 | $ 87.50 |
| 1/5/2023 | Wendy Cox | DISCOVERY ORGANIZATION (3.5); PHONE CALL WITH D. STONE ABOUT DISCOVERY ORGANIZATION (0.8) | 4.3 | $ 875.00 | $ 3,762.50 |
| 1/6/2023 | Aaron Siri | DISCUSSIONS AND COMMUNICATIONS REGARDING DOJ REQUEST TO STAY DISCOVERY | 0.4 | $ 975.00 | $ 390.00 |
| 1/6/2023 | Dana Stone Smith | TEAM ZOOM MEETING TO DISCUSS RESPONSE AND STATUS REPORT (.6) | 0.6 | $ 775.00 | $ 465.00 |
| 1/6/2023 | Elizabeth Brehm | | 1 | $ 975.00 | $ 975.00 |
| | | REVIEW EMAIL EXCHANGES AND REVISE PROPOSED EMAIL RESPONSE TO ARMY CONCERNING JOINT STATUS REPORT DUE TO COURT (0.2); ATTEND CALL WITH DOJ (0.4); ATTEND ZOOM WITH C. WIEST AND TEAM TO DISCUSS DOJ CALL (0.4) | | | |
| 1/6/2023 | Gina Mannella | ZOOM TEAM MEETING REGARDING FILING OF JOINT STATUS REPORT RESPONSE TO DEFENDANTS NOTICE TO THE COURT (.5) | 0.5 | $ 240.00 | $ 120.00 |
| 1/6/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 1/6/2023 | Wendy Cox | REVIEW PLAINTIFFS' RESPONSE TO DEFENDANTS NOTICE | 0.7 | $ 875.00 | $ 612.50 |
| 1/6/2023 | Wendy Cox | ZOOM CALL WITH C. WIEST, D. STONE, T. BRUNS, G. MANNELLA TO DISCUSS RESPONSE TO DOJ | 0.5 | $ 875.00 | $ 437.50 |
| 1/9/2023 | Aaron Siri | REVIEW AND EDIT PLAINTIFFS' SECTION OF JOINT STATUS REPORT (0.2); REVIEW DEFENDANTS' SECTION OF JOINT STATUS REPORT (0.2) | 0.4 | $ 975.00 | $ 390.00 |
| 1/9/2023 | Dana Stone Smith | REVIEW EMAIL FROM C. WIEST TO K. BERMAN REGARDING FRAGO 35 (.1); REVIEW EMAIL FROM W. COX REGARDING WESTPOINT WINTER RECEPTION (.1); REVIEW AND RESPOND TO VARIOUS EMAILS FROM W. COX REGARDING DISCOVERY REQUESTS FOR MILITARY EXEMPTION AUDIT (.3); REVIEW PROPOSED STATUS REPORT SENT BY C. WIEST (.3); REVIEW VARIOUS EMAILS BETWEEN J. WALKER AND C. WIEST REGARDING DEFENDANTS' POSITION (.2) | 1 | $ 775.00 | $ 775.00 |
| 1/9/2023 | Elizabeth Brehm | REVIEW AND EDIT PLAINTIFFS' SECTION OF JOINT STATUS REPORT (0.2); REVIEW DEFENDANTS' SECTION OF JOINT STATUS REPORT (0.2) | 0.4 | $ 975.00 | $ 390.00 |
| 1/9/2023 | Gina Mannella | EMAILS WITH N. TENNEY AND W. COX REGARDING FILING OF STATUS REPORT (.1); REVIEW DRAFT OF STATUS REPORT (.1) | 0.2 | $ - | $ - |
| 1/9/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); REVIEW REPORT (.1) | 0.2 | $ - | $ - |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/9/2023 | Wendy Cox | REVIEW PLAINTIFF'S STATUS REPORT | 0.5 | $ 875.00 | $ 437.50 |
| 1/9/2023 | Wendy Cox | PHONE CALL WITH C. WIEST (0.2); DRAFT AND SEND EMAIL TO DOJ WITH NEAR FINAL RESPONSE TO THE COURT (0.1) | 0.3 | $ 875.00 | $ 262.50 |
| 1/9/2023 | Wendy Cox | PHONE CALL WITH C. WIEST REGARDING JOINT RESPONSE FILING | 0.2 | $ 875.00 | $ 175.00 |
| 1/10/2023 | Dana Stone Smith | REVIEW TEAM EDITS AND FINAL FILED VERSION OF JOINT STATUS REPORT (.6); REVIEW ADDITIONAL EMAIL FROM J. WALKER (.1); REVIEW REVISIONS TO FOURTH REQUEST FOR PRODUCTION BY W. COX (.2); REVIEW ROOT AND BRANCH RELIEF DOCUMENT SENT BY W. COX (.3); PHONE CALL WITH W. COX TO DISCUSS CASE STATUS (.2) | 1.4 | $ 775.00 | $ 1,085.00 |
| 1/10/2023 | Gina Mannella | REVIEW FILED STATUS REPORT | 0.1 | $ 240.00 | $ 24.00 |
| 1/10/2023 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT CASE STATUS ISSUES | 0.3 | $ 875.00 | $ 262.50 |
| 1/11/2023 | Dana Stone Smith | REVIEW ORDER REQUIRING STATUS REPORT | 0.2 | $   - | $   - |
| 1/11/2023 | Elizabeth Brehm | ATTEND ZOOM CALL WITH TEAM TO DISCUSS PENTAGON MEMO AND REMAINING ISSUES | 0.4 | $ 975.00 | $ 390.00 |
| 1/11/2023 | Gina Mannella | REVIEW DEFENDANTS EFILED NOTICE TO THE COURT (.1); REVIEW JUDGE HENDRIX ORDER (.1) | 0.2 | $ 240.00 | $ 48.00 |
| 1/11/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.3); CALENDAR (.1) | 0.4 | $   - | $   - |
| 1/11/2023 | Wendy Cox | PHONE CALL WITH D. STONE TO DISCUSS DOD MEMORANDUM | 0.3 | $ 875.00 | $ 262.50 |
| 1/11/2023 | Wendy Cox | PHONE CALL WITH T. BRUNS TO DISCUSS DOD MEMO AND IMPACT ON CASE | 0.7 | $ 875.00 | $ 612.50 |
| 1/11/2023 | Wendy Cox | RESEARCH ON ADVERSE ACTIONS | 0.8 | $ 875.00 | $ 700.00 |
| 1/11/2023 | Wendy Cox | ZOOM CALL WITH A. SIRI, E. BREHM, T. BRUNS, D. STONE, AND G. MANNELLA REGARDING DOD MEMO IMPACT ON CASE | 0.3 | $ 875.00 | $ 262.50 |
| 1/11/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO CLASS REPRESENTATIVE REGARDING DOD MEMO | 0.2 | $ 875.00 | $ 175.00 |
| 1/11/2023 | Wendy Cox | REVIEW COMPLAINT | 0.4 | $   - | $   - |
| 1/11/2023 | Wendy Cox | FINALIZE ROOT AND BRANCH RELIEF DOCUMENT | 0.9 | $ 875.00 | $ 787.50 |
| 1/11/2023 | Wendy Cox | PHONE CALL WITH C. WIEST AND T. BRUNS ABOUT CASE | 0.3 | $ 875.00 | $ 262.50 |
| 1/12/2023 | Dana Stone Smith | REVIEW EMAIL FROM J. WALKER REGARDING REMAINING ISSUES TO BE LITIGATED (.1); PHONE CALL WITH W. COX TO DISCUSS EMAIL FROM J. WALKER (.5) | 0.6 | $ 775.00 | $ 465.00 |
| 1/12/2023 | Wendy Cox | READ AND RESPOND TO EMAILS AND TEXT MESSAGES FROM PLAINTIFFS | 0.8 | $ 875.00 | $ 700.00 |
| 1/12/2023 | Wendy Cox | PHONE CALL WITH T. BRUNS ABOUT J. WALKER S EMAIL | 0.8 | $ 875.00 | $ 700.00 |
| 1/12/2023 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT J. WALKER'S EMAIL | 0.5 | $ 875.00 | $ 437.50 |
| 1/12/2023 | Wendy Cox | DRAFT EMAIL TO C. WIEST WITH PROPOSED LANGUAGE TO DOJ | 0.2 | $ 875.00 | $ 175.00 |
| 1/13/2023 | Aaron Siri | CALL WITH INTERNAL AND CO-COUNSEL REGARDING DOD MEMO AND CONTINUING HARMS AND FOLLOW-UP COMMUNICATIONS AND CALLS REGARDING SAME AND OUTLINE CONCERNS AND CONSIDERATIONS RELATED TO SAME | 2.2 | $ 975.00 | $ 2,145.00 |
| 1/13/2023 | Dana Stone Smith | REVIEW EMAIL DRAFT TO J. WALKER REGARDING ISSUES TO BE LITIGATED AND GROUP REVISIONS (.5); PHONE CALL WITH W. COX TO DISCUSS MEETINGS (.4); REVIEW NBC ARTICLE REGARDING COVID-19 BOOSTERS AND COMMENTS BY W. COX AND T BRUNS (.7); REVIEW EMAIL FROM K. BERMAN REGARDING AMENDED COMPLAINT (.1) | 1.7 | $   - | $   - |
| 1/13/2023 | Elizabeth Brehm | ATTEND ZOOM MEETING WITH TEAM TO DISCUSS CALLS WITH DOJ AND POTENTIAL STAY AND STATUS DUE TO RECISSION | 0.5 | $ 975.00 | $ 487.50 |
| 1/13/2023 | Wendy Cox | ZOOM CALLS WITH A. SIRI, C. WIEST, E. BREHM, D. STONE, T. BRUNS (0.5) | 0.5 | $ 875.00 | $ 437.50 |
| 1/13/2023 | Wendy Cox | REVIEW AND REVISE EMAIL TO DOJ | 0.4 | $ 875.00 | $ 350.00 |
| 1/13/2023 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT DISCOVERY CASE ISSUES | 0.4 | $ 875.00 | $ 350.00 |
| 1/13/2023 | Wendy Cox | READ AND RESPOND TO MESSAGES FROM B. SCHELSKE REGARDING THE CASE | 0.2 | $ 875.00 | $ 175.00 |
| 1/13/2023 | Wendy Cox | PHONE CALL WITH B. SCHELSKE | 0.4 | $ 875.00 | $ 350.00 |
| 1/13/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM TEAM | 0.2 | $ 875.00 | $ 175.00 |
| 1/17/2023 | Dana Stone Smith | RESEARCH MOOTNESS FOR CLASS ACTIONS ON FIFTH CIRCUIT (2.1); EMAIL RESEARCH EXCERPTS TO W. COX WITH COMMENTS (.2); PHONE CALL WITH W. COX TO DISCUSS RESEARCH (.3); CONFERENCE CALL WITH TEAM TO DISCUSS STATUS REPORT DUE (.2) | 2.8 | $ 775.00 | $ 2,170.00 |
| 1/17/2023 | Wendy Cox | PHONE CALL WITH C. WIEST, D. STONE, AND T. BRUNS ABOUT CASE | 0.4 | $ 875.00 | $ 350.00 |
| 1/17/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO 10 PLAINTIFFS | 0.2 | $ 875.00 | $ 175.00 |
| 1/17/2023 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT CASE LAW RESEARCH ON CLASS CERTIFICATION AND MOOTNESS | 0.3 | $ 875.00 | $ 262.50 |
| 1/17/2023 | Wendy Cox | CREATE EXCEL SPREADSHEET OF PLAINTIFFS' HARMS | 0.4 | $ 875.00 | $ 350.00 |
| 1/17/2023 | Wendy Cox | RETURN PHONE CALL FROM PLAINTIFF | 0.4 | $ 875.00 | $ 350.00 |
| 1/17/2023 | Wendy Cox | PHONE CALL TO Z. BUFKIN AND LEFT VOICEMAIL | 0.1 | $ 875.00 | $ 87.50 |
| 1/17/2023 | Wendy Cox | PHONE CALL WITH J. COSTROFF | 0.3 | $ 875.00 | $ 262.50 |

| Date | Name | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 1/18/2023 | Aaron Siri | EDIT AND REVIEW LETTER TO THE COURT INCLUDING EDITING AND REVISING THE CHART IN SAME AND TURN MULTIPLE DRAFTS AND DISCUSSIONS RELATED TO SAME (2.4) | 2.4 | $ 975.00 | $ | 2,340.00 |
| 1/18/2023 | Dana Stone Smith | REVIEW AND REVISE JOINT STATUS REPORT AND SEND TO TEAM FOR FURTHER REVIEW (.9); ZOOM MEETING REGARDING RFRA DAMAGES CLAIMS, CICP, AND MOOTNESS (1.3); WEEKLY TEAM STRATEGY MEETING (.4); TEAM MEETING TO REVISE EXHIBIT LIST OF HARMS AND PROPOSED REMEDIES FOR JOINT STATUS REPORT (1.5); REVIEW FINALIZED VERSION OF JOINT STATUS REPORT WITH CHART EXHIBIT (.4) | 4.5 | $ 775.00 | $ | 3,487.50 |
| 1/18/2023 | Gina Mannella | ZOOM MEETINGS REGARDING JOINT STATUS REPORT (1.6); REVISE SPREADSHEET FOR JOINT STATUS REPORT (.3); REVIEW DRAFT OF STATUS REPORT (.2); UPLOAD DRAFT VERSIONS OF STATUS REPORT TO CLIO (.3) | 2.4 | $ 240.00 | $ | 576.00 |
| 1/18/2023 | Wendy Cox | REVIEW DRAFT OF STATUS REPORT | 0.8 | $ 875.00 | $ | 700.00 |
| 1/18/2023 | Wendy Cox | DRAFT LIST OF HARMS FOR CASE | 0.5 | $ 875.00 | $ | 437.50 |
| 1/18/2023 | Wendy Cox | DRAFT HARM/REMEDY CHART AND EMAIL TO A. SIRI, T. BRUNS, C. WIEST, AND D. STONE | 0.8 | $ 875.00 | $ | 700.00 |
| 1/18/2023 | Wendy Cox | READ AND RESPOND TO PLAINTIFF EMAILS | 0.1 | $ 875.00 | $ | 87.50 |
| 1/18/2023 | Wendy Cox | READ DEFENDANTS DRAFT TO STATUS REPORT | 0.2 | $ 875.00 | $ | 175.00 |
| 1/19/2023 | Dana Stone Smith | REVIEW EMAILS FROM K. BERMAN REGARDING JOINT STATUS REPORT (.1); REVIEW VARIOUS EMAILS FROM TEAM REGARDING FINALIZATION OF JOINT STATUS REPORT (.3); REVIEW FINAL JOINT STATUS REPORT WITH DEFENDANTS' POSITION INCLUDED (.5) | 0.9 | $ 775.00 | $ | 697.50 |
| 1/19/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); REVIEW ORDER (.2) | 0.3 | $ - | $ | - |
| 1/19/2023 | Wendy Cox | READ AND RESPOND EMAILS FROM PLAINTIFFS | 0.8 | $ 875.00 | $ | 700.00 |
| 1/19/2023 | Wendy Cox | DISCUSS CASE AND CLASS ISSUES WITH TEAM | 0.2 | $ 875.00 | $ | 175.00 |
| 1/20/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2); CALENDAR (.1) | 0.3 | $ - | $ | - |
| 1/20/2023 | Wendy Cox | PHONE CALL WITH K. BUFKIN (0.3); DRAFT AND SEND EMAIL TO M. ROSE (0.2) | 0.5 | $ 875.00 | $ | 437.50 |
| 1/20/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO PLAINTIFFS WITH MOTION TO DISMISS ATTACHED | 0.2 | $ 875.00 | $ | 175.00 |
| 1/22/2023 | Aaron Siri | REVIEW MEMO OF LAW TO DISMISS (1.0); RESEARCH REGARDING SAME (1.0) | 2 | $ 975.00 | $ | 1,950.00 |
| 1/23/2023 | Dana Stone Smith | REVIEW DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT (1.5); REVIEW EMAIL FROM W. COX TO CLASS REGARDING MOTION TO DISMISS (.1) PHONE CALL WITH W COX TO DISCUSS MOTION TO DISMISS (.4); TEAM ZOOM MEETING TO DISCUSS MOTION TO DISMISS (1.0) | 3 | $ 775.00 | $ | 2,325.00 |
| 1/23/2023 | Elizabeth Brehm | ATTEND TEAM MEETING TO DISCUSS PENDING MOTION TO DISMISS AND NEXT STEPS | 1 | $ 975.00 | $ | 975.00 |
| 1/23/2023 | Gina Mannella | TEAM ZOOM MEETING (1.0); CALL WITH W. COX REGARDING MASS EMAIL (.3); CREATE EMAIL LIST FOR W. COX FROM MONDAY BOARD INFORMATION (.2); EMAILS WITH W. COX REGARDING EMAIL CHAIN EXHIBIT (.1) | 1.6 | $ 240.00 | $ | 384.00 |
| 1/23/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS AND G. MANNELLA | 1.2 | $ 875.00 | $ | 1,050.00 |
| 1/23/2023 | Wendy Cox | REVIEW MOTION TO DISMISS | 1 | $ 875.00 | $ | 875.00 |
| 1/23/2023 | Wendy Cox | DISCUSS DEFENDANTS MOTION TO DISMISS WITH TEAM | 0.5 | $ 875.00 | $ | 437.50 |
| 1/23/2023 | Wendy Cox | RESEARCH ON RELIGIOUS ACCOMODATION REQUEST TIMELINES | 0.4 | $ 875.00 | $ | 350.00 |
| 1/23/2023 | Wendy Cox | ZOOM CALL WITH A. SIRI, C. WIEST, E. BREHM, T. BRUNS, D. STONE, AND G. MANNELLA | 1 | $ 875.00 | $ | 875.00 |
| 1/23/2023 | Wendy Cox | PHONE CALL AND EMAILS WITH G. MANNELLA REGARDING CHART FOR EMAIL | 0.4 | $ 875.00 | $ | 350.00 |
| 1/23/2023 | Wendy Cox | PHONE CALL WITH B. SCHELSKE | 0.5 | $ 875.00 | $ | 437.50 |
| 1/23/2023 | Wendy Cox | TEXT MESSAGES WITH D. MELL ABOUT ███████████████ | 0.2 | $ 875.00 | $ | 175.00 |
| 1/24/2023 | Dana Stone Smith | PHONE CALL WITH W. COX TO DISCUSS ADDITIONAL RESEARCH NEEDED, COMPLAINT AMENDMENT, AND REPLY TO DEFENDANTS' MOTION TO DISMISS (.8); REVIEW ALL CASES CITED IN DEFENDANTS' MOTION TO DISMISS (2.5); PREPARE RESEARCH SUMMARY WITH CASE BRIEFS, ANALYSIS, AND COMMENTS AND SEND TO W. COX FOR REVIEW (2.7); REVIEW EMAIL FROM W. COX TO UNNAMED PLAINTIFFS INQUIRING ABOUT ADDITIONAL HARMS (.2); REVIEW ARTICLE FROM A. SIRI REGARDING PAYBACK OF SIGNING BONUSES (.2) | 6.4 | $ 775.00 | $ | 4,960.00 |
| 1/24/2023 | Wendy Cox | PHONE CALL WITH D. STONE REGARDING RESEARCH THAT NEEDS TO BE COMPLETED, AMENDING THE COMPLAINT AND MODIFYING CLASS DEFINITION AND ADDING ADDITIONAL PLAINTIFFS | 0.8 | $ 875.00 | $ | 700.00 |
| 1/24/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS AND ATTORNEYS | 0.6 | $ 875.00 | $ | 525.00 |
| 1/24/2023 | Wendy Cox | REVIEW AND DRAFT DECLARATION AND EMAIL TO R. SCHELSKE FOR REVIEW | 1.2 | $ 875.00 | $ | 1,050.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/24/2023 | Wendy Cox | DRAFT SUPPLEMENTAL FILING | 1.2 | $ 875.00 | $ 1,050.00 |
| 1/24/2023 | Wendy Cox | REVIEW ARMY GUARD QUESTION AND ANSWER DOCUMENT AND EMAIL TO C. WIEST, T. BRUNS, A. SIRI, E. BREHM, AND D. STONE | 0.7 | $ 875.00 | $ 612.50 |
| 1/24/2023 | Wendy Cox | REVIEW RESEARCH COMPLETED BY D. STONE | 0.7 | $ 875.00 | $ 612.50 |
| 1/25/2023 | Gina Mannella | WORK WITH PDF DOCUMENT FROM B. SCHELSKE TO TRY AND MAXIMIZE SIZE OF PORTION OF DOCUMENT FOR EXHIBIT (.7); CALL WITH W. COX REGARDING CONVERSION OF PDF TO WORD DOCUMENT FOR MOTION TO AMEND (.1); CONVERT PDF VERSION OF MOTION TO AMEND TO WORD DOCUMENT AND SEND TO W. COX (.1) | 0.9 | $ - | $ - |
| 1/25/2023 | Wendy Cox | READ AND RESPOND TO EMAILS AND TEXTS FROM SERVICE MEMBERS AND PLAINTIFFS | 0.4 | $ 875.00 | $ 350.00 |
| 1/25/2023 | Wendy Cox | CASE LAW RESEARCH ON MOOTNESS ISSUES | 1.6 | $ 875.00 | $ 1,400.00 |
| 1/25/2023 | Wendy Cox | PHONE CALL WITH L. CHRISMAN ABOUT CASE AND HIS CURRENT SITUATION (0.7) | 0.7 | $ 875.00 | $ 612.50 |
| 1/25/2023 | Wendy Cox | RESEARCH ON CLASS CERTIFICATION ISSUES FOR RESPONSE TO MOTION TO DISMISS | 1 | $ 875.00 | $ 875.00 |
| 1/25/2023 | Wendy Cox | DRAFT AMENDED COMPLAINT | 1.5 | $ 875.00 | $ 1,312.50 |
| 1/25/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM POTENTIAL ARMY PLAINTIFF L. CHRISMAN | 0.1 | $ 875.00 | $ 87.50 |
| 1/26/2023 | Dana Stone Smith | REVIEW SCHELSKE DECLARATION AND SUPPLEMENTAL FILING SENT BY W. COX AND RETURN WITH SUGGESTED REVISIONS (.9); REVIEW ARMY VACCINE MANDATE Q & A SENT BY W. COX (.8); PHONE CALL WITH W. COX REGARDING RESEARCH CONCERNING █████████ (1.1); RESEARCH ██████████ UNDER RFRA (1.9); REVIEW RESEARCH SUMMARY SENT BY W. COX (.8); RESEARCH ████████████ (1.1); TEAM STRATEGY ZOOM MEETING (1.9) | 8.5 | $ 775.00 | $ 6,587.50 |
| 1/26/2023 | Gina Mannella | TEAM ZOOM MEETING REGARDING MOTION TO DISMISS AMENDED COMPLAINT AND OTHER ISSUES | 1.5 | $ 240.00 | $ 360.00 |
| 1/26/2023 | Wendy Cox | PHONE CALL WITH D. STONE TO DISCUSS MOOTNESS ISSUES, NEW PLAINTIFF FOR CASE, ████████████████ , AND REVISION OF COMPLAINT | 1.2 | $ 875.00 | $ 1,050.00 |
| 1/26/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.4 | $ 875.00 | $ 350.00 |
| 1/26/2023 | Wendy Cox | WORK ON DRAFT OF SUPPLEMENTAL FILING AND R. SCHELSKE DECLARATION | 0.6 | $ 875.00 | $ 525.00 |
| 1/26/2023 | Wendy Cox | UPDATE CALENDAR INVITE (0.2); FINALIZE AND ORGANIZE J. CHRISMAN DOCUMENTS (0.4) | 0.6 | $ - | $ - |
| 1/26/2023 | Wendy Cox | WORK ON AMENDED COMPLAINT AND EMAIL TO D. STONE FOR COMMENTS AND REVISION | 1 | $ 875.00 | $ 875.00 |
| 1/26/2023 | Wendy Cox | REVIEW AND REVISE ENGAGEMENT LETTER FOR L. CHRISMAN (0.3) | 0.3 | $ 875.00 | $ 262.50 |
| 1/26/2023 | Wendy Cox | ZOOM CALL WITH A. SIRI, T. BRUNS, C. WIEST, D. STONE, G. MANNELLA, E. BREHM REGARDING MOTION TO DISMISS RESPONSE, SUPPLEMENTAL FILING AND AMENDING COMPLAINT | 1.9 | $ 875.00 | $ 1,662.50 |
| 1/26/2023 | Wendy Cox | PHONE CALL WITH B. SCHELSKE AND J. COSTROFF REGARDING THEIR INABILITY TO ATTEND THE SENIOR LEADER COURSE NEEDED FOR PROMOTION | 0.3 | $ 875.00 | $ 262.50 |
| 1/26/2023 | Wendy Cox | SCHEDULE ZOOM MEETING TO DISCUSS COMPLAINT AMENDMENT (0.1); DRAFT AND SEND EMAIL TO C. WIEST REGARDING TWO PLAINTIFFS CURRENT SITUATIONS (0.3) | 0.4 | $ 875.00 | $ 350.00 |
| 1/26/2023 | Wendy Cox | REVIEW DECLARATION OF J. COSTROFF | 0.3 | $ 875.00 | $ 262.50 |
| 1/27/2023 | Dana Stone Smith | REVIEW DOCUMENTS FROM  PLAINTIFF L. CHRISMON (1.3); REVIEW DRAFT OF AMENDED COMPLAINT FROM W. COX (.5); REVIEW DOCUMENTS FOR Z. BUFKIN SENT BY W. COX (.5); RESEARCH AUTHORITY OF FEDERAL COURT TO ORDER REINSTATEMENT TO MILITARY ACADEMY AND SEND SUMMARY TO W. COX FOR REVIEW (1.2); REVIEW AND REVISE DRAFT EMAIL TO K. BERMAN RECEIVED FROM W. COX (.4) | 3.9 | $ 775.00 | $ 3,022.50 |
| 1/27/2023 | Gina Mannella | EMAILS WITH W. COX REGARDING L. CHRISMAN (.2); PREPARE AND SEND ENGAGEMENT LETTER TO L. CHRISMAN (.1); REDACT PII FROM L. CHRISMAN DOCUMENTS FOR APPENDIX (.5); CREATE FOLDER AND UPLOAD L. CHRISMAN SIGNED ENGAGEMENT LETTER AND DOCUMENTS TO CLIO (.1); REVIEW DEFENDANTS ECF NOTICE TO COURT (.1) | 1 | $ 240.00 | $ 240.00 |
| 1/27/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 1/27/2023 | Wendy Cox | PHONE CALL WITH M. ROSE TO DISCUSS Z. BUFKIN (0.6); FOLLOW-UP CALL WITH M. ROSE TO DISCUSS Z. BUFKIN (0.2) | 0.8 | $ 875.00 | $ 700.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/27/2023 | Wendy Cox | READ AND RESPOND TO EMAILS AND TEXTS FROM PLAINTIFFS | 0.7 | $ 875.00 | $ 612.50 |
| 1/27/2023 | Wendy Cox | REVIEW J. COSTROFF DECLARATION | 0.8 | $ 875.00 | $ 700.00 |
| 1/27/2023 | Wendy Cox | PHONE CALL WITH L. CHRISMAN ABOUT CASE | 0.7 | $ 875.00 | $ 612.50 |
| 1/27/2023 | Wendy Cox | ZOOM CALL WITH S. GALLOWAY REGARDING CASE | 0.5 | $ 875.00 | $ 437.50 |
| 1/27/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO DOJ REGARDING R. SCHELSKE AND J. COSTROFF AND EMAIL TO D. STONE AND C. WIEST FOR REVIEW | 0.9 | $ 875.00 | $ 787.50 |
| 1/27/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM DOJ | 0.7 | $ 875.00 | $ 612.50 |
| 1/27/2023 | Wendy Cox | ZOOM WITH WEST POINT CADETS | 0.8 | $ 875.00 | $ 700.00 |
| 1/27/2023 | Wendy Cox | REVIEW DECLARATION AND EMAIL BACK TO R. SCHELSKE WITH CHANGES | 0.4 | $ 875.00 | $ 350.00 |
| 1/27/2023 | Wendy Cox | EDIT DECLARATION FOR L. CHRISMAN | 0.7 | $ 875.00 | $ 612.50 |
| 1/29/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM J. COSTROFF | 0.1 | $ 875.00 | $ 87.50 |
| 1/30/2023 | Dana Stone Smith | REVIEW DEFENDANT'S ADDITIONAL REINSTATEMENT OFFER (.3); REVIEW EMAIL AND ATTACHED COMPLAINT ADDENDUM FROM W. COX (.5); REVISE AMENDED COMPLAINT AND SEND PROPOSED REVISIONS TO W. COX FOR REVIEW (1.1) | 1.9 | $ 775.00 | $ 1,472.50 |
| 1/30/2023 | Wendy Cox | READ AND RESPOND TO EMAILS AND TEXT MESSAGES FROM PLAINTIFFS | 0.5 | $ 875.00 | $ 437.50 |
| 1/30/2023 | Wendy Cox | EDIT DECLARATION FOR L. CHRISMAN | 0.5 | $ 875.00 | $ 437.50 |
| 1/30/2023 | Wendy Cox | DRAFT AND SEND EMAIL WITH AMENDED COMPLAINT TO D. STONE FOR REVIEW AND CHANGES | 0.2 | $ 875.00 | $ 175.00 |
| 1/30/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM DOJ | 0.1 | $ 875.00 | $ 87.50 |
| 1/30/2023 | Wendy Cox | REVIEW AND DRAFT COMPLAINT AMENDMENT | 1 | $ 875.00 | $ 875.00 |
| 1/30/2023 | Wendy Cox | PHONE CALL WITH P. TESTA | 0.4 | $ 875.00 | $ 350.00 |
| 1/30/2023 | Wendy Cox | PHONE CALL WITH H. BAKICH | 0.3 | $ 875.00 | $ 262.50 |
| 1/30/2023 | Wendy Cox | READ AND RESPOND TO D. STONE ABOUT POSSIBLE REINSTATEMENT REMEDIES FOR Z. BUFKIN | 0.1 | $ 875.00 | $ 87.50 |
| 1/30/2023 | Wendy Cox | WORK ON MOTION FOR LEAVE TO AMEND | 0.6 | $ 875.00 | $ 525.00 |
| 1/31/2023 | Aaron Siri | CALL TO DISCUSS AMENDING THE COMPLAINT | 0.5 | $ 975.00 | $ 487.50 |
| 1/31/2023 | Dana Stone Smith | REVIEW ARTICLE SENT BY A. SIRI REGARDING TRAVEL BAN AT WESTPOINT (.3); REVIEW BROWN V. KNOWLTON (.7); EMAIL TO W. COX REGARDING Z. BUFKIN (.1); EMAIL Z. BUFKIN REQUESTING FULL ACADEMIC DISCHARGE PACKET (.2); REVIEW EMAIL AND ATTACHED WEST POINT TRIP SECTION POLICY SENT BY W. COX (.4) REVIEW COMMENTS REGARDING WEST POINT POLICY FROM C. WIEST (.2); ZOOM MEETING WITH W. COX AND C. WIEST REGARDING AMENDED COMPLAINT (.5); PHONE CALL WITH W. COX TO DISCUSS LITIGATION STRATEGY (.5); RESEARCH VENUE IN CLASS ACTIONS (.4); REVIEW BRIEF FROM C. WIEST WITH ISSUES TO DISCUSS IN ZOOM MEETING (.6); TEAM ZOOM MEETING TO DISCUSS COMPLAINT AMENDMENT (.8) | 4.7 | $ 775.00 | $ 3,642.50 |
| 1/31/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM CO-COUNSEL AND PLAINTIFFS | 0.6 | $ 875.00 | $ 525.00 |
| 1/31/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGES AND EMAILS WITH D. MELL AND C. MORRISON REGARDING WEST POINT POLICY FOR ETP FOR TRIP SECTIONS | 0.6 | $ 875.00 | $ 525.00 |
| 1/31/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO CO-COUNSEL REGARDING WEST POINT CADETS AND WEST POINT POLICY ISSUE | 0.4 | $ 875.00 | $ 350.00 |
| 1/31/2023 | Wendy Cox | ZOOM CALL WITH C. WIEST AND D. STONE TO DISCUSS CASE AND POSSIBLE AMENDMENT TO COMPLAINT | 0.5 | $ 875.00 | $ 437.50 |
| 1/31/2023 | Wendy Cox | PHONE CALL WITH D. STONE REGARDING CASE AND MOOTNESS ISSUES, ARMY POLICIES REGARDING UNVACCINATED BEING UNABLE TO TRAVEL OR ATTEND SCHOOL | 0.6 | $ 875.00 | $ 525.00 |
| 1/31/2023 | Wendy Cox | REVIEW CASE LAW REGARDING MOOTNESS EXCEPTIONS | 0.4 | $ 875.00 | $ 350.00 |
| 1/31/2023 | Wendy Cox | ZOOM CALL WITH A. SIRI, E. BREHM, T. BRUNS, D. STONE, C. WIEST TO DISCUSS CASE AND POSSIBLE AMENDMENT OF COMPLAINT | 0.6 | $ 875.00 | $ 525.00 |
| 1/31/2023 | Wendy Cox | PHONE CALL WITH B. SCHELSKE ABOUT CASE | 0.4 | $ 875.00 | $ 350.00 |
| 1/31/2023 | Wendy Cox | PHONE CALL WITH J. COSTROFF ABOUT CASE | 0.2 | $ 875.00 | $ 175.00 |
| 1/31/2023 | Wendy Cox | PHONE CALL WITH C. WIEST ABOUT CASE | 0.2 | $ 875.00 | $ 175.00 |
| 1/31/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGES FROM J. COSTROFF AND B. SCHELSKE | 0.2 | $ 875.00 | $ 175.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2023 | Dana Stone Smith | RESEARCH ████████ IN 5TH CIRCUIT AND CIRCULATE SUMMARY TO TEAM FOR REVIEW (2.6); REVIEW EMAILS BETWEEN J. WALKER AND C. WIEST REGARDING WESTPOINT CADET GOMOR'S (.2); REVIEW STATEMENTS FROM B. SCHELSKE AND J. COSTROFF REGARDING ONGOING HARM (.3); TEAM STRATEGY ZOOM MEETING (1.0); CONFERENCE CALL WITH W. COX AND Z. BUFKIN (.5); FOLLOW-UP CALL WITH W. COX TO DISCUSS Z. BUFKIN REINSTATEMENT (.5); PHONE CONFERENCE WITH W. COX AND C. WIEST TO DISCUSS Z. BUKFIN (.4); PHONE CALL WITH W. COX TO DISCUSS HARM FOR Z. BUFKIN (.4) | 5.9 | $ 775.00 | $ 4,572.50 |
| 2/1/2023 | Gina Mannella | TEAM ZOOM MEETING REGARDING AMENDED COMPLAINT AND STATUS OF PLAINTIFFS (.3); EMAILS WITH W. COX REGARDING R. SCHELSKE DOCUMENTS AND APPENDIX FOR AMENDED COMPLAINT (.2) | 0.5 | $ 240.00 | $ 120.00 |
| 2/1/2023 | Wendy Cox | REVIEW AND REVISE B. SCHELSKE NEW STATEMENT (1.0); PHONE CALL WITH B. SCHELSKE (0.2) | 1.2 | $ 875.00 | $ 1,050.00 |
| 2/1/2023 | Wendy Cox | PHONE CALL WITH C. WIEST ABOUT AMENDED COMPLAINT | 0.2 | $ 875.00 | $ 175.00 |
| 2/1/2023 | Wendy Cox | REVIEW J. COSTROFF NEW STATEMENT AND ADDITIONAL EMAILS WITH ATTACHMENTS | 1.1 | $ 875.00 | $ 962.50 |
| 2/1/2023 | Wendy Cox | DRAFT AND SEND EMAILS TO S. GALLOWAY AND Z. BUFKIN | 0.2 | $ 875.00 | $ 175.00 |
| 2/1/2023 | Wendy Cox | ZOOM CALL WITH A. SIRI, D. STONE, C. WIEST ABOUT COMPLAINT AMENDMENT | 0.8 | $ 875.00 | $ 700.00 |
| 2/1/2023 | Wendy Cox | PHONE CALL WITH Z. BUFKIN AND D. STONE | 0.5 | $ 875.00 | $ 437.50 |
| 2/1/2023 | Wendy Cox | PHONE CALL WITH C. WIEST AND D. STONE ABOUT Z. BUFKIN | 0.4 | $ 875.00 | $ 350.00 |
| 2/1/2023 | Wendy Cox | PHONE CALL WITH D. STONE ABOUT Z. BUFKIN AND OTHER PLAINTIFFS | 0.5 | $ 875.00 | $ 437.50 |
| 2/1/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.3 | $ 875.00 | $ 262.50 |
| 2/1/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM D. YOUNTS (0.2) | 0.2 | $ 875.00 | $ 175.00 |
| 2/1/2023 | Wendy Cox | PHONE CALL WITH L. CHRISMAN | 0.2 | $ 875.00 | $ 175.00 |
| 2/2/2023 | Dana Stone Smith | REVIEW MEDICAL RECORDS FROM K. BUFKIN (.9); PHONE CALL WITH W. COX TO DISCUSS K. BUFKIN (1.0); REVIEW WESTPOINT ACADEMIC POLICY (.5); REVIEW Z. BUFKIN DECLARATION (.5); DRAFT WRITEUP FOR Z. BUFKIN REINSTATEMENT AND SEND TO W. COX FOR REVIEW (2.5) | 5.4 | $ 775.00 | $ 4,185.00 |
| 2/2/2023 | Wendy Cox | RESEARCH ON ACADEMIC BOARD AND PROBATION AT WEST POINT (0.7); PHONE CALL AND TEXTS WITH D. STONE REGARDING Z. BUFKIN AND POSSIBILITY OF REINSTATEMENT (1.4); READ AND RESPOND TO TEXTS AND EMAILS BY Z. BUFKIN (0.1) | 2.2 | $ 875.00 | $ 1,925.00 |
| 2/2/2023 | Wendy Cox | REVIEW DECLARATION FROM L. CHRISMAN, REVISE, AND EMAIL TO C. WIEST | 0.5 | $ 875.00 | $ 437.50 |
| 2/2/2023 | Wendy Cox | DRAFT EMAIL TO DOJ REGARDING B. BAKICH, P. TESTA, AND G. GALLOWAY | 0.2 | $ 875.00 | $ 175.00 |
| 2/2/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.5 | $ 875.00 | $ 437.50 |
| 2/2/2023 | Wendy Cox | REVIEW DRAFT EMAIL FOR DOJ CONCERNING PLAINTIFF BUFKIN | 0.5 | $ 875.00 | $ 437.50 |
| 2/3/2023 | Dana Stone Smith | CONTACT F. SPINNER ON BEHALF OF Z. BUFKIN AND REQUEST CALLBACK (.1); REVIEW EMAIL TO R. STEVENS FROM W. COX AND RESPOND WITH COMMENTS (.2) | 0.3 | $ 775.00 | $ 232.50 |
| 2/3/2023 | Gina Mannella | DRAFT APPENDIX TO FILE WITH AMENDED COMPLAINT (.3); REVIEW AND REDACT DOCUMENTS FOR APPENDIX (.7) | 1 | $ 240.00 | $ 240.00 |
| 2/3/2023 | Wendy Cox | READ AND RESPOND TO EMAILS AND TEXT MESSAGES FROM PLAINTIFFS | 0.3 | $ 875.00 | $ 262.50 |
| 2/3/2023 | Wendy Cox | PHONE CALL WITH D. STONE TO DISCUSS Z. BUFKIN ACADEMIC BOARD | 0.3 | $ 875.00 | $ 262.50 |
| 2/3/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO J. WALKER AT DOJ REGARDING PLAINTIFFS BAKICH AND TESTA | 0.2 | $ 875.00 | $ 175.00 |
| 2/3/2023 | Wendy Cox | PHONE CALL WITH F. SPINNER ABOUT K. BUFKIN'S ACADEMIC BOARD | 0.5 | $ 875.00 | $ 437.50 |
| 2/5/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM K. BUFKIN | 0.1 | $ 875.00 | $ 87.50 |
| 2/6/2023 | Dana Stone Smith | REVIEW DOCUMENTS REGARDING K. BUFKIN SENT BY W. COX (.2); PHONE CALL WITH W. COX TO DISCUSS PHONE MEETING WITH F. SPINNER (.2); PHONE CALL WITH W. COX TO CONTINUE CASE STRATEGY DISCUSSION (.5); REVIEW USMC MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS (1.1); PHONE CALL WITH W. COX TO UPDATE ON Z. BUFKIN (.2) | 2.2 | $ 775.00 | $ 1,705.00 |
| 2/6/2023 | Gina Mannella | SEND CLIO LINK TO W. COX OF APPENDIX AND DOCUMENTS FOR REVIEW (.2); UPDATE ACTION ITEMS LIST (1.0) | 1.2 | $  - | $  - |
| 2/6/2023 | Wendy Cox | PHONE CALL WITH D. STONE TO DISCUSS Z. BUFKIN UPDATE AND APPLICATION TO THE CASE | 0.5 | $ 875.00 | $ 437.50 |
| 2/6/2023 | Wendy Cox | PHONE CALLS WITH C. WIEST REGARDING PLAINTIFFS AND AMENDED COMPLAINT | 0.4 | $ 875.00 | $ 350.00 |
| 2/6/2023 | Wendy Cox | RESEARCH ON MOOTNESS ISSUE | 1.1 | $ 875.00 | $ 962.50 |
| 2/6/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO FOUR ARMY CADET PLAINTIFFS REGARDING THEIR GOMOR STATUS | 0.2 | $ 875.00 | $ 175.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/6/2023 | Wendy Cox | DRAFT AND SEND EMAILS TO PLAINTIFFS REGARDING THEIR STATUS | 0.2 | $ 875.00 | $ 175.00 |
| 2/6/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.5 | $ 875.00 | $ 437.50 |
| 2/6/2023 | Wendy Cox | DRAFT AND SEND G. MANNELLA THE NEW VERIFICATION FOR CLIO ENTRY WITH SIGNATURE EMAIL LANGUAGE | 0.3 | $ - | $ - |
| 2/6/2023 | Wendy Cox | PHONE CALL WITH Z. BUFKIN ABOUT THE CASE | 0.2 | $ 875.00 | $ 175.00 |
| 2/6/2023 | Wendy Cox | REVIEW AND UPDATE APPENDIX IN CLIO MANAGE AND EMAIL TO C. WIEST FOR REVIEW | 0.3 | $ - | $ - |
| 2/7/2023 | Dana Stone Smith | REVIEW C. WIEST REVISIONS TO AMENDED COMPLAINT (.9); REVIEW VARIOUS TEAM EMAILS REGARDING AMENDED COMPLAINT (.2); LISTEN TO US NAVY ORAL ARGUMENTS ON MOOTNESS (.7); REVIEW VARIOUS TEAM EMAILS REGARDING ORAL ARGUMENT (.2); REVIEW EMAIL FROM W. COX TO NAMED PLAINTIFFS AND ATTACHED REVISED AMENDED COMPLAINT (.8) | 2.8 | $ 775.00 | $ 2,170.00 |
| 2/7/2023 | Gina Mannella | REVIEW EMAILS FROM W. COX REGARDING VERIFICATION AND APPENDIX (.1); CREATE VERIFICATION TEMPLATE FOR AMENDED COMPLAINT AND SEND TO PLAINTIFFS (.5); REVIEW APPENDIX DOCUMENTS AND CREATE EXHIBIT COVER SHEETS (.2) | 0.8 | $ 240.00 | $ 192.00 |
| 2/7/2023 | Wendy Cox | LISTEN TO ORAL ARGUMENT IN NAVY SEAL V. BIDEN BEFORE THE 5TH CIRCUIT COURT OF APPEALS (0.7); READ AND RESPOND TO EMAILS FROM G. MANNELLA ABOUT VERIFICATIONS (0.2); READ AND RESPOND TO EMAILS REGARDING AMENDED COMPLAINT FROM CO-COUNSEL (0.2) | 1.1 | $ 875.00 | $ 962.50 |
| 2/7/2023 | Wendy Cox | REVIEW AND REVISE AMENDED COMPLAINT | 3 | $ 875.00 | $ 2,625.00 |
| 2/7/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO PLAINTIFFS WITH DRAFT OF AMENDED COMPLAINT FOR THEIR REVIEW AND VERIFICATION | 0.3 | $ 875.00 | $ 262.50 |
| 2/7/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.2 | $ 875.00 | $ 175.00 |
| 2/7/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGES FROM PLAINTIFF Z. BUFKIN | 0.2 | $ 875.00 | $ 175.00 |
| 2/7/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM R. SCHELSKE (0.3); READ FRAGO 38 WITH NEW INFORMATION REGARDING THE APPLICATION OF MANDATE RECISSION ON ARMY (0.4) | 0.7 | $ 875.00 | $ 612.50 |
| 2/7/2023 | Wendy Cox | RESEARCH ANNEX YYY AND MMMM IMPACT ON CASE AND DRAFT AND SEND EMAIL TO CO-COUNSEL | 0.5 | $ 875.00 | $ 437.50 |
| 2/7/2023 | Wendy Cox | PHONE CALL WITH J. COSTROFF REGARDING HIS PORTION OF THE AMENDED COMPLAINT | 0.3 | $ 875.00 | $ 262.50 |
| 2/7/2023 | Wendy Cox | DRAFT AND SEND EMAILS TO D. STONE (0.3); DRAFT AND SEND EMAIL TO G. MANNELLA (0.2) | 0.5 | $ 875.00 | $ 437.50 |
| 2/7/2023 | Wendy Cox | READ AND RESPOND TO EMAIL SENT BY Z. BUFKIN S COUNSEL FOR HIS ACADEMIC BOARD APPEAL | 0.2 | $ 875.00 | $ 175.00 |
| 2/8/2023 | Dana Stone Smith | REVIEW REVISED AMENDED COMPLAINT SENT BY W. COX, MAKE ADDITIONAL REVISIONS AND CIRCULATE TO TEAM FOR REVIEW (1.7); REVIEW EMAILS FROM Z. BUFKIN'S FORMER PUBLIC DEFENDER (.3); PHONE MEETING WITH W. COX TO REVIEW, REVISE AND DISCUSS AMENDED COMPLAINT (2.0) TEAM ZOOM MEETING TO DISCUSS AMENDED COMPLAINT AND CLASS DEFINITION (1.5); REVIEW FRAGO 38 (.4); REVIEW C. WIEST REVISIONS TO AMENDED COMPLAINT (.7) | 6.6 | $ 775.00 | $ 5,115.00 |
| 2/8/2023 | Elizabeth Brehm | ATTEND TEAM ZOOM TO DISCUSS AMENDED COMPLAINT, RESPONSE TO EXISTING MOTION TO DISMISS, MOTION FOR MOOTNESS, AND REQUEST TO UPDATE CLASS CERTIFICATION | 1.3 | $ 975.00 | $ 1,267.50 |
| 2/8/2023 | Gina Mannella | PREPARE SIGNED VERIFICATIONS FOR FILING (.2); UPDATE APPENDIX WITH ADDITIONAL EXHIBITS AND REDACT PERSONAL INFORMATION (1.1); TEAM ZOOM MEETING REGARDING AMENDED COMPLAINT (1.5) | 2.8 | $ 240.00 | $ 672.00 |
| 2/8/2023 | Wendy Cox | PHONE CALL WITH D. STONE TO REVISE AND DISCUSS AMENDED COMPLAINT (2.0); READ AND RESPOND TO EMAILS AND TEXTS FROM S. GALLOWAY AND C. MORRISON (0.3) | 2.3 | $ 875.00 | $ 2,012.50 |
| 2/8/2023 | Wendy Cox | REVISE AMENDED COMPLAINT AND EMAIL TO CO-COUNSEL | 0.4 | $ 875.00 | $ 350.00 |
| 2/8/2023 | Wendy Cox | ZOOM CALL WITH A. SIRI, C. WIEST, D. STONE. G. MANNELLA, E. BREHM TO DISCUSS CLASS ISSUES | 1.3 | $ 875.00 | $ 1,137.50 |
| 2/8/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM OTHER ARMY SERVICE MEMBERS | 0.4 | $ 875.00 | $ 350.00 |
| 2/8/2023 | Wendy Cox | REVIEW AND REVISE AMENDED COMPLAINT | 1.8 | $ 875.00 | $ 1,575.00 |
| 2/8/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO L. CHRISMAN WITH DRAFT AMENDED COMPLAINT FOR HIS REVIEW | 0.2 | $ 875.00 | $ 175.00 |
| 2/8/2023 | Wendy Cox | FINALIZE L. CHRISMAN DECLARATION AND SEND BY EMAIL TO D. STONE FOR FINAL REVIEW (0.3) | 0.3 | $ 875.00 | $ 262.50 |
| 2/8/2023 | Wendy Cox | SEND VERIFICATION DOCUMENT FOR SIGNATURE TO L. CHRISMAN | 0.1 | $ 875.00 | $ 87.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2023 | Dana Stone Smith | REVIEW CHRISMAN DECLARATION AND SEND FINALIZED VERSION TO G. MANNELLA (.5); REVIEW EMAILS FROM C. WIEST AND W. COX REGARDING CONFERENCE AND MOTION FOR LEAVE TO AMEND (.3); REVIEW LOCAL RULES SENT BY W. COX REGARDING LEAVE TO AMEND (.2); REVIEW EMAIL FROM J. WALKER REGARDING FLAGS FOR NAMED PLAINTIFFS (.1); REVIEW UPDATED EDITS TO AMENDED COMPLAINT BY C. WIEST AND T. BRUN (.4); REVIEW EMAIL FROM C. WIEST REGARDING REPLY BRIEF (.1) EMAIL RESEARCH SUMMARY TO C. WIEST FOR BRIEF DRAFTING (.1) | 1.7 | $ 775.00 | $ 1,317.50 |
| 2/9/2023 | Gina Mannella | EMAILS WITH W. COX AND D. STONE REGARDING L. CHRISMAN DECLARATION (.1); UPLOAD SIGNED VERIFICATIONS FOR L. CHRISMAN AND D. MELL AND PREPARE FOR FILING (.2); EMAILS WITH W. COX REGARDING EXHIBITS AND LOCAL RULES FOR AMENDED COMPLAINT (.1); PREPARE C. MORRISON TEXT MESSAGES FOR EXHIBIT (.2); REVIEW EMAIL FROM W. COX REGARDING FT. RUCKER (.1); CONTACT N. SABALLA, P. TESTA AND H. BAKICH REGARDING SIGNING OF VERIFICATION (.2); UPLOAD SIGNED VERIFICATION FOR N. SABALLA AND C. MORRISON AND PREPARE FOR FILING (.2); REVISE C. MORRISON DECLARATION DATE AND PREPARE FOR EXHIBIT (.2); EMAILS WITH W. COX REGARDING APPENDIX (.1); CALL WITH W. COX REGARDING APPENDIX AND FILING OF AMENDED COMPLAINT (.3); CALLS TO CLERKS OFFICE REGARDING PAPERS NECESSARY FOR FILING OF AMENDED COMPLAINT (.2); PREPARE EXHIBITS FOR APPENDIX AND FINALIZE APPENDIX DOCUMENT (1.3) | 3.2 | $ 240.00 | $ 768.00 |
| 2/9/2023 | Wendy Cox | FINALIZE L. CHRISMAN DECLARATION AND EMAIL TO HIM FOR SIGNATURE (0.4); EMAIL REMAINING PLAINTIFFS FOR SIGNATURE ON THEIR VERIFICATIONS (0.2) | 0.6 | $    - | $    - |
| 2/9/2023 | Wendy Cox | EDIT DECLARATION FOR C. MORRISON AND EMAIL TO HIM FOR REVIEW AND SIGNATURE | 0.5 | $ 875.00 | $ 437.50 |
| 2/9/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS AND CO-COUNSEL | 0.9 | $ 875.00 | $ 787.50 |
| 2/9/2023 | Wendy Cox | REVISE FILING APPENDIX AND AMENDED COMPLAINT (0.9); PHONE CALL WITH G. MANNELLA ABOUT FILING DOCUMENTS AND VERIFICATIONS (0.2) | 1.1 | $ 875.00 | $ 962.50 |
| 2/9/2023 | Wendy Cox | PHONE CALLS WITH P. TESTA REGARDING EMAIL FROM DOJ AND READ AND RESPOND TO TEXT MESSAGES FROM P. TESTA | 0.6 | $ 875.00 | $ 525.00 |
| 2/9/2023 | Wendy Cox | READ AND RESPOND TO EMAILS AND TEXTS FROM C. WIEST | 0.4 | $ 875.00 | $ 350.00 |
| 2/9/2023 | Wendy Cox | PHONE CALL WITH R. SCHELSKE ABOUT FLAG ON HIS RECORD (0.6); READ AND RESPOND TO PLAINTIFF TEXT MESSAGES (0.2); READ EMAILS FROM R. SCHELSKE (0.2) | 1 | $ 875.00 | $ 875.00 |
| 2/9/2023 | Wendy Cox | PHONE CALLS WITH C. WIEST ABOUT AMENDED COMPLAINT | 0.3 | $ 875.00 | $ 262.50 |
| 2/9/2023 | Wendy Cox | EDIT DECLARATION FOR R. SCHELSKE AND EMAIL TO C. WIEST | 0.7 | $ 875.00 | $ 612.50 |
| 2/9/2023 | Wendy Cox | FINAL REVIEW AND REVISION OF AMENDED COMPLAINT | 0.7 | $ 875.00 | $ 612.50 |
| 2/10/2023 | Dana Stone Smith | REVIEW UPDATED AMENDED COMPLAINT WITH REVISIONS BY A. SIRI AND J. SULLIVAN (.8); PHONE CALL WITH W. COX TO DISCUSS B. SCHELSKE FLAGS AND AMENDED COMPLAINT (.4); REVIEW AND REVISE MOTION AND PROPOSED ORDER FOR EXTENSION AND PAGE LIMIT INCREASE SENT BY W. COX (.5); PHONE CALL WITH W. COX REGARDING MOTION FILING (.1) | 1.8 | $ 775.00 | $ 1,395.00 |
| 2/10/2023 | Gina Mannella | REVIEW AMENDED COMPLAINT (.6); EMAILS WITH W. COX AND N. TENNEY REGARDING MOTION TO EXTEND TIME (.2); CALL WITH W. COX REGARDING SAME (.3); REVIEW MOTION DOCUMENTS AND REVISE AS NEEDED (.2); FILE MOTION TO EXTEND AND SEND PROPOSED ORDER TO JUDGE HENDRIX (.4); SEND VERIFICATIONS AND APPENDIX TO C. WIEST (.6); REVIEW DRAFT RESPONSE TO MOTION TO DISMISS (.6); REVIEW JUDGE HENDRIX ORDER GRANTING MOTION TO EXTEND (.1) | 3 | $ 240.00 | $ 720.00 |
| 2/10/2023 | Nicky Tenney | PROOF MOTION FOR MORE TIME TO RESPOND TO MOTION TO DISMISS (.2); EMAILS WITH W. COX, G. MANNELLA AND D. STONE (.1); CALLS WITH W. COX (.2);  PROOF AMENDED COMPLAINT (1.9) | 2.4 | $    - | $    - |
| 2/10/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM CO-COUNSEL (0.4); PHONE CALL WITH D. STONE TO DISCUSS REPLY (0.4); FINALIZE CASE LAW RESEARCH AND EMAIL TO C. WIEST (0.2) | 1 | $ 875.00 | $ 875.00 |
| 2/10/2023 | Wendy Cox | DRAFT AND EMAIL TO C. WIEST MOTION AND ORDER TO FILE EXCESS PAGES AND EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS (1.8) | 1.8 | $ 875.00 | $ 1,575.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/10/2023 | Wendy Cox | EMAIL FINAL DRAFT OF MOTION TO N. TENNEY AND G. MANNELLA FOR REVIEW (0.2); REVIEW FINAL DRAFT OF MOTION AND ORDER AND EMAIL TO G. MANNELLA FOR FILING (0.5); PHONE CALL WITH D. STONE ABOUT FILING QUESTIONS (0.2); PHONE CALL WITH N. TENNEY REGARDING MOTION SIGNATURE BLOCKS (0.1) | 1 | $ 875.00 | $ 875.00 |
| 2/10/2023 | Wendy Cox | PHONE CALLS WITH C. WIEST ABOUT AMENDED COMPLAINT (0.4); DRAFT AND SEND EMAIL TO N. TENNEY (0.2) | 0.6 | $ 875.00 | $ 525.00 |
| 2/10/2023 | Wendy Cox | REVIEW RESPONSE TO MOTION TO DISMISS (2.8) | 2.8 | $ 875.00 | $ 2,450.00 |
| 2/10/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO PLAINTIFFS REGARDING FILING OF AMENDED COMPLAINT | 0.2 | $ 875.00 | $ 175.00 |
| 2/10/2023 | Wendy Cox | PHONE CALL WITH N. TENNEY REGARDING SCHEDULING DUE DATES FOR CASE | 0.1 | $ - | $ - |
| 2/11/2023 | Wendy Cox | DRAFT AND SEND EMAIL WITH AMENDED COMPLAINT FILING TO PLAINTIFFS | 0.4 | $ 875.00 | $ 350.00 |
| 2/11/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM N. TENNEY | 0.1 | $ 875.00 | $ 87.50 |
| 2/11/2023 | Wendy Cox | REVIEW AND REVISE MOTION TO DISMISS RESPONSE | 3.2 | $ 875.00 | $ 2,800.00 |
| 2/13/2023 | Dana Stone Smith | PHONE CALL WITH W. COX TO DISCUSS MOTION TO DISMISS REPLY BRIEF (.2); REVIEW AND REVISE MOTION TO DISMISS REPLY BRIEF AND RECONCILE REVISIONS WITH UPDATED VERSION FROM C. WIEST (2.1) | 2.3 | $ 775.00 | $ 1,782.50 |
| 2/13/2023 | Gina Mannella | REVIEW EMAIL THREAD REGARDING CLASS DEFINITION (.1); CREATE REDLINE VERSION OF CLASS DEFINITION FOR A. SIRI (.4); REVIEW OF EMAILS BETWEEN TEAM REGARDING CLASS DEFINITION DOCUMENT (.3); RESEARCH LOCAL AND FEDERAL RULES REGARDING SERVICE OF AMENDED COMPLAINT FOR W. COX (.3); CALL WITH W. COX REGARDING AMENDED COMPLAINT (.1) | 1.2 | $ - | $ - |
| 2/13/2023 | Nicky Tenney | EMAILS WITH W. COX AND G. MANNELLA (.1); ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.2 | $ - | $ - |
| 2/13/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM CO-COUNSEL AND PLAINTIFFS | 1.1 | $ 875.00 | $ 962.50 |
| 2/13/2023 | Wendy Cox | PHONE CALL WITH D. STONE TO DISCUSS MOTION TO DISMISS | 0.2 | $ 875.00 | $ 175.00 |
| 2/13/2023 | Wendy Cox | REVIEW AND COMMENT ON NEW CLASS DEFINITION | 0.3 | $ 875.00 | $ 262.50 |
| 2/13/2023 | Wendy Cox | PHONE CALL WITH G. MANNELLA TO DISCUSS CASE STATUS | 0.1 | $ 875.00 | $ 87.50 |
| 2/14/2023 | Dana Stone Smith | RESEARCH MOOTNESS (.9); PHONE CALL WITH W. COX TO DISCUSS REPLY BRIEF (.3); PHONE CALL WITH G. MANNELLA REGARDING FORMATTING REPLY BRIEF (.2); REVIEW FILED CLASS DEFINITION UPDATE (.2); PHONE CALL WITH W. COX TO DISCUSS BRIEF REVISION PLAN (.3); REVIEW PLAINTIFF DECLARATIONS (.5); MAKE ADDITIONAL REVISIONS TO REPLY BRIEF INCORPORATING NEWS ARTICLES AND USMC STATUTE AND SEND TO W. COX FOR REVIEW (.9); REVIEW W. COX EDITS TO REPLY BRIEF AND CIRCULATE TO GROUP FOR FURTHER REVIEW WITH COMMENTS (.7) | 4 | $ 775.00 | $ 3,100.00 |
| 2/14/2023 | Gina Mannella | CALL WITH D. STONE REGARDING RESPONSE TO MOTION TO DISMISS (.2); REVIEW PLAINTIFFS FILED NOTICE TO THE COURT REGARDING CLASS DEFINITIONS (.1); UPDATE ACTION ITEMS LIST (.1); PRINT AND ASSEMBLE AMENDED COMPLAINT AND APPENDIX FOR SERVICE BY MAIL (.4) | 0.8 | $ - | $ - |
| 2/14/2023 | Wendy Cox | PHONE CALL WITH D. STONE REGARDING RESPONSE TO MOTION TO DISMISS | 0.8 | $ 875.00 | $ 700.00 |
| 2/14/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM CO-COUNSEL ON THE CASE | 0.5 | $ 875.00 | $ 437.50 |
| 2/14/2023 | Wendy Cox | REVIEW D. STONE REVISIONS TO RESPONSE TO MOTION TO DISMISS | 0.8 | $ 875.00 | $ 700.00 |
| 2/15/2023 | Dana Stone Smith | ZOOM STRATEGY MEETING (.5); REVIEW ARTICLE SENT BY A. SIRI REGARDING NATIONAL GUARD SERVICEMEMBERS (.4); REVIEW ARTICLE SENT BY W. COX WITH MILITARY TIMES INQUIRY TO SERVICE MEMBERS (.1) | 1 | $ 775.00 | $ 775.00 |
| 2/15/2023 | Elizabeth Brehm | ATTEND ZOOM MEETING WITH TEAM TO DISCUSS RESPONSE TO MOTION TO DISMISS (0.2) | 0.2 | $ 975.00 | $ 195.00 |
| 2/15/2023 | Gina Mannella | REVIEW EMAILS REGARDING RESPONSE FILING (.1); PREPARE AMENDED COMPLAINT FOR SERVICE VIA CERTIFIED MAIL AND TRAVEL TO POST OFFICE (1.6); TEAM ZOOM MEETING REGARDING RESPONSE FILING (.7); REVIEW VERSION 5 OF RESPONSE TO MOTION TO DISMISS AND NOTE CITATIONS (2.9); CALL WITH W. COX REGARDING FILING OF RESPONSE (.2); EMAIL VERSION 5 TO C. WIEST FOR REVIEW (.1); PROOFREAD AND CREATE TABLES FOR FINAL VERSION OF RESPONSE TO MOTION TO DISMISS (3.1) | 8.7 | $ 240.00 | $ 2,088.00 |
| 2/15/2023 | Wendy Cox | ZOOM CALL WITH C. WIEST, A. SIRI, E. BREHM, T. BRUNS, D. STONE, G. MANNELLA REGARDING CASE | 0.3 | $ 875.00 | $ 262.50 |
| 2/15/2023 | Wendy Cox | PULL CASES FROM PACER FOR TWO CASES FILED IN THE US CT. OF CLAIMS | 0.3 | $ - | $ - |
| 2/15/2023 | Wendy Cox | REVIEW REVISIONS TO MOTION TO DISMISS RESPONSE | 1.6 | $ 875.00 | $ 1,400.00 |
| 2/15/2023 | Wendy Cox | PHONE CALLS WITH G. MANNELLA TO DISCUSS FILING AND REVIEW OF THE MOTION TO DISMISS | 0.3 | $ 875.00 | $ 262.50 |

| Date | Name | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 2/15/2023 | Wendy Cox | PHONE CALL WITH C. WIEST ABOUT FINAL FILING OF THE MOTION TO DISMISS AND READ AND RESPOND TO TEXT MESSAGE ABOUT THE SAME | 0.2 | $ 875.00 | $ | 175.00 |
| 2/16/2023 | Dana Stone Smith | REVIEW NEW CLASS ACTION COMPLAINTS FILED SENT BY W. COX | 1 | $ 775.00 | $ | 775.00 |
| 2/16/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ | - |
| 2/17/2023 | Dana Stone Smith | REVIEW EMAILS FROM J. WALKER, C. WIEST, AND E. BREHM REGARDING CONSENT TO AN EXTENSION TO ANSWER FOR DEFENDANTS (.3) | 0.3 | $ - | $ | - |
| 2/21/2023 | Gina Mannella | REVIEW EMAIL FROM W. COX REGARDING DEFENDANTS REQUEST FOR AN EXTENSION AND FORWARD SAME TO N. TENNEY FOR CALENDAR | 0.1 | $ - | $ | - |
| 2/21/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2); EMAIL G. MANNELLA REGARDING CALENDARING (.1); RULE CHECK (.1); CALENDAR (.2) | 0.6 | $ - | $ | - |
| 2/21/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM B. SCHELSKE | 0.3 | $ 875.00 | $ | 262.50 |
| 2/23/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.3 | $ 875.00 | $ | 262.50 |
| 2/24/2023 | Gina Mannella | DRAFT AFFIDAVIT OF SERVICE AND ASSEMBLE EXHIBITS FOR PROOF OF SERVICE OF AMENDED COMPLAINT AND APPENDIX FOR US ATTORNEYS GENERAL M. GARLAND US ATTORNEY GENERAL FOR THE NORTHERN DISTRICT OF TEXAS (1.2); MODIFY DOCUMENTS AND FILE AFFIDAVIT OF SERVICE (.5); UPLOAD AFFIDAVIT DOCUMENTS TO CLIO (.1); UPDATE ACTION ITEMS LIST (.2) | 2 | $ - | $ | - |
| 2/24/2023 | Nicky Tenney | REVIEW AFFIDAVIT OF SERVICE FOR G. MANNELLA (.1); ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.2 | $ - | $ | - |
| 2/24/2023 | Wendy Cox | REVIEW AFFIDAVIT OF SERVICE FOR AMENDED COMPLAINT | 0.1 | $ - | $ | - |
| 2/24/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.1 | $ 875.00 | $ | 87.50 |
| 2/26/2023 | Wendy Cox | REVIEW AND EMAIL NEW ARMY POLICY IMPLEMENTING THE COVID-19 VACCINE RESCISSION | 0.5 | $ 875.00 | $ | 437.50 |
| 2/27/2023 | Dana Stone Smith | REVIEW ARMY REPRIMAND POLICY MEMORANDUM | 0.5 | $ 775.00 | $ | 387.50 |
| 2/27/2023 | Wendy Cox | READ EMAILS FROM A. SIRI AND C. WIEST | 0.1 | $ 875.00 | $ | 87.50 |
| 2/27/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGES FROM Z. BAKICH | 0.1 | $ 875.00 | $ | 87.50 |
| 2/28/2023 | Wendy Cox | UPDATE ZOOM CALENDAR INVITE FOR CASE STRATEGY MEETING TOMORROW | 0.1 | $ - | $ | - |
| 2/28/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGES FROM Z. BUFKIN | 0.2 | $ 875.00 | $ | 175.00 |
| 2/28/2023 | Wendy Cox | WATCH MILITARY PERSONNEL SUBCOMMITTEE ON COVID-19'S IMPACT ON DOD AND ITS SERVICEMEMBERS | 0.4 | $ 875.00 | $ | 350.00 |
| 3/1/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGES AND PHONE CALL FROM PLAINTIFFS | 0.2 | $ 875.00 | $ | 175.00 |
| 3/1/2023 | Wendy Cox | PHONE CALL WITH L. CHRISMAN ASKING FOR AN UPDATE ON THE CASE | 0.2 | $ 875.00 | $ | 175.00 |
| 3/2/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.2 | $ 875.00 | $ | 175.00 |
| 3/3/2023 | Elizabeth Brehm | ATTEND TEAMS MEETING WITH TEAM TO DISCUSS | 0.1 | $ 975.00 | $ | 97.50 |
| 3/3/2023 | Gina Mannella | WEEKLY STRATEGY MEETING | 0.1 | $ 240.00 | $ | 24.00 |
| 3/3/2023 | Wendy Cox | READ AND RESPOND TO EMAILS AND TEXT MESSAGES FROM PLAINTIFFS | 0.2 | $ 875.00 | $ | 175.00 |
| 3/3/2023 | Wendy Cox | ZOOM CALL WITH C. WIEST, A. SIRI, T. BRUNS, G. MANNELLA, E. BREHM ABOUT CASE | 0.1 | $ 875.00 | $ | 87.50 |
| 3/3/2023 | Wendy Cox | PHONE CALL WITH Z. BUFKIN ABOUT CASE STATUS | 0.4 | $ 875.00 | $ | 350.00 |
| 3/6/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.4 | $ 875.00 | $ | 350.00 |
| 3/6/2023 | Wendy Cox | DRAFT NOTICE OF SUBSEQUENT FACTUAL DEVELOPMENT AND EMAIL TO C. WIEST, A. SIRI, E. BREHM, T. BRUNS, D. SMITH, AND G. MANNELLA | 1 | $ 875.00 | $ | 875.00 |
| 3/6/2023 | Wendy Cox | REVIEW AND EMAIL TRANSCRIPT FROM THE HOUSE ARMED SERVICE COMMITTEE ON MILITARY PERSONNEL HOLDS HEARING TO C. WIEST, T. BRUNS, AND G. MANNELLA | 0.2 | $ 875.00 | $ | 175.00 |
| 3/7/2023 | Gina Mannella | EMAILS WITH W. COX REGARDING FILING OF NOTICE AND PREPARING DOCUMENTS FOR FILING | 0.1 | $ 240.00 | $ | 24.00 |
| 3/7/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.2 | $ 875.00 | $ | 175.00 |
| 3/7/2023 | Wendy Cox | DRAFT AND SEND EMAIL WITH ATTACHMENTS TO G. MANNELLA ABOUT FILING FOR THURSDAY | 0.1 | $ 875.00 | $ | 87.50 |
| 3/8/2023 | Elizabeth Brehm | ATTEND TEAMS ZOOM TO DISCUSS FILING SUPPLEMENTAL FACTUAL DEVELOPMENT FOR GALLOWAY, AND FILING NOTICE OF MILITARY TESTIMONY TO CONGRESS | 0.1 | $ 975.00 | $ | 97.50 |
| 3/8/2023 | Gina Mannella | REVIEW AND REVISE GALLOWAY NOTICE AND PREPARE EXHIBIT FOR FILING (.2); CALL WITH W. COX REGARDING NOTICE (.2); TEAM ZOOM MEETING (.2) | 0.6 | $ 240.00 | $ | 144.00 |
| 3/8/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ | - |
| 3/8/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.3 | $ 875.00 | $ | 262.50 |
| 3/8/2023 | Wendy Cox | REVIEW FACTUAL SUPPLEMENTAL DEVELOPMENT AND PHONE CALL WITH G. MANNELLA | 0.3 | $ 875.00 | $ | 262.50 |
| 3/8/2023 | Wendy Cox | ZOOM CALL WITH C. WIEST, A. SIRI, E. BREHM, AND G. MANNELLA | 0.2 | $ 875.00 | $ | 175.00 |
| 3/9/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2) | 0.2 | $ - | $ | - |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/10/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2); RULES CHECK (.1); CALENDAR (.1) | 0.4 | $    - | $    - |
| 3/10/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM S. GALLOWAY | 0.3 | $ 875.00 | $   262.50 |
| 3/10/2023 | Wendy Cox | EMAIL PLAINTIFFS DEFENDANTS NEWLY FILED MOTION TO DISMISS AND REPLY TO OUR RESPONSE TO THEIR ORIGINAL MOTION TO DISMISS | 0.2 | $ 875.00 | $   175.00 |
| 3/10/2023 | Wendy Cox | REVIEW DEFENDANTS MOTION TO DISMISS AMENDED COMPLAINT AND REPLY TO OUR RESPONSE TO THEIR ORIGINAL MOTION TO DISMISS | 1.1 | $ 875.00 | $   962.50 |
| 3/13/2023 | Dana Stone Smith | REVIEW DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS | 1.2 | $ 775.00 | $   930.00 |
| 3/13/2023 | Gina Mannella | REVIEW DEFENDANTS ECF FILINGS 105 TO 108 | 0.8 | $    - | $    - |
| 3/13/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.3 | $ 875.00 | $   262.50 |
| 3/14/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.2 | $ 875.00 | $   175.00 |
| 3/15/2023 | Gina Mannella | TEAM ZOOM MEETING REGARDING RESPONSE DUE ON MARCH 31 | 0.2 | $ 240.00 | $    48.00 |
| 3/15/2023 | Wendy Cox | READ AND RESPOND TO EMAIL REGARDING ARMY SOLDIER WHO WAS DISCHARGED | 0.2 | $ 875.00 | $   175.00 |
| 3/16/2023 | Wendy Cox | READ THROUGH RECENTLY RELEASED ARMY POLICIES AND ORDERS RELATED TO THE COVID-19 VACCINE RESCISSION AND THE NAVY SEALS SURREPLY (1.9); PHONE CALL WITH C. WIEST (0.1) | 2 | $ 875.00 | $ 1,750.00 |
| 3/16/2023 | Wendy Cox | REVIEW AND REVISE MOTION TO DISMISS AMENDED COMPLAINT RESPONSE AND EMAIL TO T. BRUNS AND C. WIEST | 6.2 | $ 875.00 | $ 5,425.00 |
| 3/16/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO FIVE PLAINTIFFS ASKING ███████████████████ | 0.2 | $ 875.00 | $   175.00 |
| 3/17/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS AND EMAIL C. WIEST AND T. BRUNS | 0.4 | $ 875.00 | $   350.00 |
| 3/19/2023 | Wendy Cox | READ AND RESPOND TO PLAINTIFFS EMAILS | 0.1 | $ 875.00 | $    87.50 |
| 3/21/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM D. MELL ABOUT CONTINUED HARM NOT BEING RESCINDED | 0.1 | $ 875.00 | $    87.50 |
| 3/22/2023 | Elizabeth Brehm | REVIEW AND EDIT MOTION TO DISMISS RESPONSE (0.8); ATTEND TEAM MEETING TO DISCUSS CASE STRATEGY (0.3) | 1.1 | $ 975.00 | $ 1,072.50 |
| 3/22/2023 | Gina Mannella | TEAM ZOOM MEETING REGARDING RESPONSE TO MOTION TO DISMISS AND OTHER ISSUES (.4) | 0.4 | $ 240.00 | $    96.00 |
| 3/22/2023 | Nicky Tenney | RULES CHECK (.1); EMAILS WITH W. COX AND G. MANNELLA (.1) | 0.2 | $    - | $    - |
| 3/22/2023 | Wendy Cox | ZOOM CALL WITH C. WIEST, E. BREHM, T. BRUNS, AND G. MANNELLA TO GO OVER DRAFT OF RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT (0.6) | 0.6 | $ 875.00 | $   525.00 |
| 3/22/2023 | Wendy Cox | REVIEW MODIFIED RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT AND EMAIL UPDATES TO C. WIEST ALONG WITH NEWEST POLICY AND AUTHORITY | 1.5 | $ 875.00 | $ 1,312.50 |
| 3/23/2023 | Aaron Siri | REVIEW EDITS TO MOTION TO DISMISS AND TURN DRAFT OF SAME (1.0); CIRCULATE ADDITIONAL EDITS (0.1) | 1.1 | $ 975.00 | $ 1,072.50 |
| 3/23/2023 | Nicky Tenney | EMAILS WITH C. WIEST AND W. COX (.1); CALL WITH C. COX (.1); PROOF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT (2.7) | 2.9 | $    - | $    - |
| 3/23/2023 | Wendy Cox | PHONE CALL WITH N. TENNEY ABOUT TWO CHANGES IN RESPONSE TO MOTION TO DISMISS AND CALENDAR ENTRIES FOR REPLY AND RESPONSE | 0.8 | $    - | $    - |
| 3/24/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $    - | $    - |
| 3/24/2023 | Wendy Cox | REVIEW CHANGES TO RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT | 0.4 | $ 875.00 | $   350.00 |
| 3/28/2023 | Gina Mannella | CALL WITH W. COX REGARDING CASE STATUS (.2); REVIEW OF PLAINTIFFS MEMO IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS (.6) | 0.8 | $    - | $    - |
| 3/30/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS AND CO-COUNSEL T. BRUNS REGARDING UPDATES CONTINUING HARM | 0.5 | $ 875.00 | $   437.50 |
| 3/31/2023 | Gina Mannella | REVIEW AND ACCEPT CALENDAR NOTICE REGARDING DEFENDANTS REPLY DEADLINE | 0.1 | $    - | $    - |
| 3/31/2023 | Nicky Tenney | UPDATE CALENDAR AND EMAILS WITH W. COX REGARDING SAME (.1) | 0.1 | $    - | $    - |
| 3/31/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM Z. BUFKIN AND B. SCHELSKE | 0.5 | $ 875.00 | $   437.50 |
| 3/31/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO N. TENNEY ABOUT SCHEDULING DEADLINE FOR CASE | 0.1 | $ 875.00 | $    87.50 |
| 4/2/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS AND EMAIL RECENT FILING TO ALL PLAINTIFFS | 0.3 | $ 875.00 | $   262.50 |
| 4/3/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM J. COSTROFF | 0.1 | $ 875.00 | $    87.50 |
| 4/5/2023 | Gina Mannella | WEEKLY ZOOM MEETING | 0.2 | $ 240.00 | $    48.00 |
| 4/5/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $    - | $    - |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/5/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM J. COSTROFF | 0.1 | $ 875.00 | $ 87.50 |
| 4/5/2023 | Wendy Cox | ZOOM MEETING WITH C. WIEST, A. SIRI, E. BREHM, AND G. MANNELLA TO DISCUSS CASE STATUS | 0.2 | $ 875.00 | $ 175.00 |
| 4/5/2023 | Wendy Cox | READ EMAIL FROM DEFENDANT ATTORNEY J. WALKER | 0.1 | $ 875.00 | $ 87.50 |
| 4/7/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 4/7/2023 | Wendy Cox | CASE LAW RESEARCH REGARDING MOTION TO STRIKE DECLARATION IN DEFENDANT'S REPLY BRIEF | 1.8 | $ 875.00 | $ 1,575.00 |
| 4/7/2023 | Wendy Cox | DRAFT MOTION TO STRIKE | 2.1 | $ 875.00 | $ 1,837.50 |
| 4/8/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM S. GALLOWAY | 0.1 | $ 875.00 | $ 87.50 |
| 4/9/2023 | Wendy Cox | DRAFT MOTION TO STRIKE | 3.7 | $ 875.00 | $ 3,237.50 |
| 4/10/2023 | Gina Mannella | REVIEW DEFENDANTS REPLY AND SUPPLEMENTAL APPENDIX TO MOTION TO DISMISS | 0.6 | $ 240.00 | $ 144.00 |
| 4/10/2023 | Wendy Cox | FINALIZE DRAFT OF MOTION TO STRIKE DECLARATION | 0.9 | $ 875.00 | $ 787.50 |
| 4/11/2023 | Gina Mannella | UPDATE ACTION ITEMS LIST | 0.1 | $ 240.00 | $ 24.00 |
| 4/11/2023 | Wendy Cox | CHECK CITATIONS IN MOTION TO STRIKE | 0.3 | $ - | $ - |
| 4/12/2023 | Wendy Cox | PHONE CALL WITH L. CHRISMAN ABOUT STATUS OF CASE | 0.2 | $ 875.00 | $ 175.00 |
| 4/16/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM Z. BUFKIN | 0.1 | $ 875.00 | $ 87.50 |
| 4/19/2023 | Gina Mannella | TEAM ZOOM MEETING TO DISCUSS STATUS OF CASE | 0.2 | $ 240.00 | $ 48.00 |
| 4/19/2023 | Wendy Cox | ZOOM CALL WITH C. WIEST, G. MANNELLA, AND T. BRUNS ABOUT CASE | 0.2 | $ 875.00 | $ 175.00 |
| 5/16/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM F. SPINNER REGARDING Z. BUFKIN | 0.3 | $ 875.00 | $ 262.50 |
| 5/30/2023 | Wendy Cox | LISTEN TO VOICEMAIL FROM L. CHRISMAN (0.1); RETURN CALL AND LEAVE VOICE MESSAGE (0.1); PHONE CALL WITH L. CHRISMAN (0.2) | 0.4 | $ 875.00 | $ 350.00 |
| 5/30/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO PLAINTIFFS TO UPDATE THEM ON CASE | 0.2 | $ 875.00 | $ 175.00 |
| 5/31/2023 | Gina Mannella | CALL WITH W. COX REGARDING FIRM CURRICULUM VITAE FILED IN CASE AND STATUS OF CASE | 0.2 | $ 240.00 | $ 48.00 |
| 5/31/2023 | Wendy Cox | PHONE CALL WITH G. MANNELLA TO DISCUSS DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE | 0.2 | $ 875.00 | $ 175.00 |
| 5/31/2023 | Wendy Cox | PHONE CALL WITH G. MANNELLA TO DISCUSS CASE STATUS | 0.2 | $ 875.00 | $ 175.00 |
| 6/2/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM PLAINTIFF | 0.2 | $ 875.00 | $ 175.00 |
| 6/13/2023 | Wendy Cox | READ AND EMAIL RECENT CASE OUT OF THE 5TH CIRCUIT, ABBOTT V. BIDEN, TO C. WIEST AND T. BRUNS | 0.6 | $ 875.00 | $ 525.00 |
| 6/15/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE, AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 6/16/2023 | Gina Mannella | REVIEW DEFENDANTS FILING OF SUPPLEMENTAL AUTHORITY | 0.1 | $ 240.00 | $ 24.00 |
| 6/16/2023 | Wendy Cox | REVIEW RECENT FILING BY GOVERNMENT FOR CASE | 0.3 | $ 875.00 | $ 262.50 |
| 6/19/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM Z. BUFKIN | 0.1 | $ 875.00 | $ 87.50 |
| 6/21/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM Z. BUFKIN | 0.1 | $ 875.00 | $ 87.50 |
| 6/21/2023 | Wendy Cox | PHONE CALL WITH POTENTIAL WHISTLEBLOWER | 0.8 | $ 875.00 | $ 700.00 |
| 6/27/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); CALENDAR (.1) | 0.2 | $ - | $ - |
| 6/27/2023 | Wendy Cox | READ RECENT ECF NOTICE FROM THE COURT (0.1); DRAFT AND SEND EMAIL TO PLAINTIFFS REQUESTING THE INFORMATION (0.4) | 0.5 | $ 875.00 | $ 437.50 |
| 6/27/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO A. SIRI, T. BRUNS, E. BREHM, G. MANNELLA AND C. WIEST (0.1); READ EMAIL FROM C. WIEST (0.1) | 0.2 | $ 875.00 | $ 175.00 |
| 6/27/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM B. SCHELSKE | 0.2 | $ 875.00 | $ 175.00 |
| 6/28/2023 | Wendy Cox | PHONE CALL WITH C. WIEST REGARDING CASE | 0.2 | $ 875.00 | $ 175.00 |
| 6/28/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM B. BAKICH | 0.2 | $ 875.00 | $ 175.00 |
| 6/29/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.2) | 0.2 | $ - | $ - |
| 6/29/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO ALL PLAINTIFFS REQUESTING ADDITIONAL INFORMATION (0.4); READ EMAILS FROM DEFENDANT COUNSELORS (0.1) | 0.5 | $ 875.00 | $ 437.50 |
| 6/29/2023 | Wendy Cox | READ DEFENDANT'S MOST RECENT ECF FILING | 0.1 | $ 875.00 | $ 87.50 |
| 6/30/2023 | Gina Mannella | EMAILS WITH W. COX REGARDING CALL TO P. TESTA FOR SPREADSHEET INFORMATION (.1) | 0.1 | $ 240.00 | $ 24.00 |
| 6/30/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.3) | 0.3 | $ - | $ - |
| 6/30/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS (0.4); CREATED EXCEL SPREADSHEET WITH INFORMATION FOR COURT (1.1) | 1.5 | $ 875.00 | $ 1,312.50 |
| 6/30/2023 | Wendy Cox | RESEARCH ON VENUE AND MOOTNESS | 1.2 | $ 875.00 | $ 1,050.00 |
| 6/30/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO G. MANNELLA REGARDING CONTACTING P. TESTA REGARDING ADDITIONAL INFORMATION (0.1); READ AND RESPOND TO EMAIL FROM G. MANNELLA (0.1) | 0.2 | $ 875.00 | $ 175.00 |
| 6/30/2023 | Wendy Cox | REVIEW JOINT MOTION (0.1); DRAFT AND SEND EMAIL TO C. WIEST, A. SIRI, E. BREHM, AND T. BRUNS REGARDING MOTION FOR EXTENSION OF TIME TO FILE JOINT RESPONSE (0.1) | 0.2 | $ 875.00 | $ 175.00 |
| 6/30/2023 | Wendy Cox | READ EMAILS BETWEEN DEFENDANTS AND C. WIEST | 0.1 | $ 875.00 | $ 87.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/3/2023 | Gina Mannella | CALL WITH P. TESTA (.1); EMAIL TO W. COX REGARDING SAME (.1); FOLLOW UP TEXT TO P. TESTA REGARDING W. COX FOLLOW UP QUESTIONS (.1) | 0.3 | $ 240.00 | $ 72.00 |
| 7/3/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO G. MANNELLA REGARDING P. TESTA CONTACT | 0.1 | $ 875.00 | $ 87.50 |
| 7/3/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM G. MANNELLA (0.2); CALL AND LEFT MESSAGES WITH WEST POINT CADETS (0.4); READ AND RESPOND TO TEXT MESSAGES FROM N. SABALLA (0.2) | 0.8 | $ 875.00 | $ 700.00 |
| 7/3/2023 | Wendy Cox | PHONE CALL WITH N. SABALLA | 0.2 | $ 875.00 | $ 175.00 |
| 7/3/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM G. MANNELLA REGARDING P. TESTA SEPARATION DATE | 0.1 | $ 875.00 | $ 87.50 |
| 7/5/2023 | Elizabeth Brehm | ATTEND ZOOM MEETING WITH TEAM TO DISCUSS JOINT RESPONSE, POSSIBLE SETTLEMENT TERMS, AND MOVING FOR CLASS CERTIFICATION (0.4) | 0.4 | $ 975.00 | $ 390.00 |
| 7/5/2023 | Gina Mannella | TEAM ZOOM MEETING | 0.4 | $ 240.00 | $ 96.00 |
| 7/5/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 7/5/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS (0.3); PHONE CALL WITH D. MELL (0.3) | 0.6 | $ 875.00 | $ 525.00 |
| 7/5/2023 | Wendy Cox | UPDATE SPREADSHEET WITH ADDITIONAL PLAINTIFF INFORMATION | 0.6 | $ 875.00 | $ 525.00 |
| 7/5/2023 | Wendy Cox | PHONE CALL WITH Z. BUFKIN | 0.3 | $ 875.00 | $ 262.50 |
| 7/5/2023 | Wendy Cox | REVIEW ENLISTED RECORD BRIEF SUBMITTED BY EMAIL FROM B. SCHELSKE | 0.2 | $ 875.00 | $ 175.00 |
| 7/5/2023 | Wendy Cox | PHONE CALL WITH B. SCHELSKE REGARDING CONTINUING HARM EVIDENCE | 0.4 | $ 875.00 | $ 350.00 |
| 7/5/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM S. GALLOWAY (0.2); READ AND RESPOND TO EMAILS FROM B. SCHELSKE (0.4) | 0.6 | $ 875.00 | $ 525.00 |
| 7/5/2023 | Wendy Cox | EMAIL DOCUMENTS TO A. SIRI, E. BREHM, C. WIEST, AND T. BRUNS FOR ZOOM MEETING | 0.1 | $ - | $ - |
| 7/5/2023 | Wendy Cox | RESEARCH ON ARMY FLAG CODES UNDER AR 600-8-2 | 0.2 | $ 875.00 | $ 175.00 |
| 7/5/2023 | Wendy Cox | ZOOM CALL TO DISCUSS JOINT FILING AND POSSIBLE SETTLEMENT OPTIONS | 0.7 | $ 875.00 | $ 612.50 |
| 7/5/2023 | Wendy Cox | CREATE ZOOM LINK FOR ZOOM MEETING WITH PLAINTIFFS (0.1); EMAIL TO C. WIEST AND T. BRUNS AND ALL PLAINTIFFS (0.1) | 0.2 | $ - | $ - |
| 7/5/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO J. COSTROFF FOR ADDITIONAL INFORMATION | 0.1 | $ 875.00 | $ 87.50 |
| 7/6/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM J. COSTROFF | 0.1 | $ 875.00 | $ 87.50 |
| 7/6/2023 | Wendy Cox | EDIT DECLARATION FOR B. SCHELSKE (1.3); EDIT DECLARATION FOR J. COSTROFF (1.2); EDIT DECLARATION FOR L. CHRISMAN (0.4); EDIT DECLARATION FOR S. GALLOWAY (0.9); DRAFT AND SEND EMAIL TO ALL PLAINTIFFS (0.2) | 4 | $ 875.00 | $ 3,500.00 |
| 7/6/2023 | Wendy Cox | RESEARCH FILES AND EDIT DECLARATION FOR Z. BUFKIN | 1.3 | $ 875.00 | $ 1,137.50 |
| 7/6/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.1 | $ 875.00 | $ 87.50 |
| 7/6/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGE FROM PLAINTIFF S. CONKLIN | 0.1 | $ 875.00 | $ 87.50 |
| 7/7/2023 | Gina Mannella | READ FIFTH CIRCUIT NAVY SEALS DECISION | 0.2 | $ - | $ - |
| 7/7/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.1 | $ 875.00 | $ 87.50 |
| 7/7/2023 | Wendy Cox | DRAFT Z. BUFKIN'S DECLARATION | 0.1 | $ 875.00 | $ 87.50 |
| 7/7/2023 | Wendy Cox | READ AND RESPOND TO EMAIL WITH REVISED DECLARATION FOR REVIEW FOR S. GALLOWAY | 0.4 | $ 875.00 | $ 350.00 |
| 7/7/2023 | Wendy Cox | READ AND RESPOND TO EMAIL WITH REVISED DECLARATION FOR K. COSTROFF | 0.4 | $ 875.00 | $ 350.00 |
| 7/7/2023 | Wendy Cox | DOWNLOAD AND REVIEW EMAIL ATTACHMENT FROM J. COSTROFF (0.2); CREATE ADOBE FILE EXHIBIT (0.2) | 0.4 | $ - | $ - |
| 7/7/2023 | Wendy Cox | ZOOM CALL WITH PLAINTIFFS B. SCHELSKE, J. COSTROFF, D. MELL, Z. BUFKIN, B. BAKICH, C. WIEST, AND T. BRUNS TO DISCUSS CASE STATUS | 0.6 | $ 875.00 | $ 525.00 |
| 7/7/2023 | Wendy Cox | READ 5TH CIRCUIT NAVY SEALS OPINION (0.5); SEND EMAIL TO CO-COUNSEL (0.1) | 0.6 | $ 875.00 | $ 525.00 |
| 7/7/2023 | Wendy Cox | PHONE CALL WITH N. SABALLA ABOUT CASE AND CONTINUING HARM | 0.3 | $ 875.00 | $ 262.50 |
| 7/7/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO PLAINTIFFS TO C. WIEST FOR REVIEW | 0.4 | $ 875.00 | $ 350.00 |
| 7/7/2023 | Wendy Cox | EDIT DECLARATION FOR B. SCHELSKE (0.6); EMAIL TO B. SCHELSKE FOR REVIEW (0.1) | 0.7 | $ 875.00 | $ 612.50 |
| 7/8/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGE FROM N. HAMM REGARDING DECLARATION | 0.2 | $ 875.00 | $ 175.00 |
| 7/8/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM S. GALLOWAY | 0.1 | $ 875.00 | $ 87.50 |
| 7/8/2023 | Wendy Cox | DRAFT Z. BUFKIN'S DECLARATION | 1.4 | $ 875.00 | $ 1,225.00 |
| 7/10/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); CALENDAR (.1) | 0.2 | $ - | $ - |
| 7/10/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM B. SCHELSKE (0.3); READ AND RESPOND TO EMAIL FROM B. BAKICH (0.1); REVISE B. SCHELSKE DECLARATION (0.2) | 0.6 | $ 875.00 | $ 525.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/10/2023 | Wendy Cox | FINALIZE EMAIL TO PLAINTIFFS AND SEND TO ALL PLAINTIFFS (0.2); UPDATE SPREADSHEET (0.2) | 0.4 | $ 875.00 | $ 350.00 |
| 7/10/2023 | Wendy Cox | FINALIZE DECLARATION FOR Z. BUFKIN | 0.5 | $ 875.00 | $ 437.50 |
| 7/10/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO C. WIEST, T. BRUNS, A. SIRI, AND E. BREHM WITH DECLARATIONS ATTACHED | 0.2 | $ 875.00 | $ 175.00 |
| 7/10/2023 | Wendy Cox | PHONE CALL WITH P. TESTA ABOUT CASE AND HIS CURRENT HARM STATUS (0.3); PHONE CALL WITH C. WIEST TO DISCUSS CASE (0.3); DRAFT AND SEND EMAIL TO D. MELL WITH MEMORANDUM RESCINDING HIS GOMOR (0.1) | 0.7 | $ 875.00 | $ 612.50 |
| 7/10/2023 | Wendy Cox | PHONE CALL WITH L. CHRISMAN ABOUT PHONE CALL WITH JUDGE NEXT WEEK (0.4); SCHEDULE ZOOM PREPARATION SESSION WITH L. CHRISMAN (0.2); DRAFT AND SEND EMAIL TO L. CHRISMAN WITH HIS DECLARATIONS FROM THE CASE (0.2) | 0.8 | $ 875.00 | $ 700.00 |
| 7/11/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM CLASS MEMBER (0.1); READ ATTACHMENT IN EMAIL, "STATEMENT OF ADMINISTRATION POLICY - H.R. 2670 (0.2); DRAFT AND SEND EMAIL TO C. WIEST AND T. BRUNS REGARDING THE ATTACHMENT (0.1) | 0.4 | $ 875.00 | $ 350.00 |
| 7/11/2023 | Wendy Cox | PHONE CALL TO N. SABALLA (0.1); READ AND RESPOND TO TEXT MESSAGES FROM N. SABALLA (0.2) | 0.3 | $ 875.00 | $ 262.50 |
| 7/11/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO E. BREHM REGARDING SCHEDULING ZOOM MEETING (0.1); READ AND RESPOND TO TEXT MESSAGES FROM C. WIEST (0.1) | 0.2 | $ 875.00 | $ 175.00 |
| 7/11/2023 | Wendy Cox | RESEARCH ON TIME TO PROCESS APPLICATIONS AT THE ARMY DISCHARGE REVIEW BOARD AND CORRECTION OF MILITARY RECORDS | 0.2 | $ 875.00 | $ 175.00 |
| 7/12/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGE FROM N. SABALLA (0.1); PHONE CALL TO N. SABALLA (0.1); DRAFT AND SEND TEXT MESSAGE TO D. MELL (0.1); READ AND RESPOND TO EMAIL FROM Z. BUFKIN (0.1); READ AND REPLY TO EMAIL FROM C. WIEST (0.1) | 0.5 | $ 875.00 | $ 437.50 |
| 7/12/2023 | Wendy Cox | DRAFT SETTLEMENT TERMS (0.9); PHONE CALL WITH C. WIEST (0.3) | 1.2 | $ 875.00 | $ 1,050.00 |
| 7/12/2023 | Wendy Cox | DRAFT AND SEND TEXT MESSAGE TO PLAINTIFFS (0.2); PHONE CALL WITH L. CHRISMAN (0.2); DRAFT AND SEND EMAIL TO Z. BUFKIN, L. CHRISMAN, S. GALLOWAY, B. SCHELSKE, AND J. COSTROFF REGARDING ████████████ (0.2); DRAFT AND SEND EMAIL TO B. SCHELSKE (0.1); UPDATE EXCEL SPREADSHEET (0.1); PHONE CALL WITH S. GALLOWAY (0.2); PHONE CALL WITH J. COSTROFF (0.2); READ AND RESPOND TO TEXT MESSAGES FROM K. BUFKIN (0.2); PHONE CALL WITH B. SCHELSKE (0.3); DRAFT AND SEND EMAIL TO C. WIEST ABOUT PLAINTIFFS (0.1); PHONE CALL WITH Z. BUFKIN (0.3) | 2.1 | $ 875.00 | $ 1,837.50 |
| 7/12/2023 | Wendy Cox | EDIT B. SCHELSKE DECLARATION | 0.2 | $ 875.00 | $ 175.00 |
| 7/12/2023 | Wendy Cox | FINALIZE AND UPLOAD RESEARCH ONTO CLIO MANAGE | 0.2 | $  - | $  - |
| 7/12/2023 | Wendy Cox | UPLOAD EXCEL SPREADSHEET INTO CLIO MANAGE | 0.1 | $  - | $  - |
| 7/13/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO C. WIEST, T. BRUNS, AND E. BREHM REGARDING SCHEDULING OF ZOOM MEETING (0.1) | 0.1 | $ 875.00 | $ 87.50 |
| 7/13/2023 | Wendy Cox | READ JOINT SUPPLEMENT SUBMITTED BY DEFENDANTS (0.2); PHONE CALLS WITH C. WIEST (0.5); FINALIZE DECLARATIONS AND SEND TO C. WIEST (0.3); PHONE CALL WITH J. COSTROFF AND B. SCHELSKE (0.2); RESEARCH ON WHEN SOLDIER IS ELIGIBLE FOR THE SENIOR LEADERSHIP COURSE (0.2) | 1.4 | $ 875.00 | $ 1,225.00 |
| 7/13/2023 | Wendy Cox | FINALIZE DECLARATIONS FOR Z. BUFKIN, L. CHRISMAN, AND S. GALLOWAY (0.3); DRAFT AND SEND EMAIL TO Z. BUFKIN, L. CHRISMAN, AND S. GALLOWAY WITH DECLARATIONS FOR REVIEW AND SIGNATURE (0.2); DRAFT AND SEND EMAIL C. WIEST WITH ADDITIONAL INFORMATION FOR FILING (0.3); UPDATE EXCEL SPREADSHEET WITH NEW INFORMATION (0.1); DRAFT AND SEND EMAIL TO C. WIEST WITH EXCEL SPREADSHEET (0.1) FINALIZE S. GALLOWAY SIGNED DECLARATION WITH EXHIBIT (0.2); DRAFT AND SEND EMAIL TO C. WIEST WITH SIGNED DECLARATIONS FROM TWO PLAINTIFFS (0.1) | 1.3 | $ 875.00 | $ 1,137.50 |
| 7/13/2023 | Wendy Cox | PHONE CALL WITH C. WIEST (0.2); FINALIZE AND EMAIL DECLARATIONS TO B. SCHELSKE AND J. COSTROFF (1.5); DRAFT AND SEND EMAIL TO C. WIEST WITH FINAL SIGNED DECLARATIONS WITH EXHIBITS (0.1) | 1.8 | $ 875.00 | $ 1,575.00 |
| 7/14/2023 | Elizabeth Brehm | REVIEW AND EDIT JOINT SUPPLEMENTAL NOTICE (0.1); REVERT TO C. WIEST (0.1) | 0.2 | $ 975.00 | $ 195.00 |
| 7/14/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.3) | 0.3 | $  - | $  - |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/14/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM C. WIEST (0.2); REVIEW AND REVISE JOINT STATUS REPORT NOTICE FOR FILING (0.5); READ REVISIONS FROM T. BRUNS TO JOINT STATUS REPORT (0.1); REVIEW DEFENDANTS JOINT STATUS REPORT CHANGES (0.1) | 0.9 | $ 875.00 | $      787.50 |
| 7/14/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO B. SCHELSKE AND J. COSTROFF (0.2); READ EMAIL AND ATTACHMENT FROM K. BUFKIN (0.1); DRAFT AND SEND EMAIL TO C. WIEST ABOUT HARM TO Z. BUFKIN (0.1); DRAFT AND SEND TEXT MESSAGES TO Z. BUFKIN ABOUT DECLARATION (0.1); REVISE Z. BUFKIN DECLARATION WITH POSSIBLE ADDITION (0.3); READ AND RESPOND TO TEXT MESSAGE FROM Z. BUFKIN (0.1) | 0.9 | $ 875.00 | $      787.50 |
| 7/14/2023 | Wendy Cox | REVIEW GOVERNMENT'S APPENDIX TO JOINT STATUS REPORT FILING (0.2); DRAFT AND SEND EMAIL TO PLAINTIFFS WITH UPDATES ON CASE (0.2) | 0.4 | $ 875.00 | $      350.00 |
| 7/15/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM PLAINTIFFS | 0.1 | $ 875.00 | $       87.50 |
| 7/17/2023 | Wendy Cox | UPLOAD RECOUPMENT LETTER TO Z. BUFKIN FILE ON CLIO MANAGE | 0.1 | $     - | $           - |
| 7/18/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM Z. BUFKIN | 0.1 | $ 875.00 | $       87.50 |
| 7/19/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); CALENDAR (.1) | 0.2 | $     - | $           - |
| 7/19/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO L. CHRISMAN WITH COURT CALL-IN INFORMATION (0.1) | 0.1 | $ 875.00 | $       87.50 |
| 7/20/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $     - | $           - |
| 7/20/2023 | Wendy Cox | DRAFT AND SEND TEXT TO C. WIEST AND T. BRUNS REGARDING ZOOM CALL TONIGHT (0.1); DRAFT AND SEND TEXT TO L. CHRISMAN REGARDING TONIGHTS ZOOM CALL (0.1); DRAFT AND SEND EMAIL TO C. WIEST, A. SIRI, E. BREHM, AND T. BRUNS ABOUT SCHEDULING A MEETING (0.1) | 0.3 | $ 875.00 | $      262.50 |
| 7/20/2023 | Wendy Cox | REVIEW L. CHRISMAN'S DECLARATIONS IN PREPARATION FOR ZOOM CALL | 0.4 | $ 875.00 | $      350.00 |
| 7/20/2023 | Wendy Cox | PHONE CALL WITH C. WIEST (0.2); DRAFT AND SEND EMAIL TO C. WIEST (0.1); RESEARCH ON ARMY DISCHARGE REVIEW BOARD APPOINTMENT AND STANDARD OF REVIEW (0.4) | 0.7 | $ 875.00 | $      612.50 |
| 7/20/2023 | Wendy Cox | ZOOM CALL WITH L. CHRISMAN TO DISCUSS CALL WITH JUDGE HENDRIX | 0.8 | $ 875.00 | $      700.00 |
| 7/21/2023 | Gina Mannella | CALL WITH W. COX REGARDING DETAILS OF HEARING | 0.5 | $ 240.00 | $      120.00 |
| 7/21/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); CALENDAR (.1) | 0.2 | $     - | $           - |
| 7/21/2023 | Wendy Cox | PHONE STATUS CALL WITH JUDGE HENDRIX AND DEFENDANTS | 0.8 | $ 875.00 | $      700.00 |
| 7/21/2023 | Wendy Cox | PHONE CALL WITH C. WIEST AND L. CHRISMAN | 0.3 | $ 875.00 | $      262.50 |
| 7/21/2023 | Wendy Cox | PHONE CALL WITH B. SCHELSKE AND J. COSTROFF REGARDING UPDATES ON THE CASE (0.4); DRAFT AND SEND TEXT MESSAGE TO J. COSTROFF AND B. SCHELSKE (0.1); READ AND RESPOND TO MESSAGES FROM J. COSTROFF AND B. SCHELSKE (0.1) | 0.6 | $ 875.00 | $      525.00 |
| 7/21/2023 | Wendy Cox | PHONE CALL WITH G. MANNELLA ABOUT CASE | 0.5 | $ 875.00 | $      437.50 |
| 7/21/2023 | Wendy Cox | RESEARCH ON SERVICE RECORD BRIEFS AND PROMOTION BOARDS (0.8); READ AND RESPOND TO EMAILS FROM J. COSTROFF (0.2); READ AND RESPOND TO EMAILS FROM B. SCHELSKE (0.1); READ AND RESPOND TO EMAILS FROM S. GALLOWAY (0.1) | 1.2 | $ 875.00 | $    1,050.00 |
| 7/21/2023 | Wendy Cox | DRAFT EMAIL FOR DOJ AND EMAIL TO C. WIEST | 0.3 | $ 875.00 | $      262.50 |
| 7/21/2023 | Wendy Cox | READ AND RESPOND TO EMAIL MESSAGES FROM C. WIEST (0.4); DRAFT AND SEND EMAILS TO S. GALLOWAY, J. COSTROFF, AND B. SCHELSKE ABOUT DEFENDANTS PRODUCTION OF RECORD BRIEFS (0.1); READ AND RESPOND TO TEXT MESSAGE FROM J. COSTROFF (0.1) | 0.6 | $ 875.00 | $      525.00 |
| 7/21/2023 | Wendy Cox | PHONE CALL WITH C. WIEST TO DISCUSS NEW EVIDENCE CONCERNING RECORD BRIEFS AND PROMOTION BOARD AND RESPONSE TO DOJ | 0.4 | $ 875.00 | $      350.00 |
| 7/24/2023 | Gina Mannella | REVIEW ECF 124 APPENDIX OF DECLARATIONS AND ECF 127 PLAINTIFFS NOTICE OF SUPPLEMENTAL AUTHORITY | 0.2 | $ 240.00 | $       48.00 |
| 7/25/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGES AND EMAILS FROM J. COSTROFF AND B. SCHELSKE | 0.7 | $ 875.00 | $      612.50 |
| 7/25/2023 | Wendy Cox | PHONE CALL WITH C. WIEST ABOUT EMAIL FROM DEFENDANTS | 0.3 | $ 875.00 | $      262.50 |
| 7/25/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO S. GALLOWAY | 0.1 | $ 875.00 | $       87.50 |
| 7/25/2023 | Wendy Cox | RESEARCH ON MILPER MESSAGE | 0.3 | $ 875.00 | $      262.50 |
| 7/25/2023 | Wendy Cox | PHONE CALL WITH C. WIEST ABOUT RESPONSE FROM DEFENDANTS (0.2); DRAFT AND SEND EMAIL TO DEFENDANTS REGARDING ENLISTED RECORD BRIEF ISSUE (0.4); DRAFT AND SEND EMAIL TO J. COSTROFF WITH BOARD FILE FOR REVIEW (0.1); REVIEW FILES OF J. COSTROFF AND Z. BUFKIN (0.5): DRAFT AND SEND EMAIL TO Z. BUFKIN TO REVIEW FILE SENT BY DEFENDANTS (0.1) | 1.3 | $ 875.00 | $    1,137.50 |
| 7/26/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $     - | $           - |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/26/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGES FROM Z. BUFKIN (0.2); READ AND RESPOND TO EMAIL FROM B. SCHELSKE (0.1); PHONE CALL WITH K. BUFKIN (0.4); DRAFT AND SEND EMAIL TO B. SCHELSKE (0.1); PHONE CALL WITH B. SCHELSKE TO DISCUSS BOARD FILE (0.2); DRAFT AND SEND EMAIL TO J. COSTROFF AND B. SCHELSKE REGARDING PROMOTION BOARD (0.1); READ EMAILS FROM DEFENDANTS AND PROPOSED JOINT MOTION FOR EXTENSION TO SUBMIT JOINT STATUS REPORT (0.2); READ AND RESPOND TO TEXT MESSAGES FROM J. COSTROFF AND B. SCHELSKE (0.2) | 1.5 | $ 875.00 | $ 1,312.50 |
| 7/26/2023 | Wendy Cox | PHONE CALLS WITH C. WIEST ABOUT CASE (0.7); READ AND RESPOND TO EMAILS FROM C. WIEST (0.1) | 0.8 | $ 875.00 | $ 700.00 |
| 7/26/2023 | Wendy Cox | REVIEW B. SCHELSKE PROMOTION BOARD FILE | 0.4 | $ 875.00 | $ 350.00 |
| 7/26/2023 | Wendy Cox | RESEARCH ON PROMOTION BOARD AND ENLISTED RECORD BRIEF ISSUE | 1 | $ 875.00 | $ 875.00 |
| 7/26/2023 | Wendy Cox | PHONE CALL WITH C. WIEST TO DISCUSS CASE (0.2); REVIEW Z. BUFKIN MEDICAL RECORDS AND EMAIL TO C. WIEST (0.7) | 0.9 | $ 875.00 | $ 787.50 |
| 7/27/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 7/27/2023 | Wendy Cox | PHONE CALL WITH J. COSTROFF AND B. SCHELSKE TO DISCUSS CONTINUING HARM AND CASE | 0.3 | $ 875.00 | $ 262.50 |
| 7/27/2023 | Wendy Cox | PHONE CALL WITH C. WIEST ABOUT RECENT EMAIL FROM DEFENDANTS (0.2); READ EMAIL FROM DEFENDANTS REGARDING (0.1) | 0.3 | $ 875.00 | $ 262.50 |
| 7/27/2023 | Wendy Cox | DRAFT AND SEND TEXT MESSAGE TO Z. BUFKIN TO SET UP PHONE CALL TO DISCUSS ███████████ | 0.1 | $ 875.00 | $ 87.50 |
| 7/28/2023 | Wendy Cox | READ AND RESPOND TO TEXT MESSAGE FROM Z. BUFKIN; DRAFT EMAIL AND SEND ENLISTED RECORD BRIEF ATTACHMENTS TO S. GALLOWAY, B. SCHELSKE, AND J. COSTROFF FOR REVIEW (0.1); READ EMAIL FROM DEFENDANTS PERTAINING TO LEGACY ENLISTED RECORD BRIEFS (0.1); DRAFT AND SEND TEXT MESSAGE TO B. SCHELSKE AND J. COSTROFF (0.1); READ AND RESPOND TO EMAIL FROM S. GALLOWAY (0.1); READ AND RESPOND TO EMAILS FROM B. SCHELSKE (0.4) | 0.8 | $ 875.00 | $ 700.00 |
| 7/28/2023 | Wendy Cox | PHONE CALL WITH Z. BUFKIN TO DISCUSS ███████ | 0.2 | $ 875.00 | $ 175.00 |
| 7/28/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM S. GALLOWAY | 0.2 | $ 875.00 | $ 175.00 |
| 7/28/2023 | Wendy Cox | READ AND RESPOND TO EMAILS FROM S. GALLOWAY REGARDING NEW RECORD BRIEFS REDACTION PROPOSAL (0.2); DRAFT AND SEND EMAIL TO B. SCHELSKE AND J. COSTROFF ABOUT NEWLY REDACTED RECORD BRIEFS (0.1); DRAFT AND SEND EMAIL TO C. WIEST WITH NEW REDACTED RECORD BRIEFS ATTACHED (0.2); PHONE CALL WITH C. WIEST (0.1) | 0.6 | $ 875.00 | $ 525.00 |
| 7/29/2023 | Wendy Cox | RESEARCH ON ██████████ | 1 | $ 875.00 | $ 875.00 |
| 7/30/2023 | Wendy Cox | RESEARCH ON MOOTNESS, ███████████████ (0.9); DRAFT AND SEND EMAIL TO C. WIEST, T. BRUNS, AND G. MANNELLA WITH UPDATE ON CASE ISSUES (0.2) | 1.1 | $ 875.00 | $ 962.50 |
| 7/31/2023 | Nicky Tenney | ECFS DOWNLOAD, SAVE AND CIRCULATE (.5) | 0.5 | $ - | $ - |
| 7/31/2023 | Wendy Cox | READ EMAIL FROM DEFENDANTS (0.1); DRAFT AND SEND TEXT MESSAGE TO B. SCHELSKE AND J. COSTROFF (0.1); PHONE CALLS WITH C. WIEST (0.4); PHONE CALLS WITH B. SCHELSKE (0.4); PHONE CALL WITH S. GALLOWAY (0.2); PHONE CALL WITH J. COSTROFF (0.1); EDIT J. COSTROFF DECLARATION (0.7) | 2 | $ 875.00 | $ 1,750.00 |
| 7/31/2023 | Wendy Cox | EDIT S. GALLOWAY DECLARATION (0.4); PHONE CALLS WITH B. SCHELSKE AND J. COSTROFF (0.4); READ AND RESPOND TO TEXT MESSAGE FROM C. WIEST (0.1); DRAFT AND SEND EMAIL WITH DECLARATION FOR REVIEW TO C. WIEST (0.1); DRAFT DECLARATIONS FOR B. SCHELSKE AND J. COSTROFF (0.6); PHONE CALL WITH J. COSTROFF (0.1) | 1.7 | $ 875.00 | $ 1,487.50 |
| 8/1/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 8/3/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 8/11/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM B. SCHELSKE ABOUT ████████ (0.2); DRAFT AND SEND EMAIL TO C. WIEST AND T. BRUNS REGARDING CONTINUING HARM TO B. SCHELSKE (0.3); READ AND RESPOND TO EMAIL FROM C. WIEST (0.2) | 0.7 | $ 875.00 | $ 612.50 |
| 8/15/2023 | Wendy Cox | LISTEN TO VOICEMAIL FROM L. CHRISMAN (0.1); TEXT L. CHRISMAN REGARDING STATUS OF CASE (0.1) | 0.2 | $ 875.00 | $ 175.00 |
| 8/18/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 8/28/2023 | Wendy Cox | PHONE CALL WITH L. CHRISMAN TO DISCUSS CASE UPDATES | 0.2 | $ 875.00 | $ 175.00 |
| 9/7/2023 | Gina Mannella | REVIEW DEFENDANTS NOTICE OF SUPPLEMENTAL AUTHORITY | 0.5 | $ 240.00 | $ 120.00 |
| 9/7/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1) | 0.1 | $ - | $ - |
| 9/8/2023 | Wendy Cox | RESEARCH ON CURRENT COVID-19 POLICIES AT DIFFERENT MILITARY FORTS | 0.5 | $ 875.00 | $ 437.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/14/2023 | Gina Mannella | REVIEW MEMORANDUM OPINION AND ORDER | 1.2 | $ 240.00 | $ 288.00 |
| 9/14/2023 | Nicky Tenney | ECF DOWNLOAD, SAVE AND CIRCULATE (.1); REVIEW ORDER (.3); REVIEW EMAIL FROM W. COX REGARDING NEXT STEPS (.2) | 0.6 | $ - | $ - |
| 9/14/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO PLAINTIFFS WITH UPDATE ON CASE AND COURT OPINION ATTACHED (0.1);  READ RECENT OPINION AND ORDER FROM COURT (1.5); READ AND RESPOND TO EMAIL FROM PLAINTIFF (0.1) READ AND RESPOND TO TEXT MESSAGES FROM C. WIEST REGARDING OPINION AND ORDER (0.2); DRAFT AND SEND EMAIL TO A. SIRI, E. BREHM, C. WIEST, T. BRUNS, N. TENNEY WITH BRIEF SYNOPSIS OF RECENT OPINION AND ORDER BY JUDGE HENDRIX (0.2) | 2.1 | $ 875.00 | $ 1,837.50 |
| 9/14/2023 | Wendy Cox | READ AND RESPOND TO EMAIL REGARDING ███████████ | 0.2 | $ 875.00 | $ 175.00 |
| 9/15/2023 | Nicky Tenney | EMAIL TO W. COX REGARDING CALENDARING (.1) | 0.1 | $ - | $ - |
| 9/15/2023 | Wendy Cox | READ EMAIL FROM DOJ (0.1); DRAFT AND SEND MESSAGE TO C. WIEST AND T. BRUNS FOR A REQUEST FOR CONFERENCE (0.1); READ AND RESPOND TO TEXT MESSAGES FROM C. WIEST AND T. BRUNS (0.2) | 0.4 | $ 875.00 | $ 350.00 |
| 9/18/2023 | Wendy Cox | READ AND RESPOND TO EMAIL FROM N. TENNEY (0.1); DRAFT AND SEND EMAIL TO A. SIRI, E. BREHM, T. BRUNS, AND C. WIEST ABOUT CONFERENCE WITH DOJ (0.1); DRAFT EMAIL TO C. WIEST CONFIRMING TIME FOR PHONE CALL WITH DEFENDANTS (0.1); READ AND RESPOND TO TEXT MESSAGES FROM C. WIEST (0.2); DRAFT AND SEND EMAIL TO DISMISSED PLAINTIFFS TO SCHEDULE A TEAMS MEETING (0.2) | 0.7 | $ 875.00 | $ 612.50 |
| 9/18/2023 | Wendy Cox | PHONE CALL WITH B. SCHELSKE (0.2); PHONE CALL WITH D. MELL (0.2); PHONE CALL WITH L. CHRISMAN (0.2) | 0.6 | $ 875.00 | $ 525.00 |
| 9/19/2023 | Wendy Cox | MEET AND CONFER PHONE CONFERENCE WITH DEFENDANTS (0.4); PHONE CALL WITH C. WIEST, A. SIRI, AND T. BRUNS TO DISCUSS CASE AFTER PHONE CALL WITH DEFENDANTS (0.6); DRAFT AND SEND TEXT MESSAGES TO L. CHRISMAN TO SCHEDULE PHONE CALL WITH COUNSEL (0.2); DRAFT AND SEND EMAIL TO C. WIEST REQUESTING FINAL DRAFT OF AMENDED COMPLAINT IN MICROSOFT WORD (0.1) | 1.3 | $ 875.00 | $ 1,137.50 |
| 9/19/2023 | Wendy Cox | SET UP TEAMS MEETING FOR DISMISSED PLAINTIFFS AND SEND CALENDAR INVITE | 0.2 | $ 875.00 | $ 175.00 |
| 9/19/2023 | Wendy Cox | PHONE CALL WITH Z. BUFKIN TO DISCUSS THE MOST RECENT OPINION BY JUDGE HENDRIX | 0.3 | $ 875.00 | $ 262.50 |
| 9/19/2023 | Wendy Cox | TEAMS MEETING  WITH L. CHRISMAN TO DISCUSS ██████████ | 1 | $ 875.00 | $ 875.00 |
| 9/19/2023 | Wendy Cox | REDACT AMENDED COMPLAINT | 0.9 | $ 875.00 | $ 787.50 |
| 9/20/2023 | Wendy Cox | REVISE AMENDED COMPLAINT (1.8); DRAFT AND SEND EMAIL TO C. WIEST AND T. BRUNS WITH REVISED AMENDED COMPLAINT ATTACHED (0.2) | 2 | $ 875.00 | $ 1,750.00 |
| 9/20/2023 | Wendy Cox | DRAFT AND SEND TEXT MESSAGE TO C. WIEST REGARDING QUESTION ABOUT UPCOMING TEAMS MEETING WITH THE PLAINTIFFS (0.1); REPLY TO TEXT MESSAGE FOR Z. BUFKIN REGARDING THE UPCOMING TEAMS MEETING (0.1); READ AND RESPOND TO EMAIL FROM S GALLOWAY REGARDING TEAMS MEETING TOMORROW (0.1) | 0.3 | $ 875.00 | $ 262.50 |
| 9/20/2023 | Wendy Cox | PHONE CALLS WITH C. WIEST REGARDING POSSIBLE VENUE TRANSFER REQUEST BY DEFENDANTS (0.3); RESEARCH ON VENUE TRANSFER (0.3); DRAFT AND SEND TEXT MESSAGE TO L. CHRISMAN (0.1); PHONE CALL WITH L. CHRISMAN (0.4); TEAM CALL WITH J. SULLIVAN, C. WIEST, AND A. SIRI REGARDING VENUE DISCUSSION (0.6) | 1.7 | $ 875.00 | $ 1,487.50 |
| 9/20/2023 | Wendy Cox | RESEARCH ON ███████████████████████ (2.2); DRAFT AND SEND EMAIL TO A. SIRI, T. BRUNS, C. WIEST, AND J. SULLIVAN WITH BRIEF SYNOPSIS OF RESEARCH (0.2) | 2.4 | $ 875.00 | $ 2,100.00 |
| 9/21/2023 | Elizabeth Brehm | REVIEW AND RESPOND TO TEAM EMAILS CONCERNING LEGAL RESEARCH FOR VENUE ISSUES | 0.2 | $ 975.00 | $ 195.00 |
| 9/21/2023 | Wendy Cox | RESEARCH ON IMPROPER VENUE MOTION | 2.8 | $ 875.00 | $ 2,450.00 |
| 9/21/2023 | Wendy Cox | TEAMS MEETING WITH DISMISSED PLAINTIFFS | 0.3 | $ 875.00 | $ 262.50 |
| 9/21/2023 | Wendy Cox | DRAFT AND SEND TEXT MESSAGE TO L. CHRISMAN | 0.1 | $ 875.00 | $ 87.50 |
| 9/22/2023 | Dana Stone Smith | RESEARCH CLASS JURISDICTIONAL ISSUES AND SEND ANALYSIS TO E. BREHM | 2.5 | $ 775.00 | $ 1,937.50 |
| 9/22/2023 | Elizabeth Brehm | EMAILS WITH D. SMITH CONCERNING LEGAL RESEARCH ON VENUE FOR CLASS ACTIONS (0.1) | 0.1 | $ 975.00 | $ 97.50 |
| 9/22/2023 | Wendy Cox | PHONE CALL WITH C. WIEST (0.3); PHONE CALL WITH L. CHRISMAN WITH CASE UPDATE (0.3) | 0.6 | $ 875.00 | $ 525.00 |

| 9/22/2023 | Wendy Cox | DRAFT AND SEND EMAIL TO C. WIEST WITH ADDITIONAL CASE LAW RESEARCH | 0.3 | $ 875.00 | $ | 262.50 |
| 9/22/2023 | Wendy Cox | DRAFT AND SEND TEXT MESSAGES TO L. CHRISMAN WITH UPDATE ON CASE REGARDING POSSIBLE SETTLEMENT (0.1); READ AND RESPOND TO TEXT MESSAGE FROM CLIENT (0.1); RESEARCH ON ████████ (0.2) | 0.4 | $ 875.00 | $ | 350.00 |
| 9/26/2023 | Wendy Cox | PHONE CALL WITH C. WIEST TO DISCUSS EMAIL FROM DEFENDANTS AND SETTLEMENT (0.2); DRAFT AND SEND TEXT MESSAGE TO L. CHRISMAN (0.1); LISTEN TO VOICEMAIL FROM L. CHRISMAN (0.1); PHONE CALL WITH L. CHRISMAN (0.3) | 0.7 | $ 875.00 | $ | 612.50 |

SERVICES SUBTOTAL: 1026.8    **$ 698,154.50**

**EXPENSES:**

| Date | Notes | Total |
|------|-------|-------|
| 9/23/2022 | STATE OF TEXAS CERTIFICATE OF GOOD STANDING FOR W. MOLLER | $ 25.00 |
| 10/4/2022 | FILING FEE - COMPLAINT | $ 402.00 |
| 10/4/2022 | SERVICE OF PROCESS TO DEFENDANTS VIA CERTIFIED AND PRIORITY MAIL | $ 137.10 |
| 10/5/2022 | POSTAGE FOR CERTIFED PRIORITY MAIL TO SEND NOTICE OF APPENDIX TO DEFENDANTS | $ 163.20 |
| 10/13/2022 | PRO HAC VICE FOR A. SIRI | $ 100.00 |
| 10/13/2022 | PRO HAC VICE FOR E. BREHM | $ 100.00 |
| 10/13/2022 | PRO HAC VICE FOR C. WIEST | $ 100.00 |
| 10/17/2022 | PRO HAC VICE FOR THOMAS BRUNS | $ 100.00 |
| 11/30/2022 | LEXIS NEXIS RESEARCH FEES (NOVEMBER 2022) | $ 64.63 |
| 12/12/2022 | SUPPLIES FOR EXHIBIT BINDERS FOR HEARING ON DECEMBER 16 | $ 355.34 |
| 12/13/2022 | FEDEX SHIPPING BOX FOR DELIVERY OF EXHIBIT BINDERS | $ 10.46 |
| 12/14/2022 | D. STONE PRO HAC VICE APPLICATION FEE | $ 100.00 |
| 12/13/2022 | ROUNDTRIP AIRFARE FOR V. SCHELSKE FROM RALEIGH TO LUBBOCK ON DECEMBER 15 2022 | $ 1,173.02 |
| 12/14/2022 | H. BAKICH AIRFARE FROM EL PASO TO LUBBOCK ON DECEMBER 15 2022 | $ 577.60 |
| 12/14/2022 | H. BAKICH AIRFARE FROM LUBBOCK TO DALLAS ON DECEMBER 16 2022 | $ 311.98 |
| 12/14/2022 | H. BAKICH HOTEL STAY AT COURTYARD LUBBOCK FOR PRELIMINARY HEARING | $ 240.35 |
| 12/14/2022 | P. TESTA AND SON AIRFARE TO LUBBOCK FOR HEARING ON DECEMBER 16 2022 | $ 1,487.90 |
| 12/14/2022 | P. TESTA AND SON HOTEL STAY AT COURTYARD LUBBOCK | $ 240.35 |
| 12/15/2022 | AIRFARE FOR Z. BUFKIN TO LUBBOCK FOR HEARING ON DECEMBER 16 2022 | $ 986.03 |
| 12/15/2022 | COURTYARD HOTEL STAY FOR PRELIMINARY INJUNCTION HEARING ON DECEMBER 16 2022 | $ 240.35 |
| 12/16/2022 | TO W. COX AND C. WIEST | $ 166.83 |
| 12/15/2022 | COURTYARD - LUBBOCK | $ 348.10 |
| 12/11/2022 | FLIGHT TO LUBBOCK, TX | $ 511.60 |
| 12/21/2022 | TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING ON DECEMBER 16 2022 | $ 992.80 |
| 12/8/2022 | SOUTHWEST AIRLINES AIRFARE FOR W. COX FOR PRELIMINARY HEARING ON DECEMBER 16 | $ 605.96 |
| 12/15/2022 | OVERTON HOTEL FOR W. COX FOR PRELIMINARY INJUNCTION HEARING ON DECEMBER 16 | $ 529.50 |
| 12/15/2022 | W. COX LYFT IN LUBBOCK | $ 21.79 |
| 12/16/2022 | SOUTHWEST AIRLINES FEE FOR W. COX | $ 8.00 |
| 12/16/2022 | TRAVEL FROM LUBBOCK TO AUSTIN | $ 138.94 |
| 12/16/2022 | LYFT FOR W. COX | $ 60.29 |
| 12/16/2022 | MEAL IN LUBBOCK FOR W. COX | $ 55.61 |
| 12/17/2022 | COURTYARD MARRIOTT LUBBOCK FOR W. COX | $ 228.11 |
| 10/11/2022 | W. COX ADMISSION FEE TO NORTHERN DISTRICT OF TEXAS | $ 213.00 |
| 12/31/2022 | LEXIS NEXIS CHARGES FOR DECEMBER 2022 | $ 46.49 |
| 1/31/2023 | LEXIS-NEXIS CHARGES FOR JANUARY 2023 | $ 42.89 |
| 2/17/2023 | NATIONWIDE COURT SERVICES INC. FOR SERVICE OF SUBPOENA FOR J. GARWACKI FOR DECEMBER 16 2022 HEARING IN LUBBOCK | $ 195.00 |
| 2/28/2023 | LEXIS NEXIS CHARGES FOR FEBRUARY 2023 | $ 36.14 |
| 4/30/2023 | LEXIS NEXIS CHARGES FOR APRIL 2023 | $ 40.60 |

EXPENSES SUBTOTAL: **$ 11,156.96**

**TOTAL:**                     $ 709,311.46

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT SCHELSKE, *et al.*, | |
| *Plaintiffs,* | |
| v. | No. 6:22-cv-0049-H |
| LLOYD J. AUSTIN, III, | |
| United States Secretary of Defense, *et al.*, | |
| *Defendants.* | |

### DECLARATION OF CHRISTOPHER WIEST, ESQ.

Pursuant to 28 U.S.C. §1746, the undersigned, Christopher Wiest, Esq., makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Christopher Wiest, and I am, and have been, one of the Counsel for Plaintiffs, in relation to the above captioned matter.

2. I received my law degree from the University of Cincinnati in 2004. I was first admitted to practice law in Ohio in 2004, and Kentucky in May, 2005. I have actively practiced law for more than 18 years.

3. I am the sole member and owner of my law firm, Chris Wiest, Attorney at Law, PLLC, have an associate attorney whom I employ, and involve and work with other firms on my larger cases.

4. I maintain physical offices for my firm in Cincinnati, Ohio, Covington, Kentucky, and Crestview Hills, Kentucky, though have practiced cases in the last two years alone, in federal courts across the country, including handling cases in New York; Washington D.C.; Florida; Texas; Mississippi; West Virginia; and California.

1

5. Based on my background, experience, education, and skill, the hours requested in the fee application, by both myself, and my co-counsel, have been necessarily expended.

6. The fees requested comport with and are reasonable in light of the factors contained in both Ohio Rules of Professional Conduct 1.5, and Texas Disciplinary Rules of Professional Conduct 1.4, insofar as the fees in this matter accurately reflect the time and labor required in the prosecution of this matter, the difficulty of the questions involved, the skill required to perform the work properly, comport with the fees charged by others for similar legal services, and are appropriate in light of the results obtained.

7. I am currently a member in good standing of the Kentucky and Ohio bar.  I am also licensed to practice law in the United States District Courts for the Eastern and Western Districts of Kentucky, the Northern and Southern Districts of Ohio, the D.C. District Court, the D.C. Circuit Court of Appeals, and the United States Courts of Appeals for the Second, Fourth, and Sixth Circuits.  I have also been admitted to the U.S. Court of Appeals for the Armed Forces since 2004.

8. From 2004 to 2005, I practiced law as an Assistant Attorney General for the Ohio Attorney General's Office.  From 2005 to 2012, I practiced law with a large international law firm.  Since 2012 (except from April 2017 through January 2018), I have actively practiced law in my current firm.

9. Since 2013 to the present, starting with the with the handling of *Kenny Brown, et. al. v. Kentucky LRC, et. al.*, 2:13-CV-00068 (EDKY) (*Brown*), I have handled a significant number of Constitutional – and in some case cutting edge matters in federal court, usually as lead counsel.  I have attached, as **Exhibit 1**, a curriculum vitae that outlines much of that experience.

2

10. As a consequence of the foregoing experience, Plaintiffs and my colleagues at Siri Glimstad, LLP, involved me in this matter.

11. In my current practice, I charge clients on a case-by-case basis, depending on the complexity, forum, and difficulty of the litigation.

12. This litigation is among the most challenging that I have handled in my career: it involved complex issues of constitutional law, administrative law, and military law.  It involved the presentation (and eventually mooting out) of class certification issues. Every issue in this case involved contested issues with the opposing side, represented by the United States Department of Justice, who vigorously defended this case with every resource available to the United States Government.  The complexity and difficulty of this case is why the case was staffed how it was staffed.

13. The issues of the case were complex and novel, and the prospect of challenging a vaccination requirement on religious grounds, during a pandemic, in a case involving the military, had a significant degree of both unpopularity and difficulty.

14. As the Government Counsel observed during the preliminary injunction hearing, in most of these sorts of cases and challenges the Government prevailed, and that was because a high degree of nuance and skill was necessary to overcome the Government's arguments and resources.  The undersigned and my co-counsel were among a very small group of lawyers who were able to prevail in such cases.

15. Decisions in case handling were generally handled on a team approach basis, though ultimately were made by myself, Aaron Siri, and Tom Bruns, in consultation with John Sullivan.

3

16. Case staffing was managed by delegating tasks to more junior attorneys where we could – but where a particular pleading or motion involved a high degree of sophistication or a particular area of expertise, (which was the case with several of the pleadings in this case), it was assigned accordingly based on the needs of the case.

17. We utilized critical experience from within our team in making staffing decisions and task delegations and ensuring that we appropriate addressed aspects of this case.  For instance, Ms. Wendy Cox served as an Army Judge Advocate for more than a decade, and we relied on her for many military law aspects of the case and this insight positioned her to be the primary point of contact with military clients.  I had experience with both some of the military law aspects of the case, as well as the administrative and constitutional aspects of the case, federal court litigation, and litigation of constitutional Free Exercise challenges in a pandemic.  Mr. Siri and Ms. Brehm had experience with legal issues surrounding vaccines as well as experience with the science and medical issues of vaccines, which helped to formulate arguments we made about least restrictive means, as well as class action experience, which aided in those aspects of the case. Mr. Bruns provided senior litigator perspective as well as experience with the constitutional aspects of the case, federal court litigation, and litigation of constitutional Free Exercise challenges in a pandemic; and Mr. Sullivan had free exercise experience and provided critical insight into the practices and expectations of practice in the Northern District of Texas.  Associate and paralegal support came from the Siri Glimstad firm.

18. I have previously charged clients for my most significant and complex matters $850 an hour, and here, in this fee request, I am requesting $825 an hour.  Our fee agreements

with the clients were taken on the basis of an assignment of any attorney fee awards to the attorneys.

19. The requested rate is also based on the rates awarded in *Hill v. Schilling*, 2022 U.S. Dist. LEXIS 79790 (NDTX 2022), where the Court awarded, in May, 2022, $820 an hour to an attorney with 23 years' experience.  Due to significant inflation, that rate, today, would be $861.39 per hour as of November, 2023 inflation data, and is likely higher as of January, 2024.[1]  Because I have less experience than 23 years, I am seeking $825.

20. I note that this litigation bears significant comparisons to *Franciscan All., Inc. v. Becerra*, 2023 U.S. Dist. LEXIS 118561 (NDND 2023), in which the Court noted that RFRA claims, which were the case here, and particularly those involving challenges to federal policy, "participate in a market requiring more specialized and sophisticated legal services."  In that case, the Court awarded fees for similarly experienced attorneys, with similar claims, against similar federal Defendants, at $1,000 per hour.  See *Becerra*, 7:16-cv-00108-O, at Doc. 224-2.  While I am not seeking $1,000 per hour, *Becerra* would support such a rate.

21. Of some relevance is *Vestas-American Wind Tech., Inc. v. Salazar*, 2021 U.S. Dist. LEXIS 257797 (NDTX 2021); *see, also, Vestas-American Wind Tech., Inc. v. Salazar*, 2021 U.S. Dist. LEXIS 73179 (NDTX 2021), in which partner time was awarded by this court to an attorney with similar years of experience that I have, at the rate of $500 per hour (associates were $415 per hour).  Again, applying inflation from February, 2021, the date of the fee application in that case (*See* Case No. 6:19-cv-00076-H at Doc. 91-1), to the November, 2023 CPI index (and today is likely a higher), adjusts that rate to $583 per

---

[1] See https://www.bls.gov/data/inflation_calculator.htm (last accessed 1/4/2024).

hour for partners.[2]  It is thus my opinion that the market rate in San Angelo established in *Salazar*, which was a rate for the San Angelo division, and adjusted for inflation, is at least $583 per hour for partners, and $484 per hour for associates.  Again, local counsel in the division could not be obtained in this case, due in no small part to the nature of this case and specialized experience required for this case.

22. I likewise exercised billing judgment at the time the work was recorded.  For instance, I did not record every short assignment or phone call.  I have reviewed each time entry, and made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary.  Thus, compensation is not sought for all of the work performed.  All time was entered on the case contemporaneous with the work that was performed.

23. The Government has previously alluded to its objections that, for instance, not every issue was won in this case.  For instance, we filed a motion for class certification that, ultimately, was denied on grounds that most of the putative class had their claims become moot.  Yet the Court granted the same practical relief sought by that motion practice, when it told the Defendants/Army that it needed to stop discharging soldiers who had required religious accommodations, and that it/they would need to report to the Court if it/they intended to continue to do so.

24. In the same way, litigation of the motion to dismiss had to be performed to get Mr. Chrisman the final relief that he required.

---

[2] See https://www.bls.gov/data/inflation_calculator.htm (last accessed 1/4/2024).  A run of the mill civil rights case in Cincinnati, Ohio, where I maintain an office, utilizes standardized rates, known as the *Rubin* rates, after the federal judge that established a matrix for such matters, in all civil rights cases under 42 U.S.C. § 1988, as explained in *Hunter v. Hamilton County Bd. of Elections*, 2013 U.S. Dist. LEXIS 141297 (SD Ohio 2013).  My rates using that matrix is $566 per hour in 2024, though, again, that is just for a run of the mill civil rights case, which this case was not.

6

25. And the same law, work, and nucleus of operative claims and facts were present throughout to get to the final point that we are now at in this case.

26. I will note that work performed by attorneys in this case was not duplicative. Different counsel were reviewing pleadings from the perspective of their experience, which, as noted above, varied. The case was staffed how it was staffed, by several attorneys, because the issues in this case involved differing areas of law and legal issues.

27. The expenses were actually incurred and necessary to the resolution of this case, and involved airfare and hotels for the preliminary injunction and the mediation, as well as airline change fees when the preliminary injunction hearing went longer than expected in this matter.

28. I also want to mention that this matter was litigated in a reasonable way. Furthermore, Defendants insisted on litigating and relitigating aspects of the claims, all of which required the time that was spent in this matter.

29. This particular case involved a number of factors that also support the requested rate and support the hours worked. First, a significant amount of time and labor was involved – in no small part due to the actions of Defendants.

30. The relief obtained for the clients was and is significant and enduring. After entry of a preliminary injunction, indicating probable success on the merits, Army officials not only discontinued the vaccination requirement as Congress ordered, but went further and undid adverse actions for the clients that had already been imposed. This case involved, at bottom, relief that saved the careers of more 1,000 army servicemembers, all of whom faced imminent separation. In fact, several separated soldiers were put back on active duty. That relief remains to date. And the relief in this case came at the nick of time.

7

31. For Mr. Chrisman, he received all of the relief that he wanted, a clearing of his record and name and an upgrade of his discharge.

32. This case involved, from the outset, a significant level of undesirability.  Traditional media was critical of this case. Notwithstanding these issues, the case was brought out of a recognition that Constitutional rights at stake need to be vindicated, at a time when they were most at risk.

33. Attached as **Exhibit 2**, hereto, is a complete copy of my time entries and bills for the above captioned matter in the District Court through January 4, 2024.  I reserve the right to supplement this declaration and our fee application in the future.

34. In total, the attached invoices reflect total hours spent in the district court for 274.7 hours. Thus, total attorney fee time is $226,627.50.  Total expenses include $5,947.39.  The total request, at this time, for my time and firm's expenses is thus $232,574.89, and is reasonable and appropriate for this matter.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on __1/12/2024_____.    _____
                                        Christopher Wiest

# EXHIBIT 1

# Christopher D. Wiest

25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850(v)  513/257-1895(c)
*chris@cwiestlaw.com*

**EXPERIENCE**

**Chris Wiest, Attorney at Law, PLLC, Crestview Hills, Kentucky**

**Litigation:**

-Federal and constitutional law matters, including:

- Serve as lead or co-counsel in numerous civil rights cases including:
  - *Doster v. Kendall*, 54 F.4th 398 (6th Cir. 2022) (class certification and affirmance of national class for RFRA/First Amendment claims related to religious exemptions for COVID-19 vaccine mandate);
  - *Fischer v. Thomas*, 52 F.4th 303 (6th Cir. 2022) (injunction pending appeal granted related to First Amendment challenge of Kentucky judicial canons);
  - *Sisters For Life, Inc. v. Louisville-Jefferson Cnty.*, 56 F.4th 400 (6th Cir. 2022) (reversal of denial of preliminary injunction over First Amendment claims related to abortion clinic buffer zone ordinance);
  - *MCP No. 165 v. United States DOL*, 20 F.4th 264 (6th Cir. 2021) (challenge to OSHA vaccine mandate)
  - *Roberts v. Neace*, 958 F.3d 595 (6th Cir. 2020) (obtained injunction pending appeal in a published decision that found a First Amendment Free Exercise violation, and re-opened in person worship in the Commonwealth of Kentucky in the midst of COVID-19, in a decision that has since been cited repeatedly by the United States Supreme Court);
  - *Winter v. Wolnitzek*, 834 F.3d 681 (6th Cir. 2016) (lead counsel in a successful First Amendment challenge to Kentucky's Judicial Canons);
  - *Russell v. Grimes*, 784 F.3d 1037 (6th Cir. 2015) (lead counsel, First Amendment Electioneering case);
  - *Bosarge v. Edney*, 2023 U.S. Dist. LEXIS 67439 (SDMS 2023) (preliminary injunction granted on First Amendment Free Exercise claim);
  - *Schelske v. Austin*, 2022 U.S. Dist. LEXIS 229432 (NDTX 2022) (preliminary injunction granted on First Amendment Free Exercise/RFRA claim);
  - *Coleman v. Winbigler*, 2022 U.S. Dist. LEXIS 125562 (EDKY 2022) (preliminary injunction granted in one-person, one-vote equal protection challenge);
  - *Massie v. Pelosi,* 1:21-cv-02023 (DCD 2021) (Representation of 3 members of Congress in challenge to fines under the 27th Amendment and other federal constitutional claims);
  - *Mazer v. D.C. Department of Health*, 1:21-cv-01782 (DCD 2021) (Constitutional challenge to DC's minor vaccination consent law based on the fundamental right to parent and make medical decisions for minors);
  - *Roberts v. Neace,* 457 F. Supp.3d 595 (EDKY 2020) (finding Governor's COVID-19 travel ban unconstitutional and enjoining same);
  - *Ramsek v. Beshear*, 468 F. Supp.3d 904 (EDKY 2020) (finding Governor's gathering ban, as applied to political gatherings, unconstitutional under the First Amendment); *Ramsek v. Beshear*, 989 F.3d 494 (6th Cir. 2021) (finding Governor's appeal moot).

Christopher Wiest
Page 2

- *Kohler v. City of Cincinnati*, 2021 U.S. Dist. LEXIS 76457 (SDOH 2021) (reverse race discrimination case under the Equal Protection Clause, challenging a 40-year-old race and sex quota consent decree in Cincinnati police hiring);
- *Hils, et. al. v. Davis, et. al.*, 1:21-cv-00475 (SDOH 2021) (Freedom of the Press case involving right of police to record their interviews with the City of Cincinnati Citizen Complaint Authority);
- *Cooperrider v. Beshear*, 3:21-cv-00012 (EDKY 2021) (representation of private citizens who petitioned for the impeachment of the Governor in First Amendment challenge to the punitive imposition of "costs" and attorney fees as punishment for doing so);
- *Beshear v. Acree*, 615 SW 3d 780 (Ky. 2020) (representation of business in challenges under state constitutional to Governor's emergency executive powers).
- *Sweeney v. Crigler,* 457 F.Supp.3d 577 (EDKY 2020) (obtained preliminary injunction in favor of third parties and independent candidates upon challenges to Kentucky's ballot access laws);
- *Daly v. Neil*, 1:18-cv-00346 (SDOH 2018) (lead counsel, Second Amendment challenge to Ohio's concealed carry requirement for a firearm in a private motor vehicle);
- *Brooksbank v. Koch,* 3:16-cv-668 (WDKY 2016) (served as lead trial counsel in 3-day jury trial against Kentucky State Trooper for violations of the Fourth and First Amendments, obtained verdict in client's favor);
- *Schickel v. Dilger*, 2017 U.S. Dist. LEXIS 86555 (EDKY 2017) (lead counsel, First Amendment challenge to campaign finance and legislative ethics laws);
- *Hunter v. Hamilton County, et. al.,* 1:15-cv-00540 (SDOH 2015) (lead counsel, defense of private attorneys retained by county to represent former judge in wide-ranging civil rights claims against attorneys and judges by that former judge);
- *USA v. $11,000.00 in United States Currency*, 2:14-cv-00125, EDKY 2014 (serve as co-counsel with Institute for Justice attorneys on challenge to civil asset forfeiture by the United States; obtained the funds in question for the client as a resolution to the case and national press shut down civil asset forfeiture for approximately a year);
- *Brown, et. al. v. Kentucky LRC, et. al.*, EDKY, 2:13-cv-0068 (lead counsel, Kentucky redistricting suit);

-Class Action Experience:

- *Capannari et al v. Galemmo et al*, SDOH 1:13-cv-00883 (Defense of class action claims);
- *Mohamed Abdellahi, et. al. v. River Metals Recycle*, Campbell KY Circuit Case No. 13-CI-00095 (representation of Plaintiff class; class certified);
- *Gillum v. Boone Co. Board of Education, et. al.*, Boone KY Circuit Case No. 21-CI-00161 (representation of Plaintiff class; matter mooted due to change in law prior to certification);
- *Andrew Vance v. Whiting-Turner/Kokosing Joint Venture*, Boone KY Circuit Case No. 20-CI-00574 (representation of Plaintiff class; court determined that commonality/typicality was not met, denial of certification being appealed);
- *Roberts v. Neace*, 958 F.3d 595 (6th Cir. 2020) and *Ramsek v. Beshear*, 468 F. Supp.3d 904 (EDKY 2020) were filed as class actions, but certification was unnecessary because the District Court/Sixth Circuit extended injunctive relief statewide.
- *Doster v. Kendall*, 54 F.4th 398 (6th Cir. 2022)

Christopher Wiest
Page 3

Past Experience:

**Thompson Hine, LLP**, Cincinnati, Ohio.
Associate, September, 2005-July, 2012.

**Ohio Attorney General's Office**, Columbus, Ohio.
Assistant Attorney General, September 2004-2005.

**EDUCATION**

  **University of Cincinnati College of Law**, Cincinnati, Ohio.
  J.D., May 2004, *Order of the Coif.*
  **Honors and Activities**:
  -*University of Cincinnati Law Review*; Editorial Board 2003-04; Associate Member 2002-2003.
  -Elected to the *Order of the Coif.*
  **University of Cincinnati College of Business**, Cincinnati, Ohio.
  Bachelor of Business Administration, December, 2000.

**ADMISSIONS**

  Supreme Court of Ohio, 2004
  Supreme Court of Kentucky, 2005
  U.S. Court of Appeals for the D.C. Circuit, 2004
  U.S. Court of Appeals for the Sixth Circuit, 2004
  U.S. Court of Appeals for the Second Circuit, 2023
  U.S. Court of Appeals for the Fourth Circuit, 2023
  U.S. District Court for the Northern District of Ohio, 2004
  U.S. District Court for the Southern District of Ohio, 2005
  U.S. District Court for the Eastern District of Kentucky, 2006
  U.S. District Court for the Western District of Kentucky, 2006
  U.S. District Court for the D.C. District, 2021

# EXHIBIT 2

Chris Wiest, Atty at Law, PLLC

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

# Statement of Services

| Date | Invoice # |
|------|-----------|
| 1/4/2024 | 1326 |

| Bill To |
|---------|
| Schelske v. Austin |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 9/28/2022 | Review, draft, edit, and research Complaint. | 4.4 | 825.00 | 3,630.00 |
| 9/29/2022 | Review, draft, edit, and research Complaint. | 2.2 | 825.00 | 1,815.00 |
| 9/30/2022 | Review, draft, edit, and research Complaint. | 0.8 | 825.00 | 660.00 |
| 10/3/2022 | Emails and final drafts and edits of the complaint. | 1.4 | 825.00 | 1,155.00 |
| 10/12/2022 | Draft, edit, research, and revise Preliminary Injunction Motion. | 8.4 | 825.00 | 6,930.00 |
| 10/13/2022 | Draft, edit, research, and revise Preliminary Injunction Motion. | 4.7 | 825.00 | 3,877.50 |
| 10/13/2022 | Review/revise pro hac motion. | 0.2 | 825.00 | 165.00 |
| 10/14/2022 | Edit, revise, and additional research on preliminary injunction motion. | 1.4 | 825.00 | 1,155.00 |
| 10/17/2022 | Final review of PI Motion and Memorandum | 1.1 | 825.00 | 907.50 |
| 11/7/2022 | Review/approve notice of supplemental development | 0.3 | 825.00 | 247.50 |
| 11/9/2022 | Review Government filing (PI Response) | 2.2 | 825.00 | 1,815.00 |
| 11/15/2022 | Draft and research motion for class certification. | 4.4 | 825.00 | 3,630.00 |
| 11/15/2022 | Review/edit and approve filing re: Galloway | 0.4 | 825.00 | 330.00 |
| 11/15/2022 | Draft, research, edit and revise Reply in support of PI Motion. | 2.2 | 825.00 | 1,815.00 |
| 11/17/2022 | Draft, research, edit and revise Reply in support of PI Motion. | 2.4 | 825.00 | 1,980.00 |
| 11/18/2022 | Draft and research motion for class certification. | 3.2 | 825.00 | 2,640.00 |
| 11/21/2022 | Draft and edit Reply to PI | 3.4 | 825.00 | 2,805.00 |
| 11/22/2022 | Edits and revisions to PI Reply (1.1); Email to DOJ re: consent for class certification (0.2); Draft, research, and edit motion for class certificaiton (6.2); Draft declaration in support of motion for class certification (0.6) | 8.1 | 825.00 | 6,682.50 |

| | Total | |
|---|-------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

Chris Wiest, Atty at Law, PLLC

# Statement of Services

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

| Date | Invoice # |
|------|-----------|
| 1/4/2024 | 1326 |

| Bill To |
|---------|
| Schelske v. Austin |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 11/23/2022 | Draft Motion/Memo class-wide preliminary injunction (3.9); edits and revisions to class-wide preliminary injunction after co-counsel review (1.2); revisions and edits to class certification papers after co-counsel review (1.8); co-counsel call (0.4). | 7.3 | 825.00 | 6,022.50 |
| 11/23/2022 | Emails with co-counsel re: class definition | 0.5 | 825.00 | 412.50 |
| 12/5/2022 | Communicate with DOJ | 0.3 | 825.00 | 247.50 |
| 12/6/2022 | Communicate with DOJ | 0.3 | 825.00 | 247.50 |
| 12/8/2022 | Call with co-counsel prior to court (0.6); call with court (0.7); follow up with co-counsel re: division of labor for PI hearing, generation of to-do list for PI hearing, and other tasks in advance of PI hearing (1.2); began preparation for hearing including review filings for exhibit materials, and topical list of necessary testimony (2.4). | 4.9 | 825.00 | 4,042.50 |
| 12/9/2022 | Communications with DOJ re:postponement (0.6); calls with two clients re: postponement (0.4); call with co-counsel re: postponement (0.4); draft opposition to postponement (2.3); attend to preparation for PI hearing (2.4) | 6.1 | 825.00 | 5,032.50 |
| 12/10/2022 | Email to co-counsel re: 12/11 call. | 0.2 | 825.00 | 165.00 |

| | **Total** | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

Chris Wiest, Atty at Law, PLLC

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

# Statement of Services

| Date | Invoice # |
|------|-----------|
| 1/4/2024 | 1326 |

| Bill To |
|---------|
| Schelske v. Austin |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 12/11/2022 | Review potential materials and organize and categorize for exhibit selection as a group for PI hearing (3.2); Call with co-counsel re: exhibits, witness order, and other PI hearing planning (2.1); finalize analysis of exhibits and mark exhibits for hearing for paralegals to print and prepare (1.8) | 7.1 | 825.00 | 5,857.50 |
| 12/12/2022 | Prepare for PI Hearing (exhibits, started prep of closing argument, calls with co-counsel, witness outlines, and related tasks). | 3.2 | 825.00 | 2,640.00 |
| 12/12/2022 | Emails with DOJ | 0.4 | 825.00 | 330.00 |
| 12/13/2022 | Prepare for PI Hearing (exhibits, started prep of closing argument, calls with co-counsel, witness outlines, and related tasks). | 4.5 | 825.00 | 3,712.50 |
| 12/13/2022 | Emails with DOJ | 0.7 | 825.00 | 577.50 |
| 12/13/2022 | Witness and exhibit disclosures | 0.8 | 825.00 | 660.00 |
| 12/14/2022 | Prepare for PI Hearing (exhibits, started prep of closing argument, calls with co-counsel, witness outlines, and related tasks). | 8.2 | 825.00 | 6,765.00 |
| 12/14/2022 | Travel to Lubbock | 4.2 | 825.00 | 3,465.00 |
| 12/14/2022 | Emails with DOJ | 0.5 | 825.00 | 412.50 |
| 12/14/2022 | Preparation of witness and exhibit disclosure filings | 0.7 | 825.00 | 577.50 |
| 12/15/2022 | Prepare for hearing (witness preparation, closing argument) | 10.4 | 825.00 | 8,580.00 |
| 12/16/2022 | Tracel back from Lubbock | 5.4 | 825.00 | 4,455.00 |
| 12/16/2022 | PI Hearing and witness prep prior | 6.2 | 825.00 | 5,115.00 |

| | Total | |
|---|-------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

Chris Wiest, Atty at Law, PLLC

# Statement of Services

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

| Date | Invoice # |
|------|-----------|
| 1/4/2024 | 1326 |

| Bill To |
|---------|
| Schelske v. Austin |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 12/19/2022 | Draft and edit motions for discovery related to class issues. | 2.3 | 825.00 | 1,897.50 |
| 12/20/2022 | Draft and edit motions for discovery related to class issues. | 0.9 | 825.00 | 742.50 |
| 12/20/2022 | Draft, research, and edit Reply to class certification and PI. | 2.6 | 825.00 | 2,145.00 |
| 12/21/2022 | Review Order (0.8); attend to - draft, edit, and research - class-wide PI Reply (2.4) | 3.8 | 825.00 | 3,135.00 |
| 12/22/2022 | Draft, research, and edit Reply to class certification and PI. | 4.4 | 825.00 | 3,630.00 |
| 12/23/2022 | Draft, research, and edit Reply to class certification and PI. | 8.2 | 825.00 | 6,765.00 |
| 12/24/2022 | Draft, research, and edit Reply to class certification and PI. | 6.4 | 825.00 | 5,280.00 |
| 1/2/2023 | Attend to emails to DOJ | 0.7 | 825.00 | 577.50 |
| 1/3/2023 | Attend to emails to DOJ | 0.4 | 825.00 | 330.00 |
| 1/16/2023 | Draft and research status report | 3.8 | 825.00 | 3,135.00 |
| 1/17/2023 | Draft and research status report | 4.7 | 825.00 | 3,877.50 |
| 1/17/2023 | Conference with co-counsel, re: status report and next steps. | 0.4 | 825.00 | 330.00 |
| 1/18/2023 | Conference with co-counsel, re: status report and next steps. | 1.1 | 825.00 | 907.50 |
| 1/31/2023 | Call with co-counsel re: status of clients relative to changes in law/policy, mootness, and amended complaint. | 2.6 | 825.00 | 2,145.00 |
| 2/6/2023 | Review, edit, research and revise amended complaint. | 3.1 | 825.00 | 2,557.50 |
| 2/8/2023 | Review, edit, research and revise amended complaint. | 2.8 | 825.00 | 2,310.00 |

| | Total | |
|---|-------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

Chris Wiest, Atty at Law, PLLC

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

# Statement of Services

| Date | Invoice # |
|------|-----------|
| 1/4/2024 | 1326 |

| Bill To |
|---------|
| Schelske v. Austin |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 2/10/2023 | Draft, edit, research and revise MTD response. | 10.4 | 825.00 | 8,580.00 |
| 2/10/2023 | Finalize amended complaint (0.9) and file same ; assemble and file appendix and contents (2.2) and file same. | 3.1 | 825.00 | 2,557.50 |
| 2/13/2023 | Review changes to MTD Response by W. Cox, and modifications to same (0.4); review class notice revision document and changes thereto by Aaron Siri and file same (0.3) | 0.7 | 825.00 | 577.50 |
| 2/15/2023 | Attend to MTD Response (draft, edit, revise) | 7.5 | 825.00 | 6,187.50 |
| 2/15/2023 | Case zoom call. | 0.7 | 825.00 | 577.50 |
| 3/8/2023 | Edit notice of factual development and file same. | 0.4 | 825.00 | 330.00 |
| 3/10/2023 | Read opposing counsel's new motion to dismiss and outline response thereto (2.2); began to research and draft response to new MTD (2.4) | 4.6 | 825.00 | 3,795.00 |
| 3/13/2023 | Draft, edit, research, and revise response to new MTD | 3.3 | 825.00 | 2,722.50 |
| 3/14/2023 | Draft, edit, research and revise response to new MTD | 3.4 | 825.00 | 2,805.00 |
| 3/15/2023 | Draft, edit, research and revise response to new MTD | 1.2 | 825.00 | 990.00 |
| 3/16/2023 | Draft, edit, research and revise response to new MTD | 6.1 | 825.00 | 5,032.50 |
| 3/19/2023 | Draft, edit and revise motion to dismiss response. | 2.1 | 825.00 | 1,732.50 |
| 3/22/2023 | Edit and revise response to MTD and recirculate. | 0.7 | 825.00 | 577.50 |
| 3/22/2023 | zoom call with co-counsel to coordinate response and division of labor. | 0.7 | 825.00 | 577.50 |
| 3/23/2023 | Review edits and accept/reject same. | 0.7 | 825.00 | 577.50 |
| 3/24/2023 | Finalize, proof, and file MTD response. | 0.7 | 825.00 | 577.50 |
| 6/27/2023 | Review court order, and correspond with co-counsel re: same. | 0.4 | 825.00 | 330.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

Chris Wiest, Atty at Law, PLLC

# Statement of Services

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

| Date | Invoice # |
|------|-----------|
| 1/4/2024 | 1326 |

| Bill To |
|---------|
| Schelske v. Austin |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 6/28/2023 | Communications with DOJ and/or co-counsel, re: status report and filing. | 0.2 | 825.00 | 165.00 |
| 6/29/2023 | Communications with DOJ and/or co-counsel, re: status report and filing. | 0.3 | 825.00 | 247.50 |
| 6/30/2023 | Review/revise extension request. | 0.3 | 825.00 | 247.50 |
| 7/5/2023 | Zoom call to discuss status response. | 0.4 | 825.00 | 330.00 |
| 7/7/2023 | Zoom call with clients to discuss their current status, as well as ongoing harm, if any. | 0.8 | 825.00 | 660.00 |
| 7/13/2023 | Attend to (draft, edit, revise) client declarations for status report. | 2.9 | 825.00 | 2,392.50 |
| 7/13/2023 | Draft notice of partial dismissal for Huntley W. Bakich, Jr, Samuel L. Conklin, Dominic O. Mell, Collin M. Morrison, Nicholas Saballa, Peter Testa and confirm client consent re: same. | 0.9 | 825.00 | 742.50 |
| 7/14/2023 | Preparation of Appendix with exhibits and bates stamping (0.8); preparation of first draft of Plaintiffs submission for the JSR (2.8) | 3.6 | 825.00 | 2,970.00 |
| 7/14/2023 | Draft, edit and revise status report | 1.1 | 825.00 | 907.50 |
| 7/19/2023 | Response to Email to W. Cox | 0.4 | 825.00 | 330.00 |
| 7/20/2023 | Call with clients to discuss call with court. | 0.4 | 825.00 | 330.00 |
| 7/20/2023 | Draft, edit, and revise supplemental notice to court. | 0.4 | 825.00 | 330.00 |
| 7/21/2023 | Attend call with court. | 0.9 | 825.00 | 742.50 |
| 7/21/2023 | Call with client to discuss options. | 0.8 | 825.00 | 660.00 |
| 7/21/2023 | Follow up with clients and government (including email to DOJ) regarding adverse actions. | 1.2 | 825.00 | 990.00 |

| | Total | |
|--|-------|--|
| | **Payments/Credits** | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

Chris Wiest, Atty at Law, PLLC

# Statement of Services

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

| Date | Invoice # |
|------|-----------|
| 1/4/2024 | 1326 |

| Bill To |
|---------|
| Schelske v. Austin |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 7/26/2023 | Communicate with DOJ (0.4); follow up with W. Cox (0.3); draft extension motion (0.2).  Review submissions by DOJ related to Schelske, Costroff, and Bufkin (1.2). | 2.1 | 825.00 | 1,732.50 |
| 7/26/2023 | Review Bufkin medical records and converse with W. Cox re: same. | 0.3 | 825.00 | 247.50 |
| 7/27/2023 | Communicate with DOJ | 0.4 | 825.00 | 330.00 |
| 7/28/2023 | Draft, edit, and revise updated status report. | 0.4 | 825.00 | 330.00 |
| 7/31/2023 | Attend to appendix and other filing materials for status report, as well as the status report itself. | 2.7 | 825.00 | 2,227.50 |
| 9/14/2023 | Review Court order and telco with co-counsel re: same. | 0.4 | 825.00 | 330.00 |
| 9/18/2023 | Review and analysis of decision by Judge on MTD | 1.1 | 825.00 | 907.50 |
| 9/19/2023 | Call with DOJ (0.4); call with co-counsel (0.5) | 0.9 | 825.00 | 742.50 |
| 9/19/2023 | Call with client re: path forward. | 0.4 | 825.00 | 330.00 |
| 9/20/2023 | Review email from government on venue and confer with co-counsel. | 0.8 | 825.00 | 660.00 |
| 9/22/2023 | Communications with Wendy and client re: settlement (0.9)  Communicate to DOJ re: settlement (0.9) | 1.8 | 825.00 | 1,485.00 |
| 9/26/2023 | Communicate with DOJ | 0.4 | 825.00 | 330.00 |
| 9/26/2023 | Emails with DOJ | 0.2 | 825.00 | 165.00 |
| 9/27/2023 | Communicate with DOJ | 0.3 | 825.00 | 247.50 |
| 9/27/2023 | Emails with DOJ | 0.3 | 825.00 | 247.50 |
| 12/8/2022 | uber charges - pi hearing | | 141.81 | 141.81 |
| 12/9/2022 | Flight from CVG - LUB (Wiest and Bruns) | | 983.20 | 983.20 |
| 12/9/2022 | Travel AUS - CVG (Wiest and Bruns) (rebooked due to late hour of PI hearing) | | 723.00 | 723.00 |

| | Total | |
|---|-------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

Chris Wiest, Atty at Law, PLLC

# Statement of Services

50 E Rivercenter Blvd, Ste. 1280
Covington, KY 41011

| Date | Invoice # |
|------|-----------|
| 1/4/2024 | 1326 |

| Bill To |
|---------|
| Schelske v. Austin |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 12/9/2022 | Travel, Wiest, LUB - AUS (original) | | 312.98 | 312.98 |
| 12/9/2022 | Hotel, Courtyard, 2 nights, for PI Hearing | | 382.95 | 382.95 |
| 12/12/2023 | Southwest Air Lines invoice (583.35 x 3; Wiest, Cox, Bruns) (rebooked due to PI hearing late hour) | | 1,750.05 | 1,750.05 |
| | Total Reimbursable Expenses | | | 4,293.99 |
| 10/12/2023 | Call with client. | 0.8 | 825.00 | 660.00 |
| 11/3/2023 | call with client and client's parents re: mediation. | 0.5 | 825.00 | 412.50 |
| 11/7/2023 | Status/notice and filing | 0.4 | 825.00 | 330.00 |
| 11/20/2023 | Memo/Settlement agreement | 1.2 | 825.00 | 990.00 |
| 11/21/2023 | Memo/Settlement agreement | 2.2 | 825.00 | 1,815.00 |
| 11/22/2023 | Preparation of confidential mediation statement. | 1.7 | 825.00 | 1,402.50 |
| 11/27/2023 | Finalize and send mediation statement to Magistrate Judge. | 1.4 | 825.00 | 1,155.00 |
| 12/5/2023 | Preparation for mediation. | 1.9 | 825.00 | 1,567.50 |
| 12/6/2023 | Travel and prepare for mediation. | 6.5 | 825.00 | 5,362.50 |
| 12/7/2023 | Mediation and preparation for same. | 6.8 | 825.00 | 5,610.00 |
| 12/8/2023 | Travel home from mediation. | 6.2 | 825.00 | 5,115.00 |
| 12/20/2023 | Travel costs for case - airfare to Lubbock for mediation | | 1,192.48 | 1,192.48 |
| 12/30/2023 | Hotel for mediation | | 436.76 | 436.76 |
| 12/30/2023 | uber trip - mediation | | 24.16 | 24.16 |
| | Total Reimbursable Expenses | | | 1,653.40 |

| | | |
|---|---|---|
| **Total** | | $232,574.89 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $232,574.89 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 513/257-1895 | 859/495-0803 | chris@cwiestlaw.com |

# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ROBERT SCHELSKE, *et al.*,

        *Plaintiffs,*

      v.

LLOYD J. AUSTIN, III,
United States Secretary of Defense, *et al.*,

        *Defendants.*

No. 6:22-cv-0049-H

## DECLARATION OF THOMAS BRUNS, ESQ.

Pursuant to 28 U.S.C. §1746, the undersigned, Thomas Bruns, Esq., makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Thomas Bernard Bruns. I am, and have been, one of the Counsel for Plaintiffs in the above captioned matter.

2. I received my law degree from the University of Cincinnati in 1990. I was admitted to practice law in Ohio in 1990, and Kentucky in 1993. I have actively practiced law for more than 33 years.

3. I am a named partner with Bruns, Connell, Vollmar & Armstrong, LLP. We employ a total of 11 attorneys and other legal professionals.

4. Our firm has offices in Cincinnati, Ohio and Dayton, Ohio.

5. Based on my background, experience, education, and skill, it is my opinion that the hours requested in the fee application by me and my co-counsel were necessary to the results achieved.

1

6. The fees requested comport with and are reasonable in light of the factors contained in both Ohio Rule of Professional Conduct 1.5, and Texas Disciplinary Rule of Professional Conduct 1.4, insofar as the fees in this matter accurately reflect the time and labor required in the prosecution of this matter, the difficulty of the questions involved, and the skill required to perform the work properly. In addition, the fees requested comport with the fees charged by others for similar legal services, and certainly are appropriate in light of the results obtained.

7. I am currently a member in good standing of the bar in both Ohio and in Kentucky. And, I am licensed to practice law in the United States District Courts for the Eastern and Western Districts of Kentucky, the Northern and Southern Districts of Ohio, the United States Court of Appeals for the Sixth Circuit and the United States Court of Appeals for the District of Columbia Circuit. I also have been admitted to the U.S. Supreme Court since 2003.

8. I have handled a significant number of constitutional and cutting edge matters in federal court. Attached hereto as **Exhibit 1** is my curriculum vitae that outlines some of that experience.

9. As a consequence of the foregoing experience, Plaintiffs and my colleagues at Siri Glimstad, LLP, involved me in this matter.

10. In my current practice, I charge clients on a case-by-case basis, depending on the complexity, forum, and risks and difficulty of the litigation.

11. The present litigation is among the most challenging I have handled in my career: it involved complex issues of constitutional law, administrative law, and military law. It involved the presentation (and eventually mooting out) of class certification issues.

2

Every significant issue in this case was contested by the opposing side, who are represented by the United States Department of Justice. Those lawyers vigorously defended this case with the formidable resources available to the United States Government. The complexity and difficulty of this case required this case to be staffed by Plaintiffs in the manner it was staffed.

12. The issues of the case were complex and novel, and the prospect of challenging a vaccination requirement on religious grounds, during a pandemic, in a case involving the military, had a significant degree of difficulty and, at the time, unpopularity.

13. As Government Counsel boasted during the preliminary injunction hearing, in most of these sorts of cases and challenges the Government prevailed. That formidable track record likely was because these sorts of cases required a high degree of nuance and skill, the kind possessed by Plaintiffs' counsel, in order to overcome the Government's arguments and resources, and because the deference to Government action at that time during the pandemic was high. My co-counsel and I were and are among a very small group of lawyers who were able to prevail in such cases.

14. In light of the difficulty, complexity and novelty of the issues involved, decisions in case handling generally had to be handled on a team approach basis, though ultimately all decisions were made by myself, Aaron Siri, and Chris Wiest, in consultation with John Sullivan.

15. We utilized critical experience from within our team in making staffing decisions and task delegations and ensuring that we appropriately addressed every aspect of this case. For instance, Ms. Wendy Cox served as an Army Judge Advocate for more than a decade, and we relied on her for many military law aspects of the case, and this insight

3

positioned her to be the primary point of contact with military clients.  Mr. Wiest had experience both with some of the military law aspects of the case, as well as the administrative and constitutional aspects of the case, federal court litigation, and significant litigation of constitutional Free Exercise challenges in a pandemic.  Mr. Siri and Ms. Brehm had experience with legal issues surrounding vaccines as well as experience with the science and medical issues of vaccines, which helped to formulate arguments we made about least restrictive means, as well as class action experience, which aided in those aspects of the case.  I provided senior litigator perspective as well as experience with the constitutional aspects of the case, federal court litigation, and significant litigation of constitutional Free Exercise challenges in a pandemic; and Mr. Sullivan also brought to bear his free exercise experience and provided critical insight into the practices and expectations of practice in the Northern District of Texas. Associate and paralegal support came from the Siri Glimstad firm.

16. I previously have charged clients for my most significant and complex matters $850 an hour, and here, in this fee request, I am requesting $850 an hour.  Our fee agreements with the clients were taken on the basis of an assignment of any attorney fee awards to the attorneys.

17. The requested rate is also based on the rates awarded in *Hill v. Schilling*, 2022 U.S. Dist. LEXIS 79790 (NDTX 2022), where the Court awarded, in May, 2022, $820 an hour to an attorney with 23 years' experience.  Due to significant inflation, that rate, today, would be $861.39 per hour as of November, 2023 inflation data, and is likely higher as of

4

January, 2024.[1]  I have significantly more experience than that lawyer, and thus my request of $850 per hour is reasonable.

18. I note that this litigation bears significant comparisons to *Franciscan All., Inc. v. Becerra*, 2023 U.S. Dist. LEXIS 118561 (NDND 2023), in which the Court noted that RFRA claims, which also were the case here, and particularly those involving challenges to federal policy, "participate in a market requiring more specialized and sophisticated legal services."  In that case, the Court awarded fees for similarly experienced attorneys, with similar claims, against similar federal Defendants, at $1,200 per hour.  See *Becerra*, 7:16-cv-00108-O, at Doc. 224-2.  While I am not seeking $1,200 per hour, *Becerra* clearly would support awarding such a rate.

19. Of some relevance is *Vestas-American Wind Tech., Inc. v. Salazar*, 2021 U.S. Dist. LEXIS 257797 (NDTX 2021); *see, also, Vestas-American Wind Tech., Inc. v. Salazar*, 2021 U.S. Dist. LEXIS 73179 (NDTX 2021), in which partner time was awarded by this court to an attorney with less years of experience than I have, at the rate of $500 per hour (associates were $415 per hour).  Again, adding in inflation from February, 2021, the date of the fee application in that case (*See* Case No. 6:19-cv-00076-H at Doc. 91-1), to the November, 2023 CPI index (and today is likely a higher), adjusts that rate to $583 per hour for partners.[2]  It is thus my opinion that the market rate in San Angelo established in

---

[1] See https://www.bls.gov/data/inflation_calculator.htm (last accessed 1/4/2024).

[2] See https://www.bls.gov/data/inflation_calculator.htm (last accessed 1/4/2024).  A run of the mill civil rights case in Cincinnati, Ohio, where I maintain an office, utilizes standardized rates, known as the Rubin rates, after the federal judge that established a matrix for such matters, in all civil rights cases under 42 U.S.C. § 1988, as explained in *Hunter v. Hamilton County Bd. of Elections*, 2013 U.S. Dist. LEXIS 141297 (SD Ohio 2013).  My rates using that matrix is $640 per hour in 2024, though, again, that is just for a run of the mill civil rights case, which this case definitely was not.

*Salazar*, which was a rate for the San Angelo division, and adjusted for inflation, is at least $583 per hour for partners, and $484 per hour for associates. Again, local counsel in the division could not be obtained in this case, due in no small part to the nature of this case and the specialized experience required for this case.

20. I always exercised billing judgment at the time the work was recorded. For instance, I did not record every short assignment or phone call, or the full time expended for each and every activity. I have reviewed each time entry and made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary. Thus, compensation is not sought for all of the work performed. All time was entered on the case contemporaneous with the work that was performed.

21. My understanding of the Government's position on the request for fees includes the objection that not every issue was won in this case. For instance, Plaintiffs filed a motion for class certification that, ultimately, was denied on grounds that most of the putative class's claims had become moot. Yet, through the efforts of Plaintiffs' counsel, the Court ultimately granted the same practical relief sought by that motion practice, when it instructed the Defendants/Army that it needed to stop discharging soldiers who had required religious accommodations, and that it/they would need to report to the Court if it/they intended to continue such discharges.

22. In the same way, litigation of the motion to dismiss had to be performed to get Mr. Chrisman the final relief that he required.

23. And, the same law and nucleus of operative claims and facts were present throughout this case, requiring the significant work, as reflected in the fee application, needed to get to the final point we now are at in this case.

6

24. I will note that the work performed by attorneys in this case was not duplicative, in the sense that all counsel added value whenever they contributed to the final work product. Different counsel reviewed pleadings from the perspective of their experience, which, as noted above, varied among Plaintiffs' counsel. The case was staffed how it was staffed, by several attorneys, because the issues in this case involved differing areas of law and unique factual issues, the other side was represented by experienced and aggressive counsel, and those counsel represented defendants who had advantages not possessed by Plaintiffs. Without question, this case was an uphill battle when Plaintiffs' counsel agreed to take it.

25. The expenses claimed were actually incurred and necessary to the resolution of this case, and involved airfare and hotels for the preliminary injunction (though Mr. Wiest's bill reflects additional charges for airfare as he paid for some of the flights to get us there and back), including the airline change fees when the preliminary injunction hearing went longer than expected in this matter.

26. I also want to mention that this matter was litigated in a reasonable way, particularly given the context that Defendants insisted on litigating and relitigating aspects of the claims, all of which required the time that was spent in this matter.

27. This particular case involved a number of factors that also support the requested rate and support the hours worked. First, a significant amount of time and labor was involved – in no small part due to the actions of Defendants.

28. The relief obtained for the clients was and is significant and enduring. After entry of a preliminary injunction, indicating probable success on the merits, Army officials not only discontinued the vaccination requirement as Congress ordered, but went further and

7

undid adverse actions for the clients the Army had already imposed on them.  This case

involved, at bottom, relief that saved the careers of more 1,000 army servicemembers, all

of whom faced imminent separation.  In other words, it came in the nick of time.  In fact,

several separated soldiers were restored to active duty.  That relief endures.

29. For Mr. Chrisman, he received all of the relief he wanted: a clearing of his record and

name and an upgrade of his discharge.

30. From the outset, this case drew national attention and involved a significant level of

undesirability.  Traditional media was critical of this case.  There was a general sense

among a large segment of the public that there were unwritten exceptions to the Bill of

Rights during a pandemic.  Notwithstanding these issues, this case was brought out of a

recognition that, despite the risks and challenges involved, the Constitutional rights at

stake needed to be vindicated, particularly at a time when those rights were most under

assault.

31. Attached as **Exhibit 2**, hereto, is a complete copy of my time entries and bills for the

above captioned matter in the District Court through January 11, 2024.  I reserve the right

to supplement this declaration and our fee application in the future.

32. In total, the attached invoices reflect total hours spent in the district court for 161.9 hours.

Thus, total attorney fee time is $141,865.  Total expenses include $854.76.  Thus, the

total request, at this time, for my time and firm's expenses is $142,719.76, plus the return

of the posted bond, and is reasonable and appropriate for this matter.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United

States of America that the foregoing Declaration is true and correct to the best of my knowledge

and belief and that such facts are made based on my personal knowledge.

8

Executed on  *January 15, 2024.*

_____
Thomas B. Bruns

# EXHIBIT 1

### Thomas B. Bruns

Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
513-312-9890/513-800-1263 Fax
*tbruns@bcvalaw.com*

**EXPERIENCE:**

**Bruns, Connell, Vollmar & Armstrong, LLC**
Managing Partner from September 2016 to present

**LITIGATION:**
Throughout my career I have handled, and continue to handle, numerous constitutional matters in both state and federal court.  These cases generally involved cutting edge constitutional arguments/issues and have resulted in numerous published decisions and awards of attorney fees. A sampling of the cases is set forth below.

- *Pleasant View Baptist Church, et al. v. Andy Beshear,* No. 21-6028 (6th Cir. 2023) (Counsel for Plaintiffs in First Amendment Free Exercise case seeking liability against a governor in his individual capacity.  A cert. petition will be filed);
- *Doster, et al. v. Kendall, et al.,* No. 22-3702 (6th Cir. 2022) (Class counsel for Plaintiffs in successful First Amendment/RFRA challenge to Air Force vaccine mandate);
- *Massie, et al. v. Pelosi, et al.*, No. 22-5858 (DC Ct. App. 2023) (Counsel for Plaintiffs, who are sitting members of Congress, in 27th Amendment and First Amendment challenge to a House rule);
- *Fischer, et al. v. Thomas, et al.,* No. 22-5938 (6th Cir. 2022) (Counsel for State Supreme Court candidate in successful First Amendment challenge to state judicial canons);
- *Roberts v. Neace,* 958 F.3d 409 (6th Cir. 2020) (Counsel for Plaintiffs in a successful First Amendment Free Exercise case including a challenge to a state ban on Church attendance);
- *Ramsek v. Beshear,* 468 F. Supp. 3d 904 (E.D. Ky. 2020) (Counsel for Plaintiff in a successful First Amendment challenge to a state ban on political protest);
- *Jerome Kunkel, et al. v. NKY Independent Health District, et al.,* Boone Circuit Court, Case No. 19-CI-00357 and Commonwealth of Kentucky, Court of Appeals, Case No. 20-19-CA-000575 (Counsel for Plaintiffs in pending First Amendment case involving religious liberty)
- *Russell v. Grimes,* 784 F.2d 1037 (6th Cir. 2015) (Counsel for Plaintiff in successful First Amendment Electioneering case);
- *Winter v. Wolnitzek,* 834 F.3d 681 (6th Cir. 2016) (Counsel for Plaintiff in successful First Amendment challenge to Judicial speech prohibitions);

Thomas B. Bruns
Page 2

- *Schmidt v. Krikorion,* 2010 CVC 01217, Clermont Cty (Counsel for Defendant in First Amendment case that included Supreme Court appeal on issue of Congressional Speech and Debate Immunity);
- *Libertarian National Committee, Inc., et al. v. Dr. Terry Holiday, et al.,* 3:14-cv-00063-GVFT, 5:15-cv-00212-KKC, United States District Court, Eastern District of Kentucky, Central Division at Frankfort (Counsel for Plaintiff in successful First Amendment challenge to campaign finance and legislative ethics laws);
- *Elouardighi, et al. v. Pedcor Management Corp.,* 13CV83929, Warren County (Counsel for Plaintiffs in successful civil rights case involving racial discrimination);
- *Campbell, et al. v. Village of Woodlawn, Ohio, et al.,* 1:04CV325, U.S. District Court for the Southern District of Ohio (Counsel for a Defendant in §1983 case involving excessive use of force);
- *Daly v. Neil,* SDOH, 1:18-cv-00346 (Counsel for Plaintiffs in Second Amendment challenge to Ohio's concealed carry requirement for a firearm in a private motor vehicle);
- *Russell Brooksbank v. Koch,* 3:16-cv-00668-JHM-DW, United States District Court, Western District of Kentucky, Louisville Division (Counsel for Plaintiff in successful §1983 case)

## PAST EXPERIENCE:

**Freund, Freeze & Arnold,** Cincinnati, Ohio
Partner

## EDUCATION:

**University of Cincinnati College of Law,** Cincinnati, Ohio, J.D., 1990
**Miami University,** Oxford, Ohio
Bachelor of Zoology, 1987

## ADMISSIONS:

Supreme Court of Ohio, 1990
Supreme Court of Kentucky, 1993
Supreme Court of the United States, 2003
U.S. Court of Appeals for the Sixth Circuit, 2000
U.S. District Court for the Northern District of Ohio, 2005
U.S. District Court for the Southern District of Ohio, 2002
U.S. District Court for the Eastern District of Kentucky, 1997
U.S. District Court for the Western District of Kentucky, 2011
U.S. Court of Appeals for the District of Columbia Circuit 2022

Honors:

Ohio Super Lawyer, 2007-2023
Best Lawyers in America, 2008-2023
America's Top 100 Bet The Company Litigators
Martindale Hubbell, AV Rating for 20 years

## MEMBERSHIPS:

Cincinnati Bar Association
Ohio State Bar Association
Kentucky Bar Association
Northern Kentucky Bar Association

# EXHIBIT 2

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024



# INVOICE

Invoice # 26880
Date: 01/11/2024
Due On: 02/11/2024

# Bruns, Connell, Vollmar & Armstrong, LLC

40 N. Main St., Suite 2010
Dayton, OH 45423
Phone: 937-999-6217
Fax: 937-999-6290
Email: billing@bcvalaw.com

Chris Wiest AAL PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, KY 41017

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $142,719.76 | ) - ( | $0.00 | ) = | $142,719.76 |

## Chris Wiest AAL PLLC--00050

## Robert Schelske, et al. v. Lloyd J. Austin, III, et al.

Client Reference Number:

### Services

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 09/12/2022 | Tom Bruns | Receipt and review numerous emails from all co-counsel re: issues with Complaint and strategy for same. | 0.30 | $850.00 | $255.00 |
| 09/12/2022 | Tom Bruns | Receipt and review proposed Complaint and declarations and revise same. | 0.90 | $850.00 | $765.00 |
| 09/12/2022 | Tom Bruns | Send emails to co-counsel re: arguments to raise. | 0.10 | $850.00 | $85.00 |
| 09/12/2022 | Tom Bruns | Telephone conference with co-counsel re: further plan of action. | 0.20 | $850.00 | $170.00 |
| 09/12/2022 | Tom Bruns | Receipt and review proposed Complaint and declaration sand revise same. | 0.90 | $850.00 | $765.00 |
| 09/13/2022 | Tom Bruns | Receipt and review emails from all co-counsel re: further plan. | 0.20 | $850.00 | $170.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 09/13/2022 | Tom Bruns | Telephone conference with co-counsel re: further revisions to Complaint and preliminary injunction strategy. | 0.20 | $850.00 | $170.00 |
|---|---|---|---|---|---|
| 09/19/2022 | Tom Bruns | Receipt and review emails from co-counsel re: further plan. | 0.20 | $850.00 | $170.00 |
| 09/19/2022 | Tom Bruns | Telephone conference with co-counsel re: further plan. | 0.20 | $850.00 | $170.00 |
| 09/27/2022 | Tom Bruns | Receipt and review finalized Complaint and Motion for Preliminary Injunction. | 0.40 | $850.00 | $340.00 |
| 09/27/2022 | Tom Bruns | Telephone conference with co-counsel re: finalized pleadings. | 0.20 | $850.00 | $170.00 |
| 09/29/2022 | Tom Bruns | Final revisions and additions to Complaint and Motion for Preliminary Injunction. | 0.70 | $850.00 | $595.00 |
| 09/29/2022 | Tom Bruns | Receipt and review emails from all co-counsel re: strategy for preliminary injunction and pleading issues. | 0.20 | $850.00 | $170.00 |
| 09/29/2022 | Tom Bruns | Send email to all co-counsel re: final revisions. | 0.10 | $850.00 | $85.00 |
| 10/04/2022 | Tom Bruns | Email communications with co-counsel re: case strategy and forum selection. | 0.20 | $850.00 | $170.00 |
| 10/04/2022 | Tom Bruns | Telephone conference with co-counsel re: further strategy for case. | 0.20 | $850.00 | $170.00 |
| 10/04/2022 | Tom Bruns | Receipt and review as filed Complaint. | 0.90 | $850.00 | $765.00 |
| 10/04/2022 | Tom Bruns | Telephone conference with co-counsel re: next steps. | 0.20 | $850.00 | $170.00 |
| 10/05/2022 | Tom Bruns | Receipt and review emails from co-counsel re: further litigation plan for case. | 0.20 | $850.00 | $170.00 |
| 10/05/2022 | Tom Bruns | Prepare pro hac vice pleadings. | 0.20 | $850.00 | $170.00 |
| 10/05/2022 | Tom Bruns | Telephone conference with co-counsel re: pro hac vice and case status. | 0.20 | $850.00 | $170.00 |
| 10/06/2022 | Tom Bruns | Receipt and review revised Motion and Order. | 0.50 | $850.00 | $425.00 |
| 10/06/2022 | Tom Bruns | Receipt and review finalized declarations. | 1.30 | $850.00 | $1,105.00 |
| 10/06/2022 | Tom Bruns | Telephone conference with co-counsel re: revisions to Motion for Preliminary Injunction. | 0.20 | $850.00 | $170.00 |
| 10/06/2022 | Tom Bruns | Telephone conference with co-counsel re: issues with Motion for Preliminary Injunction. | 0.20 | $850.00 | $170.00 |
| 10/06/2022 | Tom Bruns | Review Fifth Circuit case law re: RFRA standard in military cases and exhaustion issues. | 1.20 | $850.00 | $1,020.00 |
| 10/06/2022 | Tom Bruns | Email communications with co-counsel re: revisions to pleadings. | 0.20 | $850.00 | $170.00 |
| 10/07/2022 | Tom Bruns | Review and revise Preliminary Injunction Motion and | 2.90 | $850.00 | $2,465.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| | | Memorandum in Support. | | | |
|---|---|---|---|---|---|
| 10/12/2022 | Tom Bruns | Receipt and review email from attorney Wendy Cox re: further revisions and substance of same. | 0.10 | $850.00 | $85.00 |
| 10/12/2022 | Tom Bruns | Receipt and review revised Preliminary Injunction Motion and Memorandum and continued revisions. | 0.90 | $850.00 | $765.00 |
| 10/12/2022 | Tom Bruns | Review case law re: requirements for preliminary injunction. | 1.80 | $850.00 | $1,530.00 |
| 10/12/2022 | Tom Bruns | Receipt and review email from attorney Chris Wiest re: issues with pleadings and further revisons to same. | 0.10 | $850.00 | $85.00 |
| 10/13/2022 | Tom Bruns | Receipt and review further revised Preliminary Injunction Motion and Memorandum in Support. | 0.80 | $850.00 | $680.00 |
| 10/13/2022 | Tom Bruns | Receipt and review emails from attorney Wendy Cox re: issues with Preliminary Injunction Motion and Memorandum in Support and local counsel. | 0.10 | $850.00 | $85.00 |
| 10/13/2022 | Tom Bruns | Receipt and review Motion to Proceed without local counsel. | 0.10 | $850.00 | $85.00 |
| 10/18/2022 | Tom Bruns | Receipt and review email from attorney Wendy Cox with attachment re: deployability issues. | 0.30 | $850.00 | $255.00 |
| 10/18/2022 | Tom Bruns | Receipt and review as-filed Preliminary Injunction Motion and Memorandum in Support. | 0.40 | $850.00 | $340.00 |
| 10/28/2022 | Tom Bruns | Receipt and review email from attorney Wendy Cox with attachment re: army documents and action against clients. | 0.20 | $850.00 | $170.00 |
| 11/02/2022 | Tom Bruns | Receipt and review email from attorney Wendy Cox re: follow up on clients. | 0.10 | $850.00 | $85.00 |
| 11/09/2022 | Tom Bruns | Receipt and review Department of Justice Response to Preliminary Injunction Motion and review case cites. | 2.80 | $850.00 | $2,380.00 |
| 11/10/2022 | Tom Bruns | Receipt and review Defendants' Notice of Supplemental Facts. | 0.10 | $850.00 | $85.00 |
| 11/17/2022 | Tom Bruns | Receipt and review Galloway response to Supplemental Facts. | 0.10 | $850.00 | $85.00 |
| 11/17/2022 | Tom Bruns | Receipt and review email from attorney Wendy Cox re: issues without reply. | 0.10 | $850.00 | $85.00 |
| 11/18/2022 | Tom Bruns | Receipt and review emails from attorney Wendy Cox re: further revisions to Reply and plan for same. | 0.20 | $850.00 | $170.00 |
| 11/18/2022 | Tom Bruns | Receipt and review email from attorney Johnny Walker re: timing of Reply. | 0.10 | $850.00 | $85.00 |
| 11/21/2022 | Tom Bruns | Receipt and review email from co-counsel re: issues with Reply. | 0.10 | $850.00 | $85.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 11/21/2022 | Tom Bruns | Revise and add to Reply in Support of Preliminary Injunction. | 2.70 | $850.00 | $2,295.00 |
|---|---|---|---|---|---|
| 11/22/2022 | Tom Bruns | Receipt and review email from attorney Johnny Wakler re: additonal information from Army. | 0.10 | $850.00 | $85.00 |
| 11/22/2022 | Tom Bruns | Receipt and review emails from co-counsel re: class certification. | 0.20 | $850.00 | $170.00 |
| 11/22/2022 | Tom Bruns | Receipt and review additional revised Reply in Support. | 0.40 | $850.00 | $340.00 |
| 11/22/2022 | Tom Bruns | Receipt and review proposed Class Certification Motion. | 0.30 | $850.00 | $255.00 |
| 11/22/2022 | Tom Bruns | Send email to co-counsel re: revisions to proposed Class Certification Motion. | 0.10 | $850.00 | $85.00 |
| 11/23/2022 | Tom Bruns | Revise and add to Class Certification Motion and Memorandum in Support. | 3.40 | $850.00 | $2,890.00 |
| 11/23/2022 | Tom Bruns | Review case law in support of Class Certification Motion and Memorandum in Support. | 0.90 | $850.00 | $765.00 |
| 11/23/2022 | Tom Bruns | Send emails to co-counsel re: my revisions to Class Certification Motion and Memorandum in Support. | 0.10 | $850.00 | $85.00 |
| 11/23/2022 | Tom Bruns | Receipt and review emails from co-counsel re: our Motion and further revisions. | 0.40 | $850.00 | $340.00 |
| 11/23/2022 | Tom Bruns | Receipt and review GOMOR information on clients. | 0.20 | $850.00 | $170.00 |
| 11/23/2022 | Tom Bruns | Discussions with co-counsel re: GOMOR issues. | 0.20 | $850.00 | $170.00 |
| 12/01/2022 | Tom Bruns | Receipt and review Plaintiffs' Notice of Supplemental Authority. | 0.10 | $850.00 | $85.00 |
| 12/05/2022 | Tom Bruns | Receipt and review emails from co-counsel re: issues for Court. | 0.30 | $850.00 | $255.00 |
| 12/05/2022 | Tom Bruns | Receipt and review documents from Cadet Mell. | 0.20 | $850.00 | $170.00 |
| 12/05/2022 | Tom Bruns | Receipt and review emails from attorney Johnny Walker re: response to Cadet Mell. | 0.20 | $850.00 | $170.00 |
| 12/06/2022 | Tom Bruns | Receipt and review emails from attorney Johnny Walker re: briefing issues. | 0.10 | $850.00 | $85.00 |
| 12/06/2022 | Tom Bruns | Receipt and review emails from co-counsel re: issues for the hearing. | 0.10 | $850.00 | $85.00 |
| 12/06/2022 | Tom Bruns | Receipt and review article on potential mandate repeal. | 0.10 | $850.00 | $85.00 |
| 12/07/2022 | Tom Bruns | Receipt and review Defendants' Notice of Supplemental Authority. | 0.10 | $850.00 | $85.00 |
| 12/07/2022 | Tom Bruns | Receipt and review Notice of Subsequent Factual Developments. | 0.10 | $850.00 | $85.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 12/08/2022 | Tom Bruns | Receipt and review email from Court re: need for conference call. | 0.10 | $850.00 | $85.00 |
|---|---|---|---|---|---|
| 12/08/2022 | Tom Bruns | Receipt and review emails from co-counsel re: conference call with Court and plan for same. | 0.10 | $850.00 | $85.00 |
| 12/08/2022 | Tom Bruns | Discussions with co-counsel and participate with Court in conference call and follow up. | 2.40 | $850.00 | $2,040.00 |
| 12/09/2022 | Tom Bruns | Receipt and review emails from co-counsel re: plan for hearing and status of actions against clients. | 0.50 | $850.00 | $425.00 |
| 12/09/2022 | Tom Bruns | Discussions with co-counsel re: plan for hearing. | 1.90 | $850.00 | $1,615.00 |
| 12/09/2022 | Tom Bruns | Receipt and review email from attorney Johnny Walker re: issues for hearing. | 0.10 | $850.00 | $85.00 |
| 12/09/2022 | Tom Bruns | Receipt and review proposed email to Department of Justice and send emails to co-counsel on follow up with same. | 0.20 | $850.00 | $170.00 |
| 12/09/2022 | Tom Bruns | Receipt and review Order for hearing on Preliminary Injunction. | 0.10 | $850.00 | $85.00 |
| 12/09/2022 | Tom Bruns | Revise and add to response email to Department of Justice. | 0.20 | $850.00 | $170.00 |
| 12/09/2022 | Tom Bruns | Receipt and review separation notice. | 0.10 | $850.00 | $85.00 |
| 12/09/2022 | Tom Bruns | Receipt and review documents on Schelske and Costroff. | 0.60 | $850.00 | $510.00 |
| 12/09/2022 | Tom Bruns | Receipt and review Motion to continue hearing and proposed Order. | 0.10 | $850.00 | $85.00 |
| 12/09/2022 | Tom Bruns | Receipt and review Memorandum in Opposition and revise same. | 0.30 | $850.00 | $255.00 |
| 12/09/2022 | Tom Bruns | Receipt and review Garwacki subpoena. | 0.10 | $850.00 | $85.00 |
| 12/10/2022 | Tom Bruns | Email communications with co-counsel re: hearing preparation and call on hearing. | 0.20 | $850.00 | $170.00 |
| 12/10/2022 | Tom Bruns | Receipt and review Order denying continuance. | 0.10 | $850.00 | $85.00 |
| 12/11/2022 | Tom Bruns | Review proposed exhibits for hearing and dicuss preparation with co-counsel. | 3.60 | $850.00 | $3,060.00 |
| 12/11/2022 | Tom Bruns | Receipt and review emails from co-counsel re: issues with hearing and exhibits. | 0.20 | $850.00 | $170.00 |
| 12/12/2022 | Tom Bruns | Receipt and review emails from co-counsel re: hearing preparation. | 0.40 | $850.00 | $340.00 |
| 12/12/2022 | Tom Bruns | Begin preparation for hearing re: review pleadings, cases and documents for use at hearing. | 3.40 | $850.00 | $2,890.00 |
| 12/13/2022 | Tom Bruns | Continued preparation for hearing re: review exhibits | 4.20 | $850.00 | $3,570.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| | | and outline of potential questions. | | | |
|---|---|---|---|---|---|
| 12/13/2022 | Tom Bruns | Receipt and review emails from co-counsel re: issues for hearing and witnesses. | 0.60 | $850.00 | $510.00 |
| 12/13/2022 | Tom Bruns | Receipt and review email from attorney Keri Berman re: hearing issues. | 0.10 | $850.00 | $85.00 |
| 12/13/2022 | Tom Bruns | Receipt and review additional Army documentation. | 0.20 | $850.00 | $170.00 |
| 12/14/2022 | Tom Bruns | Travel to Lubbock, Texas from Cincinnati. | 5.60 | $850.00 | $4,760.00 |
| 12/14/2022 | Tom Bruns | Continued preparation for hearing re: exhibit review and continue the outline for witnesses. | 6.20 | $850.00 | $5,270.00 |
| 12/15/2022 | Tom Bruns | Continued preparation for hearing including meeting with and preparation of all witnesses. | 10.70 | $850.00 | $9,095.00 |
| 12/16/2022 | Tom Bruns | Continued witness preparation and attend Preliminary Injunction hearing. | 6.10 | $850.00 | $5,185.00 |
| 12/16/2022 | Tom Bruns | Travel to Cincinnati Ohio from Lubbock Texas. | 6.30 | $850.00 | $5,355.00 |
| 12/18/2022 | Tom Bruns | Review Defendants' Memorandum in Opposition to Class Certification and review case cites. | 1.90 | $850.00 | $1,615.00 |
| 12/19/2022 | Tom Bruns | Revise and add to Motion for Expedited Class Discovery. | 0.90 | $850.00 | $765.00 |
| 12/19/2022 | Tom Bruns | Receipt and review emails from co-counsel re: issues for follow up from hearing. | 0.60 | $850.00 | $510.00 |
| 12/19/2022 | Tom Bruns | Receipt and review proposed class discovery and revisions to same. | 0.40 | $850.00 | $340.00 |
| 12/19/2022 | Tom Bruns | Receipt and review Motion for Extension and proposed order. | 0.10 | $850.00 | $85.00 |
| 12/20/2022 | Tom Bruns | Receipt and review emails from attorney Johnny Walker re: conference call. | 0.10 | $850.00 | $85.00 |
| 12/20/2022 | Tom Bruns | Receipt and review emails from co-counsel re: follow up discovery and class issues. | 0.30 | $850.00 | $255.00 |
| 12/20/2022 | Tom Bruns | Telephone conference with co-counsel re: conference call issues. | 0.20 | $850.00 | $170.00 |
| 12/21/2022 | Tom Bruns | Receipt and review emails from co-counsel on class and discovery issues. | 0.40 | $850.00 | $340.00 |
| 12/21/2022 | Tom Bruns | Prepare for call re: review notes and pleadings. | 0.30 | $850.00 | $255.00 |
| 12/21/2022 | Tom Bruns | Participate in conference call re: class issues and discovery. | 0.40 | $850.00 | $340.00 |
| 12/21/2022 | Tom Bruns | Receipt and review preliminary injunction decision. | 0.60 | $850.00 | $510.00 |
| 12/21/2022 | Tom Bruns | Receipt and review transcript of hearing. | 1.10 | $850.00 | $935.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 12/21/2022 | Tom Bruns | Receipt and review email from attorney Johnny Walker re: class issues. | 0.10 | $850.00 | $85.00 |
|---|---|---|---|---|---|
| 12/22/2022 | Tom Bruns | Receipt and review emails from co-counsel re: class issues and plan for discovery. | 0.80 | $850.00 | $680.00 |
| 12/22/2022 | Tom Bruns | Participate in conference call re: class issues and NDAA. | 0.40 | $850.00 | $340.00 |
| 12/22/2022 | Tom Bruns | Receipt and review email from attorney Johnny Walker re: class discovery. | 0.10 | $850.00 | $85.00 |
| 12/23/2022 | Tom Bruns | Receipt and review Order re: follow up on preliminary injunction ruling. | 0.10 | $850.00 | $85.00 |
| 12/23/2022 | Tom Bruns | Receipt and review emails from co-counsel re: class certification issues. | 0.20 | $850.00 | $170.00 |
| 12/27/2022 | Tom Bruns | Revise and add to Reply in Support of Motion to Certify. | 2.10 | $850.00 | $1,785.00 |
| 12/27/2022 | Tom Bruns | Receipt and review emails from co-counsel re: class certification issues. | 0.10 | $850.00 | $85.00 |
| 01/02/2023 | Tom Bruns | Receipt and review numerous emails from all co-counsel re: NDAA issues and plan of action. | 0.50 | $850.00 | $425.00 |
| 01/02/2023 | Tom Bruns | Receipt and review Amy documents re: NDAA issues. | 0.60 | $850.00 | $510.00 |
| 01/02/2023 | Tom Bruns | Participate in ZOOM call re: NDAA issues. | 0.50 | $850.00 | $425.00 |
| 01/03/2023 | Tom Bruns | Receipt and review email from attorney Chris Wiest with attachments re: demand to Department of Justice re: NDAA issues. | 0.20 | $850.00 | $170.00 |
| 01/04/2023 | Tom Bruns | Participate in ZOOM call with co-counsel re: next steps. | 0.30 | $850.00 | $255.00 |
| 01/06/2023 | Tom Bruns | Receipt and review numerous emails from all co-counsel re: discovery and stay issues. | 0.30 | $850.00 | $255.00 |
| 01/06/2023 | Tom Bruns | Receipt and review Plaintiffs' Response to Defendants' Notice and revise same. | 0.30 | $850.00 | $255.00 |
| 01/06/2023 | Tom Bruns | Participate in ZOOM call re: stay request and further plan. | 0.40 | $850.00 | $340.00 |
| 01/06/2023 | Tom Bruns | Receipt and review of attorney Keri Berman email re: stay issues. | 0.10 | $850.00 | $85.00 |
| 01/06/2023 | Tom Bruns | Receipt and review of email from attorney Johnny Walker re: stay issues. | 0.10 | $850.00 | $85.00 |
| 01/06/2023 | Tom Bruns | Review pleadings and Army documents re: mootness issues. | 0.60 | $850.00 | $510.00 |
| 01/09/2023 | Tom Bruns | Receipt and review emails from all co-counsel re: FRAGO and status report issues. | 0.20 | $850.00 | $170.00 |
| 01/09/2023 | Tom Bruns | Telephone conference with co-counsel re: status report | 0.20 | $850.00 | $170.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| | | issues. | | | |
|---|---|---|---|---|---|
| 01/09/2023 | Tom Bruns | Revise and add to proposed Joint Status Report. | 0.20 | $850.00 | $170.00 |
| 01/09/2023 | Tom Bruns | Send email to all co-counsel with proposed Joint Status Report. | 0.10 | $850.00 | $85.00 |
| 01/09/2023 | Tom Bruns | Review Secretary of Defense memorandum and pleading re: mootness issues and further relief. | 0.90 | $850.00 | $765.00 |
| 01/09/2023 | Tom Bruns | Receipt and review email from co-counsel re: dispute over operational versus punitive. | 0.10 | $850.00 | $85.00 |
| 01/09/2023 | Tom Bruns | Review Army releases re: mandate recission. | 0.20 | $850.00 | $170.00 |
| 01/09/2023 | Tom Bruns | Receipt and review Defendants' Joint Report. | 0.20 | $850.00 | $170.00 |
| 01/09/2023 | Tom Bruns | Receipt and review email from attorney Johnny Walker re: Defendants' Joint Report. | 0.10 | $850.00 | $85.00 |
| 01/11/2023 | Tom Bruns | Receipt and review emails from co-counsel re: mootness issues. | 0.20 | $850.00 | $170.00 |
| 01/11/2023 | Tom Bruns | Telephone conference with co-counsel re: further plan. | 0.40 | $850.00 | $340.00 |
| 01/11/2023 | Tom Bruns | Participate in ZOOM conference with all co-counsel re: further plan. | 0.40 | $850.00 | $340.00 |
| 01/13/2023 | Tom Bruns | Receipt and review emails from co-counsel re: mootness and final relief. | 0.20 | $850.00 | $170.00 |
| 01/18/2023 | Tom Bruns | Receipt and review numerous emails from co-counsel re: mootness, status report and continuing harm. | 0.40 | $850.00 | $340.00 |
| 01/18/2023 | Tom Bruns | Receipt and review outline of ongoing harm issues. | 0.20 | $850.00 | $170.00 |
| 01/18/2023 | Tom Bruns | Review file re: ongoing harm issues. | 0.80 | $850.00 | $680.00 |
| 01/18/2023 | Tom Bruns | Review, revise and add to proposed Joint Status Report. | 1.20 | $850.00 | $1,020.00 |
| 01/18/2023 | Tom Bruns | Participate in ZOOM call on proposed Joint Status Report. | 0.90 | $850.00 | $765.00 |
| 01/18/2023 | Tom Bruns | Email communications with co-counsel re: issues with proposed Joint Status Report. | 0.20 | $850.00 | $170.00 |
| 01/18/2023 | Tom Bruns | Telephone conference with co-counsel re: issues with proposed Joint Status Report. | 0.20 | $850.00 | $170.00 |
| 01/18/2023 | Tom Bruns | Receipt and review as filed Joint Status Report. | 0.20 | $850.00 | $170.00 |
| 01/20/2023 | Tom Bruns | Receipt and review Defendants' Motion to Dismiss. | 0.20 | $850.00 | $170.00 |
| 01/20/2023 | Tom Bruns | Receipt and review Memorandum of Law in Support and review cited cases. | 2.90 | $850.00 | $2,465.00 |
| 01/20/2023 | Tom Bruns | Receipt and review emails from co-counsel re: Motion | 0.20 | $850.00 | $170.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| | | to Dismiss and handling of same. | | | |
|---|---|---|---|---|---|
| 01/20/2023 | Tom Bruns | Telephone conference with co-counsel re: Motion to Dismiss arguments. | 0.40 | $850.00 | $340.00 |
| 01/23/2023 | Tom Bruns | Telephone conference with co-counsel re: Motion to Dismiss response. | 0.20 | $850.00 | $170.00 |
| 01/23/2023 | Tom Bruns | Prepare for ZOOM call re: review file and allegations for relief. | 0.50 | $850.00 | $425.00 |
| 01/23/2023 | Tom Bruns | Participate in ZOOM call with co-counsel. | 0.90 | $850.00 | $765.00 |
| 01/23/2023 | Tom Bruns | Telephone conference with co-counsel re: Motion to Dismiss response. | 0.30 | $850.00 | $255.00 |
| 01/27/2023 | Tom Bruns | Receipt and review numerous emails from co-counsel re: mootness. | 0.20 | $850.00 | $170.00 |
| 01/27/2023 | Tom Bruns | Receipt and review Defendants' Notice of Reinstatement. | 0.10 | $850.00 | $85.00 |
| 01/27/2023 | Tom Bruns | Receipt and review attorney Johnny Walker email re: further harm and response to same. | 0.10 | $850.00 | $85.00 |
| 01/27/2023 | Tom Bruns | Telephone conference with co-counsel re: mootness issues. | 0.20 | $850.00 | $170.00 |
| 01/27/2023 | Tom Bruns | Participate in ZOOM call with co-counsel re: final relief and mootness issues. | 0.60 | $850.00 | $510.00 |
| 01/30/2023 | Tom Bruns | Email communications with all co-counsel re: further plan for case. | 0.20 | $850.00 | $170.00 |
| 01/30/2023 | Tom Bruns | Receipt and review email from attorney Johnny Walker re: contempt awarded. | 0.10 | $850.00 | $85.00 |
| 01/30/2023 | Tom Bruns | Receipt and review email from attorney Wendy Cox re: contempt awarded. | 0.10 | $850.00 | $85.00 |
| 01/31/2023 | Tom Bruns | Receipt and review emails from co-counsel re: further strategy. | 0.20 | $850.00 | $170.00 |
| 01/31/2023 | Tom Bruns | Telephone conference with co-counsel re: further strategy. | 0.20 | $850.00 | $170.00 |
| 01/31/2023 | Tom Bruns | Participate in ZOOM call with co-counsel re: mootness issues and further strategy. | 0.80 | $850.00 | $680.00 |
| 02/03/2023 | Tom Bruns | Receipt and review emails from attorney Wendy Cox with attachments re: potential contempt issues. | 0.20 | $850.00 | $170.00 |
| 02/03/2023 | Tom Bruns | Receipt and review email from attorney Johnny Walker re: contempt issues. | 0.10 | $850.00 | $85.00 |
| 02/03/2023 | Tom Bruns | Telephone conference with co-counsel re: potential contempt issues. | 0.20 | $850.00 | $170.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 02/03/2023 | Tom Bruns | Receipt and review email from attorney Johnny Walker re: contempt issues. | 0.10 | $850.00 | $85.00 |
|---|---|---|---|---|---|
| 02/14/2023 | Tom Bruns | Revise and add to Memorandum in Opposition to Motion to Dismiss. | 3.10 | $850.00 | $2,635.00 |
| 02/14/2023 | Tom Bruns | Receipt and review emails from co-counsel re: mootness issues and our opposition. | 0.20 | $850.00 | $170.00 |
| 02/14/2023 | Tom Bruns | Telephone conference with co-counsel re: re: mootness issues and our opposition. | 0.20 | $850.00 | $170.00 |
| 02/15/2023 | Tom Bruns | Finish revising and adding to Memorandum in Opposition to Motion to Dismiss. | 1.80 | $850.00 | $1,530.00 |
| 02/15/2023 | Tom Bruns | Email communications with co-counsel re: arguments contained in Memorandum in Opposition to Motion to Dismiss. | 0.30 | $850.00 | $255.00 |
| 02/15/2023 | Tom Bruns | Telephone conference with co-counsel re: issues with Memorandum in Opposition to Motion to Dismiss. | 0.20 | $850.00 | $170.00 |
| 02/15/2023 | Tom Bruns | Receipt and review additions to Memorandum in Opposition to Motion to Dismiss re: mootness in light of Secretary of Defense memorandum. | 0.70 | $850.00 | $595.00 |
| 02/15/2023 | Tom Bruns | Participate in ZOOM conference call with all co-counsel re: discovery issues and Motion to Quash. | 0.60 | $850.00 | $510.00 |
| 02/16/2023 | Tom Bruns | Receipt and review finalized Memorandum in Opposition to Motion to Dismiss. | 0.50 | $850.00 | $425.00 |
| 02/16/2023 | Tom Bruns | Telephone conference with co-counsel re: further strategy for case. | 0.40 | $850.00 | $340.00 |
| 02/17/2023 | Tom Bruns | Receipt and review emails from attorney Johnny Walker with U.S. Department of Justice re: pleading issues. | 0.20 | $850.00 | $170.00 |
| 02/17/2023 | Tom Bruns | Receipt and review emails from co-counsel re: pleading issues. | 0.10 | $850.00 | $85.00 |
| 02/17/2023 | Tom Bruns | Telephone conference with co-counsel re: pleading issues. | 0.20 | $850.00 | $170.00 |
| 03/08/2023 | Tom Bruns | Receipt and review attorney JohnnyWalker email re: page limits. | 0.10 | $850.00 | $85.00 |
| 03/08/2023 | Tom Bruns | Receipt and review email from co-counsel re: page limits. | 0.10 | $850.00 | $85.00 |
| 03/08/2023 | Tom Bruns | Telephone conference with co-counsel re: mootness and further plan. | 0.20 | $850.00 | $170.00 |
| 03/08/2023 | Tom Bruns | Prepare for ZOOM conference call re: review file, factual research on mootness claim. | 0.90 | $850.00 | $765.00 |
| 03/08/2023 | Tom Bruns | Participate in ZOOM conference call re: further | 0.50 | $850.00 | $425.00 |

| | | strategy. | | | |
|---|---|---|---|---|---|
| 03/10/2023 | Tom Bruns | Receipt and review Defendants' Motion to Dismiss. | 0.10 | $850.00 | $85.00 |
| 03/10/2023 | Tom Bruns | Receipt and review Department of Defense memo on implementation of rescission. | 0.10 | $850.00 | $85.00 |
| 03/10/2023 | Tom Bruns | Receipt and review Memorandum in Support of Motion to Dismiss and cases cited therein. | 3.60 | $850.00 | $3,060.00 |
| 03/10/2023 | Tom Bruns | Receipt and review attorney Johnny Walker email re: order granting motion. | 0.10 | $850.00 | $85.00 |
| 03/10/2023 | Tom Bruns | Receipt and review Mahoney and Suarez declarations with attachments. | 0.90 | $850.00 | $765.00 |
| 03/10/2023 | Tom Bruns | Telephone conference with co-counsel re: Defendants' arguments and mootness. | 0.40 | $850.00 | $340.00 |
| 03/15/2023 | Tom Bruns | Participate in ZOOM call re: next steps. | 0.30 | $850.00 | $255.00 |
| 03/15/2023 | Tom Bruns | Telephone conference with co-counsel re: next steps. | 0.20 | $850.00 | $170.00 |
| 03/16/2023 | Tom Bruns | Email communications with all co-counsel re: our response to Motion to Dismiss and issues with same. | 0.20 | $850.00 | $170.00 |
| 03/16/2023 | Tom Bruns | Telephone conference with co-counsel re: arguments in our response to Motion to Dismiss. | 0.30 | $850.00 | $255.00 |
| 03/16/2023 | Tom Bruns | Receipt and review pleadings from Navy Seals case re: mootness arguments and review of case cites. | 1.20 | $850.00 | $1,020.00 |
| 03/16/2023 | Tom Bruns | Receipt and review Army documents re: rescission implementation. | 0.90 | $850.00 | $765.00 |
| 03/18/2023 | Tom Bruns | Review case cites and follow up cases in our Response Brief. | 2.70 | $850.00 | $2,295.00 |
| 03/18/2023 | Tom Bruns | Revise and add to our Response to Motion to Dismiss. | 4.60 | $850.00 | $3,910.00 |
| 03/18/2023 | Tom Bruns | Email communications with all co-counsel re: revisions, additions and issues with Response to Motion to Dismiss. | 0.30 | $850.00 | $255.00 |
| 03/19/2023 | Tom Bruns | Receipt and review emails from co-counsel re: further revisions to Response. | 0.10 | $850.00 | $85.00 |
| 03/19/2023 | Tom Bruns | Receipt and review revised Response to Motion to Dismiss. | 0.60 | $850.00 | $510.00 |
| 03/20/2023 | Tom Bruns | Email communications with co-counsel re: mootness issues and Army's documentation. | 0.20 | $850.00 | $170.00 |
| 03/22/2023 | Tom Bruns | Receipt and review further revise Response to Motion to Dismiss. | 0.80 | $850.00 | $680.00 |
| 03/22/2023 | Tom Bruns | Telephone conference with co-counsel re: our Response to Motion to Dismiss and revisions. | 0.20 | $850.00 | $170.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 03/22/2023 | Tom Bruns | Participate in ZOOM conference call with co-counsel re: further plan. | 0.40 | $850.00 | $340.00 |
|---|---|---|---|---|---|
| 03/22/2023 | Tom Bruns | Email communications with co-counsel re: revisions to our Response. | 0.30 | $850.00 | $255.00 |
| 03/22/2023 | Tom Bruns | Receipt and review of additional Army documents re: rescission issues. | 0.40 | $850.00 | $340.00 |
| 03/23/2023 | Tom Bruns | Receipt and review emails from all co-counsel re: our response and strategy for same. | 0.20 | $850.00 | $170.00 |
| 03/23/2023 | Tom Bruns | Receipt and review further revisions to Response to Motion to Dismiss. | 0.50 | $850.00 | $425.00 |
| 03/24/2023 | Tom Bruns | Receipt and review as filed Response to Motion to Dismiss. | 0.40 | $850.00 | $340.00 |
| 03/29/2023 | Tom Bruns | Email communications with co-counsel re: Army's ongoing pickoff efforts. | 0.20 | $850.00 | $170.00 |
| 03/30/2023 | Tom Bruns | Email communications with co-counsel re: mootness issues. | 0.20 | $850.00 | $170.00 |
| 04/05/2023 | Tom Bruns | Participate in ZOOM call with co-counsel re: further litigation plan. | 0.30 | $850.00 | $255.00 |
| 04/07/2023 | Tom Bruns | Receipt and review Defendants' Reply in Support of Motion to Dismiss and review case cites. | 3.10 | $850.00 | $2,635.00 |
| 04/07/2023 | Tom Bruns | Receipt and review Supplemental Appendix to Reply with attachments. | 0.40 | $850.00 | $340.00 |
| 04/07/2023 | Tom Bruns | Receipt and review emails from co-counsel re: further plan. | 0.20 | $850.00 | $170.00 |
| 04/19/2023 | Tom Bruns | Participate in ZOOM call with co-counsel re: further plan. | 0.20 | $850.00 | $170.00 |
| 07/05/2023 | Tom Bruns | Review pleadings file re: status response. | 0.40 | $850.00 | $340.00 |
| 07/05/2023 | Tom Bruns | Attend ZOOM call on status response. | 0.40 | $850.00 | $340.00 |
| 07/05/2023 | Tom Bruns | Receipt and review Order granting extension. | 0.10 | $850.00 | $85.00 |
| 07/05/2023 | Tom Bruns | Receipt and review Schelske documents. | 0.20 | $850.00 | $170.00 |
| 07/07/2023 | Tom Bruns | Receipt and review Navy Seals Opinion. | 0.40 | $850.00 | $340.00 |
| 07/07/2023 | Tom Bruns | Receipt and review email from co-counsel re: next steps. | 0.10 | $850.00 | $85.00 |
| 07/10/2023 | Tom Bruns | Receipt and review emails from co-counsel re: next steps. | 0.20 | $850.00 | $170.00 |
| 07/10/2023 | Tom Bruns | Receipt and review proposed declarations and revise same. | 0.40 | $850.00 | $340.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 07/14/2023 | Tom Bruns | Revise and add to Joint Supplemental Notice. | 0.40 | $850.00 | $340.00 |
|---|---|---|---|---|---|
| 09/18/2023 | Tom Bruns | Receipt and review decision on Motion to Dismiss. | 0.90 | $850.00 | $765.00 |
| 09/19/2023 | Tom Bruns | Receipt and review emails from co-counsel re: decision on Motion to Dismiss. | 0.20 | $850.00 | $170.00 |
| 09/19/2023 | Tom Bruns | Call with Department of Justice and follow up call with co-counsel. | 0.80 | $850.00 | $680.00 |
| 09/22/2023 | Tom Bruns | Communicate with co-counsel and client re: settlement and further plan. | 0.90 | $850.00 | $765.00 |
| 09/24/2023 | Tom Bruns | Review case law re: fee issues. | 1.20 | $850.00 | $1,020.00 |
| 09/24/2023 | Tom Bruns | Review file re: remaining issues for settlement. | 0.50 | $850.00 | $425.00 |
| 09/24/2023 | Tom Bruns | Telephone conference with attorney Chris Wiest re: fee issue. | 0.20 | $850.00 | $170.00 |
| 10/05/2023 | Tom Bruns | Telephone conference with attorney Chris Wiest re: settlement and fee issues. | 0.20 | $850.00 | $170.00 |
| 10/05/2023 | Tom Bruns | Receipt and review emails from all co-counsel re: settlement and fee issues. | 0.10 | $850.00 | $85.00 |
| 10/25/2023 | Tom Bruns | Receipt and review Snyder email re: settlement and fee issues. | 0.10 | $850.00 | $85.00 |
| 10/25/2023 | Tom Bruns | Review cases cited by Department of Justice. | 0.80 | $850.00 | $680.00 |
| 10/25/2023 | Tom Bruns | Review emails by all co-counsel re: Department of Justice settlement position. | 0.20 | $850.00 | $170.00 |
| 10/25/2023 | Tom Bruns | Telephone conference with attorney Chris Wiest re: Department of Justice response and mediation. | 0.20 | $850.00 | $170.00 |
| 10/27/2023 | Tom Bruns | Receipt and review proposed Joint Motion. | 0.10 | $850.00 | $85.00 |
| 10/27/2023 | Tom Bruns | Receipt and review emails from co-counsel re: proposed Joint Motion and mediation. | 0.10 | $850.00 | $85.00 |
| 11/02/2023 | Tom Bruns | Receipt and review Order on mediation. | 0.10 | $850.00 | $85.00 |
| 11/07/2023 | Tom Bruns | Receipt and review Joint Notice of Mediation. | 0.10 | $850.00 | $85.00 |
| 11/16/2023 | Tom Bruns | Receipt and review emails from all co-counsel re: settlement demand and mediation. | 0.10 | $850.00 | $85.00 |
| 11/16/2023 | Tom Bruns | Receipt and review proposed settlement demand. | 0.30 | $850.00 | $255.00 |
| 11/16/2023 | Tom Bruns | Telephone conference with attorney Chris Wiest re: proposed settlement demand. | 0.20 | $850.00 | $170.00 |
| 11/20/2023 | Tom Bruns | Receipt and review further revised settlement letter and releases. | 0.20 | $850.00 | $170.00 |
| 11/22/2023 | Tom Bruns | Receipt and review proposed mediation position statement. | 0.30 | $850.00 | $255.00 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 11/27/2023 | Tom Bruns | Receipt and review further revised mediation psoition statement and extensively revise same. | 0.60 | $850.00 | $510.00 |
|---|---|---|---|---|---|
| 11/27/2023 | Tom Bruns | Send email to all co-counsel re: my revisions to mediation psoition statement. | 0.10 | $850.00 | $85.00 |
| 11/27/2023 | Tom Bruns | Telephone conference with attorney Chris Wiest re: handling of mediation. | 0.20 | $850.00 | $170.00 |
| 12/05/2023 | Tom Bruns | Telephone conference with attorney Chris Wiest re: strategy for handling of mediation. | 0.20 | $850.00 | $170.00 |
| 12/07/2023 | Tom Bruns | Telephone conference with attorney Chris Wiest re: handling of mediation. | 0.20 | $850.00 | $170.00 |
| 12/07/2023 | Tom Bruns | Receipt and review Agreed Order rescinding claims. | 0.10 | $850.00 | $85.00 |
| 12/08/2023 | Tom Bruns | Receipt and review Minute Entry for Mediation. | 0.10 | $850.00 | $85.00 |
| 12/14/2023 | Tom Bruns | Receipt and review emails from all co-counsel re: mediation follow up. | 0.10 | $850.00 | $85.00 |
| 12/14/2023 | Tom Bruns | Receipt and review Schelske declaration. | 0.10 | $850.00 | $85.00 |
| 12/15/2023 | Tom Bruns | Send email to all co-counsel re: follow up on mediation. | 0.10 | $850.00 | $85.00 |
| 12/18/2023 | Tom Bruns | Revise and add to Schelske declaration and send to all co-counsel. | 0.20 | $850.00 | $170.00 |
| 01/04/2024 | Tom Bruns | Receipt and review emails from all co-counsel re: fee issues and motion. | 0.20 | $850.00 | $170.00 |
| 01/04/2024 | Tom Bruns | Telephone conference with attorney Chris Wiest re: strategy and plan for fee motion. | 0.20 | $850.00 | $170.00 |
| 01/11/2024 | Tom Bruns | Revise and add to Declaration in support of Fee Motion. | 0.80 | $850.00 | $680.00 |

**Quantity Subtotal** **166.9**

**Services Subtotal** **$141,865.00**

## Expenses

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/13/2022 | Tom Bruns | PACER fees<br>Paid by credit card | 1.00 | $44.20 | $44.20 |
| 12/14/2022 | Tom Bruns | Courtyard Lubbock Downtown TX<br>Paid by credit card | 1.00 | $448.83 | $448.83 |
| 12/14/2022 | Tom Bruns | IAHB Cibo Express B25 Houston TX<br>Paid by credit card | 1.00 | $13.18 | $13.18 |
| 12/14/2022 | Tom Bruns | Panera Bread<br>Paid by credit card | 1.00 | $13.07 | $13.07 |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

| 12/16/2022 | Tom Bruns | SWA inflight WIFI<br>Paid by credit card | 1.00 | $8.00 | $8.00 |
|---|---|---|---|---|---|
| 12/17/2022 | Tom Bruns | Delta Air Services Fees<br>Paid by credit card | 1.00 | $10.00 | $10.00 |
| 12/18/2022 | Tom Bruns | CNP Parkside East<br>Austin TX<br>Paid by credit card | 1.00 | $22.56 | $22.56 |
| 12/18/2022 | Tom Bruns | Jugo Juice East Austin TX<br>Paid by credit card | 1.00 | $10.89 | $10.89 |
| 02/01/2023 | Tom Bruns | Reimbursement for Airfare to Texas $252.98<br>Two Uber trips $31.05<br>Ck No. 7683 | 1.00 | $284.03 | $284.03 |

|  |  |  | **Expenses Subtotal** | **$854.76** |
|---|---|---|---|---|

| | Time Keeper | Hours | Rate | Total |
|---|---|---|---|---|
| Tom Bruns | | 166.9 | $850.00 | $141,865.00 |
| | | | **Quantity Total** | **166.9** |
| | | | **Subtotal** | **$142,719.76** |
| | | | **Total** | **$142,719.76** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 26880 | 02/11/2024 | $142,719.76 | $0.00 | $142,719.76 |
| | | | **Outstanding Balance** | **$142,719.76** |
| | | | **Total Amount Outstanding** | **$142,719.76** |

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

Please make all amounts payable to: Bruns, Connell, Vollmar & Armstrong, LLC

Please pay within 31 days.

Invoice # 26880 - Chris Wiest AAL PLLC--00050 - 01/11/2024

## Remittance Advice

| Checking Information |
|---|

**Remit checks to:**  Bruns, Connell, Vollmar & Armstrong, LLC
40 N. Main St., Ste. 2010
Dayton, OH 45423

Tax ID: 81-3698456

Please include the invoice number 26880 as an additional reference so we may accurately identify and apply your payment.

# Bruns, Connell, Vollmar & Armstrong, LLC     INVOICE

40 N. Main St., Suite 2010
Dayton, OH 45423
Phone: 937-999-6217
Fax: 937-999-6290
Email: billing@bcvalaw.com

Invoice # 26880
Date: 01/11/2024
Due On: 02/11/2024



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

|  |  |
|---|---|
| **ROBERT SCHELSKE**, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense, et al.,<br><br>     Defendants. | Case No. 6:22-cv-00049-H |

## DECLARATION OF JOHN C. SULLIVAN

1.  My name is John Sullivan.  I am over the age of 18 and fully competent in all respects to make this declaration.

2.  I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.  I have practiced law in Texas for 11 years, and I have been a member of the Texas bar since 2012.  I am admitted to practice in Texas and the District of Columbia; the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, and the Eastern District of Michigan; the United States Courts of Appeals for the D.C., First, Second, Third, Fourth, Fifth, Sixth, Ninth, Eleventh, and Federal Circuits; and the Supreme Court of the United States.

4.  I received my law degree from the University of Notre Dame Law School in 2012 where I was the Executive Editor of the Notre Dame Law Review and the recipient of the Farabaugh Prize.  I was also a fellow with the Blackstone Legal Fellowship and continue to work regularly on cases related to the

Fellowship's religious liberty mission, drafting multiple briefs each year in support of First Amendment claims brought by plaintiffs in both state and federal court.

5.  Following graduation from law school, I clerked for then–Chief Judge Edith H. Jones of the United States Court of Appeals for the Fifth Circuit. Most of my career after that was spent in private practice at the law firm of Morgan Lewis & Bockius—one of the largest firms in the world—serving in an issues and appeals role.  I also spent two years as an Assistant Solicitor General for the State of Texas, working at the Office of the Attorney General in Austin.

6.  My career has involved a significant amount of work on religious liberty cases.  At Morgan Lewis, I drafted multiple Supreme Court petitions involving the Establishment Clause and handled briefing for appeals in both the Fourth and Sixth Circuits that were taken *en banc* by those courts on the issue of legislative prayer.  During that time, I also gained substantial experience in both class action and employment law, helping handle appeals in multiple circuits involving accommodations.  While working as a Texas Assistant SG, I drafted Supreme Court briefs for broad coalitions of states addressing the interplay between First Amendment law and public accommodations.

7.  I founded my own law firm—S|L LAW PLLC—two and a half years ago and practice primarily in federal courts around the country with a focus on class action religious liberty cases.  This includes multiple class action lawsuits related to COVID-19 vaccine exemptions.   I have also drafted multiple Supreme Court *amicus* briefs on these topics, including one in *Groff v. DeJoy*, addressing Title VII and the employer's duty to accommodate religious belief.  Additionally, a substantial portion of my work involves challenges to government regulations or enforcement.

8.  My résumé is attached as Exhibit 1 to this declaration.

9.  I am familiar with the rates of experienced litigators in the Dallas–Fort Worth market.  Having practiced in a wide variety of cases, including those involving religious-freedom claims such as this one, I know and understand the market for experienced litigators handling the type of work being evaluated.

10. In the Dallas market, an hourly rate of $975 is reasonable, as attorneys with less experience charge hourly fees at or above this range.  For example, I know young partners in "big law"—with only ten years' experience—who are billed to their clients at more than $1,600/hour.

11. I am also familiar with the fee application that the Court recently approved in *Franciscan Alliance, Inc. v. Becerra*, --- F. Supp. 3d ----, 2023 WL 4462049 (N.D. Tex.).  Although the $1,200 hourly rate there was based on the D.C. market, hourly rates in Dallas are comparable with D.C. rates for work in federal court on complex class action issues.  The rates requested here are well within the range of what would be customary in the Dallas market for similar litigation.

12.  As the founding partner of S|L Law, I oversee multiple attorneys and regularly evaluate billing statements before they are sent to clients.  The billing invoice attached to this declaration as Exhibit 2 is an accurate reflection of the necessary and reasonable time spent on this case, given its complexity and importance (in addition to the costs incurred litigating this case).  It also shows consideration for time entries that would not be billed to our hourly clients in the course of our usual practice.

13.  The expenses included in the billing invoice were also necessary to the resolution of this case and only capture the trips to Lubbock, Texas for the preliminary injunction hearing and mediation.

14.   Additionally, I have reviewed the billing of the other attorneys on this case, and believe the work itself as described is consistent with what would be reasonable and necessary in the respective positions in which these attorneys were handling the legal needs of our clients.

15.   The plaintiffs here were fortunate to obtain the services of the team that was assembled for this case.  Given the subject matter at issue, "big law" firms would not represent the plaintiffs here (who certainly could not afford attorneys of this quality if they had to pay by the hour anyway).  And to be sure, the rates being sought are much lower than the quality provided.

Dated: January 19, 2024                    John C. Sullivan

130

# EXHIBIT 1

# JOHN C. SULLIVAN

610 Uptown Blvd., Ste. 2000 | Cedar Hill, TX 75104
(469) 523-1351 | john.sullivan@the-sl-lawfirm.com

## PROFESSIONAL EXPERIENCE

**S|L LAW PLLC**, CEDAR HILL, TX                                                    2021–present
*Principal*
  Representing multiple putative classes addressing religious accommodations from COVID-19 vaccine mandates, including in
  *Sambrano v. United Airlines*, 2022 WL 486610 (5th Cir. Feb. 17, 2022); managing defense of nationwide class action for client.

**MORGAN, LEWIS & BOCKIUS LLP**, DALLAS, TX                                         2019–2021
*Of Counsel*
  Represented multiple defendants in class action cases and appeals, including *Plumley v. Sempra Energy*, 847 F. App'x 426
  (9th Cir. 2021).

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**, AUSTIN, TX                             2017-2019
*Assistant Solicitor General*
  Represented State as lead counsel in both the U.S. Court of Appeals for the Fifth Circuit and the Supreme Court of Texas.

**MORGAN, LEWIS & BOCKIUS LLP**, DALLAS, TX                                         2013–2017
*Appellate Associate*
  Served as counsel and drafted party briefs at both the certiorari and merits stage in four Supreme Court cases.

**THE HONORABLE EDITH H. JONES, UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**, HOUSTON, TX   2012–2013
*Judicial Clerk*

**BLACKSTONE LEGAL FELLOWSHIP**, PHOENIX, AZ                                        2010-2011
*Legal Fellow and Research Assistant for Alliance Defending Freedom*

**CHEROKEE NATION WASHINGTON OFFICE**, WASHINGTON, DC                               2009
*Volunteer Legislative Assistant*

**THE HONORABLE JIM R. WRIGHT, TEXAS COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**, EASTLAND, TX   2008
*Judicial Intern*

## EDUCATION

**UNIVERSITY OF NOTRE DAME**, SOUTH BEND, IN                                        2012
J.D. *summa cum laude*
Honors:       Farabaugh Prize for High Scholarship in Law (top three in graduating class); Top Student—Program of Study
              in Law, Ethics, & Public Policy; Dean's Award (multiple classes)
Activities:   *Notre Dame Law Review*, Executive Editor (Deputy Editor-in-Chief); The Federalist Society, Public Relations
              Chair; Married Law Students Association, President; Teaching Assistant, Torts and Civil Procedure

**HARDIN-SIMMONS UNIVERSITY**, ABILENE, TX                                          2009
B.A., Philosophy

**BIOLA UNIVERSITY**, LOS ANGELES, CA                                              2006
M.A., Apologetics: Philosophy & Bioethics, High Honors

**SOUTHWESTERN ASSEMBLIES OF GOD UNIVERSITY**, WAXAHACHIE, TX                       2000
B.S., Pastoral Ministries

## PROFESSIONAL MEMBERSHIPS

Texas State Bar; District of Columbia Bar
    Admitted to:  Supreme Court of the United States
                  United States Courts of Appeals: D.C., First, Second, Third, Fourth, Fifth, Sixth, Ninth, Eleventh, and Federal Circuits
                  United States District Courts: Northern, Southern, Eastern, and Western Districts of Texas; Eastern District - Michigan

General Council of the Assemblies of God, Ordained Minister

The Federalist Society, Dallas Lawyers Chapter, President Emeritus

Claremont Institute, John Marshall Fellow

## PUBLICATIONS

Article, *Statutory Interpretation in the U.S. Supreme Court*, Co-Authored with Allyson N. Ho, THE ADVOCATE 29 (Summer 2015).

Article, *Litigating the Constitution—Update on Establishment Clause Cases*, Co-Authored with Allyson N. Ho, 2014 Bill of Rights
Course for the State Bar of Texas (presented paper at CLE course).

Note, *Considering the Constitutionality of Nonstate Intervenors in Original Jurisdiction Actions*, 86 NOTRE DAME L. REV. 2219 (2011).

# EXHIBIT 2

**S|L Law PLLC**
610 Uptown Blvd.
Suite 2000
Cedar Hill, TX 75104
469-523-1351

# S|L Law PLLC

**Aaron Siri**
745 Fifth Ave., Suite 500
New York, NY 10151

| | |
|---|---|
| **Balance** | $156,579.75 |
| **Invoice #** | 00230 |
| **Invoice Date** | January 19, 2024 |
| **Payment Terms** | |
| **Due Date** | |

---

## Schelske v. Austin

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 09/23/2022 | JCS | Document Review | Review and evaluate Complaint; emails w/ legal team re: case. | $975.00 | 2.7 | $2,632.50 |
| 09/27/2022 | JCS | Phone Calls | Phone conversation w/ W. Cox re: case. | $975.00 | 0.5 | $487.50 |
| 09/29/2022 | JCS | Document Preparation | Review and evaluate Complaint; research related statutes and rules for document. | $975.00 | 5.2 | $5,070.00 |
| 09/30/2022 | JCS | Meeting | Strategy discussion w/ W. Cox and C. Weist; research venue question further. | $975.00 | 4.9 | $4,777.50 |
| 10/03/2022 | JCS | Document Preparation | Review Complaint and related materials (appendix, certificates) for filing; correspond w/ S|G team on same; finalize documents for filing and file. | $975.00 | 3.8 | $3,705.00 |
| 10/03/2022 | JCS | Case Correspondence | Correspond w/ legal team re: PI and case assigment; review and file appendix. | $975.00 | 1.4 | $1,365.00 |
| 10/06/2022 | JCS | Brief Writing | Review motion for PI from W. Cox (and related documents). | $975.00 | 2.8 | $2,730.00 |
| 10/12/2022 | JCS | Filing | Review and correspondence w/ G. Mannella re: service filings. | $975.00 | 0.5 | $487.50 |
| 10/13/2022 | JCS | Document Preparation | Prepare and file motion to proceed without local counsel (in consultation w/ clerk's office and S|G team). | $975.00 | 1.2 | $1,170.00 |
| 10/13/2022 | JCS | Filing | Review and correspond re: PHV filings for legal team. | $975.00 | 0.6 | $585.00 |
| 10/15/2022 | JCS | Document Preparation | Review PI motion, Memorandum in Support, and Proposed Order; confirm compliance with local rules on documents; correspond w/ W. Cox re: same. | $975.00 | 4.3 | $4,192.50 |
| 10/16/2022 | JCS | Case Correspondence | Correspond w/ C. Weist and W. Cox re: PI and potential filings. | $975.00 | 0.6 | $585.00 |
| 10/17/2022 | JCS | Document Preparation | Review PI Motion and accompanying Memo in Support; conference with government counsel; finalize and prepare documents for filing. | $975.00 | 4.6 | $4,485.00 |

| 10/18/2022 | JCS | Filing | Finalize and file PI motion w/ N. Tenney and W. Cox; review related emails from legal team re: filing and proposed order to Judge. | $975.00 | 2.8 | $2,730.00 |
|---|---|---|---|---|---|---|
| 10/19/2022 | JCS | Case Correspondence | Review filings and correspond with J. Walker re: exhibits. | $975.00 | 0.7 | $682.50 |
| 10/20/2022 | JCS | Case Correspondence | Correspondence w/ legal team re: exhibit issue for motion; follow up email w/ J. Walker re: same. | $975.00 | 0.8 | $780.00 |
| 11/02/2022 | JCS | Case Correspondence | Emails w/ J. Walker and W. Cox re: defendants' motion. | $975.00 | 0.3 | $292.50 |
| 11/04/2022 | JCS | Case Correspondence | Review filings and email from J. Walker; correspond w/ W. Cox re: same. | $975.00 | 0.4 | $390.00 |
| 11/07/2022 | JCS | Case Correspondence | Review filing and correspond w/ W. Cox re: same. | $975.00 | 0.5 | $487.50 |
| 11/08/2022 | JCS | Document Review | Review response brief and additional filings from defendants. | $975.00 | 1.5 | $1,462.50 |
| 11/14/2022 | JCS | Case Correspondence | Review correspondence w/ J. Walker re: extension of deadline and related filings. | $975.00 | 0.4 | $390.00 |
| 11/15/2022 | JCS | Meeting | Strategize w/ W. Cox: request to defendants. | $975.00 | 0.5 | $487.50 |
| 11/15/2022 | JCS | Case Correspondence | Review emails re: conference questions. | $975.00 | 0.3 | $292.50 |
| 11/17/2022 | JCS | Case Correspondence | Revise filing; correspond w/ W. Cox re: same and re: PI reply arguments. | $975.00 | 1.9 | $1,852.50 |
| 11/17/2022 | JCS | Case Correspondence | Review email from J. Walker and discuss w/ team. | $975.00 | 0.5 | $487.50 |
| 11/18/2022 | JCS | Case Correspondence | Emails from J. Walker and C. Weist. | $975.00 | 0.2 | $195.00 |
| 11/18/2022 | JCS | Brief Writing | Review and revise reply brief for PI; email w/ W. Cox re: same. | $975.00 | 3.4 | $3,315.00 |
| 11/20/2022 | JCS | Case Correspondence | Email w/ W. Cox: reply brief and possible extension. | $975.00 | 0.3 | $292.50 |
| 11/21/2022 | JCS | Case Correspondence | Email w/ legal team re: reply. | $975.00 | 0.2 | $195.00 |
| 11/21/2022 | JCS | Case Correspondence | Review email from J. Walker re: additional information requested by plaintiffs. | $975.00 | 0.1 | $97.50 |
| 11/22/2022 | JCS | Brief Writing | Review final edits on reply brief from team for filing. | $975.00 | 2.2 | $2,145.00 |
| 11/22/2022 | JCS | Case Correspondence | Review email from J. Walker re: motion. | $975.00 | 0.1 | $97.50 |
| 11/23/2022 | JCS | Document Preparation | Review and revise class certification filing documents. | $975.00 | 6.1 | $5,947.50 |
| 11/28/2022 | JCS | Case Correspondence | Review notice from defendants. | $975.00 | 0.1 | $97.50 |
| 11/30/2022 | JCS | Case Correspondence | Review Doster opinion and supplemental filing for plaintiffs. | $975.00 | 1.4 | $1,365.00 |
| 12/07/2022 | JCS | Document Review | Review defendants' notice and supplemental authority. | $975.00 | 1.2 | $1,170.00 |
| 12/07/2022 | JCS | Document Review | Review supplemental facts for plaintiffs. | $975.00 | 0.3 | $292.50 |
| 12/08/2022 | JCS | Court Attendance | Status conference w/ Judge Hendrix and counsel; related emails for same. | $975.00 | 1.0 | $975.00 |
| 12/09/2022 | JCS | Meeting | Meeting to address defendant communication re: motion to extend hearing date. | $975.00 | 1.3 | $1,267.50 |
| 12/09/2022 | JCS | Brief Writing | Review and revise response to defendants' motion for continuance. | $975.00 | 0.7 | $682.50 |

| 12/09/2022 | JCS | Case Correspondence | Review emails from J. Walker and C. Weist. | $975.00 | 0.2 | $195.00 |
|---|---|---|---|---|---|---|
| 12/12/2022 | JCS | Case Correspondence | Correspondence re: witnesses for PI hearing. | $975.00 | 0.6 | $585.00 |
| 12/13/2022 | JCS | Case Correspondence | Review correspondence w/ DOJ. | $975.00 | 0.4 | $390.00 |
| 12/13/2022 | JCS | Case Correspondence | Additional correspondence re: witnesses and subpoena issue from defendants. | $975.00 | 0.8 | $780.00 |
| 12/14/2022 | JCS | Case Correspondence | Review/discuss motion in limine w/ C. Weist. | $975.00 | 0.7 | $682.50 |
| 12/15/2022 | JCS | Court Attendance | Prepare for and travel to PI hearing. | $975.00 | 6.5 | $6,337.50 |
| 12/15/2022 | JCS | Case Correspondence | Email correspondence with A. Siri. | $975.00 | 0.3 | $292.50 |
| 12/15/2022 | JCS | Document Review | Review disclosures from defendants and DOJ response brief. | $975.00 | 0.8 | $780.00 |
| 12/16/2022 | JCS | Court Attendance | Attend PI hearing; travel from hearing. | $975.00 | 9.3 | $9,067.50 |
| 12/20/2022 | JCS | Case Correspondence | Review emails between defendants and legal team. | $975.00 | 0.3 | $292.50 |
| 12/21/2022 | JCS | Case Correspondence | Review preliminary injunction decision and discuss same w/ team re: discovery strategy. | $975.00 | 1.6 | $1,560.00 |
| 12/21/2022 | JCS | Phone Calls | Call w/ A. Siri re: case strategy. | $975.00 | 0.4 | $390.00 |
| 12/22/2022 | JCS | Research | Research and analyze class certification issues for reply brief; review Preliminary Injunction ruling and related cases to determine discovery strategy. | $975.00 | 4.2 | $4,095.00 |
| 12/22/2022 | JCS | Meeting | Meet w/ team re: reply brief and timing. | $975.00 | 0.8 | $780.00 |
| 12/24/2022 | JCS | Brief Writing | Review brief from C. Weist. | $975.00 | 0.6 | $585.00 |
| 12/26/2022 | JCS | Brief Writing | Review edits from A. Siri on reply brief. | $975.00 | 0.4 | $390.00 |
| 12/27/2022 | JCS | Brief Writing | Revise reply brief in support of class certification. | $975.00 | 3.2 | $3,120.00 |
| 12/28/2022 | JCS | Brief Writing | Review reply brief in support of class certification. | $975.00 | 0.4 | $390.00 |
| 12/28/2022 | JCS | Case Correspondence | Finalize brief edits and review emails from legal team. | $975.00 | 0.7 | $682.50 |
| 12/29/2022 | JCS | Document Review | Review filing from defendants and discuss response w/ legal team; review supplemental filing. | $975.00 | 1.5 | $1,462.50 |
| 01/03/2023 | JCS | Case Correspondence | Review email from C. Weist to defendants and related attachments. | $975.00 | 0.3 | $292.50 |
| 01/06/2023 | JCS | Case Correspondence | Discussion re: response to defendants' status report. | $975.00 | 0.7 | $682.50 |
| 01/09/2023 | JCS | Case Correspondence | Review/edit joint status report. | $975.00 | 0.5 | $487.50 |
| 01/13/2023 | JCS | Case Correspondence | Discussion re: email from J. Walker to plaintiffs and response. | $975.00 | 0.3 | $292.50 |
| 01/17/2023 | JCS | Case Correspondence | Review emails related to rescission memo from team and defendants. | $975.00 | 0.4 | $390.00 |
| 01/18/2023 | JCS | Case Correspondence | Follow up correspondence re: memo and response to defendants; review JSR from DOJ and later redline version. | $975.00 | 0.9 | $877.50 |
| 01/20/2023 | JCS | Document Review | Review defendants' MTD and related cases. | $975.00 | 2.5 | $2,437.50 |
| 01/27/2023 | JCS | Case Correspondence | Review defendants' notice of reinstatement. | $975.00 | 0.2 | $195.00 |
| 02/06/2023 | JCS | Document Review | Review amended complaint from C. Weist. | $975.00 | 0.6 | $585.00 |

| 02/07/2023 | JCS | Case Correspondence | Email conversation w/ legal team re: complaint. | $975.00 | 0.5 | $487.50 |
|---|---|---|---|---|---|---|
| 02/08/2023 | JCS | Document Review | Review edits from legal team and related emails. | $975.00 | 0.8 | $780.00 |
| 02/09/2023 | JCS | Document Preparation | Edit and revise amended complaint; exchange emails re: edits w/ team. | $975.00 | 5.2 | $5,070.00 |
| 02/10/2023 | JCS | Document Review | Review additional edits from A. Siri on complaint. | $975.00 | 0.5 | $487.50 |
| 02/10/2023 | JCS | Document Preparation | Proofread final amended complaint. | $975.00 | 1.2 | $1,170.00 |
| 02/10/2023 | JCS | Case Correspondence | Emails re: class notice. | $975.00 | 0.2 | $195.00 |
| 02/10/2023 | JCS | Brief Writing | Review MTD response draft from C. Wiest. | $975.00 | 1.0 | $975.00 |
| 02/13/2023 | JCS | Brief Writing | Review edits from W. Cox and C. Wiest to MTD response. | $975.00 | 0.4 | $390.00 |
| 02/13/2023 | JCS | Case Correspondence | Discussion of class definition w/ legal team. | $975.00 | 0.5 | $487.50 |
| 02/15/2023 | JCS | Brief Writing | Finalize MTD response. | $975.00 | 1.4 | $1,365.00 |
| 02/17/2023 | JCS | Case Correspondence | Correspondence w/ defendants and legal team re: extension. | $975.00 | 0.3 | $292.50 |
| 02/21/2023 | JCS | Case Correspondence | Review filings for defendants. | $975.00 | 0.2 | $195.00 |
| 02/21/2023 | JCS | Document Review | Review objection filed by DOJ to notice. | $975.00 | 0.3 | $292.50 |
| 02/24/2023 | JCS | Case Correspondence | Email re: service from N. Tenney. | $975.00 | 0.1 | $97.50 |
| 03/08/2023 | JCS | Case Correspondence | Correspondence re: extension from defendants. | $975.00 | 0.1 | $97.50 |
| 03/10/2023 | JCS | Document Review | Review DOJ's MTD amended complaint and related cases. | $975.00 | 2.8 | $2,730.00 |
| 03/16/2023 | JCS | Research | Review related caselaw and filings for addressing MTD arguments. | $975.00 | 1.8 | $1,755.00 |
| 03/19/2023 | JCS | Document Review | Review edits to MTD response from C. Wiest and T. Bruns. | $975.00 | 0.7 | $682.50 |
| 03/22/2023 | JCS | Brief Writing | Draft and revise response to motion to dismiss. | $975.00 | 5.5 | $5,362.50 |
| 03/23/2023 | JCS | Brief Writing | Review edits from A. Siri and proof final brief. | $975.00 | 1.7 | $1,657.50 |
| 04/05/2023 | JCS | Case Correspondence | Correspondence re: extension w/ defendants. | $975.00 | 0.2 | $195.00 |
| 04/07/2023 | JCS | Document Review | Review reply brief from defendants. | $975.00 | 0.8 | $780.00 |
| 06/15/2023 | JCS | Document Review | Review supplemental authority from DOJ. | $975.00 | 0.2 | $195.00 |
| 06/29/2023 | JCS | Document Review | Review defendants' notice of supp. authority. | $975.00 | 0.2 | $195.00 |
| 07/05/2023 | JCS | Case Correspondence | Correspondence re: JSR extension. | $975.00 | 0.2 | $195.00 |
| 07/14/2023 | JCS | Document Review | Review insert for JSR and appendix. | $975.00 | 0.5 | $487.50 |
| 07/19/2023 | JCS | Document Review | Review defendants' notice of supplemental authority. | $975.00 | 0.2 | $195.00 |
| 07/20/2023 | JCS | Case Correspondence | Prepare for conference call w/ Judge Hendrix. | $975.00 | 0.3 | $292.50 |
| 07/21/2023 | JCS | Hearing Attendance | Prepare for and attend conference w/ Judge Hendrix. | $975.00 | 0.8 | $780.00 |
| 07/21/2023 | JCS | Case Correspondence | Correspondence w/ DOJ and review of related documents. | $975.00 | 0.6 | $585.00 |

| 07/25/2023 | JCS | Case Correspondence | Review emails w/ K. Berman and related attachments. | $975.00 | 0.3 | $292.50 |
|---|---|---|---|---|---|---|
| 07/26/2023 | JCS | Case Correspondence | Review emails w/ K. Berman and related attachment; review proposed motion re: same. | $975.00 | 0.4 | $390.00 |
| 07/28/2023 | JCS | Case Correspondence | Review emails and attachments re: redated records. | $975.00 | 0.4 | $390.00 |
| 07/31/2023 | JCS | Case Correspondence | Correspondence re: redactions. | $975.00 | 0.3 | $292.50 |
| 07/31/2023 | JCS | Document Review | Review filing w/ Court. | $975.00 | 0.5 | $487.50 |
| 07/31/2023 | JCS | Document Review | Review defendants' motion and attachments. | $975.00 | 0.2 | $195.00 |
| 08/03/2023 | JCS | Document Review | Review defendants' notice. | $975.00 | 0.2 | $195.00 |
| 08/18/2023 | JCS | Case Correspondence | Review defendants' notice of supplemental authority. | $975.00 | 0.2 | $195.00 |
| 09/07/2023 | JCS | Document Review | Review defendants' notice and supplemental authority. | $975.00 | 0.7 | $682.50 |
| 09/14/2023 | JCS | Document Review | Review Court's order on MTD and related emails w/ legal team. | $975.00 | 1.3 | $1,267.50 |
| 09/18/2023 | JCS | Case Correspondence | Email correspondence w/ DOJ. | $975.00 | 0.3 | $292.50 |
| 09/20/2023 | JCS | Case Correspondence | Strategy meeting w/ co-counsel and follow-up correspondence. | $975.00 | 0.8 | $780.00 |
| 09/21/2023 | JCS | Research | Research legal question on continuing venue. | $975.00 | 1.4 | $1,365.00 |
| 09/21/2023 | JCS | Case Correspondence | Correspondence re: settlement and venue issues. | $975.00 | 0.2 | $195.00 |
| 09/27/2023 | JCS | Meeting | Discussions w/ legal team re: case. | $975.00 | 0.5 | $487.50 |
| 09/30/2023 | JCS | Attorney Fees | Prepare and review timesheets for attorneys fees calculation. | $975.00 | 2.0 | $1,950.00 |
| 11/22/2023 | JCS | Document Preparation | Review settlement agreement memo. | $975.00 | 1.2 | $1,170.00 |
| 11/26/2023 | JCS | Document Preparation | Review mediation statement for Magistrate Judge. | $975.00 | 0.7 | $682.50 |
| 12/06/2023 | JCS | Mediation | Prepare for and attend mediation in Lubbock. | $975.00 | 4.5 | $4,387.50 |
| 12/07/2023 | JCS | Mediation | Attend settlement mediation in Lubbock and travel back. | $975.00 | 11.5 | $11,212.50 |
| **Non-billable Time Entries:** | | | | | | |
| 09/19/2022 | JCS | Meeting | Initial discussion w/ W. Moller re: case background. | $975.00 | 0.3 | $292.50 |
| 11/15/2022 | JCS | Document Review | Review order granting extension. | $975.00 | 0.1 | $97.50 |
| 12/10/2022 | JCS | Document Review | Review order from court. | $975.00 | 0.1 | $97.50 |
| 01/11/2023 | JCS | Document Review | Review defendants' notice and related order from Court. | $975.00 | 0.1 | $97.50 |
| 06/27/2023 | JCS | Case Correspondence | Review order from Court. | $975.00 | 0.1 | $97.50 |
| 09/27/2023 | JCS | Document Review | Review joint motion filing. | $975.00 | 0.1 | $97.50 |
| | | | | Totals: | **159.2** | **$155,220.00** |

# Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 12/16/2022 | JCS | Meals/Incidentals | Hearing on Preliminary Injunction motion. | $60.00 | 1.0 | $60.00 |

| 12/16/2022 | JCS | Airfare | Hearing on Preliminary Injunction motion. | $574.96 | 1.0 | $574.96 |
| 12/16/2022 | JCS | Lodging | Hearing on Preliminary Injunction motion. | $101.00 | 1.0 | $101.00 |
| 11/29/2023 | JCS | Airfare | DFW to LBB for mediation. | $403.79 | 1.0 | $403.79 |
| 11/29/2023 | JCS | Lodging | Hotel for mediation. | $155.00 | 1.0 | $155.00 |
| 12/07/2023 | JCS | Meals/Incidentals | Food for mediation. | $65.00 | 1.0 | $65.00 |

Expense Total: **$1,359.75**

| | |
|---|---|
| Time Entry Sub-Total: | $155,220.00 |
| Expense Sub-Total: | $1,359.75 |
| **Sub-Total:** | $156,579.75 |
| | |
| **Total:** | $156,579.75 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$156,579.75** |

139

# EXHIBIT F

**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF TEXAS**
**SAN ANGELO DIVISION**

**LUKE CHRISMAN,**

*Plaintiffs,*

v.

**LLOYD J. AUSTIN, III**, *in his official capacity as United States Secretary of Defense, et al,*

*Defendants.*

Case No. 6:22-cv-00049-H

**DECLARATION OF ROBERT SCHELSKE**

I, Robert Schelske, do hereby declare as follows:

1.     I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration and if called upon to testify to them, I would and could do so competently.

2.     Prior to filing this lawsuit, I attempted to obtain representation from several outside counsel.  There were no attorneys in the San Angelo or Lubbock, Texas areas willing or able to take on this representation.  I broadened my search to North Texas but was unable to locate any counsel willing to take my case.

3.     Unable to find Texas counsel willing to accept the case, I then broadened my search nationally to include attorneys outside Texas and I contacted Liberty Counsel in Florida. I received a response from a paralegal with that law firm explaining that they were unable to take the case.

4.     It appeared that there was no attorney that would take my case due to the constitutional and federal violations of the Religious Freedom Restoration Act (RFRA).

5.     I knew enough to know that I needed an attorney with extensive litigation

141

experience and expertise in military and constitutional law.  This was extremely difficult to find, and I felt like I was running out of options as the Army was quickly moving towards discharging me and ending my career.

6.     I do not remember the exact date, but think it was late summer 2022, when I was informed that the law firm Siri & Glimstad LLP might be willing to represent Army soldiers who were facing separation after being denied their request for religious accommodation.

7.     I immediately reached out to them because I was facing imminent separation from the Army and my religious accommodation appeal had already been denied.  After reviewing their website and their cases, I knew that Siri & Glimstad had the expertise to handle my case. I later learned that they were working with Mr. Wiest and Mr. Bruns, who also had extensive experience in the field of religious freedom cases and federal litigation.

8.     When no one else (in Texas or otherwise) was willing to accept the case on behalf of myself and my fellow soldiers in this matter, I am thankful that they took my case.  The Court's decision on the preliminary injunction gave me and the other plaintiffs the irrevocable relief to continue our military careers.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.


Executed on January 8, 2024.

Robert Schelske

# EXHIBIT G

## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF TEXAS
## SAN ANGELO DIVISION

**LUKE CHRISMAN,**

*Plaintiffs,*

v.

**LLOYD J. AUSTIN, III,** *in his official capacity as United States Secretary of Defense, et al,*

*Defendants.*

Case No. 6:22-cv-00049-H

## DECLARATION OF LUKE CHRISMAN

I, Luke Chrisman, do hereby declare as follows:

1.      I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration and if called upon to testify to them, I would and could do so competently.

2.      Prior to my discharge from the Army, I did not receive any legal representation or assistance with my religious accommodation request, nor my involuntary administrative discharge proceedings.  After my discharge, my father and I contacted Liberty Counsel for assistance with my post-discharge case.  However, Liberty Counsel immediately referred me to the law firm Siri & Glimstad due to their expertise in military and constitutional law.  I was unable to locate any attorneys in the Northern District of Texas, specifically Lubbock or San Angelo, who were willing to take my case.

3.      My father and I immediately reached out to Siri & Glimstad by email after reviewing their website.  Based on my research, I knew that Siri & Glimstad had the expertise to handle my case.  I later learned that they were working with Mr. Wiest and Mr. Bruns, who also had extensive experience in the field of religious freedom cases and federal litigation.  I

1

knew I was in good hands.

4.      Looking back now, I know that I would not have found another firm or attorney who would have been able, or willing to represent me in such a specialized area of the law. Without them, I know that I would not have received the relief that I received, nor the possibility to reenter military service with a clean personnel record.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on January 5, 2024.

Luke Chrisman

2

145

# EXHIBIT H

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, | |
| *Plaintiffs*, | No. 7:16-CV-00108-O |
| v. | **DECLARATION OF** |
| | **GENE C. SCHAERR** |
| XAVIER BECERRA, *et al.*, | |
| *Defendants*. | |

1.  My name is Gene Schaerr. I am over the age of 18 and have personal knowledge of the contents of this declaration.

2.  I am a Partner with the law firm of Schaerr Jaffe LLP, which is based in Washington, D.C.

3.  Before that, I was a Partner with the law firm of Winston & Strawn, LLP, where I founded the Appellate and Critical Motions Practice Group in the firm's Washington, D.C. office. I was the chair of the firm's nationwide appellate practice from 2005 to 2014, during which time the practice group received numerous professional recognitions.

4.  Before my time at Winston & Strawn, I was a Partner with the law firm of Sidley Austin, where I was a coordinator of the firm's appellate practice and the Co-Chair of the firm's Religious Institutions Practice Group for approximately ten years.

5.  I began my law practice in 1987 following clerkships on the United States Supreme Court for Chief Justice Warren Burger and Justice Antonin Scalia, and on the U.S. Court of Appeals for the D.C. Circuit for then-judge Kenneth Starr.

6.  During of my career, I have become an expert in the areas of constitutional law and religious freedom at both the trial and appellate levels. I have argued seven cases

1

before the Supreme Court and have been counsel of record in over 100 cases at the Supreme Court.

7.  Given my experience, I have become familiar with the billing rates for attorneys at my firm and other firms with federal trial and appellate litigation expertise.

8.  I am also familiar with the billing rates charged by expert attorneys that practice constitutional law at the trial and appellate levels.

9.  As part of my experience as a litigator in constitutional and civil-rights cases, I have become familiar with the work of the Becket Fund for Religious Liberty. I have worked with them directly as co-counsel on cases at the Supreme Court and federal courts of appeals and have also filed amicus briefs in federal appellate cases where they have been counsel of record.

10. Becket Fund attorneys are well-known as expert religious liberty litigators at the United States Supreme Court. In my estimation, they are the best law firm in the nation specialized in religious liberty litigation. Over the last decade, they have prevailed in eight merits cases at the Supreme Court on behalf of clients from a wide variety of religious traditions.

11. The Becket Fund has also achieved significant success in federal appellate courts and state supreme courts. In 2021 and 2022 alone, the Becket Fund secured precedent-setting victories in religious liberty cases at the Fifth Circuit, Seventh Circuit (twice), Eighth Circuit (thrice), Ninth Circuit (twice), the Indiana Supreme Court, and the Texas Supreme Court.

12. For its successful advocacy at appellate courts across the nation, the Becket Fund was recognized by the National Law Journal as a 2020 member of the "Appellate Hot List." The Becket Fund is the first non-profit law firm ever chosen for this list.

13. I understand that the Becket Fund was retained to assist with this case, which involved challenges under the Religious Freedom Restoration Act (RFRA) and

Administrative Procedure Act to HHS's application of the Affordable Care Act to require religious doctors and hospitals to perform or insure gender-transition procedures and abortions contrary to their conscience and medical judgment. This matter bears close resemblance to the widespread RFRA challenges to HHS's contraception mandate beginning in 2011, which applied the Affordable Care Act to require religious employers to provide insurance coverage of all forms of contraception, including those that could cause an abortion.

14. Becket was the leading law firm in the country challenging HHS's contraception mandate under RFRA—bringing the first case challenging the mandate, Complaint, *Belmont Abbey College v. HHS*, No. 11-CV-1989, ECF No. 1 (D.D.C. Nov. 10, 2011) 2011 WL 8997549; bringing the first class action challenging the mandate, Complaint, *LSP v. HHS*, No. 13-CV-2611, ECF No. 1 (D. Colo. Sept. 24, 2013) 2013 WL 5331098; winning the first Supreme Court order blocking the mandate, *Little Sisters of the Poor Home for the Aged, Denver, Colorado v. Sebelius*, 134 S. Ct. 893 (2013) (Dec. 31, 2013); winning the first Supreme Court case on the merits challenging the mandate, *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682 (2014); winning the first Supreme Court order blocking the mandate for non-profit employers after *Hobby Lobby*, *Wheaton College v. Burwell*, 573 U.S. 958 (2014); winning the first Supreme Court merits ruling blocking the mandate for non-profit employers, *Zubik v. Burwell*, 578 U.S. 403 (2016); winning injunctions against HHS in at least eight cases across the country, *HHS Information Central*, Becket, https://perma.cc/7YQE-HMBJ; and winning the first Supreme Court case establishing that HHS could grant a religious exemption from mandate, *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020). It is safe to say that no other law firm in the country has as much experience and success litigating against HHS under RFRA as Becket. And that experience would be extraordinarily valuable in a case like this one.

3

15. Additionally, based on my experience at international law firms, and given the controversial subject matter of this case, it would be incredibly difficult to bring in experienced counsel necessary to litigate a novel and complex case like this one. Most firms with the requisite experience would be either unable or unwilling to file and prosecute this lawsuit.

16. I have reviewed the billing rates sought by the Becket Fund attorneys in the above-captioned matter in support of Plaintiffs' fee petition. Based on my experience in this area of the law, it is my opinion that the rates the Becket Fund proposes for its attorneys are reasonable for the D.C. area.

17. Indeed, the Becket Fund's proposed billing rates are lower than the rates my firm and other firms at which I have worked would charge their clients for attorneys of comparable seniority and expertise on a similar matter.

18. They are also lower than rates charged by comparable practitioners. Thomas Goldstein of Goldstein & Russell, P.C., sought fees in 2018 based on a rate of $1,350/hour, in a case litigated in another district court in Texas. Decl. of Eric F. Citron, *Torres v. SGE Management LLC*, No. 09-CV-2056, ECF No. 295-1 at 7 (S.D. Tex. Aug. 31, 2018). A declaration submitted in support of that rate explained that other Supreme Court practitioners such as Ted Olson and Christopher Landau charged $1,800/hour and $1,495/hour, respectively. *Id*.

19. Other large law firm practitioners charge similar rates, including between $1,085-$1,895/hour for law firm partners and between $625-$1,195/hour for associates. See Decl. of Erin E. Murphy in Supp. of Debtors' App. for the Retention and Employment of Kirkland & Ellis LLP, *In re: Nat'l Rifle Assoc. of Am. and Sea Girt LLC*, No. 21-30085, ECF No. 173-2 at 4 (Bankr. N.D. Tex. Feb. 17, 2021).

20. I understand that the rates the Becket Fund is proposing for its senior litigators on this case are as follows:

4

|  | 2016 Rate | 2017 Rate | 2018 Rate | 2019 Rate | 2020 Rate | 2021 Rate | 2022 Rate |
|---|---|---|---|---|---|---|---|
| Daniel Chen ('16) | N/A | N/A | N/A | N/A | $600/hour | $700/hour | $700/hour |
| Diana Thomson ('09) | $790/hour | $790/hour | N/A | N/A | N/A | N/A | N/A |
| Joseph Davis ('14) | N/A | N/A | N/A | $700/hour | $700/hour | $790/hour | $790/hour |
| Lori Windham ('05) | $860/hour | $860/hour | N/A | N/A | N/A | N/A | N/A |
| Luke Goodrich ('04) | $860/hour | $860/hour | $1,000/ hour | $1,000/ hour | $1,000/ hour | $1,000/ Hour | $1,000/ hour |
| Mark Rienzi ('00) | $1,000/ hour | $1,000/ hour | $1,000/ hour | $1,200/ hour | $1,200/ hour | $1,200/ Hour | N/A |
| Stephanie Barclay ('11) | $700/hour | $700/hour | N/A | N/A | N/A | N/A | N/A |
| Chase Harrington ('17) | N/A | N/A | $550/hour | $550/hour | N/A | N/A | N/A |
| Daniel Benson ('15) | $550/hour | $550/hour | N/A | N/A | N/A | N/A | N/A |
| Jacob Coate ('16) | N/A | N/A | N/A | N/A | $600/hour | N/A | N/A |
| Rachel Busick ('15) | $550/hour | $550/hour | N/A | N/A | N/A | N/A | N/A |
| Paralegals | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour |

In light of the religious liberty expertise that these lawyers brought to the task, the market rates for experts in this area of the law more broadly, the difficulty of retaining comparable counsel in a case like this one, and the degree of success obtained for the Becket Fund's clients, these rates are reasonable.

I declare under penalty of perjury that the foregoing is true and correct.

5

Dated: December 22, 2022

_____

Gene C. Schaerr
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006