UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| LUKE T. CHRISMAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>LLOYD J. AUSTIN, III,<br>United States Secretary of Defense, *et al.*,<br><br>    *Defendants*. | No. 6:22-cv-0049-H |

**PROPOSED ORDER**

Before the Court is Defendants' Motion to Extend. For good cause shown the motion is GRANTED. Defendants' deadline to respond to Plaintiffs' Motion for Attorneys' Fees and Costs shall be extended by 45 days, until March 28, 2024.

So ordered on February _____, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge