UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

LUKE T. CHRISMAN, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

                                No. 6:22-CV-049-H

LLOYD J. AUSTIN, III, in his official
capacity as United States Secretary of
Defense, et al.,

       Defendants.

## ORDER

Before the Court is the defendants' opposed motion to extend their deadline to respond to the plaintiff's motion for attorneys' fees and costs. Dkt. No. 158. Should the plaintiff choose to respond, such a response is due by no later than 5:00 p.m. on February 5, 2024.

So ordered on February \_\_1\_\_, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE