UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| **LUKE T. CHRISMAN,** *individual and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> **LLOYD J. AUSTIN, III**, *in his official capacity as United States Secretary of Defense, et al*, <br><br> Defendants. | Case No. 6:22-cv-00049-H |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND LEAVE TO FILE EXCESS PAGES FOR PLAINTIFFS' REPLY BRIEF**

Plaintiffs respectfully request that the Court grant leave to (i) allow Plaintiffs a short extension of time to file their Reply to Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs, and (ii) grant Plaintiffs leave to exceed the 10-page limit for the length of their Reply brief. There is good cause to grant this motion.

1. On March 4, 2024, Defendants filed their Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs. (Dkt. 162.)

2. Prior to that filing, Defendants had requested and were granted a 21-day extension of time to file same. (Dkt. 161.)

3. Plaintiffs' counsel are already working diligently to timely prepare their Reply brief that is currently due to be filed on March 18, 2024.

4. Due to current litigation deadlines and hearings set in other matters, Plaintiffs request a four-day extension of time to file their Reply brief, making the new deadline to file their Reply brief March 22, 2024.

5.      In addition, Plaintiffs request to be given leave to file additional pages for their Reply brief in excess of L. R. 7.2 (c)'s ten (10) page limit.

6.      In order to adequately address Defendants' positions and to include additional work since the mediation, Plaintiffs request permission to add ten (10) more pages to their Reply brief, filing up to twenty (20) pages in total.

For these reasons, Plaintiffs respectfully request that the Court grant their unopposed motion for an extension of time to file their Reply brief in opposition to Defendants' Opposition to Plaintiffs' Motion for Attorney Fees and Costs by March 22, 2024, and grant leave to file up to twenty (20) pages for their Reply brief.

Dated: March 5, 2024

Respectfully submitted,

*/s/ Aaron Siri*
Aaron Siri (admitted PHV)
Elizabeth A. Brehm (admitted PHV)
Wendy Cox (TX 24080162)
Dana Stone (admitted PHV)
SIRI | GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091 (v)
(646) 417-5967 (f)
aaron@sirillp.com
ebrehm@sirillp.com
wcox@sirillp.com
dstone@sirillp.com

*/s/ Christopher Wiest*
Christopher Wiest (admitted PHV)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard
Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (vc)
(859) 495-0803 (f)
chris@cwiestlaw.com

>Thomas Bruns (admitted PHV)
>Bruns, Connell, Vollmar &
>Armstrong, LLC
>4555 Lake Forest Drive, Suite 330
>Cincinnati, OH 45242
>(513) 312-9890 (vt)
>tbruns@bcvalaw.com
>
>John C. Sullivan
>S|L LAW PLLC
>Texas Bar Number: 24083920
>610 Uptown Boulevard, Suite 2000
>Cedar Hill, Texas 75104
>(469) 523–1351 (v)
>(469) 613-0891 (f)
>john.sullivan@the-sl-lawfirm.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

On March 5, 2024, Plaintiffs' counsel, Chris Wiest, conferred with Defendants' counsel, Keri Lane Berman. Ms. Berman stated that Defendants consent to this motion.

>*/s/ Aaron Siri*
>Aaron Siri

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, a true and correct copy of Unopposed Motion for Extension of Time to Reply to Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs and Leave to File Excess Pages for Plaintiffs' Reply Brief was served by CM/ECF on all counsel or parties of record.

>*/s/ Aaron Siri*
>Aaron Siri

3