UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| LUKE T. CHRISMAN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense, et al.,<br><br>　　Defendants. | No. 6:22-CV-049-H |

## ORDER

Before the Court is the plaintiff's unopposed motion for an extension of time and leave to file excess pages for his reply to the defendants' response to the motion for attorneys' fees and costs. Dkt. No. 164. The motion is granted. It is ordered that the plaintiff shall file his reply regarding the motion for attorneys' fees and costs on or before March 22, 2024. The plaintiff's reply may be up to 20 pages in length.

So ordered on March __6__, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE